# EXHIBIT 1

| Publication Title | Issue No. | Vol. No. | First Publication Date | © Owner | © Reg No. |
|---|---|---|---|---|---|
| Journey Into Mystery | #83 | 1 | 6/5/1962 | MCI | B975408 |
| Journey Into Mystery | #84 | 1 | 7/3/1962 | MCI | B982810 |
| Journey Into Mystery | #85 | 1 | 8/2/1962 | MCI | B988515 |
| Journey Into Mystery | #86 | 1 | 9/4/1962 | MCI | B992974 |
| Journey Into Mystery | #87 | 1 | 10/2/1962 | MCI | B999782 |
| Journey Into Mystery | #88 | 1 | 11/1/1962 | MCI | B6034 |
| Journey Into Mystery | #89 | 1 | 12/3/1962 | MCI | B12115 |
| Journey Into Mystery | #90 | 1 | 1/3/1963 | MCI | B17481 |
| Journey Into Mystery | #91 | 1 | 2/5/1963 | MCI | B23462 |
| Journey Into Mystery | #92 | 1 | 3/5/1963 | MCI | B28145 |
| Journey Into Mystery | #93 | 1 | 4/2/1963 | MCI | B32696 |
| Journey Into Mystery | #94 | 1 | 5/2/1963 | MCI | B38263 |
| Journey Into Mystery | #95 | 1 | 6/4/1963 | MCI | B45557 |
| Journey Into Mystery | #96 | 1 | 7/2/1963 | MCI | B50171 |
| Journey Into Mystery | #97 | 1 | 8/1/1963 | MCI | B57880 |
| Journey Into Mystery | #98 | 1 | 9/3/1963 | MCI | B61947 |
| Journey Into Mystery | #99 | 1 | 10/1/1963 | MCI | B72283 |
| Journey Into Mystery | #100 | 1 | 11/5/1963 | MCI | B72344 |
| Journey Into Mystery | #101 | 1 | 12/2/1963 | MCI | B79623 |
| Journey Into Mystery | #102 | 1 | 1/3/1964 | MCI | B86117 |
| Journey Into Mystery | #103 | 1 | 2/4/1964 | MCI | B93257 |
| Journey Into Mystery | #104 | 1 | 3/3/1964 | MCI | B96825 |
| Tales to Astonish | #35 | 1 | 6/5/1962 | MCI | B975407 |
| Tales to Astonish | #36 | 1 | 7/10/1962 | MCI | B982808 |
| Tales to Astonish | #37 | 1 | 8/2/1962 | MCI | B988514 |
| Tales to Astonish | #38 | 1 | 9/11/1962 | MCI | B992189 |

| Publication Title | Issue No. | Vol. No. | First Publication Date | © Owner | © Reg No. |
|---|---|---|---|---|---|
| Tales to Astonish | #39 | 1 | 10/2/1962 | MCI | B999783 |
| Tales to Astonish | #40 | 1 | 11/8/1962 | MCI | B06026 |
| Tales to Astonish | #41 | 1 | 12/3/1962 | MCI | B12122 |
| Tales to Astonish | #42 | 1 | 1/10/1963 | MCI | B16382 |
| Tales to Astonish | #43 | 1 | 2/5/1963 | MCI | B23461 |
| Tales to Astonish | #46 | 1 | 5/2/1963 | MCI | B37739 |
| Tales to Astonish | #47 | 1 | 6/4/1963 | MCI | B45556 |
| Tales to Astonish | #48 | 1 | 7/2/1963 | MCI | B50164 |
| Tales to Astonish | #49 | 1 | 8/1/1963 | MCI | B57878 |
| Tales to Astonish | #50 | 1 | 9/3/1963 | MCI | B61940 |
| Tales to Astonish | #51 | 1 | 10/1/1963 | MCI | B66786 |
| Tales to Astonish | #52 | 1 | 11/5/1963 | MCI | B72342 |
| Tales to Astonish | #53 | 1 | 12/2/1963 | MCI | B79624 |
| Tales to Astonish | #54 | 1 | 1/3/1964 | MCI | B86105 |
| Tales to Astonish | #55 | 1 | 2/4/1964 | MCI | B93250 |
| Tales to Astonish | #56 | 1 | 3/3/1964 | MCI | B96827 |
| Tales to Astonish | #57 | 1 | 4/2/1964 | MCI | B102936 |
| Tales to Astonish | #58 | 1 | 5/5/1964 | MCI | B112129 |
| Tales of Suspense | #39 | 1 | 12/10/1962 | MCI | B12121 |
| Strange Tales | #102 | 1 | 8/9/1962 | MCI | B988507 |
| Strange Tales | #103 | 1 | 9/11/1962 | MCI | B992202 |
| Strange Tales | #104 | 1 | 10/9/1962 | MCI | B999792 |
| Strange Tales | #105 | 1 | 11/8/1962 | MCI | B6037 |
| Strange Tales | #106 | 1 | 12/10/1962 | MCI | B12120 |
| Strange Tales | #107 | 1 | 1/10/1963 | MCI | B17484 |
| Strange Tales | #108 | 1 | 2/12/1963 | MCI | B22022 |

| Publication Title | Issue No. | Vol. No. | First Publication Date | © Owner | © Reg No. |
|---|---|---|---|---|---|
| Strange Tales | #109 | 1 | 3/12/1963 | MCI | B28143 |
| Strange Tales | #110 | 1 | 4/9/1963 | MCI | B34036 |
| Strange Tales | #111 | 1 | 5/9/1963 | MCI | B38264 |
| Strange Tales | #112 | 1 | 6/11/1963 | MCI | B45565 |
| Strange Tales | #113 | 1 | 7/9/1963 | MCI | B51854 |