# EXHIBIT 6

## NOTICE OF TERMINATION

RECEIVED

JUN 0 8 2021

ALAN BRAVERMAN

### "ANT-MAN"

To:  Marvel Entertainment, LLC
     Marvel Worldwide, Inc.
     Marvel Property, Inc.
     Marvel Characters, Inc.
     1290 Avenue of the Americas
     New York, NY 10104
     Attn: John Turitzin, Chief Counsel
        Eli Bard, Deputy Chief Counsel

Marvel Studios, LLC
MVL Rights, LLC
MVL Development, LLC
Marvel Characters, Inc.
500 South Buena Vista Street
Burbank, CA 91521
Attn: David Galluzzi, Chief Counsel

The Walt Disney Company
500 South Buena Vista Street
Burbank, CA 91521
Attn: Alan Braverman, General Counsel

Marvel Animation Inc.
623 Circle Seven Drive
Glendale, CA 91201
Attn: Legal Department

PLEASE TAKE NOTICE that pursuant to Section 304(c) of the United States Copyright Act (17 U.S.C. § 304(c)) and the regulations issued thereunder by the Register of Copyrights, 37 C.F.R. § 201.10, Larry Lieber, being the person entitled to terminate copyright transfers pursuant to said statutory provisions, hereby terminates all pre-January 1, 1978 exclusive or non-exclusive grants of the transfer or license of the renewal copyright(s) in and to the illustrated comic book stories (many featuring Ant-Man), authored or co-authored by Larry Lieber and published in the TALES TO ASTONISH comic book issues, all as set forth below:

1.     The names and addresses of the grantees and/or successors in title whose rights are being terminated are as follows: Marvel Entertainment, LLC, Marvel Worldwide, Inc., Marvel Property, Inc., Marvel Characters, Inc., 1290 Avenue of the Americas, New York, NY 10104; Marvel Studios, LLC, MVL Rights, LLC, MVL Development, LLC, Marvel Characters, Inc., 500 South Buena Vista Street, Burbank, CA 91521; The Walt Disney Company, 500 South Buena

Vista Street, Burbank, CA 91521; and Marvel Animation Inc., 623 Circle Seven Drive, Glendale,

CA 91201. Pursuant to 37 C.F.R. Section 201.10(d), service of this notice is being made by First

Class Mail, postage pre-paid to the above grantees or successors at the addresses shown.

    2.     Each copyrighted work to which this Notice of Termination applies (individually,

the "Work"; collectively, the "Works") are the illustrated comic book stories (many featuring Ant-

Man), authored or co-authored by Larry Lieber, along with all the characters, story elements,

and/or indicia appearing therein, which stories were published and embodied in the comic book

issues identified as follows[1]:

| Title | Copyright Claimant[2] | Date Copyright Secured | Copyright Registration No. | Copyright Renewal Registration No. |
|---|---|---|---|---|
| *Tales to Astonish* # 36 | Vista Publications, Inc | 7/10/1962 | B982808 | RE497795 |
| *Tales to Astonish* # 37 | Vista Publications, Inc. | 8/2/1962 | B988514 | RE497995 |
| *Tales to Astonish* # 38 | Vista Publications, Inc. | 9/11/1962 | B992189 | RE499443 |
| *Tales to Astonish* # 39 | Vista Publications, Inc. | 10/2/1962 | B999783 | RE499469 |
| *Tales to Astonish* # 40 | Vista Publications, Inc. | 11/8/1962 | B6026 | RE498029 |
| *Tales to Astonish* # 41 | Vista Publications, Inc. | 12/3/1962 | B12122 | RE498066 |

---

[1] This Notice of Termination also applies to all material authored or co-authored by Larry Lieber (in any and all medium(s), whenever created) that was reasonably associated with these Works and was registered with the United States Copyright Office and/or published within the termination time window, as defined by 17 U.S.C. § 304(c) and the effective date of this Notice of Termination. This Notice of Termination likewise includes any character, story element, or indicia reasonably associated with these Works, including, without limitation, Ant-Man (a.k.a. Dr. Henry Pym), Ant-Man's Ants, Protector, Wasp (a.k.a. Janet Van Dyne), Comrade X, Egghead (a.k.a. Elihas Starr), Scarlet Beetle, the Hijacker (a.k.a. Howard Mitchell), Kulla, Ben Carter, The Voice (a.k.a. Jason Cragg), Tommy Weems, Giant-Man (a.k.a. Dr. Henry Pym), Iron Man (a.k.a. Tony Stark), Thor (a.k.a. Dr. Donald Blake), and Time Master. Every reasonable effort has been made to find and list herein all such material. Nevertheless, if any such material has been omitted, such omission is unintentional and involuntary, and this Notice also applies to each and every such omitted material.

