# EXHIBIT 7

RECEIVED

JUN 08 2021

ALAN BRAVERMAN

## NOTICE OF TERMINATION

## "THE MIGHTY THOR"

To:   Marvel Entertainment, LLC                    Marvel Studios, LLC
      Marvel Worldwide, Inc.                        MVL Rights, LLC
      Marvel Property, Inc.                         MVL Development, LLC
      Marvel Characters, Inc.                       Marvel Characters, Inc.
      1290 Avenue of the Americas                   500 South Buena Vista Street
      New York, NY 10104                            Burbank, CA 91521
      Attn: John Turitzin, Chief Counsel            Attn: David Galluzzi, Chief Counsel
         Eli Bard, Deputy Chief Counsel

      The Walt Disney Company                       Marvel Animation Inc.
      500 South Buena Vista Street                  623 Circle Seven Drive
      Burbank, CA 91521                             Glendale, CA 91201
      Attn: Alan Braverman, General Counsel         Attn: Legal Department

PLEASE TAKE NOTICE that pursuant to Section 304(c) of the United States Copyright

Act (17 U.S.C. § 304(c)) and the regulations issued thereunder by the Register of Copyrights, 37

C.F.R. § 201.10, Larry Lieber, being the person entitled to terminate copyright transfers pursuant

to said statutory provisions, hereby terminates all pre-January 1, 1978 exclusive or non-exclusive

grants of the transfer or license of the renewal copyright(s) in and to the illustrated comic book

stories (many featuring the Mighty Thor), authored or co-authored by Larry Lieber and published

in the JOURNEY INTO MYSTERY comic book issues, all as set forth below:

1.      The names and addresses of the grantees and/or successors in title whose rights are

being terminated are as follows: Marvel Entertainment, LLC, Marvel Worldwide, Inc., Marvel

Property, Inc., Marvel Characters, Inc., 1290 Avenue of the Americas, New York, NY 10104;

Marvel Studios, LLC, MVL Rights, LLC, MVL Development, LLC, Marvel Characters, Inc., 500

South Buena Vista Street, Burbank, CA 91521; The Walt Disney Company, 500 South Buena

Vista Street, Burbank, CA 91521; and Marvel Animation Inc., 623 Circle Seven Drive, Glendale,

CA 91201. Pursuant to 37 C.F.R. § 201.10(d), service of this notice is being made by First Class Mail, postage pre-paid to the above grantees or successors at the addresses shown.

2. The copyrighted works to which this Notice of Termination applies (individually, the "Work"; collectively, the "Works") are the illustrated comic book stories (many featuring the Mighty Thor), authored or co-authored by Larry Lieber, along with all the characters, story elements, and/or indicia appearing therein, which stories were published and embodied in the comic book issues identified as follows[1]:

| Title | Copyright Claimant[2] | Date Copyright Secured | Copyright Registration No. | Copyright Renewal Registration No. |
|-------|----------------------|------------------------|----------------------------|-----------------------------------|
| *Journey Into Mystery* # 84 | Atlas Magazines, Inc. | 7/3/1962 | B982810 | RE497797 |
| *Journey Into Mystery* # 85 | Atlas Magazines, Inc. | 8/2/1962 | B988515 | RE497996 |
| *Journey Into Mystery* # 86 | Atlas Magazines, Inc. | 9/4/1962 | B992974 | RE499447 |
| *Journey Into Mystery* # 87 | Atlas Magazines, Inc. | 10/2/1962 | B999782 | RE499468 |
| *Journey Into Mystery* # 88 | Atlas Magazines, Inc. | 11/1/1962 | B6034 | RE498035 |
| *Journey Into Mystery* # 89 | Atlas Magazines, Inc. | 12/3/1962 | B12115 | RE498059 |
| *Journey Into Mystery* # 90 | Atlas Magazines, Inc. | 1/3/1963 | B17481 | RE497820 |
| *Journey Into Mystery* # 91 | Atlas Magazines, Inc. | 2/5/1963 | B23462 | RE559172 |

