IH-32                                                                                      Rev: 2014-1

# United States District Court
### for the
# Southern District of New York
## Related Case Statement

---

<u>Full Caption of Later Filed Case:</u>

Marvel Characters, Inc.

|  |  |
|---|---|
| Plaintiff | Case Number |
| vs. | 1:21-cv-07955 |
| Lawrence D. Lieber |  |
| Defendant |  |

<u>Full Caption of Earlier Filed Case:</u>

(including in bankruptcy appeals the relevant adversary proceeding)

Marvel Worldwide, Inc., Marvel Characters, Inc., and MVL Rights, LLC

|  |  |
|---|---|
| Plaintiff | Case Number |
| vs. | 10-cv-141 |
| Lisa R. Kirby, Barbara J. Kirby, Neal L. Kirby, and Susan N. Kirby |  |
| Defendant |  |

IH-32                                                                    Rev: 2014-1

Status of Earlier Filed Case:

☑ Closed          (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision.  Also, state whether there is an appeal pending.)

☐ Open            (If so, set forth procedural status and summarize any court rulings.)

Following this Court's grant of summary judgment in Marvel Characters, Inc., Marvel Worldwide, Inc., MVL Rights, LLC, and Marvel Entertainment, Inc.'s favor, and the Second Circuit's affirmance of that decision, see Marvel Characters, Inc. v. Kirby, No. 10-cv-141 (S.D.N.Y.), aff'd, 726 F.3d 119 (2d Cir. 2013), the parties settled the matter in 2014.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

Please see attached explanation.

Signature: _Molly M. Lens_____      Date: _9/24/2021_____

Firm: O'Melveny & Myers LLP
_____