UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARVEL CHARACTERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> LAWRENCE D. LIEBER, <br><br> Defendant. | Civil Action No. 1:21-cv-07955 <br><br> **[PROPOSED] ORDER ON MOTION FOR ADMISSION *PRO HAC VICE*** |

The motion of Daniel M. Petrocelli for admission to practice *pro hac vice* in the above-captioned matter is granted.

Applicant has declared that he is a member in good standing of the State Bar of California, and that his contact information is as follows:

> Daniel M. Petrocelli
> O'MELVENY & MYERS LLP
> 1999 Avenue of the Stars, 8th Floor
> Los Angeles, California 90067
> Telephone: (310) 246-6850
> dpetrocelli@omm.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for plaintiff Marvel Characters, Inc. in the above-captioned matter:

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned matter in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____    _____
                                  Hon.
                                  United States District Judge