UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARVEL CHARACTERS, INC., <br><br>          Plaintiff, <br><br>v. <br><br>LAWRENCE D. LIEBER, <br><br>          Defendant. | Civil Action No. 1:21-cv-07955 <br><br>**MOTION FOR ADMISSION** <br>***PRO HAC VICE*** |

Pursuant to Rule 1.3(c) of the Local Rules of the United States Courts for the Southern District of New York, I, Danielle R. Feuer, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for plaintiff Marvel Characters, Inc. in the above-captioned case.

I am a member in good standing of the State Bar of California, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached a declaration pursuant to Local Rule 1.3.

Dated: September 27, 2021
      Los Angeles, California

By: */s/ Danielle R. Feuer*
Danielle R. Feuer
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, California 90071
Telephone: (213) 430-6069
E-mail: dfeuer@omm.com

*Counsel for Plaintiff Marvel Characters, Inc.*