**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARVEL CHARACTERS, INC.,<br><br>               Plaintiff,<br><br>    v.<br><br>LAWRENCE D. LIEBER,<br><br>               Defendant. | Civil Action No. 1:21-cv-07955<br><br>**MOTION FOR ADMISSION**<br>***PRO HAC VICE*** |

Pursuant to Rule 1.3(c) of the Local Rules of the United States Courts for the Southern District of New York, I, Kendall Turner, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for plaintiff Marvel Characters, Inc. in the above-captioned case.

I am a member in good standing of the Bars of California and Washington, D.C., and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached a declaration pursuant to Local Rule 1.3.

Dated: September 27, 2021  
      Washington, D.C.

By: */s/ Kendall Turner*  
Kendall Turner  
O'MELVENY & MYERS LLP  
1625 Eye Street, NW  
Washington, D.C. 20006  
Telephone: (202) 383-5204  
E-mail: kendallturner@omm.com  

*Counsel for Plaintiff Marvel Characters, Inc.*