**SUPPLEMENT TO REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT**

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| 5. | B999782 | Journey Into Mystery, Vol. 1, Issue 87 | Marvel Characters, Inc. |
| 6. | B6034 | Journey Into Mystery, Vol. 1, Issue 88 | Marvel Characters, Inc. |
| 7. | B12115 | Journey Into Mystery, Vol. 1, Issue 89 | Marvel Characters, Inc. |
| 8. | B17481 | Journey Into Mystery, Vol. 1, Issue 90 | Marvel Characters, Inc. |
| 9. | B23462 | Journey Into Mystery, Vol. 1, Issue 91 | Marvel Characters, Inc. |
| 10. | B28145 | Journey Into Mystery, Vol. 1, Issue 92 | Marvel Characters, Inc. |
| 11. | B32696 | Journey Into Mystery, Vol. 1, Issue 93 | Marvel Characters, Inc. |
| 12. | B38263 | Journey Into Mystery, Vol. 1, Issue 94 | Marvel Characters, Inc. |
| 13. | B45557 | Journey Into Mystery, Vol. 1, Issue 95 | Marvel Characters, Inc. |
| 14. | B50171 | Journey Into Mystery, Vol. 1, Issue 96 | Marvel Characters, Inc. |
| 15. | B57880 | Journey Into Mystery, Vol. 1, Issue 97 | Marvel Characters, Inc. |
| 16. | B61947 | Journey Into Mystery, Vol. 1, Issue 98 | Marvel Characters, Inc. |
| 17. | B72283 | Journey Into Mystery, Vol. 1, Issue 99 | Marvel Characters, Inc. |
| 18. | B72344 | Journey Into Mystery, Vol. 1, Issue 100 | Marvel Characters, Inc. |
| 19. | B79623 | Journey Into Mystery, Vol. 1, Issue 101 | Marvel Characters, Inc. |
| 20. | B86117 | Journey Into Mystery, Vol. 1, Issue 102 | Marvel Characters, Inc. |
| 21. | B93257 | Journey Into Mystery, Vol. 1, Issue 103 | Marvel Characters, Inc. |
| 22. | B96825 | Journey Into Mystery, Vol. 1, Issue 104 | Marvel Characters, Inc. |
| 23. | B975407 | Tales to Astonish, Vol. 1, Issue 35 | Marvel Characters, Inc. |
| 24. | B982808 | Tales to Astonish, Vol. 1, Issue 36 | Marvel Characters, Inc. |
| 25. | B988514 | Tales to Astonish, Vol. 1, Issue 37 | Marvel Characters, Inc. |
| 26. | B992189 | Tales to Astonish, Vol. 1, Issue 38 | Marvel Characters, Inc. |
| 27. | B999783 | Tales to Astonish, Vol. 1, Issue 39 | Marvel Characters, Inc. |

| COPYRIGHT REGISTRATION NO. | | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| 28. | B06026 | Tales to Astonish, Vol. 1, Issue 40 | Marvel Characters, Inc. |
| 29. | B12122 | Tales to Astonish, Vol. 1, Issue 41 | Marvel Characters, Inc. |
| 30. | B16382 | Tales to Astonish, Vol. 1, Issue 42 | Marvel Characters, Inc. |
| 31. | B23461 | Tales to Astonish, Vol. 1, Issue 43 | Marvel Characters, Inc. |
| 32. | B37739 | Tales to Astonish, Vol. 1, Issue 46 | Marvel Characters, Inc. |
| 33. | B45556 | Tales to Astonish, Vol. 1, Issue 47 | Marvel Characters, Inc. |
| 34. | B50164 | Tales to Astonish, Vol. 1, Issue 48 | Marvel Characters, Inc. |
| 35. | B57878 | Tales to Astonish, Vol. 1, Issue 49 | Marvel Characters, Inc. |
| 36. | B61940 | Tales to Astonish, Vol. 1, Issue 50 | Marvel Characters, Inc. |
| 37. | B66786 | Tales to Astonish, Vol. 1, Issue 51 | Marvel Characters, Inc. |
| 38. | B72342 | Tales to Astonish, Vol. 1, Issue 52 | Marvel Characters, Inc. |
| 39. | B79624 | Tales to Astonish, Vol. 1, Issue 53 | Marvel Characters, Inc. |
| 40. | B86105 | Tales to Astonish, Vol. 1, Issue 54 | Marvel Characters, Inc. |
| 41. | B93250 | Tales to Astonish, Vol. 1, Issue 55 | Marvel Characters, Inc. |
| 42. | B96827 | Tales to Astonish, Vol. 1, Issue 56 | Marvel Characters, Inc. |
| 43. | B102936 | Tales to Astonish, Vol. 1, Issue 57 | Marvel Characters, Inc. |
| 44. | B112129 | Tales to Astonish, Vol. 1, Issue 58 | Marvel Characters, Inc. |
| 45. | B12121 | Tales of Suspense, Vol. 1, Issue 39 | Marvel Characters, Inc. |
| 46. | B988507 | Strange Tales, Vol. 1, Issue 102 | Marvel Characters, Inc. |
| 47. | B992202 | Strange Tales, Vol. 1, Issue 103 | Marvel Characters, Inc. |
| 48. | B999792 | Strange Tales, Vol. 1, Issue 104 | Marvel Characters, Inc. |
| 49. | B6037 | Strange Tales, Vol. 1, Issue 105 | Marvel Characters, Inc. |
| 50. | B12120 | Strange Tales, Vol. 1, Issue 106 | Marvel Characters, Inc. |
| 51. | B17484 | Strange Tales, Vol. 1, Issue 107 | Marvel Characters, Inc. |
| 52. | B22022 | Strange Tales, Vol. 1, Issue 108 | Marvel Characters, Inc. |

| | **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
|---|---|---|---|
| 53. | B28143 | Strange Tales, Vol. 1, Issue 109 | Marvel Characters, Inc. |
| 54. | B34036 | Strange Tales, Vol. 1, Issue 110 | Marvel Characters, Inc. |
| 55. | B38264 | Strange Tales, Vol. 1, Issue 111 | Marvel Characters, Inc. |
| 56. | B45565 | Strange Tales, Vol. 1, Issue 112 | Marvel Characters, Inc. |
| 57. | B51854 | Strange Tales, Vol. 1, Issue 113 | Marvel Characters, Inc. |