AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION    ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.  1:21-cv-07955 | DATE FILED  9/24/2021 | U.S. District Court for the Southern District of New York<br>500 Pearl Street<br>New York, NY 10007-1312 |

| PLAINTIFF | DEFENDANT |
|---|---|
| MARVEL CHARACTERS, INC. | LAWRENCE D. LIEBER |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 B975408 | Journey Into Mystery, Vol. 1, Issue 83 | Marvel Characters, Inc. |
| 2 B982810 | Journey Into Mystery, Vol. 1, Issue 84 | Marvel Characters, Inc. |
| 3 B988515 | Journey Into Mystery, Vol. 1, Issue 85 | Marvel Characters, Inc. |
| 4 B992974 | Journey Into Mystery, Vol. 1, Issue 86 | Marvel Characters, Inc. |
| 5 | SEE ATTACHMENT FOR ADDITIONAL WORKS | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☐ No | DATE RENDERED |
|---|---|---|

| CLERK<br>RUBY J. KAJICK | (BY) DEPUTY CLERK<br>/S/ V. BRAHIMI | DATE<br>9/28/2021 |
|---|---|---|

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

**SUPPLEMENT TO REPORT ON THE FILING OR DETERMINATION
OF AN ACTION OR APPEAL REGARDING A COPYRIGHT**

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| 5. | B999782 | Journey Into Mystery, Vol. 1, Issue 87 | Marvel Characters, Inc. |
| 6. | B6034 | Journey Into Mystery, Vol. 1, Issue 88 | Marvel Characters, Inc. |
| 7. | B12115 | Journey Into Mystery, Vol. 1, Issue 89 | Marvel Characters, Inc. |
| 8. | B17481 | Journey Into Mystery, Vol. 1, Issue 90 | Marvel Characters, Inc. |
| 9. | B23462 | Journey Into Mystery, Vol. 1, Issue 91 | Marvel Characters, Inc. |
| 10. | B28145 | Journey Into Mystery, Vol. 1, Issue 92 | Marvel Characters, Inc. |
| 11. | B32696 | Journey Into Mystery, Vol. 1, Issue 93 | Marvel Characters, Inc. |
| 12. | B38263 | Journey Into Mystery, Vol. 1, Issue 94 | Marvel Characters, Inc. |
| 13. | B45557 | Journey Into Mystery, Vol. 1, Issue 95 | Marvel Characters, Inc. |
| 14. | B50171 | Journey Into Mystery, Vol. 1, Issue 96 | Marvel Characters, Inc. |
| 15. | B57880 | Journey Into Mystery, Vol. 1, Issue 97 | Marvel Characters, Inc. |
| 16. | B61947 | Journey Into Mystery, Vol. 1, Issue 98 | Marvel Characters, Inc. |
| 17. | B72283 | Journey Into Mystery, Vol. 1, Issue 99 | Marvel Characters, Inc. |
| 18. | B72344 | Journey Into Mystery, Vol. 1, Issue 100 | Marvel Characters, Inc. |
| 19. | B79623 | Journey Into Mystery, Vol. 1, Issue 101 | Marvel Characters, Inc. |
| 20. | B86117 | Journey Into Mystery, Vol. 1, Issue 102 | Marvel Characters, Inc. |
| 21. | B93257 | Journey Into Mystery, Vol. 1, Issue 103 | Marvel Characters, Inc. |
| 22. | B96825 | Journey Into Mystery, Vol. 1, Issue 104 | Marvel Characters, Inc. |
| 23. | B975407 | Tales to Astonish, Vol. 1, Issue 35 | Marvel Characters, Inc. |
| 24. | B982808 | Tales to Astonish, Vol. 1, Issue 36 | Marvel Characters, Inc. |
| 25. | B988514 | Tales to Astonish, Vol. 1, Issue 37 | Marvel Characters, Inc. |
| 26. | B992189 | Tales to Astonish, Vol. 1, Issue 38 | Marvel Characters, Inc. |
| 27. | B999783 | Tales to Astonish, Vol. 1, Issue 39 | Marvel Characters, Inc. |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| 28. | B06026 | Tales to Astonish, Vol. 1, Issue 40 | Marvel Characters, Inc. |
| 29. | B12122 | Tales to Astonish, Vol. 1, Issue 41 | Marvel Characters, Inc. |
| 30. | B16382 | Tales to Astonish, Vol. 1, Issue 42 | Marvel Characters, Inc. |
| 31. | B23461 | Tales to Astonish, Vol. 1, Issue 43 | Marvel Characters, Inc. |
| 32. | B37739 | Tales to Astonish, Vol. 1, Issue 46 | Marvel Characters, Inc. |
| 33. | B45556 | Tales to Astonish, Vol. 1, Issue 47 | Marvel Characters, Inc. |
| 34. | B50164 | Tales to Astonish, Vol. 1, Issue 48 | Marvel Characters, Inc. |
| 35. | B57878 | Tales to Astonish, Vol. 1, Issue 49 | Marvel Characters, Inc. |
| 36. | B61940 | Tales to Astonish, Vol. 1, Issue 50 | Marvel Characters, Inc. |
| 37. | B66786 | Tales to Astonish, Vol. 1, Issue 51 | Marvel Characters, Inc. |
| 38. | B72342 | Tales to Astonish, Vol. 1, Issue 52 | Marvel Characters, Inc. |
| 39. | B79624 | Tales to Astonish, Vol. 1, Issue 53 | Marvel Characters, Inc. |
| 40. | B86105 | Tales to Astonish, Vol. 1, Issue 54 | Marvel Characters, Inc. |
| 41. | B93250 | Tales to Astonish, Vol. 1, Issue 55 | Marvel Characters, Inc. |
| 42. | B96827 | Tales to Astonish, Vol. 1, Issue 56 | Marvel Characters, Inc. |
| 43. | B102936 | Tales to Astonish, Vol. 1, Issue 57 | Marvel Characters, Inc. |
| 44. | B112129 | Tales to Astonish, Vol. 1, Issue 58 | Marvel Characters, Inc. |
| 45. | B12121 | Tales of Suspense, Vol. 1, Issue 39 | Marvel Characters, Inc. |
| 46. | B988507 | Strange Tales, Vol. 1, Issue 102 | Marvel Characters, Inc. |
| 47. | B992202 | Strange Tales, Vol. 1, Issue 103 | Marvel Characters, Inc. |
| 48. | B999792 | Strange Tales, Vol. 1, Issue 104 | Marvel Characters, Inc. |
| 49. | B6037 | Strange Tales, Vol. 1, Issue 105 | Marvel Characters, Inc. |
| 50. | B12120 | Strange Tales, Vol. 1, Issue 106 | Marvel Characters, Inc. |
| 51. | B17484 | Strange Tales, Vol. 1, Issue 107 | Marvel Characters, Inc. |
| 52. | B22022 | Strange Tales, Vol. 1, Issue 108 | Marvel Characters, Inc. |

| | **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
|---|---|---|---|
| 53. | B28143 | Strange Tales, Vol. 1, Issue 109 | Marvel Characters, Inc. |
| 54. | B34036 | Strange Tales, Vol. 1, Issue 110 | Marvel Characters, Inc. |
| 55. | B38264 | Strange Tales, Vol. 1, Issue 111 | Marvel Characters, Inc. |
| 56. | B45565 | Strange Tales, Vol. 1, Issue 112 | Marvel Characters, Inc. |
| 57. | B51854 | Strange Tales, Vol. 1, Issue 113 | Marvel Characters, Inc. |