AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Marvel Characters, Inc. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-cv-7955 |
| Lieber | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Marvel Characters, Inc.

Date: 09/28/2021

/s/ Daniel M. Petrocelli
*Attorney's signature*

Daniel M. Petrocelli, admitted pro hac vice
*Printed name and bar number*
O'Melveny & Myers LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067

*Address*

dpetrocelli@omm.com
*E-mail address*

(310) 246-6850
*Telephone number*

(310) 246-6779
*FAX number*