AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York ▼

| | | |
|---|---|---|
| Marvel Characters, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:21-cv-7955 |
| Lieber | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Marvel Characters, Inc.                                                                                                          .

Date:      09/28/2021

/s/ Kendall Turner
*Attorney's signature*

Kendall Turner, admitted pro hac vice
*Printed name and bar number*
O'Melveny & Myers LLP
1625 I Street NW
Washington, DC 20006

*Address*

kendallturner@omm.com
*E-mail address*

(202) 383-5204
*Telephone number*

(202) 383-5414
*FAX number*