AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Marvel Characters, Inc. *Plaintiff* ) ) | |
| v. ) | Case No. 1:21-cv-7955 |
| Lawrence D. Lieber *Defendant* ) ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Marvel Characters, Inc.

Date: 10/01/2021

Allen W. Burton
*Attorney's signature*

/s/ Allen W. Burton, SDNY Bar #AB3206
*Printed name and bar number*

O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036
*Address*

aburton@omm.com
*E-mail address*

(212) 326-2282
*Telephone number*

(212) 326-2061
*FAX number*