IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARVEL CHARACTERS, INC., <br><br>   Plaintiff, <br><br> v. <br><br> LAWRENCE D. LIEBER, <br><br>   Defendant. | Case No.: 1:21-cv-7955-LAK and consolidated cases 21-cv-7957-LAK and 21-cv-7959-LAK |
| LAWRENCE D. LIEBER, <br><br>   Counterclaimant, <br><br> v. <br><br> MARVEL CHARACTERS, INC., and DOES 1-10, inclusive, <br><br>   Counterclaim-Defendants. | **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SUBPOENAS AND SUBPOENA RESPONSES** |
| MARVEL CHARACTERS, INC., <br><br>   Plaintiff, <br><br> v. <br><br> PATRICK S. DITKO, in his capacity as Administrator of the Estate of Stephen J. Ditko, <br><br>   Defendant. | |
| PATRICK S. DITKO, in his capacity as Administrator of the Estate of Stephen J. Ditko, <br><br>   Counterclaimant, <br><br> v. <br><br> MARVEL CHARACTERS, INC. and DOES 1-10, inclusive, <br><br>   Counterclaim-Defendants. | |

| |
|---|
| MARVEL CHARACTERS, INC., <br><br>                      Plaintiff, <br><br>     v. <br><br> KEITH A. DETTWILER, in his capacity as Executor of the Estate of Donald L. Heck, <br><br>                      Defendant. |
| KEITH A. DETTWILER, in his capacity as Executor of the Estate of Donald L. Heck <br><br>                      Counterclaimant, <br>     v. <br><br> MARVEL CHARACTERS, INC. and DOES 1-10, inclusive, <br><br>                      Counterclaim-Defendants. |

## STIPULATION

Plaintiff and Counterclaim-Defendant Marvel Characters, Inc. and Defendants and Counterclaimants Lawrence D. Lieber, Patrick S. Ditko, and Keith A. Dettwiler (collectively, the "Parties") stipulate as follows:

**WHEREAS**, four other actions are currently pending in this Court and the United States District Courts for the Eastern District of New York and the Central District of California: *Marvel Characters, Inc. v. Ditko*, No. 1:21-cv-07957-LAK (S.D.N.Y.); *Marvel Characters, Inc. v. Dettwiler*, No. 1:21-cv-07959-LAK (S.D.N.Y.)[1]; *Marvel Characters, Inc. v. Solo*, No. 1:21-cv-05316-DG-TAM (E.D.N.Y.); and *Marvel Characters, Inc. v. Hart-Rico*, No. 2:21-cv-07624-DMG-KES (C.D. Cal.) (together with the above-captioned action, the "Pending Actions").

**WHEREAS**, the Parties expect third-party witnesses to have information relevant to the Pending Actions.

---

[1] On March 25, 2022, the Court consolidated the three cases in this jurisdiction for all pretrial purposes.  See Order (ECF No. 38), *Marvel Characters, Inc. v. Lieber*, No. 1:21-cv-07955-LAK (S.D.N.Y.); Order (ECF No. 30), *Marvel Characters, Inc. v. Ditko*, No. 1:21-cv-07957-LAK (S.D.N.Y.); Order (ECF No. 36), *Marvel Characters, Inc. v. Dettwiler*, No. 1:21-cv-07959-LAK (S.D.N.Y.).

- 3 -

**WHEREAS**, the Parties agree that third-party discovery in the Pending Actions should be conducted in an efficient manner, so as to reduce the burden both to the Parties and third parties.

Based on the foregoing, **IT IS HEREBY STIPULATED** by and between the Parties, through their respective counsel of record, subject to the Court's approval, that:

1. Any third-party subpoena and related notice of subpoena served in any of the Pending Actions shall be deemed served in all the Pending Actions.

2. All responses served, documents produced, and/or testimony provided in any of the Pending Actions in response to any such third-party subpoena shall likewise be deemed served, produced, and/or provided in all the Pending Actions.

- 4 -

Dated: April 18, 2022                    **O'MELVENY & MYERS LLP**

By:   */s/ Daniel M. Petrocelli*
          Daniel M. Petrocelli

Daniel M. Petrocelli*
dpetrocelli@omm.com
Molly M. Lens
mlens@omm.com
Danielle Feuer*
dfeuer@omm.com
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

Allen Burton
aburton@omm.com
Times Square Tower
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

Kendall Turner*
kendallturner@omm.com
1625 I Street NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

* Admitted pro hac vice

*Attorneys for Marvel Characters, Inc.*

- 5 -

Dated: April 18, 2022                          **TOBEROFF & ASSOCIATES, P.C.**

By:      */s/ Marc Toberoff*
              Marc Toberoff

Marc Toberoff
mtoberoff@toberoffandassociates.com
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101

*Attorneys for Lawrence D. Lieber, Patrick S. Ditko, and Keith A. Dettwiler*

- 6 -

**SO ORDERED:**

_____
Hon. Lewis A. Kaplan
United States District Judge

DATE:_____