# EXHIBIT A

## NOTICE OF TERMINATION

### "RETURN OF THE ANT-MAN"

To:  Marvel Entertainment, LLC           Marvel Studios, LLC
     Marvel Worldwide, Inc.               MVL Rights, LLC
     Marvel Property, Inc.                MVL Development, LLC
     Marvel Characters, Inc.              Marvel Characters, Inc.
     1290 Avenue of the Americas          500 South Buena Vista Street
     New York, NY 10104                   Burbank, CA 91521
     Attn: John Turitzin, Chief Counsel   Attn: David Galluzzi, Chief Counsel
          Eli Bard, Deputy Chief Counsel

     The Walt Disney Company              Marvel Animation Inc.
     500 South Buena Vista Street         623 Circle Seven Drive
     Burbank, CA 91521                    Glendale, CA 91201
     Attn: Alan Braverman, General Counsel   Attn: Legal Department

PLEASE TAKE NOTICE that pursuant to Section 304(c) of the United States Copyright Act (17 U.S.C. § 304(c)) and the regulations issued thereunder by the Register of Copyrights, 37 C.F.R. § 201.10, Larry Lieber, being the person entitled to terminate copyright transfers pursuant to said statutory provisions, hereby terminates all pre-January 1, 1978 exclusive or non-exclusive grants of the transfer or license of the renewal copyright(s) in and to the illustrated comic book stories entitled "Return of the Ant-Man, Part 1," "Return of the Ant-Man, Part 2: An Army of Ants!," and "Return of the Ant-Man, Part 3: The Ant-Man's Revenge!," which were authored or co-authored by Larry Lieber and published in *Tales to Astonish* Vol. 1, No. 35, and sets forth in connection therewith the following:

1.      The names and addresses of the grantees and/or successors in title whose rights are being terminated are as follows: Marvel Entertainment, LLC, Marvel Worldwide, Inc., Marvel Property, Inc., Marvel Characters, Inc., 1290 Avenue of the Americas, New York, NY 10104; Marvel Studios, LLC, MVL Rights, LLC, MVL Development, LLC, Marvel Characters, Inc., 500

South Buena Vista Street, Burbank, CA 91521; The Walt Disney Company, 500 South Buena

Vista Street, Burbank, CA 91521; and Marvel Animation Inc., 623 Circle Seven Drive, Glendale,

CA 91201. Pursuant to 37 C.F.R. Section 201.10(d), service of this notice is being made by First

Class Mail, postage pre-paid to the above grantees or successors at the addresses shown.

       2.      The copyrighted works (the "Works") to which this Notice of Termination applies

are the illustrated comic book stories entitled "Return of the Ant-Man, Part 1," "Return of the Ant-

Man, Part 2: An Army of Ants!," and "Return of the Ant-Man, Part 3: The Ant-Man's Revenge!,"

authored or co-authored by Larry Lieber,[1] which were published and embodied in *Tales to Astonish*

Vol. 1, No. 35, (and includes this issue's cover page), which issue was registered with the U.S.

Copyright Office by Vista Publications, Inc. on June 5, 1962 under Copyright Registration No.

B975407, renewed on November 20, 1990 under Copyright Renewal Registration No.

RE0000497752, and includes all the characters, story elements, and/or indicia appearing therein.[2]

       3.      The grant and/or transfer to which this Notice of Termination applies is made in

that certain copyright assignment(s) on the back of the check(s) issued by Marvel Entertainment,

LLC's predecessor company to Larry Lieber with respect to the above-listed Works, which was

---

[1] This Notice of Termination also applies to all material authored or co-authored by Larry Lieber (in any and all medium(s), whenever created) that was reasonably associated with the Works, and was registered with the United States Copyright Office and/or published within the termination time window, as defined by 17 U.S.C. § 304(c) and the effective date of this Notice of Termination. This Notice of Termination likewise includes any character, story element, or indicia reasonably associated with the Works, including, without limitation, Ant-Man (a.k.a. Dr. Henry Pym) and Ant-Man's Ants. Every reasonable effort has been made to find and list herein all such material. Nevertheless, if any such material has been omitted, such omission is unintentional and involuntary, and this Notice also applies to each and every such omitted material.

[2] Pursuant to 37 C.F.R. § 201.10(b)(1)(iii), this Notice of Termination includes the name of at least one author of the Works to which this Notice of Termination applies. The listing herein of any corporation as copyright claimant is done per Copyright Office records, and is not to be construed as an admission that any given work is or was a "work made for hire," nor is anything else herein to be construed as any such admission. Nothing contained in this Notice of Termination shall be construed to in any way limit or waive any right or remedy that Larry Lieber might have, at law or in equity, with respect to the subject matter hereof, all of which is hereby expressly reserved.

dated on or about the time of the respective publication of such Works.[3]

     4.      The effective date of termination shall be June 2, 2023.

     5.      Larry Lieber, as an author of the Works, is entitled to exercise his termination rights pursuant to 17 U.S.C. § 304(c), as to the grant(s) identified herein. This Notice has been signed by all persons needed to terminate said grant(s) under 17 U.S.C. § 304(c).

Dated:  June 1, 2021                 TOBEROFF & ASSOCIATES, P.C.

                                     Marc Toberoff

                                     23823 Malibu Road, Suite 50-363
                                     Malibu, California 90265
                                     Tel: (310) 246-3333

                                     As counsel for and on behalf of Larry Lieber

---

[3] This Notice of Termination also applies to each and every grant or alleged grant by Larry Lieber of rights under copyright in and to the Works that falls within the applicable termination time window (defined by 17 U.S.C. § 304(c) and the effective date of this Notice of Termination). Every reasonable effort has been made to find and list herein every such grant and/or transfer. Nevertheless, if any such grant and/or transfer has been omitted, such omission is unintentional and involuntary, and this Notice of Termination applies as well to each and every such omitted grant and/or transfer.

