IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARVEL CHARACTERS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>LAWRENCE D. LIEBER,<br><br>    Defendant.<br><br>LAWRENCE D. LIEBER,<br><br>    Counterclaimant,<br><br>v.<br><br>MARVEL CHARACTERS, INC. and DOES 1-10, inclusive,<br><br>    Counterclaim-Defendants. | Civil Action No. 1:21-cv-7955-LAK<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFF AND COUNTERCLAIM-DEFENDANT MARVEL CHARACTERS, INC. TO RESPOND TO THE COUNTERCLAIM** |

## STIPULATION

**WHEREAS**, defendant Lawrence D. Lieber ("Lieber") filed and served on plaintiff Marvel Characters, Inc. ("MCI") an Answer and Counterclaim ("Counterclaim") in this matter on December 7, 2021;

**WHEREAS**, MCI's deadline to respond to the Counterclaim is currently set for December 28, 2021, in the middle of the winter holidays;

**WHEREAS**, MCI therefore requested an extension of time to respond to the Counterclaim up through and including January 19, 2022, and Lieber agreed to such request; and

**WHEREAS**, this is MCI's first request for such an extension;

**IT IS HEREBY STIPULATED AND AGREED**, by and between MCI and Lieber, through their respective counsel of record, subject to the Court's approval, that the date for MCI to respond to the Counterclaim shall be extended up through and including January 19, 2022.

| | |
|---|---|
| Dated: December 17, 2021 | **O'MELVENY & MYERS LLP**<br><br>By: _/s/ Daniel M. Petrocelli_<br>Daniel M. Petrocelli<br><br>Daniel M. Petrocelli*<br>dpetrocelli@omm.com<br>Molly M. Lens<br>mlens@omm.com<br>Danielle Feuer*<br>dfeuer@omm.com<br>1999 Avenue of the Stars, 8th Floor<br>Los Angeles, California 90067<br>Telephone: (310) 553-6700<br>Facsimile: (310) 246-6779<br><br>Allen Burton<br>aburton@omm.com<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>Telephone: (212) 326-2000<br>Facsimile: (212) 326-2061<br><br>Kendall Turner*<br>kendallturner@omm.com<br>1625 I Street NW<br>Washington, DC 20006<br>Telephone: (202) 383-5300<br>Facsimile: (202) 383-5414<br><br>* Admitted pro hac vice<br><br>_Attorneys for Marvel Characters, Inc._ |
| Dated: December 17, 2021 | **TOBEROFF & ASSOCIATES, P.C.**<br><br>By: _/s/ Marc Toberoff_<br>Marc Toberoff<br><br>Marc Toberoff<br>mtoberoff@toberoffandassociates.com<br>23823 Pacific Coast Hwy, Suite 50-363<br>Malibu, CA 90265<br>Telephone: (310) 246-3333<br>Facsimile: (310) 246-3101<br><br>_Attorneys for Lawrence D. Lieber_ |

- 3 -

**SO ORDERED:**

_____
Hon. Lewis A. Kaplan
United States District Judge

DATE:_____