IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARVEL CHARACTERS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>LAWRENCE D. LIEBER,<br><br>    Defendant.<br><br>LAWRENCE D. LIEBER,<br><br>    Counterclaimant,<br><br>v.<br><br>MARVEL CHARACTERS, INC. and DOES 1-10, inclusive,<br><br>    Counterclaim-Defendants. | Civil Action No. 1:21-cv-7955-LAK<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFF AND COUNTERCLAIM-DEFENDANT MARVEL CHARACTERS, INC. TO RESPOND TO THE COUNTERCLAIM** |

## STIPULATION

**WHEREAS**, defendant Lawrence D. Lieber ("Lieber") filed and served on plaintiff Marvel Characters, Inc. ("MCI") an Answer and Counterclaim ("Counterclaim") in this matter on December 7, 2021;

**WHEREAS**, MCI's deadline to respond to the Counterclaim is currently set for December 28, 2021, in the middle of the winter holidays;

**WHEREAS**, MCI therefore requested an extension of time to respond to the Counterclaim up through and including January 19, 2022, and Lieber agreed to such request; and

**WHEREAS**, this is MCI's first request for such an extension;

**IT IS HEREBY STIPULATED AND AGREED**, by and between MCI and Lieber, through their respective counsel of record, subject to the Court's approval, that the date for MCI to respond to the Counterclaim shall be extended up through and including January 19, 2022.

Dated: December 17, 2021                    **O'MELVENY & MYERS LLP**

By: _/s/ Daniel M. Petrocelli_
    Daniel M. Petrocelli

Daniel M. Petrocelli*
dpetrocelli@omm.com
Molly M. Lens
mlens@omm.com
Danielle Feuer*
dfeuer@omm.com
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

Allen Burton
aburton@omm.com
Times Square Tower
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

Kendall Turner*
kendallturner@omm.com
1625 I Street NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

* Admitted pro hac vice

_Attorneys for Marvel Characters, Inc._

Dated: December 17, 2021                    **TOBEROFF & ASSOCIATES, P.C.**

By: _/s/ Marc Toberoff_
    Marc Toberoff

Marc Toberoff
mtoberoff@toberoffandassociates.com
23823 Pacific Coast Hwy, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101

_Attorneys for Lawrence D. Lieber_

- 3 -

**SO ORDERED:**

/s/ Lewis A. Kaplan
_____
Hon. Lewis A. Kaplan
United States District Judge

DATE: 12/20/2021