## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARVEL CHARACTERS, INC., | |
|     Plaintiff and Counterclaim-Defendant | Case No.: 1:21-cv-7955-LAK and consolidated cases 21-cv-7957-LAK and 21-cv-7959-LAK |
|     v. | |
| LAWRENCE D. LIEBER, | |
|     Defendant and Counterclaimant. | |
| MARVEL CHARACTERS, INC., | **MOTION FOR ADMISSION *PRO HAC VICE*** |
|     Plaintiff and Counterclaim-Defendant, | |
|     v. | |
| KEITH A. DETTWILER, in his capacity as Executor of the Estate of Donald L. Heck, | |
|     Defendant and Counterclaimant. | |
| MARVEL CHARACTERS, INC., | |
|     Plaintiff and Counterclaim-Defendant, | |
|     v. | |
| PATRICK S. DITKO, in his capacity as Administrator of the Estate of Stephen J. Ditko, | |
|     Defendant and Counterclaimant. | |

Pursuant to Rule 1.3(c) of the Local Rules of the United States Courts for the Southern District of New York, I, Matthew Kaiser, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Plaintiff and Counterclaim-Defendant Marvel

Characters, Inc. in the above-captioned cases.

I am a member in good standing of the State Bar of California, and there are no pending disciplinary proceedings against me in any state or federal court.  I have never been convicted of a felony.  I have never been censured, suspended, disbarred, or denied admission or readmission by any court.  I have attached a declaration pursuant to Local Rule 1.3.

Dated: September 27, 2022
      Los Angeles, California

By:  _/s/ Matthew Kaiser___

Matthew Kaiser
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, California 90071
Telephone:  (213) 430-8117
E-mail: mkaiser@omm.com

*Counsel for Plaintiff and Counterclaim-
Defendant Marvel Characters, Inc.*