IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARVEL CHARACTERS, INC., <br><br> Plaintiff and Counterclaim-Defendant <br><br> v. <br><br> LAWRENCE D. LIEBER, <br><br> Defendant and Counterclaimant. | Case No.: 1:21-cv-7955-LAK <br> and consolidated cases <br> 21-cv-7957-LAK and 21-cv-7959-LAK |
| MARVEL CHARACTERS, INC., <br><br> Plaintiff and Counterclaim-Defendant, <br><br> v. <br><br> KEITH A. DETTWILER, in his capacity as Executor of the Estate of Donald L. Heck, <br><br> Defendant and Counterclaimant. | **DECLARATION OF MATTHEW KAISER IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |
| MARVEL CHARACTERS, INC., <br><br> Plaintiff and Counterclaim-Defendant, <br><br> v. <br><br> PATRICK S. DITKO, in his capacity as Administrator of the Estate of Stephen J. Ditko, <br><br> Defendant and Counterclaimant. | |

**DECLARATION OF MATTHEW KAISER**

I, Matthew Kaiser, hereby state and declare as follows:

1. I am a counsel at O'Melveny & Myers LLP, counsel for record for Plaintiff and Counterclaim-Defendant Marvel Characters, Inc. in this matter. I submit this declaration in

- 2 -

support of my motion for admission *pro hac vice*. I have personal knowledge of the facts set forth below, and, if called upon, I could and would testify to the truth of the following.

    2.   I am a member in good standing of the State Bar of California, and there are no pending disciplinary proceedings against me in any state or federal court.

    3.   I have never been convicted of a felony.

    4.   I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 27, 2022  
Los Angeles, CA

_____  
Matthew Kaiser