

# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### *MATTHEW ZACHARY KAISER*

I, JORGE E. NAVARRETE, Clerk of the Supreme Court of the State of California, do hereby certify that MATTHEW ZACHARY KAISER, #304714, was on the 3rd day of August, 2015, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

*Witness my hand and the seal of the court on the 15th day of September 2022.*

JORGE E. NAVARRETE
Clerk of the Supreme Court

By:_____
Biying Jia, Assistant Deputy Clerk



State of California

## CLERK OF THE SUPREME COURT

350 McAllister Street
San Francisco, CA 94102
Phone: (415) 865-7000

Today's Date: __September 15th__, 20 __20__

| | | | |
|---|---|---|---|
| RECEIVED from _____ | Petition for review | $710 | ☐ |
| Case No: S _____ | Original proceeding | $710 | ☐ |
| Case Name: _____ | Responsive brief | $390 | ☐ |
| v. _____ | Certificate | $1 | ☑ |
| ☑ Cash     ☐ Check – No: _____ | Copy of opinion | $20 | ☐ |
| ☐ Money order – No: _____ | Copy of CD (oral argument) | $40 | ☐ |
| **CLERK OF THE COURT** | E-briefs flash drive | $40 | ☐ |
| By: _____[signature]_____ Deputy Clerk | Miscellaneous: | | ☐ |
| Updated 03202017 | Total | $ 1.00 | |