# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARVEL CHARACTERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> LAWRENCE D. LIEBER, <br><br> Defendant. | Case No.: 1:21-cv-7955-LAK and consolidated cases 21-cv-7957-LAK and 21-cv-7959-LAK |
| LAWRENCE D. LIEBER, <br><br> Counterclaimant, <br><br> v. <br><br> MARVEL CHARACTERS, INC., and DOES 1-10, inclusive, <br><br> Counterclaim-Defendants. | **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING MODIFICATION OF THE PRETRIAL SCHEDULE** |
| MARVEL CHARACTERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PATRICK S. DITKO, in his capacity as Administrator of the Estate of Stephen J. Ditko, <br><br> Defendant. | |
| PATRICK S. DITKO, in his capacity as Administrator of the Estate of Stephen J. Ditko, <br><br> Counterclaimant, <br><br> v. <br><br> MARVEL CHARACTERS, INC. and DOES 1-10, inclusive, <br><br> Counterclaim-Defendants. | |

| |
|---|
| MARVEL CHARACTERS, INC., |
| Plaintiff, |
| v. |
| KEITH A. DETTWILER, in his capacity as Executor of the Estate of Donald L. Heck, |
| Defendant. |
| KEITH A. DETTWILER, in his capacity as Executor of the Estate of Donald L. Heck |
| Counterclaimant, |
| v. |
| MARVEL CHARACTERS, INC. and DOES 1-10, inclusive, |
| Counterclaim-Defendants. |

## STIPULATION

Plaintiff and Counterclaim-Defendant Marvel Characters, Inc. and Defendants and Counterclaimants Lawrence D. Lieber, Patrick S. Ditko, and Keith A. Dettwiler (collectively, the "Parties") stipulate as follows:

**WHEREAS**, two other actions are currently pending in the United States District Courts for the Eastern District of New York and the Central District of California: *Marvel Characters, Inc. v. Solo*, No. 1:21-cv-5316-NRM-TAM (E.D.N.Y.); and *Marvel Characters, Inc. v. Hart-Rico*, No. 2:21-cv-07624-DMG-KES (C.D. Cal.) (together with the above-captioned action, the "Pending Actions").

**WHEREAS**, the Parties previously requested that parallel schedules be issued across the Pending Actions to facilitate, *inter alia*, discovery and other pre-trial matters to proceed efficiently.

**WHEREAS**, with certain limited exceptions, the Courts issued largely parallel schedules as jointly requested by the Parties.

**WHEREAS**, the Parties have a third-party deposition scheduled in North Carolina on January 20, 2023, the present deadline for 26(a)(2) initial disclosures with respect to expert witnesses.

**WHEREAS**, the parties have met and conferred and, in light of the conflict on January 20 (and attendant travel for such out-of-town deposition), the parties respectfully request a one-week extension of the expert-related deadlines, which will not impact the larger schedule ordered by the Court.

**WHEREAS**, recognizing that the Third Scheduling Order[1] states that no further extensions will be permitted, this modification will not delay the overall progress of the case.

Based on the foregoing, **IT IS HEREBY STIPULATED** by and between the Parties, through their respective counsel of record, subject to the Court's approval, that the following modifications be made to the pretrial schedule:[2]

1. The deadlines for 26(a)(2) disclosures with respect to expert witnesses and rebuttal expert witnesses are continued from January 20 to January 27, 2023 and from February 8 to February 15, 2023, respectively.
2. The cut-off for expert depositions is continued from March 1 to March 8, 2023.
3. The other deadlines in the case, including the March 1, 2023 deadline for the close of fact discovery, remain unchanged.

---

[1] *See* Order (ECF No. 51), *Marvel Characters, Inc. v. Lieber*, No. 1:21-cv-07955-LAK (S.D.N.Y.); Order (ECF No. 46), *Marvel Characters, Inc. v. Ditko*, No. 1:21-cv-07957-LAK (S.D.N.Y.); Order (ECF No. 49), *Marvel Characters, Inc. v. Dettwiler*, No. 1:21-cv-07959-LAK (S.D.N.Y.).

[2] Concurrently with the submission of this Stipulation, the same modifications are being proposed in the other Pending Cases.

Dated: January 16, 2023    **TOBEROFF & ASSOCIATES, P.C.**

By:  */s/ Marc Toberoff*
          Marc Toberoff

Marc Toberoff
mtoberoff@toberoffandassociates.com
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101

*Attorneys for Lawrence D. Lieber, Patrick S. Ditko, and Keith A. Dettwiler*

Dated: January 16, 2023    **O'MELVENY & MYERS LLP**

By:  */s/ Daniel M. Petrocelli*
          Daniel M. Petrocelli

Daniel M. Petrocelli*
dpetrocelli@omm.com
Molly M. Lens
mlens@omm.com
Matthew Kaiser*
mkaiser@omm.com
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

* Admitted pro hac vice

*Attorneys for Marvel Characters, Inc.*

**SO ORDERED:**

_____
Hon. Lewis A. Kaplan
United States District Judge

DATE:_____