# EXHIBIT 24C

| EXAMINED BY | RENEWAL APPLICATION RECEIVED | FOR |
|---|---|---|
| CHECKED BY | DEC 27 1994 | COPYRIGHT OFFICE |
| DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE | USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**5** Renewal for Group of Works

**1**
Title of Contribution: .....................................
Title of Periodical: .................... Vol ....... No ..... Issue Date .......
Date of Publication: ......................... Registration Number: .........
(Month)        (Day)        (Year)

**2**
Title of Contribution: .....................................
Title of Periodical: .................... Vol ....... No ..... Issue Date .......
Date of Publication: ......................... Registration Number: .........
(Month)        (Day)        (Year)

**3**
Title of Contribution: .....................................
Title of Periodical: .................... Vol ....... No ..... Issue Date .......
Date of Publication: ......................... Registration Number: .........
(Month)        (Day)        (Year)

**4**
Title of Contribution: .....................................
Title of Periodical: .................... Vol ....... No ..... Issue Date .......
Date of Publication: ......................... Registration Number: .........
(Month)        (Day)        (Year)

**5**
Title of Contribution: .....................................
Title of Periodical: .................... Vol ....... No ..... Issue Date .......
Date of Publication: ......................... Registration Number: .........
(Month)        (Day)        (Year)

**6**
Title of Contribution: .....................................
Title of Periodical: .................... Vol ....... No ..... Issue Date .......
Date of Publication: ......................... Registration Number: .........
(Month)        (Day)        (Year)

**7**
Title of Contribution: .....................................
Title of Periodical: .................... Vol ....... No ..... Issue Date .......
Date of Publication: ......................... Registration Number: .........
(Month)        (Day)        (Year)

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account )

Name: Marvel Entertainment Group, Inc.
Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: Andrew J. Daly, Marvel Ent. Group
Address: 387 Park Ave. South                    (Apt.)
New York, NY        10016
(City)        (State)        (ZIP)

**6** Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant        ☒ duly authorized agent of Marvel Entertainment Group, Inc.
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: ( *signature* )
Typed or printed name: Andrew J. Daly
Date DEC 1 6 1994

**7** Certification (Application must be signed)

Marvel Entertainment Group, Inc.
(Name)
387 Park Ave. South
(Number, Street and Apartment Number)
New York, NY   10016
(City)    (State)    (ZIP code)

**MAIL CERTIFICATE TO**
(Certificate will be mailed in window envelope)

**8** Address for Return of Certificate

U S GOVERNMENT PRINTING OFFICE 1978—261-022/10

Apr. 1978 — 500,000

114973

2021MARVEL-0006266

Steve Ditko

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America



| CLASS | REGISTRATION NO. |
|-------|------------------|
| **B** | B  282923 |
| | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*

*Register of Copyrights*
*United States of America*



**1. Copyright Claimant(s) and Address(es):**

Name  **Non-Pareil Publishing Corp.**

Address  **625 Madison Avenue, New York, N.Y.  10022**

Name  .....................................................................................................

Address  ..................................................................................................

**2. Title:**  **AMAZING SPIDER-MAN  (KING SIZE SPECIAL)**
(Title of periodical)

Vol.  **1**  No.  **3**  Date on copies  **November, 1966**

**3. Citizenship of Author:**

Citizenship  **U.S.A.**
(Name of country)  Domiciled in U.S.A.  Yes ☐  No ☐

**4. Publication:**

  **(a) Date of Publication of This Issue:**

**8/2/66**
(Month)      (Day)      (Year)

  **(b) Place of Publication of This Issue:**

**U.S.A.**
(Name of country)

**5. Manufacture Outside United States:**

  **(a) Portion of the Manufacturing Done Abroad:**  .........................................

  **(b) Process Used:**  ..................................................................................

  **(c) Country of Manufacture:**  ..................................................................

| EXAMINER |
|----------|

*Complete all applicable spaces on next page*

Steve Ditko

**6. Deposit account:**

.......................................................................................................

**7. Send correspondence to:**

Name ........................................................................    Address ..................

MAGAZINE MANAGEMENT CO.
625 MADISON AVENUE
NEW YORK, N. Y. 10022

**8. Send Certificate to:**

(Type or print name and address)

Name ........................................................................

MAGAZINE MANAGEMENT CO.
625 MADISON AVENUE
(Number and street)
NEW YORK, N. Y. 10022

| (City) | (State) | (ZIP code) |

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or

format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U.S. Department of Commerce, Washington, D.C., 20231.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington, D.C., 20540, two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $6. (NOTE: A deposit account, against which fees can be drawn, may be established. For details write to the Copyright Office.)

*The Copyright Notice.* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1966. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received<br>AUG 15. 1966 | |
| Two copies received<br>AUG 15. 1966 | |
| Fee received | |

114923

2021MARVEL-0006268

Page 1

# Application
## for Registration of a Claim to Copyright
### in a periodical manufactured in the United States of America

**FORM B**

REGISTRATION NO.

B    846892

DO NOT WRITE HERE

CLASS

**B**

**Instructions:** Make sure that all applicable spaces have been completed before you submit the form. The application must be SIGNED at line 9. The application should not be submitted until after the date of publication given in line 4(a), and should state the facts which existed on that date. For further information, see page 4.

Pages 1 and 2 should be typewritten or printed with pen and ink. Pages 3 and 4 should contain exactly the same information as pages 1 and 2, but may be carbon copies. Mail all pages of the application to the Register of Copyrights, Library of Congress, Washington, D.C. 20540, together with 2 copies of the best edition of the work and the registration fee of $6. Make your remittance payable to the Register of Copyrights.

**1. Copyright Claimant(s) and Address(es):** Give the name(s) and address(es) of the copyright owner(s). Ordinarily the name(s) should be the same as in the notice of copyright on the copies deposited.

Name .... MARVEL COMICS GROUP, A DIVISION OF CADENCE INDUSTRIES CORP.

Address .... 575 MADISON AVENUE, NEW YORK, N.Y. 10022

Name ....

Address ....

**2. Title:** DAREDEVIL

(Give the title of the periodical as it appears on the copies)

Vol. 1    No. 103    Date on copies .... SEPTEMBER 1973

**3. Citizenship of Author:** The law requires a statement of the citizenship of the author. In the case of a work made for hire the employer is the author. Ordinarily the publisher of a periodical is the author of the periodical. If the author is an organization formed under U.S. Federal or State law, the citizenship may be stated as U.S.A.

Citizenship .... U.S.A.

(Name of country)

Domiciled in U.S.A. Yes .... X .... No ....

**4. Publication:**

**(a) Date of Publication of This Issue:** Give the complete date when copies of this issue were first placed on sale, sold, or publicly distributed. The date when copies were made or printed should not be confused with the date of publication. NOTE: The full date (month, day, and year) must be given.

.... MAY    8    1973
(Month)    (Day)    (Year)

**(b) Place of Publication of This Issue:** Give the name of the country in which this issue was first published.

U.S.A.

➤ **NOTE: Leave all spaces of line 5 blank unless the instructions below apply to your work.** ◀

**5. Manufacture Outside United States:** If any part of the printing, typesetting, platemaking, lithographing, photoengraving, binding, or other process in the manufacture of the copies deposited was performed outside the United States, describe the following:

**(a) Portion of the Manufacturing Done Abroad:** ....

**(b) Process Used:** ....

**(c) Country of Manufacture:** ....

EXAMINER

*Complete all applicable spaces on next page*

MARVEL COMICS GROUP

**7.** Name and address of person or organization to whom correspondence or refund, if any, should be sent:

Name ................................................ Address ........................................

Marvel Comics Group
575 Madison Avenue
New York, New York 10022

**8. Send Certificate to:**

(Type or
print      Name
name and
address)   Address

Marvel Comics Group
575 Madison Avenue
New York, New York 10022
(Number and street)

(City)          (State)          (ZIP code)

**9. Certification:**

(Application
not acceptable
unless signed)

I CERTIFY that the statements made by me in this application are correct to the best of my knowledge.

...............................................................
(Signature of copyright claimant or duly authorized agent)

## Application Forms

Copies of the following forms will be supplied by the Copyright Office without charge upon request.

Class A    Form A—Published book manufactured in the United States of America.

Class A
or B

Form A–B Foreign—Book or periodical manufactured outside the United States of America (except works subject to the ad interim provisions of the copyright law).

Form A–B Ad Interim—Book or periodical in the English language manufactured and first published outside the United States of America.

Class B

Form B—Periodical manufactured in the United States of America.

Form BB—Contribution to a periodical manufactured in the United States of America.

Class C    Form C—Lecture or similar production prepared for oral delivery.

Class D    Form D—Dramatic or dramatico-musical composition.

Class E

Form E—Musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America.

Form E Foreign—Musical composition the author of which is not a citizen or domiciliary of the United States of America and which was not first published in the United States of America.

Class F    Form F—Map.

Class G    Form G—Work of art or a model or design for a work of art.

Class H    Form H—Reproduction of a work of art.

Class I    Form I—Drawing or plastic work of a scientific or technical character.

Class J    Form J—Photograph.

Class K

Form K—Print or pictorial illustration.

Form KK—Print or label used for an article of merchandise.

Class L
or M

Form L–M—Motion picture.

Class N    Form N—Sound recording.

Form R—Renewal copyright.

Form U—Notice of use of copyrighted music on mechanical instruments.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received | |
| Two copies received | |
| Fee received | |
| Renewal | |

U.S. GOVERNMENT PRINTING OFFICE : 1972—O–454–206

2021MARVEL-0006270

Page 1

# Application
## for Registration of a Claim to Copyright
### in a periodical manufactured in the
### United States of America

**FORM B**

REGISTRATION NO.

B 856874

DO NOT WRITE HERE

CLASS **B**

**Instructions:** Make sure that all applicable spaces have been completed before you submit the form. The application must be SIGNED at line 9. The application should not be submitted until after the date of publication given in line 4(a), and should state the facts which existed on that date. For further information, see page 4.

Pages 1 and 2 should be typewritten or printed with pen and ink. Pages 3 and 4 should contain exactly the same information as pages 1 and 2, but may be carbon copies. Mail all pages of the application to the Register of Copyrights, Library of Congress, Washington, D.C. 20540, together with 2 copies of the best edition of the work and the registration fee of $6. Make your remittance payable to the Register of Copyrights.

**1. Copyright Claimant(s) and Address(es):** Give the name(s) and address(es) of the copyright owner(s). Ordinarily the name(s) should be the same as in the notice of copyright on the copies deposited.

Name ....... MARVEL COMICS GROUP, A DIVISION OF CADENCE INDUSTRIES CORP.

Address ....... 575 MADISON AVENUE, NEW YORK, N.Y. 10022

Name .......

Address .......

**2. Title:** ....... DAREDEVIL

(Give the title of the periodical as it appears on the copies)

Vol. 1 No. 104 Date on copies ....... OCTOBER 1973

**3. Citizenship of Author:** The law requires a statement of the citizenship of the author. In the case of a work made for hire the employer is the author. Ordinarily the publisher of a periodical is the author of the periodical. If the author is an organization formed under U.S. Federal or State law, the citizenship may be stated as U.S.A.

Citizenship ....... U.S.A.

(Name of country)

Domiciled in U.S.A. Yes X No .......

**4. Publication:**

**(a) Date of Publication of This Issue:** Give the complete date when copies of this issue were first placed on sale, sold, or publicly distributed. The date when copies were made or printed should not be confused with the date of publication. NOTE: The full date (month, day, and year) must be given.

JUNE 5 1973

(Month) (Day) (Year)

**(b) Place of Publication of This Issue:** Give the name of the country in which this issue was first published.

U.S.A.

➡ **NOTE: Leave all spaces of line 5 blank unless the instructions below apply to your work.** ⬅

**5. Manufacture Outside United States:** If any part of the typesetting, platemaking, lithographing, photoengraving, binding, or other process in the manufacture of the copies deposited was performed outside the United States, describe the following:

**(a) Portion of the Manufacturing Done Abroad:** .......

**(b) Process Used:** .......

**(c) Country of Manufacture:** .......

EXAMINER

*Complete all applicable spaces on next page*

2021MARVEL-0006271

6. If registration fee is to be charged to a deposit account established in the Copyright Office, give name of account:

MARVEL COMICS GROUP

7. Name and address of person or organization to whom correspondence or refund, if any, should be sent:

Name ............................................    Address ........    Marvel Comics Group

575 Madison Avenue

New York, New York 10022

8. Send Certificate to:

(Type or print name and address)

Name ....................................................................

Marvel Comics Group

Address ................................................................
(Number and street)

575 Madison Avenue

....................................................................
(City)         (State)   New York, New York 10022   (ZIP code)

## 9. Certification:

(Application not acceptable unless signed)

I CERTIFY that the statements made by me in this application are correct to the best of my knowledge.

*Colleen Riotta*

......................................................................
(Signature of copyright claimant or duly authorized agent)

## Application Forms

Copies of the following forms will be supplied by the Copyright Office without charge upon request.

Class A   Form A—Published book manufactured in the United States of America.

Class A or B   Form A–B Foreign—Book or periodical manufactured outside the United States of America (except works subject to the ad interim provisions of the copyright law).

Form A–B Ad Interim—Book or periodical in the English language manufactured and first published outside the United States of America.

Class B   Form B—Periodical manufactured in the United States of America.

Form BB—Contribution to a periodical manufactured in the United States of America.

Class C   Form C—Lecture or similar production prepared for oral delivery.

Class D   Form D—Dramatic or dramatico-musical composition.

Class E   Form E—Musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America.

Form E Foreign—Musical composition the author of which is not a citizen or domiciliary of the United States of America and which was not first published in the United States of America.

Class F   Form F—Map.

Class G   Form G—Work of art or a model or design for a work of art.

Class H   Form H—Reproduction of a work of art.

Class I   Form I—Drawing or plastic work of a scientific or technical character.

Class J   Form J—Photograph.

Class K   Form K—Print or pictorial illustration.

Form KK—Print or label used for an article of merchandise.

Class L or M   Form L–M—Motion picture.

Class N   Form N—Sound recording.

Form R—Renewal copyright.

Form U—Notice of use of copyrighted music on mechanical instruments.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received | |
| Two copies received | |
| Fee received | |
| Renewal | |

U.S. GOVERNMENT PRINTING OFFICE : 1972—O-454-206

*Page*

2021MARVEL-0006272

Page 1

# Application
## for Registration of a Claim to Copyright
### in a periodical manufactured in the
### United States of America

**FORM B**

REGISTRATION NO.

**B  857157**

DO NOT WRITE HERE

CLASS

**B**

**Instructions:** Make sure that all applicable spaces have been completed before you submit the form. The application must be SIGNED at line 9. The application should not be submitted until after the date of publication given in line 4(a), and should state the facts which existed on that date. For further information, see page 4.

Pages 1 and 2 should be typewritten or printed with pen and ink. Pages 3 and 4 should contain exactly the same information as pages 1 and 2, but may be carbon copies. Mail all pages of the application to the Register of Copyrights, Library of Congress, Washington, D.C. 20540, together with 2 copies of the best edition of the work and the registration fee of $6. Make your remittance payable to the Register of Copyrights.

**1. Copyright Claimant(s) and Address(es):** Give the name(s) and address(es) of the copyright owner(s). Ordinarily the name(s) should be the same as in the notice of copyright on the copies deposited.

Name    MARVEL COMICS GROUP, A DIVISION OF CADENCE INDUSTRIES CORP.

Address    575 Madison Avenue, New York, N.Y. 10022

Name

Address

**2. Title:**    DAREDEVIL

(Give the title of the periodical as it appears on the copies)

Vol.    1    No.    105    Date on copies    NOVEMBER 1973

**3. Citizenship of Author:** The law requires a statement of the citizenship of the author. In the case of a work made for hire the employer is the author. Ordinarily the publisher of a periodical is the author of the periodical. If the author is an organization formed under U.S. Federal or State law, the citizenship may be stated as U.S.A.

Citizenship    U.S.A.

(Name of country)

Domiciled in U.S.A. Yes    X    No

**4. Publication:**

**(a) Date of Publication of This Issue:** Give the complete date when copies of this issue were first placed on sale, sold, or publicly distributed. The date when copies were made or printed should not be confused with the date of publication. NOTE: The full date (month, day, and year) must be given.

7/3/73

(Month)    (Day)    (Year)

**(b) Place of Publication of This Issue:** Give the name of the country in which this issue was first published.

U.S.A.

➡➡    **NOTE: Leave all spaces of line 5 blank unless the instructions below apply to your work.**    ⬅◀

**5. Manufacture Outside United States:** If any part of the printing, typesetting, platemaking, lithographing, photoengraving, binding, or other process in the manufacture of the copies deposited was performed outside the United States, describe the following:

**(a) Portion of the Manufacturing Done Abroad:**

**(b) Process Used:**

**(c) Country of Manufacture:**

EXAMINER

*Complete all applicable spaces on next page*

2021MARVEL-0006273

**6. If registration fee is to be charged to a deposit account established in the Copyright Office, give name of account:**

...................................................... MARVEL COMICS GROUP

**7. Name and address of person or organization to whom correspondence or refund, if any, should be sent:**

Marvel Comics Group
575 Madison Avenue

Name .................................................... Address ................ New York, New York 10022

**8. Send Certificate to:**

(Type or
print          Name .......................................................................................
name and
address)     Address ..............................................................................
                                    (Number and street) Marvel Comics Group
                                                575 Madison Avenue
                        (City)                    (State) New York, New York 10022

**9. Certification:**

(Application
not acceptable
unless signed)

I CERTIFY that the statements made by me in this application are correct to the best of my knowledge.

*Colleen Liotta*
(Signature of copyright claimant or duly authorized agent)

## Application Forms

Copies of the following forms will be supplied by the Copyright Office without charge upon request.

Class A    Form A—Published book manufactured in the United States of America.

Class A
or B
{
Form A–B Foreign—Book or periodical manufactured outside the United States of America (except works subject to the ad interim provisions of the copyright law).

Form A–B Ad Interim—Book or periodical in the English language manufactured and first published outside the United States of America.
}

Class B
{
Form B—Periodical manufactured in the United States of America.

Form BB—Contribution to a periodical manufactured in the United States of America.
}

Class C    Form C—Lecture or similar production prepared for oral delivery.

Class D    Form D—Dramatic or dramatico-musical composition.

Class E
{
Form E—Musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America.

Form E Foreign—Musical composition the author of which is not a citizen or domiciliary of the United States of America and which was not first published in the United States of America.
}

Class F    Form F—Map.

Class G    Form G—Work of art or a model or design for a work of art.

Class H    Form H—Reproduction of a work of art.

Class I    Form I—Drawing or plastic work of a scientific or technical character.

Class J    Form J—Photograph.

Class K
{
Form K—Print or pictorial illustration.

Form KK—Print or label used for an article of merchandise.
}

Class L
or M    Form L–M—Motion picture.

Class N    Form N—Sound recording.

Form R—Renewal copyright.

Form U—Notice of use of copyrighted music on mechanical instruments.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received AUG - 3 1973 | |
| Two copies received AUG - 3 1973 | |
| Fee received | |
| Renewal | |

2021MARVEL-0006274

Don Heck

Page 1

# Application
## for Registration of a Claim to Copyright in a periodical manufactured in the United States of America

**FORM B**

REGISTRATION NO.

B 866413

DO NOT WRITE HERE

CLASS

**B**

**Instructions:** Make sure that all applicable spaces have been completed before you submit the form. The application must be SIGNED at line 9. The application should not be submitted until after the date of publication given in line 4(a), and should state the facts which existed on that date. For further information, see page 4.

Pages 1 and 2 should be typewritten or printed with pen and ink. Pages 3 and 4 should contain exactly the same information as pages 1 and 2, but may be carbon copies. Mail all pages of the application to the Register of Copyrights, Library of Congress, Washington, D.C. 20540, together with 2 copies of the best edition of the work and the registration fee of $6. Make your remittance payable to the Register of Copyrights.

**1. Copyright Claimant(s) and Address(es):** Give the name(s) and address(es) of the copyright owner(s). Ordinarily the name(s) should be the same as in the notice of copyright on the copies deposited.

Name ... MARVEL COMICS GROUP, A DIVISION OF CADENCE INDUSTRIES

Address ... 575 Madison Avenue, New York, N.Y. 10022

Name ...

Address ...

**2. Title:** ... DAREDEVIL
*(Give the title of the periodical as it appears on the copies)*

Vol. ... 1 ... No. ... 106 ... Date on copies ... DECEMBER 1973

**3. Citizenship of Author:** The law requires a statement of the citizenship of the author. In the case of a work made for hire the employer is the author. Ordinarily the publisher of a periodical is the author of the periodical. If the author is an organization formed under U.S. Federal or State law, the citizenship may be stated as U.S.A.

Citizenship ... U.S.A.
*(Name of country)*

Domiciled in U.S.A. Yes ... X ... No ...

**4. Publication:**

**(a) Date of Publication of This Issue:** Give the complete date when copies of this issue were first placed on sale, sold, or publicly distributed. The date when copies were made or printed should not be confused with the date of publication. NOTE: The full date (month, day, and year) must be given.

7/31/73
*(Month)   (Day)   (Year)*

**(b) Place of Publication of This Issue:** Give the name of the country in which this issue was first published.

U.S.A.

**NOTE: Leave all spaces of line 5 blank unless the instructions below apply to your work.** ◄—◄

**5. Manufacture Outside United States:** If any part of the printing, typesetting, platemaking, lithographing, photoengraving, binding, or other process in the manufacture of the copies deposited was performed outside the United States, describe the following:

**(a) Portion of the Manufacturing Done Abroad:** ...

**(b) Process Used:** ...

**(c) Country of Manufacture:** ...

*Complete all applicable spaces on next page*

EXAMINER

2021MARVEL-0006275

**7. Name and address of person or organization to whom correspondence or refund, if any, should be sent:**

Name .......................................................... Address ..........................

**Marvel Comics Group**
575 Madison Avenue
New York, New York 10022

**8. Send Certificate to:**

(Type or
print          Name          _____ **Marvel Comics Group** _____
name and
address)      Address       _____ 575 Madison Avenue _____

_____ New York, New York 1^ ___22 _____

_____

(City)                    (State)                    (ZIP code)

## 9. Certification:

(Application
not acceptable
unless signed)

I CERTIFY that the statements made by me in this application are correct to the
best of my knowledge.

_____ *Colleen Liotta* _____
(Signature of copyright claimant or duly authorized agent)

## Application Forms

Copies of the following forms will be supplied by the Copyright Office without charge upon request.

Class A    Form A—Published book manufactured in the United States of America.

Class A    Form A-B Foreign—Book or periodical manufactured outside the United States of America (except works subject to the
or B           ad interim provisions of the copyright law).
    Form A-B Ad Interim—Book or periodical in the English language manufactured and first published outside the United
    States of America.

Class B    Form B—Periodical manufactured in the United States of America.
    Form BB—Contribution to a periodical manufactured in the United States of America.

Class C    Form C—Lecture or similar production prepared for oral delivery.

Class D    Form D—Dramatic or dramatico-musical composition.

Class E    Form E—Musical composition the author of which is a citizen or domiciliary of the United States of America or which
    was first published in the United States of America.
    Form E Foreign—Musical composition the author of which is not a citizen or domiciliary of the United States of America
    and which was not first published in the United States of America.

Class F    Form F—Map.

Class G    Form G—Work of art or a model or design for a work of art.

Class H    Form H—Reproduction of a work of art.

Class I    Form I—Drawing or plastic work of a scientific or technical character.

Class J    Form J—Photograph.

Class K    Form K—Print or pictorial illustration.
    Form KK—Print or label used for an article of merchandise.

Class L    Form L-M—Motion picture.
or M

Class N    Form N—Sound recording.

    Form R—Renewal copyright.

    Form U—Notice of use of copyrighted music on mechanical instruments.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received | |
|     '67 | **\*Name in Notice:** "Marvel Comics Group, A |
| Two copies received | Division of Cadence Industries Corporation" |
|     '73 | (Cert.) |
| Fee received | |
| Renewal | |

2021MARVEL-0006276

Page 3

# Certificate

## Registration of a Claim to Copyright
### in a periodical manufactured in the
### United States of America

FORM B

REGISTRATION NO.

B 906651

CLASS B

DO NOT WRITE HERE



**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



*Register of Copyrights*
*United States of America*

**1. Copyright Claimant(s) and Address(es):**

Name .... MARVEL COMICS GROUP, A DIV OF CADENCE INDUSTRIES CORPORATION

Address .... 575 Madison Avenue, New York, N.Y. 10022

Name ........

Address ........

**2. Title:** DAREDEVIL

(Title of periodical)

Vol. 1    No. 109    Date on copies    MAY 1974

**3. Citizenship of Author:**

Citizenship    U.S.A.    Domiciled in U.S.A. Yes X    No ........

(Name of country)

**4. Publication:**

  (a) Date of Publication of This Issue:

1/1/74

(Month)    (Day)    (Year)

  (b) Place of Publication of This Issue:

U.S.A.

(Name of country)

**5. Manufacture Outside United States:**

  (a) Portion of the Manufacturing Done Abroad: ........

  (b) Process Used: ........

  (c) Country of Manufacture: ........

EXAMINER

*Complete all applicable spaces on next page*

2021MARVEL-0006277

**6. Deposit account:**

Marvel Comics Group
575 Madison Avenue
New York, New York 10022

**7. Send correspondence to:**

Name ............................................................ Address ............ Marvel Co.......................

575 M. .
N. York, .

**8. Send Certificate to:**

| (Type or print name and address) | Name | |
|---|---|---|
| | Address | |
| | | (Number and street) |
| | (City) | (State) (ZIP code) |

## Information concerning copyright in periodicals

*When to Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or

format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U.S. Department of Commerce, Washington, D.C. 20231.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington, D.C. 20540, two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $6. (NOTE: A deposit account, against which fees can be drawn, may be established. For details write to the Copyright Office.)

*The Copyright Notice.* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1972. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

> NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received FEB 13 1974 | |
| Two copies received FEB 13 1974 | |
| Fee received | |

2021MARVEL-0006278

Don Heck

Page 3

# Certificate

## Registration of a Claim to Copyright
### in a periodical manufactured in the United States of America

FORM B

| CLASS | REGISTRATION NO. |
|---|---|
| **B** | B **974901** |
| | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Barbara Ringer*

Register of Copyrights
United States of America

NOT VALID WITHOUT COPYRIGHT OFFICE IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name ............ Marvel Comics Group A division of Cadence Industries Corp.

Address ............ 575 Madison Avenue        New York, NY 10022

Name ............

Address ............

**2. Title:** ............ Daredevil
(Title of periodical)

Vol. 1 ............ No. 118 ............ Date on copies ........ February 1975

**3. Citizenship of Author:**

Citizenship ---------------------- U.S.A. ---------------------- Domiciled in U.S.A. Yes X ........ No ............
(Name of country)

**4. Publication:**

**(a) Date of Publication of This Issue:**

October 8 1974
(Month)        (Day)        (Year)

**(b) Place of Publication of This Issue:**

U.S.A.
(Name of country)

**5. Manufacture Outside United States:**

**(a) Portion of the Manufacturing Done Abroad:** ............

**(b) Process Used:** ............

**(c) Country of Manufacture:** ............

*Complete all applicable spaces on next page*

EXAMINER

2021MARVEL-0006279

**6. Deposit account:**    MARVEL COMICS GROUP

**7. Send correspondence to:**    MARVEL COMICS GROUP

Name ........................................................    Address ........................................................

**8. Send Certificate to:**

(Type or
print          Name
name and
address)     Address

MARVEL COMICS GROUP

575 MADISON AVENUE
(Number and street)

NEW YORK, N. Y. 10022

(City)          (State)          (ZIP code)

## Information concerning copyright in periodicals

*When to Use Form B.*  Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?*  Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title.  The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office.  The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.*  There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole.  Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.*  The title of a periodical cannot be copyrighted.  Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published.  Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U.S. Department of Commerce, Washington, D.C. 20231.

