# EXHIBIT 24D

**6. Deposit account:**

**7. Send correspondence to:**

Name _____     Address _____

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

**8. Send certificate to:**

(Type or print
name and address)

Name _____

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

Address _____

(Number and street)

_____

(City)          (Zone)          (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1958. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| Application received | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|
| SEP 16 1963 | |
| Two copies received | |
| SEP 16 1963 | |
| Fee received | |

124250

2021MARVEL-0006392

# CERTIFICATE OF RENEWAL REGISTRATION



OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

*REGISTER OF COPYRIGHTS*
*United States of America*

## FORM RE

UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

RE    559 259

EFFECTIVE DATE OF RENEWAL REGISTRATION

DEC 2 7 1991
(Month)    (Day)    (Year)

---

DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY

**(1) Renewal Claimant(s)**

RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions)

1  
Name  Marvel Entertainment Group, Inc.  
Address  387 Park Avenue South, New York, NY  10016  
Claiming as  Proprietor of copyright in a composite work made for hire  
(Use appropriate statement from instructions)

2  
Name  
Address  
Claiming as  
(Use appropriate statement from instructions)

3  
Name  
Address  
Claiming as  
(Use appropriate statement from instructions)

---

TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:

JOURNEY INTO MYSTERY



RENEWABLE MATTER:

Entire work as originally copyrighted, including all portions thereof.

CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:

Title of periodical or composite work  JOURNEY INTO MYSTERY  
If a periodical or other serial give: Vol  1    No  99    Issue Date  December  1963

---

**(3) Author(s)**

AUTHOR(S) OF RENEWABLE MATTER:

ATLAS MAGAZINES, INC.

---

**(4) Facts of Original Registration**

ORIGINAL REGISTRATION NUMBER:

B 72283

ORIGINAL COPYRIGHT CLAIMANT:

ATLAS MAGAZINES, INC.

ORIGINAL DATE OF COPYRIGHT:

• If the original registration for this work was made in published form.  
give  October 1, 1963  
DATE OF PUBLICATION    (Month)    (Day)    (Year)

OR

• If the original registration for this work was made in unpublished form.  
give  
DATE OF REGISTRATION    (Month)    (Day)    (Year)



047215146

2021MARVEL-0006393

| RE    559 259 | EXAMINED BY: | RENEWAL APPLICATION RECEIVED: | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|
| | CHECKED BY: | DEC. 27. 1991 | |
| ( | DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE. | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE. CON).

**5**
**Renewal for Group of Works**

**1**
Title of Contribution: ..................................................
Title of Periodical: ........................... Vol ....... No....... Issue Date ......
Date of Publication: ................................ Registration Number: ......
(Month)        (Day)        (Year)

**2**
Title of Contribution: ..................................................
Title of Periodical: ........................... Vol ....... No....... Issue Date ......
Date of Publication: ................................ Registration Number: ......
(Month)        (Day)        (Year)

**3**
Title of Contribution: ..................................................
Title of Periodical: ........................... Vol ....... No....... Issue Date ......
Date of Publication: ................................ Registration Number: ......
(Month)        (Day)        (Year)

**4**
Title of Contribution: ..................................................
Title of Periodical: ........................... Vol ....... No....... Issue Date ......
Date of Publication: ................................ Registration Number: ......
(Month)        (Day)        (Year)

**5**
Title of Contribution: ..................................................
Title of Periodical: ........................... Vol ....... No....... Issue Date ......
Date of Publication: ................................ Registration Number: ......
(Month)        (Day)        (Year)

**6**
Title of Contribution: ..................................................
Title of Periodical: ........................... Vol ....... No....... Issue Date ......
Date of Publication: ................................ Registration Number: ......
(Month)        (Day)        (Year)

**7**
Title of Contribution: ..................................................
Title of Periodical: ........................... Vol ....... No....... Issue Date ......
Date of Publication: ................................ Registration Number: ......
(Month)        (Day)        (Year)

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: Marvel Entertainment Group, Inc.
Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: Carol Platt, Marvel Ent. Group
Address: 387 Park Avenue South
New York        NY        10016
(City)        (State)        (ZIP)        (Apt.)

**6**
**Fee and Correspondence**

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant    ☒ duly authorized agent of: Marvel Entertainment Group, Inc.
(Name of renewal claimant)
of the work identified in this application. and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature: (X) _Carol G. Platt_

Typed or printed name    Carol G. Platt

Date    12/23/91

**7**
**Certification (Application must be signed)**

Marvel Entertainment Group, Inc.
(Name)
387 Park Avenue South
(Number Street and Apartment Number)
New York, NY  10016
(City)        (State)        (ZIP code)

**MAIL CERTIFICATE TO**

(Certificate will be mailed in window envelope)

**8**
**Address for Return of Certificate**

2021MARVEL-0006394

Larry Lieber

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

**FORM B**

| CLASS | REGISTRATION NO. |
|-------|------------------|
| **B** | B<sub>i</sub>  72283 |
|       | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*
ABRAHAM L. KAMINSTEIN
*Register of Copyrights*
*United States of America*

NOT VALID WITHOUT COPYRIGHT OFFICE IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name  ATLAS MAGAZINES, INC.

Address  655 Madison Ave., N.Y.C. 21

Name

Address

**2. Title:**  JOURNEY INTO MYSTERY

(Title of periodical)

Vol.  1  No.  99  Date on copies  Dec. 1963

**3. Citizenship of Author:**

Citizenship  USA

(Name of country)  Domiciled in U. S. A.  Yes ☐  No ☐

**4. Publication:**

(a) Date of Publication of This Issue:

10/1/63

(b) Place of Publication of This Issue:

USA

(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad:

(b) Process Used:

(c) Country of Manufacture:

*Complete all applicable spaces on next page*



2021MARVEL-0006395

Larry Lieber

**6. Deposit account:**

**7. Send correspondence to:**

Name _____    Address _____ MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

**8. Send certificate to:**

(Type or
print      Name
name and
address)   Address

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

(Number and street)

(City)          (Zone)          (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received  OCT 25 1963 | |
| Two copies received  OCT 11 1963 | |
| Fee received | |

124734
2021MARVEL-0006396

Page 3

# Certificate
## Registration of a Claim to Copyright
### in a periodical manufactured in the United States of America



FORM B

| CLASS | REGISTRATION NO. |
|-------|------------------|
| **B** B | **982809** |

DO NOT WRITE HERE

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Arthur an L. Kaminstein*

Register of Copyrights
United States of America



NOT VALID WITHOUT COPYRIGHT OFFICE IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name **VISTA PUBLICATIONS, INC.**

Address **655 Madison Ave., N.Y.C. 21**

Name

Address

**2. Title: STRANGE TALES**

(Title of periodical)

Vol. **1**    No. **101**    Date on copies **Oct. 1962**

**3. Citizenship of Author:**

Citizenship **USA**

(Name of country)

Domiciled in U. S. A.    Yes ☐   No ☐

**4. Publication:**

(a) **Date of Publication of This Issue:**

**7/10/62**

(b) **Place of Publication of This Issue:**

**USA**

(Name of country)

**5. Manufacture Outside United States:**

(a) **Portion of the Manufacturing Done Abroad:**

(b) **Process Used:**

(c) **Country of Manufacture:**

*Complete all applicable spaces on next page*

2021MARVEL-0006397

Don Heck

**6. Deposit account:**

**7. Send correspondence to:**

Name _____     Address _____

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

**8. Send certificate to:**

**(Type or print name and address)**

Name _____

MAGAZINE MANAGEMENT CO.

Address _____

655 MADISON AVENUE

NEW YORK 21, N. Y.

(City)          (Zone)          (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1958. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

> NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

FOR COPYRIGHT OFFICE USE ONLY

Application received

JUL 16 1962

Two copies received

JUL 16 1962

Fee received

134830

2021MARVEL-0006398

# CERTIFICATE OF RENEWAL REGISTRATION

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.



OFFICIAL SEAL

REGISTER OF COPYRIGHTS
*United States of America*

## FORM RE
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

RE     497-989

EFFECTIVE DATE OF RENEWAL REGISTRATION
NOV 20 1990
........................................
(Month)      (Day)      (Year)

DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY

**① Renewal Claimant(s)**

RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions)

**1**
Name ... Marvel Entertainment Group, Inc.
Address ... 387 Park Avenue South, New York, NY 10016
Claiming as ... Proprietor of copyright in a composite work made for hire.
(Use appropriate statement from instructions)

**2**
Name ..........................................................
Address ..........................................................
Claiming as ..........................................................
(Use appropriate statement from instructions)

**3**
Name ..........................................................
Address ..........................................................
Claiming as ..........................................................
(Use appropriate statement from instructions)

**② TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

STRANGE TALES

RENEWABLE MATTER:

Entire work as originally copyrighted, including all portions thereof.

039378360

CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:
Title of periodical or composite work: ... STRANGE TALES ...
If a periodical or other serial, give: Vol. ... 1 ... No. ... 102 ... Issue Date ... November 1962

**③ Author(s)**

AUTHOR(S) OF RENEWABLE MATTER:

Vista Publications, Inc.

**④ Facts of Original Registration**

| ORIGINAL REGISTRATION NUMBER: | ORIGINAL COPYRIGHT CLAIMANT: |
|---|---|
| B 988507 | Vista Publications, Inc. |

ORIGINAL DATE OF COPYRIGHT:
• If the original registration for this work was made in published form, give:
DATE OF PUBLICATION: ... August 9, 1962
(Month)   (Day)   (Year)

OR

• If the original registration for this work was made in unpublished form, give:
DATE OF REGISTRATION: ..........................................
(Month)   (Day)   (Year)

MARVEL0001256

2021MARVEL-0006399

| RE 497-989 | EXAMINED BY: | RENEWAL APPLICATION RECEIVED: | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|
| | CHECKED BY: | NOV 20 1990 | |
| | CORRESPONDENCE: ☐ Yes | REMITTANCE NUMBER AND DATE: | |
| | DEPOSIT ACCOUNT FUNDS USED: ☑ | | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

⑤ Renewal for Group of Works

**1**
Title of Contribution: ................................
Title of Periodical: ................................ Vol. .......... No. ...... Issue Date ..........
Date of Publication: ................................ Registration Number: ..........
(Month)      (Day)      (Year)

**2**
Title of Contribution: ................................
Title of Periodical: ................................ Vol. .......... No. ...... Issue Date ..........
Date of Publication: ................................ Registration Number: ..........
(Month)      (Day)      (Year)

**3**
Title of Contribution: ................................
Title of Periodical: ................................ Vol. .......... No. ...... Issue Date ..........
Date of Publication: ................................ Registration Number: ..........
(Month)      (Day)      (Year)

**4**
Title of Contribution: ................................
Title of Periodical: ................................ Vol. .......... No. ...... Issue Date ..........
Date of Publication: ................................ Registration Number: ..........
(Month)      (Day)      (Year)

**5**
Title of Contribution: ................................
Title of Periodical: ................................ Vol. .......... No. ...... Issue Date ..........
Date of Publication: ................................ Registration Number: ..........
(Month)      (Day)      (Year)

**6**
Title of Contribution: ................................
Title of Periodical: ................................ Vol. .......... No. ...... Issue Date ..........
Date of Publication: ................................ Registration Number: ..........
(Month)      (Day)      (Year)

**7**
Title of Contribution: ................................
Title of Periodical: ................................ Vol. .......... No. ...... Issue Date ..........
Date of Publication: ................................ Registration Number: ..........
(Month)      (Day)      (Year)

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: **Marvel Entertainment Group, Inc.**

Account Number: **DA-059633**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: **Charles R. Brainard**

Address: **Kenyon & Kenyon, One Broadway**
**New York, New York 10004**
(City)          (State)          (ZIP)

⑥ Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant   ☒ duly authorized agent of: **Marvel Entertainment Group, Inc.**
(Name of renewal claimant)

of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) *Lisa Massaro*

Typed or printed name: **Lisa Massaro**          Date: **11/19/90**

⑦ Certification (Application must be signed)

MAIL CERTIFICATE TO

**Charles R. Brainard**
**Kenyon & Kenyon, One Broadway** (Name)
**New York, New York 10004** (Street Address/Apt/Suite Number)
(City)          (State)          (ZIP code)

(Certificate will be mailed in window envelope)

⑧ Address for Return of Certificate

GOVERNMENT PRINTING OFFICE: 1987—161-531/40,020

March 1987—25,000

MARVEL0001257

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

**FORM B**

| CLASS | REGISTRATION NO. |
|-------|------------------|
| **B** B | **992202** |
| | DO NOT WRITE HERE |





**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Register of Copyrights*
*United States of America*

**1. Copyright Claimant(s) and Address(es):**

Name **VISTA PUBLICATIONS, INC.**

Address **655 Madison Ave., N.Y.C. 21**

Name

Address

**2. Title:** **STRANGE TALES**

(Title of periodical)

Vol. **1** No. **103** Date on copies **December , 1962**

**3. Citizenship of Author:**

Citizenship **USA**          Domiciled in U. S. A.    Yes ☐    No ☐

(Name of country)

**4. Publication:**

(a) **Date of Publication of This Issue:**

**9/11/62**

(b) **Place of Publication of This Issue:**

**USA**

(Name of country)

**5. Manufacture Outside United States:**

(a) **Portion of the Manufacturing Done Abroad:**

(b) **Process Used:**

(c) **Country of Manufacture:**

*Complete all applicable spaces on next page*

2021MARVEL-0006401

Don Heck, Steve Ditko, Larry Lieber

**6. Deposit account:**

**7. Send correspondence to:**

Name _____    Address _____

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

**8. Send certificate to:**

(Type or print name and address)

Name _____

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE

Address _____

NEW YORK 21, N. Y.
(Number and street)

(City)        (Zone)        (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or

format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice.* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1958. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

**NOTE:** It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received SEP 17 1962 | |
| Two copies received SEP 17 1962 | |
| Fee received | |

134832

2021MARVEL-0006402

REGISTRATION NUMBER

EFFECTIVE DATE OF REGISTRATION

NOV 20 1990

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM** (See Instructions)

1. Name .... Marvel Entertainment Group, Inc.
   Address .... 387 Park Avenue South, New York, NY 10016.
   Claiming as .... Proprietor of copyright in a composite work made for hire
   *(Use appropriate statement from instructions)*

2. Name ....
   Address ....
   Claiming as ....
   *(Use appropriate statement from instructions)*

3. Name ....
   Address ....
   Claiming as ....
   *(Use appropriate statement from instructions)*

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

   STRANGE TALES

**RENEWABLE MATTER:**

   Entire work as originally copyrighted, including
   all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

   Title of periodical or composite work: STRANGE TALES

   If a periodical or other serial give: Vol .... 1 .... No. .... 104 .... Issue Date .... January 1963

**AUTHOR(S) OF RENEWABLE MATTER:**

   Vista Publications, Inc.

**ORIGINAL REGISTRATION NUMBER** | **ORIGINAL COPYRIGHT CLAIMANT:**
   Vista Publications, Inc.

**ORIGINAL DATE OF COPYRIGHT:**

If the original registration for this work was made in published form:
.... B 382 .... (06)

If the original registration for this work was made in unpublished form:
.... DATE OF REGISTRATION ....

MARVEL0001844

2021MARVEL-0006403



MARVEL0001845

2021MARVEL-0006404

# CERTIFICATE OF RENEWAL REGISTRATION

**FORM RE**

UNITED STATES COPYRIGHT OFFICE



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.



**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

| REGISTRATION NUMBER |
| --- |
| RE 498-038 |

| EFFECTIVE DATE OF RENEWAL REGISTRATION |
| --- |
| NOV 2 0 1990 |
| (Month)        (Day)        (Year) |

---

**DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY**

**① Renewal Claimant(s)**

**1**
Name: Marvel Entertainment Group, Inc.
Address: 387 Park Avenue South, New York, NY 10016
Claiming as: Proprietor of copyright in a composite work made for hire.
(Use appropriate statement from instructions)

**2**
Name:
Address:
Claiming as:
(Use appropriate statement from instructions)

**3**
Name:
Address:
Claiming as:
(Use appropriate statement from instructions)

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**
STRANGE TALES

**RENEWABLE MATTER:**
Entire work as originally copyrighted, including all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**
Title of periodical or composite work STRANGE TALES
If a periodical or other serial, give: Vol 1   No 105   Issue Date February 1963

**③ Author(s)**

**AUTHOR(S) OF RENEWABLE MATTER:**
Vista Publications, Inc.

**④ Facts of Original Registration**

**ORIGINAL REGISTRATION NUMBER:**
B 6037

**ORIGINAL COPYRIGHT CLAIMANT:**
Vista Publications, Inc.

**ORIGINAL DATE OF COPYRIGHT:**
• If the original registration for this work was made in published form. give:
DATE OF PUBLICATION: November 8, 1962
(Month)   (Day)   (Year)

OR

• If the original registration for this work was made in unpublished form. give:
DATE OF REGISTRATION.
(Month)   (Day)   (Year)

2021MARVEL-0006405

| RE 498-038 | EXAMINED BY | RENEWAL APPLICATION RECEIVED: | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|
| | CHECKED BY | NOV. 20. 1990 | |
| | CORRESPONDENCE ☐ Yes | REMITTANCE NUMBER AND DATE: | |
| | DEPOSIT ACCOUNT FUNDS USED ☑ | | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions). give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**⑤ Renewal for Group of Works**

**1**
Title of Contribution:
Title of Periodical: Vol . . . . . . No . . . . . Issue Date
Date of Publication: Registration Number:
(Month) (Day) (Year)

**2**
Title of Contribution:
Title of Periodical: Vol. . No . Issue Date
Date of Publication: Registration Number:
(Month) (Day) (Year)

**3**
Title of Contribution:
Title of Periodical: Vol. . No.. Issue Date
Date of Publication: Registration Number.
(Month) (Day) (Year)

**4**
Title of Contribution:
Title of Periodical: Vol.. . No . Issue Date
Date of Publication: Registration Number..
(Month) (Day) (Year)

**5**
Title of Contribution:
Title of Periodical: Vol . No . . Issue Date
Date of Publication: Registration Number
(Month) (Day) (Year)

**6**
Title of Contribution:
Title of Periodical: Vol . No Issue Date
Date of Publication: Registration Number
(Month) (Day) (Year)

**7**
Title of Contribution:
Title of Periodical: Vol No Issue Date
Date of Publication: Registration Number.
(Month) (Day) (Year)

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account)
Name: **Marvel Entertainment Group, Inc.**
Account Number: **DA-059633**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: **Charles R. Brainard**
Address: **Kenyon & Kenyon, One Broadway**
**New York, New York 10004**
(City) (State) (ZIP)

**⑥ Fee and Correspondence**

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant    ☑ duly authorized agent of: **Marvel Entertainment Group, Inc.**
(Name of renewal claimant)
of the work identified in this application. and that the statements made by me in this application are correct to the best of my knowledge
Handwritten signature (X): _Lisa Massaro_
Typed or printed name: **Lisa Massaro**
Date: **11/19/90**

**⑦ Certification (Application must be signed)**

**MAIL CERTIFICATE TO**
**Charles R. Brainard**
**Kenyon & Kenyon, One Broadway**
**New York, New York 10004**
(City) (State) (ZIP code)

(Certificate will be mailed in window envelope)

**⑧ Address for Return of Certificate**

U.S. GOVERNMENT PRINTING OFFICE 1987—181-531 40,020

March 1987—25,000

134746

2021MARVEL-0006406

Page 3

# Certificate

**FORM B**

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America



| CLASS | REGISTRATION NO. |
|---|---|
| **B** B | 6037 |
| | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Register of Copyrights*
*United States of America*
ABRAHAM L. KAMINSTEIN

**1. Copyright Claimant(s) and Address(es):**

Name ... **VISTA PUBLICATIONS, INC.**

Address ... **655 Madison Ave., N.Y.C. 21**

Name

Address

**2. Title:** ... **STRANGE TALES**
                                                        (Title of periodical)

Vol. ... **1** ... No. ... **105** ... Date on copies ... **Feb. 1963**

**3. Citizenship of Author:**

Citizenship ... **USA**
                                        (Name of country)            Domiciled in U. S. A.    Yes ☐    No ☐

**4. Publication:**

(a) Date of Publication of This Issue:

... **11/8/62**

(b) Place of Publication of This Issue:

... **USA**
                                        (Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad:

(b) Process Used:

(c) Country of Manufacture:

*Complete all applicable spaces on next page*

2021MARVEL-0006407

**6. Deposit account:**

**7. Send correspondence to:** ,

Name _____     Address ____ MAGAZINE MANAGEMENT CO.

655 MADISON AVENUE

NEW YORK 21, N. Y.

**8. Send certificate to:**

(Type or print     Name     MAGAZINE MANAGEMENT CO.
name and address)
655 MADISON AVENUE

Address

NEW YORK 21, N. Y.

(City)          (Zone)          (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or

format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1958. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received | |
| NOV 15 1962 | |
| Two copies received | |
| NOV 15 1962 | |
| Fee received | |

RE    498-061

DO NOT WRITE ABOVE THIS LINE · FOR COPYRIGHT OFFICE USE ONLY

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See instructions)

1. Name    Marvel Entertainment Group, Inc.
   Address    387 Park Avenue South, New York, NY 10016
   Claiming as    Proprietor of copyright in a composite work made for hire

2. Name
   Address
   Claiming as

3. Name
   Address
   Claiming as

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

    STRANGE TALES

**RENEWABLE MATTER:**

    Entire work as originally copyrighted, including
    all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work:    STRANGE TALES

If a periodical or other serial give: Vol.    1    No.    106    Issue Date    March 1963

**AUTHOR(S) OF RENEWABLE MATTER:**

    Vista Publications, Inc.

**ORIGINAL REGISTRATION NUMBER** | **ORIGINAL COPYRIGHT CLAIMANT**

    Vista Publications, Inc.

**ORIGINAL DATE OF COPYRIGHT:**

MARVEL0001846

2021MARVEL-0006409



MARVEL0001847

2021MARVEL-0006410

DO NOT WRITE ABOVE THIS LINE   FOR COPYRIGHT OFFICE USE ONLY

RENEWAL CLAIMANT(S) ADDRESSES) AND STATEMENT OF CLAIM (See Instructions)

Name    Marvel Entertainment Group, Inc.
Address  387 Park Avenue South, New York, NY 10016
Claiming as  Proprietor of copyright in a composite work made for hire

Name
Address
Claiming as

Name
Address
Claiming as

TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:

STRANGE TALES

RENEWABLE MATTER:

Entire work as originally copyrighted, including
all portions thereof.

CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:

Title of periodical or composite work  STRANGE TALES
If a periodical or other serial give: Vol  1  No  107  Issue Date  April 1963

AUTHOR(S) OF RENEWABLE MATTER:

Vista Publications, Inc.

ORIGINAL REGISTRATION NUMBER:    ORIGINAL COPYRIGHT CLAIMANT:

Vista Publications, Inc.