[2] Pursuant to 37 C.F.R. § 201.10(b)(1)(iii), this Notice of Termination includes the name of at least one author of each Work to which this Notice of Termination applies. The listing herein of any corporation as copyright claimant is done per Copyright Office records, and is not to be construed as an admission that any given work is or was a "work made for hire," nor is anything else herein to be construed as any such admission. Nothing contained in this Notice of Termination shall be construed to in any way limit or waive any right or remedy that Larry Lieber may have, at law or in equity, with respect to the subject matter hereof, all of which is hereby expressly reserved.

| *Tales to Astonish* # 42 | Vista Publications, Inc. | 1/10/1963 | B16382 | RE497817 |
| *Tales to Astonish* # 43 | Vista Publications, Inc. | 2/5/1963 | B23461 | RE559171 |
| *Tales to Astonish* # 46 | Vista Publications, Inc. | 5/2/1963 | B37739 | RE559195 |
| *Tales to Astonish* # 47 | Vista Publications, Inc. | 6/4/1963 | B45556 | RE559202 |
| *Tales to Astonish* # 48 | Vista Publications, Inc. | 7/2/1963 | B50164 | RE559214 |
| *Tales to Astonish* # 49 | Vista Publications, Inc. | 8/1/1963 | B57878 | RE559229 |
| *Tales to Astonish* # 50 | Vista Publications, Inc. | 9/3/1963 | B61940 | RE559242 |
| *Tales to Astonish* # 51 | Vista Publications, Inc. | 10/1/1963 | B66786 | RE559253 |
| *Tales to Astonish* # 52 | Vista Publications, Inc. | 11/5/1963 | B72342 | RE559312 |
| *Tales to Astonish* # 53 | Vista Publications, Inc. | 12/2/1963 | B79624 | RE559320 |
| *Tales to Astonish* # 54 | Vista Publications, Inc. | 1/3/1964 | B86105 | RE559329 |
| *Tales to Astonish* # 55 | Vista Publications, Inc. | 2/4/1964 | B93250 | RE559337 |
| *Tales to Astonish* # 56 | Vista Publications, Inc. | 3/3/1964 | B96827 | RE599649 |
| *Tales to Astonish* # 57 | Vista Publications, Inc. | 4/2/1964 | B102936 | RE599656 |
| *Tales to Astonish* # 58 | Vista Publications, Inc. | 5/5/1964 | B112129 | RE599663 |

3.      The grant(s) and/or transfer(s) to which this Notice of Termination applies is (are) made in that (those) certain copyright assignments on the back of the check(s) issued by Marvel Entertainment, LLC's predecessor company(ies) to Larry Lieber with respect to the above-listed Works, which were dated on or about the time of the respective publication of such Works.[3]

4.      The effective date of termination shall be June 4, 2023.

5.      Larry Lieber, as an author of the Works, is entitled to exercise his termination rights pursuant to 17 U.S.C. § 304(c), as to the grant(s) identified hereinabove. This Notice has been signed by all persons needed to terminate said grant(s) under 17 U.S.C. § 304(c).

/ / /

/ / /

/ / /

---

[3] This Notice of Termination also applies to each and every grant or alleged grant by Larry Lieber of rights under copyright in and to the Works that falls within the applicable termination time window (defined by 17 U.S.C. § 304(c) and the effective date of this Notice of Termination). Every reasonable effort has been made to find and list herein every such grant and/or transfer. Nevertheless, if any such grant and/or transfer has been omitted, such omission is unintentional and involuntary, and this Notice of Termination applies as well to each and every such omitted grant and/or transfer

Dated:  June 3, 2021                    TOBEROFF & ASSOCIATES, P.C.

                                        _____
                                              Marc Toberoff

                                        23823 Malibu Road, Suite 50-363
                                        Malibu, California 90265
                                        Tel: (310) 246-3333

                                        As counsel for and on behalf of Larry Lieber

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the foregoing document described as

NOTICE OF TERMINATION to be served this 3rd day of June, 2021, by First Class Mail,

postage prepaid, upon each of the following:

Marvel Entertainment, LLC
Marvel Worldwide, Inc.
Marvel Property, Inc.
Marvel Characters, Inc.
1290 Avenue of the Americas
New York, NY 10104
Attn: John Turitzin, Chief Counsel
    Eli Bard, Deputy Chief Counsel

Marvel Studios, LLC
MVL Rights, LLC
MVL Development, LLC
Marvel Characters, Inc.
500 South Buena Vista Street
Burbank, CA 91521
Attn: David Galluzzi, Chief Counsel

The Walt Disney Company
500 South Buena Vista Street
Burbank, CA 91521
Attn: Alan Braverman, General Counsel

Marvel Animation Inc.
623 Circle Seven Drive
Glendale, CA 91201
Attn: Legal Department

I declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd

day of June, 2021, at Malibu, California.

Breck Kadaba
Toberoff & Associates, P.C.
23823 Malibu Road, Suite 50-363
Malibu, California 90265

Counsel for Larry Lieber

5