---

[1] This Notice of Termination also applies to all material authored or co-authored by Larry Lieber (in any and all medium(s), whenever created) that was reasonably associated with these Works and was registered with the United States Copyright Office and/or published within the termination time window, as defined by 17 U.S.C. § 304(c) and the effective date of this Notice of Termination. This Notice of Termination likewise includes any character, story element, or indicia reasonably associated with these Works, including, without limitation, Thor (a.k.a. Dr. Donald Blake), Gorr, Korg, Margus, the Kronans, Jane Foster, Roger Graham, Comrade Executioner, Loki, Heimdall, Odin, Balder, Tyr, Artur Zarrko (a.k.a. Tomorrow Man), Thaddeus Ross, Dr. John Blandings, Sylvia Blandings, Achilles, Edward Harrison, Ruby Mortensen, Andrew "Thug" Thatcher, the Xartans, Ugarth, Zano, Mayor Harris, the Valkyries, Valtrauta, Hildegarde, Sandu, the Asgardians, Giant-Man (a.k.a. Dr. Henry Pym), Wasp (a.k.a. Janet Van Dyne), and Iron Man (a.k.a. Tony Stark). Every reasonable effort has been made to find and list herein all such material. Nevertheless, if any such material has been omitted, such omission is unintentional and involuntary, and this Notice also applies to each and every such omitted material.

[2] Pursuant to 37 C.F.R. § 201.10(b)(1)(iii), this Notice of Termination includes the name of at least one author of each Work to which this Notice of Termination applies. The listing herein of any corporation as copyright claimant is done per Copyright Office records, and is not to be construed as an admission that any given work is or was a "work made for hire," nor is anything else herein to be construed as any such admission. Nothing contained in this Notice of Termination shall be construed to in any way limit or waive any right or remedy that Larry Lieber may have, at law or in equity, with respect to the subject matter hereof, all of which is hereby expressly reserved.

2

| *Journey Into Mystery* # 92 | Atlas Magazines, Inc. | 3/5/1963 | B28145 | RE559178 |
| *Journey Into Mystery* # 93 | Atlas Magazines, Inc. | 4/2/1963 | B32696 | RE559185 |
| *Journey Into Mystery* # 94 | Atlas Magazines, Inc. | 5/2/1963 | B38263 | RE559200 |
| *Journey Into Mystery* # 95 | Atlas Magazines, Inc. | 6/4/1963 | B45557 | RE559203 |
| *Journey Into Mystery* # 96 | Atlas Magazines, Inc. | 7/2/1963 | B50171 | RE559221 |
| *Journey Into Mystery* # 97 | Atlas Magazines, Inc. | 8/1/1963 | B57880 | RE559231 |
| *Journey Into Mystery* # 98 | Atlas Magazines, Inc. | 9/3/1963 | B61947 | RE559245 |
| *Journey Into Mystery* # 99 | Atlas Magazines, Inc. | 10/1/1963 | B72283 | RE559259 |
| *Journey Into Mystery* # 100 | Atlas Magazines, Inc. | 11/5/1963 | B72344 | RE559314 |
| *Journey Into Mystery* # 101 | Atlas Magazines, Inc. | 12/2/1963 | B79623 | RE559319 |
| *Journey Into Mystery* # 102 | Atlas Magazines, Inc. | 1/3/1964 | B86117 | RE559336 |
| *Journey Into Mystery* # 103 | Atlas Magazines, Inc. | 2/4/1964 | B93257 | RE599637 |
| *Journey Into Mystery* # 104 | Atlas Magazines, Inc. | 3/3/1964 | B96825 | RE599647 |

3.    The grant(s) and/or transfer(s) to which this Notice of Termination applies is (are) made in that (those) certain copyright assignments on the back of the check(s) issued by Marvel Entertainment, LLC's predecessor company(ies) to Larry Lieber with respect to the above-listed Works, which were dated on or about the time of the respective publication of such Works.[3]

4.    The effective date of termination shall be June 4, 2023.

5.    Larry Lieber, as an author of the Works, is entitled to exercise his termination rights pursuant to 17 U.S.C. § 304(c), as to the grant(s) identified hereinabove. This Notice has been signed by all persons needed to terminate said grant(s) under 17 U.S.C. § 304(c).

Dated:  June 3, 2021                              TOBEROFF & ASSOCIATES, P.C.

Marc Toberoff
23823 Malibu Road, Suite 50-363
Malibu, California 90265
Tel: (310) 246-3333

As counsel for and on behalf of Larry Lieber

---

[3] This Notice of Termination also applies to each and every grant or alleged grant by Larry Lieber of rights under copyright in and to the Works that fall within the applicable termination time window (defined by 17 U.S.C. § 304(c) and the effective date of this Notice of Termination). Every reasonable effort has been made to find and list herein every such grant and/or transfer. Nevertheless, if any such grant and/or transfer has been omitted, such omission is unintentional and involuntary, and this Notice of Termination applies as well to each and every such omitted grant and/or transfer.

3