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the foregoing document described as

NOTICE OF TERMINATION to be served this 1st day of June, 2021, by First Class Mail,

postage prepaid, upon each of the following:

| | |
|---|---|
| Marvel Entertainment, LLC | Marvel Studios, LLC |
| Marvel Worldwide, Inc. | MVL Rights, LLC |
| Marvel Property, Inc. | MVL Development, LLC |
| Marvel Characters, Inc. | Marvel Characters, Inc. |
| 1290 Avenue of the Americas | 500 South Buena Vista Street |
| New York, NY 10104 | Burbank, CA 91521 |
| Attn: John Turitzin, Chief Counsel | Attn: David Galluzzi, Chief Counsel |
|      Eli Bard, Deputy Chief Counsel | |
| | |
| The Walt Disney Company | Marvel Animation Inc. |
| 500 South Buena Vista Street | 623 Circle Seven Drive |
| Burbank, CA 91521 | Glendale, CA 91201 |
| Attn: Alan Braverman, General Counsel | Attn: Legal Department |

I declare under penalty of perjury that the foregoing is true and correct. Executed this 1st

day of June, 2021, at Malibu, California.

Breck Kadaba
Toberoff & Associates, P.C.
23823 Malibu Road, Suite 50-363
Malibu, California 90265

Counsel for Larry Lieber

4

## NOTICE OF TERMINATION

### "THE MIGHTY THOR"

To:   Marvel Entertainment, LLC            Marvel Studios, LLC
      Marvel Worldwide, Inc.                MVL Rights, LLC
      Marvel Property, Inc.                 MVL Development, LLC
      Marvel Characters, Inc.               Marvel Characters, Inc.
      1290 Avenue of the Americas           500 South Buena Vista Street
      New York, NY 10104                    Burbank, CA 91521
      Attn: John Turitzin, Chief Counsel    Attn: David Galluzzi, Chief Counsel
         Eli Bard, Deputy Chief Counsel

      The Walt Disney Company               Marvel Animation Inc.
      500 South Buena Vista Street          623 Circle Seven Drive
      Burbank, CA 91521                     Glendale, CA 91201
      Attn: Alan Braverman, General Counsel Attn: Legal Department

PLEASE TAKE NOTICE that pursuant to Section 304(c) of the United States Copyright Act (17 U.S.C. § 304(c)) and the regulations issued thereunder by the Register of Copyrights, 37 C.F.R. § 201.10, Larry Lieber, being the person entitled to terminate copyright transfers pursuant to said statutory provisions, hereby terminates all pre-January 1, 1978 exclusive or non-exclusive grants of the transfer or license of the renewal copyright(s) in and to the illustrated comic book story featuring The Mighty Thor, which was authored or co-authored by Larry Lieber and published in "*Journey Into Mystery* Vol. 1, No. 83," and sets forth in connection therewith the following:

1.      The names and addresses of the grantees and/or successors in title whose rights are being terminated are as follows: Marvel Entertainment, LLC, Marvel Worldwide, Inc., Marvel Property, Inc., Marvel Characters, Inc., 1290 Avenue of the Americas, New York, NY 10104; Marvel Studios, LLC, MVL Rights, LLC, MVL Development, LLC, Marvel Characters, Inc., 500 South Buena Vista Street, Burbank, CA 91521; The Walt Disney Company, 500 South Buena

Vista Street, Burbank, CA 91521; and Marvel Animation Inc., 623 Circle Seven Drive, Glendale, CA 91201. Pursuant to 37 C.F.R. § 201.10(d), service of this notice is being made by First Class Mail, postage pre-paid to the above grantees or successors at the addresses shown.

2.    The copyrighted work (the "Work") to which this Notice of Termination applies is the illustrated three-part comic book story featuring The Mighty Thor, authored or co-authored by Larry Lieber,[1] which was published and embodied in *Journey Into Mystery* Vol. 1, No. 83, (and includes this issue's cover page), which issue was registered with the U.S. Copyright Office by Atlas Magazines, Inc. on June 5, 1962 under Copyright Registration No. B975408, renewed on November 20, 1990 under Copyright Renewal Registration No. RE0000497753, and includes all the characters, story elements, and/or indicia appearing therein.[2]

3.    The grant and/or transfer to which this Notice of Termination applies is made in that certain copyright assignment(s) on the back of the check(s) issued by Marvel Entertainment, LLC's predecessor company to Larry Lieber with respect to the above-listed Work, which was

---

[1] This Notice of Termination also applies to all material authored or co-authored by Larry Lieber (in any and all medium(s), whenever created) that was reasonably associated with the Work and was registered with the United States Copyright Office and/or published within the termination time window, as defined by 17 U.S.C. § 304(c), and the effective date of this Notice of Termination. This Notice of Termination likewise includes any character, story element, or indicia reasonably associated with the Work including, without limitation, Thor (a.k.a. Dr. Donald Blake), Gorr, Korg, Margus, Odin, and the Kronans. Every reasonable effort has been made to find and list herein all such material. Nevertheless, if any such material has been omitted, such omission is unintentional and involuntary, and this Notice also applies to each and every such omitted material.

[2] Pursuant to 37 C.F.R. § 201.10(b)(1)(iii), this Notice of Termination includes the name of at least one author of the Work to which this Notice of Termination applies. The listing herein of any corporation as copyright claimant is done per Copyright Office records, and is not to be construed as an admission that any given work is or was a "work made for hire," nor is anything else herein to be construed as any such admission. Nothing contained in this Notice of Termination shall be construed to in any way limit or waive any right or remedy that Larry Lieber might have, at law or in equity, with respect to the subject matter hereof, all of which is hereby expressly reserved.

2

dated on or about the time of the respective publication of such Work.[3]

      4.      The effective date of termination shall be June 2, 2023.

      5.      Larry Lieber, as an author of the Work, is entitled to exercise his termination rights pursuant to 17 U.S.C. § 304(c), as to the grant(s) identified herein. This Notice has been signed by all persons needed to terminate said grant(s) under 17 U.S.C. § 304(c).

Dated: June 1, 2021               TOBEROFF & ASSOCIATES, P.C.