*Duration of Copyright.*  Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.*  Produce the issue in copies by printing or other means of reproduction.  To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.*  The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.*  Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington, D.C. 20540, two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $6.  (NOTE: A deposit account, against which fees can be drawn, may be established.  For details write to the Copyright Office.)

*The Copyright Notice.*  The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading.  It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication.  For example: © John Doe 1970.  Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

⇒ | NOTE: It is the act of publication with notice that actually secures copyright protection.  If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored. | ⇐

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received<br>NOV 1 4 1974 | |
| Two copies received<br>NOV 1 4 1974 | |
| Fee received | |

2021MARVEL-0006280

# Certificate

**FORM B**

## Registration of a Claim to Copyright
### in a periodical manufactured in the
### United States of America

REGISTRATION NO.

B   989055

DO NOT WRITE HERE

**CLASS**

**B**

This Is To Certify that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Barbara Ringer*

*Register of Copyrights*
*United States of America*



NOT VALID WITHOUT COPYRIGHT OFFICE IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name .......... Marvel Comics Group A division of Cadence Industries Corp.

Address .......... 575 Madison Avenue        New York, NY  10022

Name ..........

Address ..........

**2. Title:**        Daredevil

(Title of periodical)

Vol. 1      No. 119      Date on copies   March 1975

**3. Citizenship of Author:**

Citizenship        U.S.A.                          Domiciled in U.S.A.  Yes  X    No

(Name of country)

**4. Publication:**

**(a) Date of Publication of This Issue:**

November 5, 1974

(Month)      (Day)      (Year)

**(b) Place of Publication of This Issue:**

U.S.A.

(Name of country)

**5. Manufacture Outside United States:**

**(a) Portion of the Manufacturing Done Abroad:** .......................................

**(b) Process Used:** ...............................................................................

**(c) Country of Manufacture:** ...............................................................

**EXAMINER**

*Complete all applicable spaces on next page*

2021MARVEL-0006281



6. **Deposit account:**     MARVEL COMICS GROUP

7. **Send correspondence to:**

Name ................................................     Address ................     MARVEL COMICS GROUP
575 MADISON AVENUE
NEW YORK, N. Y. 10022

8. **Send Certificate to:**

(Type or print name and address)

Name     MARVEL COMICS GROUP

Address     575 MADISON AVENUE
NEW YORK, N. Y. 10022

(City)     (State)     (ZIP code)

## Information concerning copyright in periodicals

*When to Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format

of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U.S. Department of Commerce, Washington, D.C. 20231.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington, D.C. 20559, two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $6. (NOTE: A deposit account, against which fees can be drawn, may be established. For details write to the Copyright Office.)

*The Copyright Notice.* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1974. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

➡➡     NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.     ⬅⬅

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application **received** <br> DEC 20 1974 | |
| Two copies received <br> DEC 20 1974 | |
| Fee received | |

2021MARVEL-0006282

Page 1

**FORM B**

| CLASS | REGISTRATION NO. |
|---|---|
| **B** | **B 630204** |
| | DO NOT WRITE HERE |

# Application for Registration of a Claim to Copyright
## in a periodical manufactured in the United States of America

**Instructions:** Make sure that all applicable spaces have been completed before you submit the form. The application must be SIGNED at line 9. The application should not be submitted until after the date of publication given in line 4(a), and should state the facts which existed on that date. For further information, see page 4.

Pages 1 and 2 should be typewritten or printed with pen and ink. Pages 3 and 4 should contain exactly the same information as pages 1 and 2, but may be carbon copies. Mail all pages of the application to the Register of Copyrights, Library of Congress, Washington, D.C. 20540, together with 2 copies of the best edition of the work and the registration fee of $6. Make your remittance payable to the Register of Copyrights.

**1. Copyright Claimant(s) and Address(es):** Give the name(s) and address(es) of the copyright owner(s). Ordinarily the name(s) should be the same as in the notice of copyright on the copies deposited.

Name ——— MAGAZINE MANAGEMENT CO., INC. MARVEL COMICS GROUP

Address ——— 625 MADISON AVENUE NEW YORK, NEW YORK 10022

Name ———————————————————————————

Address ———————————————————————————

**2. Title:** IRON MAN

(Give the title of the periodical as it appears on the copies)

Vol. **1** No. **34** Date on copies **FEBRUARY, 1971**

**3. Citizenship of Author:** The law requires a statement of the citizenship of the author. In the case of a work made for hire the employer is the author. Ordinarily the publisher of a periodical is the author of the periodical. If the author is an organization formed under U.S. Federal or State law, the citizenship may be stated as U.S.A.

Citizenship ——— **U.S.A.** Domiciled in U.S.A. Yes **X** No ———

(Name of country)

**4. Publication:**

**(a) Date of Publication of This Issue:** Give the complete date when copies of this issue were first placed on sale, sold, or publicly distributed. The date when copies were made or printed should not be confused with the date of publication. NOTE: The full date (month, day, and year) must be given.

**10/6/70**
(Month)    (Day)    (Year)

**(b) Place of Publication of This Issue:** Give the name of the country in which this issue was first published.

**U.S.A.**

➤ NOTE: Leave all spaces of line 5 blank unless the instructions below apply to your work. ◄

**5. Manufacture Outside United States:** If any part of the printing, typesetting, platemaking, lithographing, photoengraving, binding, or other process in the manufacture of the copies deposited was performed outside the United States, describe the following:

**(a) Portion of the Manufacturing Done Abroad:** ...........................................................

**(b) Process Used:** ...........................................................

**(c) Country of Manufacture:** ...........................................................

EXAMINER

*Complete all applicable spaces on next page*

2021MARVEL-0006283

**7.** Name and address of person ... ... For to whom correspondence or refund, if any, should be ...

Name ............................................  Address  **Magazine Management** Co. Inc.

625 Madison Ave.

**8. Send Certificate to:**

New York, N. Y. 10022

(Type or
print    Name
name and
address)  Address

Magazine Management Co. Inc.
625 Madison Ave.
New York, N. Y. 10022
(Number and street)

(City)          (State)          (ZIP code)

**9. Certification:**

(Application
not acceptable
unless signed)

I CERTIFY that the statements made by me in this application are correct to the best of my knowledge.

*Nancy Purdy*

(Signature of copyright claimant or duly authorized agent)

## Application Forms

Copies of the following forms will be supplied by the Copyright Office without charge upon request.

Class A    Form A—Published book manufactured in the United States of America.

Class A
or B

Form A–B Foreign—Book or periodical manufactured outside the United States of America (except works subject to the ad interim provisions of the copyright law).

Form A–B Ad Interim—Book or periodical in the English language manufactured and first published outside the United States of America.

Class B

Form B—Periodical manufactured in the United States of America.

Form BB—Contribution to a periodical manufactured in the United States of America.

Class C    Form C—Lecture or similar production prepared for oral delivery.

Class D    Form D—Dramatic or dramatico-musical composition.

Class E

Form E—Musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America.

Form E Foreign—Musical composition the author of which is not a citizen or domiciliary of the United States of America and which was not first published in the United States of America.

Class F    Form F—Map.

Class G    Form G—Work of art or a model or design for a work of art.

Class H    Form H—Reproduction of a work of art.

Class I    Form I—Drawing or plastic work of a scientific or technical character.

Class J    Form J—Photograph.

Class K

Form K—Print or pictorial illustration.

Form KK—Print or label used for an article of merchandise.

Class L
or M

Form L–M—Motion picture.

Form R—Renewal copyright.

Form U—Notice of use of copyrighted music on mechanical instruments.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received | |
| Two copies received | |
| Fee received | |
| Renewal | |

Page 2

2021MARVEL-0006284

Page 1

FORM B

# Application for Registration of a Claim to Copyright
## in a periodical manufactured in the United States of America

| CLASS | REGISTRATION NO. |
|---|---|
| **B** | B  576026 |
| | DO NOT WRITE HERE |

**Instructions:** Make sure that all applicable spaces have been completed before you submit the form. The application must be **SIGNED** at line 9. The application should not be submitted until after the date of publication given in line 4(a), and should state the facts which existed on that date. For further information, see page 4.

Pages 1 and 2 should be typewritten or printed with pen and ink. Pages 3 and 4 should contain exactly the same information as pages 1 and 2, but may be carbon copies. Mail all pages of the application to the Register of Copyrights, Library of Congress, Washington, D.C. 20540, together with 2 copies of the best edition of the work and the registration fee of $6. Make your remittance payable to the Register of Copyrights.

**1. Copyright Claimant(s) and Address(es):** Give the name(s) and address(es) of the copyright owner(s). Ordinarily the name(s) should be the same as in the notice of copyright on the copies deposited.

Name  MAGAZINE MANAGEMENT COMPANY, INC., MARVEL COMICS GROUP

Address  625 Madison Avenue   New York, N.Y.   10022

Name

Address

**2. Title:**  IRON MAN

(Give the title of the periodical as it appears on the copies)

Vol.  1   No.  26   Date on copies  June 1970

**3. Citizenship of Author:** The law requires a statement of the citizenship of the author. In the case of a work made for hire the employer is the author. Ordinarily the publisher of a periodical is the author of the periodical. If the author is an organization formed under U.S. Federal or State law, the citizenship may be stated as U.S.A.

Citizenship  U.S.A.

(Name of country)

Domiciled in U.S.A. Yes ☐  No ☐   X

**4. Publication:**

**(a) Date of Publication of This Issue:** Give the complete date when copies of this issue were first placed on sale, sold, or publicly distributed. The date when copies were made or printed should not be confused with the date of publication. (NOTE: The full date (month, day, and year) must be given.)

2/10/70

(Month)   (Day)   (Year)

**(b) Place of Publication of This Issue:** Give the name of the country in which this issue was first published.

U.S.A.

➤ **NOTE: Leave all spaces of line 5 blank unless the instructions below apply to your work.** ◀

**5. Manufacture Outside United States:** If any part of the printing, typesetting, platemaking, lithographing, photoengraving, binding, or other process in the manufacture of the copies deposited was performed outside the United States, describe the following:

**(a) Portion of the Manufacturing Done Abroad:**

**(b) Process Used:**

**(c) Country of Manufacture:**

*Complete all applicable spaces on next page*

| EXAMINER |
|---|
| |

2021MARVEL-0006285

7. Name and address of person or organization to whom correspondence or refund, if any, should be sent:

Name .................................................................... Address Magazine Management Co. Inc.

625 Madison Ave.

New York, N. Y. 10022

8. Send Certificate to:

(Type or
print      Name      Magazine Management Co. Inc.
name and
address)   Address   625 Madison Ave.

New York, N. Y. 10022
                           (Number and street)

_____
    (City)              (State)          (ZIP code)

## 9. Certification:

(Application
not acceptable
unless signed)

I CERTIFY that the statements made by me in this application are correct to the best of my knowledge.

Denise Romeo

_____
(Signature of copyright claimant or duly authorized agent)

## Application Forms

Copies of the following forms will be supplied by the Copyright Office without charge upon request.

Class A   Form A—Published book manufactured in the United States of America.

Class A
or B      Form A–B Foreign—Book or periodical manufactured outside the United States of America (except works subject to the ad interim provisions of the copyright law).

Form A–B Ad Interim—Book or periodical in the English language manufactured and first published outside the United States of America.

Class B   Form B—Periodical manufactured in the United States of America.

Form BB—Contribution to a periodical manufactured in the United States of America.

Class C   Form C—Lecture or similar production prepared for oral delivery.

Class D   Form D—Dramatic or dramatico-musical composition.

Class E   Form E—Musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America.

Form E Foreign—Musical composition the author of which is not a citizen or domiciliary of the United States of America and which was not first published in the United States of America.

Class F   Form F—Map.

Class G   Form G—Work of art or a model or design for a work of art.

Class H   Form H—Reproduction of a work of art.

Class I   Form I—Drawing or plastic work of a scientific or technical character.

Class J   Form J—Photograph.

Class K   Form K—Print or pictorial illustration.

Form KK—Print or label used for an article of merchandise.

Class L
or M      Form L–M—Motion picture.

Form R—Renewal copyright.

Form U—Notice of use of copyrighted music on mechanical instruments.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received<br>MAR 18 1970 | |
| Two copies received<br>MAR 18 1970 | |
| Fee received | |
| Renewal | |

2021MARVEL-0006286

Page 1

# Application for Registration of a Claim to Copyright
## in a periodical manufactured in the United States of America

| | FORM B |
|---|---|
| CLASS **B** | REGISTRATION NO. |
| | B **578596** |
| | DO NOT WRITE HERE |

**Instructions:** Make sure that all applicable spaces have been completed before you submit the form. The application must be SIGNED at line 9. The application should not be submitted until after the date of publication given in line 4(a), and should state the facts which existed on that date. For further information, see page 4.

Pages 1 and 2 should be typewritten or printed with pen and ink. Pages 3 and 4 should contain exactly the same information as pages 1 and 2, but may be carbon copies. Mail all pages of the application to the Register of Copyrights, Library of Congress, Washington, D.C. 20540, together with 2 copies of the best edition of the work and the registration fee of $6. Make your remittance payable to the Register of Copyrights.

**1. Copyright Claimant(s) and Address(es):** Give the name(s) and address(es) of the copyright owner(s). Ordinarily the name(s) should be the same as in the notice of copyright on the copies deposited.

Name .... MAGAZINE MANAGEMENT COMPANY, INC., MARVEL COMICS GROUP /

Address .... 625 Madison Avenue    New York, N.Y.    10022

Name ....

Address ....

**2. Title:** .... IRON MAN /
*(Give the title of the periodical as it appears on the copies)*

.....

Vol. ... 1 ...    No. ... 27 ...    Date on copies ........... **July 1970** ...

**3. Citizenship of Author:** The law requires a statement of the citizenship of the author. In the case of a work made for hire the employer is the author. Ordinarily the publisher of a periodical is the author of the periodical. If the author is an organization formed under U.S. Federal or State law, the citizenship may be stated as U.S.A.

Citizenship ............ **U.S.A.** ............    Domiciled in U.S.A. Yes ☒ No ☐
*(Name of country)*

**4. Publication:**

**(a) Date of Publication of This Issue:** Give the complete date when copies of this issue were first placed on sale, sold, or publicly distributed. The date when copies were made or printed should not be confused with the date of publication. (NOTE: The full date (month, day, and year) must be given.)

**3/10/70** /
*(Month)    (Day)    (Year)*

**(b) Place of Publication of This Issue:** Give the name of the country in which this issue was first published.

**U.S.A.**

> **NOTE: Leave all spaces of line 5 blank unless the instructions below apply to your work.** ◄

**5. Manufacture Outside United States:** If any part of the printing, typesetting, platemaking, lithographing, photoengraving, binding, or other process in the manufacture of the copies deposited was performed outside the United States, describe the following:

**(a) Portion of the Manufacturing Done Abroad:** ....

**(b) Process Used:** ....

**(c) Country of Manufacture:** ....

| EXAMINER |
|---|
| |

*Complete all applicable spaces on next page*

**7.** Name and address of person or organization to whom correspondence or refund, if any, should be sent:

Name ........................................................   Address ....................... Co. Inc.

625 Madison Ave,

New York, N. Y. 10022

**8. Send Certificate to:**

(Type or print name and address)

Name
Magazine Management Co. Inc.
Address
**625 Madison Ave.**
**New York, N. Y. 10022**
(Number and street)

| (City) | (State) | (ZIP code) |

**9. Certification:**

(Application not acceptable unless signed)

I CERTIFY that the statements made by me in this application are correct to the best of my knowledge.

*Denise Renei*
(Signature of copyright claimant or duly authorized agent)

## Application Forms

Copies of the following forms will be supplied by the Copyright Office without charge upon request.

Class A — Form A—Published book manufactured in the United States of America.

Class A or B — Form A–B Foreign—Book or periodical manufactured outside the United States of America (except works subject to the ad interim provisions of the copyright law).
Form A–B Ad Interim—Book or periodical in the English language manufactured and first published outside the United States of America.

Class B — Form B—Periodical manufactured in the United States of America.
Form BB—Contribution to a periodical manufactured in the United States of America.

Class C — Form C—Lecture or similar production prepared for oral delivery.

Class D — Form D—Dramatic or dramatico-musical composition.

Class E — Form E—Musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America.
Form E Foreign—Musical composition the author of which is not a citizen or domiciliary of the United States of America and which was not first published in the United States of America.

Class F — Form F—Map.

Class G — Form G—Work of art or a model or design for a work of art.

Class H — Form H—Reproduction of a work of art.

Class I — Form I—Drawing or plastic work of a scientific or technical character.

Class J — Form J—Photograph.

Class K — Form K—Print or pictorial illustration.
Form KK—Print or label used for an article of merchandise.

Class L or M — Form L–M—Motion picture.
Form R—Renewal copyright.
Form U—Notice of use of copyrighted music on mechanical instruments.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received | |
| APR 13 1971 | |
| Two copies received | |
| APR 13 1971 | |
| Fee received | |
| Renewal | |

2021MARVEL-0006288

# FORM B

| CLASS | REGISTRATION NO. |
|-------|------------------|
| **B** | B 586686 |
| | DO NOT WRITE HERE |

Page 1

# Application for Registration of a Claim to Copyright
## in a periodical manufactured in the United States of America

**Instructions:** Make sure that all applicable spaces have been completed before you submit the form. The application must be SIGNED at line 9. The application should not be submitted until after the date of publication given in line 4(a), and should state the facts which existed on that date. For further information, see page 4.

Pages 1 and 2 should be typewritten or printed with pen and ink. Pages 3 and 4 should contain exactly the same information as pages 1 and 2, but may be carbon copies. Mail all pages of the application to the Register of Copyrights, Library of Congress, Washington, D.C. 20540, together with 2 copies of the best edition of the work and the registration fee of $6. Make your remittance payable to the Register of Copyrights.

**1. Copyright Claimant(s) and Address(es):** Give the name(s) and address(es) of the copyright owner(s). Ordinarily the name(s) should be the same as in the notice of copyright on the copies deposited.

Name ..... MAGAZINE MANAGEMENT CO., INC., MARVEL COMICS GROUP

Address ..... 625 Madison Avenue   New York, N.Y.   10022

Name .....

Address .....

**2. Title:** ..... IRON MAN
(Give the title of the periodical as it appears on the copies)

Vol. ..... 1 ..... No. ..... 28 ..... Date on copies ..... AUGUST 1970

**3. Citizenship of Author:** The law requires a statement of the citizenship of the author. In the case of a work made for hire the employer is the author. Ordinarily the publisher of a periodical is the author of the periodical. If the author is an organization formed under U.S. Federal or State law, the citizenship may be stated as U.S.A.

Citizenship ..... U.S.A. ..... Domiciled in U.S.A. Yes ☒ No ☐
(Name of country)

**4. Publication:**

**(a) Date of Publication of This Issue:** Give the complete date when copies of this issue were first placed on sale, sold, or publicly distributed. The date when copies were made or printed should not be confused with the date of publication. (NOTE: The full date (month, day, and year) must be given.)

..... 4/7/70
(Month)   (Day)   (Year)

**(b) Place of Publication of This Issue:** Give the name of the country in which this issue was first published.

..... U.S.A.

> **NOTE: Leave all spaces of line 5 blank unless the instructions below apply to your work.** ◄

**5. Manufacture Outside United States:** If any part of the printing, typesetting, platemaking, lithographing, photoengraving, binding, or other process in the manufacture of the copies deposited was performed outside the United States, describe the following:

**(a) Portion of the Manufacturing Done Abroad:** .....

**(b) Process Used:** .....

**(c) Country of Manufacture:** .....

*Complete all applicable spaces on next page*

| EXAMINER |
|----------|
| BO |

**7.** Name and address of person or organization to whom correspondence or refund, if any, should be sent.

Name ......................................................... Address ....... Magazine Management Co. Inc.

625 Madison Ave.

New York, N. Y. 10022

**8. Send Certificate to:**

(Type or print name and address)

| | |
|---|---|
| Name | Magazine Management Co. Inc. |
| Address | 625 Madison Ave. |
| | New York, N. Y. 10022 |
| | (Number and street) |
| | (City)       (State)       (ZIP code) |

**9. Certification:**

(Application not acceptable unless signed)

I CERTIFY that the statements made by me in this application are correct to the best of my knowledge.

Denise Romeo

(Signature of copyright claimant or duly authorized agent)

## Application Forms

Copies of the following forms will be supplied by the Copyright Office without charge upon request.

Class A   Form A—Published book manufactured in the United States of America.

Class A or B
Form A–B Foreign—Book or periodical manufactured outside the United States of America (except works subject to the ad interim provisions of the copyright law).
Form A–B Ad Interim—Book or periodical in the English language manufactured and first published outside the United States of America.

Class B
Form B—Periodical manufactured in the United States of America.
Form BB—Contribution to a periodical manufactured in the United States of America.

Class C   Form C—Lecture or similar production prepared for oral delivery.

Class D   Form D—Dramatic or dramatico-musical composition.

Class E
Form E—Musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America.
Form E Foreign—Musical composition the author of which is not a citizen or domiciliary of the United States of America and which was not first published in the United States of America.

Class F   Form F—Map.

Class G   Form G—Work of art or a model or design for a work of art.

Class H   Form H—Reproduction of a work of art.

Class I   Form I—Drawing or plastic work of a scientific or technical character.

Class J   Form J—Photograph.

Class K
Form K—Print or pictorial illustration.
Form KK—Print or label used for an article of merchandise.

Class L or M   Form L–M—Motion picture.

Form R—Renewal copyright.

Form U—Notice of use of copyrighted music on mechanical instruments.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received | |
| Two copies received | |
| Fee received | |
| Renewal | |

U.S. GOVERNMENT PRINTING OFFICE 1968—O–313–679

2021MARVEL-0006290

Page 1

# FORM B

| CLASS | REGISTRATION NO. |
|-------|------------------|
| **B** | **B 598585** |
| | DO NOT WRITE HERE |

# Application for Registration of a Claim to Copyright
## in a periodical manufactured in the United States of America

**Instructions:** Make sure that all applicable spaces have been completed before you submit the form. The application must be SIGNED at line 9. The application should not be submitted until after the date of publication given in line 4(a), and should state the facts which existed on that date. For further information, see page 4.

Pages 1 and 2 should be typewritten or printed with pen and ink. Pages 3 and 4 should contain exactly the same information as pages 1 and 2, but may be carbon copies. Mail all pages of the application to the Register of Copyrights, Library of Congress, Washington, D.C. 20540, together with 2 copies of the best edition of the work and the registration fee of $6. Make your remittance payable to the Register of Copyrights.

**1. Copyright Claimant(s) and Address(es):** Give the name(s) and address(es) of the copyright owner(s). Ordinarily the name(s) should be the same as in the notice of copyright on the copies deposited.

Name ......... MAGAZINE MANAGEMENT CO., INC., MARVEL COMICS GROUP

Address ......... 625 Madison Avenue    New York, N.Y.    10022

Name .........

Address .........

**2. Title:** ......... IRON MAN

*(Give the title of the periodical as it appears on the copies)*

Vol. ......... 1 ......... No. ......... 29 ......... Date on copies ......... SEPTEMBER 1970

**3. Citizenship of Author:** The law requires a statement of the citizenship of the author. In the case of a work made for hire the employer is the author. Ordinarily the publisher of a periodical is the author of the periodical. If the author is an organization formed under U.S. Federal or State law, the citizenship may be stated as U.S.A.

Citizenship ......... **U.S.A.** .........

*(Name of country)*

Domiciled in U.S.A. Yes ☒ No ☐

**4. Publication:**

**(a) Date of Publication of This Issue:** Give the complete date when copies of this issue were first placed on sale, sold, or publicly distributed. The date when copies were made or printed should not be confused with the date of publication. (NOTE: The full date (month, day, and year) must be given.)

......... **5/5/70** .........

*(Month)    (Day)    (Year)*

**(b) Place of Publication of This Issue:** Give the name of the country in which this issue was first published.

......... **U.S.A.** .........

> ➡ **NOTE:** Leave all spaces of line 5 blank unless the instructions below apply to your work. ⬅

**5. Manufacture Outside United States:** If any part of the printing, typesetting, platemaking, lithographing, photoengraving, binding, or other process in the manufacture of the copies deposited was performed outside the United States, describe the following:

**(a) Portion of the Manufacturing Done Abroad:** .........

**(b) Process Used:** .........

**(c) Country of Manufacture:** .........

*Complete all applicable spaces on next page*

| EXAMINER |
|----------|
| |

2021MARVEL-0006291

**7. Name and address of person or organization to whom correspondence or refund, if any, should be sent:**

Name ............................................................   Address ........................   Magazine Manag........
625 Madison Ave.
New York, N. Y. 1002.

**8. Send Certificate to:**

(Type or
print         Name     Magazine Management Co. Inc.
name and              625 Madison Ave.
address)      Address  New York, N. Y. 10022

(Number and street)

(City)          (State)          (ZIP code)

**9. Certification:**

(Application
not acceptable
unless signed)

I CERTIFY that the statements made by me in this application are correct to the best of my knowledge.

*Denise Romeo*

(Signature of copyright claimant or duly authorized agent)

## Application Forms

Copies of the following forms will be supplied by the Copyright Office without charge upon request.

| | |
|---|---|
| Class A | Form A—Published book manufactured in the United States of America. |
| Class A or B | Form A–B Foreign—Book or periodical manufactured outside the United States of America (except works subject to the ad interim provisions of the copyright law).<br>Form A–B Ad Interim—Book or periodical in the English language manufactured and first published outside the United States of America. |
| Class B | Form B—Periodical manufactured in the United States of America.<br>Form BB—Contribution to a periodical manufactured in the United States of America. |
| Class C | Form C—Lecture or similar production prepared for oral delivery. |
| Class D | Form D—Dramatic or dramatico-musical composition. |
| Class E | Form E—Musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America.<br>Form E Foreign—Musical composition the author of which is not a citizen or domiciliary of the United States of America and which was not first published in the United States of America. |
| Class F | Form F—Map. |
| Class G | Form G—Work of art or a model or design for a work of art. |
| Class H | Form H—Reproduction of a work of art. |
| Class I | Form I—Drawing or plastic work of a scientific or technical character. |
| Class J | Form J—Photograph. |
| Class K | Form K—Print or pictorial illustration.<br>Form KK—Print or label used for an article of merchandise. |
| Class L or M | Form L–M—Motion picture.<br>Form R—Renewal copyright.<br>Form U—Notice of use of copyrighted music on mechanical instruments. |

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received | |
| Two copies received | |
| Fee received | |
| Renewal | |

2021MARVEL-0006292

# FORM B

| CLASS | REGISTRATION NO. |
|---|---|
| **B** | B 598593 |
| | DO NOT WRITE HERE |

Page 1

# Application for Registration of a Claim to Copyright
## in a periodical manufactured in the United States of America

**Instructions:** Make sure that all applicable spaces have been completed before you submit the form. The application must be SIGNED at line 9. The application should not be submitted until after the date of publication given in line 4(a), and should state the facts which existed on that date. For further information, see page 4.

Pages 1 and 2 should be typewritten or printed with pen and ink. Pages 3 and 4 should contain exactly the same information as pages 1 and 2, but may be carbon copies. Mail all pages of the application to the Register of Copyrights, Library of Congress, Washington, D.C. 20540, together with 2 copies of the best edition of the work and the registration fee of $6. Make your remittance payable to the Register of Copyrights.

**1. Copyright Claimant(s) and Address(es):** Give the name(s) and address(es) of the copyright owner(s). Ordinarily the name(s) should be the same as in the notice of copyright on the copies deposited.

Name .... MAGAZINE MANAGEMENT CO., INC., MARVEL COMICS GROUP

Address .... 625 Madison Avenue    New York, N.Y.    10022

Name ....

Address ....