DISTINCT DATE OF COPYRIGHT:

January 15, 1963

MARVEL0001848

2021MARVEL-0006411



MARVEL0001849

# CERTIFICATE OF RENEWAL REGISTRATION



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

**FORM RE**
UNITED STATES COPYRIGHT OFFICE

OFFICIAL SEAL

REGISTRATION NUMBER
RE . 559 166

EFFECTIVE DATE OF RENEWAL REGISTRATION
DEC 2 7 1991
(Month)     (Day)     (Year)

---

DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY

| **①** Renewal Claimant(s) | RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions) |
|---|---|
| | 1  Name **Marvel Entertainment Group, Inc.** <br> Address **387 Park Avenue South, New York, NY  10016** <br> Claiming as **Proprietor of copyright in a composite work made for hire** <br> (Use appropriate statement from Instructions) |
| | 2  Name ................................................ <br> Address ............................................... <br> Claiming as .......................................... <br> (Use appropriate statement from Instructions) |
| | 3  Name ................................................ <br> Address ............................................... <br> Claiming as .......................................... <br> (Use appropriate statement from Instructions) |

---

**②**

TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:

**STRANGE TALES**

RENEWABLE MATTER:

**Entire work as originally copyrighted, including all portions thereof.**

CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:

Title of periodical or composite work: **STRANGE TALES**

If a periodical or other serial, give: Vol. **1** No. **108** Issue Date **May 1963**

---

| **③** Author(s) | AUTHOR(S) OF RENEWABLE MATTER: <br><br> **VISTA PUBLICATIONS, INC.** |
|---|---|

---

| **④** Facts of Original Registration | ORIGINAL REGISTRATION NUMBER: <br> **B 22022** | ORIGINAL COPYRIGHT CLAIMANT: <br><br> **VISTA PUBLICATIONS, INC.** |
|---|---|---|
| | ORIGINAL DATE OF COPYRIGHT: ||
| | • If the original registration for this work was made in published form. give. <br> DATE OF PUBLICATION **Feb. 12, 1963** <br> (Month)   (Day)   (Year) | OR | • If the original registration for this work was made in unpublished form. give. <br> DATE OF REGISTRATION <br> (Month)   (Day)   (Year) |

MARVEL0001272

2021MARVEL-0006413

| | | EXAMINED BY | | RENEWAL APPLICATION RECEIVED: | | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|---|---|---|
| RE 559 166 | | CHECKED BY | | DEC. 27. 1991 | | |
| | | DEPOSIT ACCOUNT FUNDS USED: ☐ | | REMITTANCE NUMBER AND DATE: | | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**⑤** Renewal for Group of Works

| 1 | Title of Contribution: .................................................................... |
|---|---|
| | Title of Periodical: ........................... Vol. ........ No. ...... Issue Date ......... |
| | Date of Publication: .................. (Month) ....... (Day) ...... (Year) .... Registration Number: .................. |

| 2 | Title of Contribution: .................................................................... |
|---|---|
| | Title of Periodical: ........................... Vol. ........ No. ...... Issue Date ......... |
| | Date of Publication: .................. (Month) ....... (Day) ...... (Year) .... Registration Number: .................. |

| 3 | Title of Contribution: .................................................................... |
|---|---|
| | Title of Periodical: ........................... Vol. ........ No. ...... Issue Date ......... |
| | Date of Publication: .................. (Month) ....... (Day) ...... (Year) .... Registration Number: .................. |

| 4 | Title of Contribution: .................................................................... |
|---|---|
| | Title of Periodical: ........................... Vol. ........ No. ...... Issue Date ......... |
| | Date of Publication: .................. (Month) ....... (Day) ...... (Year) .... Registration Number: .................. |

| 5 | Title of Contribution: .................................................................... |
|---|---|
| | Title of Periodical: ........................... Vol. ........ No. ...... Issue Date ......... |
| | Date of Publication: .................. (Month) ....... (Day) ...... (Year) .... Registration Number: .................. |

| 6 | Title of Contribution: .................................................................... |
|---|---|
| | Title of Periodical: ........................... Vol. ........ No. ...... Issue Date ......... |
| | Date of Publication: .................. (Month) ....... (Day) ...... (Year) .... Registration Number: .................. |

| 7 | Title of Contribution: .................................................................... |
|---|---|
| | Title of Periodical: ........................... Vol. ........ No. ...... Issue Date ......... |
| | Date of Publication: .................. (Month) ....... (Day) ...... (Year) .... Registration Number: .................. |

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name Marvel Entertainment Group, Inc.

Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: Carol Platt, Marvel Ent. Group

Address: 387 Park Avenue South

New York (City)   NY (State)   10016 (ZIP)

**⑥** Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)

☐ renewal claimant   ☒ duly authorized agent of: Marvel Entertainment Group, Inc.
(Name of renewal claimant)

of the work identified in this application. and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) Carol G. Platt

Typed or printed name: Carol G. Platt

Date 12/23/91

**⑦** Certification (Application must be signed)

| | MAIL CERTIFICATE TO | **⑧** Address for Return of Certificate |
|---|---|---|

Marvel Entertainment Group, Inc.
(Name)

387 Park Avenue South
(Number, Street and Apartment Number)

New York, NY 10016
(City)   (State)   (ZIP code)

(Certificate will be mailed in window envelope)

U.S. GOVERNMENT PRINTING OFFICE 1978-261-022 1C

MARVEL0001273

2021MARVEL-0006414

# CERTIFICATE OF RENEWAL REGISTRATION



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

**FORM RE**
UNITED STATES COPYRIGHT OFFICE

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

| REGISTRATION NUMBER |
| --- |
| RE . 559 177 |

| EFFECTIVE DATE OF RENEWAL REGISTRATION |
| --- |
| DEC 2 7 1991 |
| (Month)     (Day)     (Year) |

---

DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY

**(1)**

**Renewal Claimant(s)**

RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions)

1
Name ... Marvel Entertainment Group, Inc. ...
Address ... 387 Park Avenue South, New York, NY  10016 ...
Claiming as ... Proprietor of copyright in a composite work made for hire ...
(Use appropriate statement from Instructions)

2
Name ...
Address ...
Claiming as ...
(Use appropriate statement from Instructions)

3
Name ...
Address ...
Claiming as ...
(Use appropriate statement from Instructions)

---

TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:

STRANGE TALES

RENEWABLE MATTER:

Entire work as originally copyrighted, including all portions thereof.

CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:

Title of periodical or composite work: ... STRANGE TALES ...

If a periodical or other serial, give: Vol ... 1 ...  No. ... 109 ...  Issue Date ... June 1963 ...

---

**(3)**

**Author(s)**

AUTHOR(S) OF RENEWABLE MATTER:

VISTA PUBLICATIONS, INC.

---

**(4)**

**Facts of Original Registration**

ORIGINAL REGISTRATION NUMBER:

B 28143

ORIGINAL COPYRIGHT CLAIMANT:

VISTA PUBLICATIONS, INC.

ORIGINAL DATE OF COPYRIGHT:

• If the original registration for this work was made in published form, give:

DATE OF PUBLICATION ... Mar. 12, 1963 ...
(Month)    (Day)    (Year)

OR

• If the original registration for this work was made in unpublished form, give:

DATE OF REGISTRATION ...
(Month)    (Day)    (Year)

MARVEL0001276

2021MARVEL-0006415

| RE · 559 177 | EXAMINED BY: ..... CHECKED BY: .......... DEPOSIT ACCOUNT FUNDS USED: ☐ | RENEWAL APPLICATION RECEIVED: DEC. 27. 1991 REMITTANCE NUMBER AND DATE: | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

| | **RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON). | **5** Renewal for Group of Works |
|---|---|---|

| 1 | Title of Contribution: .................................................... Title of Periodical: ........................ Vol ....... No ..... Issue Date ........... Date of Publication: .................................................... Registration Number: ....... (Month)     (Day)     (Year) |
|---|---|
| 2 | Title of Contribution: .................................................... Title of Periodical: ........................ Vol ....... No ..... Issue Date ........... Date of Publication: .................................................... Registration Number: ....... (Month)     (Day)     (Year) |
| 3 | Title of Contribution: .................................................... Title of Periodical: ........................ Vol ....... No ..... Issue Date ........... Date of Publication: .................................................... Registration Number: ....... (Month)     (Day)     (Year) |
| 4 | Title of Contribution: .................................................... Title of Periodical: ........................ Vol ....... No ..... Issue Date ........... Date of Publication: .................................................... Registration Number: ....... (Month)     (Day)     (Year) |
| 5 | Title of Contribution: .................................................... Title of Periodical: ........................ Vol ....... No ..... Issue Date ........... Date of Publication: .................................................... Registration Number: ....... (Month)     (Day)     (Year) |
| 6 | Title of Contribution: .................................................... Title of Periodical: ........................ Vol ....... No ..... Issue Date ........... Date of Publication: .................................................... Registration Number: ....... (Month)     (Day)     (Year) |
| 7 | Title of Contribution: .................................................... Title of Periodical: ........................ Vol ....... No ..... Issue Date ........... Date of Publication: .................................................... Registration Number: ....... (Month)     (Day)     (Year) |

| **DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.) Name: Marvel Entertainment Group, Inc. Account Number: DA-059633 | **CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.) Name: Carol Platt, Marvel Ent. Group Address: 387 Park Avenue South New York     NY     10016 (City)     (State)     (ZIP) | **6** Fee and Correspondence |
|---|---|---|

| **CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one) ☐ renewal claimant   ☒ duly authorized agent of: Marvel Entertainment Group, Inc. (Name of renewal claimant) of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge. Handwritten signature: (X) .......... Carol G. Platt Typed or printed name ...... Carol G. Platt ............ Date   12/23/91 | **7** Certification (Application must be signed) |
|---|---|

| **MAIL CERTIFICATE TO** Marvel Entertainment Group, Inc. (Name) 387 Park Avenue South (Number Street and Apartment Number) New York, NY 10016 (City)     (State)     (ZIP code) | (Certificate will be mailed in window envelope) | **8** Address for Return of Certificate |
|---|---|---|

U S GOVERNMENT PRINTING OFFICE 1978-261-022 1C

MARVEL0001277

2021MARVEL-0006416

# CERTIFICATE OF RENEWAL REGISTRATION



OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

## FORM RE
UNITED STATES COPYRIGHT OFFICE

| REGISTRATION NUMBER |
|---|
| RE 559 192 |

EFFECTIVE DATE OF RENEWAL REGISTRATION
DEC 27 1991
(Month)   (Day)   (Year)

**DO NOT WRITE ABOVE THIS LINE.   FOR COPYRIGHT OFFICE USE ONLY**

**(1) Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

1
Name  Marvel Entertainment Group, Inc.
Address  387 Park Avenue South, New York, NY  10016
Claiming as  Proprietor of copyright in a composite work made for hire
(Use appropriate statement from instructions)

2
Name
Address
Claiming as
(Use appropriate statement from instructions)

3
Name
Address
Claiming as
(Use appropriate statement from instructions)

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

STRANGE TALES

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work  STRANGE TALES
If a periodical or other serial, give  Vol  1  No  110  Issue Date  July 1963

**(3) Author(s)**

**AUTHOR(S) OF RENEWABLE MATTER:**

VISTA PUBLICATIONS, INC.

**(4) Facts of Original Registration**

**ORIGINAL REGISTRATION NUMBER:**
B 34036

**ORIGINAL COPYRIGHT CLAIMANT:**
VISTA PUBLICATIONS, INC.

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form, give

DATE OF PUBLICATION  Apr 9, 1963
(Month)  (Day)  (Year)

OR

• If the original registration for this work was made in unpublished form, give

DATE OF REGISTRATION
(Month)  (Day)  (Year)

2021MARVEL-0006417

RE  559 192

| EXAMINED BY | ☒ | RENEWAL APPLICATION RECEIVED: | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|
| CHECKED BY: | | DEC. 27. 1991 | |
| DEPOSIT ACCOUNT FUNDS USED: ☐ | | REMITTANCE NUMBER AND DATE: | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**5** Renewal for Group of Works

**1**
Title of Contribution: ..............................................................
Title of Periodical: ................................... Vol ...... No ...... Issue Date ......
Date of Publication: ......................... Registration Number ...........
   (Month)      (Day)      (Year)

**2**
Title of Contribution: ..............................................................
Title of Periodical: ................................... Vol ...... No ...... Issue Date ......
Date of Publication: ......................... Registration Number ...........
   (Month)      (Day)      (Year)

**3**
Title of Contribution: ..............................................................
Title of Periodical: ................................... Vol ...... No ...... Issue Date ......
Date of Publication: ......................... Registration Number ...........
   (Month)      (Day)      (Year)

**4**
Title of Contribution: ..............................................................
Title of Periodical: ................................... Vol ...... No ...... Issue Date ......
Date of Publication: ......................... Registration Number ...........
   (Month)      (Day)      (Year)

**5**
Title of Contribution: ..............................................................
Title of Periodical: ................................... Vol ...... No ...... Issue Date ......
Date of Publication: ......................... Registration Number ...........
   (Month)      (Day)      (Year)

**6**
Title of Contribution: ..............................................................
Title of Periodical: ................................... Vol ...... No ...... Issue Date ......
Date of Publication: ......................... Registration Number ...........
   (Month)      (Day)      (Year)

**7**
Title of Contribution: ..............................................................
Title of Periodical: ................................... Vol ...... No ...... Issue Date ......
Date of Publication: ......................... Registration Number ...........
   (Month)      (Day)      (Year)

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name **Marvel Entertainment Group, Inc.**
Account Number: **DA-059633**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name **Carol Platt, Marvel Ent. Group**
Address **387 Park Avenue South**
**New York      NY      10016**
      (City)      (State)      (Zip)

**6** Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the (Check one)
☐ renewal claimant   ☒ duly authorized agent of **Marvel Entertainment Group, Inc.**
                                    (Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature: (X) *Carol G. Platt*

Typed or printed name   **Carol G. Platt**

Date   **12/23/91**

**7** Certification (Application must be signed)

MAIL CERTIFICATE TO

**Marvel Entertainment Group, Inc.**
         (Name)
**387 Park Avenue South**
   (Number Street and Apartment Number)
**New York, NY  10016**
   (City)      (State)      (ZIP code)

(Certificate will be mailed in window envelope)

**8** Address for Return of Certificate

134751
2021MARVEL-0006418

**Page 3**

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

**FORM B**

CLASS    REGISTRATION NO.

**B**   B    34036

DO NOT WRITE HERE

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



ABRAHAM L. KAMINSTEIN

*Register of Copyrights*
*United States of America*



**1. Copyright Claimant(s) and Address(es):**

Name ........... **VISTA PUBLICATIONS, INC.** ----------------------------------------

Address ........... **655 Madison Ave., N.Y.C. 21** ----------------------------------

Name ----------------------------------------------------------------------------------

Address --------------------------------------------------------------------------------

**2. Title:** ........ **STRANGE TALES** --------------------------------------------------

(Title of periodical)

-------------------------------------------------------------------------------------

Vol. ............ **1** .. No. ........ **110** Date on copies ..... **July 1963** -----------------

**3. Citizenship of Author:**

Citizenship ...... **USA** ...........................................................    **Domiciled in U. S. A.**   Yes ☐ No ☐

(Name of country)

**4. Publication:**

   **(a) Date of Publication of This Issue:**

----- **4/9/63** ----------------------------------------------------------------------

   **(b) Place of Publication of This Issue:**

------ **USA** ----------------------------------------------------------------------------

(Name of country)

**5. Manufacture Outside United States:**

   **(a) Portion of the Manufacturing Done Abroad:** ---------------------------------

   **(b) Process Used:** ---------------------------------------------------------------

   **(c) Country of Manufacture:** ----------------------------------------------------

*Complete all applicable spaces on next page*

2021MARVEL-0006419

**6. Deposit account:**

**7. Send correspondence to:**

Name _____     Address ____ MAGAZINE MANAGEMENT CO.

655 MADISON AVENUE

NEW YORK 21, N. Y.

**8. Send certificate to:**

(Type or print name and address)     Name _____

MAGAZINE MANAGEMENT CO

655 M (Number and street) UE

Address _____

NEW YORK 21, N. Y.

(City)          (Zone)          (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as pub-lished with notice, an application on Form B, properly com-pleted and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registra-tion fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, ac-companied by the name of the copyright owner and the year date of publication. For example: © John Doe 1958. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received<br>APR 18 1963 | |
| Two copies received<br>APR 18 1963 | |
| Fee received | |

U. S. GOVERNMENT PRINTING OFFICE : 1957—O—430703          (Feb. 1958—250,000)          *Page 4*

134751

2021MARVEL-0006420

# CERTIFICATE OF RENEWAL REGISTRATION



**UNITED STATES COPYRIGHT OFFICE**

**THE LIBRARY OF CONGRESS**

OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

## FORM RE
UNITED STATES COPYRIGHT OFFICE

**REGISTRATION NUMBER**

RE 559 201

**EFFECTIVE DATE OF RENEWAL REGISTRATION**

DEC 2.7 1991
(Month)    (Day)    (Year)

---

DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY

**(1)** Renewal Claimant(s)

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

**1**
Name: **Marvel Entertainment Group, Inc.**
Address: **387 Park Avenue South, New York, NY 10016**
Claiming as: **Proprietor of copyright in a composite work made for hire**
(Use appropriate statement from instructions)

**2**
Name: ............
Address: ............
Claiming as: ............
(Use appropriate statement from instructions)

**3**
Name: ............
Address: ............
Claiming as: ............
(Use appropriate statement from instructions)

---

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

**STRANGE TALES**

**RENEWABLE MATTER:**

**Entire work as originally copyrighted, including all portions thereof.**

04721457 3

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work: **STRANGE TALES**
If a periodical or other serial give: Vol. **1**    No. **111**    Issue Date **August 1963**

---

**(3)** Author(s)

**AUTHOR(S) OF RENEWABLE MATTER:**

**VISTA PUBLICATIONS, INC.**

---

**(4)** Facts of Original Registration

**ORIGINAL REGISTRATION NUMBER:**
B 38264

**ORIGINAL COPYRIGHT CLAIMANT:**
**VISTA PUBLICATIONS, INC.**

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form, give.
DATE OF PUBLICATION **May 9, 1963**
(Month)  (Day)  (Year)

OR

• If the original registration for this work was made in unpublished form, give.
DATE OF REGISTRATION
(Month)  (Day)  (Year)

MARVEL0001284

2021MARVEL-0006421

| RE   559 201 | EXAMINED BY: | RENEWAL APPLICATION RECEIVED: | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|
|  | CHECKED BY: | DEC. 27. 1991 | |
|  | DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE: | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**⑤**
**Renewal for Group of Works**

**1**
Title of Contribution: ...........................................................................
Title of Periodical: ................................ Vol. ....... No. ....... Issue Date ........
Date of Publication: .................. (Month) .......... (Day) .......... (Year) ...... Registration Number: .......................

**2**
Title of Contribution: ...........................................................................
Title of Periodical: ................................ Vol. ....... No. ....... Issue Date ........
Date of Publication: .................. (Month) .......... (Day) .......... (Year) ...... Registration Number: .......................

**3**
Title of Contribution: ...........................................................................
Title of Periodical: ................................ Vol. ....... No. ....... Issue Date ........
Date of Publication: .................. (Month) .......... (Day) .......... (Year) ...... Registration Number: .......................

**4**
Title of Contribution: ...........................................................................
Title of Periodical: ................................ Vol. ....... No. ....... Issue Date ........
Date of Publication: .................. (Month) .......... (Day) .......... (Year) ...... Registration Number: .......................

**5**
Title of Contribution: ...........................................................................
Title of Periodical: ................................ Vol. ....... No. ....... Issue Date ........
Date of Publication: .................. (Month) .......... (Day) .......... (Year) ...... Registration Number: .......................

**6**
Title of Contribution: ...........................................................................
Title of Periodical: ................................ Vol. ....... No. ....... Issue Date ........
Date of Publication: .................. (Month) .......... (Day) .......... (Year) ...... Registration Number: .......................

**7**
Title of Contribution: ...........................................................................
Title of Periodical: ................................ Vol. ....... No. ....... Issue Date ........
Date of Publication: .................. (Month) .......... (Day) .......... (Year) ...... Registration Number: .......................

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)
Name: Marvel Entertainment Group, Inc.
Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: Carol Platt, Marvel Ent. Group
Address: 387 Park Avenue South
New York                    NY        10016
(City)              (State)          (ZIP)

**⑥**
**Fee and Correspondence**

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant    ☒ duly authorized agent of: Marvel Entertainment Group, Inc.
(Name of renewal claimant)
of the work identified in this application. and that the statements made by me in this application are correct to the best of my knowledge.
Handwritten signature: (X) _Carol G. Platt_
Typed or printed name: Carol G. Platt
Date: 12/23/91

**⑦**
**Certification** (Application must be signed)

**MAIL CERTIFICATE TO**

Marvel Entertainment Group, Inc.
(Name)
387 Park Avenue South
(Number Street and Apartment Number)
New York, NY 10016
(City)        (State)        (ZIP code)

(Certificate will be mailed in window envelope)

**⑧**
**Address for Return of Certificate**

U.S. GOVERNMENT PRINTING OFFICE 1978—261-022  1C

# CERTIFICATE OF RENEWAL REGISTRATION



**OFFICIAL SEAL**

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

## FORM RE
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

RE  559 209

EFFECTIVE DATE OF RENEWAL REGISTRATION
DEC 2 7 1991
(Month)    (Day)    (Year)

---

**DO NOT WRITE ABOVE THIS LINE.   FOR COPYRIGHT OFFICE USE ONLY**

**① Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions)**

1
Name  Marvel Entertainment Group, Inc.
Address  387 Park Avenue South, New York, NY  10016
Claiming as  Proprietor of copyright in a composite work made for hire
(Use appropriate statement from instructions)

2
Name ...........
Address ...........
Claiming as ...........
(Use appropriate statement from instructions)

3
Name ...........
Address ...........
Claiming as ...........
(Use appropriate statement from instructions)

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

STRANGE TALES

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**
Title of periodical or composite work:  STRANGE TALES
If a periodical or other serial give: Vol. .......1.......... No. ....112.......... Issue Date ......... September 1963.........

**③ Author(s)**

**AUTHOR(S) OF RENEWABLE MATTER:**

VISTA PUBLICATIONS, INC.