                       Marc Toberoff

                       23823 Malibu Road, Suite 50-363
                       Malibu, California 90265
                       Tel: (310) 246-3333

                       As counsel for and on behalf of Larry Lieber

---

[3] This Notice of Termination also applies to each and every grant or alleged grant by Larry Lieber of rights under copyright in and to the Work that falls within the applicable termination time window (defined by 17 U.S.C. § 304(c) and the effective date of this Notice of Termination). Every reasonable effort has been made to find and list herein every such grant and/or transfer. Nevertheless, if any such grant and/or transfer has been omitted, such omission is unintentional and involuntary, and this Notice of Termination applies as well to each and every such omitted grant and/or transfer.

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the foregoing document described as

NOTICE OF TERMINATION to be served this 1st day of June, 2021, by First Class Mail,

postage prepaid, upon each of the following:

To:    Marvel Entertainment, LLC         Marvel Studios, LLC
        Marvel Worldwide, Inc.            MVL Rights, LLC
        Marvel Property, Inc.              MVL Development, LLC
        Marvel Characters, Inc.           Marvel Characters, Inc.
        1290 Avenue of the Americas    500 South Buena Vista Street
        New York, NY 10104            Burbank, CA 91521
        Attn: John Turitzin, Chief Counsel   Attn: David Galluzzi, Chief Counsel
              Eli Bard, Deputy Chief Counsel

        The Walt Disney Company       Marvel Animation Inc.
        500 South Buena Vista Street    623 Circle Seven Drive
        Burbank, CA 91521            Glendale, CA 91201
        Attn: Alan Braverman, General Counsel  Attn: Legal Department

I declare under penalty of perjury that the foregoing is true and correct. Executed this 1st

day of June, 2021, at Malibu, California.

Breck Kadaba
Toberoff & Associates, P.C.
23823 Malibu Road, Suite 50-363
Malibu, California 90265

Counsel for Larry Lieber

4

## NOTICE OF TERMINATION

## "ANT-MAN"

To:  Marvel Entertainment, LLC          Marvel Studios, LLC
     Marvel Worldwide, Inc.              MVL Rights, LLC
     Marvel Property, Inc.               MVL Development, LLC
     Marvel Characters, Inc.             Marvel Characters, Inc.
     1290 Avenue of the Americas         500 South Buena Vista Street
     New York, NY 10104                  Burbank, CA 91521
     Attn: John Turitzin, Chief Counsel  Attn: David Galluzzi, Chief Counsel
           Eli Bard, Deputy Chief Counsel

     The Walt Disney Company             Marvel Animation Inc.
     500 South Buena Vista Street        623 Circle Seven Drive
     Burbank, CA 91521                   Glendale, CA 91201
     Attn: Alan Braverman, General Counsel  Attn: Legal Department

PLEASE TAKE NOTICE that pursuant to Section 304(c) of the United States Copyright Act (17 U.S.C. § 304(c)) and the regulations issued thereunder by the Register of Copyrights, 37 C.F.R. § 201.10, Larry Lieber, being the person entitled to terminate copyright transfers pursuant to said statutory provisions, hereby terminates all pre-January 1, 1978 exclusive or non-exclusive grants of the transfer or license of the renewal copyright(s) in and to the illustrated comic book stories (many featuring Ant-Man), authored or co-authored by Larry Lieber and published in the TALES TO ASTONISH comic book issues, all as set forth below:

1.      The names and addresses of the grantees and/or successors in title whose rights are being terminated are as follows: Marvel Entertainment, LLC, Marvel Worldwide, Inc., Marvel Property, Inc., Marvel Characters, Inc., 1290 Avenue of the Americas, New York, NY 10104; Marvel Studios, LLC, MVL Rights, LLC, MVL Development, LLC, Marvel Characters, Inc., 500 South Buena Vista Street, Burbank, CA 91521; The Walt Disney Company, 500 South Buena

Vista Street, Burbank, CA 91521; and Marvel Animation Inc., 623 Circle Seven Drive, Glendale, CA 91201. Pursuant to 37 C.F.R. Section 201.10(d), service of this notice is being made by First Class Mail, postage pre-paid to the above grantees or successors at the addresses shown.

2.      Each copyrighted work to which this Notice of Termination applies (individually, the "Work"; collectively, the "Works") are the illustrated comic book stories (many featuring Ant-Man), authored or co-authored by Larry Lieber, along with all the characters, story elements, and/or indicia appearing therein, which stories were published and embodied in the comic book issues identified as follows[1]:

| Title | Copyright Claimant[2] | Date Copyright Secured | Copyright Registration No. | Copyright Renewal Registration No. |
|---|---|---|---|---|
| *Tales to Astonish* # 36 | Vista Publications, Inc | 7/10/1962 | B982808 | RE497795 |
| *Tales to Astonish* # 37 | Vista Publications, Inc. | 8/2/1962 | B988514 | RE497995 |
| *Tales to Astonish* # 38 | Vista Publications, Inc. | 9/11/1962 | B992189 | RE499443 |
| *Tales to Astonish* # 39 | Vista Publications, Inc. | 10/2/1962 | B999783 | RE499469 |
| *Tales to Astonish* # 40 | Vista Publications, Inc. | 11/8/1962 | B6026 | RE498029 |
| *Tales to Astonish* # 41 | Vista Publications, Inc. | 12/3/1962 | B12122 | RE498066 |

---

[1] This Notice of Termination also applies to all material authored or co-authored by Larry Lieber (in any and all medium(s), whenever created) that was reasonably associated with these Works and was registered with the United States Copyright Office and/or published within the termination time window, as defined by 17 U.S.C. § 304(c) and the effective date of this Notice of Termination. This Notice of Termination likewise includes any character, story element, or indicia reasonably associated with these Works, including, without limitation, Ant-Man (a.k.a. Dr. Henry Pym), Ant-Man's Ants, Protector, Wasp (a.k.a. Janet Van Dyne), Comrade X, Egghead (a.k.a. Elihas Starr), Scarlet Beetle, the Hijacker (a.k.a. Howard Mitchell), Kulla, Ben Carter, The Voice (a.k.a. Jason Cragg), Tommy Weems, Giant-Man (a.k.a. Dr. Henry Pym), Iron Man (a.k.a. Tony Stark), Thor (a.k.a. Dr. Donald Blake), and Time Master. Every reasonable effort has been made to find and list herein all such material. Nevertheless, if any such material has been omitted, such omission is unintentional and involuntary, and this Notice also applies to each and every such omitted material.