**2. Title:** .... IRON MAN

*(Give the title of the periodical as it appears on the copies)*

Vol. .... 1 .... No. .... 30 .... Date on copies .... OCTOBER 1970

**3. Citizenship of Author:** The law requires a statement of the citizenship of the author. In the case of a work made for hire the employer is the author. Ordinarily the publisher of a periodical is the author of the periodical. If the author is an organization formed under U.S. Federal or State law, the citizenship may be stated as U.S.A.

Citizenship .... U.S.A. .... Domiciled in U.S.A. Yes ☒ No ☐

*(Name of country)*

**4. Publication:**

**(a) Date of Publication of This Issue:** Give the complete date when copies of this issue were first placed on sale, sold, or publicly distributed. The date when copies were made or printed should not be confused with the date of publication. (NOTE: The full date (month, day, and year) must be given.)

6/9/70

*(Month)*    *(Day)*    *(Year)*

**(b) Place of Publication of This Issue:** Give the name of the country in which this issue was first published.

U.S.A.

➡ NOTE: Leave all spaces of line 5 blank unless the instructions below apply to your work. ⬅

**5. Manufacture Outside United States:** If any part of the printing, typesetting, platemaking, lithographing, photoengraving, binding, or other process in the manufacture of the copies deposited was performed outside the United States, describe the following:

**(a) Portion of the Manufacturing Done Abroad:** ....

**(b) Process Used:** ....

**(c) Country of Manufacture:** ....

*Complete all applicable spaces on next page*

| EXAMINER |
|---|
| R.O |

2021MARVEL-0006293

7. Name and address of person or organization to whom correspondence or refund, if any, should be sent:

Name ................................     Address   Magazine Management Co. Inc.
625 Madison Ave.
New York, N. Y. 10022

**8. Send Certificate to:**

(Type or print name and address)

Name

Magazine Management Co. Inc.
625 Madison Ave.
New York, N. Y. 10022

Address

(Number and street)

(City)          (State)          (ZIP code)

## 9. Certification:

(Application not acceptable unless signed)

I CERTIFY that the statements made by me in this application are correct to the best of my knowledge.

Denise Romeo

(Signature of copyright claimant or duly authorized agent)

## Application Forms

Copies of the following forms will be supplied by the Copyright Office without charge upon request.

Class A    Form A—Published book manufactured in the United States of America.

Class A or B    Form A-B Foreign—Book or periodical manufactured outside the United States of America (except works subject to the ad interim provisions of the copyright law).

Form A-B Ad Interim—Book or periodical in the English language manufactured and first published outside the United States of America.

Class B    Form B—Periodical manufactured in the United States of America.

Form BB—Contribution to a periodical manufactured in the United States of America.

Class C    Form C—Lecture or similar production prepared for oral delivery.

Class D    Form D—Dramatic or dramatico-musical composition.

Class E    Form E—Musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America.

Form E Foreign—Musical composition the author of which is not a citizen or domiciliary of the United States of America and which was not first published in the United States of America.

Class F    Form F—Map.

Class G    Form G—Work of art or a model or design for a work of art.

Class H    Form H—Reproduction of a work of art.

Class I    Form I—Drawing or plastic work of a scientific or technical character.

Class J    Form J—Photograph.

Class K    Form K—Print or pictorial illustration.

Form KK—Print or label used for an article of merchandise.

Class L or M    Form L-M—Motion picture.

Form R—Renewal copyright.

Form U—Notice of use of copyrighted music on mechanical instruments.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received | |
| Two copies received | |
| Fee received | |
| Renewal | |

U.S. GOVERNMENT PRINTING OFFICE 1968—O-313-679

2021MARVEL-0006294

Page 1

# Application for Registration of a Claim to Copyright
## in a periodical manufactured in the United States of America

FORM B

| CLASS | REGISTRATION NO. |
|---|---|
| **B** B | **609527** |
| | DO NOT WRITE HERE |

**Instructions:** Make sure that all applicable spaces have been completed before you submit the form. The application must be **SIGNED** at line 9. The application should not be submitted until after the date of publication given in line 4(a), and should state the facts which existed on that date. For further information, see page 4.

Pages 1 and 2 should be typewritten or printed with pen and ink. Pages 3 and 4 should contain exactly the same information as pages 1 and 2, but may be carbon copies. Mail all pages of the application to the Register of Copyrights, Library of Congress, Washington, D.C. 20540, together with 2 copies of the best edition of the work and the registration fee of $6. Make your remittance payable to the Register of Copyrights.

**1. Copyright Claimant(s) and Address(es):** Give the name(s) and address(es) of the copyright owner(s). Ordinarily the name(s) should be the same as in the notice of copyright on the copies deposited.

Name ...... MAGAZINE MANAGEMENT CO., INC., MARVEL COMICS GROUP

Address ...... 625 Madison Avenue    New York, N.Y.    10022

Name ......

Address ......

**2. Title:** ...... IRON MAN
(Give the title of the periodical as it appears on the copies)

Vol. ...... 1 ...... No. ...... 31 ...... Date on copies ...... NOVEMBER 1970

**3. Citizenship of Author:** The law requires a statement of the citizenship of the author. In the case of a work made for hire the employer is the author. Ordinarily the publisher of a periodical is the author of the periodical. If the author is an organization formed under U.S. Federal or State law, the citizenship may be stated as U.S.A.

Citizenship ...... U.S.A. ......    Domiciled in U.S.A.    Yes ...... X    No ......
(Name of country)

**4. Publication:**

**(a) Date of Publication of This Issue:** Give the complete date when copies of this issue were first placed on sale, sold, or publicly distributed. The date when copies were made or printed should not be confused with the date of publication. NOTE: The full date (month, day, and year) must be given.

...... 7/7/70 ......
(Month)    (Day)    (Year)

**(b) Place of Publication of This Issue:** Give the name of the country in which this issue was first published.

...... U.S.A. ......

➡ **NOTE: Leave all spaces of line 5 blank unless the instructions below apply to your work.** ⬅

**5. Manufacture Outside United States:** If any part of the printing, typesetting, platemaking, lithographing, photoengraving, binding, or other process in the manufacture of the copies deposited was performed outside the United States, describe the following:

**(a) Portion of the Manufacturing Done Abroad:** ......

**(b) Process Used:** ......

**(c) Country of Manufacture:** ......

*Complete all applicable spaces on next page*

EXAMINER

7. Name and address of person or organization to whom correspondence or refund, if any, should be sent:

Name ........................................................ Address ...... Magazine Management Co. Inc.
625 Madison Ave.
New York, N. Y. 10022

8. **Send Certificate to:**

(Type or print name and address) Name, Address

> Magazine Management Co. Inc.
> 625 Madison Ave.
> New York, N. Y. 10022
> (Number and street)
>
> (City)        (State)        (ZIP code)

9. **Certification:**

(Application not acceptable unless signed)

> I CERTIFY that the statements made by me in this application are correct to the best of my knowledge.
>
> *Denise Romeo*
> (Signature of copyright claimant or duly authorized agent)

## Application Forms

Copies of the following forms will be supplied by the Copyright Office without charge upon request.

Class A  Form A—Published book manufactured in the United States of America.

Class A or B  Form A–B Foreign—Book or periodical manufactured outside the United States of America (except works subject to the ad interim provisions of the copyright law).

Form A–B Ad Interim—Book or periodical in the English language manufactured and first published outside the United States of America.

Class B  Form B—Periodical manufactured in the United States of America.

Form BB—Contribution to a periodical manufactured in the United States of America.

Class C  Form C—Lecture or similar production prepared for oral delivery.

Class D  Form D—Dramatic or dramatico-musical composition.

Class E  Form E—Musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America.

Form E Foreign—Musical composition the author of which is not a citizen or domiciliary of the United States of America and which was not first published in the United States of America.

Class F  Form F—Map.

Class G  Form G—Work of art or a model or design for a work of art.

Class H  Form H—Reproduction of a work of art.

Class I  Form I—Drawing or plastic work of a scientific or technical character.

Class J  Form J—Photograph.

Class K  Form K—Print or pictorial illustration.

Form KK—Print or label used for an article of merchandise.

Class L or M  Form L–M—Motion picture.

Form R—Renewal copyright.

Form U—Notice of use of copyrighted music on mechanical instruments.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received | |
| Two copies received | |
| Fee received | |
| Renewal | |

*Page* 2

2021MARVEL-0006296

Page 1

FORM B

| CLASS | REGISTRATION NO. |
|---|---|
| B | 612387 |
| | DO NOT WRITE HERE |

# Application for Registration of a Claim to Copyright
## in a periodical manufactured in the United States of America

**Instructions:** Make sure that all applicable spaces have been completed before you submit the form. The application must be SIGNED at line 9. The application should not be submitted before the date of publication given in line 4(a), and should show the facts which existed on that date. For further information, see page 4.

Pages 1 and 2 should be typewritten or printed with pen and ink. Pages 3 and 4 should contain exactly the same information as pages 1 and 2, but may be carbon copies. Mail all pages of the application to the Register of Copyrights, Library of Congress, Washington, D.C. 20540, together with 2 copies of the best edition of the work and the registration fee of $6. Make your remittance payable to the Register of Copyrights.

**1. Copyright Claimant(s) and Address(es):** Give the name(s) and address(es) of the copyright owner(s). Ordinarily the name(s) should be the same as in the notice of copyright on the copies deposited.

Name ......... MAGAZINE MANAGEMENT CO., INC., MARVEL COMICS GROUP .........

Address ......... 625 Madison Avenue   New York, N.Y.    10022 .........

Address ...............................................

**2. Title:** ......... IRON MAN .........

(Give the title of the periodical as it appears on the copies)

Vol. **1**   No. **32**   Date on copies   **DECEMBER 1970**

**3. Citizenship of Author:** The law requires a statement of the citizenship of the author. In the case of a work made for hire the employer is the author. Ordinarily the publisher of a periodical is the author of the periodical. If the author is an organization formed under U.S. Federal or State law, the citizenship may be stated as U.S.A.

Citizenship ......... **U.S.A.** .........   Domiciled in U.S.A. Yes ..... **X** ..... No ...........

(Name of country)

**4. Publication:**

**(a) Date of Publication of This Issue:** Give the complete date when copies of this issue were first placed on sale, sold, or publicly distributed. The date when copies were made or printed should not be confused with the date of publication. NOTE: The full date (month, day, and year) must be given.

......... **8/4/70** .........

(Month)   (Day)   (Year)

**(b) Place of Publication of This Issue:** Give the name of the country in which this issue was first published.

......... **U.S.A.** .........

**NOTE: Leave all spaces of line 5 blank unless the instructions below apply to your work.** ◄

**5. Manufacture Outside United States:** If any part of the typesetting, platemaking, lithographing, photoengraving, binding, or other process in the manufacture of the copies deposited was performed outside the United States, describe the following:

**(a) Portion of the Manufacturing Done Abroad:** .........................................

**(b) Process Used:** .........................................

**(c) Country of Manufacture:** .........................................

*Complete all applicable spaces on next page*

| EXAMINER |
|---|
| BO |

2021MARVEL-0006297

**7. Name and address of person or organization to whom** correspondence or refund, if any, should be sent:

Name ........................................................   Address ...............   Magazine Management Co. Inc.

625 Madison Ave.

New York, N. Y. 10022

**8. Send Certificate to:**

(Type or print name and address)

Name

Address

Magazine Management Co. Inc.

625 Madison Ave.

New York, N. Y. 10022

(Number and street)

| (City) | (State) | (ZIP code) |

**9. Certification:**

(Application not acceptable unless signed)

I CERTIFY that the statements made by me in this application are correct to the best of my knowledge.

Denise Romer

(Signature of copyright claimant or duly authorized agent)

## Application Forms

Copies of the following forms will be supplied by the Copyright Office without charge upon request.

Class A    Form A—Published book manufactured in the United States of America.

Class A or B
- Form A–B Foreign—Book or periodical manufactured outside the United States of America (except works subject to the ad interim provisions of the copyright law).
- Form A–B Ad Interim—Book or periodical in the English language manufactured and first published outside the United States of America.

Class B
- Form B—Periodical manufactured in the United States of America.
- Form BB—Contribution to a periodical manufactured in the United States of America.

Class C    Form C—Lecture or similar production prepared for oral delivery.

Class D    Form D—Dramatic or dramatico-musical composition.

Class E
- Form E—Musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America.
- Form E Foreign—Musical composition the author of which is not a citizen or domiciliary of the United States of America and which was not first published in the United States of America.

Class F    Form F—Map.

Class G    Form G—Work of art or a model or design for a work of art.

Class H    Form H—Reproduction of a work of art.

Class I    Form I—Drawing or plastic work of a scientific or technical character.

Class J    Form J—Photograph.

Class K
- Form K—Print or pictorial illustration.
- Form KK—Print or label used for an article of merchandise.

Class L or M
- Form L–M—Motion picture.
- Form R—Renewal copyright.
- Form U—Notice of use of copyrighted music on mechanical instruments.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received | |
| SEP 18 1970 | |
| Two copies received | |
| SEP 18 1970 | |
| Fee received | |
| Renewal | |

Page 2

2021MARVEL-0006298

Don Heck

FORM B

Page 1

# Application for Registration of a Claim to Copyright
## in a periodical manufactured in the United States of America

| CLASS | REGISTRATION NO. |
|---|---|
| **B** B | **619554** |
| | DO NOT WRITE HERE |

**Instructions:** Make sure that all applicable spaces have been completed before you submit the form. The application must be SIGNED at line 9. The application should not be submitted until after the date of publication given in line 4(a), and should state the facts which existed on that date. For further information, see page 4.

Pages 1 and 2 should be typewritten or printed with pen and ink. Pages 3 and 4 should contain exactly the same information as pages 1 and 2, but may be carbon copies. Mail all pages of the application to the Register of Copyrights, Library of Congress, Washington, D.C. 20540, together with 2 copies of the best edition of the work and the registration fee of $6. Make your remittance payable to the Register of Copyrights.

**1. Copyright Claimant(s) and Address(es):** Give the name(s) and address(es) of the copyright owner(s). Ordinarily the name(s) should be the same as in the notice of copyright on the copies deposited.

Name ---- MAGAZINE MANAGEMENT CO., INC. MARVEL COMICS GROUP

Address ---- 625 Madison Avenue  New York, N.Y.  10022

Name ----

Address ----

**2. Title:** ---- IRON MAN

(Give the title of the periodical as it appears on the copies)

Vol. 1   No. 33   Date on copies   JANUARY 1971

**3. Citizenship of Author:** The law requires a statement of the citizenship of the author. In the case of a work made for hire the employer is the author. Ordinarily the publisher of a periodical is the author of the periodical. If the author is an organization formed under U.S. Federal or State law, the citizenship may be stated as U.S.A.

Citizenship ---- **U.S.A.**

(Name of country)

Domiciled in U.S.A. Yes ---- X ---- No ----

**4. Publication:**

**(a) Date of Publication of This Issue:** Give the complete date when copies of this issue were first placed on sale, sold, or publicly distributed. The date when copies were made or printed should not be confused with the date of publication. NOTE: The full date (month, day, and year) must be given.

**9/8/70**

(Month)      (Day)      (Year)

**(b) Place of Publication of This Issue:** Give the name of the country in which this issue was first published.

**U.S.A.**

➤ | **NOTE: Leave all spaces of line 5 blank unless the instructions below apply to your work.** | ◄

**5. Manufacture Outside United States:** If any part of the printing, typesetting, platemaking, lithographing, photoengraving, binding, or other process in the manufacture of the copies deposited was performed outside the United States, describe the following:

**(a) Portion of the Manufacturing Done Abroad:** ----

**(b) Process Used:** ----

**(c) Country of Manufacture:** ----

EXAMINER

*Complete all applicable spaces on next page*

2021MARVEL-0006299

6. If registration fee is to be charged to a deposit account established in the Copyright Office, give name of account.

........................................................................ MAGAZINE MANAGEMENT COMPANY, INC.

7. Name and address of person or organization to whom correspondence or refund, if any, should be sent:

Name ........................................................ Address ... Magazine Management Co. Inc.

625 Madison Ave.

8. Send Certificate to:

New York, N. Y. 10022

(Type or
print        Name
name and
address)  Address

| Magazine Management Co. Inc. |
| 625 Madison Ave. |
| New York, N. Y. 10022 |
| (Number and street) |

| (City) | (State) | (ZIP code) |

9. Certification:

(Application
not acceptable
unless signed)

I CERTIFY that the statements made by me in this application are correct to the best of my knowledge.

*Nancy Purdy*

(Signature of copyright claimant or duly authorized agent)

## Application Forms

Copies of the following forms will be supplied by the Copyright Office without charge upon request.

Class A    Form A—Published book manufactured in the United States of America.

Class A
or B
- Form A–B Foreign—Book or periodical manufactured outside the United States of America (except works subject to the ad interim provisions of the copyright law).
- Form A–B Ad Interim—Book or periodical in the English language manufactured and first published outside the United States of America.

Class B
- Form B—Periodical manufactured in the United States of America.
- Form BB—Contribution to a periodical manufactured in the United States of America.

Class C    Form C—Lecture or similar production prepared for oral delivery.

Class D    Form D—Dramatic or dramatico-musical composition.

Class E
- Form E—Musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America.
- Form E Foreign—Musical composition the author of which is not a citizen or domiciliary of the United States of America and which was not first published in the United States of America.

Class F    Form F—Map.

Class G    Form G—Work of art or a model or design for a work of art.

Class H    Form H—Reproduction of a work of art.

Class I    Form I—Drawing or plastic work of a scientific or technical character.

Class J    Form J—Photograph.

Class K
- Form K—Print or pictorial illustration.
- Form KK—Print or label used for an article of merchandise.

Class L
or M
- Form L–M—Motion picture.

Form R—Renewal copyright.

Form U—Notice of use of copyrighted music on mechanical instruments.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received | |
| Two copies received | |
| Fee received | |
| Renewal | |

2021MARVEL-0006300

Page 1

**FORM B**

| CLASS | REGISTRATION NO. |
|-------|------------------|
| **B** | B 631979 |
|       | DO NOT WRITE HERE |

# Application for Registration of a Claim to Copyright
## in a periodical manufactured in the United States of America

**Instructions:** Make sure that all applicable spaces have been completed before you submit the form. The application must be SIGNED at line 9. The application should not be submitted until after the date of publication given in line 4(a), and should state the facts which existed on that date. For further information, see page 4.

Pages 1 and 2 should be typewritten or printed with pen and ink. Pages 3 and 4 should contain exactly the same information as pages 1 and 2, but may be carbon copies. Mail all pages of the application to the Register of Copyrights, Library of Congress, Washington, D.C. 20540, together with 2 copies of the best edition of the work and the registration fee of $6. Make your remittance payable to the Register of Copyrights.

**1. Copyright Claimant(s) and Address(es):** Give the name(s) and address(es) of the copyright owner(s). Ordinarily the name(s) should be the same as in the notice of copyright on the copies deposited.

Name ..... MAGAZINE MANAGEMENT CO., INC, MARVEL COMICS GROUP

Address ..... 625 MADISON AVENUE NEW YORK, NEW YORK 10022

Name .....

Address .....

**2. Title:** ..... IRON MAN
<span>(Give the title of the periodical as it appears on the copies)</span>

Vol. ..... 1 ..... No. ..... 35 ..... Date on copies ..... MARCH, 1971

**3. Citizenship of Author:** The law requires a statement of the citizenship of the author. In the case of a work made for hire the employer is the author. Ordinarily the publisher of a periodical is the author of the periodical. If the author is an organization formed under U.S. Federal or State law, the citizenship may be stated as U.S.A.

Citizenship ..... U.S.A. ..... Domiciled in U.S.A. Yes ..... X ..... No .....
<span>(Name of country)</span>

**4. Publication:**

**(a) Date of Publication of This Issue:** Give the complete date when copies of this issue were first placed on sale, sold, or publicly distributed. The date when copies were made or printed should not be confused with the date of publication. NOTE: The full date (month, day, and year) must be given.

11/3/70
<span>(Month)        (Day)        (Year)</span>

**(b) Place of Publication of This Issue:** Give the name of the country in which this issue was first published.

U.S.A.

➤➤ NOTE: Leave all spaces of line 5 blank unless the instructions below apply to your work. ◄◄

**5. Manufacture Outside United States:** If any part of the printing, typesetting, platemaking, lithographing, photoengraving, binding, or other process in the manufacture of the copies deposited was performed outside the United States, describe the following:

**(a) Portion of the Manufacturing Done Abroad:** .....

**(b) Process Used:** .....

**(c) Country of Manufacture:** .....

EXAMINER

*Complete all applicable spaces on next page*

2021MARVEL-0006301

**7. Na...**

Name ............................................................... Address  Magazine Management Co. Inc.

625 Madison Ave.

New York, N. Y. 10022

**8. Send Certificate to:**

(Type or print name and address)

Name / Address

Magazine Management Co. Inc.

625 Madison Ave.

New York, N. Y. 10022

(Number and street)

(City)        (State)        (ZIP code)

**9. Certification:**

(Application not acceptable unless signed)

I CERTIFY that the statements made by me in this application are correct to the best of my knowledge.

*Nancy Gundy*

(Signature of copyright claimant or duly authorized agent)

## Application Forms

Copies of the following forms will be supplied by the Copyright Office without charge upon request.

Class A   Form A—Published book manufactured in the United States of America.

Class A or B
- Form A–B Foreign—Book or periodical manufactured outside the United States of America (except works subject to the ad interim provisions of the copyright law).
- Form A–B Ad Interim—Book or periodical in the English language manufactured and first published outside the United States of America.

Class B
- Form B—Periodical manufactured in the United States of America.
- Form BB—Contribution to a periodical manufactured in the United States of America.

Class C   Form C—Lecture or similar production prepared for oral delivery.

Class D   Form D—Dramatic or dramatico-musical composition.

Class E
- Form E—Musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America.
- Form E Foreign—Musical composition the author of which is not a citizen or domiciliary of the United States of America and which was not first published in the United States of America.

Class F   Form F—Map.

Class G   Form G—Work of art or a model or design for a work of art.

Class H   Form H—Reproduction of a work of art.

Class I   Form I—Drawing or plastic work of a scientific or technical character.

Class J   Form J—Photograph.

Class K
- Form K—Print or pictorial illustration.
- Form KK—Print or label used for an article of merchandise.

Class L or M
- Form L–M—Motion picture.

Form R—Renewal copyright.

Form U—Notice of use of copyrighted music on mechanical instruments.

| FOR COPYRIGHT OFFICE USE ONLY. | |
|---|---|
| Application received | |
| Two copies received | |
| Fee received | |
| Renewal | |

*Page 2*

2021MARVEL-0006302

Page 1

FORM B

| CLASS | REGISTRATION NO. |
|---|---|
| B | B 638041 |
| | DO NOT WRITE HERE |

# Application for Registration of a Claim to Copyright
## in a periodical manufactured in the United States of America

**Instructions:** Make sure that all applicable spaces have been completed before you submit the form. The application must be SIGNED at line 9. The application should not be submitted until after the date of publication given in line 4(a), and should state the facts which existed on that date. For further information, see page 4.

Pages 1 and 2 should be typewritten or printed with pen and ink. Pages 3 and 4 should contain exactly the same information as pages 1 and 2, but may be carbon copies. Mail all pages of the application to the Register of Copyrights, Library of Congress, Washington, D.C. 20540, together with 2 copies of the best edition of the work and the registration fee of $6. Make your remittance payable to the Register of Copyrights.

**1. Copyright Claimant(s) and Address(es):** Give the name(s) and address(es) of the copyright owner(s). Ordinarily the name(s) should be the same as in the notice of copyright on the copies deposited.

Name ...... MAGAZINE MANAGEMENT CO., INC. MARVEL COMICS GROUP

Address ...... 625 MADISON AVENUE  NEW YORK, NEW YORK  10022

Name ......

Address ......

**2. Title:** IRON MAN
*(Give the title of the periodical as it appears on the copies)*

Vol. ...... 1 ...... No. ...... 36 ...... Date on copies APRIL, 1971

**3. Citizenship of Author:** The law requires a statement of the citizenship of the author. In the case of a work made for hire the employer is the author. Ordinarily the publisher of a periodical is the author of the periodical. If the author is an organization formed under U.S. Federal or State law, the citizenship may be stated as U.S.A.

Citizenship ...... **U.S.A.** ......  Domiciled in U.S.A.  Yes **X** ...... No ......
*(Name of country)*

**4. Publication:**

**(a) Date of Publication of This Issue:** Give the complete date when copies of this issue were first placed on sale, sold, or publicly distributed. The date when copies were made or printed should not be confused with the date of publication. NOTE: The full date (month, day, and year) must be given.

...... **12/8/70** ......
(Month)      (Day)      (Year)

**(b) Place of Publication of This Issue:** Give the name of the country in which this issue was first published.

...... **U.S.A.** ......

➤ | NOTE: Leave all spaces of line 5 blank unless the instructions below apply to your work. | ◄

**5. Manufacture Outside United States:** If any part of the printing, typesetting, platemaking, lithographing, photoengraving, binding, or other process in the manufacture of the copies deposited was performed outside the United States, describe the following:

**(a) Portion of the Manufacturing Done Abroad:** ......

**(b) Process Used:** ......

**(c) Country of Manufacture:** ......

| EXAMINER |
|---|

*Complete all applicable spaces on next page*

2021MARVEL-0006303

Don Heck

7. Name and address of person or organization to whom correspondence or refund, if any, should be sent:

Name ........................................................    Address ......................................................

Magazine Management Co. Inc.
**625 Madison Ave.**
**New York, N. Y. 10022**

8. Send Certificate to:

(Type or print name and address)

Name — Magazine Management Co. Inc.

Address — 625 Madison Ave.
New York, N. Y. 10022

(Number and street)

_____ _____ _____
(City)              (State)              (ZIP code)

## 9. Certification:

(Application not acceptable unless signed)

I CERTIFY that the statements made by me in this application are correct to the best of my knowledge.

*Nancy Purdy*

(Signature of copyright claimant or duly authorized agent)

## Application Forms

Copies of the following forms will be supplied by the Copyright Office without charge upon request.

Class A — Form A—Published book manufactured in the United States of America.

Class A or B — Form A–B Foreign—Book or periodical manufactured outside the United States of America (except works subject to the ad interim provisions of the copyright law).
Form A–B Ad Interim—Book or periodical in the English language manufactured and first published outside the United States of America.

Class B — Form B—Periodical manufactured in the United States of America.
Form BB—Contribution to a periodical manufactured in the United States of America.

Class C — Form C—Lecture or similar production prepared for oral delivery.

Class D — Form D—Dramatic or dramatico-musical composition.

Class E — Form E—Musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America.
Form E Foreign—Musical composition the author of which is not a citizen or domiciliary of the United States of America and which was not first published in the United States of America.

Class F — Form F—Map.

Class G — Form G—Work of art or a model or design for a work of art.

Class H — Form H—Reproduction of a work of art.

Class I — Form I—Drawing or plastic work of a scientific or technical character.

Class J — Form J—Photograph.

Class K — Form K—Print or pictorial illustration.
Form KK—Print or label used for an article of merchandise.

Class L or M — Form L–M—Motion picture.

Form R—Renewal copyright.

Form U—Notice of use of copyrighted music on mechanical instruments.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received | |
| ~~JAN 14 1971~~ | |
| Two copies received | |
| ~~JAN 14 1971~~ | |
| Fee received | |
| Renewal | |

Page

2021MARVEL-0006304

**FORM B**

Page 1

# Application for Registration of a Claim to Copyright
## in a periodical manufactured in the United States of America

| CLASS | REGISTRATION NO. |
|---|---|
| **B** B | **648132** |
| | DO NOT WRITE HERE |

**Instructions:** Make sure that all applicable spaces have been completed before you submit the form. The application must be SIGNED at line 9. The application should not be submitted until after the date of publication given in line 4(a), and should state the facts which existed on that date. For further information, see page 4.

Pages 1 and 2 should be typewritten or printed with pen and ink. Pages 3 and 4 should contain exactly the same information as pages 1 and 2, but may be carbon copies. Mail all pages of the application to the Register of Copyrights, Library of Congress, Washington, D.C. 20540, together with 2 copies of the best edition of the work and the registration fee of $6. Make your remittance payable to the Register of Copyrights.