**④ Facts of Original Registration**

**ORIGINAL REGISTRATION NUMBER:**
B 45565

**ORIGINAL COPYRIGHT CLAIMANT:**
VISTA PUBLICATIONS, INC.

**ORIGINAL DATE OF COPYRIGHT:**
* If the original registration for this work was made in published form.
give
DATE OF PUBLICATION  June 11, 1963
(Month)    (Day)    (Year)

OR

* If the original registration for this work was made in unpublished form.
give
DATE OF REGISTRATION
(Month)    (Day)    (Year)

MARVEL0001288

2021MARVEL-0006423

| | |
|---|---|
| RE · 559 209 | EXAMINED BY ... / RENEWAL APPLICATION RECEIVED: |
| | CHECKED BY: ......... DEC. 27. 1991 |
| | DEPOSIT ACCOUNT FUNDS USED: ☐ REMITTANCE NUMBER AND DATE: |

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**5** Renewal for Group of Works

**1**
Title of Contribution: ......................................................................
Title of Periodical: ................................. Vol. ....... No. ....... Issue Date ................
Date of Publication: ...............................  Registration Number: ..............................
(Month)   (Day)   (Year)

**2**
Title of Contribution: ......................................................................
Title of Periodical: ................................. Vol. ....... No. ....... Issue Date ................
Date of Publication: ...............................  Registration Number: ..............................
(Month)   (Day)   (Year)

**3**
Title of Contribution: ......................................................................
Title of Periodical: ................................. Vol. ....... No. ....... Issue Date ................
Date of Publication: ...............................  Registration Number: ..............................
(Month)   (Day)   (Year)

**4**
Title of Contribution: ......................................................................
Title of Periodical: ................................. Vol. ....... No. ....... Issue Date ................
Date of Publication: ...............................  Registration Number: ..............................
(Month)   (Day)   (Year)

**5**
Title of Contribution: ......................................................................
Title of Periodical: ................................. Vol. ....... No. ....... Issue Date ................
Date of Publication: ...............................  Registration Number: ..............................
(Month)   (Day)   (Year)

**6**
Title of Contribution: ......................................................................
Title of Periodical: ................................. Vol. ....... No. ....... Issue Date ................
Date of Publication: ...............................  Registration Number: ..............................
(Month)   (Day)   (Year)

**7**
Title of Contribution: ......................................................................
Title of Periodical: ................................. Vol. ....... No. ....... Issue Date ................
Date of Publication: ...............................  Registration Number: ..............................
(Month)   (Day)   (Year)

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name Marvel Entertainment Group, Inc.
Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name Carol Platt, Marvel Ent. Group
Address 387 Park Avenue South
New York      NY      10016
(City)      (State)      (ZIP)

**6** Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant    ☒ duly authorized agent of: Marvel Entertainment Group, Inc.
(Name of renewal claimant)

of the work identified in this application. and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) _Carol G. Platt_
Typed or printed name ... Carol G. Platt
Date    12/23/91

**7** Certification (Application must be signed)

**MAIL CERTIFICATE TO**

Marvel Entertainment Group, Inc.
(Name)
387 Park Avenue South
(Number, Street and Apartment Number)
New York, NY 10016
(City)    (State)    (ZIP code)

(Certificate will be mailed in window envelope)

**8** Address for Return of Certificate

U.S. GOVERNMENT PRINTING OFFICE 1978—761-022 10

# CERTIFICATE OF RENEWAL REGISTRATION



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

**FORM RE**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER
RE    559 225

EFFECTIVE DATE OF RENEWAL REGISTRATION
DEC 27 1991
(Month)    (Day)    (Year)

---

DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY

**(1) Renewal Claimant(s)**

RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions)

1
Name **Marvel Entertainment Group, Inc.**
Address **387 Park Avenue South, New York, NY  10016**
Claiming as **Proprietor of copyright in a composite work made for hire**
(Use appropriate statement from instructions)

2
Name .................
Address .................
Claiming as .................
(Use appropriate statement from instructions)

3
Name .................
Address .................
Claiming as .................
(Use appropriate statement from instructions)

TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:

**STRANGE TALES**

RENEWABLE MATTER:

**Entire work as originally copyrighted, including all portions thereof.**

CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:

Title of periodical or composite work: **STRANGE TALES**

If a periodical or other serial give: Vol **1** No. **113** Issue Date **October 1963**

**(3) Author(s)**

AUTHOR(S) OF RENEWABLE MATTER:

**VISTA PUBLICATIONS, INC.**

**(4) Facts of Original Registration**

ORIGINAL REGISTRATION NUMBER:
**B 51854**

ORIGINAL COPYRIGHT CLAIMANT:
**VISTA PUBLICATIONS, INC.**

ORIGINAL DATE OF COPYRIGHT:

* If the original registration for this work was made in published form, give: **July 9, 1963**
DATE OF PUBLICATION (Month) (Day) (Year)

OR

* If the original registration for this work was made in unpublished form, give:
DATE OF REGISTRATION (Month) (Day) (Year)

MARVEL0001292

2021MARVEL-0006425

| | |
|---|---|
| RE   559 225 | EXAMINED BY: ........  CHECKED BY: .........  DEPOSIT ACCOUNT FUNDS USED: ☐ | RENEWAL APPLICATION RECEIVED: DEC. 27. 1991  REMITTANCE NUMBER AND DATE: | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**⑤** Renewal for Group of Works

**1**
Title of Contribution: ....................................................
Title of Periodical: ...................... Vol. ...... No. ...... Issue Date ..........
Date of Publication: ...................... Registration Number: ..........
(Month)   (Day)   (Year)

**2**
Title of Contribution: ....................................................
Title of Periodical: ...................... Vol. ...... No. ...... Issue Date ..........
Date of Publication: ...................... Registration Number: ..........
(Month)   (Day)   (Year)

**3**
Title of Contribution: ....................................................
Title of Periodical: ...................... Vol. ...... No. ...... Issue Date ..........
Date of Publication: ...................... Registration Number: ..........
(Month)   (Day)   (Year)

**4**
Title of Contribution: ....................................................
Title of Periodical: ...................... Vol. ...... No. ...... Issue Date ..........
Date of Publication: ...................... Registration Number: ..........
(Month)   (Day)   (Year)

**5**
Title of Contribution: ....................................................
Title of Periodical: ...................... Vol. ...... No. ...... Issue Date ..........
Date of Publication: ...................... Registration Number: ..........
(Month)   (Day)   (Year)

**6**
Title of Contribution: ....................................................
Title of Periodical: ...................... Vol. ...... No. ...... Issue Date ..........
Date of Publication: ...................... Registration Number: ..........
(Month)   (Day)   (Year)

**7**
Title of Contribution: ....................................................
Title of Periodical: ...................... Vol. ...... No. ...... Issue Date ..........
Date of Publication: ...................... Registration Number: ..........
(Month)   (Day)   (Year)

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name Marvel Entertainment Group, Inc.
Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: Carol Platt, Marvel Ent. Group
Address: 387 Park Avenue South
New York        NY        10016
(City)        (State)        (ZIP)

**⑥** Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant   ☒ duly authorized agent of: Marvel Entertainment Group, Inc.
(Name of renewal claimant)
of the work identified in this application. and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) ........ Carol G. Platt
Typed or printed name: ........ Carol G. Platt
Date   12/23/91

**⑦** Certification (Application must be signed)

**MAIL CERTIFICATE TO**

Marvel Entertainment Group, Inc.
(Name)
387 Park Avenue South
(Number, Street and Apartment Number)
New York, NY 10016
(City)   (State)   (ZIP code)

(Certificate will be mailed in window envelope)

**⑧** Address for Return of Certificate

U S GOVERNMENT PRINTING OFFICE 1978-761-022-1C

MARVEL0001293

2021MARVEL-0006426

# CERTIFICATE OF RENEWAL REGISTRATION



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

**FORM RE**
UNITED STATES COPYRIGHT OFFICE

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

| REGISTRATION NUMBER |
| --- |
| RE 559 236 |

| EFFECTIVE DATE OF RENEWAL REGISTRATION |
| --- |
| DEC 27 1991 |
| (Month)     (Day)     (Year) |

---

DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY

**①**
**Renewal Claimant(s)**

RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions)

1
Name **Marvel Entertainment Group, Inc.**
Address **387 Park Avenue South, New York, NY 10016**
Claiming as **Proprietor of copyright in a composite work made for hire**
(Use appropriate statement from instructions)

2
Name.........
Address.........
Claiming as.........
(Use appropriate statement from instructions)

3
Name.........
Address.........
Claiming as.........
(Use appropriate statement from instructions)

---

TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:

**STRANGE TALES**

RENEWABLE MATTER:

**Entire work as originally copyrighted, including all portions thereof.**

CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:

Title of periodical or composite work: **STRANGE TALES**

If a periodical or other serial give: Vol **1** No. **114** Issue Date **November 1963**

**③**
**Author(s)**

AUTHOR(S) OF RENEWABLE MATTER:

**VISTA PUBLICATIONS, INC.**

---

**④**
**Facts of Original Registration**

ORIGINAL REGISTRATION NUMBER:

**B 57888**

ORIGINAL COPYRIGHT CLAIMANT:

**VISTA PUBLICATIONS, INC.**

ORIGINAL DATE OF COPYRIGHT:
• If the original registration for this work was made in published form.
give **August 8, 1963**
DATE OF PUBLICATION     (Month) (Day) (Year)

OR

• If the original registration for this work was made in unpublished form.
give
DATE OF REGISTRATION     (Month) (Day) (Year)

MARVEL0001296

2021MARVEL-0006427

| RE 559 236 | EXAMINED BY | RENEWAL APPLICATION RECEIVED: | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|
| | CHECKED BY | DEC. 27. 1991 | |
| | DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE: | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

⑤ Renewal for Group of Works

**1**
Title of Contribution: ....................................................
Title of Periodical: ....................... Vol. ...... No. ...... Issue Date ...........
Date of Publication: ................................ Registration Number: .............
(Month)  (Day)  (Year)

**2**
Title of Contribution: ....................................................
Title of Periodical: ....................... Vol. ...... No. ...... Issue Date ...........
Date of Publication: ................................ Registration Number: .............
(Month)  (Day)  (Year)

**3**
Title of Contribution: ....................................................
Title of Periodical: ....................... Vol. ...... No. ...... Issue Date ...........
Date of Publication: ................................ Registration Number: .............
(Month)  (Day)  (Year)

**4**
Title of Contribution: ....................................................
Title of Periodical: ....................... Vol. ...... No. ...... Issue Date ...........
Date of Publication: ................................ Registration Number: .............
(Month)  (Day)  (Year)

**5**
Title of Contribution: ....................................................
Title of Periodical: ....................... Vol. ...... No. ...... Issue Date ...........
Date of Publication: ................................ Registration Number: .............
(Month)  (Day)  (Year)

**6**
Title of Contribution: ....................................................
Title of Periodical: ....................... Vol. ...... No. ...... Issue Date ...........
Date of Publication: ................................ Registration Number: .............
(Month)  (Day)  (Year)

**7**
Title of Contribution: ....................................................
Title of Periodical: ....................... Vol. ...... No. ...... Issue Date ...........
Date of Publication: ................................ Registration Number: .............
(Month)  (Day)  (Year)

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: Marvel Entertainment Group, Inc.
Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: Carol Platt, Marvel Ent. Group
Address: 387 Park Avenue South
New York          NY          10016
(City)          (State)          (ZIP)

⑥ Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant  ☒ duly authorized agent of: Marvel Entertainment Group, Inc.
(Name of renewal claimant)
of the work identified in this application. and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) ...........
Typed or printed name: Carol G. Platt
Date 12/23/91

⑦ Certification (Application must be signed)

**MAIL CERTIFICATE TO**

Marvel Entertainment Group, Inc.
(Name)
387 Park Avenue South
(Number Street and Apartment Number)
New York, NY 10016
(City)  (State)  (ZIP CODE)

(Certificate will be mailed in window envelope)

⑧ Address for Return of Certificate

U.S. GOVERNMENT PRINTING OFFICE 1978-261-022 1C

MARVEL0001297

2021MARVEL-0006428

# CERTIFICATE OF RENEWAL REGISTRATION



OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
United States of America

**FORM RE**
. UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

RE    559 249

EFFECTIVE DATE OF RENEWAL REGISTRATION

DEC 2 7 1991
(Month)    (Day)    (Year)

DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY

**(1) Renewal Claimant(s)**

RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions)

1 Name. **Marvel Entertainment Group, Inc.**
Address **387 Park Avenue South, New York, NY 10016**
Claiming as **Proprietor of copyright in a composite work made for hire**
(Use appropriate statement from Instructions)

2 Name.
Address
Claiming as
(Use appropriate statement from Instructions)

3 Name.
Address
Claiming as
(Use appropriate statement from Instructions)

**(2)** TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:

**STRANGE TALES**

RENEWABLE MATTER:

**Entire work as originally copyrighted, including all portions thereof.**

CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:

Title of periodical or composite work. **STRANGE TALES**
If a periodical or other serial, give: Vol. **1** No. **115** Issue Date **December 1963**

**(3) Author(s)**

AUTHOR(S) OF RENEWABLE MATTER:

**VISTA PUBLICATIONS, INC.**

**(4) Facts of Original Registration**

ORIGINAL REGISTRATION NUMBER:    ORIGINAL COPYRIGHT CLAIMANT:

**B 66036**    **VISTA PUBLICATIONS, INC.**

ORIGINAL DATE OF COPYRIGHT:

• If the original registration for this work was made in published form.
give **September 10, 1963**
DATE OF PUBLICATION    Month    Day    Year

OR

• If the original registration for this work was made in unpublished form.
give
DATE OF REGISTRATION    Month    Day    Year

MARVEL0001300

2021MARVEL-0006429

| RE    559 249 | EXAMINED BY |  | RENEWAL APPLICATION RECEIVED: | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|---|
| | CHECKED BY: | | DEC. 27. 1991 | |
| | DEPOSIT ACCOUNT FUNDS USED: ☐ | | REMITTANCE NUMBER AND DATE: | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**⑤ Renewal for Group of Works**

**1**
Title of Contribution: ................................................
Title of Periodical: .................... Vol .......... No ...... Issue Date ............
Date of Publication: ................................................
(Month)       (Day)       (Year)       Registration Number: ..........

**2**
Title of Contribution: ................................................
Title of Periodical: .................... Vol .......... No ...... Issue Date ............
Date of Publication: ................................................
(Month)       (Day)       (Year)       Registration Number: ..........

**3**
Title of Contribution: ................................................
Title of Periodical: .................... Vol .......... No .: ...... Issue Date ............
Date of Publication: ................................................
(Month)       (Day)       (Year)       Registration Number: ..........

**4**
Title of Contribution: ................................................
Title of Periodical: .................... Vol .......... No ...... Issue Date ............
Date of Publication: ................................................
(Month)       (Day)       (Year)       Registration Number: ..........

**5**
Title of Contribution: ................................................
Title of Periodical: .................... Vol .......... No ...... Issue Date ............
Date of Publication: ................................................
(Month)       (Day)       (Year)       Registration Number: ..........

**6**
Title of Contribution: ................................................
Title of Periodical: .................... Vol .......... No ...... Issue Date ............
Date of Publication: ................................................
(Month)       (Day)       (Year)       Registration Number: ..........

**7**
Title of Contribution: ................................................
Title of Periodical: .................... Vol .......... No ...... Issue Date ............
Date of Publication: ................................................
(Month)       (Day)       (Year)       Registration Number: ..........

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: Marvel Entertainment Group, Inc.
Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: Carol Platt, Marvel Ent. Group
Address: 387 Park Avenue South
New York       NY       10016
(City)       (State)       (ZIP)

**⑥ Fee and Correspondence**

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant  ☒ duly authorized agent of: Marvel Entertainment Group, Inc.
(Name of renewal claimant)
of the work identified in this application. and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X): _Carol G. Platt_
Typed or printed name: Carol G. Platt
Date: 12/23/91

**⑦ Certification (Application must be signed)**

**MAIL CERTIFICATE TO**

Marvel Entertainment Group, Inc.
(Name)
387 Park Avenue South
(Number, Street and Apartment Number)
New York, NY 10016
(City)       (State)       (ZIP code)

(Certificate will be mailed in window envelope)

**⑧ Address for Return of Certificate**

U.S. GOVERNMENT PRINTING OFFICE: 1978 - 261-022  1C

MARVEL0001301

2021MARVEL-0006430

# CERTIFICATE OF RENEWAL REGISTRATION



UNITED STATES COPYRIGHT OFFICE
THE LIBRARY OF CONGRESS
OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records

REGISTER OF COPYRIGHTS
*United States of America*

## FORM RE
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER
**RE 559 250**

EFFECTIVE DATE OF RENEWAL REGISTRATION
**DEC 27 1991**
(Month)   (Day)   (Year)

---

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**(1)** Renewal Claimant(s)

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

**1**
Name  **Marvel Entertainment Group, Inc.**
Address  **387 Park Avenue South, New York, NY  10016**
Claiming as  **Proprietor of copyright in a composite work made for hire**
(Use appropriate statement from instructions)

**2**
Name
Address
Claiming as
(Use appropriate statement from instructions)

**3**
Name
Address
Claiming as
(Use appropriate statement from instructions)

---

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

**STRANGE TALES**

**RENEWABLE MATTER:**

**Entire work as originally copyrighted, including all portions thereof.**

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**
Title of periodical or composite work  **STRANGE TALES**
If a periodical or other serial give  Vol **1**   No **116**   Issue Date **January 1964**

---

**(3)** Author(s)

**AUTHOR(S) OF RENEWABLE MATTER:**

**VISTA PUBLICATIONS, INC.**

---

**(4)** Facts of Original Registration

**ORIGINAL REGISTRATION NUMBER:**
**B 66782**

**ORIGINAL COPYRIGHT CLAIMANT:**
**VISTA PUBLICATIONS, INC.**

**ORIGINAL DATE OF COPYRIGHT:**
• If the original registration for this work was made in published form.
give **October 8, 1963**
DATE OF PUBLICATION   Month   Day   Year
OR
• If the original registration for this work was made in unpublished form.
give
DATE OF REGISTRATION   Month   Day   Year

2021MARVEL-0006431

| RE | 559 250 | EXAMINED BY: | RENEWAL APPLICATION RECEIVED: | FOR |
|---|---|---|---|---|
| | | CHECKED BY: | DEC. 27, 1991 | COPYRIGHT |
| | | DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE: | OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**(5)** Renewal for Group of Works

**1**
Title of Contribution: ....................................................................
Title of Periodical: .......................................... Vol. ....... No. ...... Issue Date ......
Date of Publication: ........................................... Registration Number .........
(Month)        (Day)        (Year)

**2**
Title of Contribution: ....................................................................
Title of Periodical: .......................................... Vol. ....... No. ...... Issue Date ......
Date of Publication: ........................................... Registration Number .........
(Month)        (Day)        (Year)

**3**
Title of Contribution: ....................................................................
Title of Periodical: .......................................... Vol. ....... No. ...... Issue Date ......
Date of Publication: ........................................... Registration Number .........
(Month)        (Day)        (Year)

**4**
Title of Contribution: ....................................................................
Title of Periodical: .......................................... Vol. ....... No. ...... Issue Date ......
Date of Publication: ........................................... Registration Number .........
(Month)        (Day)        (Year)

**5**
Title of Contribution: ....................................................................
Title of Periodical: .......................................... Vol. ....... No. ...... Issue Date ......
Date of Publication: ........................................... Registration Number .........
(Month)        (Day)        (Year)

**6**
Title of Contribution: ....................................................................
Title of Periodical: .......................................... Vol. ....... No. ...... Issue Date ......
Date of Publication: ........................................... Registration Number .........
(Month)        (Day)        (Year)

**7**
Title of Contribution: ....................................................................
Title of Periodical: .......................................... Vol. ....... No. ...... Issue Date ......
Date of Publication: ........................................... Registration Number .........
(Month)        (Day)        (Year)

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name Marvel Entertainment Group, Inc.
Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name Carol Platt, Marvel Ent. Group
Address 387 Park Avenue South
New York          NY          10016
(City)        (State)        (ZIP)

**(6)** Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the (Check one)
☐ renewal claimant  ☒ duly authorized agent of Marvel Entertainment Group, Inc.
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) *Carol G. Platt*
Typed or printed name  Carol G. Platt
Date  12/23/91

**(7)** Certification (Application must be signed)

MAIL CERTIFICATE TO

Marvel Entertainment Group, Inc.
(Name)
387 Park Avenue South
(Number Street and Apartment Number)
New York, NY 10016
(City)        (State)        (ZIP code)

(Certificate will be mailed in window envelope)

**(8)** Address for Return of Certificate

134757
2021MARVEL-0006432

Steve Ditko

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America



**FORM B**

| CLASS | REGISTRATION NO. |
|---|---|
| **B** | B   66782 |
| | DO NOT WRITE HERE |

**This is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



ABRAHAM L. KAMINSTEIN
*Register of Copyrights*
*United States of America*

**1. Copyright Claimant(s) and Address(es):**

Name .... **VISTA PUBLICATIONS, INC.** ----------------------------

Address .. **855 Madison Ave., N.Y.C. 21** ----------------------------

Name ----------------------------

Address ----------------------------

**2. Title: STRANGE TALES** ----------------------------
(Title of periodical)

----------------------------

Vol. ---- **1** ---- No. ----**116**-- Date on copies ---- **Jan. 1964** ----------------------------

**3. Citizenship of Author:**

Citizenship ---- **USA** ---------------------------- Domiciled in U. S. A.   Yes ☐   No ☐
(Name of country)

**4. Publication:**

   **(a) Date of Publication of This Issue:**

   **10/8/63**

   **(b) Place of Publication of This Issue:**

   **USA**
   (Name of country)

**5. Manufacture Outside United States:**

   **(a) Portion of the Manufacturing Done Abroad:** ----------------------------

   **(b) Process Used:** ----------------------------

   **(c) Country of Manufacture:** ----------------------------

*Complete all applicable spaces on next page*



2021MARVEL-0006433

Steve Ditko

**6. Deposit account:**

**7. Send correspondence to:**

Name _____  Address _____

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

**8. Send certificate to:**

(Type or print
name and address)

Name _____

Address _____

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

(City)                    (Zone)                    (State)

## Information concerning copyright in **periodicals**

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or

format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1958. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

---

**NOTE:** It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

---

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received OCT 11 1963 | |
| Two copies received OCT 11 1963 | |
| Fee received | |

2021MARVEL-0006434

# CERTIFICATE OF RENEWAL REGISTRATION



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.



**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL



## FORM RE
UNITED STATES COPYRIGHT OFFICE

**REGISTRATION NUMBER**

RE    559 311

**EFFECTIVE DATE OF RENEWAL REGISTRATION**

DEC 2 7 1991
(Month) (Day) (Year)

---

**DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY**

**(1) Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

| 1 | Name **Marvel Entertainment Group, Inc.** <br> Address **387 Park Avenue South, New York, NY 10016** <br> Claiming as **Proprietor of copyright in a composite work made for hire** <br> (Use appropriate statement from instructions) |
|---|---|
| 2 | Name <br> Address <br> Claiming as <br> (Use appropriate statement from instructions) |
| 3 | Name <br> Address <br> Claiming as <br> (Use appropriate statement from instructions) |

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

STRANGE TALES

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work **STRANGE TALES**

If a periodical or other serial, give  Vol **1**    No **117**    Issue Date **february 1964**

**(3) Author(s)**

**AUTHOR(S) OF RENEWABLE MATTER:**

VISTA PUBLICATIONS, INC.

**(4) Facts of Original Registration**

| ORIGINAL REGISTRATION NUMBER: | ORIGINAL COPYRIGHT CLAIMANT: |
|---|---|
| B 72341 | VISTA PUBLICATIONS, INC. |

**ORIGINAL DATE OF COPYRIGHT:**

* If the original registration for this work was made in published form, give **November 12, 1963**
DATE OF PUBLICATION    Month    Day    Year

OR

* If the original registration for this work was made in unpublished form, give
DATE OF REGISTRATION    Month    Day    Year

04721542

| EXAMINED BY | RENEWAL APPLICATION RECEIVED: | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|
| CHECKED BY | DEC. 27. 1991 | |
| DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE | |

RE   559 311

---

## DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**⑤** Renewal for Group of Works

**1**
- Title of Contribution: .........................................................................
- Title of Periodical: ........................ Vol........ No...... Issue Date .........
- Date of Publication: ................................ Registration Number...........
  - (Month) (Day) (Year)

**2**
- Title of Contribution: .........................................................................
- Title of Periodical: ........................ Vol........ No...... Issue Date .........
- Date of Publication: ................................ Registration Number...........
  - (Month) (Day) (Year)

**3**
- Title of Contribution: .........................................................................
- Title of Periodical: ........................ Vol........ No...... Issue Date .........
- Date of Publication: ................................ Registration Number...........
  - (Month) (Day) (Year)

**4**
- Title of Contribution: .........................................................................
- Title of Periodical: ........................ Vol........ No...... Issue Date .........
- Date of Publication: ................................ Registration Number...........
  - (Month) (Day) (Year)

**5**
- Title of Contribution: .........................................................................
- Title of Periodical: ........................ Vol........ No...... Issue Date .........
- Date of Publication: ................................ Registration Number...........
  - (Month) (Day) (Year)

**6**
- Title of Contribution: .........................................................................
- Title of Periodical: ........................ Vol........ No...... Issue Date .........
- Date of Publication: ................................ Registration Number...........
  - (Month) (Day) (Year)

**7**
- Title of Contribution: .........................................................................
- Title of Periodical: ........................ Vol........ No...... Issue Date .........
- Date of Publication: ................................ Registration Number...........
  - (Month) (Day) (Year)

---

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name **Marvel Entertainment Group, Inc.**
Account Number: **DA-059633**

**CORRESPONDENCE: (Give name** and address to which correspondence about this application should be sent.)

Name **Carol Platt, Marvel Ent. Group**
(Name of prior claimant)
Address **387 Park Avenue South**
**New York          NY          10016**
(City)        (State)        (ZIP)

**⑥** Fee and Correspondence

---

**CERTIFICATION:** I, the undersigned, hereby certify that I am the (Check one)
☐ renewal claimant    ☒ duly authorized agent of **Marvel Entertainment Group, Inc.**
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature (X): *Carol G. Platt*

Typed or printed name    **Carol G. Platt**
Date    **12/23/91**

**⑦** Certification (Application must be signed)

---

**MAIL CERTIFICATE TO**

Marvel Entertainment Group, Inc.
(Name)
387 Park Avenue South
(Number, Street and Apartment Number)
New York, NY    10016
(City)        (State)        (ZIP code)

(Certificate will be mailed in window envelope)

**⑧** Address for Return of Certificate

U S GOVERNMENT PRINTING OFFICE 1978-261-027 IC

134758

2021MARVEL-0006436

Page 3

# Certificate
## Registration of a Claim to Copyright
### in a periodical manufactured in the United States of America

**FORM B**

| CLASS | REGISTRATION NO. |
|---|---|
| **B** B | 72341 |

DO NOT WRITE HERE

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



ABRAHAM L. KAMINSTEIN
*Register of Copyrights
United States of America*

NOT VALID WITHOUT COPYRIGHT OFFICE IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name ____ VISTA PUBLICATIONS, INC. _____

Address ___ 655 Madison Ave., N.Y.C. 21 _____

Name _____

Address _____

**2. Title:** __ STRANGE TALES _____
(Title of periodical)

_____

Vol. ____ 1 _____    No. _____ 117 __    Date on copies ____ Feb. 1964 _____

**3. Citizenship of Author:**

Citizenship USA _____ Domiciled in U. S. A.    Yes ☐    No ☐
(Name of country)

**4. Publication:**

(a) Date of Publication of This Issue:

_____ 11/12/63 _____

(b) Place of Publication of This Issue:

_____ USA _____
(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: _____

(b) Process Used: _____

(c) Country of Manufacture: _____

*Complete all applicable spaces on next page*

2021MARVEL-0006437

Steve Ditko

6. **Deposit account:**

7. **Send correspondence to:**

Name _____    Address _____

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

8. **Send certificate to:**

(Type or print    Name
name and address)

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE

Address

NEW YORK 21, N. Y.