[2] Pursuant to 37 C.F.R. § 201.10(b)(1)(iii), this Notice of Termination includes the name of at least one author of each Work to which this Notice of Termination applies. The listing herein of any corporation as copyright claimant is done per Copyright Office records, and is not to be construed as an admission that any given work is or was a "work made for hire," nor is anything else herein to be construed as any such admission. Nothing contained in this Notice of Termination shall be construed to in any way limit or waive any right or remedy that Larry Lieber may have, at law or in equity, with respect to the subject matter hereof, all of which is hereby expressly reserved.

2

| Tales to Astonish # 42 | Vista Publications, Inc. | 1/10/1963 | B16382 | RE497817 |
| Tales to Astonish # 43 | Vista Publications, Inc. | 2/5/1963 | B23461 | RE559171 |
| Tales to Astonish # 46 | Vista Publications, Inc. | 5/2/1963 | B37739 | RE559195 |
| Tales to Astonish # 47 | Vista Publications, Inc. | 6/4/1963 | B45556 | RE559202 |
| Tales to Astonish # 48 | Vista Publications, Inc. | 7/2/1963 | B50164 | RE559214 |
| Tales to Astonish # 49 | Vista Publications, Inc. | 8/1/1963 | B57878 | RE559229 |
| Tales to Astonish # 50 | Vista Publications, Inc. | 9/3/1963 | B61940 | RE559242 |
| Tales to Astonish # 51 | Vista Publications, Inc. | 10/1/1963 | B66786 | RE559253 |
| Tales to Astonish # 52 | Vista Publications, Inc. | 11/5/1963 | B72342 | RE559312 |
| Tales to Astonish # 53 | Vista Publications, Inc. | 12/2/1963 | B79624 | RE559320 |
| Tales to Astonish # 54 | Vista Publications, Inc. | 1/3/1964 | B86105 | RE559329 |
| Tales to Astonish # 55 | Vista Publications, Inc. | 2/4/1964 | B93250 | RE559337 |
| Tales to Astonish # 56 | Vista Publications, Inc. | 3/3/1964 | B96827 | RE599649 |
| Tales to Astonish # 57 | Vista Publications, Inc. | 4/2/1964 | B102936 | RE599656 |
| Tales to Astonish # 58 | Vista Publications, Inc. | 5/5/1964 | B112129 | RE599663 |

3.      The grant(s) and/or transfer(s) to which this Notice of Termination applies is (are) made in that (those) certain copyright assignments on the back of the check(s) issued by Marvel Entertainment, LLC's predecessor company(ies) to Larry Lieber with respect to the above-listed Works, which were dated on or about the time of the respective publication of such Works.[3]

4.      The effective date of termination shall be June 4, 2023.

5.      Larry Lieber, as an author of the Works, is entitled to exercise his termination rights pursuant to 17 U.S.C. § 304(c), as to the grant(s) identified hereinabove. This Notice has been signed by all persons needed to terminate said grant(s) under 17 U.S.C. § 304(c).

/ / /

/ / /

/ / /

---

[3] This Notice of Termination also applies to each and every grant or alleged grant by Larry Lieber of rights under copyright in and to the Works that falls within the applicable termination time window (defined by 17 U.S.C. § 304(c) and the effective date of this Notice of Termination). Every reasonable effort has been made to find and list herein every such grant and/or transfer. Nevertheless, if any such grant and/or transfer has been omitted, such omission is unintentional and involuntary, and this Notice of Termination applies as well to each and every such omitted grant and/or transfer

3

Dated:  June 3, 2021                    TOBEROFF & ASSOCIATES, P.C.

                                        _____
                                              Marc Toberoff

                                        23823 Malibu Road, Suite 50-363
                                        Malibu, California 90265
                                        Tel: (310) 246-3333

                                         As counsel for and on behalf of Larry Lieber

4

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the foregoing document described as

NOTICE OF TERMINATION to be served this 3rd day of June, 2021, by First Class Mail,

postage prepaid, upon each of the following:

Marvel Entertainment, LLC
Marvel Worldwide, Inc.
Marvel Property, Inc.
Marvel Characters, Inc.
1290 Avenue of the Americas
New York, NY 10104
Attn: John Turitzin, Chief Counsel
        Eli Bard, Deputy Chief Counsel

Marvel Studios, LLC
MVL Rights, LLC
MVL Development, LLC
Marvel Characters, Inc.
500 South Buena Vista Street
Burbank, CA 91521
Attn: David Galluzzi, Chief Counsel

The Walt Disney Company
500 South Buena Vista Street
Burbank, CA 91521
Attn: Alan Braverman, General Counsel

Marvel Animation Inc.
623 Circle Seven Drive
Glendale, CA 91201
Attn: Legal Department

I declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd

day of June, 2021, at Malibu, California.

Breck Kadaba
Toberoff & Associates, P.C.
23823 Malibu Road, Suite 50-363
Malibu, California 90265

Counsel for Larry Lieber

## NOTICE OF TERMINATION

## "THE MIGHTY THOR"

To:  Marvel Entertainment, LLC            Marvel Studios, LLC
     Marvel Worldwide, Inc.               MVL Rights, LLC
     Marvel Property, Inc.                MVL Development, LLC
     Marvel Characters, Inc.              Marvel Characters, Inc.
     1290 Avenue of the Americas          500 South Buena Vista Street
     New York, NY 10104                   Burbank, CA 91521
     Attn: John Turitzin, Chief Counsel   Attn: David Galluzzi, Chief Counsel
          Eli Bard, Deputy Chief Counsel

     The Walt Disney Company              Marvel Animation Inc.
     500 South Buena Vista Street         623 Circle Seven Drive
     Burbank, CA 91521                    Glendale, CA 91201
     Attn: Alan Braverman, General Counsel  Attn: Legal Department

PLEASE TAKE NOTICE that pursuant to Section 304(c) of the United States Copyright

Act (17 U.S.C. § 304(c)) and the regulations issued thereunder by the Register of Copyrights, 37