**1. Copyright Claimant(s) and Address(es):** Give the name(s) and address(es) of the copyright owner(s). Ordinarily the name(s) should be the same as in the notice of copyright on the copies deposited.

Name — MAGAZINE MANAGEMENT CO., INC. MARVEL COMICS GROUP

Address — 625 MADISON AVENUE   NEW YORK, NEW YORK   10022

Name —

Address —

**2. Title:** IRON MAN

(Give the title of the periodical as it appears on the copies)

Vol. 1     No. 37     Date on copies MAY,1971

**3. Citizenship of Author:** The law requires a statement of the citizenship of the author. In the case of a work made for hire the employer is the author. Ordinarily the publisher of a periodical is the author of the periodical. If the author is an organization formed under U.S. Federal or State law, the citizenship may be stated as U.S.A.

Citizenship — U.S.A.     Domiciled in U.S.A. Yes X No

(Name of country)

**4. Publication:**

**(a) Date of Publication of This Issue:** Give the complete date when copies of this issue were first placed on sale, sold, or publicly distributed. The date when copies were made or printed should not be confused with the date of publication. NOTE: The full date (month, day, and year) must be given.

1/5/71
(Month) (Day) (Year)

**(b) Place of Publication of This Issue:** Give the name of the country in which this issue was first published.

U.S.A.

➤ **NOTE: Leave all spaces of line 5 blank unless the instructions below apply to your work.** ◄

**5. Manufacture Outside United States:** If any part of the printing, typesetting, platemaking, photoengraving, binding, or other process in the manufacture of the copies deposited was performed outside the United States, describe the following:

**(a) Portion of the Manufacturing Done Abroad:** ....................

**(b) Process Used:** ....................

**(c) Country of Manufacture:** ....................

EXAMINER

*Complete all applicable spaces on next page*

2021MARVEL-0006305

**7. Name and address of person or organization to whom correspondence or refund, if any, should be sent:**

Name ........................................................................ Address ...................... Magazine Management Co. Inc.

625 Madison Ave.

New York, N. Y. 10022

**8. Send Certificate to:**

(Type or
print    Name
name and
address)  Address

Magazine Management Co. Inc.
625 Madison Ave.
New York, N. Y. 10022

(Number and street)

| (City) | (State) | (ZIP code) |

**9. Certification:**

(Application
not acceptable
unless signed)

I CERTIFY that the statements made by me in this application are correct to the best of my knowledge.

*Nancy Purdy*

(Signature of copyright claimant or duly authorized agent)

## Application Forms

Copies of the following forms will be supplied by the Copyright Office without charge upon request.

Class A — Form A—Published book manufactured in the United States of America.

Class A or B
- Form A–B Foreign—Book or periodical manufactured outside the United States of America (except works subject to the ad interim provisions of the copyright law).
- Form A–B Ad Interim—Book or periodical in the English language manufactured and first published outside the United States of America.

Class B
- Form B—Periodical manufactured in the United States of America.
- Form BB—Contribution to a periodical manufactured in the United States of America.

Class C — Form C—Lecture or similar production prepared for oral delivery.

Class D — Form D—Dramatic or dramatico-musical composition.

Class E
- Form E—Musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America.
- Form E Foreign—Musical composition the author of which is not a citizen or domiciliary of the United States of America and which was not first published in the United States of America.

Class F — Form F—Map.

Class G — Form G—Work of art or a model or design for a work of art.

Class H — Form H—Reproduction of a work of art.

Class I — Form I—Drawing or plastic work of a scientific or technical character.

Class J — Form J—Photograph.

Class K
- Form K—Print or pictorial illustration.
- Form KK—Print or label used for an article of merchandise.

Class L or M
- Form L–M—Motion picture.
- Form R—Renewal copyright.
- Form U—Notice of use of copyrighted music on mechanical instruments.

| FOR COPYRIGHT OFFICE USE ONLY | |
| --- | --- |
| Application received | |
| FEB 12 1971 | |
| Two copies received | |
| FEB 12 1971 | |
| Fee received | |
| Renewal | |

Page 2

2021MARVEL-0006306

Larry Lieber



# FORM RE

UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

RE . 499-447

EFFECTIVE DATE OF RENEWAL REGISTRATION

NOV 2 0 1990

(Month)          (Day)          (Year)

---

**DO NOT WRITE ABOVE THIS LINE.   FOR COPYRIGHT OFFICE USE ONLY**

| **(1)** Renewal Claimant(s) | **RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions) |
|---|---|
| | 1   Name    Marvel Entertainment Group, Inc. |
| | Address   387 Park Avenue South, New York, NY 10016 |
| | Claiming as   Proprietor of copyright in a composite work made for hire. |
| | *Use appropriate statement from instructions* |
| | 2   Name |
| | Address |
| | Claiming as   *Use appropriate statement from instructions* |
| | 3   Name |
| | Address |
| | Claiming as   *Use appropriate statement from instructions* |

**E OF WORK IN WHICH RENEWAL IS CLAIMED:**

JOURNEY INTO MYSTERY

**F** 

**EWABLE MATTER:**

Entire work as originally copyrighted, including
all portions thereof.

**NTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work   JOURNEY INTO MYSTERY

If a periodical or other serial give: Vol   1   No.   86   Issue Date   November 1962

| **(3)** Author(s) | **AUTHOR(S) OF RENEWABLE MATTER:** |
|---|---|
| | Atlas Magazines, Inc. |

| **(4)** Facts of Original Registration | **ORIGINAL REGISTRATION NUMBER:** | **ORIGINAL COPYRIGHT CLAIMANT:** |
|---|---|---|
| | B 992974 | Atlas Magazines, Inc. |

**ORIGINAL DATE OF COPYRIGHT:**

- If the original registration for this work was made in published form give   **DATE OF PUBLICATION**   September 4, 1962   (Month) (Day) (Year)   OR   • If the original registration for this work was made in unpublished form, give   **DATE OF REGISTRATION**   (Month) (Day) (Year)

2021MARVEL-0006307

Larry Lieber

RE . 499-447

EXAMINED BY
CHECKED BY
DEPOSIT ACCOUNT
FUNDS USED
☑

NOV 7 1990

REMITTANCE NUMBER AND DATE

FOR COPYRIGHT OFFICE USE ONLY

---

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON)

**5** Renewal for Group of Works

| | | | | | |
|---|---|---|---|---|---|
| 1 | Title of Contribution<br>Title of Periodical<br>Date of Publication (Month) (Day) (Year) | Vol | No | Issue Date<br>Registration Number |
| 2 | Title of Contribution<br>Title of Periodical<br>Date of Publication (Month) (Day) (Year) | Vol | No | Issue Date<br>Registration Number |
| 3 | Title of Contribution<br>Title of Periodical<br>Date of Publication. (Month) (Day) (Year) | Vol | No | Issue Date<br>Registration Number |
| 4 | Title of Contribution<br>Title of Periodical<br>Date of Publication (Month) (Day) (Year) | Vol | No | Issue Date<br>Registration Number |
| 5 | Title of Contribution<br>Title of Periodical<br>Date of Publication (Month) (Day) (Year) | Vol | No | Issue Date<br>Registration Number |
| 6 | Title of Contribution<br>Title of Periodical<br>Date of Publication (Month) (Day) (Year) | Vol | No | Issue Date<br>Registration Number |
| 7 | Title of Contribution<br>Title of Periodical<br>Date of Publication (Month) (Day) (Year) | Vol | No | Issue Date<br>Registration Number |

---

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: Marvel Entertainment Group, Inc.

Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: Charles R. Brainard

Address: Kenyon & Kenyon, One Broadway
(Number, Street) (Apt.)
New York, New York 10004
(City) (State) (Zip)

**6** Fee and Correspondence

---

**CERTIFICATION:** I, the undersigned, hereby certify that I am the (Check one)
☐ renewal claimant ☒ duly authorized agent of Marvel Entertainment Group, Inc.
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _Lisa Massaro_
Typed or printed name Lisa Massaro

Date 11/9/90

**7** Certification (Application must be signed)



---

MAIL CERTIFICATE TO

Charles R. Brainard
(Name)
Kenyon & Kenyon, One Broadway
(Number, Street and Apartment Number)
New York, New York 10004
(City) (State) (ZIP code)

**8** Address for Return of Certificate

(Certificate will be mailed in window envelope)



☆ U.S. GOVERNMENT PRINTING OFFICE 1978—261-022/10

Apr. 1978    (Rev. June)



# FORM RE
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

RE  499-468

EFFECTIVE DATE OF RENEWAL REGISTRATION
NOV 2 0 1990
(Month)        (Day)        (Year)

---

**DO NOT WRITE ABOVE THIS LINE.   FOR COPYRIGHT OFFICE USE ONLY**

**(1)**
**Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

1
Name          Marvel Entertainment Group, Inc.
Address       387 Park Avenue South, New York, NY 10016
Claiming as   Proprietor of copyright in a composite work made for hire.
              (Use appropriate statement from instructions)

2
Name
Address
Claiming as
              (Use appropriate statement from instructions)

3
Name
Address
Claiming as
              (Use appropriate statement from instructions)

---

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**
JOURNEY INTO MYSTERY

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including
all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**
Title of periodical or composite work:   JOURNEY INTO MYSTERY
If a periodical or other serial give  Vol.  1   No.  87   Issue Date   December 1962

03929650

**(3)**
**Author(s)**

**AUTHOR(S) OF RENEWABLE MATTER:**

Atlas Magazines, Inc.

---

**(4)**
**Facts of Original Registration**

**ORIGINAL REGISTRATION NUMBER:**
B 999782

**ORIGINAL COPYRIGHT CLAIMANT:**
Atlas Magazines, Inc.

**ORIGINAL DATE OF COPYRIGHT:**
• If the original registration for this work was made in published form give
DATE OF PUBLICATION   October 2, 1962
(Month)   (Day)   (Year)
OR
• If the original registration for this work was made in unpublished form. give
DATE OF REGISTRATION
(Month)   (Day)   (Year)

Larry Lieber

RE   499-468

CHECKED BY

DEPOSIT ACCOUNT
FUNDS USED ☑

REMITTANCE NUMBER AND DATE

NOV 26 1990

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON)

**5**

Renewal
for Group
of Works

| | | | |
|---|---|---|---|
| **1** | Title of Contribution: | | |
| | Title of Periodical: | Vol. | No. | Issue Date |
| | Date of Publication: (Month) (Day) (Year) | Registration Number | |
| **2** | Title of Contribution: | | |
| | Title of Periodical: | Vol | No | Issue Date |
| | Date of Publication: (Month) (Day) (Year) | Registration Number | |
| **3** | Title of Contribution: | | |
| | Title of Periodical: | Vol. | No. | Issue Date |
| | Date of Publication: (Month) (Day) (Year) | Registration Number: | |
| **4** | Title of Contribution: | | |
| | Title of Periodical: | Vol. | No. | Issue Date |
| | Date of Publication: (Month) (Day) (Year) | Registration Number | |
| **5** | Title of Contribution: | | |
| | Title of Periodical: | Vol | No | Issue Date |
| | Date of Publication: (Month) (Day) (Year) | Registration Number | |
| **6** | Title of Contribution: | | |
| | Title of Periodical: | Vol. | No. | Issue Date |
| | Date of Publication: (Month) (Day) (Year) | Registration Number | |
| **7** | Title of Contribution: | | |
| | Title of Periodical: | Vol | No | Issue Date |
| | Date of Publication: (Month) (Day) (Year) | Registration Number | |

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: Marvel Entertainment Group, Inc.

Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name Charles R. Brainard
Address Kenyon & Kenyon, One Broadway (Apt.)
New York, New York 10004
(City) (State) (ZIP)

**6**

Fee and
Correspond-
ence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)

☐ renewal claimant ☒ duly authorized agent of Marvel Entertainment Group, Inc.
(Name of renewal claimant)

of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature: (X) Lisa Massaro

Typed or printed name:

Date 11/19/90

**7**

Certification
(Application
must be
signed)

Charles R. Brainard

Kenyon & Kenyon, One Broadway
(Number Street and Apartment Number)

New York, New York 10004
(City) (State) (ZIP code)

**MAIL
CERTIFICATE
TO**

(Certificate will
be mailed in
window envelope)

**8**

Address for
Return of
Certificate

U.S. GOVERNMENT PRINTING OFFICE: 1978-261-022/10

Apr. 1978—500,000

2021MARVEL-0006310

Page 1

# FORM B

| CLASS | REGISTRATION NO. |
|-------|------------------|
| **B** B | 999782 |
| | DO NOT WRITE HERE |

## Application for Registration of a Claim to Copyright in a periodical manufactured in the United States of America

**Instructions:** Make sure that all applicable spaces have been completed before you submit the form. The application must be *signed* at line 9. The application should not be submitted until after the date of publication given in line 4 (a), and should state the facts which existed on that date. For further information, see page 4.

Pages 1 and 2 should be typewritten or printed with pen and

ink. Pages 3 and 4 should contain exactly the same information as pages 1 and 2, but may be carbon copies. Mail all pages of the application to the Register of Copyrights, Library of Congress, Washington 25, D. C., together with 2 copies of the best edition of the work and the registration fee of $4. Make your remittance payable to the Register of Copyrights.

**1. Copyright Claimant(s) and Address(es):** Give the name(s) and address(es) of the copyright owner(s). Ordinarily the name(s) should be the same as in the notice of copyright on the copies deposited.

Name ........ ATLAS MAGAZINES, INC. ........................

Address ........ 655 Madison Ave., N.Y.C. 21 ........................

Name ........................................................

Address ........................................................

**2. Title:** .... JOURNEY INTO MYSTERY ....................
(Give the title of the periodical as it appears on the copies)

................................................................

Vol. 1 ...... No. .... 87 ...... Date on copies .... Dec. 1962 ....................

**3. Citizenship of Author:** The law requires a statement of the citizenship of the author. In the case of a work made for hire the employer is the author. Ordinarily the publisher of a

periodical is the author of the periodical. If the author is an organization formed under U. S. Federal or State law, the citizenship may be stated as U. S. A.

Citizenship .... USA .................................... Domiciled in U. S. A. Yes ☐ No ☐
(Name of country)

**4. Publication:**

**(a) Date of Publication of This Issue:** Give the date when copies of this issue were first placed on sale, sold or publicly distributed. (NOTE. The full date (month, day, and year) must be given.)

10/2/62

**(b) Place of Publication of This Issue:** Give the name of the country in which this issue was first published.

USA

**5. Manufacture Outside United States:** If any part of the present, typesetting, platemaking, lithographing, photoengraving, binding, or other process in the manufacture of the copies

deposited was performed outside the United States, describe the following:

**(a) Portion of the Manufacturing Done Abroad:** ........................

**(b) Process Used:** ........................

**(c) Country of Manufacture:** ........................

*Complete all applicable spaces on next page*

6. If registration fee is to be charged to a **deposit account** established in the Copyright Office, give name of account.

---

**7. Name and address of person or organization to whom correspondence or refund, if any, should be sent:**

Name _____ Address ____ MAGAZINE MANAGEMENT CO.

655 MADISON AVENUE

NEW YORK 21, N. Y.

8. Send certificate to:

(Type or print
name and address)

Name _____ MAGAZINE MANAGEMENT CO.

Address _____ 655 MADISON AVENUE

(Number and street)

NEW YORK 21, N. Y.

(City)                    (Zone)                    (State)

**9. Certification:** (NOTE: Application not acceptable unless signed)

I CERTIFY that the statements made by me in this application are correct to the best of my knowledge.

_____ Leah Grecha _____

(Signature of copyright claimant or duly authorized agent)

## Application Forms

Copies of the following forms will be supplied by the Copyright Office without charge upon request.

Class A Form A—Published book manufactured in the United States of America.

Class A or B
{ Form A–B Foreign—Book or periodical manufactured outside the United States of America (except works subject to the ad interim provisions of the copyright law).
Form A–B Ad Interim—Book or periodical in the English language manufactured and first published outside the United States of America.

Class B
{ Form B—Periodical manufactured in the United States of America.
Form BB—Contribution to a periodical manufactured in the United States of America.

Class C Form C—Lecture or similar production prepared for oral delivery.

Class D Form D—Dramatic or dramatico-musical composition.

Class E
{ Form E—Musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America.
Form E Foreign—Musical composition the author of which is not a citizen or domiciliary of the United States of America and which was not first published in the United States of America.

Class F Form F—Map.

Class G Form G—Work of art or a model or design for a work of art.

Class H Form H—Reproduction of a work of art.

Class I Form I—Drawing or plastic work of a scientific or technical character.

Class J Form J—Photograph.

Class K
{ Form K—Print or pictorial illustration.
Form KK—Print or label used for an article of merchandise.

Class L or M { Form L–M—Motion Picture.

Form R—Renewal copyright.

Form U—Notice of use of musical composition on mechanical instruments.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received OCT 17 1962 | |
| Two copies received OCT 17 1962 | |
| Fee received | |
| Renewal RE 499-468 | |

U. S. GOVERNMENT PRINTING OFFICE : 1957—O–430703

2021MARVEL-0006312

**FORM RE**

UNITED STATES COPYRIGHT OFFICE

| REGISTRATION NUMBER | |
|---|---|
| RE | 498-035 |

EFFECTIVE DATE OF RENEWAL REGISTRATION

**NOV 20 1990**

(Month)      (Day)      (Year)

**DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY**

| | | **RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions) |
|---|---|---|
| **①** Renewal Claimant(s) | 1 | Name   Marvel Entertainment Group, Inc. <br> Address   387 Park Avenue South, New York, NY 10016 <br> Claiming as   Proprietor of copyright in a composite work made for hire. <br> (Use appropriate statement from instructions) |
| | 2 | Name <br> Address <br> Claiming as <br> (Use appropriate statement from instructions) |
| | 3 | Name <br> Address <br> Claiming as <br> (Use appropriate statement from instructions) |

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

JOURNEY INTO MYSTERY

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including
all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work    JOURNEY INTO MYSTERY

If a periodical or other serial give  Vol  1   No.  88   Issue Date   January 1963

| | **AUTHOR(S) OF RENEWABLE MATTER:** |
|---|---|
| **③** Author(s) | Atlas Magazines, Inc. |

| | **ORIGINAL REGISTRATION NUMBER:** | **ORIGINAL COPYRIGHT CLAIMANT:** |
|---|---|---|
| **④** Facts of Original Registration | B 6034 | Atlas Magazines, Inc. |

**ORIGINAL DATE OF COPYRIGHT:**

| • If the original registration for this work was made in published form give | | | | OR | • If the original registration for this work was made in unpublished form give | |
|---|---|---|---|---|---|---|
| DATE OF PUBLICATION: | November 1, 1962 | | | | DATE OF REGISTRATION | |
| | (Month)  (Day)  (Year) | | | | (Month)   (Day)   (Year) | |

2021MARVEL-0006313

RE ?    498-035

CHECKED BY

DEPOSIT ACCOUNT
FUNDS USED ☑

REMITTANCE NUMBER AND DATE

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

⑤

Renewal
for Group
of Works

**1**
Title of Contribution:
Title of Periodical:
Date of Publication:     (Month)    (Day)    (Year)
Vol.    No    Issue Date
Registration Number

**2**
Title of Contribution:
Title of Periodical:
Date of Publication:     (Month)    (Day)    (Year)
Vol.    No    Issue Date
Registration Number

**3**
Title of Contribution:
Title of Periodical:
Date of Publication:     (Month)    (Day)    (Year)
Vol.    No    Issue Date
Registration Number

**4**
Title of Contribution:
Title of Periodical:
Date of Publication:     (Month)    (Day)    (Year)
Vol.    No    Issue Date
Registration Number

**5**
Title of Contribution:
Title of Periodical:
Date of Publication:     (Month)    (Day)    (Year)
Vol.    No    Issue Date
Registration Number

**6**
Title of Contribution:
Title of Periodical:
Date of Publication:     (Month)    (Day)    (Year)
Vol.    No    Issue Date
Registration Number

**7**
Title of Contribution:
Title of Periodical:
Date of Publication:     (Month)    (Day)    (Year)
Vol.    No    Issue Date
Registration Number

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name:  **Marvel Entertainment Group, Inc.**

Account Number:  **DA-059633**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name  **Charles R. Brainard**
Address  **Kenyon & Kenyon, One Broadway**
**New York, New York    10004**
(City)    (State)    (ZIP)

⑥
Fee and
Correspond-
ence

**CERTIFICATION** I, the undersigned, hereby certify that I am the: (Check one)
☒ renewal claimant    ☐ duly authorized agent of   **Marvel Entertainment Group, Inc.**
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature: (X)  _Lisa Massaro_
Typed or printed name:  Lisa Massaro

Date  **11/19/90**

⑦
Certification
(Application
must be
signed)

Charles R. Brainard
(Name)
Kenyon & Kenyon, One Broadway
(Number, Street and Apartment Number)
New York, New York  10004
(City)    (State)    (ZIP code)

**MAIL
CERTIFICATE
TO**

(Certificate will
be mailed in
window envelope)

⑧
Address for
Return of
Certificate

U.S. GOVERNMENT PRINTING OFFICE: 1978-261-022/10    Apr. 1978  500,000

2021MARVEL-0006314

Page 1

# Application for Registration of a Claim to Copyright
## in a periodical manufactured in the United States of America

| CLASS | REGISTRATION NO. |
|---|---|
| **B** | B    6034 |
| | DO NOT WRITE HERE |

**Instructions:** Make sure that all applicable spaces have been completed before you submit the form. The application must be signed at line 9. The application should not be submitted until after the date of publication given in line 4 (a), and should state the facts which existed on that date. For further information, see page 4.

Pages 1 and 2 should be typewritten or printed with pen and

ink. Pages 3 and 4 should contain exactly the same information as pages 1 and 2, but may be carbon copies. Mail all pages of the application to the Register of Copyrights, Library of Congress, Washington 25, D. C., together with 2 copies of the best edition of the work and the registration fee of $4. Make your remittance payable to the Register of Copyrights.

**1. Copyright Claimant(s) and Address(es):** Give the name(s) and address(es) of the copyright owner(s). Ordinarily the name(s) should be the same as in the notice of copyright on the copies deposited.

Name — ATLAS MAGAZINES, INC.

Address — 655 Madison Ave., N.Y.C. 21

Name —

Address —

**2. Title:** JOURNEY INTO MYSTERY

(Give the title of the periodical as it appears on the copies)

Vol. 1      No. 88      Date on copies      Jan. 1963

**3. Citizenship of Author:** The law requires a statement of the citizenship of the author. In the case of a work made for hire the employer is the author. Ordinarily the publisher of a periodical is the author of the periodical. If the author is an organization formed under U. S. Federal or State law, the citizenship may be stated as U. S. A.

Citizenship — USA

(Name of country)                    Domiciled in U. S. A. Yes ☐  No ☐

**4. Publication:**

(a) **Date of Publication of This Issue:** Give the date when copies of this issue were first placed on sale, sold or publicly distributed. (NOTE: The full date (month, day, and year) must be given.)

11/1/62

(b) **Place of Publication of This Issue:** Give the name of the country in which this issue was first published.

USA

**5. Manufacture Outside United States:** If any part of the printing, typesetting, platemaking, lithographing, photoengraving, binding, or other process in the manufacture of the copies deposited was performed outside the United States, describe the following:

(a) Portion of the Manufacturing Done Abroad:

(b) Process Used:

(c) Country of Manufacture:

*Complete all applicable spaces on next page*

Page

2021MARVEL-0006315

6. If registration fee is to be charged to a deposit account established in the Copyright Office, give name of acc...

7. **Name and address of person or organization to whom correspondence or refund, if any, should be sent:**

Name ............................................................   Address ...... MAGAZINE MANAGEMENT CO.

655 MADISON AVENUE

NEW YORK 21, N. Y.

8. **Send certificate to:**

(Type or print
name and address)   Name

MAGAZINE MANAGEMENT CO.

Address   655 MADISON AVENUE
(Number and street)

NEW YORK 21, N. Y.

(City)      (Zone)      (State)

9. **Certification:** (NOTE: Application not acceptable unless signed).
   I CERTIFY that the statements made by me in this application are correct to the best of my knowledge.

........................................................
(Signature of copyright claimant or duly authorized agent)

## Application Forms

Copies of the following forms will be supplied by the Copyright Office without charge upon request.

Class A   Form A—Published book manufactured in the United States of America.

Class A   Form A–B Foreign—Book or periodical manufactured outside the United States of America (except works subject to
or B   the ad interim provisions of the copyright law).
      Form A–B Ad Interim—Book or periodical in the English language manufactured and first published outside the United
      States of America.

Class B   Form B—Periodical manufactured in the United States of America.
      Form BB—Contribution to a periodical manufactured in the United States of America.

Class C   Form C—Lecture or similar production prepared for oral delivery.

Class D   Form D—Dramatic or dramatico-musical composition.

Class E   Form E—Musical composition the author of which is a citizen or domiciliary of the United States of America or which
      was first published in the United States of America.
      Form E Foreign—Musical composition the author of which is not a citizen or domiciliary of the United States of
      America and which was not first published in the United States of America.

Class F   Form F—Map.

Class G   Form G—Work of art or a model or design for a work of art.

Class H   Form H—Reproduction of a work of art.

Class I   Form I—Drawing or plastic work of a scientific or technical character.

Class J   Form J—Photograph.

Class K   Form K—Print or pictorial illustration.
      Form KK—Print or label used for an article of merchandise.

Class L   Form L–M—Motion Picture.
or M
      Form R—Renewal copyright.
      Form U—Notice of use of musical composition on mechanical instruments.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received | |
| NOV 15 1957 | |
| Two copies received | |
| NOV 15 1957 | |
| Fee received | |
| RE 498-035 | |

U. S. GOVERNMENT PRINTING OFFICE   1957—O—430703

Page

2021MARVEL-0006316

Larry Lieber

FORM RE
UNITED STATES COPYRIGHT OFFICE

| REGISTRATION NUMBER |
|---|
| RE   498-059 |

EFFECTIVE DATE OF RENEWAL REGISTRATION

NOV 20 1990

(Month)        (Day)        (Year)

DO NOT WRITE ABOVE THIS LINE.   FOR COPYRIGHT OFFICE USE ONLY

**①**
**Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

**1**
Name — Marvel Entertainment Group, Inc.
Address — 387 Park Avenue South, New York, NY 10016
Claiming as — Proprietor of copyright in a composite work made for hire.
(Use appropriate statement from instructions)

**2**
Name
Address
Claiming as
(Use appropriate statement from instructions)

**3**
Name
Address
Claiming as
(Use appropriate statement from instructions)

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**
JOURNEY INTO MYSTERY

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including
all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**
Title of periodical or composite work   JOURNEY INTO MYSTERY
If a periodical or other serial, give Vol   1   No.   89   Issue Date   February 1963

**③**
**Author(s)**

**AUTHOR(S) OF RENEWABLE MATTER:**

Atlas Magazines, Inc.