(City)        (Zone)        (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or

format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1958. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY |
|---|

Application received
NOV 12 1963

Two copies received
NOV 12 1963

Fee received

U. S. GOVERNMENT PRINTING OFFICE : 1957—O-430703        (Feb. 1958—250,000)        *Page 4*

134758

2021MARVEL-0006438

# CERTIFICATE OF RENEWAL REGISTRATION



OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

## FORM RE
UNITED STATES COPYRIGHT OFFICE

| REGISTRATION NUMBER |
|---|
| RE 559 323 |

EFFECTIVE DATE OF RENEWAL REGISTRATION
DEC 2 7 1991
(Month) (Day) (Year)

---

**DO NOT WRITE ABOVE THIS LINE.  FOR COPYRIGHT OFFICE USE ONLY**

**(1) Renewal Claimant(s)**

RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See instructions)

1.  Name **Marvel Entertainment Group, Inc.**
    Address **387 Park Avenue South, New York, NY  10016**
    Claiming as **Proprietor of copyright in a composite work made for hire**
    (Use appropriate statement from instructions)

2.  Name
    Address
    Claiming as
    (Use appropriate statement from instructions)

3.  Name
    Address
    Claiming as
    (Use appropriate statement from instructions)

---

TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:

**STRANGE TALES**

RENEWABLE MATTER:

**Entire work as originally copyrighted, including all portions thereof.**

CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:

Title of periodical or composite work **STRANGE TALES**

If a periodical or other serial, give  Vol **1**  No **118**  Issue Date **March 1964**

*(barcode: 047215532)*

**(3) Author(s)**

AUTHOR(S) OF RENEWABLE MATTER:

**VISTA PUBLICATIONS, INC.**

---

**(4) Facts of Original Registration**

| ORIGINAL REGISTRATION NUMBER: | ORIGINAL COPYRIGHT CLAIMANT: |
|---|---|
| B 79628 | VISTA PUBLICATIONS, INC. |

ORIGINAL DATE OF COPYRIGHT:

• If the original registration for this work was made in published form, give

DATE OF PUBLICATION **Dec** (Month) **9** (Day) **1963** (Year)

OR

• If the original registration for this work was made in unpublished form, give

DATE OF REGISTRATION (Month) (Day) (Year)

2021MARVEL-0006439

| RE    559 323 | EXAMINED BY ///<br>CHECKED BY | RENEWAL APPLICATION RECEIVED<br>DEC. 27 1991 | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |
|---|---|---|---|
| | DEPOSIT ACCOUNT<br>FUNDS USED ☐ | REMITTANCE NUMBER AND DATE | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON)

**⑤** Renewal for Group of Works

**1**
Title of Contribution: .....................................................
Title of Periodical: ..................................... Vol ...... No ..... Issue Date .....
Date of Publication: ..................... Registration Number: .....
(Month)    (Day)    (Year)

**2**
Title of Contribution: .....................................................
Title of Periodical: ..................................... Vol ...... No ..... Issue Date .....
Date of Publication: ..................... Registration Number .....
(Month)    (Day)    (Year)

**3**
Title of Contribution: .....................................................
Title of Periodical: ..................................... Vol ...... No ..... Issue Date .....
Date of Publication: ..................... Registration Number .....
(Month)    (Day)    (Year)

**4**
Title of Contribution: .....................................................
Title of Periodical: ..................................... Vol ...... No ..... Issue Date .....
Date of Publication: ..................... Registration Number .....
(Month)    (Day)    (Year)

**5**
Title of Contribution: .....................................................
Title of Periodical: ..................................... Vol ...... No ..... Issue Date .....
Date of Publication: ..................... Registration Number .....
(Month)    (Day)    (Year)

**6**
Title of Contribution: .....................................................
Title of Periodical: ..................................... Vol ...... No ..... Issue Date .....
Date of Publication: ..................... Registration Number: .....
(Month)    (Day)    (Year)

**7**
Title of Contribution: .....................................................
Title of Periodical: ..................................... Vol ...... No ..... Issue Date .....
Date of Publication: ..................... Registration Number .....
(Month)    (Day)    (Year)

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name **Marvel Entertainment Group, Inc.**
Account Number     **DA-059633**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name **Carol Platt, Marvel Ent. Group**
Address **387 Park Avenue South**
**New York**       **NY**       **10016**
(City)       (State)       (ZIP)

**⑥** Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the (Check one)
☐ renewal claimant   ☒ duly authorized agent of **Marvel Entertainment Group, Inc.**
(Name of renewal claimant)
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature (X)  *Carol G. Platt*

Typed or printed name     **Carol G. Platt**

Date     **12/23/91**

**⑦** Certification (Application must be signed)

**Marvel Entertainment Group, Inc.**
(Name)
**387 Park Avenue South**
(Number  Street and Apartment Number)
**New York, NY  10016**
(City)       (State)       (ZIP code)

**MAIL CERTIFICATE TO**
(Certificate will be mailed in window envelope)

**⑧** Address for Return of Certificate

134759
2021MARVEL-0006440

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

**FORM B**

CLASS | REGISTRATION NO.
**B** | B | 79628
DO NOT WRITE HERE

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



ABRAHAM L. KAMINSTEIN

*Register of Copyrights*
*United States of America*

NOT VALID WITHOUT
COPYRIGHT OFFICE
IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name ----- **VISTA PUBLICATIONS, INC.** -------------------------------------------------

Address --- **655 Madison Ave., N.Y.C. 21** -------------------------------------------

Name -----------------------------------------------------------------------------------

Address ---------------------------------------------------------------------------------

**2. Title:** **STRANGE TALES** -------------------------------------------
                                              (Title of periodical)

--------------------------------------------------------------------------------------

Vol. ------ **1** ------- No. ------ **118** --- Date on copies --- **Mar. 1968 1964** ----------------------

**3. Citizenship of Author:**

Citizenship **USA** -------------------------------------------------------- Domiciled in U. S. A. Yes ☐ No ☐
                                        (Name of country)

**4. Publication:**

   **(a) Date of Publication of This Issue:**

---------- **12/9/63** ------------------------------------------------------------------

   **(b) Place of Publication of This Issue:**

---------- **USA** -----------------------------------------------------------------------
                                        (Name of country)

**5. Manufacture Outside United States:**

   **(a) Portion of the Manufacturing Done Abroad:** -------------------------------------------

   **(b) Process Used:** -----------------------------------------------------------------------

   **(c) Country of Manufacture:** -------------------------------------------------------------

*Complete all applicable spaces on next page*

2021MARVEL-0006441

**6. Deposit account:**

**7. Send correspondence to:**

Name ............................................   Address ............   MAGAZINE MANAGEMENT CO.

655 MADISON AVENUE

NEW YORK 21, N. Y.

**8. Send certificate to:**

(Type or print
name and address)

Name ............   MAGAZINE MANAGEMENT CO.

655 MADISON AVENUE

Address ............   NEW YORK 21, N. Y.

(City)          (Zone)          (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or

format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1958. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

---

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

---

| | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|
| Application received | |
| DEC 23 1963 | |
| Two copies received | |
| DEC 23 1963 | |
| Fee received | |

134759

2021MARVEL-0006442

# CERTIFICATE OF RENEWAL REGISTRATION



OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

*REGISTER OF COPYRIGHTS*
*United States of America*

## FORM RE
UNITED STATES COPYRIGHT OFFICE

**REGISTRATION NUMBER**

RE   559 327

**EFFECTIVE DATE OF RENEWAL REGISTRATION**

DEC 2 7 1991
(Month)  (Day)  (Year)

---

DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY

**(1) Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions)**

1
Name  Marvel Entertainment Group, Inc.
Address  387 Park Avenue South, New York, NY  10016
Claiming as  Proprietor of copyright in a composite work made for hire
(Use appropriate statement from instructions)

2
Name
Address
Claiming as
(Use appropriate statement from instructions)

3
Name
Address
Claiming as
(Use appropriate statement from instructions)

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

STRANGE TALES



**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.



**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work  STRANGE TALES

If a periodical or other serial, give  Vol  1    No. 119    Issue Date April 1964

**(3) Author(s)**

**AUTHOR(S) OF RENEWABLE MATTER:**

VISTA PUBLICATIONS, INC.

**(4) Facts of Original Registration**

**ORIGINAL REGISTRATION NUMBER:**

B 86103

**ORIGINAL COPYRIGHT CLAIMANT:**

VISTA PUBLICATIONS, INC.

**ORIGINAL DATE OF COPYRIGHT:**

* If the original registration for this work was made in published form, give
January 10, 1964
DATE OF PUBLICATION  (in notice: 1963)
(Month)  (Day)  (Year)

OR

* If the original registration for this work was made in unpublished form, give
DATE OF REGISTRATION
(Month)  (Day)  (Year)



2021MARVEL-0006443

| RE 559 327 | EXAMINED BY | RENEWAL APPLICATION RECEIVED | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|
| | CHECKED BY | DEC. 27. 1991 | |
| | DEPOSIT ACCOUNT FUNDS USED ☐ | REMITTANCE NUMBER AND DATE | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**⑤** Renewal for Group of Works

1. Title of Contribution: ........................
   Title of Periodical: ........................ Vol. ...... No. ...... Issue Date ................
   Date of Publication: .......(Month)......(Day)......(Year)...... Registration Number ................

2. Title of Contribution: ........................
   Title of Periodical: ........................ Vol. ...... No. ...... Issue Date ................
   Date of Publication: .......(Month)......(Day)......(Year)...... Registration Number ................

3. Title of Contribution: ........................
   Title of Periodical: ........................ Vol. ...... No. ...... Issue Date ................
   Date of Publication: .......(Month)......(Day)......(Year)...... Registration Number ................

4. Title of Contribution: ........................
   Title of Periodical: ........................ Vol. ...... No. ...... Issue Date ................
   Date of Publication: .......(Month)......(Day)......(Year)...... Registration Number ................

5. Title of Contribution: ........................
   Title of Periodical: ........................ Vol. ...... No. ...... Issue Date ................
   Date of Publication: .......(Month)......(Day)......(Year)...... Registration Number ................

6. Title of Contribution: ........................
   Title of Periodical: ........................ Vol. ...... No. ...... Issue Date ................
   Date of Publication: .......(Month)......(Day)......(Year)...... Registration Number ................

7. Title of Contribution: ........................
   Title of Periodical: ........................ Vol. ...... No. ...... Issue Date ................
   Date of Publication: .......(Month)......(Day)......(Year)...... Registration Number ................

**⑥** Fee and Correspondence

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name **Marvel Entertainment Group, Inc.**
Account Number: **DA-059633**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name **Carol Platt, Marvel Ent. Group**
Address **387 Park Avenue South**
**New York** (City) **NY** (State) **10016** (ZIP)

**⑦** Certification (Application must be signed)

**CERTIFICATION:** I, the undersigned, hereby certify that I am the (Check one)
☐ renewal claimant ☒ duly authorized agent of **Marvel Entertainment Group, Inc.**
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Carol G. Platt*
Typed or printed name **Carol G. Platt**
Date **12/23/91**

**⑧** Address for Return of Certificate

MAIL CERTIFICATE TO

(Certificate will be mailed in window envelope)

**Marvel Entertainment Group, Inc.**
(Name)
**387 Park Avenue South**
(Number, Street and Apartment Number)
**New York, NY 10016**
(City) (State) (ZIP code)

U.S. GOVERNMENT PRINTING OFFICE 1978–761·022 1C

134760
2021MARVEL-0006444

Steve Ditko

Page 3

**FORM B**

# Certificate
## Registration of a Claim to Copyright
### in a periodical manufactured in the United States of America

| CLASS | REGISTRATION NO. |
|---|---|
| **B** | B    86103 |
| | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



*Register of Copyrights*
*United States of America*



NOT VALID WITHOUT
COPYRIGHT OFFICE
IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name __M VISTA PUBLICATIONS, INC.__

Address __655 Madison Ave., N.Y.C. 10021__

Name _____

Address _____

**2. Title:** __STRANGE TALES__

(Title of periodical)

Vol. __1__   No. __119__   Date on copies __Apr. 1964__

**3. Citizenship of Author:**

Citizenship __USA__

(Name of country)

Domiciled in U. S. A.   Yes ☐   No ☐

**4. Publication:**

(a) Date of Publication of This Issue:

__1/10/64__ *

(b) Place of Publication of This Issue:

__USA__

(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: _____

(b) Process Used: _____

(c) Country of Manufacture: _____

*Complete all applicable spaces on next page*

Steve Ditko

**6. Deposit account:**

---

**7. Send correspondence to:**

Name _____

**8. Send certificate to:**

(Type or print
name and address)

Address _____  MAGAZINE MANAGEMENT CO.
                  655 MADISON AVENUE
                  NEW YORK 21, N. Y.

Name _____  MAGAZINE MANAGEMENT CO.

Address _____  655 MADISON AVENUE
                  (Number and street)
                  NEW YORK 21, N. Y.

        (City)          (Zone)          (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1958. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

---

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

---

| | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|
| Application received<br>JAN 20 1964 | * in notice: 1963 |
| Two copies received<br>JAN 20 1964 | |
| Fee received | |

U. S. GOVERNMENT PRINTING OFFICE : 1857—O—430703    (Feb. 1958—250,000)    *Page 4*

134760
2021MARVEL-0006446

# CERTIFICATE OF RENEWAL REGISTRATION

## FORM RE
UNITED STATES COPYRIGHT OFFICE



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

**REGISTRATION NUMBER**

RE   599 630

**EFFECTIVE DATE OF RENEWAL REGISTRATION**

DEC 1 5 1992

(Month)   (Day)   (Year)

---

**DO NOT WRITE ABOVE THIS LINE.   FOR COPYRIGHT OFFICE USE ONLY**

---

**① Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

1
Name   Marvel Entertainment Group, Inc.
Address   387 Park Avenue South, New York, NY 10016
Claiming as   Proprietor of copyright in a composite work made for hire
(Use appropriate statement from instructions)

2
Name
Address
Claiming as
(Use appropriate statement from instructions)

3
Name
Address
Claiming as
(Use appropriate statement from instructions)

---

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

STRANGE TALES

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.



05458 2307

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work   STRANGE TALES

If a periodical or other serial, give   Vol   1   No.   120   Issue Date   MAY 1964

---

**③ Author(s)**

**AUTHOR(S) OF RENEWABLE MATTER:**

VISTA PUBLICATIONS, INC.

---

**④ Facts of Original Registration**



**ORIGINAL REGISTRATION NUMBER:**

B 93261

**ORIGINAL COPYRIGHT CLAIMANT:**

VISTA PUBLICATIONS, INC.

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form, give
DATE OF PUBLICATION   FEBRUARY 11 1964
(Month)   (Day)   (Year)

OR

• If the original registration for this work was made in unpublished form, give
DATE OF REGISTRATION
(Month)   (Day)   (Year)

2021MARVEL-0006447

| RE 599 630 | EXAMINED BY | RENEWAL APPLICATION RECEIVED | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|
| | CHECKED BY | DEC. 15. 1992 | |
| | DEPOSIT ACCOUNT FUNDS USED ☐ | REMITTANCE NUMBER AND DATE | |

## DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON)

**1**
Title of Contribution:
Title of Periodical: Vol. No. Issue Date
Date of Publication: (Month) (Day) (Year) Registration Number

**2**
Title of Contribution:
Title of Periodical: Vol. No Issue Date
Date of Publication: (Month) (Day) (Year) Registration Number

**3**
Title of Contribution:
Title of Periodical: Vol. No. Issue Date
Date of Publication: (Month) (Day) (Year) Registration Number

**4**
Title of Contribution:
Title of Periodical: Vol. No. Issue Date
Date of Publication: (Month) (Day) (Year) Registration Number

**5**
Title of Contribution:
Title of Periodical: Vol. No. Issue Date
Date of Publication: (Month) (Day) (Year) Registration Number

**6**
Title of Contribution:
Title of Periodical: Vol. No Issue Date
Date of Publication: (Month) (Day) (Year) Registration Number

**7**
Title of Contribution:
Title of Periodical: Vol. No. Issue Date
Date of Publication: (Month) (Day) (Year) Registration Number

**⑤ Renewal for Group of Works**

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account)

Name **Marvel Entertainment Group, Inc.**
Account Number **DA-059633**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name **Carol Platt, Marvel Ent. Group**
Address **387 Park Avenue South**
**New York** (City) **NY** (State) **10016** (ZIP)

**⑥ Fee and Correspondence**

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant   ☒ duly authorized agent of **Marvel Entertainment Group, Inc.**
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature: (X) _Carol Platt_

Typed or printed name: **Carol G. Platt**       Date

**⑦ Certification (Application must be signed)**

**Marvel Entertainment Group, Inc.**
(Name)
**387 Park Avenue South**
(Number Street and Apartment Number)
**New York, NY 10016**
(City) (State) (ZIP code)

**MAIL CERTIFICATE TO**

(Certificate will be mailed in window envelope)

**⑧ Address for Return of Certificate**

134761
2021MARVEL-0006448

Steve Ditko

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

FORM B

| CLASS | REGISTRATION NO. |
|-------|------------------|
| **B** | **B** ~~DO NOT WRITE HERE~~ **93261** |



**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*~~~~~ A. L. Kaminstein*

*Register of Copyrights*
*United States of America*



**1. Copyright Claimant(s) and Address(es):**

Name ...... **VISTA PUBLICATIONS, INC.**

Address ...... **855 Madison Ave., N.Y.C. 10021**

Name ......

Address ......

**2. Title:** .. **STRANGE TALES**

(Title of periodical)

Vol. ...... **1** ...... No. ...... **120** ... Date on copies ...... **May 1964**

**3. Citizenship of Author:**

Citizenship ...... **USA** ......   (Name of country)   Domiciled in U S A   Yes ☑ No ☐

**4. Publication:**

(a) Date of Publication of This Issue:

...... ~~Reply~~ **2/11/64**

(b) Place of Publication of This Issue:

...... **USA** ......   (Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: ......

(b) Process Used: ......

(c) Country of Manufacture: ......

*Complete all applicable spaces on next page*



2021MARVEL-0006449

**6. Deposit account:**

**7. Send correspondence to:**

Name _____    Address _____ MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

**8. Send certificate to:**

(Type or print name and address)

Name ___ MAGAZINE MANAGEMENT CO.

Address ___ 655 MADISON AVENUE

NEW YORK 21 N. Y.
(Number and Street)

_____ (City) _____ (Zone) _____ (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|
| Application received FEB 13 1964 | |
| Two copies received FEB 13 1964 | |
| Fee received | |

134761
2021MARVEL-0006450

# CERTIFICATE OF RENEWAL REGISTRATION

**FORM RE**

UNITED STATES COPYRIGHT OFFICE



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

**REGISTER OF COPYRIGHTS**
*United States of America*

REGISTRATION NUMBER

RE    599 650

EFFECTIVE DATE OF RENEWAL REGISTRATION

DEC 1 5 1992
(Month)        (Day)        (Year)

OFFICIAL SEAL

---

DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY

**1 Renewal Claimant(s)** — RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions)

**1**
Name: Marvel Entertainment Group, Inc.
Address: 387 Park Avenue South, New York, NY  10016
Claiming as: Proprietor of copyright in a composite work made for hire
(Use appropriate statement from instructions)

**2**
Name
Address
Claiming as
(Use appropriate statement from instructions)

**3**
Name
Address
Claiming as
(Use appropriate statement from instructions)

---

**2**

TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:

STRANGE TALES

RENEWABLE MATTER:

Entire work as originally copyrighted, including all portions thereof.

CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:

Title of periodical or composite work: STRANGE TALES

If a periodical or other serial, give  Vol. 1    No. 121    Issue Date  JUNE 1964

**3 Author(s)**

AUTHOR(S) OF RENEWABLE MATTER:

VISTA PUBLICATIONS, INC.

---

**4 Facts of Original Registration**

ORIGINAL REGISTRATION NUMBER:
B 96828

ORIGINAL COPYRIGHT CLAIMANT:
VISTA PUBLICATIONS, INC.

ORIGINAL DATE OF COPYRIGHT:
• If the original registration for this work was made in published form, give
DATE OF PUBLICATION  MARCH 10 1964
(Month)    (Day)    (Year)

OR

• If the original registration for this work was made in unpublished form, give
DATE OF REGISTRATION
(Month)    (Day)    (Year)

2021MARVEL-0006451

| RE    599 650 | EXAMINED BY ___ | RENEWAL APPLICATION RECEIVED | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|
| | CHECKED BY ___ | DEC. 15. 1992 | |
| | DEPOSIT ACCOUNT FUNDS USED ☐ | REMITTANCE NUMBER AND DATE. | |

## DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON)

**⑤ Renewal for Group of Works**

**1**
Title of Contribution: 
Title of Periodical: ........................ Vol... No... Issue Date
Date of Publication: (Month) (Day) (Year)    Registration Number: ...

**2**
Title of Contribution:
Title of Periodical: ........................ Vol... No... Issue Date
Date of Publication: (Month) (Day) (Year)    Registration Number: ...

**3**
Title of Contribution:
Title of Periodical: ........................ Vol... No... Issue Date
Date of Publication: (Month) (Day) (Year)    Registration Number: ...

**4**
Title of Contribution:
Title of Periodical: ........................ Vol... No... Issue Date
Date of Publication: (Month) (Day) (Year)    Registration Number: ...

**5**
Title of Contribution:
Title of Periodical: ........................ Vol... No... Issue Date
Date of Publication: (Month) (Day) (Year)    Registration Number: ...

**6**
Title of Contribution:
Title of Periodical: ........................ Vol... No... Issue Date
Date of Publication: (Month) (Day) (Year)    Registration Number: ...

**7**
Title of Contribution:
Title of Periodical: ........................ Vol... No... Issue Date
Date of Publication: (Month) (Day) (Year)    Registration Number: ...