C.F.R. § 201.10, Larry Lieber, being the person entitled to terminate copyright transfers pursuant

to said statutory provisions, hereby terminates all pre-January 1, 1978 exclusive or non-exclusive

grants of the transfer or license of the renewal copyright(s) in and to the illustrated comic book

stories (many featuring the Mighty Thor), authored or co-authored by Larry Lieber and published

in the JOURNEY INTO MYSTERY comic book issues, all as set forth below:

1.      The names and addresses of the grantees and/or successors in title whose rights are

being terminated are as follows: Marvel Entertainment, LLC, Marvel Worldwide, Inc., Marvel

Property, Inc., Marvel Characters, Inc., 1290 Avenue of the Americas, New York, NY 10104;

Marvel Studios, LLC, MVL Rights, LLC, MVL Development, LLC, Marvel Characters, Inc., 500

South Buena Vista Street, Burbank, CA 91521; The Walt Disney Company, 500 South Buena

Vista Street, Burbank, CA 91521; and Marvel Animation Inc., 623 Circle Seven Drive, Glendale,

CA 91201. Pursuant to 37 C.F.R. § 201.10(d), service of this notice is being made by First Class

Mail, postage pre-paid to the above grantees or successors at the addresses shown.

    2.    The copyrighted works to which this Notice of Termination applies (individually,

the "Work"; collectively, the "Works") are the illustrated comic book stories (many featuring the

Mighty Thor), authored or co-authored by Larry Lieber, along with all the characters, story

elements, and/or indicia appearing therein, which stories were published and embodied in the

comic book issues identified as follows[1]:

| Title | Copyright Claimant[2] | Date Copyright Secured | Copyright Registration No. | Copyright Renewal Registration No. |
|---|---|---|---|---|
| *Journey Into Mystery* # 84 | Atlas Magazines, Inc. | 7/3/1962 | B982810 | RE497797 |
| *Journey Into Mystery* # 85 | Atlas Magazines, Inc. | 8/2/1962 | B988515 | RE497996 |
| *Journey Into Mystery* # 86 | Atlas Magazines, Inc. | 9/4/1962 | B992974 | RE499447 |
| *Journey Into Mystery* # 87 | Atlas Magazines, Inc. | 10/2/1962 | B999782 | RE499468 |
| *Journey Into Mystery* # 88 | Atlas Magazines, Inc. | 11/1/1962 | B6034 | RE498035 |
| *Journey Into Mystery* # 89 | Atlas Magazines, Inc. | 12/3/1962 | B12115 | RE498059 |
| *Journey Into Mystery* # 90 | Atlas Magazines, Inc. | 1/3/1963 | B17481 | RE497820 |
| *Journey Into Mystery* # 91 | Atlas Magazines, Inc. | 2/5/1963 | B23462 | RE559172 |

---

[1] This Notice of Termination also applies to all material authored or co-authored by Larry Lieber (in any and all medium(s), whenever created) that was reasonably associated with these Works and was registered with the United States Copyright Office and/or published within the termination time window, as defined by 17 U.S.C. § 304(c) and the effective date of this Notice of Termination. This Notice of Termination likewise includes any character, story element, or indicia reasonably associated with these Works, including, without limitation, Thor (a.k.a. Dr. Donald Blake), Gorr, Korg, Margus, the Kronans, Jane Foster, Roger Graham, Comrade Executioner, Loki, Heimdall, Odin, Balder, Tyr, Artur Zarrko (a.k.a. Tomorrow Man), Thaddeus Ross, Dr. John Blandings, Sylvia Blandings, Achilles, Edward Harrison, Ruby Mortensen, Andrew "Thug" Thatcher, the Xartans, Ugarth, Zano, Mayor Harris, the Valkyries, Valtrauta, Hildegarde, Sandu, the Asgardians, Giant-Man (a.k.a. Dr. Henry Pym), Wasp (a.k.a. Janet Van Dyne), and Iron Man (a.k.a. Tony Stark). Every reasonable effort has been made to find and list herein all such material. Nevertheless, if any such material has been omitted, such omission is unintentional and involuntary, and this Notice also applies to each and every such omitted material.

[2] Pursuant to 37 C.F.R. § 201.10(b)(1)(iii), this Notice of Termination includes the name of at least one author of each Work to which this Notice of Termination applies. The listing herein of any corporation as copyright claimant is done per Copyright Office records, and is not to be construed as an admission that any given work is or was a "work made for hire," nor is anything else herein to be construed as any such admission. Nothing contained in this Notice of Termination shall be construed to in any way limit or waive any right or remedy that Larry Lieber may have, at law or in equity, with respect to the subject matter hereof, all of which is hereby expressly reserved.

| *Journey Into Mystery* # 92 | Atlas Magazines, Inc. | 3/5/1963 | B28145 | RE559178 |
| *Journey Into Mystery* # 93 | Atlas Magazines, Inc. | 4/2/1963 | B32696 | RE559185 |
| *Journey Into Mystery* # 94 | Atlas Magazines, Inc. | 5/2/1963 | B38263 | RE559200 |
| *Journey Into Mystery* # 95 | Atlas Magazines, Inc. | 6/4/1963 | B45557 | RE559203 |
| *Journey Into Mystery* # 96 | Atlas Magazines, Inc. | 7/2/1963 | B50171 | RE559221 |
| *Journey Into Mystery* # 97 | Atlas Magazines, Inc. | 8/1/1963 | B57880 | RE559231 |
| *Journey Into Mystery* # 98 | Atlas Magazines, Inc. | 9/3/1963 | B61947 | RE559245 |
| *Journey Into Mystery* # 99 | Atlas Magazines, Inc. | 10/1/1963 | B72283 | RE559259 |
| *Journey Into Mystery* # 100 | Atlas Magazines, Inc. | 11/5/1963 | B72344 | RE559314 |
| *Journey Into Mystery* # 101 | Atlas Magazines, Inc. | 12/2/1963 | B79623 | RE559319 |
| *Journey Into Mystery* # 102 | Atlas Magazines, Inc. | 1/3/1964 | B86117 | RE559336 |
| *Journey Into Mystery* # 103 | Atlas Magazines, Inc. | 2/4/1964 | B93257 | RE599637 |
| *Journey Into Mystery* # 104 | Atlas Magazines, Inc. | 3/3/1964 | B96825 | RE599647 |

3.     The grant(s) and/or transfer(s) to which this Notice of Termination applies is (are) made in that (those) certain copyright assignments on the back of the check(s) issued by Marvel Entertainment, LLC's predecessor company(ies) to Larry Lieber with respect to the above-listed Works, which were dated on or about the time of the respective publication of such Works.[3]

4.     The effective date of termination shall be June 4, 2023.

5.     Larry Lieber, as an author of the Works, is entitled to exercise his termination rights pursuant to 17 U.S.C. § 304(c), as to the grant(s) identified hereinabove. This Notice has been signed by all persons needed to terminate said grant(s) under 17 U.S.C. § 304(c).