**④**
**Facts of Original Registration**

| ORIGINAL REGISTRATION NUMBER: | ORIGINAL COPYRIGHT CLAIMANT: |
|---|---|
| B 12115 | Atlas Magazines, Inc. |

**ORIGINAL DATE OF COPYRIGHT:**
• If the original registration for this work was made in published form, give
DATE OF PUBLICATION   December 3, 1962
(Month)   (Day)   (Year)

OR

• If the original registration for this work was made in unpublished form, give
DATE OF REGISTRATION
(Month)   (Day)   (Year)

2021MARVEL-0006317

| | | |
|---|---|---|
| RE ┐ 498-059 | EXAMINED BY CHECKED BY | RENEWAL APPLICATION RECEIVED NOV 20 1990 |
| | DEPOSIT ACCOUNT FUNDS USED | REMITTANCE NUMBER AND DATE |
| | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**⑤ Renewal for Group of Works**

1. Title of Contribution: . . . . . .
   Title of Periodical: . . . . .  Vol . . . . No . . . . Issue Date . . .
   Date of Publication: . . . . . . Registration Number . . .
   (Month)    (Day)    (Year)

2. Title of Contribution: . . . . . .
   Title of Periodical: . . . . .  Vol . . . . No . . . . Issue Date . . .
   Date of Publication: . . . . . . Registration Number . . .
   (Month)    (Day)    (Year)

3. Title of Contribution: . . . . . .
   Title of Periodical: . . . . .  Vol . . . . No . . . . Issue Date . . .
   Date of Publication: . . . . . . Registration Number . . .
   (Month)    (Day)    (Year)

4. Title of Contribution: . . . . . .
   Title of Periodical: . . . . .  Vol . . . . No . . . . Issue Date . . .
   Date of Publication: . . . . . . Registration Number . . .
   (Month)    (Day)    (Year)

5. Title of Contribution: . . . . . .
   Title of Periodical: . . . . .  Vol . . . . No . . . . Issue Date . . .
   Date of Publication: . . . . . . Registration Number . . .
   (Month)    (Day)    (Year)

6. Title of Contribution: . . . . . .
   Title of Periodical: . . . . .  Vol . . . . No . . . . Issue Date . . .
   Date of Publication: . . . . . . Registration Number . . .
   (Month)    (Day)    (Year)

7. Title of Contribution: . . . . . .
   Title of Periodical: . . . . .  Vol . . . . No . . . . Issue Date . . .
   Date of Publication: . . . . . . Registration Number . . .
   (Month)    (Day)    (Year)

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: Marvel Entertainment Group, Inc.

Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: Charles R. Brainard

Address: Kenyon & Kenyon, One Broadway (Apt.)

New York, New York 10004
(City)    (State)    (Zip)

**⑥ Fee and Correspondence**

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant  ☒ duly authorized agent of: Marvel Entertainment Group, Inc.
(Name of renewal claimant)

of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) *Lisa Massaro*

Typed or printed name: Lisa Massaro

Date: 11/19/90

**⑦ Certification (Application must be signed)**

Charles R. Brainard
(Name)

Kenyon & Kenyon, One Broadway
(Number, Street and Apartment Number)

New York, New York 10004
(City)    (State)    (ZIP code)

**MAIL CERTIFICATE TO**

(Certificate will be mailed in window envelope)

**⑧ Address for Return of Certificate**

☆ U.S. GOVERNMENT PRINTING OFFICE: 1979 — 281-827/10

Apr 1978—500,000

2021MARVEL-0006318

**FORM B**

| CLASS | REGISTRATION NO |
|---|---|
| **B** | B    12115 |
| | DO NOT WRITE HERE |

# Application for Registration of a Claim to Copyright
## in a periodical manufactured in the United States of America

**Instructions:** Make sure that all applicable spaces have been completed before you submit the form. The application must be signed at line 9. The application should not be submitted until after the date of publication given in line 4 (a), and should state the facts which existed on that date. For further information, see page 4.

Pages 1 and 2 should be typewritten or printed with pen and ink. Pages 3 and 4 should contain exactly the same information as pages 1 and 2, but may be carbon copies. Mail all pages of the application to the Register of Copyrights, Library of Congress, Washington 25, D. C., together with 2 copies of the best edition of the work and the registration fee of $4. Make your remittance payable to the Register of Copyrights.

**1. Copyright Claimant(s) and Address(es):** Give the name(s) and address(es) of the copyright owner(s). Ordinarily the name(s) should be the same as in the notice of copyright on the copies deposited.

Name ....... XEX ATLAS MAGAZINES, INC. .......

Address ....... 655 Madison Ave., N.Y.C. 21 .......

Name .......

Address .......

**2. Title:** ....... JOURNEY INTO MYSTERY .......

(Give the title of the periodical as it appears on the copies)

Vol. .... 1 ...... No. .... 89 .... Date on copies .... Feb. 1963 ....

**3. Citizenship of Author:** The law requires a statement of the citizenship of the author. In the case of a work made for hire the employer is the author. Ordinarily the publisher of a periodical is the author of the periodical. If the author is an organization formed under U. S. Federal or State law, the citizenship may be stated as U. S. A.

Citizenship ....... USA .......

(Name of country) .......    Domiciled in U. S. A.   Yes ☐   No ☐

**4. Publication:**

(a) **Date of Publication of This Issue:** Give the date when copies of this issue were first placed on sale, sold or publicly distributed. (NOTE: The full date (month, day, and year) must be given.)

....... 12/3/62 .......

(b) **Place of Publication of This Issue:** Give the name of the country in which this issue was first published.

....... USA .......

**5. Manufacture Outside United States:** If any part of the printing, typesetting, platemaking, lithographing, photoengraving, binding, or other process in the manufacture of the copies deposited was performed outside the United States, describe the following:

(a) Portion of the Manufacturing Done Abroad: .......

(b) Process Used: .......

(c) Country of Manufacture: .......

*Complete all applicable spaces on next page*

2021MARVEL-0006319

7. **Name and address of person or organization to whom correspondence or refund, if any, should be sent:**

Name _____    Address _____

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

8. **Send certificate to:**

(Type or print
name and address)

Name _____

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
(Number and street)
NEW YORK 21, N. Y.

Address _____

| (City) | (Zone) | (State) |

9. **Certification:** (NOTE: Application not acceptable unless signed)

I CERTIFY that the statements made by me in this application are correct to the best of my knowledge.

_____
(Signature of copyright claimant or duly authorized agent)

## Application Forms

Copies of the following forms will be supplied by the Copyright Office without charge upon request.

Class A  Form A—Published book manufactured in the United States of America.

Class A
or B  Form A–B Foreign—Book or periodical manufactured outside the United States of America (except works subject to the ad interim provisions of the copyright law).
Form A–B Ad Interim—Book or periodical in the English language manufactured and first published outside the United States of America.

Class B  Form B—Periodical manufactured in the United States of America.
Form BB—Contribution to a periodical manufactured in the United States of America.

Class C  Form C—Lecture or similar production prepared for oral delivery.

Class D  Form D—Dramatic or dramatico-musical composition.

Class E  Form E—Musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America.
Form E Foreign—Musical composition the author of which is not a citizen or domiciliary of the United States of America and which was not first published in the United States of America.

Class F  Form F—Map.

Class G  Form G—Work of art or a model or design for a work of art.

Class H  Form H—Reproduction of a work of art.

Class I  Form I—Drawing or plastic work of a scientific or technical character.

Class J  Form J—Photograph.

Class K  Form K—Print or pictorial illustration.
Form KK—Print or label used for an article of merchandise.

Class L
or M  Form L–M—Motion Picture.

Form R—Renewal copyright.

Form U—Notice of use of musical composition on mechanical instruments.

| Application received | **FOR COPYRIGHT OFFICE USE ONLY** |
|---|---|
| DEC 19 1962 | |
| Two copies received | |
| DEC 19 1962 | |
| Fee received | |
| RE 498·059 | |

U. S. GOVERNMENT PRINTING OFFICE  1957—O—430703

Page

2021MARVEL-0006320

FORM RE

UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

RE ⁻     497-820

EFFECTIVE DATE OF RENEWAL REGISTRATION

NOV 20 1990     (Year)

**DO NOT WRITE ABOVE THIS LINE.   FOR COPYRIGHT OFFICE USE ONLY**

**① Renewal Claimant(s)**

RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions)

1

Name     Marvel Entertainment Group, Inc.

Address     387 Park Avenue South, New York, NY 10016

Claiming as     Proprietor of copyright in a composite work made for hire.
(Use appropriate statement from instructions)

2

Name

Address

Claiming as
(Use appropriate statement from instructions)

3

Name

Address

Claiming as
(Use appropriate statement from instructions)

**② TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

JOURNEY INTO MYSTERY

RENEWABLE MATTER:

Entire work as originally copyrighted, including
all portions thereof.

CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:

Title of periodical or composite work     JOURNEY INTO MYSTERY

If a periodical or other serial, give  Vol  1   No  90   Issue Date   March 1963

0393637·

**③ Author(s)**

AUTHOR(S) OF RENEWABLE MATTER:

Atlas Magazines, Inc.

**④ Facts of Original Registration**

ORIGINAL REGISTRATION NUMBER:

B 17481

ORIGINAL COPYRIGHT CLAIMANT:

Atlas Magazines, Inc.

ORIGINAL DATE OF COPYRIGHT:

• If the original registration for this work was made in published form,
give     January 3, 1963

DATE OF PUBLICATION (in notice: 1962)
(Month)     (Day)     (Year)

OR

• If the original registration for this work was made in unpublished form,
give

DATE OF REGISTRATION
(Month)     (Day)     (Year)

2021MARVEL-0006321

Larry Lieber

RE'    497-820

DEPOSIT ACCOUNT FUNDS USED ☑

REMITTANCE NUMBER AND DATE

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**5** Renewal for Group of Works

| | | | | |
|---|---|---|---|---|
| **1** | Title of Contribution: | | Vol. No. Issue Date | |
| | Title of Periodical: | | | |
| | Date of Publication: (Month) (Day) (Year) | | Registration Number | |
| **2** | Title of Contribution: | | Vol. No. Issue Date | |
| | Title of Periodical: | | | |
| | Date of Publication: (Month) (Day) (Year) | | Registration Number | |
| **3** | Title of Contribution: | | Vol. No. Issue Date | |
| | Title of Periodical: | | | |
| | Date of Publication: (Month) (Day) (Year) | | Registration Number | |
| **4** | Title of Contribution: | | Vol. No. Issue Date | |
| | Title of Periodical: | | | |
| | Date of Publication: (Month) (Day) (Year) | | Registration Number | |
| **5** | Title of Contribution: | | Vol. No. Issue Date | |
| | Title of Periodical: | | | |
| | Date of Publication: (Month) (Day) (Year) | | Registration Number | |
| **6** | Title of Contribution: | | Vol. No. Issue Date | |
| | Title of Periodical: | | | |
| | Date of Publication: (Month) (Day) (Year) | | Registration Number | |
| **7** | Title of Contribution: | | Vol. No. Issue Date | |
| | Title of Periodical: | | | |
| | Date of Publication: (Month) (Day) (Year) | | Registration Number | |

**DEPOSIT ACCOUNT:** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: **Marvel Entertainment Group, Inc.**

Account Number: **DA-059633**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: Charles R. Brainard

Address: Kenyon & Kenyon, One Broadway
New York, New York 10004

**6** Fee and Correspondence

**CERTIFICATION** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant
☑ duly authorized agent of **Marvel Entertainment Group, Inc.**
(Name of renewal claimant)

of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature: (X) *Lisa Massaro*

Typed or printed name: Lisa Massaro

Date: 11/19/90

**7** Certification (Application must be signed)

Charles R. Brainard

Kenyon & Kenyon, One Broadway
(Number, Street and Apartment Number)

New York, New York 10004
(City) (State) (ZIP code)

**MAIL CERTIFICATE TO**

(Certificate will be mailed in window envelope)

**8** Address for Return of Certificate

☆ U.S. GOVERNMENT PRINTING OFFICE: 1978—281-022/10

Apr 1978—500,000

2021MARVEL-0006322

Page 1

# FORM B

## Application for Registration of a Claim to Copyright
### in a periodical manufactured in the United States of America



CLASS **B**  B  REGISTRATION NO. 17481

DO NOT WRITE HERE

**Instructions:** Make sure that all applicable spaces have been completed before you submit the form. The application must be *signed* at line 9. The application should not be submitted until after the date of publication given in line 4 (a), and should state the facts which existed on that date. For further information, see page 4.

Pages 1 and 2 should be typewritten or printed with pen and ink. Pages 3 and 4 should contain exactly the same information as pages 1 and 2, but may be carbon copies. Mail all pages of the application to the Register of Copyrights, Library of Congress, Washington 25, D. C., together with 2 copies of the best edition of the work and the registration fee of $4. Make your remittance payable to the Register of Copyrights.

**1. Copyright Claimant(s) and Address(es):** Give the name(s) and address(es) of the copyright owner(s). Ordinarily the name(s) should be the same as in the notice of copyright on the copies deposited.

Name      ATLAS MAGAZINES, INC.

Address      655 Madison Ave., N.Y.C. 21

Name

Address

**2. Title:**      JOURNEY INTO MYSTERY

(Give the title of the periodical as it appears on the copies)

Vol. 1      No. 90      Date on copies      Mar. 1963

**3. Citizenship of Author:** The law requires a statement of the citizenship of the author. In the case of a work made for hire the employer is the author. Ordinarily the publisher of a periodical is the author of the periodical. If the author is an organization formed under U. S. Federal or State law, the citizenship may be stated as U. S. A.

Citizenship      USA

(Name of country)      Domiciled in U. S. A. Yes ☐ No ☐

**4. Publication:**

(a) **Date of Publication of This Issue:** Give the date when copies of this issue were first placed on sale, sold or publicly distributed. (NOTE: The full date (month, day, and year) must be given.)

1/3/63 *

(b) **Place of Publication of This Issue:** Give the name of the country in which this issue was first published.

USA

**5. Manufacture Outside United States:** If any part of the printing, typesetting, platemaking, lithographing, photoengraving, binding, or other process in the manufacture of the copies deposited was performed outside the United States, describe the following:

(a) **Portion of the Manufacturing Done Abroad:**

(b) **Process Used:**

(c) **Country of Manufacture:**

*Complete all applicable spaces on next page*

Page 2

2021MARVEL-0006323

6. If registration fee is to be charged to a deposit account established in the Copyright Office, give name of account

**7. Name and address of person or organization to whom correspondence or refund, if any, should be sent:**

Name _____    Address MAGAZINE MANAGEMENT CO.

655 MADISON AVENUE

NEW YORK 21, N. Y.

**8. Send certificate to:**

(Type or print
name and address)

Name _____ MAGAZINE MANAGEMENT CO.

655 MADISON AVENUE

Address _____ NEW YORK 21, N. Y.

(Number and Street)

(City)        (Zone)        (State)

**9. Certification:** (NOTE: Application not acceptable unless signed)

I CERTIFY that the statements made by me in this application are correct to the best of my knowledge.

_____

(Signature of copyright claimant or duly authorized agent)

## Application Forms

Copies of the following forms will be supplied by the Copyright Office without charge upon request.

Class A   Form A—Published book manufactured in the United States of America.

Class A   Form A–B Foreign—Book or periodical manufactured outside the United States of America (except works subject to
or B      the ad interim provisions of the copyright law).
          Form A–B Ad Interim—Book or periodical in the English language manufactured and first published outside the United
          States of America.

Class B   Form B—Periodical manufactured in the United States of America.
          Form BB—Contribution to a periodical manufactured in the United States of America.

Class C   Form C—Lecture or similar production prepared for oral delivery.

Class D   Form D—Dramatic or dramatico-musical composition.

Class E   Form E—Musical composition the author of which is a citizen or domiciliary of the United States of America or which
          was first published in the United States of America.
          Form E Foreign—Musical composition the author of which is not a citizen or domiciliary of the United States of
          America and which was not first published in the United States of America.

Class F   Form F—Map.

Class G   Form G—Work of art or a model or design for a work of art.

Class H   Form H—Reproduction of a work of art.

Class I   Form I—Drawing or plastic work of a scientific or technical character.

Class J   Form J—Photograph.

Class K   Form K—Print or pictorial illustration.
          Form KK—Print or label used for an article of merchandise.

Class L   Form L–M—Motion Picture.
or M

          Form R—Renewal copyright.

          Form U—Notice of use of musical composition on mechanical instruments.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received **JAN 18 1963** | * (cert) In notice, 1962 |
| Two copies received **JAN 18 1963** | |
| Fee received | |
| Renewal RE 497-820 | |

U. S. GOVERNMENT PRINTING OFFICE   1957—O—430703

Page 2

2021MARVEL-0006324

Larry Lieber

# CERTIFICATE OF RENEWAL REGISTRATION



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

## FORM RE
### UNITED STATES COPYRIGHT OFFICE

**REGISTRATION NUMBER**

RE 559 314

**EFFECTIVE DATE OF RENEWAL REGISTRATION**
DEC 27 1991
(Month)   (Day)   (Year)

---

DO NOT WRITE ABOVE THIS LINE.   FOR COPYRIGHT OFFICE USE ONLY

**(1) Renewal Claimant(s)**

RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See instructions)

**1**
Name **Marvel Entertainment Group, Inc.**
Address **387 Park Avenue South, New York, NY 10016**
Claiming as **Proprietor of copyright in a composite work made for hire**
(Use appropriate statement from instructions)

**2**
Name
Address
Claiming as
(Use appropriate statement from instructions)

**3**
Name
Address
Claiming as
(Use appropriate statement from instructions)

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**
JOURNEY INTO MYSTERY

**RENEWABLE MATTER:**
Entire work as originally copyrighted, including all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**
Title of periodical or composite work   JOURNEY INTO MYSTERY
If a periodical or other serial, give Vol. **1**   No **100**   Issue Date **January 1964**

**(3) Author(s)**

**AUTHOR(S) OF RENEWABLE MATTER:**
ATLAS MAGAZINES, INC.

**(4) Facts of Original Registration**

**ORIGINAL REGISTRATION NUMBER:**
B 72344

**ORIGINAL COPYRIGHT CLAIMANT:**
ATLAS MAGAZINES, INC.

**ORIGINAL DATE OF COPYRIGHT:**
• If the original registration for this work was made in published form, give **November 5, 1963**
DATE OF PUBLICATION   Month   Day   Year

OR

• If the original registration for this work was made in unpublished form, give
DATE OF REGISTRATION   Month   Day   Year

047215383

| RE 559 314 | EXAMINED BY _____ CHECKED BY | RENEWAL APPLICATION RECEIVED: DEC. 27. 1991 | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|
| | DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE_CON)

**(5)** Renewal for Group of Works

**1**
Title of Contribution: ..................................................
Title of Periodical: ....................................... Vol ...... No ........ Issue Date ......
Date of Publication: .......................................... Registration Number: ...............................
(Month)    (Day)    (Year)

**2**
Title of Contribution: ..................................................
Title of Periodical: ....................................... Vol ...... No ........ Issue Date ......
Date of Publication: .......................................... Registration Number: ...............................
(Month)    (Day)    (Year)

**3**
Title of Contribution: ..................................................
Title of Periodical: ....................................... Vol ...... No ........ Issue Date ......
Date of Publication: .......................................... Registration Number: ...............................
(Month)    (Day)    (Year)

**4**
Title of Contribution: ..................................................
Title of Periodical: ....................................... Vol ...... No ........ Issue Date ......
Date of Publication: .......................................... Registration Number: ...............................
(Month)    (Day)    (Year)

**5**
Title of Contribution: ..................................................
Title of Periodical: ....................................... Vol ...... No ........ Issue Date ......
Date of Publication: .......................................... Registration Number: ...............................
(Month)    (Day)    (Year)

**6**
Title of Contribution: ..................................................
Title of Periodical: ....................................... Vol ...... No ........ Issue Date ......
Date of Publication: .......................................... Registration Number: ...............................
(Month)    (Day)    (Year)

**7**
Title of Contribution: ..................................................
Title of Periodical: ....................................... Vol ...... No ........ Issue Date ......
Date of Publication: .......................................... Registration Number: ...............................
(Month)    (Day)    (Year)

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name **Marvel Entertainment Group, Inc.**
Account Number    **DA-059633**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name **Carol Platt, Marvel Ent. Group**
Address **387 Park Avenue South**
**New York**        **NY**    **10016**
(City)    (State)    (ZIP)

**(6)** Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the (Check one)
☐ renewal claimant    ☒ duly authorized agent of: **Marvel Entertainment Group, Inc.**
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature (X) _Carol G. Platt_

Typed or printed name    **Carol G. Platt**

Date    **12/23/91**

**(7)** Certification (Application must be signed)

**Marvel Entertainment Group, Inc.**
(Name)
**387 Park Avenue South**
(Number Street and Apartment Number)
**New York, NY  10016**
(City)    (State)    (ZIP code)

**MAIL CERTIFICATE TO**

(Certificate will be mailed in window envelope)

**(8)** Address for Return of Certificate

U S GOVERNMENT PRINTING OFFICE  1978—261-022  1C

Larry Lieber

Page 3

# Certificate

## Registration of a Claim to Copyright
### in a periodical manufactured in the United States of America

**FORM B**

CLASS **B**    REGISTRATION NO.

B    **72344**

DO NOT WRITE HERE

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein* *Register of Copyrights*
ABRAHAM L. KAMINSTEIN    *United States of America*



NOT VALID WITHOUT COPYRIGHT OFFICE IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name ---- **ATLAS MAGAZINES, INC.** --------------------------------

Address --- **655 Madison Ave., N.Y.C. 21** ----------------

Name ------------------------------------------

Address ----------------------------------------

**2. Title:** --**JOURNEY INTO MYSTERY**----------------
(Title of periodical)

--------------------------------------------------

Vol. ----**1**---- No. ------**100**-- Date on copies ----**Jan. 1964**--------------

**3. Citizenship of Author:**

Citizenship ----**USA**------------------------------------- Domiciled in U. S. A.    Yes ☐    No ☐
(Name of country)

**4. Publication:**

(a) Date of Publication of This Issue:

--------**11/5/63**------------------------------------

(b) Place of Publication of This Issue:

--------**USA**----------------------------------------
(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: -------------------------------

(b) Process Used: ------------------------------------------------

(c) Country of Manufacture: -------------------------------------

*Complete all applicable spaces on next page*

2021MARVEL-0006327

**6. Deposit account:**

**7. Send correspondence to:**

Name ......................................................  Address ..........................

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

**8. Send certificate to:**

(Type or print
name and address)

Name ..................................................

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21 and Street).

Address .............................

(City)          (Zone)          (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1958. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received NOV 12 1963 | |
| Two copies received NOV 12 1963 | |
| Fee received | |

# CERTIFICATE OF RENEWAL REGISTRATION



SEAL OF COPYRIGHT OFFICE
THE LIBRARY OF CONGRESS

**OFFICIAL SEAL**

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.



**REGISTER OF COPYRIGHTS**
*United States of America*

# FORM RE

UNITED STATES COPYRIGHT OFFICE



**REGISTRATION NUMBER**

RE    559 319

**EFFECTIVE DATE OF RENEWAL REGISTRATION**

DEC 27 1991

(Month)    (Day)    (Year)

---

**DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY**

| (1) Renewal Claimant(s) | | |
|---|---|---|
| **RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions) | | |
| 1 | Name **Marvel Entertainment Group, Inc.** Address **387 Park Avenue South, New York, NY   10016** Claiming as **Proprietor of copyright in a composite work made for hire** (Use appropriate statement from instructions) | |
| 2 | Name .......... Address .......... Claiming as .......... (Use appropriate statement from instructions) | |
| 3 | Name .......... Address .......... Claiming as .......... (Use appropriate statement from instructions) | |

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

JOURNEY INTO MYSTERY

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work   JOURNEY INTO MYSTERY

If a periodical or other serial, give   Vol 1   No. 101   Issue Date **February 1964**

| (3) Author(s) | |
|---|---|
| **AUTHOR(S) OF RENEWABLE MATTER:** | |
| | ATLAS MAGAZINES, INC. |

| (4) Facts of Original Registration | | |
|---|---|---|
| **ORIGINAL REGISTRATION NUMBER:** B79623 | **ORIGINAL COPYRIGHT CLAIMANT:** ATLAS MAGAZINES, INC. | |
| **ORIGINAL DATE OF COPYRIGHT:** | | |
| • If the original registration for this work was made in published form, give   DATE OF PUBLICATION   **Dec** Month   **2** Day   **63** Year | OR | • If the original registration for this work was made in unpublished form, give   DATE OF REGISTRATION   Month   Day   Year |

2021MARVEL-0006329

047215496

RE    559 319

| EXAMINED BY | RENEWAL APPLICATION RECEIVED: |
|---|---|
| CHECKED BY | DEC. 27. 1991 |
| DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE: |

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE CON)

**⑤** Renewal for Group of Works

**1**
Title of Contribution: ............................................................
Title of Periodical: .......................................... Vol. ..... No. ...... Issue Date .......
Date of Publication: .......................................... Registration Number: .......
(Month) (Day) (Year)

**2**
Title of Contribution: ............................................................
Title of Periodical: .......................................... Vol. ..... No. ...... Issue Date .......
Date of Publication: .......................................... Registration Number: .......
(Month) (Day) (Year)

**3**
Title of Contribution: ............................................................
Title of Periodical: .......................................... Vol. ..... No. ...... Issue Date .......
Date of Publication: .......................................... Registration Number: .......
(Month) (Day) (Year)

**4**
Title of Contribution: ............................................................
Title of Periodical: .......................................... Vol. ..... No. ...... Issue Date .......
Date of Publication: .......................................... Registration Number: .......
(Month) (Day) (Year)

**5**
Title of Contribution: ............................................................
Title of Periodical: .......................................... Vol. ..... No. ...... Issue Date .......
Date of Publication: .......................................... Registration Number: .......
(Month) (Day) (Year)

**6**
Title of Contribution: ............................................................
Title of Periodical: .......................................... Vol. ..... No. ...... Issue Date .......
Date of Publication: .......................................... Registration Number: .......
(Month) (Day) (Year)

**7**
Title of Contribution: ............................................................
Title of Periodical: .......................................... Vol. ..... No. ...... Issue Date .......
Date of Publication: .......................................... Registration Number: .......
(Month) (Day) (Year)

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account )

Name Marvel Entertainment Group, Inc.
Account Number DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: Carol Platt, Marvel Ent. Group
Address: 387 Park Avenue South
New York     NY     10016
(City)     (State)     (ZIP)

**⑥** Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant     ☒ duly authorized agent of: Marvel Entertainment Group, Inc.
(Name of renewal claimant)
of the work identified in this application. and that the statements made by me in this application are correct to the best of my knowledge
Handwritten signature (X) Carol Platt
Typed or printed name    Carol G. Platt
Date    12/23/91

**⑦** Certification (Application must be signed)

MAIL CERTIFICATE TO

Marvel Entertainment Group, Inc.
(Name)
387 Park Avenue South
(Number Street and Apartment Number)
New York, NY  10016
(City) (State) (ZIP code)

(Certificate will be mailed in window envelope)

**⑧** Address for Return of Certificate

U S GOVERNMENT PRINTING OFFICE 1978-261-822 1C

2021MARVEL-0006330

Larry Lieber

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

**FORM B**

| CLASS | REGISTRATION NO. |
|-------|------------------|
| **B** | B    79623 |
| | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.


ABRAHAM L. KAMINSTEIN

*Register of Copyrights*
*United States of America*


NOT VALID WITHOUT COPYRIGHT OFFICE IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name ...... **ATLAS MAGAZINES, INC.**

Address .... **655 Madison Ave., N.Y.C. 21**

Name

Address

**2. Title:** **JOURNEY INTO MYSTERY**
(Title of periodical)

Vol. ...... **1** ...... No. ...... **101** .. Date on copies ---- **Feb. 1964**

**3. Citizenship of Author:**

Citizenship ...... **USA** ......
(Name of country)
Domiciled in U. S. A.   Yes ☐  No ☐

**4. Publication:**

(a) Date of Publication of This Issue:

.......... **12/2/63**

(b) Place of Publication of This Issue:

.......... **USA**
(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: 

(b) Process Used: 

(c) Country of Manufacture: 

*Complete all applicable spaces on next page*

2021MARVEL-0006331

Larry Lieber

6. **Deposit account:**

------------------------------------------------------------------------

7. **Send correspondence to:**

Name _____    Address _____

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

8. **Send certificate to:**

(Type or print
name and address)

Name _____

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

Address _____
                              (Number and street)

(City)                    (Zone)                    (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1958. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|
| **Application received**<br>DEC 23 1963 | |
| **Two copies received**<br>DEC 23 1963 | |
| **Fee received** | |

2021MARVEL-0006332

# CERTIFICATE OF RENEWAL REGISTRATION



UNITED STATES COPYRIGHT OFFICE · THE LIBRARY OF CONGRESS

**OFFICIAL SEAL**

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

**REGISTER OF COPYRIGHTS**
*United States of America*

## FORM RE
UNITED STATES COPYRIGHT OFFICE

**REGISTRATION NUMBER**

RE  559 336

**EFFECTIVE DATE OF RENEWAL REGISTRATION**

DEC 27 1991
(Month)   (Day)   (Year)

---

DO NOT WRITE ABOVE THIS LINE.   FOR COPYRIGHT OFFICE USE ONLY

**① Renewal Claimant(s)**

RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions)

1  Name **Marvel Entertainment Group, Inc.**
Address **387 Park Avenue South, New York, NY  10016**
Claiming as **Proprietor of copyright in a composite work made for hire**
(Use appropriate statement from instructions)

2  Name
Address
Claiming as
(Use appropriate statement from instructions)

3  Name
Address
Claiming as
(Use appropriate statement from instructions)

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

JOURNEY INTO MYSTERY

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**
Title of periodical or composite work  JOURNEY INTO MYSTERY
If a periodical or other serial give Vol  1   No 102   Issue Date  March 1964

**③ Author(s)**

AUTHOR(S) OF RENEWABLE MATTER:

ATLAS MAGAZINES, INC.