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name **Marvel Entertainment Group, Inc.**
Account Number: **DA-059633**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name **Carol Platt, Marvel Ent. Group**
Address **387 Park Avenue South**
**New York** (City) **NY** (State) **10016** (ZIP)

**⑥ Fee and Correspondence**

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant    ☒ duly authorized agent of **Marvel Entertainment Group, Inc.**
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Carol Platt*
Typed or printed name    **Carol G. Platt**
Date ___

**⑦ Certification** (Application must be signed)

**MAIL CERTIFICATE TO**

Marvel Entertainment Group, Inc.
(Name)
387 Park Avenue South
(Number, Street and Apartment Number)
New York, NY  10016
(City) (State) (ZIP code)

(Certificate will be mailed in window envelope)

**⑧ Address for Return of Certificate**

U S GOVERNMENT PRINTING OFFICE 1978-261-022-10

134762

2021MARVEL-0006452

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

**FORM B**

| CLASS | REGISTRATION NO. |
|-------|------------------|
| **B** | B  96828 |
|       | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



*Register of Copyrights*
*United States of America*

**1. Copyright Claimant(s) and Address(es):**

Name ..... VISTA PUBLICATIONS, INC.

Address ..... 655 Madison Ave., N.Y.C. 10021

Name .....

Address .....

**2. Title:** STRANGE TALES

(Title of periodical)

Vol. ..... 1 ..... No. ..... 121 ..... Date on copies ..... June 1964

**3. Citizenship of Author:**

Citizenship ..... USA

(Name of country)    Domiciled in U. S. A.   Yes ☐   No ☐

**4. Publication:**

(a) Date of Publication of This Issue:

..... 3/10/64

(b) Place of Publication of This Issue:

..... USA

(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: .....

(b) Process Used: .....

(c) Country of Manufacture: .....

*Complete all applicable spaces on next page*

2021MARVEL-0006453

Steve Ditko

6. **Deposit account:**

7. **Send correspondence to:**

Name _____    Address ____ MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

8. **Send certificate to:**

(Type or
print          Name
name and
address)     Address

MAGAZINE MANAGEMENT CO.

655 MADISON AVENUE
(Number and street)

NEW YORK 21, N. Y.

(City)                    (Zone)                    (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or

format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

**NOTE:** It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received<br>MAR 16 1964 | |
| Two copies received<br>MAR 16 1964 | |
| Fee received | |

U. S. GOVERNMENT PRINTING OFFICE : 1962 O—636650

(July 1962—40,000)

*Page 4*

134762

2021MARVEL-0006454

# FORM RE

# CERTIFICATE OF RENEWAL REGISTRATION

UNITED STATES COPYRIGHT OFFICE



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

| REGISTRATION NUMBER |
| --- |
| RE 599 652 |

**EFFECTIVE DATE OF RENEWAL REGISTRATION**
DEC 1 5 1992
(Month) (Day) (Year)

---

**DO NOT WRITE ABOVE THIS LINE.   FOR COPYRIGHT OFFICE USE ONLY**

## (1) Renewal Claimant(s)

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

1
Name **Marvel Entertainment Group, Inc.**
Address **387 Park Avenue South, New York, NY  10016**
Claiming as **Proprietor of copyright in a composite work made for hire**
(Use appropriate statement from instructions)

2
Name
Address
Claiming as
(Use appropriate statement from instructions)

3
Name
Address
Claiming as
(Use appropriate statement from instructions)

## (2)

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

STRANGE TALES

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work  **STRANGE TALES**

If a periodical or other serial, give  Vol. **1**  No. **122**  Issue Date **JULY 1964**

## (3) Author(s)

**AUTHOR(S) OF RENEWABLE MATTER:**

VISTA PUBLICATIONS, INC.

## (4) Facts of Original Registration

**ORIGINAL REGISTRATION NUMBER:**

B 102931

**ORIGINAL COPYRIGHT CLAIMANT:**

VISTA PUBLICATIONS, INC.

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form, give
DATE OF PUBLICATION **APRIL 9 1964**
(Month) (Day) (Year)

OR

• If the original registration for this work was made in unpublished form, give
DATE OF REGISTRATION
(Month) (Day) (Year)

2021MARVEL-0006455

RE    599 652

| EXAMINED BY | KAS | RENEWAL APPLICATION RECEIVED |
|---|---|---|
| CHECKED BY | | DEC 15 1992 |
| DEPOSIT ACCOUNT FUNDS USED ☐ | | REMITTANCE NUMBER AND DATE |

FOR COPYRIGHT OFFICE USE ONLY

---

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions). give full information about each contribution. If more space is needed. request continuation sheet (Form RE/CON)

**⑤ Renewal for Group of Works**

**1**
Title of Contribution:
Title of Periodical:                    Vol.    No.    Issue Date
Date of Publication:    (Month)    (Day)    (Year)    Registration Number:

**2**
Title of Contribution:
Title of Periodical:                    Vol.    No.    Issue Date
Date of Publication:    (Month)    (Day)    (Year)    Registration Number:

**3**
Title of Contribution:
Title of Periodical:                    Vol.    No.    Issue Date
Date of Publication:    (Month)    (Day)    (Year)    Registration Number:

**4**
Title of Contribution:
Title of Periodical:                    Vol.    No.    Issue Date
Date of Publication:    (Month)    (Day)    (Year)    Registration Number:

**5**
Title of Contribution:
Title of Periodical:                    Vol.    No.    Issue Date
Date of Publication:    (Month)    (Day)    (Year)    Registration Number:

**6**
Title of Contribution:
Title of Periodical:                    Vol.    No.    Issue Date
Date of Publication:    (Month)    (Day)    (Year)    Registration Number:

**7**
Title of Contribution:
Title of Periodical:                    Vol.    No.    Issue Date
Date of Publication:    (Month)    (Day)    (Year)    Registration Number:

---

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office. give name and number of Account.)

Name Marvel Entertainment Group, Inc.
Account Number:    DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: Carol Platt, Marvel Ent. Group
Address: 387 Park Avenue South
New York    NY    10016
(City)    (State)    (ZIP)

**⑥ Fee and Correspondence**

---

**CERTIFICATION:** I. the undersigned. hereby certify that I am the: (Check one)
☐ renewal claimant    ☒ duly authorized agent of: Marvel Entertainment Group, Inc.
(Name of Renewal claimant)
of the work identified in this application. and that the statements made by me in this application are correct to the best of my knowledge.

☞ Handwritten signature: (X)    *Carol Platt*

Typed or printed name    **Carol G. Platt**
Date

**⑦ Certification (Application must be signed)**

---

MAIL CERTIFICATE TO

Marvel Entertainment Group, Inc.
(Name)
387 Park Avenue South
(Number Street and Apartment Number)
New York, NY  10016
(City)    (State)    (ZIP code)

(Certificate will be mailed in window envelope)

**⑧ Address for Return of Certificate**

---

U S GOVERNMENT PRINTING OFFICE 1978—261-022·10

134763
2021MARVEL-0006456

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America



**FORM B**

| CLASS | REGISTRATION NO. |
|-------|------------------|
| **B** | B 102931 |
| | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*William L. Kaminstein*
REGISTER OF COPYRIGHT
United States of America



NOT VALID WITHOUT
COPYRIGHT OFFICE
IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name ... **VISTA PUBLICATIONS, INC.**

Address **655 Madison Ave., N.Y.C. 10021**

Name ..........

Address ..........

**2. Title:** **STRANGE TALES**

(Title of periodical)

Vol. ....**1**.... No. ....**122**.... Date on copies ....**July 1964**....

**3. Citizenship of Author:**

Citizenship ....**USA**....        Domiciled in U. S. A.  Yes ☐  No ☐
(Name of country)

**4. Publication:**

(a) **Date of Publication of This Issue:**

....**4/3/64**....

(b) **Place of Publication of This Issue:**

....**USA**....
(Name of country)

**5. Manufacture Outside United States:**

(a) **Portion of the Manufacturing Done Abroad:** ..........

(b) **Process Used:** ..........

(c) **Country of Manufacture:** ..........

*Complete all applicable spaces on next page*

2021MARVEL-0006457

Steve Ditko

**6. Deposit account:**

**7. Send correspondence to:**

Name _____   Address

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

**8. Send certificate to:**

(Type or
print
name and
address)



Name

Address

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
(Number and street)
NEW YORK 21, N. Y.

(City)        (Zone)        (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|
| Application received<br>APR 13 1964 | |
| Two copies received APR 13 1964 | |
| Fee received | |

U.S. GOVERNMENT PRINTING OFFICE : 1962 O—636650

(July 1962—40,000)

*Page 4*

134763
2021MARVEL-0006458

# CERTIFICATE OF RENEWAL REGISTRATION

**FORM RE**

UNITED STATES COPYRIGHT OFFICE



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

| REGISTRATION NUMBER |
| --- |
| RE   599 664 |

| EFFECTIVE DATE OF RENEWAL REGISTRATION |
| --- |
| DEC 1 5 1992 |
| (Month)    (Day)    (Year) |

---

**DO NOT WRITE ABOVE THIS LINE.   FOR COPYRIGHT OFFICE USE ONLY**

**①**
**Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

1  Name  **Marvel Entertainment Group, Inc.**
   Address  **387 Park Avenue South, New York, NY  10016**
   Claiming as  **Proprietor of copyright in a composite work made for hire**
   *(Use appropriate statement from instructions)*

2  Name
   Address
   Claiming as
   *(Use appropriate statement from instructions)*

3  Name
   Address
   Claiming as
   *(Use appropriate statement from instructions)*

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

**STRANGE TALES**

**RENEWABLE MATTER:**

**Entire work as originally copyrighted, including all portions thereof.**

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work  **STRANGE TALES**

If a periodical or other serial, give  Vol.  **1**    No.  **123**    Issue Date  **AUGUST 1964**

**③**
**Author(s)**

**AUTHOR(S) OF RENEWABLE MATTER:**

**VISTA PUBLICATIONS, INC.**

**④**
**Facts of Original Registration**

| ORIGINAL REGISTRATION NUMBER: | ORIGINAL COPYRIGHT CLAIMANT: |
| --- | --- |
| B 112132 | VISTA PUBLICATIONS, INC. |

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form.
give  **MAY 12 1964**
DATE OF PUBLICATION        (Month)  (Day)  (Year)

OR

• If the original registration for this work was made in unpublished form.
give
DATE OF REGISTRATION        (Month)  (Day)  (Year)

2021MARVEL-0006459

| RE 599 664 | EXAMINED BY XMP<br>CHECKED BY | RENEWAL APPLICATION RECEIVED<br>DEC. 15. 1992 | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |
|---|---|---|---|
| | DEPOSIT ACCOUNT<br>FUNDS USED ☐ | REMITTANCE NUMBER AND DATE | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions). give full information about each contribution. If more space is needed. request continuation sheet (Form RE/CON)

**5** Renewal for Group of Works

| 1 | Title of Contribution: |
|---|---|
| | Title of Periodical: ........ Vol. .... No. .... Issue Date .... |
| | Date of Publication: ...... **(Month)   (Day)   (Year)** Registration Number .... |

| 2 | Title of Contribution: |
|---|---|
| | Title of Periodical: ........ **Vol.** .... **No.** .... Issue Date |
| | Date of Publication: ...... **(Month)   (Day)   (Year)** **Registration Number** . |

| 3 | Title of Contribution: ...... |
|---|---|
| | Title of Periodical: ........ **Vol.** .... **No.** ........ **Issue Date** .... |
| | Date of Publication: ...... **(Month)   (Day)   (Year)** **Registration Number** .... |

| 4 | Title of Contribution: ...... |
|---|---|
| | Title of Periodical: ........ Vol. .... No. .... **Issue Date** .... |
| | Date of Publication: ...... **(Month)   (Day)   (Year)** Registration Number: .... |

| 5 | Title of Contribution: ...... |
|---|---|
| | Title of Periodical: ........ Vol. .... No. .... **Issue Date** |
| | Date of Publication: ...... **(Month)   (Day)   (Year)** Registration Number .... |

| 6 | Title of Contribution: |
|---|---|
| | Title of Periodical: ........ Vol. .... No. .... **Issue Date** .. . |
| | Date of Publication: ...... **(Month)   (Day)   (Year)** Registration Number .... |

| 7 | Title of Contribution: |
|---|---|
| | Title of Periodical: ........ Vol. .... No. .... Issue Date .... |
| | Date of Publication: ...... **(Month)   (Day)   (Year)** Registration Number: .... |

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office. give name and number of Account.)

Name **Marvel Entertainment Group, Inc.**
Account Number: **DA-059633**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name **Carol Platt, Marvel Ent. Group**
Address **387 Park Avenue South**
**New York**     **NY**     **10016**
(City)     (State)     (ZIP)

**6** Fee and Correspondence

**CERTIFICATION:** I. the undersigned, hereby certify that I am the (Check one)
☐ renewal claimant   ☒ duly authorized agent of **Marvel Entertainment Group, Inc.**
(Name of renewal claimant)
of the work identified in this application. and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)   Carol Platt

Typed or printed name   **Carol G. Platt**

Date ___

**7** Certification (Application must be signed)

| Marvel Entertainment Group, Inc.<br>(Name)<br>387 Park Avenue South<br>(Number Street and Apartment Number)<br>New York, NY 10016<br>(City)     (State)     (ZIP code) | **MAIL CERTIFICATE TO**<br><br>(Certificate will be mailed in window envelope) | **8** Address for Return of Certificate |
|---|---|---|

U S GOVERNMENT PRINTING OFFICE 1978—261-022-10

134764
2021MARVEL-0006460

Steve Ditko

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



*Register of Copyrights*
*United States of America*

**FORM B**

| CLASS | REGISTRATION NO. |
|-------|------------------|
| **B** | B  112132 |
| | DO NOT WRITE HERE |



NOT VALID WITHOUT
COPYRIGHT OFFICE
IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name ...... **Vista Publications, Inc.**

Address ...... **655 Madison Ave., N.Y.C.  10021**

Name ......

Address ......

**2. Title:** ...... **STRANGE TALES**

(Title of periodical)

Vol. ...... **1** ...... No. **123** ...... Date on copies ...... **August 1964**

**3. Citizenship of Author:**

Citizenship ...... **U.S.A.** ...... Domiciled in U. S. A.  Yes ☐  No ☐
(Name of country)

**4. Publication:**

(a) Date of Publication of This Issue:

...... **5/12/84** ......

(b) Place of Publication of This Issue:

...... **U.S.A.** ......
(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: ......

(b) Process Used: ......

(c) Country of Manufacture: ......

*Complete all applicable spaces on next page*

2021MARVEL-0006461

Steve Ditko

**6. Deposit account:**

**7. Send correspondence to:**

Name _____  Address _____ MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

**8. Send certificate to:**

(Type or print name and address)

Name _____
MAGAZINE MANAGEMENT CO.
Address _____
655 MADISON AVENUE
(Number and street)
NEW YORK 21, N. Y.

(City)         (Zone)         (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

**FOR COPYRIGHT OFFICE USE ONLY**

Application received  MAY 19 1964

Two copies received  MAY 19 1964

Fee received

134764
2021MARVEL-0006462

**FORM RE**
UNITED STATES COPYRIGHT OFFICE

# CERTIFICATE OF RENEWAL REGISTRATION



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*



REGISTRATION NUMBER

RE   599 689

EFFECTIVE DATE OF RENEWAL REGISTRATION
DEC 1 5 1992
(Month)    (Day)    (Year)

OFFICIAL SEAL

DO NOT WRITE ABOVE THIS LINE.   FOR COPYRIGHT OFFICE USE ONLY

---

**(1) Renewal Claimant(s)** | **RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

1
Name   Marvel Entertainment Group, Inc.
Address   387 Park Avenue South, New York, NY  10016
Claiming as   Proprietor of copyright in a composite work made for hire
(Use appropriate statement from instructions)

2
Name
Address
Claiming as
(Use appropriate statement from instructions)

3
Name
Address
Claiming as
(Use appropriate statement from instructions)

---

**(2)** | **TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

STRANGE TALES

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**
Title of periodical or composite work   STRANGE TALES
If a periodical or other serial, give  Vol.  1   No.  124   Issue Date   SEPTEMBER 1964

**AUTHOR(S) OF RENEWABLE MATTER:**

VISTA PUBLICATIONS, INC.

*(Author(s))*

---

**(4) Facts of Original Registration**

**ORIGINAL REGISTRATION NUMBER:**
B 127512

**ORIGINAL COPYRIGHT CLAIMANT:**
VISTA PUBLICATIONS, INC.

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form, give
DATE OF PUBLICATION   JUNE 9 1964
(Month)   (Day)   (Year)

OR

• If the original registration for this work was made in unpublished form, give
DATE OF REGISTRATION
(Month)   (Day)   (Year)

05458234 0

2021MARVEL-0006463

| RE | 599 689 | EXAMINED BY | | RENEWAL APPLICATION RECEIVED | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|---|---|
| | | CHECKED BY | | DEC. 15. 1992 | |
| | | DEPOSIT ACCOUNT FUNDS USED: ☐ | | REMITTANCE NUMBER AND DATE | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON)

**5** Renewal for Group of Works

1
Title of Contribution:
Title of Periodical: Vol. No. Issue Date
Date of Publication: (Month) (Day) (Year) Registration Number

2
Title of Contribution:
Title of Periodical: Vol. No. Issue Date
Date of Publication: (Month) (Day) (Year) Registration Number

3
Title of Contribution:
Title of Periodical: Vol. No. Issue Date
Date of Publication: (Month) (Day) (Year) Registration Number

4
Title of Contribution:
Title of Periodical: Vol. No. Issue Date
Date of Publication: (Month) (Day) (Year) Registration Number

5
Title of Contribution:
Title of Periodical: Vol. No. Issue Date
Date of Publication: (Month) (Day) (Year) Registration Number

6
Title of Contribution:
Title of Periodical: Vol. No. Issue Date
Date of Publication: (Month) (Day) (Year) Registration Number

7
Title of Contribution:
Title of Periodical: Vol. No. Issue Date
Date of Publication: (Month) (Day) (Year) Registration Number

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name Marvel Entertainment Group, Inc.
Account Number: DA-059633

**CORRESPONDENCE: (Give name** and address to which correspondence about this application should be sent.)
Name Carol Platt, Marvel Ent. Group
Address 387 Park Avenue South
New York NY 10016
(City) (State) (ZIP)

**6** Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the (Check one)
☐ renewal claimant ☒ duly authorized agent of Marvel Entertainment Group, Inc.
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)

Typed or printed name Carol G. Platt

Date DEC 14 1992

**7** Certification (Application must be signed)

Marvel Entertainment Group, Inc.
(Name)
387 Park Avenue South
(Number Street and Apartment Number)
New York, NY 10016
(City) (State) (ZIP code)

**MAIL CERTIFICATE TO**

(Certificate will be mailed in window envelope)

**8** Address for Return of Certificate

U S GOVERNMENT PRINTING OFFICE 1978—261-022-10

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

**FORM B**

| CLASS | REGISTRATION NO. |
|-------|------------------|
| **B** | B  127512 |
|       | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*

Register of Copyrights
United States of America



NOT VALID WITHOUT
COPYRIGHT OFFICE
IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name ........ Vista Publications, Inc.

Address ........ 655 Madison Ave., N.Y. 10021

Name ........

Address ........

**2. Title:** ........ STRANGE TALES

(Title of periodical)

Vol. ........ 1 ........ No. ........ 124 ........ Date on copies ........ Sept., 1964

**3. Citizenship of Author:**

Citizenship ........ U.S.A. ........ Domiciled in U. S. A.   Yes ☐   No ☐

(Name of country)

**4. Publication:**

(a) Date of Publication of This Issue:

6/9/64

(b) Place of Publication of This Issue:

........ U.S.A. ........

(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: ........

(b) Process Used: ........

(c) Country of Manufacture: ........

*Complete all applicable spaces on next page*

2021MARVEL-0006465

**6. Deposit account:**

**7. Send correspondence to:**

Name _____    Address _____

**8. Send certificate to:**

(Type or
print        Name
name and
address)    Address

MAGAZINE MANAGEMENT CO.

655 MADISON AVENUE
(Number and street)

NEW YORK 21, N. Y.

(City)        (Zone)        (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or

format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice.* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

---

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

---

| | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|
| **Application received** JUN 15 1964  JUL -9 1964 | |
| **Two copies received** JUN 15 1964 | |
| **Fee received** | |

134766

2021MARVEL-0006466

# CERTIFICATE OF RENEWAL REGISTRATION

**FORM RE**

UNITED STATES COPYRIGHT OFFICE



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.



**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

| REGISTRATION NUMBER |
|---|
| RE 599 680 |

| EFFECTIVE DATE OF RENEWAL REGISTRATION |
|---|
| DEC 1 5 1992 |
| (Month) (Day) (Year) |

**DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY**

**(1)** Renewal Claimant(s)

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

**1**
Name  Marvel Entertainment Group, Inc.
Address  387 Park Avenue South, New York, NY  10016
Claiming as  Proprietor of copyright in a composite work made for hire
(Use appropriate statement from instructions)

**2**
Name
Address
Claiming as
(Use appropriate statement from instructions)

**3**
Name
Address
Claiming as
(Use appropriate statement from instructions)

**(2)** Work Renewed

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

STRANGE TALES

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work:  STRANGE TALES

If a periodical or other serial, give  Vol  1    No.  125    Issue Date  OCTOBER 1964

**AUTHOR(S) OF RENEWABLE MATTER:**

VISTA PUBLICATIONS, INC.



054582351

**(4)** Facts of Original Registration

**ORIGINAL REGISTRATION NUMBER:**

B 121798

**ORIGINAL COPYRIGHT CLAIMANT:**

VISTA PUBLICATIONS, INC.

**ORIGINAL DATE OF COPYRIGHT:**

- If the original registration for this work was made in published form, give

  DATE OF PUBLICATION  JULY 9 1964
  (Month) (Day) (Year)

OR

- If the original registration for this work was made in unpublished form, give

  DATE OF REGISTRATION
  (Month) (Day) (Year)

2021MARVEL-0006467

| EXAMINED BY | | RENEWAL APPLICATION RECEIVED | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|
| CHECKED BY | | DEC 15 1992 | |
| DEPOSIT ACCOUNT FUNDS USED ☐ | | REMITTANCE NUMBER AND DATE | |

RE    599 680

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON)

**5** Renewal for Group of Works

**1**
Title of Contribution:
Title of Periodical:                    Vol.      No.      Issue Date
Date of Publication:  (Month)  (Day)  (Year)   Registration Number:

**2**
Title of Contribution:
Title of Periodical:                    Vol.      No.      Issue Date
Date of Publication:  (Month)  (Day)  (Year)   Registration Number:

**3**
Title of Contribution:
Title of Periodical:                    Vol.      No.      Issue Date
Date of Publication:  (Month)  (Day)  (Year)   Registra    umber:

**4**
Title of Contribution:
Title of Periodical:                    Vol.      No.      Issue Date
Date of Publication:  (Month)  (Day)  (Year)   Registration Number:

**5**
Title of Contribution:
Title of Periodical:                    Vol.      No.      Issue Date
Date of Publication:  (Month)  (Day)  (Year)   Registration Number:

**6**
Title of Contribution:
Title of Periodical:                    Vol.      No.      Issue Date
Date of Publication:  (Month)  (Day)  (Year)   Registration Number:

**7**
Title of Contribution:
Title of Periodical:                    Vol.      No.      Issue Date
Date of Publication:  (Month)  (Day)  (Year)   Registration Number:

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account )

Name Marvel Entertainment Group, Inc.
Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name Carol Platt, Marvel Ent. Group
Address 387 Park Avenue South
New York        NY        10016
(City)        (State)        (ZIP)

**6** Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant    ☒ duly authorized agent of Marvel Entertainment Group, Inc.
(Name of renewal claimant)
of the work identified in this application. and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature (X)  *Carol Platt*

Typed or printed name  Carol G. Platt        DEC 1 4 1992
Date

**7** Certification (Application must be signed)

Marvel Entertainment Group, Inc.
(Name)
387 Park Avenue South
(Number  Street and Apartment Number)
New York, NY  10016
(City)        (State)        (ZIP code)

**MAIL CERTIFICATE TO**
(Certificate will be mailed in window envelope)

**8** Address for Return of Certificate

U S GOVERNMENT PRINTING OFFICE  1978-261-022-10

Steve Ditko

Case 1:21-cv-07957-LAK    Document 71-31    Filed 05/19/23    Page 79 of 127

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America




| CLASS | REGISTRATION NO. |
|---|---|
| **B** | 121798 |
| | DO NOT WRITE HERE |


**FORM B**

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Register of Copyrights*
*United States of America*



**1. Copyright Claimant(s) and Address(es):**

Name ........ Vista Publications, Inc.