Dated:  June 3, 2021                        TOBEROFF & ASSOCIATES, P.C.

Marc Toberoff
23823 Malibu Road, Suite 50-363
Malibu, California 90265
Tel: (310) 246-3333

As counsel for and on behalf of Larry Lieber

---

[3] This Notice of Termination also applies to each and every grant or alleged grant by Larry Lieber of rights under copyright in and to the Works that fall within the applicable termination time window (defined by 17 U.S.C. § 304(c) and the effective date of this Notice of Termination). Every reasonable effort has been made to find and list herein every such grant and/or transfer. Nevertheless, if any such grant and/or transfer has been omitted, such omission is unintentional and involuntary, and this Notice of Termination applies as well to each and every such omitted grant and/or transfer.

3

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the foregoing document described as

NOTICE OF TERMINATION to be served this 3rd day of June, 2021, by First Class Mail,

postage prepaid, upon each of the following:

To:   Marvel Entertainment, LLC              Marvel Studios, LLC
      Marvel Worldwide, Inc.                 MVL Rights, LLC
      Marvel Property, Inc.                  MVL Development, LLC
      Marvel Characters, Inc.                Marvel Characters, Inc.
      1290 Avenue of the Americas            500 South Buena Vista Street
      New York, NY 10104                     Burbank, CA 91521
      Attn: John Turitzin, Chief Counsel     Attn: David Galluzzi, Chief Counsel
            Eli Bard, Deputy Chief Counsel

      The Walt Disney Company                Marvel Animation Inc.
      500 South Buena Vista Street           623 Circle Seven Drive
      Burbank, CA 91521                      Glendale, CA 91201
      Attn: Alan Braverman, General Counsel  Attn: Legal Department


I declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd

day of June, 2021, at Malibu, California.


Breck Kadaba
Toberoff & Associates, P.C.
23823 Malibu Road, Suite 50-363
Malibu, California 90265

Counsel for Larry Lieber

4

## NOTICE OF TERMINATION

## "IRON MAN"

To:  Marvel Entertainment, LLC              Marvel Studios, LLC
     Marvel Worldwide, Inc.                 MVL Rights, LLC
     Marvel Property, Inc.                  MVL Development, LLC
     Marvel Characters, Inc.                Marvel Characters, Inc.
     1290 Avenue of the Americas            500 South Buena Vista Street
     New York, NY 10104                     Burbank, CA 91521
     Attn: John Turitzin, Chief Counsel     Attn: David Galluzzi, Chief Counsel
         Eli Bard, Deputy Chief Counsel

     The Walt Disney Company                Marvel Animation Inc.
     500 South Buena Vista Street           623 Circle Seven Drive
     Burbank, CA 91521                      Glendale, CA 91201
     Attn: Alan Braverman, General Counsel  Attn: Legal Department

PLEASE TAKE NOTICE that pursuant to Section 304(c) of the United States Copyright Act (17 U.S.C. § 304(c)) and the regulations issued thereunder by the Register of Copyrights, 37 C.F.R. § 201.10, Larry Lieber, being the person entitled to terminate copyright transfers pursuant to said statutory provisions, hereby terminates all pre-January 1, 1978 exclusive or non-exclusive grants of the transfer or license of the renewal copyright(s) in and to the illustrated comic book story entitled "Iron Man is Born!," authored or co-authored by Larry Lieber and published in *Tales of Suspense* Vol. 1, No. 39, and sets forth in connection therewith the following:

1.      The names and addresses of the grantees and/or successors in title whose rights are being terminated are as follows: Marvel Entertainment, LLC, Marvel Worldwide, Inc., Marvel Property, Inc., Marvel Characters, Inc., 1290 Avenue of the Americas, New York, NY 10104; Marvel Studios, LLC, MVL Rights, LLC, MVL Development, LLC, Marvel Characters, Inc., 500 South Buena Vista Street, Burbank, CA 91521; The Walt Disney Company, 500 South Buena Vista Street, Burbank, CA 91521; and Marvel Animation Inc., 623 Circle Seven Drive, Glendale,

CA 91201. Pursuant to 37 C.F.R. § 201.10(d), service of this notice is being made by First Class Mail, postage pre-paid to the above grantees or successors at the addresses shown.

2.      The copyrighted work (the "Work") to which this Notice of Termination applies is the illustrated comic book story entitled "Iron Man is Born!," authored or co-authored by Larry Lieber,[1] which was published and embodied in *Tales of Suspense* Vol. 1, No. 39, (the Work includes this issue's cover page), which issue was registered with the U.S. Copyright Office by Vista Publications, Inc. on December 10, 1962 under Copyright Registration No. B12121, renewed on November 20, 1990 under Copyright Renewal Registration No. RE0000498065, and includes all the characters, story elements, and/or indicia appearing therein.[2]

3.      The grant(s) and/or transfer(s) to which this Notice of Termination applies is (are) made in that/those certain copyright assignment(s) on the back of the check(s) issued by Marvel Entertainment, LLC's predecessor company to Larry Lieber, regarding the above-listed Work, which was dated on or about the time of the publication of such Work.[3]

---

[1] This Notice of Termination also applies to all material authored or co-authored by Larry Lieber (in any and all medium(s), whenever created) that was reasonably associated with the Work and was registered with the United States Copyright Office and/or published within the termination time window, as defined by 17 U.S.C. § 304(c), and the effective date of this Notice of Termination. This Notice of Termination likewise includes any character, story element, or indicia reasonably associated with the Work including, without limitation, Iron Man (a.k.a. Tony Stark), Professor Ho Yinsen, and Wong-Chu. Every reasonable effort has been made to find and list herein all such material. Nevertheless, if any such material has been omitted, such omission is unintentional and involuntary, and this Notice also applies to each and every such omitted material.