**④ Facts of Original Registration**

ORIGINAL REGISTRATION NUMBER:

B 86117

ORIGINAL COPYRIGHT CLAIMANT:

ATLAS MAGAZINES, INC.

ORIGINAL DATE OF COPYRIGHT:

• If the original registration for this work was made in published form.
give **January 3, 1964**
DATE OF PUBLICATION **(in notice: 1963)**
(Month)   (Day)   (Year)

OR

• If the original registration for this work was made in unpublished form.
give
DATE OF REGISTRATION
(Month)   (Day)   (Year)

2021MARVEL-0006333

| | |
|---|---|
| RE  559 336 | **EXAMINED BY** _KRL_  **CHECKED BY**  **DEPOSIT ACCOUNT FUNDS USED** ☐ | **RENEWAL APPLICATION RECEIVED** DEC. 27. 1991  **REMITTANCE NUMBER AND DATE.** | **FOR COPYRIGHT OFFICE USE ONLY** |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE CON)

**⑤** Renewal for Group of Works

**1**
Title of Contribution: ...................................................
Title of Periodical: ........................ Vol. ...... No. ...... Issue Date
Date of Publication: ...................................................  Registration Number: ...................
(Month)   (Day)   (Year)

**2**
Title of Contribution ...................................................
Title of Periodical: ........................ Vol. ...... No. ...... **Issue Date**
Date of Publication: ...................................................  Registration Number: ...................
(Month)   (Day)   (Year)

**3**
Title of Contribution: ...................................................
Title of Periodical: ........................ Vol. ...... **No.** ...... **Issue Date**
Date of Publication: ...................................................  **Registration Number:** ...................
(Month)   (Day)   (Year)

**4**
Title of Contribution: ...................................................
Title of Periodical: ........................ Vol. ...... No. ...... **Issue Date**
Date of Publication: ...................................................  Registration Number: ...................
(Month)   (Day)   (Year)

**5**
Title of Contribution: ...................................................
Title of Periodical: ........................ **Vol.** ...... No. ...... **Issue Date**
Date of Publication: ...................................................  Registration Number
(Month)   (Day)   (Year)

**6**
Title of Contribution: ...................................................
Title of Periodical: ........................ **Vol.** ...... No.. ...... **Issue Date**
Date of Publication: ...................................................  **Registration Number** ...................
(Month)   (Day)   (Year)

**7**
Title of Contribution: ...................................................
Title of Periodical: ........................ **Vol.** ...... No.. ...... **Issue Date**
Date of Publication: ...................................................  **Registration Number:** ...................
(Month)   (Day)   (Year)

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name Marvel Entertainment Group, Inc.

Account Number  DA-059633 .................

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name Carol Platt, Marvel Ent. Group
Address 387 Park Avenue South
New York    NY    10016
(City)    (State)    (ZIP)

**⑥** Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant    ☒ duly authorized agent of Marvel Entertainment Group, Inc.
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature: (X) _Carol G. Platt_

Typed or printed name    Carol G. Platt

Date  12/23/91

**⑦** Certification (Application must be signed)

**MAIL CERTIFICATE TO**
Marvel Entertainment Group, Inc.
(Name)
387 Park Avenue South
(Number  Street and Apartment Number)
New York, NY  10016
(City)    (State)    (ZIP code)

(Certificate will be mailed in window envelope)

**⑧** Address for Return of Certificate

U S GOVERNMENT PRINTING OFFICE 1978—261-022 1C

2021MARVEL-0006334

Larry Lieber

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

**FORM B**

| CLASS | REGISTRATION NO. |
|---|---|
| **B** | B  86117 |

DO NOT WRITE HERE

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



*Register of Copyrights*
*United States of America*

NOT VALID WITHOUT COPYRIGHT OFFICE IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name ..**ATLAS MAGAZINES, INC.**...................................................

Address **655 Madison Ave., N.Y.C. 10021**................................

Name .................................................................

Address ..............................................................

**2. Title:** **JOURNEY INTO MYSTERY**.............................
                                                    (Title of periodical)

...........................................................................

Vol. ...**1**......... No. .....**102**.... Date on copies ..**Mar. 1964**...................

**3. Citizenship of Author:**

Citizenship **USA**.................................................... Domiciled in U. S. A.   Yes ☐   No ☐
                         (Name of country)

**4. Publication:**

(a) Date of Publication of This Issue:

.............**1/3/64** \*...........................................

(b) Place of Publication of This Issue:

.............**USA**...............................................
                         (Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: ...................................

(b) Process Used: .............................................................

(c) Country of Manufacture: ....................................................

*Complete all applicable spaces on next page*

**6. Deposit account:**

**7. Send correspondence to:**

Name _____

**MAGAZINE MANAGEMENT CO.**

Address __655 MADISON AVENUE__

**NEW YORK 21, N. Y.**

**8. Send certificate to:**

(Type or print
name and address)

Name    **MAGAZINE MANAGEMENT CO.**

Address    **655 MADISON AVENUE**

**NEW YORK 21, N. Y.**

(City)                    (Zone)                    (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or

format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1958. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received<br>JAN 20 1964<br>Two copies received<br>JAN 20 1964<br>Fee received | **\* in notice: 1963** |

U. S. GOVERNMENT PRINTING OFFICE : 1957—O-430703          (Feb. 1958—250,000)                    *Page 4*

2021MARVEL-0006336

Larry Lieber

**FORM RE**

# CERTIFICATE OF RENEWAL REGISTRATION

UNITED STATES COPYRIGHT OFFICE



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

| REGISTRATION NUMBER |
| --- |
| RE    599 637 |

| EFFECTIVE DATE OF RENEWAL REGISTRATION |
| --- |
| DEC 1 5 1992 |
| (Month)    (Day)    (Year) |

**DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY**

---

**①**
**Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

**1**
Name MARVEL ENTERTAINMENT GROUP, INC.
Address 387 Park Avenue South, New York, NY    10016
Claiming as Proprietor of copyright in a composite work made for hire
(Use appropriate statement from instructions)

**2**
Name
Address
Claiming as
(Use appropriate statement from instructions)

**3**
Name
Address
Claiming as
(Use appropriate statement from instructions)

---



054581417

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

JOURNEY INTO MYSTERY

**RENEWABLE MATTER:**
Entire work as originally copyrighted, including all portions thereof

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**
Title of periodical or composite work: JOURNEY INTO MYSTERY
If a periodical or other serial, give: Vol. 1    No. 103    Issue Date APRIL 1964

---

**③**
**Author(s)**

**AUTHOR(S) OF RENEWABLE MATTER:**

ATLAS MAGAZINES, INC.

---

**④**
**Facts of Original Registration**

**ORIGINAL REGISTRATION NUMBER:**
B93257

**ORIGINAL COPYRIGHT CLAIMANT:**
ATLAS MAGAZINES, INC.

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form, give:
DATE OF PUBLICATION: FEBRUARY    4    1964
(Month)    (Day)    (Year)

OR

• If the original registration for this work was made in unpublished form, give:
DATE OF REGISTRATION:
(Month)    (Day)    (Year)

2021MARVEL-0006337

Larry Lieber

RE    599 637

CHECKED BY

CORRESPONDENCE
☐ Yes

DEPOSIT ACCOUNT
FUNDS USED
☐

DEC 15 1992
REMITTANCE NUMBER AND DATE

FOR
COPYRIGHT
OFFICE
USE
ONLY

---

## DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE CON)

**5**

Renewal
for Group
of Works

| | |
|---|---|
| **1** | Title of Contribution<br>Title of Periodical      Vol    No.    Issue Date<br>Date of Publication   (Month)   (Day)   (Year)    Registration Number |
| **2** | Title of Contribution<br>Title of Periodical      Vol    No    Issue Date<br>Date of Publication:   (Month)   (Day)   (Year)    Registration Number |
| **3** | Title of Contribution.<br>Title of Periodical:      Vol.    No    Issue Date<br>Date of Publication:   (Month)   (Day)   (Year)    Registration Number |
| **4** | Title of Contribution.<br>Title of Periodical      Vol.    No    Issue Date<br>Date of Publication   (Month)   (Day)   (Year)    Registration Number |
| **5** | Title of Contribution<br>Title of Periodical      Vol    No    Issue Date<br>Date of Publication:   (Month)   (Day)   (Year)    Registration Number: |
| **6** | Title of Contribution:<br>Title of Periodical:      Vol    No    Issue Date<br>Date of Publication   (Month)   (Day)   (Year)    Registration Number |
| **7** | Title of Contribution:<br>Title of Periodical      Vol    No    Issue Date<br>Date of Publication   (Month)   (Day)   (Year)    Registration Number |

---

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name  Marvel Entertainment Group, INC.
Account Number:  DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: CAROL PLATT, Marvel ent.Group
Address: 387 Park Avenue South
New York    NY     10016
(City)    (State)    (ZIP)

**6**

Fee and
Correspond-
ence

---

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant  ■ duly authorized agent of: Marvel Entertainment Group, INC.
                                                   (Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) ......... *Carol G Platt*
Typed or printed name: .... **Carol G. Platt**
Date: .... **DEC 1 4 1992**

**7**

Certification
(Application
must be
signed)

---

MARVEL ENTERTAINMENT GROUP, INC,
.............................................
(Name)
387 Park Avenue South
.............................................
(Number, Street and Apartment Number)
NEW YORK     NY     10016
(City)     (State)     (ZIP code)

MAIL
CERTIFICATE
TO

(Certificate will
be mailed in
window envelope)

**8**

Address for
Return of
Certificate

---

❋ October 1989—50,000                                     ☆U.S. GOVERNMENT PRINTING OFFICE: 1989—262-306 E

2021MARVEL-0006338

Larry Lieber

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America



| FORM B | |
|---|---|
| CLASS | REGISTRATION NO. |
| **B** | B      **93257** |
| | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Register of Copyrights*
*United States of America*



NOT VALID WITHOUT
COPYRIGHT OFFICE
IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name _____ ATLAS MAGAZINES, INC. _____

Address _____ 655 Madison Ave., N.Y.C. 10021 _____

Name _____

Address _____

**2. Title:** _____ JOURNEY INTO MYSTERY _____
                                                        (Title of periodical)

_____

Vol. _____ **1** _____ No. _____ **103** _____ Date on copies _____ **Apr. 1964** _____

**3. Citizenship of Author:**

Citizenship _____ **USA** _____ Domiciled in U. S. A.    Yes ☐  No ☐
                        (Name of country)

**4. Publication:**

(a) Date of Publication of This Issue:

_____ 2/4/64 _____

(b) Place of Publication of This Issue:

_____ USA _____
                                        (Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: _____

(b) Process Used: _____

(c) Country of Manufacture: _____

*Complete all applicable spaces on next page*

**6. Deposit account:**

**7. Send correspondence to:**

Name _____    Address _____

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

**8. Send certificate to:**

(Type or print name and address)

Name

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
(Number and Street)

(City)          (Zone)          (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|
| **Application received** FEB 13 1964 | |
| **Two copies received** FEB 13 1964 | |
| **Fee received** | |

124243

2021MARVEL-0006340



# FORM RE
UNITED STATES COPYRIGHT OFFICE

# CERTIFICATE OF RENEWAL REGISTRATION



UNITED STATES COPYRIGHT OFFICE

THE LIBRARY OF CONGRESS

OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

| REGISTRATION NUMBER | | |
|---|---|---|
| RE | 599 647 | |

| EFFECTIVE DATE OF RENEWAL REGISTRATION | | |
|---|---|---|
| DEC 1 5 1992 | | |
| (Month) | (Day) | (Year) |

**DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY**

---

**(1) Renewal Claimant(s)**

RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions)

**1**
Name: **Marvel Entertainment Group, Inc.**
Address: **387 Park Avenue South, New York, NY 10016**
Claiming as: **Proprietor of copyright in a composite work made for hire**
(Use appropriate statement from instructions)

**2**
Name
Address
Claiming as
(Use appropriate statement from instructions)

**3**
Name
Address
Claiming as
(Use appropriate statement from instructions)

---

**(2)**

TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:

JOURNEY INTO MYSTERY

RENEWABLE MATTER:

Entire work as originally copyrighted, including all portions thereof.

CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:
Title of periodical or composite work: JOURNEY INTO MYSTERY
If a periodical or other serial, give: Vol. 1    No. 104    Issue Date MAY 1964

---

**(3) Author(s)**

AUTHOR(S) OF RENEWABLE MATTER:

ATLAS MAGAZINES, INC.

---

**(4) Facts of Original Registration**

| ORIGINAL REGISTRATION NUMBER: | ORIGINAL COPYRIGHT CLAIMANT: |
|---|---|
| B 96825 | ATLAS MAGAZINES, INC. |

ORIGINAL DATE OF COPYRIGHT:
• If the original registration for this work was made in published form, give:
DATE OF PUBLICATION: MARCH 3 1964 (Month) (Day) (Year)

OR

• If the original registration for this work was made in unpublished form, give:
DATE OF REGISTRATION (Month) (Day) (Year)

2021MARVEL-0006341

RE    599 647

EXAMINED BY:

CHECKED BY:

DEPOSIT ACCOUNT
FUNDS USED:
☐

RENEWAL APPLICATION RECEIVED

DEC 15 1992

REMITTANCE NUMBER AND DATE.

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE CON)

⑤ Renewal for Group of Works

**1**
Title of Contribution:
Title of Periodical: .................... Vol.......... No........ Issue Date .......
Date of Publication: ......................... Registration Number: ..........
(Month)        (Day)        (Year)

**2**
Title of Contribution:
Title of Periodical: .................... Vol.......... No........ Issue Date .......
Date of Publication: ......................... Registration Number: ..........
(Month)        (Day)        (Year)

**3**
Title of Contribution:
Title of Periodical: .................... **Vol.**..... **No.**....... **Issue Date** ....
Date of Publication: ......................... **Registration Number:** ..........
(Month)        (Day)        (Year)

**4**
Title of Contribution:
Title of Periodical: .................... **Vol.**..... **No.**....... **Issue Date** ....
Date of Publication: ......................... **Registration Number:** ..........
(Month)        (Day)        (Year)

**5**
Title of Contribution:
Title of Periodical: .................... Vol.......... No........ Issue Date .......
Date of Publication: ......................... Registration Number: ..........
(Month)        (Day)        (Year)

**6**
Title of Contribution:
Title of Periodical: .................... Vol.......... No........ Issue Date .......
Date of Publication: ......................... Registration Number: ..........
(Month)        (Day)        (Year)

**7**
Title of Contribution:
Title of Periodical: .................... Vol.......... No........ Issue Date .......
Date of Publication: ......................... Registration Number ..........
(Month)        (Day)        (Year)

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name **Marvel Entertainment Group, Inc.**

Account Number  **DA-059633**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name Carol Platt, Marvel Ent. Group
Address 387 Park Avenue South
New York            NY        10016
(City)              (State)      (ZIP)

⑥ Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)

☐ renewal claimant    ☒ duly authorized agent of: **Marvel Entertainment Group, Inc.**
(Name of renewal claimant)

of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) _Carol Platt_

Typed or printed name    Carol G. Platt

Date  •  DEC 14 1992

⑦ Certification (Application must be signed)

**Marvel Entertainment Group, Inc.**
(Name)

**387 Park Avenue South**
(Number Street and Apartment Number)

**New York, NY  10016**
(City)        (State)      (ZIP code)

**MAIL CERTIFICATE TO**

(Certificate will be mailed in window envelope)

⑧ Address for Return of Certificate

U S GOVERNMENT PRINTING OFFICE 1978—261-022/10

2021MARVEL-0006342

Larry Lieber

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

**FORM B**

| CLASS | REGISTRATION NO. |
|-------|------------------|
| **B** | **B   96825** |
| | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Graham L. Kaminstein*

*Register of Copyrights*
*United States of America*

NOT VALID WITHOUT
COPYRIGHT OFFICE
IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name ____ **ATLAS MAGAZINES, INC.**

Address ____ **655 Madison Ave., N.Y.C. 10021**

Name ____

Address ____

**2. Title:** **JOURNEY INTO MYSTERY**
(Title of periodical)

Vol. ____ **1** ____ No. ____ **104** ____ Date on copies ____ **May 1964**

**3. Citizenship of Author:**

Citizenship ____ **USA**
(Name of country)     Domiciled in U. S. A.     Yes ☐   No ☐

**4. Publication:**

    **(a) Date of Publication of This Issue:**

    **3/3/64**

    **(b) Place of Publication of This Issue:**

    **USA**
(Name of country)

**5. Manufacture Outside United States:**

    **(a) Portion of the Manufacturing Done Abroad:** ____

    **(b) Process Used:** ____

    **(c) Country of Manufacture:** ____

*Complete all applicable spaces on next page*

**6. Deposit account:**

**7. Send correspondence to:**

Name _____    Address _____

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

**8. Send certificate to:**

(Type or print name and address)

Name _____

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

Address _____

(City)          (Zone)          (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received MAR 18 1964 | |
| Two copies received MAR 16 1964 | |
| Fee received | |

124244

2021MARVEL-0006344

# Certificate
## Registration of a Claim to Copyright
### in a periodical manufactured in the United States of America

**FORM B**

| CLASS | REGISTRATION NO. |
|---|---|
| **B** | B   975408 |

DO NOT WRITE HERE



**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*
Register of Copyrights
United States of America

**1. Copyright Claimant(s) and Address(es):**

Name .......... ATLAS MAGAZINES, INC.

Address ......... 655 Madison Ave., N.Y.C. 21

Name ..........

Address ..........

**2. Title:** ... JOURNEY INTO MYSTERY
(Title of periodical)

Vol. .... 1 .... No. ....... 83 .... Date on copies ...... Aug. 1962

**3. Citizenship of Author:**

Citizenship ... USA         Domiciled in U. S. A.   Yes ☐   No ☐
(Name of country)

**4. Publication:**

(a) Date of Publication of This Issue:

.............. 6/5/62

(b) Place of Publication of This Issue:

.............. USA
(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: ..........

(b) Process Used: ..........

(c) Country of Manufacture: ..........

*Complete all applicable spaces on next page*

2021MARVEL-0006345

**6. Deposit account:**

**7. Send correspondence to:**

Name _____

Address ................ MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

**8. Send certificate to:**

(Type or print
name and address)

Name

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

Address

(City)          (Zone)          (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1958. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

> NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received<br>JUN 12 1962 | |
| Two copies received<br>JUN 12 1962 | |
| Fee received | |

U. S. GOVERNMENT PRINTING OFFICE : 1957—O—430703        (Feb. 1958—250,000)        *Page 4*

2021MARVEL-0006346

THOR



DO NOT WRITE ABOVE THIS LINE.   FOR COPYRIGHT OFFICE USE ONLY

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM** (See Instructions)

1   Name   Marvel Entertainment Group, Inc.
   Address   387 Park Avenue South, New York, NY 10016
   Claiming as   Proprietor of copyright in a composite work made for hire

2   Name
   Address
   Claiming as

3   Name
   Address
   Claiming as

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED**

JOURNEY INTO MYSTERY

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including
all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**
JOURNEY INTO MYSTERY

Vol.   No. 83   Issue Date   August 1962

**AUTHOR(S) OF RENEWABLE MATTER:**

Atlas Magazines, Inc.

**ORIGINAL REGISTRATION NUMBER**    **ORIGINAL COPYRIGHT CLAIMANT**

Facts of Original Registration   Atlas Magazines, Inc.

**ORIGINAL DATE OF COPYRIGHT:**

OR

RE 497-753

RENEWAL APPLICATION RECEIVED

EXAMINED BY
CHECKED BY

DEPOSIT ACCOUNT
FUNDS USED

NOV 2 3 1998

REMITTANCE NUMBER AND DATE

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

CONTINUATION OF WORKS BY SAME AUTHOR. To make a single registration for a group of works by the same individual author contributed to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

| | Title of Contribution | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | Title of Periodical | | Vol | No | Issue Date | |
| | Date of Publication | Month | | Year | Registration Number | |
| 2 | Title of Contribution | | | | | | |
| | Title of Periodical | | Vol | No | Issue Date | |
| | Date of Publication | Month | | Year | Registration Number | |
| 3 | Title of Contribution | | | | | | |
| | Title of Periodical | | Vol | No | Issue Date | |
| | Date of Publication | Month | | Year | Registration Number | |
| 4 | Title of Contribution | | | | | | |
| | Title of Periodical | | Vol | No | Issue Date | |
| | Date of Publication | Month | | Year | Registration Number | |
| 5 | Title of Contribution | | | | | | |
| | Title of Periodical | | Vol | No | Issue Date | |
| | Date of Publication | Month | | Year | Registration Number | |
| 6 | Title of Contribution | | | | | | |
| | Title of Periodical | | Vol | No | Issue Date | |
| | Date of Publication | Month | | Year | Registration Number | |
| 7 | Title of Contribution | | | | | | |
| | Title of Periodical | | Vol | No | Issue Date | |
| | Date of Publication | Month | | Year | Registration Number | |

DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name    Marvel Entertainment Group, Inc.

Account Number    DA-059633

CORRESPONDENCE Give name and address to which correspondence about this application should be sent.

Name    Charles R. Brainard

Address    Kenyon & Kenyon, One Broadway
New York, New York  10004

CERTIFICATION. I, the undersigned, hereby certify that I am the: (check one)

☐ renewal claimant    ☐ duly authorized agent of    Marvel Entertainment Group, Inc.

of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)    Lisa Massaro

Date  11/19/98

Charles R. Brainard

Kenyon & Kenyon, One Broadway

New York, New York  10004

MAIL
CERTIFICATE
TO

(Certificate will
be mailed in
window envelope)



DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY

**RENEWAL CLAIMANT(S). ADDRESS(ES). AND STATEMENT OF CLAIM:** (See Instructions)

1    Name    Marvel Entertainment Group, Inc.
     Address    387 Park Avenue South, New York, NY 10016
     Claiming as    Proprietor of copyright in a composite work made for hire
                    (Use appropriate statement from instructions)

2    Name ..................................................
     Address ..................................................
     Claiming as ..................................................
                    (Use appropriate statement from instructions)

3    Name ..................................................
     Address ..................................................
     Claiming as ..................................................
                    (Use appropriate statement from instructions)

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

JOURNEY INTO MYSTERY

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including
all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**
Title of periodical or composite work:    JOURNEY INTO MYSTERY
If a periodical or other serial, give: Vol. ....1....    No. ....83....    Issue Date    August 1962

**AUTHOR(S) OF RENEWABLE MATTER:**

Atlas Magazines, Inc.

**ORIGINAL REGISTRATION NUMBER:**    **ORIGINAL COPYRIGHT CLAIMANT:**

B 975408    Atlas Magazines, Inc.

**ORIGINAL DATE OF COPYRIGHT:**

2021MARVEL-0006349

RE __ 497-758

RENEWAL APPLICATION RECEIVED:
NOV 20 1990

REMITTANCE NUMBER AND DATE

FOR COPYRIGHT OFFICE USE ONLY

DEPOSIT ACCOUNT FUNDS USED: ☑

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR: To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

| | | | | | |
|---|---|---|---|---|---|
| 1 | Title of Contribution: | | Vol. | No. | Issue Date |
| | Title of Periodical: | | Registration Number | | |
| | Date of Publication | Month  Day  Year | | | |
| 2 | Title of Contribution: | | Vol. | No. | Issue Date |
| | Title of Periodical: | | Registration Number | | |
| | Date of Publication | Month  Day  Year | | | |
| 3 | Title of Contribution: | | Vol. | No. | Issue Date |
| | Title of Periodical: | | Registration Number | | |
| | Date of Publication | Month  Day  Year | | | |
| 4 | Title of Contribution: | | Vol. | No. | Issue Date |
| | Title of Periodical: | | Registration Number | | |
| | Date of Publication | Month  Day  Year | | | |
| 5 | Title of Contribution: | | Vol. | No. | Issue Date |
| | Title of Periodical: | | Registration Number | | |
| | Date of Publication | Month  Day  Year | | | |
| 6 | Title of Contribution: | | Vol. | No. | Issue Date |
| | Title of Periodical: | | Registration Number | | |
| | Date of Publication | Month  Day  Year | | | |
| 7 | Title of Contribution: | | Vol. | No. | Issue Date |
| | Title of Periodical: | | Registration Number | | |
| | Date of Publication | Month  Day  Year | | | |

Renewal for Group of Works ⑤

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: Marvel Entertainment Group, Inc.

Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: Charles R. Brainard
Address: Kenyon & Kenyon, One Broadway
New York, New York  10004

Fee and Correspondence ⑥

**CERTIFICATION:** I, the undersigned, hereby certify that I am the (Check one)
☐ renewal claimant;  ☒ duly authorized agent of ... Marvel Entertainment Group, Inc.

of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X): *Lisa Massaro*
Lisa Massaro

Date 11/19/90

Certification (Application must be signed) ⑦

Charles R. Brainard
Kenyon & Kenyon, One Broadway
New York, New York  10004

MAIL CERTIFICATE TO

(Certificate will be mailed in window envelope)

Address for Return of Certificate ⑧

U.S. GOVERNMENT PRINTING OFFICE: 1978—261-027/18

Apr. 1978—500,000

2021MARVEL-0006350

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

**FORM B**

| CLASS | REGISTRATION NO. |
|-------|------------------|
| **B** | B    975408 |

DO NOT WRITE HERE

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Graham L. Kaminstein*

*Register of Copyrights*
*United States of America*



**1. Copyright Claimant(s) and Address(es):**

Name --------- ATLAS MAGAZINES, INC. ---------------------------------------------------

Address ------- 655 Madison Ave., N.Y.C. 21 ------------------------------------------

Name ----------------------------------------------------------------------------------

Address --------------------------------------------------------------------------------

**2. Title:** ---- JOURNEY INTO MYSTERY --------------------------------------------
(Title of periodical)

--------------------------------------------------------------------------------------

Vol. --------- 1 ---- No. ------- 83 ---- Date on copies ---- Aug. 1962 ------------

**3. Citizenship of Author:**

Citizenship --- USA ---------------------------------------------------  Domiciled in U. S. A.   Yes ☐  No ☐
(Name of country)

**4. Publication:**

   **(a) Date of Publication of This Issue:**

   ------------- 6/5/62 --------------------------------------------------------------

   **(b) Place of Publication of This Issue:**

   ------------- USA -----------------------------------------------------------------
(Name of country)

**5. Manufacture Outside United States:**

   **(a) Portion of the Manufacturing Done Abroad:** ----------------------------------

   **(b) Process Used:** ---------------------------------------------------------------

   **(c) Country of Manufacture:** -----------------------------------------------------

*Complete all applicable spaces on next page*

2021MARVEL-0006351

Larry Lieber

**6. Deposit account:**

**7. Send correspondence to:**

Name ................................................    Address ........