Address ........ 655 Madison Ave., N.Y. 10021

Name ........

Address ........

**2. Title:** STRANGE TALES

(Title of periodical)

Vol. ...... **1** ...... No. ..**125**.... Date on copies ..**Oct., 1964**..

**3. Citizenship of Author:**

Citizenship ........ **USA** ........    Domiciled in U. S. A.   Yes ☐  No ☐

(Name of country)

**4. Publication:**

(a) Date of Publication of This Issue:

**7/9/64**

(b) Place of Publication of This Issue:

**USA**

(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: ........

(b) Process Used: ........

(c) Country of Manufacture: ........

*Complete all applicable spaces on next page*

2021MARVEL-0006469

Steve Ditko

**6. Deposit account:**

---

**7. Send correspondence to:**

Name _____     Address _____

**8. Send certificate to:**

(Type or
print          Name
name and
address)     Address

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
(Number and street)
NEW YORK 21, N. Y.

(City)          (Zone)          (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received | |
| JUL 10 1964 | |
| Two copies received | |
| JUL 10 1964 | |
| Fee received | |

134765
2021MARVEL-0006470

# CERTIFICATE OF RENEWAL REGISTRATION

**FORM RE**

UNITED STATES COPYRIGHT OFFICE



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

| REGISTRATION NUMBER |
|---|
| RE 599 705 |

| EFFECTIVE DATE OF RENEWAL REGISTRATION |
|---|
| DEC 1 5 1992 |
| (Month) (Day) (Year) |

DO NOT WRITE ABOVE THIS LINE.   FOR COPYRIGHT OFFICE USE ONLY

**(1) Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

1. Name: Marvel Entertainment Group, Inc.
   Address: 387 Park Avenue South, New York, NY  10016
   Claiming as: Proprietor of copyright in a composite work made for hire
   (Use appropriate statement from instructions)

2. Name:
   Address:
   Claiming as:
   (Use appropriate statement from instructions)

3. Name:
   Address:
   Claiming as:
   (Use appropriate statement from instructions)

**(2) Work Renewed**

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

STRANGE TALES

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work: STRANGE TALES

If a periodical or other serial give   Vol. 1   No. 126   Issue Date NOVEMBER 1964

**AUTHOR(S) OF RENEWABLE MATTER:**

VISTA PUBLICATIONS, INC.

**(4) Facts of Original Registration**

**ORIGINAL REGISTRATION NUMBER:**

B 129014

**ORIGINAL COPYRIGHT CLAIMANT:**

VISTA PUBLICATIONS, INC.

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form.
give

DATE OF PUBLICATION   AUGUST 11 1964
(Month) (Day) (Year)

OR

• If the original registration for this work was made in unpublished form.
give

DATE OF REGISTRATION
(Month) (Day) (Year)

2021MARVEL-0006471

RE    599 705

EXAMINED BY

CHECKED BY

DEPOSIT ACCOUNT
FUNDS USED ☐

RENEWAL APPLICATION RECEIVED

DEC. 15. 1992

REMITTANCE NUMBER AND DATE

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON)

**5**

**Renewal for Group of Works**

| | Title of Contribution: | | | |
|---|---|---|---|---|
| | Title of Periodical: | Vol. | No. | Issue Date |
| | Date of Publication: (Month) (Day) (Year) | Registration Number | | |

| 2 | Title of Contribution: | | | |
|---|---|---|---|---|
| | Title of Periodical: | Vol. | No. | Issue Date |
| | Date of Publication: (Month) (Day) (Year) | Registration Number | | |

| 3 | Title of Contribution: | | | |
|---|---|---|---|---|
| | Title of Periodical: | Vol. | No. | Issue Date |
| | Date of Publication: (Month) (Day) (Year) | Registration Number | | |

| 4 | Title of Contribution: | | | |
|---|---|---|---|---|
| | Title of Periodical: | Vol. | No. | Issue Date |
| | Date of Publication: (Month) (Day) (Year) | Registration Number | | |

| 5 | Title of Contribution: | | | |
|---|---|---|---|---|
| | Title of Periodical: | Vol. | No. | Issue Date |
| | Date of Publication: (Month) (Day) (Year) | Registration Number | | |

| 6 | Title of Contribution: | | | |
|---|---|---|---|---|
| | Title of Periodical: | Vol. | No. | Issue Date |
| | Date of Publication: (Month) (Day) (Year) | Registration Number | | |

| 7 | Title of Contribution: | | | |
|---|---|---|---|---|
| | Title of Periodical: | Vol. | No. | Issue Date |
| | Date of Publication: (Month) (Day) (Year) | Registration Number | | |

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name **Marvel Entertainment Group, Inc.**

Account Number: **DA-059633**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name **Carol Platt, Marvel Ent. Group**
(Name of renewal claimant)

Address **387 Park Avenue South**

**New York**        **NY**        **10016**
(City)        (State)        (ZIP)

**6**

**Fee and Correspondence**

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)

☐ renewal claimant    ☒ duly authorized agent of **Marvel Entertainment Group, Inc.**
(Name of renewal claimant)

of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)    *Carol Platt*

Typed or printed name    **Carol G. Platt**

Date    JUL ...

**7**

**Certification (Application must be signed)**

**Marvel Entertainment Group, Inc.**
(Name)

**387 Park Avenue South**
(Number Street and Apartment Number)

**New York, NY 10016**
(City)    (State)    (ZIP code)

**MAIL CERTIFICATE TO**

(Certificate will be mailed in window envelope)

**8**

**Address for Return of Certificate**

U.S. GOVERNMENT PRINTING OFFICE: 1978—261-022/10

Steve Ditko

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

**FORM B**

| CLASS | REGISTRATION NO. |
|-------|------------------|
| **B** | **B  129014** |
| | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



*Register of Copyrights*
*United States of America*



NOT VALID WITHOUT COPYRIGHT OFFICE IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name _____ Vista Publications, Inc.

Address _____ 655 Madison Ave., New York, N.Y. 10021

Name _____

Address _____

**2. Title:** STRANGE TALES
(Title of periodical)

Vol. _____1_____ No. _____126_____ Date on copies _____November 1964_____

**3. Citizenship of Author:**

Citizenship _____ USA _____ Domiciled in U. S. A.  Yes ☐  No ☐
(Name of country)

**4. Publication:**

(a) Date of Publication of This Issue:

_____ 8/11/64 _____

(b) Place of Publication of This Issue:

_____ USA _____
(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: _____

(b) Process Used: _____

(c) Country of Manufacture: _____

*Complete all applicable spaces on next page*

Steve Ditko

**6. Deposit account:**

---

**7. Send correspondence to:**

Name _____    Address _____

**8. Send certificate to:**

(Type or
print          Name
name and
address)      Address

~~MAGAZINE MANAGEMENT CO.~~
~~655 MADISON AVENUE~~
~~NEW YORK 21, N. Y.~~

(City)                    (Zone)                    (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|
| Application received AUG 11 1964 | |
| Two copies received AUG 11 1964 | |
| Fee received | |

134767

2021MARVEL-0006474

**FORM RE**

# CERTIFICATE OF RENEWAL REGISTRATION

UNITED STATES COPYRIGHT OFFICE



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

| REGISTRATION NUMBER |
| --- |
| RE    599 720 |

| EFFECTIVE DATE OF RENEWAL REGISTRATION |
| --- |
| DEC 15 1992 |
| (Month)    (Day)    (Year) |

**DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY**

---

**(1) Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

**1**
Name   Marvel Entertainment Group, Inc.
Address   387 Park Avenue South, New York, NY  10016
Claiming as   Proprietor of copyright in a composite work made for hire
(Use appropriate statement from instructions)

**2**
Name
Address
Claiming as
(Use appropriate statement from instructions)

**3**
Name
Address
Claiming as
(Use appropriate statement from instructions)

---

**(2)**

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

STRANGE TALES

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work.   STRANGE TALES

If a periodical or other serial, give  Vol.  1   No.  127   Issue Date   DECEMBER 1964

**AUTHOR(S) OF RENEWABLE MATTER:**

**Author(s)**   VISTA PUBLICATIONS, INC.

*(barcode: 054582373 / *054582373*)*

---

**(4) Facts of Original Registration**

**ORIGINAL REGISTRATION NUMBER:**

B 136445

**ORIGINAL COPYRIGHT CLAIMANT:**

VISTA PUBLICATIONS, INC.

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form, give   DATE OF PUBLICATION   SEPTEMBER 8 1964
(Month)  (Day)  (Year)

OR

• If the original registration for this work was made in unpublished form, give   DATE OF REGISTRATION
(Month)  (Day)  (Year)

2021MARVEL-0006475

| RE 599 720 | EXAMINED BY | RENEWAL APPLICATION RECEIVED | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|
| | CHECKED BY | DEC 15.1992 | |
| | DEPOSIT ACCOUNT FUNDS USED ☐ | REMITTANCE NUMBER AND DATE | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON)

**5**
Renewal for Group of Works

**1**
Title of Contribution: ........................
Title of Periodical: ..................... Vol. ..... No. ..... Issue Date .......
Date of Publication: .................... Registration Number ..........
(Month)    (Day)    (Year)

**2**
Title of Contribution: ........................
Title of Periodical: ..................... Vol. ..... No. ..... Issue Date .......
Date of Publication: .................... Registration Number ..........
(Month)    (Day)    (Year)

**3**
Title of Contribution: ........................
Title of Periodical: ..................... Vol. ..... No. ..... Issue Date .......
Date of Publication: .................... Registration Number ..........
(Month)    (Day)    (Year)

**4**
Title of Contribution: ........................
Title of Periodical: ..................... Vol. ..... No. ..... Issue Date .......
Date of Publication: .................... Registration Number ..........
(Month)    (Day)    (Year)

**5**
Title of Contribution: ........................
Title of Periodical: ..................... Vol. ..... No. ..... Issue Date .......
Date of Publication: .................... Registration Number ..........
(Month)    (Day)    (Year)

**6**
Title of Contribution: ........................
Title of Periodical: ..................... Vol. ..... No. ..... Issue Date .......
Date of Publication: .................... Registration Number ..........
(Month)    (Day)    (Year)

**7**
Title of Contribution: ........................
Title of Periodical: ..................... Vol. ..... No. ..... Issue Date .......
Date of Publication: .................... Registration Number ..........
(Month)    (Day)    (Year)

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account)

Name: Marvel Entertainment Group, Inc.

Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: Carol Platt, Marvel Ent. Group
(Name of renewal claimant)
Address: 387 Park Avenue South
New York          NY          10016
(City)          (State)          (ZIP)

**6**
Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)

☐ renewal claimant   ☒ duly authorized agent of: Marvel Entertainment Group, Inc.
(Name of renewal claimant)

of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X)   *Carol Platt*

Typed or printed name:   Carol G. Platt

Date   DEC 1 4 1992

**7**
Certification (Application must be signed)

| MAIL CERTIFICATE TO | **8** |
|---|---|
| Marvel Entertainment Group, Inc. | Address for Return of Certificate |
| (Name) | |
| 387 Park Avenue South | |
| (Number, Street and Apartment Number) | |
| New York, NY 10016 | |
| (City)    (State)    (ZIP code) | |
| (Certificate will be mailed in window envelope) | |

U.S. GOVERNMENT PRINTING OFFICE: 1978—261-022-10

Steve Ditko

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



*Abraham L. Kaminstein*

Register of Copyrights
United States of America

**FORM B**

| CLASS | REGISTRATION NO. |
|---|---|
| **B** | B 136445 |
| | DO NOT WRITE HERE |



**1. Copyright Claimant(s) and Address(es):**

Name ...... **Vista Publications, Inc.**

Address ...... **655 Madison Ave., New York, N.Y° 10021**

Name ......

Address ......

**2. Title:** **STRANGE TALES**

(Title of periodical)

Vol. ...... **1** No. ...... **127** Date on copies ...... **Dec., 1964**

**3. Citizenship of Author:**

Citizenship ...... **USA** ......

(Name of country)

Domiciled in U. S. A.    Yes ☐    No ☐

**4. Publication:**

(a) **Date of Publication of This Issue:**

...... **9/8/64**

(b) **Place of Publication of This Issue:**

...... **USA**

(Name of country)

**5. Manufacture Outside United States:**

(a) **Portion of the Manufacturing Done Abroad:** ......

(b) **Process Used:** ......

(c) **Country of Manufacture:** ......

*Complete all applicable spaces on next page*

**6. Deposit account:**

**7. Send correspondence to:**

Name _____    Address _____

**8. Send certificate to:**

(Type or print name and address)

Name

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21 . . . Y.

Address

(Number and street)

(City)    (Zone)    (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| | **FOR COPYRIGHT OFFICE USE ONLY** |
|---|---|
| Application received SEP 17 1964 | |
| Two copies received SEP 17 1964 | |
| Fee received | |

134762
2021MARVEL-0006478

# CERTIFICATE OF RENEWAL REGISTRATION

**FORM RE**

UNITED STATES COPYRIGHT OFFICE



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

| REGISTRATION NUMBER |
|---|
| RE    599 733 |

| EFFECTIVE DATE OF RENEWAL REGISTRATION |
|---|
| DEC 1 5 1992 |
| (Month)    (Day)    (Year) |

**DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY**

**① Renewal Claimant(s)**

RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions)

1
Name  Marvel Entertainment Group, Inc.
Address  387 Park Avenue South, New York, NY  10016
Claiming as  Proprietor of copyright in a composite work made for hire
(Use appropriate statement from instructions)

2
Name
Address
Claiming as
(Use appropriate statement from instructions)

3
Name
Address
Claiming as
(Use appropriate statement from instructions)

**②**

TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:

STRANGE TALES

RENEWABLE MATTER:

Entire work as originally copyrighted, including all portions thereof.

CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:

Title of periodical or composite work:  STRANGE TALES
If a periodical or other serial, give  Vol  1  No.  128  Issue Date  JANUARY 1965

AUTHOR(S) OF RENEWABLE MATTER:

**Author(s)**

VISTA PUBLICATIONS, INC.

**④ Facts of Original Registration**

| ORIGINAL REGISTRATION NUMBER: | ORIGINAL COPYRIGHT CLAIMANT: |
|---|---|
| B 140634 | VISTA PUBLICATIONS, INC. |

ORIGINAL DATE OF COPYRIGHT:

• If the original registration for this work was made in published form, give

DATE OF PUBLICATION  OCTOBER 8 1964
(Month)    (Day)    (Year)

OR

• If the original registration for this work was made in unpublished form, give

DATE OF REGISTRATION
(Month)    (Day)    (Year)

2021MARVEL-0006479

| | |
|---|---|
| RE **599 733** | EXAMINED BY<br>CHECKED BY<br>DEPOSIT ACCOUNT FUNDS USED ☐ | RENEWAL APPLICATION RECEIVED<br>**DEC 15 1992**<br>REMITTANCE NUMBER AND DATE | FOR COPYRIGHT OFFICE USE ONLY |

## DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON)

**⑤ Renewal for Group of Works**

**1**
Title of Contribution:
Title of Periodical: Vol. No. Issue Date
Date of Publication: (Month) (Day) (Year) Registration Number:

**2**
Title of Contribution:
Title of Periodical: Vol. No. Issue Date
Date of Publication: (Month) (Day) (Year) Registration Number:

**3**
Title of Contribution:
Title of Periodical: Vol. No. Issue Date
Date of Publication: (Month) (Day) (Year) Registration Number:

**4**
Title of Contribution:
Title of Periodical: Vol. No. Issue Date
Date of Publication: (Month) (Day) (Year) Registration Number:

**5**
Title of Contribution:
Title of Periodical: Vol. No. Issue Date
Date of Publication: (Month) (Day) (Year) Registration Number

**6**
Title of Contribution:
Title of Periodical: Vol. No. Issue Date
Date of Publication: (Month) (Day) (Year) Registration Number:

**7**
Title of Contribution:
Title of Periodical: Vol. No. Issue Date
Date of Publication: (Month) (Day) (Year) Registration Number:

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: **Marvel** Entertainment Group, Inc.
Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: Carol Platt, Marvel Ent. Group
Address: 387 Park Avenue South
New York           NY           10016
(City)           (State)           (ZIP)

**⑥ Fee and Correspondence**

**CERTIFICATION:** I, the undersigned, hereby certify that I am the (Check one)
☐ renewal claimant   ☒ duly authorized agent of Marvel Entertainment Group, Inc.
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature (X) _Carol Platt_

Typed or printed name   Carol G. Platt

Date **DEC 14 1992**

**⑦ Certification (Application must be signed)**

**MAIL CERTIFICATE TO**

Marvel Entertainment Group, Inc.
(Name)
387 Park Avenue South
(Number, Street and Apartment Number)
New York, NY 10016
(City)           (State)           (ZIP code)

(Certificate will be mailed in window envelope)

**⑧ Address for Return of Certificate**

U S GOVERNMENT PRINTING OFFICE 1978—261-022 10

Apr 1978 – 500,000

B4769
2021MARVEL-0006480

Steve Ditko

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

**FORM B**



| CLASS | REGISTRATION NO. |
|-------|------------------|
| **B** | B **140664** |
| | *140·634* |
| | DO NOT WRITE HERE |

**This is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*

Register of Copyrights
United States of America



NOT VALID WITHOUT
COPYRIGHT OFFICE
IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name ____ **Vista Publications, Inc.** ____

Address ____ **625 Madison Ave.** ____

Name ____ **New York, N.Y. 10022** ____

Address ____

**2. Title:** ____ **STRANGE TALES** ____

(Title of periodical)

Vol. ____ **1** ____ No. ____ **128** ____ Date on copies ____ **Jan. 1965** ____

**3. Citizenship of Author:**

Citizenship ____ **USA** ____ Domiciled in U. S. A.   Yes ☐   No ☐

(Name of country)

**4. Publication:**

   **(a) Date of Publication of This Issue:**

____ **10/8/64** ____

   **(b) Place of Publication of This Issue:**

____ **USA** ____

(Name of country)

**5. Manufacture Outside United States:**

   **(a) Portion of the Manufacturing Done Abroad:** ____

   **(b) Process Used:** ____

   **(c) Country of Manufacture:** ____

*Complete all applicable spaces on next page*

**6. Deposit account:**

**7. Send correspondence to:**

Name _____    Address _____

**8. Send certificate to:**

(Type or
print     Name
name and
address)  Address

MAGAZINE MANAGEMENT CO.
625 MADISON AVENUE (Number and street)
NEW YORK N. Y. 10022

(City)    (Zone)    (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received OCT 12 1964 | |
| Two copies received OCT 12 1964 | |
| Fee received | |

134769

2021MARVEL-0006482

# CERTIFICATE OF RENEWAL REGISTRATION

**FORM RE**
UNITED STATES COPYRIGHT OFFICE



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

| REGISTRATION NUMBER |
| --- |
| RE   599 745 |

| EFFECTIVE DATE OF RENEWAL REGISTRATION |
| --- |
| DEC 1 5 1992 |
| (Month)   (Day)   (Year) |

---

**DO NOT WRITE ABOVE THIS LINE.   FOR COPYRIGHT OFFICE USE ONLY**

**①** **Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

1
Name **Marvel Entertainment Group, Inc.**
Address **387 Park Avenue South, New York, NY   10016**
Claiming as **Proprietor of copyright in a composite work made for hire**
(Use appropriate statement from instructions)

2
Name
Address
Claiming as
(Use appropriate statement from instructions)

3
Name
Address
Claiming as
(Use appropriate statement from instructions)

**②**

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

**STRANGE TALES**

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work: **STRANGE TALES**
If a periodical or other serial, give  Vol. **1**   No. **129**   Issue Date **FEBRUARY 1965**

**Author(s)**

**AUTHOR(S) OF RENEWABLE MATTER:**

**VISTA PUBLICATIONS, INC.**

**④** **Facts of Original Registration**

| ORIGINAL REGISTRATION NUMBER: | ORIGINAL COPYRIGHT CLAIMANT: |
| --- | --- |
| B 147181 | VISTA PUBLICATIONS, INC. |

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form, give

DATE OF PUBLICATION **NOVEMBER 10 1964**
(Month)   (Day)   (Year)

OR

• If the original registration for this work was made in unpublished form give

DATE OF REGISTRATION
(Month)   (Day)   (Year)

2021MARVEL-0006483

| RE  599 745 | EXAMINED BY | RENEWAL APPLICATION RECEIVED | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|
| | CHECKED BY | DEC. 15. 1992 | |
| | DEPOSIT ACCOUNT FUNDS USED ☐ | REMITTANCE NUMBER AND DATE | |

## DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**5** Renewal for Group of Works

**1**
Title of Contribution: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Title of Periodical: . . . . . . . . . . . . . . . . . Vol. . . . No. . . . . Issue Date . . . . .
Date of Publication: . . . . . . . . . . . . . . . . . . . . . . . . . Registration Number. . . . .
(Month)          (Day)          (Year)

**2**
Title of Contribution: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Title of Periodical: . . . . . . . . . . . . . . . . . Vol. . . . No. . . . . Issue Date . . . . .
Date of Publication: . . . . . . . . . . . . . . . . . . . . . . . . . Registration Number . . . .
(Month)          (Day)          (Year)

**3**
Title of Contribution: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Title of Periodical: . . . . . . . . . . . . . . . . . Vol . . . No. . . . . Issue Date . . . . .
Date of Publication: . . . . . . . . . . . . . . . . . . . . . . . . . Registration Number: . . . .
(Month)          (Day)          (Year)

**4**
Title of Contribution: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Title of Periodical: . . . . . . . . . . . . . . . . . Vol. . . . No. . . . . Issue Date . . . . .
Date of Publication: . . . . . . . . . . . . . . . . . . . . . . . . . Registration Number: . . . .
(Month)          (Day)          (Year)

**5**
Title of Contribution: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Title of Periodical: . . . . . . . . . . . . . . . . . Vol. . . . No. . . . . Issue Date . . . . .
Date of Publication: . . . . . . . . . . . . . . . . . . . . . . . . . Registration Number . . . .
(Month)          (Day)          (Year)

**6**
Title of Contribution: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Title of Periodical: . . . . . . . . . . . . . . . . . Vol. . . . No. . . . . Issue Date . . . . .
Date of Publication: . . . . . . . . . . . . . . . . . . . . . . . . . Registration Number: . . . .
(Month)          (Day)          (Year)

**7**
Title of Contribution: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Title of Periodical: . . . . . . . . . . . . . . . . . Vol. . . . No. . . . . Issue Date . . . . .
Date of Publication: . . . . . . . . . . . . . . . . . . . . . . . . . Registration Number: . . . .
(Month)          (Day)          (Year)

---

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: Marvel Entertainment Group, Inc.

Account Number:  DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: Carol Platt, Marvel Ent. Group
Address: 387 Park Avenue South
New York          NY          10016
(City)          (State)          (Zip)

**6** Fee and Correspondence

---

**CERTIFICATION:** I, the undersigned, hereby certify that I am the (Check one)

☐ renewal claimant     ☒ duly authorized agent of: Marvel Entertainment Group, Inc.
(Name of renewal claimant)

of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature: (X)     *Carol Platt*

Typed or printed name:     Carol G. Platt

Date     DEC 1 4 1992

**7** Certification (Application must be signed)

---

MAIL CERTIFICATE TO

Marvel Entertainment Group, Inc.
(Name)

387 Park Avenue South
(Number Street and Apartment Number)

New York, NY  10016
(City)          (State)          (ZIP code)

(Certificate will be mailed in window envelope)

**8** Address for Return of Certificate

U.S. GOVERNMENT PRINTING OFFICE 1978—261-022-10

134770

2021MARVEL-0006484

Steve Ditko

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America



**FORM B**

| CLASS | REGISTRATION NO. |
|---|---|
| **B** | B 147181 |
| | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*[signature]* L. Kaminstein



NOT VALID WITHOUT COPYRIGHT OFFICE IMPRESSION SEAL

*Register of Copyrights*
*United States of America*

**1. Copyright Claimant(s) and Address(es):**

Name ........ Vista Publications, Inc.