[2] Pursuant to 37 C.F.R. § 201.10(b)(1)(iii), this Notice of Termination includes the name of at least one author of the Work to which this Notice of Termination applies. The listing herein of any corporation as copyright claimant is done per Copyright Office records, and is not to be construed as an admission that any given work is or was a "work made for hire," nor is anything else herein to be construed as any such admission. Nothing contained in this Notice of Termination shall be construed to in any way limit or waive any right or remedy that Larry Lieber may have, at law or in equity, with respect to the subject matter hereof, all of which is hereby expressly reserved.

[3] This Notice of Termination also applies to each and every grant or alleged grant by Larry Lieber of rights under copyright in and to the Work that falls within the applicable termination time window (defined by 17 U.S.C. § 304(c) and the effective date of this Notice of Termination). Every reasonable effort

2

4.      The effective date of termination shall be June 5, 2023.

5.      Larry Lieber, as an author of the Work, is entitled to exercise his termination rights pursuant to 17 U.S.C. § 304(c), as to the grant(s) identified herein. This Notice has been signed by all persons needed to terminate said grant(s) under 17 U.S.C. § 304(c).

Dated:  June 4, 2021                              TOBEROFF & ASSOCIATES, P.C.

                                                  _____
                                                  Marc Toberoff

                                                  23823 Malibu Road, Suite 50-363
                                                  Malibu, California 90265
                                                  Tel: (310) 246-3333

                                                  As counsel for and on behalf of Larry Lieber

---

has been made to find and list herein every such grant and/or transfer. Nevertheless, if any such grant and/or transfer has been omitted, such omission is unintentional and involuntary, and this Notice of Termination applies as well to each and every such omitted grant and/or transfer.

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the foregoing document described as

NOTICE OF TERMINATION to be served this 4th day of June, 2021, by First Class Mail,

postage prepaid, upon each of the following:

To:   Marvel Entertainment, LLC                  Marvel Studios, LLC
      Marvel Worldwide, Inc.                      MVL Rights, LLC
      Marvel Property, Inc.                       MVL Development, LLC
      Marvel Characters, Inc.                     Marvel Characters, Inc.
      1290 Avenue of the Americas                 500 South Buena Vista Street
      New York, NY 10104                          Burbank, CA 91521
      Attn: John Turitzin, Chief Counsel          Attn: David Galluzzi, Chief Counsel
            Eli Bard, Deputy Chief Counsel

      The Walt Disney Company                     Marvel Animation Inc.
      500 South Buena Vista Street                623 Circle Seven Drive
      Burbank, CA 91521                           Glendale, CA 91201
      Attn: Alan Braverman, General Counsel       Attn: Legal Department

I declare under penalty of perjury that the foregoing is true and correct. Executed this 4th

day of June, 2021, at Malibu, California.

Breck Kadaba
Toberoff & Associates, P.C.
23823 Malibu Road, Suite 50-363
Malibu, California 90265

Counsel for Larry Lieber

4

## NOTICE OF TERMINATION

### "THE WIZARD"

To:  Marvel Entertainment, LLC            Marvel Studios, LLC
     Marvel Worldwide, Inc.              MVL Rights, LLC
     Marvel Property, Inc.               MVL Development, LLC
     Marvel Characters, Inc.             Marvel Characters, Inc.
     1290 Avenue of the Americas         500 South Buena Vista Street
     New York, NY 10104                  Burbank, CA 91521
     Attn: John Turitzin, Chief Counsel  Attn: David Galluzzi, Chief Counsel
          Eli Bard, Deputy Chief Counsel

     The Walt Disney Company             Marvel Animation Inc.
     500 South Buena Vista Street        623 Circle Seven Drive
     Burbank, CA 91521                   Glendale, CA 91201
     Attn: Alan Braverman, General Counsel   Attn: Legal Department

PLEASE TAKE NOTICE that pursuant to Section 304(c) of the United States Copyright Act (17 U.S.C. § 304(c)) and the regulations issued thereunder by the Register of Copyrights, 37 C.F.R. § 201.10, Larry Lieber, being the person entitled to terminate copyright transfers by the author pursuant to said statutory provisions, hereby terminates all pre-January 1, 1978 exclusive or non-exclusive grants of the transfer or license of the renewal copyright(s) in and to the illustrated comic book stories, several of which feature the character The Wizard (a.k.a. Bentley Wittman), authored or co-authored by Larry Lieber, and published in the STRANGE TALES comic book issues, all as set forth below:

1.      The names and addresses of the grantees and/or successors in title whose rights are being terminated are as follows: Marvel Entertainment, LLC, Marvel Worldwide, Inc., Marvel Property, Inc., Marvel Characters, Inc., 1290 Avenue of the Americas, New York, NY 10104; Marvel Studios, LLC, MVL Rights, LLC, MVL Development, LLC, Marvel Characters, Inc., 500 South Buena Vista Street, Burbank, CA 91521; The Walt Disney Company, 500 South Buena

Vista Street, Burbank, CA 91521; and Marvel Animation Inc., 623 Circle Seven Drive, Glendale,

CA 91201. Pursuant to 37 C.F.R. Section 201.10(d), service of this Notice is being made by First

Class Mail, postage pre-paid to the above grantees or successors at the addresses shown.