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

**8. Send certificate to:**

(Type or print
name and address)

Name    MAGAZINE MANAGEMENT CO.

Address    655 MADISON AVENUE

NEW YORK 21, N. Y.

(City)    (Zone)    (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1958. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

FOR COPYRIGHT OFFICE USE ONLY

Application received
JUN 12 1962

Two copies received
JUN 12 1962

Fee received

124349

2021MARVEL-0006352



DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY

**① RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

Renewal
Claimant(s)

Marvel Entertainment Group, Inc.

67 Park Avenue South, New York, NY 10016

Proprietor of copyright in a composite work made for hire

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

JOURNEY INTO MYSTERY

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including
all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

JOURNEY INTO MYSTERY

Vol. 1 ......... No. 84 ......... September 1962

**② AUTHOR(S) OF RENEWABLE MATTER:**

Atlas Magazines, Inc.

**③ ORIGINAL REGISTRATION NUMBER:** | **ORIGINAL COPYRIGHT CLAIMANT:**

B 482915 | Atlas Magazines, Inc.

**④ ORIGINAL DATE OF COPYRIGHT:**

2021MARVEL-0006353



RE          497-797

NOV 28 1990

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**5**

**6**
CORRESPONDENCE
Charles R. Brainard
Kenyon & Kenyon, One Broadway
New York, New York 10004

Marvel Entertainment Group, Inc.
DA-0594

**7**
Marvel Entertainment Group, Inc.

Lisa Massaro

11/19/90

**8**
MAIL CERTIFICATE TO

Charles R. Brainard
Kenyon & Kenyon, One Broadway
New York, New York 10004

(Certificate will be mailed in window envelope)

2021MARVEL-0006320

Larry Lieber

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

**FORM B**

| CLASS | REGISTRATION NO. |
|-------|------------------|
| **B** | B  982810 |

DO NOT WRITE HERE



*NOT VALID WITHOUT COPYRIGHT OFFICE IMPRESSION SEAL*

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Register of Copyrights*
*United States of America*

**1. Copyright Claimant(s) and Address(es):**

Name ... **ATLAS MAGAZINES, INC.**

Address **655 Madison Ave., N.Y.C. 21**

Name .......................................................

Address .......................................................

**2. Title:** **JOURNEY INTO MYSTERY**

(Title of periodical)

Vol. **1** No. **84** Date on copies **September 1962**

**3. Citizenship of Author:**

Citizenship **USA**

(Name of country)

Domiciled in U. S. A.  Yes ☐  No ☐

**4. Publication:**

(a) **Date of Publication of This Issue:**

**7/3/62**

(b) **Place of Publication of This Issue:**

**USA**

(Name of country)

**5. Manufacture Outside United States:**

(a) **Portion of the Manufacturing Done Abroad:** ...................

(b) **Process Used:** ...................

(c) **Country of Manufacture:** ...................

*Complete all applicable spaces on next page*

2021MARVEL-0006355

**6. Deposit account:**

**7. Send correspondence to:**

Name _____    Address _____

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

**8. Send certificate to:**

(Type or print     Name _____
name and address)

Address _____

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

(City)         (Zone)         (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or

format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice.* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1958. Use of the symbol ℗ may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received<br>JUL 16 1962 | |
| Two copies received<br>JUL 16 1962 | |
| Fee received | |

124359

2021MARVEL-0006356

FORM

UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

RE    497 996

EFFECTIVE DATE OF RENEWAL REGISTRATION

NOV. 2 0

DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY

**1**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM** (See Instructions)

Name    Marvel Entertainment Group, Inc.
Address    387 Park Avenue South, New York, NY 10016
Claiming as    Proprietor of copyright in a composite work made for hire

2    Name
Address
Claiming as

3    Name
Address
Claiming as

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

JOURNEY INTO MYSTERY

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

JOURNEY INTO MYSTERY    Vol.    1    No.    85    October 1962

**3**

**AUTHOR(S) OF RENEWABLE MATTER:**

Atlas Magazines, Inc.

**4**

Facts of Original Registration

| ORIGINAL REGISTRATION NUMBER | ORIGINAL COPYRIGHT CLAIMANT |
|---|---|
| B 468413 | Atlas Magazines, Inc. |

**ORIGINAL DATE OF COPYRIGHT**

August 2, 1962    OR

2021MARVEL-0006357

RE'     497-996

EXAMINED BY
CHECKED BY

DEPOSIT ACCOUNT
FUNDS USED ☑

RENEWAL APPLICATION RECEIVED
NOV 20 1990

REMITTANCE NUMBER AND DATE

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR: To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

| | | | |
|---|---|---|---|
| 1 | Title of Contribution | | |
| | Title of Periodical | Vol. | No. | Issue Date |
| | Date of Publication (Month) (Day) (Year) | Registration Number | | |

| 2 | Title of Contribution | | |
| | Title of Periodical | Vol. | No. | Issue Date |
| | Date of Publication (Month) (Day) (Year) | Registration Number | | |

| 3 | Title of Contribution | | |
| | Title of Periodical | Vol. | No. | Issue Date |
| | Date of Publication (Month) (Day) (Year) | Registration Number | | |

| 4 | Title of Contribution | | |
| | Title of Periodical | Vol. | No. | Issue Date |
| | Date of Publication (Month) (Day) (Year) | Registration Number | | |

| 5 | Title of Contribution | | |
| | Title of Periodical | Vol. | No. | Issue Date |
| | Date of Publication (Month) (Day) (Year) | Registration Number | | |

| 6 | Title of Contribution | | |
| | Title of Periodical | Vol. | No. | Issue Date |
| | Date of Publication (Month) (Day) (Year) | Registration Number | | |

| 7 | Title of Contribution | | |
| | Title of Periodical | Vol. | No. | Issue Date |
| | Date of Publication (Month) (Day) (Year) | Registration Number | | |

**DEPOSIT ACCOUNT:** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name: Marvel Entertainment Group, Inc.

Account Number: DA-059633

**CORRESPONDENCE:** Give name and address to which correspondence about this application should be sent.

Name: Charles R. Brainard

Address: Kenyon & Kenyon, One Broadway

New York, New York  10004

**CERTIFICATION** I, the undersigned, hereby certify that I am the (Check one)

☐ renewal claimant   ☒ duly authorized agent of   Marvel Entertainment Group, Inc.

of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name   Lisa Massaro

Date  11/19/90

MAIL
CERTIFICATE
TO

Charles R. Brainard
Kenyon & Kenyon, One Broadway
New York, New York  10004

(Certificate will be mailed in window envelope)

7

Larry Lieber

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America



| FORM B | | |
|---|---|---|
| CLASS | REGISTRATION NO. | |
| **B** | B | **988515** |
| | DO NOT WRITE HERE | |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

Register of Copyrights
United States of America



NOT VALID WITHOUT COPYRIGHT OFFICE IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name ........ **ATLAS MAGAZINES, INC.** ................................................

Address ...... **655 Madison Ave., N.Y.C. 21** ................................

Name ...............................................................................

Address ..........................................................................

**2. Title:** ... **JOURNEY INTO MYSTERY** ............................................
(Title of periodical)

--------------------------------------------------------------------

Vol. ...... **1** ...... No. ..... **85** ...... Date on copies ....... **Oct. 1962** ...............

**3. Citizenship of Author:**

Citizenship ...... **USA** ...............................................    Domiciled in U. S. A.    Yes ☐    No ☐
(Name of country)

**4. Publication:**

(a) Date of Publication of This Issue:

........ **8/2/62** ................................................................

(b) Place of Publication of This Issue:

........ **USA** .................................................................
(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: .................................

(b) Process Used: ............................................................

(c) Country of Manufacture: .................................................

*Complete all applicable spaces on next page*



2021MARVEL-0006359

**6. Deposit account:**

**7. Send correspondence to:**

Name ................................................     Address ...........     **MAGAZINE MANAGEMENT CO.**
655 MADISON AVENUE
NEW YORK 21, N. Y.

**8. Send certificate to:**

(Type or print
name and address)

Name     **MAGAZINE MANAGEMENT CO.**

Address     **655 MADISON AVENUE**

**NEW YORK 21, N. Y.**

(City)                    (Zone)                    (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1958. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
| --- | --- |
| Application received<br>AUG 20 1952 | |
| Two copies received<br>AUG 20 1962 | |
| Fee received | |

Larry Lieber

# CERTIFICATE OF RENEWAL REGISTRATION



OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

*[signature]*

REGISTER OF COPYRIGHTS
*United States of America*

## FORM RE
UNITED STATES COPYRIGHT OFFICE



REGISTRATION NUMBER

RE . 559 172

EFFECTIVE DATE OF RENEWAL REGISTRATION
DEC 27 1991
(Month)  (Day)  (Year)

---

DO NOT WRITE ABOVE THIS LINE.   FOR COPYRIGHT OFFICE USE ONLY

**① Renewal Claimant(s)**

**1**
Name **Marvel Entertainment Group, Inc.**
Address **387 Park Avenue South, New York, NY 10016**
Claiming as **Proprietor of copyright in a composite work made for hire**
(Use appropriate statement from instructions)

**2**
Name ................
Address ................
Claiming as ................
(Use appropriate statement from instructions)

**3**
Name ................
Address ................
Claiming as ................
(Use appropriate statement from instructions)

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**
JOURNEY INTO MYSTERY

**RENEWABLE MATTER:**
Entire work as originally copyrighted, including all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**
Title of periodical or composite work  JOURNEY INTO MYSTERY
If a periodical or other serial, give  Vol **1**  No  **91**  Issue Date  **April  1963**

**③ Author(s)**

**AUTHOR(S) OF RENEWABLE MATTER:**
ATLAS MAGAZINES, INC.

**④ Facts of Original Registration**

**ORIGINAL REGISTRATION NUMBER:**
B 23462

**ORIGINAL COPYRIGHT CLAIMANT:**
ATLAS MAGAZINES, INC.

**ORIGINAL DATE OF COPYRIGHT:**
• If the original registration for this work was made in published form, give
DATE OF PUBLICATION  **February 5, 1963**
(Month)  (Day)  (Year)

OR

• If the original registration for this work was made in unpublished form, give
DATE OF REGISTRATION
(Month)  (Day)  (Year)

2021MARVEL-0006361

RE    559 172

| EXAMINED BY | *RB* | RENEWAL APPLICATION RECEIVED | FOR COPYRIGHT OFFICE USE ONLY |
| CHECKED BY | | DEC. 27. 1991 | |
| DEPOSIT ACCOUNT FUNDS USED ☐ | | REMITTANCE NUMBER AND DATE | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE. CON).

**5** Renewal for Group of Works

**1**
Title of Contribution: ............................................................
Title of Periodical: .................................... Vol. ...... No. ...... Issue Date ..........
Date of Publication: ......................................... Registration Number ..........................
(Month)    (Day)    (Year)

**2**
Title of Contribution: ............................................................
Title of Periodical: .................................... Vol. ...... No. ...... Issue Date ..........
Date of Publication: ......................................... Registration Number ..........................
(Month)    (Day)    (Year)

**3**
Title of Contribution: ............................................................
Title of Periodical: .................................... Vol. ...... No. ...... Issue Date ..........
Date of Publication: ......................................... Registration Number ..........................
(Month)    (Day)    (Year)

**4**
Title of Contribution: ............................................................
Title of Periodical: .................................... Vol. ...... No. ...... Issue Date ..........
Date of Publication: ......................................... Registration Number ..........................
(Month)    (Day)    (Year)

**5**
Title of Contribution: ............................................................
Title of Periodical: .................................... Vol. ...... No. ...... Issue Date ..........
Date of Publication: ......................................... Registration Number ..........................
(Month)    (Day)    (Year)

**6**
Title of Contribution: ............................................................
Title of Periodical: .................................... Vol. ...... No. ...... Issue Date ..........
Date of Publication: ......................................... Registration Number ..........................
(Month)    (Day)    (Year)

**7**
Title of Contribution: ............................................................
Title of Periodical: .................................... Vol. ...... No. ...... Issue Date ..........
Date of Publication: ......................................... Registration Number ..........................
(Month)    (Day)    (Year)

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name **Marvel Entertainment Group, Inc.**

Account Number **DA-059633**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name **Carol Platt, Marvel Ent. Group**
Address **387 Park Avenue South**
**New York      NY      10016**
(City)    (State)    (ZIP)

**6** Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant    ☒ duly authorized agent of **Marvel Entertainment Group, Inc.**
(Name of renewal claimant)

of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) *Carol G. Platt*

Typed or printed name    **Carol G. Platt**

Date **12/23/91**

**7** Certification (Application must be signed)

**MAIL CERTIFICATE TO**

**Marvel Entertainment Group, Inc.**
(Name)
**387 Park Avenue South**
(Number Street and Apartment Number)
**New York, NY  10016**
(City)    (State)    (ZIP code)

(Certificate will be mailed in window envelope)

**8** Address for Return of Certificate

U.S. GOVERNMENT PRINTING OFFICE 1978—261-072 1C

2021MARVEL-0006362

Larry Lieber

Page 3

# Certificate
## Registration of a Claim to Copyright
### in a periodical manufactured in the United States of America

**FORM B**

| CLASS | REGISTRATION NO. |
|---|---|
| **B** B | 23462 |
| | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*
Register of Copyrights
United States of America

**1. Copyright Claimant(s) and Address(es):**



Name ..... **ATLAS MAGAZINES, INC.**

Address ... **655 Madison Ave., N.Y.C. 21**

Name ..........................................................

Address .......................................................

**2. Title:** ... **JOURNEY INTO MYSTERY**
(Title of periodical)

Vol. .... **1** .... No. .... **21** .... Date on copies ..... **April 1963**

**3. Citizenship of Author:**

Citizenship .... **USA** ......................................... Domiciled in U. S. A.   Yes ☐   No ☐
(Name of country)

**4. Publication:**

(a) Date of Publication of This Issue:

**2/5/63**

(b) Place of Publication of This Issue:

**USA**
(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: ..........................

(b) Process Used: ....................................................

(c) Country of Manufacture: .........................................

*Complete all applicable spaces on next page*

2021MARVEL-0006363

Larry Lieber

**6. Deposit account:**

**7. Send correspondence to:**

Name ................................................    Address ........

**MAGAZINE MANAGEMENT CO.**
**655 MADISON AVENUE**
**NEW YORK 21, N. Y.**

**8. Send certificate to:**

(Type or print
name and address)

Name ...........................

~~MAGAZINE MANAGEMENT CO.~~
~~655 MADISON AVENUE~~
~~NEW YORK 21, N. Y.~~

Address ...........................

(City)                (Zone)                (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1958. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received **FEB 19 1963** | |
| Two copies received **FEB 19 1963** | |
| Fee received | |

U. S. GOVERNMENT PRINTING OFFICE : 1957—O—430703                (Feb. 1958—250,000)                *Page 4*

124231
2021MARVEL-0006364

# CERTIFICATE OF RENEWAL REGISTRATION



UNITED STATES COPYRIGHT OFFICE

THE LIBRARY OF CONGRESS

OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

**REGISTER OF COPYRIGHTS**
*United States of America*

## FORM RE
**UNITED STATES COPYRIGHT OFFICE**

**REGISTRATION NUMBER**

RE . 559 178

**EFFECTIVE DATE OF RENEWAL REGISTRATION**

DEC 27 1991

---

**DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY**

| | | |
|---|---|---|
| **(1)** Renewal Claimant(s) | | **RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions) |
| | 1 | Name **Marvel Entertainment Group, Inc.** <br> Address **387 Park Avenue South, New York, NY 10016** <br> Claiming as **Proprietor of copyright in a composite work made for hire** (Use appropriate statement from instructions) |
| | 2 | Name .......... <br> Address .......... <br> Claiming as .......... (Use appropriate statement from instructions) |
| | 3 | Name .......... <br> Address .......... <br> Claiming as .......... (Use appropriate statement from instructions) |

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

JOURNEY INTO MYSTERY

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work  JOURNEY INTO MYSTERY

If a periodical or other serial, give  Vol  1  No  92  Issue Date  MAY 1963

| | |
|---|---|
| **(3)** Author(s) | **AUTHOR(S) OF RENEWABLE MATTER:** <br><br> ATLAS MAGAZINES, INC. |

| | |
|---|---|
| **(4)** Facts of Original Registration | **ORIGINAL REGISTRATION NUMBER:** B 28145     **ORIGINAL COPYRIGHT CLAIMANT:** ATLAS MAGAZINES, INC. |

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form, give

DATE OF PUBLICATION  March 5, 1963  (Month) (Day) (Year)

OR

• If the original registration for this work was made in unpublished form, give

DATE OF REGISTRATION  (Month) (Day) (Year)

2021MARVEL-0006365

| RE . 559 178 | EXAMINED BY | RENEWAL APPLICATION RECEIVED | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|
| | CHECKED BY: | DEC. 27. 1991 | |
| | DEPOSIT ACCOUNT FUNDS USED ☐ | REMITTANCE NUMBER AND DATE | |

---

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE. CON)

**⑤ Renewal for Group of Works**

**1**
Title of Contribution: ......................................................
Title of Periodical: .................................. Vol......... No........ Issue Date ...............
Date of Publication: __(Month)__ __(Day)__ __(Year)__ Registration Number: ............

**2**
Title of Contribution: ......................................................
Title of Periodical: .................................. Vol......... No........ Issue Date ...............
Date of Publication: __(Month)__ __(Day)__ __(Year)__ Registration Number: ............

**3**
Title of Contribution: ......................................................
Title of Periodical: .................................. Vol......... No........ Issue Date ...............
Date of Publication: __(Month)__ __(Day)__ __(Year)__ Registration Number: ............

**4**
Title of Contribution: ......................................................
Title of Periodical: .................................. Vol......... No........ Issue Date ...............
Date of Publication: __(Month)__ __(Day)__ __(Year)__ Registration Number: ............

**5**
Title of Contribution: ......................................................
Title of Periodical: .................................. Vol......... No........ Issue Date ...............
Date of Publication: __(Month)__ __(Day)__ __(Year)__ Registration Number: ............

**6**
Title of Contribution: ......................................................
Title of Periodical: .................................. Vol......... No........ Issue Date ...............
Date of Publication: __(Month)__ __(Day)__ __(Year)__ Registration Number: ............

**7**
Title of Contribution: ......................................................
Title of Periodical: .................................. Vol......... No........ Issue Date ...............
Date of Publication: __(Month)__ __(Day)__ __(Year)__ Registration Number: ............

---

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name **Marvel Entertainment Group, Inc.**
Account Number: **DA-059633**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: **Carol Platt, Marvel Ent. Group**
Address **387 Park Avenue South**
**New York        NY        10016**
(City)        (State)        (ZIP)

**⑥ Fee and Correspondence**

---

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant   ☒ duly authorized agent of: **Marvel Entertainment Group, Inc.**
(Name of renewal claimant)
of the work identified in this application. and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature (X) _Carol G. Platt_

Typed or printed name   **Carol G. Platt**

Date   **12/23/91**

**⑦ Certification (Application must be signed)**

---

**Marvel Entertainment Group, Inc.**
(Name)
**387 Park Avenue South**
(Number Street and Apartment Number)
**New York, NY  10016**
(City)        (State)        (ZIP code)

**MAIL CERTIFICATE TO**

(Certificate will be mailed in window envelope)

**⑧ Address for Return of Certificate**

---

U.S. GOVERNMENT PRINTING OFFICE 1978—261-022 1C

2021MARVEL-0006366

2021MARVEL-0006367

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

**FORM B**



| CLASS | REGISTRATION NO. |
|---|---|
| **B** B | **28145** |
| | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Shuham L. Leminstein*
Register of Copyrights
United States of America



**1. Copyright Claimant(s) and Address(es):**

Name --- **ATLAS MAGAZINES, INC.** -------------------------------

Address - **655 Madison Ave., N.Y.C. 21** ------------------------

Name ---------------------------------------------------------------

Address ------------------------------------------------------------

**2. Title:** --**JOURNEY INTO MYSTERY**----------------------------
(Title of periodical)

--------------------------------------------------------------------

Vol. ----**1**------ No. ----**92**----- Date on copies ------**May 1963**------------

**3. Citizenship of Author:**

Citizenship --**USA**------------------------------------ Domiciled in U. S. A.   Yes ☐   No ☐
(Name of country)

**4. Publication:**

   *(a)* **Date of Publication of This Issue:**

     **3/5/63**

   *(b)* **Place of Publication of This Issue:**

     **USA**
               (Name of country)

**5. Manufacture Outside United States:**

   *(a)* **Portion of the Manufacturing Done Abroad:** -----------------

   *(b)* **Process Used:** -------------------------------------------

   *(c)* **Country of Manufacture:** ---------------------------------

*Complete all applicable spaces on next page*

**6. Deposit account:**

**7. Send correspondence to:**

Name _____    Address

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

**8. Send certificate to:**

(Type or print
name and address)

Name _____

Address _____

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

(Number and street)

    (City)        (Zone)        (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice.* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1958. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

---

**NOTE:** It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

---

FOR COPYRIGHT OFFICE USE ONLY

Application received

MAR 19 1963

Two copies received

MAR 19 1963

Fee received

124232

2021MARVEL-0006368

# CERTIFICATE OF RENEWAL REGISTRATION

**FORM RE**

UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

REGISTRATION NUMBER

RE 559 185

EFFECTIVE DATE OF RENEWAL REGISTRATION
DEC 2 7 1991
(Month)      (Day)      (Year)

---

**DO NOT WRITE ABOVE THIS LINE.   FOR COPYRIGHT OFFICE USE ONLY**

| ① Renewal Claimant(s) | | |
|---|---|---|
| | **RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions) | |
| 1 | Name  Marvel Entertainment Group, Inc. | |
| | Address  387 Park Avenue South, New York, NY  10016 | |
| | Claiming as  Proprietor of copyright in a composite work made for hire. | |
| | (Use appropriate statement from instructions) | |
| 2 | Name | |
| | Address | |
| | Claiming as  (Use appropriate statement from instructions) | |
| 3 | Name | |
| | Address | |
| | Claiming as  (Use appropriate statement from instructions) | |

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

JOURNEY INTO MYSTERY

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

0472I4438

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work:  JOURNEY INTO MYSTERY

If a periodical or other serial give: Vol.  1  No.  93  Issue Date  June 1963

| ③ Author(s) | **AUTHOR(S) OF RENEWABLE MATTER:** |
|---|---|
| | ATLAS MAGAZINES, INC. |

| ④ Facts of Original Registration | **ORIGINAL REGISTRATION NUMBER:** | **ORIGINAL COPYRIGHT CLAIMANT:** |
|---|---|---|
| | B 32696 | ATLAS MAGAZINES, INC. |

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form, give   DATE OF PUBLICATION  April 2, 1963  (Month) (Day) (Year)   OR   • If the original registration for this work was made in unpublished form, give   DATE OF REGISTRATION  (Month) (Day) (Year)

2021MARVEL-0006369

| RE    559 185 | EXAMINED BY | RENEWAL APPLICATION RECEIVED: | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|
| | CHECKED BY | DEC. 27. 1991 | |
| | DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE: | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE CON)

**5**
Renewal for Group of Works

**1**
Title of Contribution: ...............................................................
Title of Periodical: .................. Vol........ No........ Issue Date ......
Date of Publication: (Month) (Day) (Year)   Registration Number: .........

**2**
Title of Contribution: ...............................................................
Title of Periodical: .................. Vol........ No........ Issue Date ......
Date of Publication: (Month) (Day) (Year)   Registration Number: .........

**3**
Title of Contribution: ...............................................................
Title of Periodical: .................. Vol........ No........ Issue Date ......
Date of Publication: (Month) (Day) (Year)   Registration Number: .........

**4**
Title of Contribution: ...............................................................
Title of Periodical: .................. Vol........ No........ Issue Date ......
Date of Publication: (Month) (Day) (Year)   Registration Number: .........

**5**
Title of Contribution: ...............................................................
Title of Periodical: .................. Vol........ No........ Issue Date ......
Date of Publication: (Month) (Day) (Year)   Registration Number: .........

**6**
Title of Contribution: ...............................................................
Title of Periodical: .................. Vol........ No........ Issue Date ......
Date of Publication: (Month) (Day) (Year)   Registration Number: .........

**7**
Title of Contribution: ...............................................................
Title of Periodical: .................. Vol........ No........ Issue Date ......
Date of Publication: (Month) (Day) (Year)   Registration Number: .........

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name Marvel Entertainment Group, Inc.

Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: Carol Platt, Marvel Ent. Group
Address: 387 Park Avenue South
New York    NY    10016
(City)    (State)    (ZIP)

**6**
Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant   ☒ duly authorized agent of: Marvel Entertainment Group, Inc.
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature (X)   *Carol G. Platt*

Typed or printed name   Carol G. Platt    Date   12/23/91

**7**
Certification (Application must be signed)

MAIL CERTIFICATE TO

Marvel Entertainment Group, Inc.
(Name)
387 Park Avenue South
(Number Street and Apartment Number)
New York, NY  10016
(City)    (State)    (ZIP code)

(Certificate will be mailed in window envelope)

**8**
Address for Return of Certificate

U S GOVERNMENT PRINTING OFFICE 1978—261-022 1C

2021MARVEL-0006370

Larry Lieber

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

| CLASS | REGISTRATION NO. |
| --- | --- |
| **B** | B   32696 |
| | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



ABRAHAM L. KAMINSTEIN
*Register of Copyrights*
*United States of America*

NOT VALID WITHOUT COPYRIGHT OFFICE IMPRESSION SEAL

**1. Copyright Claimant(s) and Addresses(es):**

Name ......... ATLAS MAGAZINES, INC.

Address ......... 655 Madison Ave., N.Y.C. 21,

Name ............................................................................

Address ............................................................................

**2. Title:** ..... JOURNEY INTO MYSTERY

(Title of periodical)

Vol. ......... 1 ... No. ......... 93 ... Date on copies ......... June 1963

**3. Citizenship of Author:**

Citizenship ..... USA

(Name of country)

Domiciled in U. S. A.   Yes ☐   No ☐

**4. Publication:**

   **(a) Date of Publication of This Issue:**

   ......... 4/2/63

   **(b) Place of Publication of This Issue:**

   ......... USA

(Name of country)

**5. Manufacture Outside United States:**

   **(a) Portion of the Manufacturing Done Abroad:** .........

   **(b) Process Used:** .........

   **(c) Country of Manufacture:** .........

*Complete all applicable spaces on next page*

2021MARVEL-0006371

**6. Deposit account:**

**7. Send correspondence to:**

Name _____  Address _____

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

**8. Send certificate to:**

(Type or print
name and address)

Name _____

Address _____

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

(City)        (Zone)        (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or

format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1958. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received<br>APR 18 1963 | |
| Two copies received<br>APR 18 1963 | |
| Fee received | |

124253

2021MARVEL-0006372

# CERTIFICATE OF RENEWAL REGISTRATION



UNITED STATES COPYRIGHT OFFICE · THE LIBRARY OF CONGRESS

**OFFICIAL SEAL**

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

*[signature]*

**REGISTER OF COPYRIGHTS**
*United States of America*

# FORM RE
**UNITED STATES COPYRIGHT OFFICE**

**REGISTRATION NUMBER**

RE   559 200

**EFFECTIVE DATE OF RENEWAL REGISTRATION**

DEC 27 1991
(Month)   (Day)   (Year)

---

**DO NOT WRITE ABOVE THIS LINE.   FOR COPYRIGHT OFFICE USE ONLY**

**① Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

**1**
Name  **Marvel Entertainment Group, Inc.**
Address  **387 Park Avenue South, New York, NY  10016**
Claiming as  **Proprietor of copyright in a composite work made for hire**
(Use appropriate statement from instructions)

**2**
Name
Address
Claiming as
(Use appropriate statement from instructions)

**3**
Name
Address
Claiming as
(Use appropriate statement from instructions)

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

JOURNEY INTO MYSTERY

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

*04721453*

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**
Title of periodical or composite work  JOURNEY INTO MYSTERY
If a periodical or other serial give  Vol  1   No.  94   Issue Date  JULY 1963

**③ Author(s)**

**AUTHOR(S) OF RENEWABLE MATTER:**

ATLAS MAGAZINES, INC.