Address ........ 625 Madison Ave., New York, N.Y. 10022

Name ................

Address ................

**2. Title:** STRANGE TALES

(Title of periodical)

Vol. ......**1**...... No. ....**129**.... Date on copies ........ **Feb., 1965**

**3. Citizenship of Author:**

Citizenship ........ **USA**          Domiciled in U. S. A.    Yes ☐  No ☐

(Name of country)

**4. Publication:**

(a) Date of Publication of This Issue:

........ **11/10/64**

(b) Place of Publication of This Issue:

........ **USA**

(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: ................

(b) Process Used: ................

(c) Country of Manufacture: ................

*Complete all applicable spaces on next page*

**6. Deposit account:**

------------------------------------------------------------------------

**7. Send correspondence to:**

Name _____    Address _____

**8. Send certificate to:**

(Type or
print    **Name**
name and
address)    **Address**

MAGAZINE MANAGEMENT CO.
625 MADISON AVENUE
NEW YORK, N. Y. 10022
(Number and street)

(City)        (Zone)        (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or

format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

> **NOTE:** It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|
| Application received NOV 16 1964 | |
| Two copies received NOV 16 1964 | |
| Fee received | |

134770
2021MARVEL-0006486

# CERTIFICATE OF RENEWAL REGISTRATION

**FORM RE**
UNITED STATES COPYRIGHT OFFICE



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

*signature*

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

| REGISTRATION NUMBER |
|---|
| RE  599 763 |

| EFFECTIVE DATE OF RENEWAL REGISTRATION |
|---|
| DEC 1 5 1992 |
| (Month)    (Day)    (Year) |

---

**DO NOT WRITE ABOVE THIS LINE.   FOR COPYRIGHT OFFICE USE ONLY**

---

**(1) Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

1  Name  Marvel Entertainment Group, Inc.
   Address  387 Park Avenue South, New York, NY  10016
   Claiming as  Proprietor of copyright in a composite work made for hire
   (Use appropriate statement from instructions)

2  Name
   Address
   Claiming as
   (Use appropriate statement from instructions)

3  Name
   Address
   Claiming as
   (Use appropriate statement from instructions)

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

   STRANGE TALES

**RENEWABLE MATTER:**

   Entire work as originally copyrighted, including all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work  STRANGE TALES
If a periodical or other serial, give  Vol  1  No.  130  Issue Date  MARCH 1965

**(3) Author(s)**

**AUTHOR(S) OF RENEWABLE MATTER:**

   VISTA PUBLICATIONS, INC.

**(4) Facts of Original Registration**

**ORIGINAL REGISTRATION NUMBER:**  B 157772

**ORIGINAL COPYRIGHT CLAIMANT:**  VISTA PUBLICATIONS, INC.

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form, give

DATE OF PUBLICATION  DECEMBER 10 1964
(Month)  (Day)  (Year)

OR

• If the original registration for this work was made in unpublished form, give

DATE OF REGISTRATION
(Month)  (Day)  (Year)

2021MARVEL-0006487

| EXAMINED BY | | RENEWAL APPLICATION RECEIVED | | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|---|
| CHECKED BY | | DEC. 15. 1992 | | |
| RE   599 763 | DEPOSIT ACCOUNT FUNDS USED ☐ | REMITTANCE NUMBER AND DATE | | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON)

**⑤** Renewal for Group of Works

**1**
Title of Contribution: . . . . . . . . . . . . . . . .
Title of Periodical: . . . . . . . . . . . . . . . . . .    Vol . . . . No . . . . . Issue Date
Date of Publication: . . . . . . . . . . . . . . . . . .    Registration Number: . . . . . . . . . . . .
(Month) . . . . . (Day) . . . . (Year)

**2**
Title of Contribution: . . . . . . . . . . . . . . . .
Title of Periodical: . . . . . . . . . . . . . . . . . .    Vol . . . . . No . . . . . Issue Date
Date of Publication: . . . . . . . . . . . . . . . . . .    Registration Number: . . . . . . . . . . . .
(Month) . . . . . (Day) . . . . (Year)

**3**
Title of Contribution: . . . . . . . . . . . . . . . .
Title of Periodical: . . . . . . . . . . . . . . .    Vol. . . . . No. . . . . Issue Date . . . . . .
Date of Publication: . . . . . . . . . . . . . . . . .    Registration Number: . . . . . . . . . . . .
(Month) . . . . . (Day) . . . . (Year)

**4**
Title of Contribution: . . . . . . . . . . . . . . . .
Title of Periodical: . . . . . . . . . . . . . .    Vol. . . . . No. . . . Issue Date . . . . .
Date of Publication: . . . . . . . . . . . . . . . . .    Registration Number: . . . . . . . . . .
(Month) . . . . . (Day) . . . . (Year)

**5**
Title of Contribution: . . . . . . . . . . . . . . . .
Title of Periodical: . . . . . . . . . . . . . .    Vol. . . . . No. . . . Issue Date
Date of Publication: . . . . . . . . . . . . . . . .    Registration Number: . . . .
(Month) . . . . . (Day) . . . . (Year)

**6**
Title of Contribution: . . . . . . . . . . . . . . . .
Title of Periodical: . . . . . . . . . . . . . .    Vol . . . . No . . . . Issue Date . . . . . .
Date of Publication: . . . . . . . . . . . . . . . .    Registration Number: . . . . . . . . .
(Month) . . . . . (Day) . . . . (Year)

**7**
Title of Contribution: . . . . . . . . . . . . . . . .
Title of Periodical: . . . . . . . . . . . . .    Vol. . . . . No. . . . . . Issue Date . . . . . .
Date of Publication: . . . . . . . . . . . . . . . .    Registration Number: . . . . . . . . .
(Month) . . . . . (Day) . . . . (Year)

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: **Marvel Entertainment Group, Inc.**
Account Number: **DA-059633**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: **Carol Platt, Marvel Ent. Group**
Address: **387 Park Avenue South**
**New York** **NY** **10016**
(City) (State) (ZIP)

**⑥** Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant    ☒ duly authorized agent of **Marvel Entertainment Group, Inc.**
(Name of renewal claimant)
of the work identified in this application. and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature (X)    *Carol Platt*

Typed or printed name    **Carol G. Platt**

Date

**⑦** Certification (Application must be signed)

**MAIL CERTIFICATE TO**

Marvel Entertainment Group, Inc.
(Name)
387 Park Avenue South
(Number Street and Apartment Number)
New York, NY 10016
(City) (State) (ZIP code)

(Certificate will be mailed in window envelope)

**⑧** Address for Return of Certificate

U S GOVERNMENT PRINTING OFFICE 1978—261-022 10

134771

2021MARVEL-0006488

Steve Ditko

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

| FORM B | |
|---|---|
| CLASS **B** | REGISTRATION NO. B  **157772** |
| | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



ABRAHAM L. KAMINSTEIN

*Register of Copyrights*
*United States of America*



NOT VALID WITHOUT
COPYRIGHT OFFICE
IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name ...... **Vista Publications, Inc.**

Address ...... **625 Madison Ave., New York, N.Y. 10022**

Name ......

Address ......

**2. Title:** ...... **STRANGE TALES**
(Title of periodical)

Vol. ...... **1** ...... No. ...... **130** ...... Date on copies ...... **March 1965**

**3. Citizenship of Author:**

Citizenship ...... **USA** ...... Domiciled in U. S. A.  Yes ☐  No ☐
(Name of country)

**4. Publication:**

   **(a) Date of Publication of This Issue:**

   ...... **12/10/64**

   **(b) Place of Publication of This Issue:**

   ...... **USA**
(Name of country)

**5. Manufacture Outside United States:**

   **(a) Portion of the Manufacturing Done Abroad:** ......

   **(b) Process Used:** ......

   **(c) Country of Manufacture:** ......

*Complete all applicable spaces on next page*

**6. Deposit account:**

-------------------------------------------------------------------------------

**7. Send correspondence to:**

Name -------------------------------------------- Address -----------------------------------

**8. Send certificate to:**

(Type or print name and address)

Name

MAGAZINE MANAGEMENT CO.

Address

625 MADISON AVENUE

NEW YORK, N. Y. 10022

| (City) | (Zone) | (State) |

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice.* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received<br>DEC 14 1964 | |
| Two copies received<br>DEC 14 1964 | |
| Fee received | |

# CERTIFICATE OF REGISTRATION

**FORM RE**

UNITED STATES COPYRIGHT OFFICE



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Barbara Ringer*

ACTING REGISTER OF COPYRIGHTS
~~United States of America~~

OFFICIAL SEAL

RE 645-187

EFFECTIVE DATE OF RENEWAL REGISTRATION
NOV 17 1993
(Month)   (Day)   (Year)

---

**DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY**

**① RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

**1**
Name MARVEL ENTERTAINMENT GROUP, INC.
Address 387 Park Avenue South, New York, NY   10016
Claiming as Proprietor of copyright in a composite work made for hire
(Use appropriate statement from instructions)

**2**
Name
Address
Claiming as
(Use appropriate statement from instructions)

**3**
Name
Address
Claiming as
(Use appropriate statement from instructions)

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

STRANGE TALES

**RENEWABLE MATTER:**
Entire work as originally copyrighted, including all portions thereof

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**
Title of periodical or composite work:   1     No. 131     Issue Date APRIL 1965
If a periodical or other serial, give: Vol.

**② AUTHOR(S) OF RENEWABLE MATTER:**

VISTA PUBLICATIONS, INC.

**ORIGINAL REGISTRATION NUMBER:**
B 162016

**ORIGINAL COPYRIGHT CLAIMANT:**
VISTA PUBLICATIONS, INC.

**ORIGINAL DATE OF COPYRIGHT:**
• If the original registration for this work was made in published form, give:
DATE OF PUBLICATION: JANUARY 12 1965
(Month) (Day) (Year)
OR
• If the original registration for this work was made in unpublished form, give:
DATE OF REGISTRATION:
(Month) (Day) (Year)

2021MARVEL-0006491

| | EXAMINED BY ✓ | RENEWAL APPLICATION RECEIVED | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|
| | CHECKED BY | NOV 17 1993 | |
| | CORRESPONDENCE ☐ Yes | REMITTANCE NUMBER AND DATE | |
| | DEPOSIT ACCOUNT FUNDS USED ☐ | | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions) give full information about each contribution. If more space is needed, request continuation sheet (Form RE CON)

⑤ **Renewal for Group of Works**

1
Title of Contribution:
Title of Periodical: .......... Vol ..... No. ..... Issue Date .....
Date of Publication: (Month) (Day) (Year)    Registration Number: .....

2
Title of Contribution:
Title of Periodical: ..... Vol. ..... No ..... Issue Date .....
Date of Publication: (Month) (Day) (Year)    Registration Number: .....

3
Title of Contribution:
Title of Periodical: ..... Vol ..... No ..... Issue Date .....
Date of Publication: (Month) (Day) (Year)    Registration Number: .....

4
Title of Contribution:
Title of Periodical: ..... Vol ..... No ..... Issue Date .....
Date of Publication: (Month) (Day) (Year)    Registration Number: .....

5
Title of Contribution: .....
Title of Periodical: ..... Vol ..... No ..... Issue Date .....
Date of Publication: (Month) (Day) (Year)    Registration Number: .....

6
Title of Contribution: .....
Title of Periodical: ..... Vol ..... No ..... Issue Date .....
Date of Publication: (Month) (Day) (Year)    Registration Number: .....

7
Title of Contribution: .....
Title of Periodical: ..... Vol ..... No ..... Issue Date .....
Date of Publication: (Month) (Day) (Year)    Registration Number: .....

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name Marvel Entertainment Group, INC.
Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name CAROL PLATT, Marvel ent.Group (Name of renewal claimant)
Address 387 Park Avenue South (Apt)
New York (City)    NY (State)    10016 (ZIP)

⑥ **Fee and Correspondence**

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant ■ duly authorized agent of: Marvel Entertainment Group, INC. (Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) *Carol Platt*
Typed or printed name: Carol G. Platt
Date: .....

⑦ **Certification (Application must be signed)**

**MAIL CERTIFICATE TO**

MARVEL ENTERTAINMENT GROUP, INC. (Name)
387 Park Avenue South (Number, Street and Apartment Number)
NEW YORK (City)    NY (State)    10016 (ZIP code)

(Certificate will be mailed in window envelope)

⑧ **Address for Return of Certificate**

CC ober 1989—50,000    ☆U.S. GOVERNMENT PRINTING OFFICE: 1989—262-308 8

134772

2021MARVEL-0006492

Steve Ditko

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

**FORM B**

| CLASS | REGISTRATION NO. |
|---|---|
| **B** | B  162016 |
| | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



*Register of Copyrights*
*United States of America*



NOT VALID WITHOUT
COPYRIGHT OFFICE
IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name ........ Vista Publications, Inc.

Address ........ 625 Madison Ave., New York, N.Y. 10022

Name ........

Address ........

**2. Title:** ........ STRANGE TALES

(Title of periodical)

Vol. ........ 1 ...... No. ........ 131 ...... Date on copies ........ April 1965

**3. Citizenship of Author:**

Citizenship ........ USA

(Name of country)

Domiciled in U. S. A.    Yes ☐    No ☐

**4. Publication:**

**(a) Date of Publication of This Issue:**

1/12/65

**(b) Place of Publication of This Issue:**

USA

(Name of country)

**5. Manufacture Outside United States:**

**(a) Portion of the Manufacturing Done Abroad:** ........

**(b) Process Used:** ........

**(c) Country of Manufacture:** ........

*Complete all applicable spaces on next page*

E

**6. Deposit account:**

**7. Send correspondence to:**

Name _____     Address _____

**8. Send certificate to:**

(Type or print name and address)

Name .......................................................
MAGAZINE MANAGEMENT CO.
625 MADISON AVENUE
Address .......................................................
NEW YORK, N. Y. 10022
(City)                    (Zone)                    (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY |
|---|
| Application received |
| JAN 13 1965 |
| Two copies received |
| JAN 13 1965 |
| Fee received |

134772

2021MARVEL-0006494

Steve Ditko

# CERTIFICATE OF REGISTRATION

**FORM RE**

UNITED STATES COPYRIGHT OFFICE



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Barbara Ringer*

ACTING REGISTER OF COPYRIGHTS

*United States of America*

OFFICIAL SEAL



RE 645-208

**EFFECTIVE DATE OF RENEWAL REGISTRATION**

NOV 1 7 1993

(Month)　　(Day)　　(Year)

DO NOT WRITE ABOVE THIS LINE.　FOR COPYRIGHT OFFICE USE ONLY

---

**①**
Renewal
Claimant(s)

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

**1**
Name MARVEL ENTERTAINMENT GROUP, INC.
Address 387 Park Avenue South, New York, NY   10016
Claiming as Proprietor of copyright in a composite work made for hire
(Use appropriate statement from instructions)

**2**
Name
Address
Claiming as
(Use appropriate statement from instructions)

**3**
Name
Address
Claiming as
(Use appropriate statement from instructions)

---

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

STRANGE TALES

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work: 1           132           MAY 1965

If a periodical or other serial, give: Vol.                No.                Issue Date

---

**③**
Author(s)

**AUTHOR(S) OF RENEWABLE MATTER:**

VISTA PUBLICATIONS, INC.

---

**④**
Facts of
Original
Registration

**ORIGINAL REGISTRATION NUMBER:**

B 167564

**ORIGINAL COPYRIGHT CLAIMANT:**

VISTA PUBLICATIONS, INC.

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form, give:

FEBRUARY  11  1965

DATE OF PUBLICATION: _____
(Month) (Day) (Year)

OR

• If the original registration for this work was made in unpublished form, give:

DATE OF REGISTRATION: _____
(Month) (Day) (Year)

2021MARVEL-0006495

| EXAMINED BY | | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|
| CHECKED BY | RENEWAL APPLICATION RECEIVED | |
| CORRESPONDENCE ☐ Yes | NOV 17 1993 | |
| DEPOSIT ACCOUNT FUNDS USED ☐ | REMITTANCE NUMBER AND DATE: | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE CON).

**(5) Renewal for Group of Works**

**1**
- Title of Contribution:
- Title of Periodical: ......... Vol ........ No ........ Issue Date ...........
- Date of Publication: (Month) (Day) (Year) Registration Number .......

**2**
- Title of Contribution:
- Title of Periodical: ......... Vol ........ No ........ Issue Date ...........
- Date of Publication: (Month) (Day) (Year) Registration Number .......

**3**
- Title of Contribution:
- Title of Periodical: ......... Vol ........ No ........ Issue Date ...........
- Date of Publication: (Month) (Day) (Year) Registration Number .......

**4**
- Title of Contribution:
- Title of Periodical: ......... Vol ........ No ........ Issue Date ...........
- Date of Publication: (Month) (Day) (Year) Registration Number .......

**5**
- Title of Contribution:
- Title of Periodical: ......... Vol ........ No ........ Issue Date ...........
- Date of Publication: (Month) (Day) (Year) Registration Number .......

**6**
- Title of Contribution:
- Title of Periodical: ......... Vol ........ No ........ Issue Date ...........
- Date of Publication: (Month) (Day) (Year) Registration Number .......

**7**
- Title of Contribution:
- Title of Periodical: ......... Vol ........ No ........ Issue Date ...........
- Date of Publication: (Month) (Day) (Year) Registration Number .......

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: Marvel Entertainment Group, INC
Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: CAROL PLATT, Marvel ent.Group
Address: 387 Park Avenue South
New York      NY      10016
(City) (State) (ZIP)

**(6) Fee and Correspondence**

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant   ■ duly authorized agent of: Marvel Entertainment Group, INC.
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) _Carol Platt_
Typed or printed name: Carol G. Platt
Date: ...........

**(7) Certification (Application must be signed)**

MARVEL ENTERTAINMENT GROUP, INC.
(Name)
387 Park Avenue South
(Number, Street and Apartment Number)
NEW YORK      NY      10016
(City) (State) (ZIP code)

**MAIL CERTIFICATE TO**

(Certificate will be mailed in window envelope)

**(8) Address for Return of Certificate**

October 1989—80,000      ☆U.S. GOVERNMENT PRINTING OFFICE: 1989—262-306/8


134773

2021MARVEL-0006496

Steve Ditko

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

**FORM B**

| CLASS | REGISTRATION NO. |
|---|---|
| **B** | B 167564 |
| | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



*Abraham L. Kaminstein*

*Register of Copyrights*
*United States of America*



NOT VALID WITHOUT COPYRIGHT OFFICE IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name ............... Vista Publications, Inc. ....................................................

Address ............... 625 Madison Ave., New York, N.Y. 10022 ...................

Name .............................................................................................................

Address ..........................................................................................................

**2. Title:** ............... STRANGE TALES ...........................................................
(Title of periodical)

-------------------------------------------------------------------------------------------

Vol. ......1...... No. ........132.. Date on copies ............... May 1965 .............

**3. Citizenship of Author:**

Citizenship ............... USA .................................................. Domiciled in U. S. A.   Yes ☐   No ☐
(Name of country)

**4. Publication:**

(a) Date of Publication of This Issue:

............... 2/11/65 ...................................................................................

(b) Place of Publication of This Issue:

............... USA .........................................................................................
(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: ................................................

(b) Process Used: ............................................................................................

(c) Country of Manufacture: ...........................................................................

*Complete all applicable spaces on next page*

**6. Deposit account:**

**7. Send correspondence to:**

Name _____     Address _____

**8. Send certificate to:**

(Type or print name and address)

Name

MAGAZINE MANAGEMENT CO.

625 MADISON AVENUE

Address

NEW YORK, N. Y. 10022
*Number and street*

(City)     (Zone)     (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

**FOR COPYRIGHT OFFICE USE ONLY**

Application received

FEB 18 1965

Two copies received

FEB 18 1965

Fee received

134773
2021MARVEL-0006498

Steve Ditko

# CERTIFICATE OF REGISTRATION

**FORM RE**

UNITED STATES COPYRIGHT OFFICE



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Barbara Ringer*

ACTING REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL



RE 645-214

EFFECTIVE DATE OF RENEWAL REGISTRATION

NOV 1 7 1993

(Month)    (Day)    (Year)

DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY

---

**①** Renewal Claimant(s)

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

**1** Name MARVEL ENTERTAINMENT GROUP, INC.
Address 387 Park Avenue South, New York, NY    10016
Claiming as Proprietor of copyright in a composite work made for hire
*(Use appropriate statement from instructions)*

**2** Name
Address
Claiming as
*(Use appropriate statement from instructions)*

**3** Name
Address
Claiming as
*(Use appropriate statement from instructions)*

---

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

STRANGE TALES

**RENEWABLE MATTER:**
Entire work as originally copyrighted, including all portions thereof

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**
Title of periodical or composite work:    I    133    JUNE 1965
If a periodical or other serial, give: Vol.    No.    Issue Date

---

**③** Author(s)

**AUTHOR(S) OF RENEWABLE MATTER:**

VISTA PUBLICATIONS, INC.

---

**④** Facts of Original Registration

**ORIGINAL REGISTRATION NUMBER:**
B 173315

**ORIGINAL COPYRIGHT CLAIMANT:**

VISTA PUBLICATIONS, INC.

**ORIGINAL DATE OF COPYRIGHT:**
• If the original registration for this work was made in published form, give:
MARCH    11    1965

OR

• If the original registration for this work was made in unpublished form, give:

DATE OF PUBLICATION:    (Month)    (Day)    (Year)
DATE OF REGISTRATION:    (Month)    (Day)    (Year)

2021MARVEL-0006499

| | EXAMINED BY | RENEWAL APPLICATION RECEIVED | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|
| | CHECKED BY | NOV 17 1993 | |
| | CORRESPONDENCE ☐ Yes | REMITTANCE NUMBER AND DATE: | |
| | DEPOSIT ACCOUNT FUNDS USED ☐ | | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE CON)

**5** Renewal for Group of Works

**1**
Title of Contribution
Title of Periodical .......... Vol ..... No ..... Issue Date ..........
Date of Publication ..... (Month) ..... (Day) ..... (Year) ..... Registration Number ..........

**2**
Title of Contribution
Title of Periodical .......... Vol ..... No ..... Issue Date ..........
Date of Publication ..... (Month) ..... (Day) ..... (Year) ..... Registration Number ..........

**3**
Title of Contribution
Title of Periodical .......... Vol ..... No ..... Issue Date ..........
Date of Publication ..... (Month) ..... (Day) ..... (Year) ..... Registration Number ..........

**4**
Title of Contribution
Title of Periodical .......... Vol ..... No ..... Issue Date ..........
Date of Publication ..... (Month) ..... (Day) ..... (Year) ..... Registration Number ..........

**5**
Title of Contribution .......... 
Title of Periodical .......... Vol ..... No ..... Issue Date ..........
Date of Publication ..... (Month) ..... (Day) ..... (Year) ..... Registration Number ..........

**6**
Title of Contribution .......... 
Title of Periodical .......... Vol ..... No ..... Issue Date ..........
Date of Publication ..... (Month) ..... (Day) ..... (Year) ..... Registration Number ..........

**7**
Title of Contribution .......... 
Title of Periodical .......... Vol ..... No ..... Issue Date ..........
Date of Publication ..... (Month) ..... (Day) ..... (Year) ..... Registration Number ..........

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name **Marvel Entertainment Group, INC.**
Account Number **DA-059633**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name **CAROL PLATT, Marvel ent.Group**
Address **387 Park Avenue South**
**New York** (City) **NY** (State) **10016** (ZIP)

**6** Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant  ■ duly authorized agent of **Marvel Entertainment Group, INC.**
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _Carol Platt_
Typed or printed name **Carol G. Platt**
Date: ..........