      2.      The copyrighted work(s) to which this Notice of Termination applies (individually,

"Work"; collectively, the "Works") are the illustrated comic book stor(ies), several of which

feature the character The Wizard (a.k.a. Bentley Wittman), authored or co-authored by Larry

Lieber[1] along with all the characters, story elements, and/or indicia appearing therein, which

stories were published and embodied in the comic book issues identified as follows:

| Title | Copyright Claimant[2] | Date Copyright Secured | Copyright Reg. No. |
|---|---|---|---|
| *Strange Tales* Vol. 1, No. 102 | Vista Publications, Inc. | 8/9/1962 | B988507 |
| *Strange Tales* Vol. 1, No. 103 | Vista Publications, Inc. | 9/11/1962 | B992202 |
| *Strange Tales* Vol. 1, No. 104 | Vista Publications, Inc. | 10/9/1962 | B999792 |
| *Strange Tales* Vol. 1, No. 105 | Vista Publications, Inc. | 11/8/1962 | B6037 |
| *Strange Tales* Vol. 1, No. 106 | Vista Publications, Inc. | 12/10/1962 | B12120 |
| *Strange Tales* Vol. 1, No. 107 | Vista Publications, Inc. | 1/10/1963 | B17484 |
| *Strange Tales* Vol. 1, No. 108 | Vista Publications, Inc. | 2/12/1963 | B22022 |
| *Strange Tales* Vol. 1, No. 109 | Vista Publications, Inc. | 3/12/1963 | B28143 |

---

[1] This Notice of Termination also applies to all material authored or co-authored by Larry Lieber (in any and all medium(s), whenever created) that was reasonably associated with these Works and was registered with the United States Copyright Office and/or published within the termination time window, as defined by 17 U.S.C. § 304(c) and the effective date of this Notice of Termination. This Notice of Termination likewise includes any character, story element, or indicia reasonably associated with these Works, including, without limitation, The Wizard (Bentley Wittman), Human Torch (a.k.a. Johnny Storm), Invisible Girl (a.k.a. Susan Storm), Destroyer (a.k.a. Charles Stanton), Valeria, Phineas, Theos, Zemu, George Bentley, Paste-Pot Pete (a.k.a. Peter Petruski), Mr. Fantastic (a.k.a. Reed Richards), Thing (a.k.a. Benjamin Grimm), Acrobat (a.k.a. Carl Zante), Miracle Man (a.k.a. Joshua Ayers), Sub-Mariner (a.k.a. Namor), and Dr. Doom (a.k.a. Victor von Doom). Every reasonable effort has been made to find and list herein all such material. Nevertheless, if any such material has been omitted, such omission is unintentional and involuntary, and this Notice also applies to each and every such omitted material.

[2] Pursuant to 37 C.F.R. § 201.10(b)(1)(iii), this Notice of Termination includes the name of at least one author of each Work to which this Notice of Termination applies. The listing herein of any corporation as copyright claimant is done per Copyright Office records, and is not to be construed as an admission that any given work is or was a "work made for hire," nor is anything else herein to be construed as any such admission. Nothing contained in this Notice of Termination shall be construed to in any way limit or waive any right or remedy that Larry Lieber may have, at law or in equity, with respect to the subject matter hereof, all of which is hereby expressly reserved.

| *Strange Tales* Vol. 1, No. 110 | Vista Publications, Inc. | 4/9/1963 | B34036 |
| *Strange Tales* Vol. 1, No. 111 | Vista Publications, Inc. | 5/9/1963 | B38264 |
| *Strange Tales* Vol. 1, No. 112 | Vista Publications, Inc. | 6/11/1963 | B45565 |
| *Strange Tales* Vol. 1, No. 113 | Vista Publications, Inc. | 7/9/1963 | B51854 |

3.    The express or implied grant(s) and/or transfer(s) to which this Notice of Termination applies was (were) made in that (those) certain copyright assignment(s) on the back of the check(s) issued by Marvel Entertainment, LLC's ("Marvel") predecessor company(ies) to Larry Lieber, with respect to the above-listed Works, which was (were) dated on or about the time of the respective publication of such Works, as well as any other grant(s) regarding the Works by Larry Lieber to Marvel's predecessor(s).[3]

4.    The effective date of termination for each respective Work shall be August 5, 2023.

5.    Larry Lieber, as an author of the Works, is entitled to exercise his termination rights pursuant to 17 U.S.C. § 304(c), as to the grant(s) identified hereinabove. This Notice has been signed by all persons needed to terminate said grant(s) under 17 U.S.C. § 304(c).

Dated:  August 4, 2021                    TOBEROFF & ASSOCIATES, P.C.

                                          Marc Toberoff

                                          23823 Malibu Road, Suite 50-363
                                          Malibu, California 90265
                                          Tel: (310) 246-3333

                                          As counsel for and on behalf of Larry Lieber

---

[3] This Notice of Termination also applies to each and every grant or alleged grant by Larry Lieber of rights under copyright in and to the Works that falls within the applicable termination time window (defined by 17 U.S.C. § 304(c) and the effective date of this Notice of Termination). Every reasonable effort has been made to find and list herein every such grant and/or transfer. Nevertheless, if any such grant and/or transfer has been omitted, such omission is unintentional and involuntary, and this Notice of Termination applies as well to each and every such omitted grant and/or transfer.

3

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the foregoing document described as

NOTICE OF TERMINATION to be served this 4th day of August, 2021, by First Class Mail,

postage prepaid, upon each of the following:

| | |
|---|---|
| Marvel Entertainment, LLC<br>Marvel Worldwide, Inc.<br>Marvel Property, Inc.<br>Marvel Characters, Inc.<br>1290 Avenue of the Americas<br>New York, NY 10104<br>Attn: John Turitzin, Chief Counsel<br>      Eli Bard, Deputy Chief Counsel | Marvel Studios, LLC<br>MVL Rights, LLC<br>MVL Development, LLC<br>Marvel Characters, Inc.<br>500 South Buena Vista Street<br>Burbank, CA 91521<br>Attn: David Galluzzi, Chief Counsel |
| The Walt Disney Company<br>500 South Buena Vista Street<br>Burbank, CA 91521<br>Attn: Alan Braverman, General Counsel | Marvel Animation Inc.<br>623 Circle Seven Drive<br>Glendale, CA 91201<br>Attn: Legal Department |

I declare under penalty of perjury that the foregoing is true and correct. Executed this 4th

day of August, 2021, at Malibu, California.

Breck Kadaba
Toberoff & Associates, P.C.
23823 Malibu Road, Suite 50-363
Malibu, California 90265

Counsel for Larry Lieber

4