**④ Facts of Original Registration**

**ORIGINAL REGISTRATION NUMBER:**
B 38263

**ORIGINAL COPYRIGHT CLAIMANT:**
ATLAS MAGAZINES, INC.

**ORIGINAL DATE OF COPYRIGHT:**
• If the original registration for this work was made in published form, give
DATE OF PUBLICATION   May 2, 1963
(Month)   (Day)   (Year)

OR

• If the original registration for this work was made in unpublished form, give
DATE OF REGISTRATION
(Month)   (Day)   (Year)

2021MARVEL-0006373

| EXAMINED BY | RENEWAL APPLICATION RECEIVED: | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|
| CHECKED BY: | DEC. 27. 1991 | |
| DEPOSIT ACCOUNT FUNDS USED ☐ | REMITTANCE NUMBER AND DATE: | |

RE    559 200

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE CON)

**⑤ Renewal for Group of Works**

**1**
Title of Contribution: ........................................................
Title of Periodical: ........................ Vol ...... No ..... Issue Date ..............
Date of Publication: ........................ Registration Number: ..............
(Month)       (Day)       (Year)

**2**
Title of Contribution: ........................................................
Title of Periodical: ........................ Vol ...... No ..... Issue Date ..............
Date of Publication: ........................ Registration Number: ..............
(Month)       (Day)       (Year)

**3**
Title of Contribution: ........................................................
Title of Periodical: ........................ Vol ...... No ..... Issue Date ..............
Date of Publication: ........................ Registration Number: ..............
(Month)       (Day)       (Year)

**4**
Title of Contribution: ........................................................
Title of Periodical: ........................ Vol ...... No ..... Issue Date ..............
Date of Publication: ........................ Registration Number: ..............
(Month)       (Day)       (Year)

**5**
Title of Contribution: ........................................................
Title of Periodical: ........................ Vol ...... No ..... Issue Date ..............
Date of Publication: ........................ Registration Number ..............
(Month)       (Day)       (Year)

**6**
Title of Contribution: ........................................................
Title of Periodical: ........................ Vol ...... No ..... Issue Date ..............
Date of Publication: ........................ Registration Number: ..............
(Month)       (Day)       (Year)

**7**
Title of Contribution: ........................................................
Title of Periodical: ........................ Vol ...... No ..... Issue Date ..............
Date of Publication: ........................ Registration Number: ..............
(Month)       (Day)       (Year)

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name **Marvel Entertainment Group, Inc.**
Account Number: **DA-059633**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name **Carol Platt, Marvel Ent. Group**
Address **387 Park Avenue South**
**New York**          **NY**       **10016**
(City)                (State)      (ZIP)

**⑥ Fee and Correspondence**

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant   ☒ duly authorized agent of: **Marvel Entertainment Group, Inc.**
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) _Carol G. Platt_

Typed or printed name    **Carol G. Platt**

Date **12/23/91**

**⑦ Certification (Application must be signed)**

**MAIL CERTIFICATE TO**

Marvel Entertainment Group, Inc.
(Name)
387 Park Avenue South
(Number, Street and Apartment Number)
New York, NY  10016
(City)         (State)      (ZIP code)

(Certificate will be mailed in window envelope)

**⑧ Address for Return of Certificate**

U S GOVERNMENT PRINTING OFFICE 1978—261-022 1C

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

**FORM B**

CLASS

**B** B

REGISTRATION NO.

38263

DO NOT WRITE HERE

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



ABRAHAM L. KAMINSTEIN,

*Register of Copyrights*
*United States of America*

NOT VALID WITHOUT
COPYRIGHT OFFICE
IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name ____ **ATLAS MAGAZINES, INC.** _____

Address ____ **655 Madison Ave., N.Y.C. 21** _____

Name _____

Address _____

**2. Title:** ____ **JOURNEY INTO MYSTERY** _____
(Title of periodical)

_____

Vol. ____ **1** ____ No. ____ **94** ____ Date on copies ____ **July 1963** _____

**3. Citizenship of Author:**

Citizenship ____ **USA** _____ Domiciled in U. S. A.   Yes ☐   No ☐
(Name of country)

**4. Publication:**

(a) Date of Publication of This Issue:

____ **5/2/63** _____

(b) Place of Publication of This Issue:

____ **USA** _____
(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: _____

(b) Process Used: _____

(c) Country of Manufacture: _____

*Complete all applicable spaces on next page*

2021MARVEL-0006375

Larry Lieber

**6. Deposit account:**

**7. Send correspondence to:**

Name ............................................... Address ............

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

**8. Send certificate to:**

(Type or print
name and address)

Name ...............................................................

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

Address ...................................................
(Number and street)

............................................................................
(City)                     (Zone)                     (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or

format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1958. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received | |
| MAY 15 1963 | |
| Two copies received | |
| MAY 15 1963 | |
| Fee received | |

U. S. GOVERNMENT PRINTING OFFICE : 1957—O—430703          (Feb. 1958—250,000)          *Page 4*

124234
2021MARVEL-0006376

# CERTIFICATE OF RENEWAL REGISTRATION

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

## FORM RE
**UNITED STATES COPYRIGHT OFFICE**

**REGISTRATION NUMBER**

RE   559 203

**EFFECTIVE DATE OF RENEWAL REGISTRATION**
DEC 27 1991
(Month)    (Day)    (Year)

---

**DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY**

**①** Renewal Claimant(s)

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

1
Name **Marvel Entertainment Group, Inc.**
Address **387 Park Avenue South, New York, NY 10016**
Claiming as **Proprietor of copyright in a composite work made for hire**
(Use appropriate statement from instructions)

2
Name
Address
Claiming as
(Use appropriate statement from instructions)

3
Name
Address
Claiming as
(Use appropriate statement from instructions)

---

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

**JOURNEY INTO MYSTERY**

**RENEWABLE MATTER:**

**Entire work as originally copyrighted, including all portions thereof.**

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**
Title of periodical or composite work **JOURNEY INTO MYSTERY**
If a periodical or other serial, give: Vol **1**    No **95**    Issue Date **August 1963**

**③** Author(s)

**AUTHOR(S) OF RENEWABLE MATTER:**

**ATLAS MAGAZINES, INC.**

**④** Facts of Original Registration

**ORIGINAL REGISTRATION NUMBER:**
**B 45557**

**ORIGINAL COPYRIGHT CLAIMANT:**
**ATLAS MAGAZINES, INC.**

**ORIGINAL DATE OF COPYRIGHT:**
• If the original registration for this work was made in published form, give
DATE OF PUBLICATION **June 4, 1963**
(Month)    (Day)    (Year)
} OR {
• If the original registration for this work was made in unpublished form, give
DATE OF REGISTRATION
(Month)    (Day)    (Year)

2021MARVEL-0006377

| | |
|---|---|
| RE ___ 559 203 | EXAMINED BY: _____ RENEWAL APPLICATION RECEIVED:<br>CHECKED BY: _____ DEC. 27. 1991<br>DEPOSIT ACCOUNT FUNDS USED: ☐   REMITTANCE NUMBER AND DATE | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE CON).

**⑤ Renewal for Group of Works**

**1**
Title of Contribution: ...........................................................
Title of Periodical: ........................... Vol..... No..... Issue Date ........
Date of Publication: _____(Month) _____(Day) _____(Year) Registration Number ......

**2**
Title of Contribution: ...........................................................
Title of Periodical: ........................... Vol..... No..... Issue Date ........
Date of Publication: _____(Month) _____(Day) _____(Year) Registration Number ......

**3**
Title of Contribution: ...........................................................
Title of Periodical: ........................... Vol..... No..... Issue Date ........
Date of Publication: _____(Month) _____(Day) _____(Year) Registration Number ......

**4**
Title of Contribution: ...........................................................
Title of Periodical: ........................... Vol..... No..... Issue Date ........
Date of Publication: _____(Month) _____(Day) _____(Year) Registration Number ......

**5**
Title of Contribution: ...........................................................
Title of Periodical: ........................... Vol..... No..... Issue Date ........
Date of Publication: _____(Month) _____(Day) _____(Year) Registration Number ......

**6**
Title of Contribution: ...........................................................
Title of Periodical: ........................... Vol..... No..... Issue Date ........
Date of Publication: _____(Month) _____(Day) _____(Year) Registration Number ......

**7**
Title of Contribution: ...........................................................
Title of Periodical: ........................... Vol..... No..... Issue Date ........
Date of Publication: _____(Month) _____(Day) _____(Year) Registration Number ......

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name Marvel Entertainment Group, Inc.
Account Number  DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name Carol Platt, Marvel Ent. Group
Address 387 Park Avenue South
New York      NY      10016
(City)         (State)       (ZIP)

**⑥ Fee and Correspondence**

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant  ☒ duly authorized agent of Marvel Entertainment Group, Inc.
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature (X)  *Carol G. Platt*
Typed or printed name  Carol G. Platt
Date  12/23/91

**⑦ Certification** (Application must be signed)

MAIL CERTIFICATE TO

Marvel Entertainment Group, Inc.
(Name)
387 Park Avenue South
(Number Street and Apartment Number)
New York, NY  10016
(City)         (State)      (ZIP code)

(Certificate will be mailed in window envelope)

**⑧ Address for Return of Certificate**

U.S. GOVERNMENT PRINTING OFFICE 1978—261-022 1C

2021MARVEL-0006378

Larry Lieber

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

**FORM B**

| CLASS | REGISTRATION NO. |
|---|---|
| **B** | B    45557 |

DO NOT WRITE HERE

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



ABRAHAM L. KAMINSTEIN

*Register of Copyrights*
*United States of America*



NOT VALID WITHOUT COPYRIGHT OFFICE IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name ...... **ATLAS MAGAZINES, INC.**

Address ...... **655 Madison Ave., N.Y.C. 21**

Name ......

Address ......

**2. Title:** **JOURNEY INTO MYSTERY**

(Title of periodical)

Vol. ...... **1** ...... No. ...... **95** ...... Date on copies ...... **Aug. 1963**

**3. Citizenship of Author:**

Citizenship ...... **USA**
(Name of country)

Domiciled in U. S. A.   Yes ☐   No ☐

**4. Publication:**

  (a) Date of Publication of This Issue:

...... **6/4/63**

  (b) Place of Publication of This Issue:

...... **USA**
(Name of country)

**5. Manufacture Outside United States:**

  (a) Portion of the Manufacturing Done Abroad: ......

  (b) Process Used: ......

  (c) Country of Manufacture: ......

*Complete all applicable spaces on next page*

2021MARVEL-0006379

**6. Deposit account:**

**7. Send correspondence to:**

Name _____     Address

**8. Send certificate to:**

(Type or print
name and address)

Name

Address

(City)                    (Zone)                    (State)

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or

format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice.* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1958. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| **Application received** JUN 11 1963 | |
| **Two copies received** JUN 11 1963 | |
| **Fee received** | |

# CERTIFICATE OF RENEWAL REGISTRATION

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

**REGISTER OF COPYRIGHTS**
*United States of America*

UNITED STATES COPYRIGHT OFFICE · THE LIBRARY OF CONGRESS ·

**OFFICIAL SEAL**

## FORM RE
UNITED STATES COPYRIGHT OFFICE

**REGISTRATION NUMBER**

RE 559 221

**EFFECTIVE DATE OF RENEWAL REGISTRATION**

DEC 27 1991
(Month) (Day) (Year)

---

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

| | | |
|---|---|---|
| **1** Renewal claimant(s) | **RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions) | |
| | 1 | Name **Marvel Entertainment Group, Inc.** <br> Address **387 Park Avenue South, New York, NY 10016** <br> Claiming as **Proprietor of copyright in a composite work made for hire** <br> (Use appropriate statement from instructions) |
| | 2 | Name ............... <br> Address ............... <br> Claiming as ............... (Use appropriate statement from instructions) |
| | 3 | Name ............... <br> Address ............... <br> Claiming as ............... (Use appropriate statement from instructions) |

---

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

JOURNEY INTO MYSTERY

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work JOURNEY INTO MYSTERY

If a periodical or other serial, give: Vol. **1** No **96** Issue Date **September 1963**

---

| | |
|---|---|
| **3** Author(s) | **AUTHOR(S) OF RENEWABLE MATTER:** <br><br> ATLAS MAGAZINES, INC. |

---

| | | |
|---|---|---|
| **4** Facts of Original Registration | **ORIGINAL REGISTRATION NUMBER:** <br><br> B 50171 | **ORIGINAL COPYRIGHT CLAIMANT:** <br><br> ATLAS MAGAZINES, INC. |

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form give **July 2, 1963**

DATE OF PUBLICATION (Month) (Day) (Year)

OR

• If the original registration for this work was made in unpublished form give

DATE OF REGISTRATION (Month) (Day) (Year)

2021MARVEL-0006381

RE    559 221

| EXAMINED BY | RENEWAL APPLICATION RECEIVED: |
|---|---|
| CHECKED BY: | DEC. 27. 1991 |
| DEPOSIT ACCOUNT FUNDS USED ☐ | REMITTANCE NUMBER AND DATE: |

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE CON)

**5**
Renewal for Group of Works

**1**
Title of Contribution: ........................
Title of Periodical: .................... Vol ...... No....... Issue Date .......
Date of Publication: (Month) (Day) (Year) Registration Number ............

**2**
Title of Contribution: ........................
Title of Periodical: .................... Vol ...... No....... Issue Date .......
Date of Publication: (Month) (Day) (Year) Registration Number ............

**3**
Title of Contribution: ........................
Title of Periodical: .................... Vol ...... No....... Issue Date .......
Date of Publication: (Month) (Day) (Year) Registration Number ............

**4**
Title of Contribution: ........................
Title of Periodical: .................... Vol ...... No....... Issue Date .......
Date of Publication: (Month) (Day) (Year) Registration Number ............

**5**
Title of Contribution: ........................
Title of Periodical: .................... Vol ...... No....... Issue Date .......
Date of Publication: (Month) (Day) (Year) Registration Number ............

**6**
Title of Contribution: ........................
Title of Periodical: .................... Vol ...... No....... Issue Date .......
Date of Publication: (Month) (Day) (Year) Registration Number ............

**7**
Title of Contribution: ........................
Title of Periodical: .................... Vol ...... No....... Issue Date .......
Date of Publication: (Month) (Day) (Year) Registration Number ............

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name Marvel Entertainment Group, Inc.
Account Number    DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: Carol Platt, Marvel Ent. Group
Address: 387 Park Avenue South
New York    NY    10016
(City)    (State)    (Zip)

**6**
Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant    ☒ duly authorized agent of Marvel Entertainment Group, Inc.
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.
Handwritten signature: (X) Carol G. Platt
Typed or printed name    Carol G. Platt
Date    12/23/91

**7**
Certification (Application must be signed)

MAIL CERTIFICATE TO
Marvel Entertainment Group, Inc.
(Name)
387 Park Avenue South
(Number Street and Apartment Number)
New York, NY  10016
(City)    (State)    (ZIP code)

(Certificate will be mailed in window envelope)

**8**
Address for Return of Certificate

U.S. GOVERNMENT PRINTING OFFICE 1978-261-022 1C

2021MARVEL-0006382

Larry Lieber

Page 3

# Certificate

## Registration of a Claim to Copyright
### in a periodical manufactured in the United States of America



| CLASS | REGISTRATION NO. |
|---|---|
| **B** | B 50171 |
| | · DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



*Register of Copyrights*
*United States of America*

**1. Copyright Claimant(s) and Address(es):**

Name ..... **ATLAS MAGAZINES, INC.**

Address ... **655 Madison Ave. & N.Y.C. 21**

Name ........................................

Address ......................................

**2. Title:** .... **JOURNEY INTO MYSTERY** ....
(Title of periodical)

Vol. ..... **1** ...... No. ....... **96** ... Date on copies ......... **Sept. 1963**

**3. Citizenship of Author:**

Citizenship ..... **USA** .......... (Name of country) .......... Domiciled in U. S. A.   Yes ☐  No ☐

**4. Publication:**

(a) Date of Publication of This Issue:

........ **7/2/63**

(b) Place of Publication of This Issue:

........ **USA**
(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: .........................

(b) Process Used: .........................

(c) Country of Manufacture: .........................

*Complete all applicable spaces on next page*

2021MARVEL-0006383

**6. Deposit account:**

**7. Send correspondence to:**

Name _____  Address _____

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

**8. Send certificate to:**

(Type or print name and address)

Name _____

MAGAZINE MANAGEMENT CO.

Address _____

655 MADISON AVENUE

NEW YORK 21, N. Y.

(City)        (Zone)        (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice.* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1958. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received

JUL 16 1963 | |
| Two copies received

JUL 16 1963 | |
| Fee received | |

124236

2021MARVEL-0006384

# CERTIFICATE OF RENEWAL REGISTRATION



OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

## FORM RE
UNITED STATES COPYRIGHT OFFICE

**REGISTRATION NUMBER**

RE . 559 231

**EFFECTIVE DATE OF RENEWAL REGISTRATION**
DEC 2 7 1991
(Month)     (Day)     (Year)

---

DO NOT WRITE ABOVE THIS LINE.     FOR COPYRIGHT OFFICE USE ONLY

**(1) Renewal Claimant(s)** | RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions)
---|---
1 | Name **Marvel Entertainment Group, Inc.**<br>Address **387 Park Avenue South, New York, NY  10016**<br>Claiming as **Proprietor of copyright in a composite work made for hire**<br>(Use appropriate statement from instructions)
2 | Name<br>Address<br>Claiming as<br>(Use appropriate statement from instructions)
3 | Name<br>Address<br>Claiming as<br>(Use appropriate statement from instructions)

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

JOURNEY INTO MYSTERY

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work: **JOURNEY INTO MYSTERY**

If a periodical or other serial, give: Vol **1**  No. **97**  Issue Date **October 1963**

**(3) Author(s)** | **AUTHOR(S) OF RENEWABLE MATTER:**
---|---
| ATLAS MAGAZINES, INC.

**(4) Facts of Original Registration** | **ORIGINAL REGISTRATION NUMBER:** | **ORIGINAL COPYRIGHT CLAIMANT:**
---|---|---
| B 57880 | ATLAS MAGAZINES, INC.

**ORIGINAL DATE OF COPYRIGHT:**

* If the original registration for this work was made in published form give **August 1, 1963**
DATE OF PUBLICATION  (Month) (Day) (Year)

OR

* If the original registration for this work was made in unpublished form give
DATE OF REGISTRATION  (Month) (Day) (Year)

RE . 559 231

| EXAMINED BY | MB | RENEWAL APPLICATION RECEIVED |
|---|---|---|
| CHECKED BY: | | DEC. 27. 1991 |
| DEPOSIT ACCOUNT FUNDS USED ☐ | | REMITTANCE NUMBER AND DATE |

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE CON)

**5** Renewal for Group of Works

**1**
Title of Contribution: ...............................................................
Title of Periodical: ........................... Vol........ No....... Issue Date .........
Date of Publication: (Month) (Day) (Year) Registration Number: .......

**2**
Title of Contribution: ...............................................................
Title of Periodical: ........................... Vol........ No....... Issue Date .........
Date of Publication: (Month) (Day) (Year) Registration Number: .......

**3**
Title of Contribution: ...............................................................
Title of Periodical: ........................... Vol........ No....... Issue Date .........
Date of Publication: (Month) (Day) (Year) Registration Number: .......

**4**
Title of Contribution: ...............................................................
Title of Periodical: ........................... Vol........ No....... Issue Date .........
Date of Publication: (Month) (Day) (Year) Registration Number: .......

**5**
Title of Contribution: ...............................................................
Title of Periodical: ........................... Vol........ No....... Issue Date .........
Date of Publication: (Month) (Day) (Year) Registration Number: .......

**6**
Title of Contribution: ...............................................................
Title of Periodical: ........................... Vol........ No....... Issue Date .........
Date of Publication: (Month) (Day) (Year) Registration Number: .......

**7**
Title of Contribution: ...............................................................
Title of Periodical: ........................... Vol........ No....... Issue Date .........
Date of Publication: (Month) (Day) (Year) Registration Number: .......

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name Marvel Entertainment Group, Inc.

Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: Carol Platt, Marvel Ent. Group
Address: 387 Park Avenue South
New York NY 10016
(City) (State) (Apt.) (ZIP)

**6** Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the (Check one)
☐ renewal claimant ☒ duly authorized agent of: Marvel Entertainment Group, Inc.
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature (X) Carol G. Platt

Typed or printed name Carol G. Platt

Date 12/23/91

**7** Certification (Application must be signed)

**MAIL CERTIFICATE TO**

Marvel Entertainment Group, Inc.
(Name)
387 Park Avenue South
(Number, Street and Apartment Number)
New York, NY 10016
(City) (State) (ZIP code)

(Certificate will be mailed in window envelope)

**8** Address for Return of Certificate

U S GOVERNMENT PRINTING OFFICE 1978—261-022 1C

2021MARVEL-0006386

Larry Lieber

Page 3

# Certificate
## Registration of a Claim to Copyright
### in a periodical manufactured in the United States of America



| CLASS | REGISTRATION NO. |
|---|---|
| **B** | B  57880 |
| | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

ABRAHAM L. KAMINSTEIN    *Register of Copyrights*
*United States of America*

**1. Copyright Claimant(s) and Address(es):**

Name ----- **ATLAS MAGAZINES, INC.** -----

Address ---- **655 Madison Ave., N.Y.C. 21** -----

Name -----

Address -----

**2. Title:** ----- **JOURNEY INTO MYSTERY** -----
(Title of periodical)

Vol. ----- **1** ----- No. ----- **97** ----- Date on copies ----- **Oct. 1963** -----

**3. Citizenship of Author:**

Citizenship ---- **USA** ----    Domiciled in U. S. A.    Yes ☐    No ☐
(Name of country)

**4. Publication:**

(a) Date of Publication of This Issue:

----- **8/1/63** -----

(b) Place of Publication of This Issue:

----- **USA** -----
(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: -----

(b) Process Used: -----

(c) Country of Manufacture: -----

*Complete all applicable spaces on next page*

2021MARVEL-0006387

**6. Deposit account:**

**7. Send correspondence to:**

Name _____    Address _____

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

**8. Send certificate to:**

(Type or print
name and address)

Name _____

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
(Number and street)
NEW YORK 21, N. Y.

Address _____

(City)    (Zone)    (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1958. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

**FOR COPYRIGHT OFFICE USE ONLY**

Application received
AUG 14 1953

Two copies received
AUG 14 1953

Fee received

124257

2021MARVEL-0006388

# CERTIFICATE OF RENEWAL REGISTRATION

UNITED STATES COPYRIGHT OFFICE

THE LIBRARY OF CONGRESS

OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

# FORM RE

**UNITED STATES COPYRIGHT OFFICE**



REGISTRATION NUMBER

RE 559 245

EFFECTIVE DATE OF RENEWAL REGISTRATION
DEC 27 1991
(Month)    (Day)    (Year)

---

**DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY**

### 1 Renewal Claimant(s)

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

1
Name  Marvel Entertainment Group, Inc.
Address  387 Park Avenue South, New York, NY  10016
Claiming as  Proprietor of copyright in a composite work made for hire
(Use appropriate statement from instructions)

2
Name
Address
Claiming as
(Use appropriate statement from instructions)

3
Name
Address
Claiming as
(Use appropriate statement from instructions)

---

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

JOURNEY INTO MYSTERY

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work  JOURNEY INTO MYSTERY

If a periodical or other serial, give: Vol  1    No 98    Issue Date November 1963

### 3 Author(s)

**AUTHOR(S) OF RENEWABLE MATTER:**

ATLAS MAGAZINES, INC.

### 4 Facts of Original Registration

**ORIGINAL REGISTRATION NUMBER:**

B 61947

**ORIGINAL COPYRIGHT CLAIMANT:**

ATLAS MAGAZINES, INC.

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form.
give  September 3, 1963
DATE OF PUBLICATION
(Month)  (Day)  (Year)

OR

• If the original registration for this work was made in unpublished form.
give
DATE OF REGISTRATION
(Month)  (Day)  (Year)

047215011

2021MARVEL-0006389

| RE | 559 245 | EXAMINED BY: | RENEWAL APPLICATION RECEIVED: | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|---|
| | | CHECKED BY: | DEC. 27 1991 | |
| | | DEPOSIT ACCOUNT FUNDS USED ☐ | REMITTANCE NUMBER AND DATE: | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE. CON)

**1**
Title of Contribution: .......................
Title of Periodical: ............... Vol ...... No ...... Issue Date ......
Date of Publication: .... (Month) .... (Day) .... (Year) .... Registration Number ......

**2**
Title of Contribution: .......................
Title of Periodical: ............... Vol ...... No ...... Issue Date ......
Date of Publication: .... (Month) .... (Day) .... (Year) .... Registration Number ......

**3**
Title of Contribution: .......................
Title of Periodical: ............... Vol ...... No ...... Issue Date ......
Date of Publication: .... (Month) .... (Day) .... (Year) .... Registration Number ......

**4**
Title of Contribution: .......................
Title of Periodical: ............... Vol ...... No ...... Issue Date ......
Date of Publication: .... (Month) .... (Day) .... (Year) .... Registration Number ......

**5**
Title of Contribution: .......................
Title of Periodical: ............... Vol ...... No ...... Issue Date ......
Date of Publication: .... (Month) .... (Day) .... (Year) .... Registration Number ......

**6**
Title of Contribution: .......................
Title of Periodical: ............... Vol ...... No ...... Issue Date ......
Date of Publication: .... (Month) .... (Day) .... (Year) .... Registration Number ......

**7**
Title of Contribution: .......................
Title of Periodical: ............... Vol ...... No ...... Issue Date ......
Date of Publication: .... (Month) .... (Day) .... (Year) .... Registration Number ......

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name Marvel Entertainment Group, Inc.
Account Number DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name Carol Platt, Marvel Ent. Group
Address 387 Park Avenue South
New York    NY    10016
(City)    (State)    (ZIP)

⑥ Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant    ☒ duly authorized agent of: Marvel Entertainment Group, Inc.
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) Carol G. Platt
Typed or printed name    Carol G. Platt
Date    12/23/91

⑦ Certification (Application must be signed)

Marvel Entertainment Group, Inc.
(Name)
387 Park Avenue South
(Number Street and Apartment Number)
New York, NY    10016
(City)    (State)    (ZIP code)

**MAIL CERTIFICATE TO**
(Certificate will be mailed in window envelope)

⑧ Address for Return of Certificate

2021MARVEL-0006390

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

**FORM B**

| CLASS | REGISTRATION NO. |
|---|---|
| **B** B | 61947 |
| | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



*Register of Copyrights*
*United States of America*

**1. Copyright Claimant(s) and Address(es):**

Name ---------- ATLAS MAGAZINES, INC. ----------------------------------------------

Address -------- 655 Madison Ave., N.Y.C. 21 ----------------------------------------

Name ----------------------------------------------------------------------------------

Address -------------------------------------------------------------------------------

**2. Title:** ---- JOURNEY INTO MYSTERY ---------------------------------------------
*(Title of periodical)*

--------------------------------------------------------------------------------------

Vol. --------- 1 ---- No. ----- 98 ----- Date on copies ------------- Nov. 1963 ----------

**3. Citizenship of Author:**

Citizenship --- USA ----------------------------------------------------   Domiciled in U. S. A.   Yes ☐   No ☐
*(Name of country)*

**4. Publication:**

   **(a) Date of Publication of This Issue:**

----------- 9/3/63

   **(b) Place of Publication of This Issue:**

----------- USA
*(Name of country)*

**5. Manufacture Outside United States:**

   **(a) Portion of the Manufacturing Done Abroad:** -----------------------------------

   **(b) Process Used:** -----------------------------------------------------------------

   **(c) Country of Manufacture:** -----------------------------------------------------

*Complete all applicable spaces on next page*

2021MARVEL-0006391