**7** Certification (Application must be signed)

**MARVEL ENTERTAINMENT GROUP, INC.**
(Name)
**387 Park Avenue South**
(Number, Street and Apartment Number)
**NEW YORK** (City) **NY** (State) **10016** (ZIP code)

**MAIL CERTIFICATE TO**
(Certificate will be mailed in window envelope)

**8** Address for Return of Certificate

☼ October 1988—50,000    ☼U.S. GOVERNMENT PRINTING OFFICE: 1988—262-306.8

134774

2021MARVEL-0006500

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

**FORM B**

| CLASS | REGISTRATION NO. |
|---|---|
| **B** | **B   173315** |
| | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*

Register of Copyrights
United States of America



NOT VALID WITHOUT
COPYRIGHT OFFICE
IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name ..... Vista Publications, Inc.

Address ..... 625 Madison Ave., New York, N.Y. 10022

Name

Address

**2. Title:** STRANGE TALES

(Title of periodical)

Vol. ..... 1 ..... No. ..... 133 ..... Date on copies ..... June 1965

**3. Citizenship of Author:**

Citizenship ..... USA

(Name of country)    Domiciled in U. S. A.    Yes ☐    No ☐

**4. Publication:**

(a) Date of Publication of This Issue:

..... 3/11/65

(b) Place of Publication of This Issue:

..... USA

(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad:

(b) Process Used:

(c) Country of Manufacture:

*Complete all applicable spaces on next page*

**6. Deposit account:**

**7. Send correspondence to:**

Name _____   **Address** _____

**8. Send certificate to:**

(Type or
print      **Name**
name and
address)   **Address**

### MAGAZINE MANAGEMENT CO.
### 625 MADISON AVENUE
### NEW YORK, N. Y. 10022

(City)                    (Zone)                    (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or

format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|
| Application received  MAR 17 1965 | |
| Two copies received  MAR 17 1965 | |
| Fee received | |

134714
2021MARVEL-0006502

Steve Ditko

# CERTIFICATE OF REGISTRATION

**FORM RE**

UNITED STATES COPYRIGHT OFFICE



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



ACTING REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL



RE 645-228

EFFECTIVE DATE OF RENEWAL REGISTRATION
NOV 17 1993
(Month)    (Day)    (Year)

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

---

**①** Renewal Claimant(s)

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

**1**
Name MARVEL ENTERTAINMENT GROUP, INC.
Address 387 Park Avenue South, New York, NY    10016
Claiming as Proprietor of copyright in a composite work made for hire
(Use appropriate statement from instructions)

**2**
Name
Address
Claiming as
(Use appropriate statement from instructions)

**3**
Name
Address
Claiming as
(Use appropriate statement from instructions)

---

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

STRANGE TALES

**RENEWABLE MATTER:**
Entire work as originally copyrighted, including all portions thereof

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**
Title of periodical or composite work:
If a periodical or other serial, give: Vol. 1    No. 134    Issue Date JULY 1965

---

**③** Author(s)

**AUTHOR(S) OF RENEWABLE MATTER:**

VISTA PUBLICATIONS, INC.

---

**④** Facts of Original Registration

**ORIGINAL REGISTRATION NUMBER:**
B 179809

**ORIGINAL COPYRIGHT CLAIMANT:**
VISTA PUBLICATIONS, INC.

**ORIGINAL DATE OF COPYRIGHT:**
• If the original registration for this work was made in published form, give:
DATE OF PUBLICATION: APRIL 8 1965
(Month)  (Day)  (Year)
OR
• If the original registration for this work was made in unpublished form, give:
DATE OF REGISTRATION:
(Month)  (Day)  (Year)

2021MARVEL-0006503

| EXAMINED BY | | RENEWAL APPLICATION RECEIVED | | FOR |
|---|---|---|---|---|
| CHECKED BY | | | | COPYRIGHT |
| CORRESPONDENCE | | NOV 17 1993 | | OFFICE |
| ☐ Yes | | REMITTANCE NUMBER AND DATE | | USE |
| DEPOSIT ACCOUNT FUNDS USED ☐ | | | | ONLY |

## DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE CON)

**⑤ Renewal for Group of Works**

| | | | |
|---|---|---|---|
| **1** | Title of Contribution | | |
| | Title of Periodical: | Vol. No. | Issue Date |
| | Date of Publication (Month) (Day) (Year) | Registration Number | |
| **2** | Title of Contribution | | |
| | Title of Periodical: | Vol. No. | Issue Date |
| | Date of Publication (Month) (Day) (Year) | Registration Number | |
| **3** | Title of Contribution | | |
| | Title of Periodical: | Vol. No. | Issue Date |
| | Date of Publication (Month) (Day) (Year) | Registration Number | |
| **4** | Title of Contribution | | |
| | Title of Periodical: | Vol. No. | Issue Date |
| | Date of Publication (Month) (Day) (Year) | Registration Number | |
| **5** | Title of Contribution | | |
| | Title of Periodical: | Vol. No. | Issue Date |
| | Date of Publication (Month) (Day) (Year) | Registration Number | |
| **6** | Title of Contribution | | |
| | Title of Periodical: | Vol. No. | Issue Date |
| | Date of Publication (Month) (Day) (Year) | Registration Number | |
| **7** | Title of Contribution | | |
| | Title of Periodical: | Vol. No. | Issue Date |
| | Date of Publication (Month) (Day) (Year) | Registration Number | |

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account)

Name: Marvel Entertainment Group, INC
Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: CAROL PLATT, Marvel ent.Group
Address: 387 Park Avenue South
New York (City) NY (State) 10016 (ZIP)

**⑥ Fee and Correspondence**

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)

☐ renewal claimant   ■ duly authorized agent of: Marvel Entertainment Group, INC.

of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) Carol Platt

Typed or printed name: Carol G. Platt

Date:

**⑦ Certification (Application must be signed)**

MARVEL ENTERTAINMENT GROUP, INC. (Name)
387 Park Avenue South (Number, Street and Apartment Number)
NEW YORK (City) NY (State) 10016 (ZIP code)

**MAIL CERTIFICATE TO**

(Certificate will be mailed in window envelope)

**⑧ Address for Return of Certificate**

⋆ October 1989—50,000    ☆U.S. GOVERNMENT PRINTING OFFICE: 1989—262-306.8

134775

Steve Ditko

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America



| CLASS | REGISTRATION NO. |
|---|---|
| **B** | B   179809 |
| | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



*Abraham L. Kaminstein*
ABRAHAM L. KAMINSTEIN
*Register of Copyrights*
*United States of America*

**1. Copyright Claimant(s) and Address(es):**

Name ........ Vista Publications, Inc.

Address ........ 625 Madison Ave., New York, N.Y. 10022

Name ........

Address ........

**2. Title:** ........ STRANGE TALES

(Title of periodical)

Vol. ........ **1** ........ No. ........ **134** ........ Date on copies ........ July 1965

**3. Citizenship of Author:**

Citizenship ........ **USA** ........ Domiciled in U. S. A.   Yes ☐   No ☐
(Name of country)

**4. Publication:**

(a) Date of Publication of This Issue:

**4/8/65**

(b) Place of Publication of This Issue:

**USA**
(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: ........

(b) Process Used: ........

(c) Country of Manufacture: ........

*Complete all applicable spaces on next page*

Steve Ditko

**6. Deposit account:**

**7. Send correspondence to:**

Name _____    Address _____

MAGA?INE MANA?_____

C.? ?A???O.? AV?.??E

N?W YO?.?, ?. Y. 100?2

**8. Send certificate to:**

(Type or print name and address)

Name _____

MAGAZINE MANAGEMENT CO.

Address _____

625 MADISON AVENUE

NEW YORK, N. Y. 10022

(City)                (Zone)                (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|
| Application received<br>APR 13 1965 | |
| Two copies received<br>APR 13 1965 | |
| Fee received | |

134775

2021MARVEL-0006506

# FORM RE
UNITED STATES COPYRIGHT OFFICE



RE 645-244

*RE006N 451444*

EFFECTIVE DATE OF RENEWAL REGISTRATION

NOV 1 7 1993
(Month)        (Day)        (Year)

---

DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY

**①** RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions)
(read
Comments)

**1** Name MARVEL ENTERTAINMENT GROUP, INC.
Address 387 Park Avenue South, New York, NY 10016
Claiming as Proprietor of copyright in a composite work made for hire
(Use appropriate statement from instructions)

**2** Name
Address
Claiming as
(Use appropriate statement from instructions)

**3** Name
Address
Claiming as
(Use appropriate statement from instructions)

---

TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:

STRANGE TALES

RENEWABLE MATTER:
Entire work as originally copyrighted, including all portions
thereof

CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:
Title of periodical or composite work:    1        135        AUGUST 1965
If a periodical or other serial, give: Vol.            No.        Issue Date

---

**③** AUTHOR(S) OF RENEWABLE MATTER:
(Author(s))

VISTA PUBLICATIONS, INC.

---

**④** ORIGINAL REGISTRATION NUMBER:        ORIGINAL COPYRIGHT CLAIMANT:
(Facts of
Original
Registration)        B 190436        VISTA PUBLICATIONS, INC.

ORIGINAL DATE OF COPYRIGHT:
• If the original registration for this work was made in published form,        • If the original registration for this work was made in unpublished form,
give:                                                                          give:
MAY    4    1965    OR                DATE OF REGISTRATION:
DATE OF PUBLICATION:    (Month)    (Day)    (Year)                            (Month)    (Day)    (Year)

2021MARVEL-0006507

Steve Ditko

| | | |
|---|---|---|
| EXAMINED BY | RENEWAL APPLICATION RECEIVED | FOR COPYRIGHT OFFICE USE ONLY |
| CHECKED BY | NOV 17 1993 | |
| CORRESPONDENCE ☐ Yes | REMITTANCE NUMBER AND DATE | |
| DEPOSIT ACCOUNT FUNDS USED ☐ | | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE CON)

**5** Renewal for Group of Works

**1**
- Title of Contribution
- Title of Periodical ......... Vol ..... No ..... Issue Date .....
- Date of Publication (Month) (Day) (Year) Registration Number .....

**2**
- Title of Contribution
- Title of Periodical ......... Vol ..... No ..... Issue Date .....
- Date of Publication (Month) (Day) (Year) Registration Number .....

**3**
- Title of Contribution
- Title of Periodical ......... Vol ..... No ..... Issue Date .....
- Date of Publication (Month) (Day) (Year) Registration Number .....

**4**
- Title of Contribution
- Title of Periodical ......... Vol ..... No ..... Issue Date .....
- Date of Publication (Month) (Day) (Year) Registration Number .....

**5**
- Title of Contribution
- Title of Periodical ......... Vol ..... No ..... Issue Date .....
- Date of Publication (Month) (Day) (Year) Registration Number .....

**6**
- Title of Contribution
- Title of Periodical ......... Vol ..... No ..... Issue Date .....
- Date of Publication (Month) (Day) (Year) Registration Number .....

**7**
- Title of Contribution
- Title of Periodical ......... Vol ..... No ..... Issue Date .....
- Date of Publication (Month) (Day) (Year) Registration Number .....

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name **Marvel Entertainment Group, INC**

Account Number: **DA-059633**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: **CAROL PLATT, Marvel ent.Group**
Address **387 Park Avenue South**
**New York     NY     10016**
(City) (State) (ZIP)

**6** Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant   ☒ duly authorized agent of **Marvel Entertainment Group, INC.**
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) *Carol Platt*

Typed or printed name: **Carol G. Platt**

Date: .....

**7** Certification (Application must be signed)

**MAIL CERTIFICATE TO**

**MARVEL ENTERTAINMENT GROUP, INC.**
(Name)
**387 Park Avenue South**
(Number, Street and Apartment Number)
**NEW YORK     NY     10016**
(City) (State) (ZIP code)

(Certificate will be mailed in window envelope)

**8** Address for Return of Certificate

October 1989—80,000    ☆U.S. GOVERNMENT PRINTING OFFICE: 1989—262-306 8

2021MARVEL-0006508

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

FORM B

| CLASS | REGISTRATION NO. |
|-------|------------------|
| **B** B | **190436** |
| | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*

*Register of Copyrights*
*United States of America*

NOT VALID WITHOUT COPYRIGHT OFFICE IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name ...Vista Publications, Inc.

Address ...625 Madison Ave., New York, N.Y. 10022

Name ...

Address ...

**2. Title:** STRANGE TALES

(Title of periodical)

Vol. ...1... No. ...135... Date on copies ...Aug. 1965

**3. Citizenship of Author:**

Citizenship ...USA...     Domiciled in U. S. A.    Yes ☐   No ☐

(Name of country)

**4. Publication:**

   **(a) Date of Publication of This Issue:**

...5/4/65

   **(b) Place of Publication of This Issue:**

   USA

(Name of country)

**5. Manufacture Outside United States:**

   **(a) Portion of the Manufacturing Done Abroad:** ...

   **(b) Process Used:** ...

   **(c) Country of Manufacture:** ...

*Complete all applicable spaces on next page*



2021MARVEL-0006509

Steve Ditko

**6. Deposit account:**

**7. Send correspondence to:**

*Name* _____ **Address** _____

**8. Send certificate to:**

(Type or print name and address)

Name

Address

MAGAZINE MANAGEMENT CO.
625 MADISON AVENUE
(Number and street)
NEW YORK, N. Y. 10022

(City)          (Zone)          (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received | |
| **MAY 28 1965** | |
| Two copies received | |
| **MAY 28 1965** | |
| Fee received | |

134776

2021MARVEL-0006510

Steve Ditko



# CERTIFICATE OF REGISTRATION

**FORM RE**

UNITED STATES COPYRIGHT OFFICE

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Barbara Ringer*

ACTING REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL



RE 644-311

**EFFECTIVE DATE OF RENEWAL REGISTRATION**

NOV 17 1993
(Month)    (Day)    (Year)

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

---

**① Renewal Claimant(s)**

RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions)

**1** Name MARVEL ENTERTAINMENT GROUP, INC.
Address 387 Park Avenue South, New York, NY    10016
Claiming as Proprietor of copyright in a composite work made for hire
(Use appropriate statement from instructions)

**2** Name
Address
Claiming as
(Use appropriate statement from instructions)

**3** Name
Address
Claiming as
(Use appropriate statement from instructions)

---

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

STRANGE TALES

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work:    136
If a periodical or other serial, give: Vol    1    No.    136    Issue Date    SEPT 1965

---

**③ Author(s)**

AUTHOR(S) OF RENEWABLE MATTER:

VISTA PUBLICATIONS, INC.

---

**④ Facts of Original Registration**

| ORIGINAL REGISTRATION NUMBER: | ORIGINAL COPYRIGHT CLAIMANT: |
|---|---|
| B 196229 | VISTA PUBLICATIONS, INC. |

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form, give:
DATE OF PUBLICATION: JUNE 8 1965
(Month)    (Day)    (Year)

OR

• If the original registration for this work was made in unpublished form, give:
DATE OF REGISTRATION:
(Month)    (Day)    (Year)

2021MARVEL-0006511

| EXAMINED BY | RENEWAL APPLICATION RECEIVED: | FOR COPYRIGHT OFFICE USE ONLY |
| CHECKED BY | NOV 17, 1993 | |
| CORRESPONDENCE ☐ Yes | REMITTANCE NUMBER AND DATE | |
| DEPOSIT ACCOUNT FUNDS USED ☐ | | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE CON).

**5** Renewal for Group of Works

**1**
Title of Contribution
Title of Periodical                                    Vol         No         Issue Date
Date of Publication      (Month)    (Day)    (Year)    Registration Number

**2**
Title of Contribution
Title of Periodical                                    Vol         No         Issue Date
Date of Publication      (Month)    (Day)    (Year)    Registration Number

**3**
Title of Contribution
Title of Periodical                                    Vol         No         Issue Date
Date of Publication      (Month)    (Day)    (Year)    Registration Number

**4**
Title of Contribution
Title of Periodical                                    Vol         No         Issue Date
Date of Publication      (Month)    (Day)    (Year)    Registration Number

**5**
Title of Contribution
Title of Periodical                                    Vol         No         Issue Date
Date of Publication      (Month)    (Day)    (Year)    Registration Number

**6**
Title of Contribution
Title of Periodical                                    Vol         No         Issue Date
Date of Publication      (Month)    (Day)    (Year)    Registration Number

**7**
Title of Contribution
Title of Periodical                                    Vol         No         Issue Date
Date of Publication      (Month)    (Day)    (Year)    Registration Number

---

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: Marvel Entertainment Group, INC

Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: CAROL PLATT, Marvel ent.Group

Address: 387 Park Avenue South

New York       NY       10016
(City)         (State)   (ZIP)

**6** Fee and Correspondence

---

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant   ■ duly authorized agent of Marvel Entertainment Group, INC.
                                              (Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X)    Carol Platt

Typed or printed name: Carol G. Platt

Date:

**7** Certification (Application must be signed)

---

MARVEL ENTERTAINMENT GROUP, INC,
(Name)
387 Park Avenue South
(Number, Street and Apartment Number)
NEW YORK       NY       10016
(City)         (State)   (ZIP code)

**MAIL CERTIFICATE TO**

(Certificate will be mailed in window envelope)

**8** Address for Return of Certificate

■ October 1989—50,000                                   ☆U.S. GOVERNMENT PRINTING OFFICE: 1989—262-308 8

Steve Ditko

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America



| CLASS | REGISTRATION NO. |
|---|---|
| **B** | B  196229 |
| | DO NOT WRITE HERE |

**FORM B**

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Register of Copyrights*
*United States of America*

NOT VALID WITHOUT
COPYRIGHT OFFICE
IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name .... Vista Publications, Inc.

Address .... 625 Madison Ave., New York, N.Y.   0022

Name ................................................................

Address ..............................................................

**2. Title:** STRANGE TALES

(Title of periodical)

Vol. ..... 1 ...... No. .... 136 .... Date on copies ...... Sept. 1965

**3. Citizenship of Author:**

Citizenship ...... USA
(Name of country)

Domiciled in U. S. A    Yes ☐  No ☐

**4. Publication:**

(a) Date of Publication of This Issue:

....... 6/8/65

(b) Place of Publication of This Issue:

....... USA
(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: ...................................

(b) Process Used: ...............................................................

(c) Country of Manufacture: ...................................................

*Complete all applicable spaces on next page*

**6. Deposit account:**

**7. Send correspondence to:**

Name _____    Address _____

**8. Send certificate to:**

(Type or print name and address)

Name

MAGAZINE MANAGEMENT CO.

Address

625 MADISON AVENUE
(Number and street)

NEW YORK, N. Y. 10022

(City)        (Zone)        (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

Application received    JUN 11 1965

Two copies received    JUN 11 1965

Fee received

FOR COPYRIGHT OFFICE USE ONLY

134777
2021MARVEL-0006514



# CERTIFICATE OF REGISTRATION

**FORM RE**

UNITED STATES COPYRIGHT OFFICE

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Barbara Ringer*

ACTING REGISTER OF COPYRIGHTS

United States of America

OFFICIAL SEAL

**RE 644-320**

EFFECTIVE DATE OF RENEWAL REGISTRATION
NOV. 17 1993
(Month)   (Day)   (Year)

DO NOT WRITE ABOVE THIS LINE. **FOR COPYRIGHT OFFICE USE ONLY**

---

**① Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

1
Name MARVEL ENTERTAINMENT GROUP, INC.
Address 387 Park Avenue South, New York, NY    10016
Claiming as Proprietor of copyright in a composite work made for hire
(Use appropriate statement from Instructions)

2
Name
Address
Claiming as (Use appropriate statement from Instructions)

3
Name
Address
Claiming as (Use appropriate statement from Instructions)

---

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

STRANGE TALES

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work:    1    137    OCTOBER 1965
If a periodical or other serial, give: Vol.    No.    Issue Date

---

**③ Author(s)**

**AUTHOR(S) OF RENEWABLE MATTER:**

VISTA PUBLICATIONS, INC.

---

**④ Facts of Original Registration**

**ORIGINAL REGISTRATION NUMBER:**
B 200686

**ORIGINAL COPYRIGHT CLAIMANT:**
VISTA PUBLICATIONS, INC.

**ORIGINAL DATE OF COPYRIGHT:**
• If the original registration for this work was made in published form, give:
DATE OF PUBLICATION:    JULY    8    1965  OR
(Month)   (Day)   (Year)

• If the original registration for this work was made in unpublished form, give:
DATE OF REGISTRATION:
(Month)   (Day)   (Year)

2021MARVEL-0006515

| EXAMINED BY | RENEWAL APPLICATION RECEIVED | |
| CHECKED BY | NOV 17 1993 | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ☐ Yes | REMITTANCE NUMBER AND DATE | |
| DEPOSIT ACCOUNT FUNDS USED ☐ | | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions) give full information about each contribution. If more space is needed, request continuation sheet (Form RE CON)

⑤ Renewal for Group of Works

**1**
Title of Contribution
Title of Periodical ............ Vol ...... No ...... Issue Date ......
Date of Publication (Month) (Day) (Year) Registration Number

**2**
Title of Contribution
Title of Periodical ............ Vol ...... No ...... Issue Date ......
Date of Publication (Month) (Day) (Year) Registration Number

**3**
Title of Contribution
Title of Periodical ............ Vol ...... No ...... Issue Date ......
Date of Publication (Month) (Day) (Year) Registration Number

**4**
Title of Contribution
Title of Periodical ............ Vol ...... No ...... Issue Date ......
Date of Publication (Month) (Day) (Year) Registration Number

**5**
Title of Contribution
Title of Periodical ............ Vol ...... No ...... Issue Date ......
Date of Publication (Month) (Day) (Year) Registration Number

**6**
Title of Contribution
Title of Periodical ............ Vol ...... No ...... Issue Date ......
Date of Publication (Month) (Day) (Year) Registration Number

**7**
Title of Contribution
Title of Periodical ............ Vol ...... No ...... Issue Date ......
Date of Publication (Month) (Day) (Year) Registration Number

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name Marvel Entertainment Group, INC.
Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: CAROL PLATT, Marvel ent.Group
Address: 387 Park Avenue South
New York         NY         10016
(City)        (State)        (ZIP)

⑥ Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant ■ duly authorized agent of Marvel Entertainment Group, INC.
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) _Carol Platt_

Typed or printed name: Carol G. Platt

Date:

⑦ Certification (Application must be signed)

**MAIL CERTIFICATE TO**

MARVEL ENTERTAINMENT GROUP, INC.
(Name)
387 Park Avenue South
(Number, Street and Apartment Number)
NEW YORK         NY         10016
(City)        (State)        (ZIP code)

(Certificate will be mailed in window envelope)

⑧ Address for Return of Certificate

☼ October 1989—50,000        ☆U.S. GOVERNMENT PRINTING OFFICE: 1989—282-306.8

1347-78

2021MARVEL-0006516

Steve Ditko

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

**FORM B**



| CLASS | REGISTRATION NO. |
|---|---|
| B | B 200686 |
| | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*

**Register of Copyrights**
**United States of America**



**1. Copyright Claimant(s) and Address(es):**

Name ...... Vista Publications, Inc.

Address ...... 625 Madison Ave., New York, N.Y. 10022

Name ......

Address ......

**2. Title:** STRANGE TALES

(Title of periodical)

Vol. ...... 1 ...... No. ... 137 ...... Date on copies ...... Oct. 1965

**3. Citizenship of Author:**

Citizenship ...... USA

(Name of country)

Domiciled in U.S.A. Yes ☐ No ☐

**4. Publication:**

(a) Date of Publication of This Issue:

7/8/65

(Month) (Day) (Year)

(b) Place of Publication of This Issue:

USA

(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: ......

(b) Process Used: ......

(c) Country of Manufacture: ......

| EXAMINER |
|---|
| E |

*Complete all applicable spaces on next page*

2021MARVEL-0006517