# EXHIBIT 24E

**6. Deposit account:**

..............................................................................................................................

**7. Send correspondence to:**

Name ..........................................................    Address ..........................................................

**8. Send Certificate to:**

(Type or print name and address)

Name ............

Address ............

MAGAZINE MANAGEMENT CO.

625 MADISON AVENUE

NEW YORK, N. Y. 10022

(City)          (State)          (ZIP code)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U.S. Department of Commerce, Washington, D.C., 20231.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington, D.C., 20540, two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (NOTE: A deposit account, against which fees can be drawn, may be established. For details write to the Copyright Office.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1965. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received<br>JUL 16 1965 | |
| Two copies received<br>JUL 16 1965 | |
| Fee received | |

134778

2021MARVEL-0006518

# CERTIFICATE OF REGISTRATION

**FORM RE**

UNITED STATES COPYRIGHT OFFICE



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Barbara Ringer*

ACTING REGISTER OF COPYRIGHTS
United States of America



RE 644 – 292

EFFECTIVE DATE OF RENEWAL REGISTRATION

NOV 1 7 1993
(Month)    (Day)    (Year)

---

**DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY**

## ①  Renewal Claimant(s)

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

**1**
Name MARVEL ENTERTAINMENT GROUP, INC.
Address 387 Park Avenue South, New York, NY      10016
Claiming as Proprietor of copyright in a composite work made for hire
(Use appropriate statement from instructions)

**2**
Name ...........
Address ...........
Claiming as ...........
(Use appropriate statement from instructions)

**3**
Name ...........
Address ...........
Claiming as ...........
(Use appropriate statement from instructions)

## ②

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

STRANGE TALES

**RENEWABLE MATTER:**
Entire work as originally copyrighted, including all portions thereof

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**
Title of periodical or composite work: 1      138      NOVEMBER 1965
If a periodical or other serial, give: Vol ..........  No. ..........  Issue Date ..........

## ③  Author(s)

**AUTHOR(S) OF RENEWABLE MATTER:**

VISTA PUBLICATIONS, INC.

## ④  Facts of Original Registration

**ORIGINAL REGISTRATION NUMBER:**

B 208272

**ORIGINAL COPYRIGHT CLAIMANT:**

VISTA PUBLICATIONS, INC.

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form, give:
DATE OF PUBLICATION: AUGUST 10  1965
(Month)    (Day)    (Year)

**OR**

• If the original registration for this work was made in unpublished form, give:
DATE OF REGISTRATION: ..........
(Month)    (Day)    (Year)

2021MARVEL-0006519

| EXAMINED BY | RENEWAL APPLICATION RECEIVED | |
|---|---|---|
| CHECKED BY | **NOV 17. 1993** | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ☐ Yes | REMITTANCE NUMBER AND DATE | |
| DEPOSIT ACCOUNT FUNDS USED | | |

## DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE CON)

**(5)** Renewal for Group of Works

**1**
Title of Contribution
Title of Periodical                Vol          No          Issue Date
Date of Publication  (Month)  (Day)  (Year)    Registration Number

**2**
Title of Contribution
Title of Periodical                Vol          No          Issue Date
Date of Publication  (Month)  (Day)  (Year)    Registration Number

**3**
Title of Contribution
Title of Periodical                Vol          No          Issue Date
Date of Publication  (Month)  (Day)  (Year)    Registration Number

**4**
Title of Contribution
Title of Periodical                Vol          No          Issue Date
Date of Publication  (Month)  (Day)  (Year)    Registration Number

**5**
Title of Contribution
Title of Periodical                Vol          No          Issue Date
Date of Publication  (Month)  (Day)  (Year)    Registration Number

**6**
Title of Contribution
Title of Periodical                Vol          No          Issue Date
Date of Publication  (Month)  (Day)  (Year)    Registration Number

**7**
Title of Contribution
Title of Periodical                Vol          No          Issue Date
Date of Publication  (Month)  (Day)  (Year)    Registration Number

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account)

Name  Marvel Entertainment Group, INC.
Account Number:  DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name  CAROL PLATT, Marvel ent.Group
Address  387 Park Avenue South
New York          NY          10016
(City)          (State)          (ZIP)

**(6)** Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant  ■ duly authorized agent of  Marvel Entertainment Group, INC.
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)
Typed or printed name  Carol G. Platt
Date:

**(7)** Certification (Application must be signed)

MARVEL ENTERTAINMENT GROUP, INC.
(Name)
387 Park Avenue South
(Number, Street and Apartment Number)
NEW YORK          NY          10016
(City)          (State)          (ZIP code)

**MAIL CERTIFICATE TO**
(Certificate will be mailed in window envelope)

**(8)** Address for Return of Certificate

* October 1989—50.000          ☆U.S. GOVERNMENT PRINTING OFFICE: 1989—262-306 ?



Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

| CLASS | REGISTRATION NO. |
|---|---|
| **B** | B 208272 |
|  | DO NOT WRITE HERE |

This Is To Certify that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*

*Register of Copyrights*
*United States of America*



**1. Copyright Claimant(s) and Address(es):**

Name ..... Vista Publications, Inc.

Address ..... 625 Madison Ave., New York, N.Y. 10022

Name ..................................

Address ..................................

**2. Title: STRANGE TALES**

(Title of periodical)

Vol. ...1... No. ...138... Date on copies ...Nov. 1965

**3. Citizenship of Author:**

Citizenship ..... USA

(Name of country)

Domiciled in U.S.A. Yes ☐ No ☐

**4. Publication:**

(a) Date of Publication of This Issue:

8/10/65

(Month)    (Day)    (Year)

(b) Place of Publication of This Issue:

USA

(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: ..................................

(b) Process Used: ..................................

(c) Country of Manufacture: ..................................

*Complete all applicable spaces on next page*

| EXAMINER |
|---|
| E |

2021MARVEL-0006521

**6. Deposit account:**

.......................................................................................................

**7. Send correspondence to:**

Name ...........................................................    Address .........................................................

**8. Send Certificate to:**

(Type or print name and address)

Name

MAGAZINE MANAGEMENT CO.

Address

625 MADISON AVENUE
(Number and street)

NEW YORK, N. Y. 10022

(City)          (State)          (ZIP. code)

## Information concerning copyright in periodicals

*When To Use Form B.*   Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?*   Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title.   The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office.   The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.*   There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole.   Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.*   The title of a periodical cannot be copyrighted.   Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published.   Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U.S. Department of Commerce, Washington, D.C., 20231.

*Duration of Copyright.*   Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.*   Produce the issue in copies by printing or other means of reproduction.   To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.*   The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.*   Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington, D.C., 20540, two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4.   (NOTE: A deposit account, against which fees can be drawn, may be established.   For details write to the Copyright Office.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading.   It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication.   For example: © John Doe 1965.   Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection.   If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY |
|---|
| Application received AUG 23 1965 |
| Two copies received AUG 23 1965 |
| Fee received |

# CERTIFICATE OF REGISTRATION

**FORM RE**

UNITED STATES COPYRIGHT OFFICE



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Barbara Ringer*

ACTING REGISTER OF COPYRIGHTS

United States of America

OFFICIAL SEAL

RE 644 – 306

**EFFECTIVE DATE OF RENEWAL REGISTRATION**

NOV 1 7 1993

(Month)          (Day)          (Year)

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

---

**①** Renewal Claimant(s)

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions)**

1
Name MARVEL ENTERTAINMENT GROUP, INC.
Address 387 Park Avenue South, New York, NY  10016
Claiming as Proprietor of copyright in a composite work made for hire
(Use appropriate statement from instructions)

2
Name
Address
Claiming as
(Use appropriate statement from instructions)

3
Name
Address
Claiming as
(Use appropriate statement from instructions)

---

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

STRANGE TALES

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work: 1          139          DECEMBER 1965
If a periodical or other serial, give: Vol.          No.          Issue Date

---

**③** Author(s)

**AUTHOR(S) OF RENEWABLE MATTER:**

VISTA PUBLICATIONS, INC.

---

**④** Facts of Original Registration

| ORIGINAL REGISTRATION NUMBER: | ORIGINAL COPYRIGHT CLAIMANT: |
|---|---|
| B 215981 | VISTA PUBLICATIONS, INC. |

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form, give:
SEPTEMBER 9 1965
DATE OF PUBLICATION (Month) (Day) (Year)

OR

• If the original registration for this work was made in unpublished form, give:
DATE OF REGISTRATION (Month) (Day) (Year)

2021MARVEL-0006523

| EXAMINED BY | | RENEWAL APPLICATION RECEIVED | FOR |
| CHECKED BY | | NOV 17. 1993 | COPYRIGHT |
| CORRESPONDENCE ☐ Yes | | REMITTANCE NUMBER AND DATE | OFFICE |
| DEPOSIT ACCOUNT FUNDS USED ☐ | | | USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE CON)

**5** Renewal for Group of Works

1
Title of Contribution
Title of Periodical                     Vol          No          Issue Date
Date of Publication     (Month)    (Day)    (Year)     Registration Number

2
Title of Contribution
Title of Periodical                     Vol          No          Issue Date
Date of Publication     (Month)    (Day)    (Year)     Registration Number

3
Title of Contribution
Title of Periodical                     Vol          No          Issue Date
Date of Publication     (Month)    (Day)    (Year)     Registration Number

4
Title of Contribution
Title of Periodical                     Vol          No          Issue Date
Date of Publication     (Month)    (Day)    (Year)     Registration Number

5
Title of Contribution
Title of Periodical                     Vol          No          Issue Date
Date of Publication     (Month)    (Day)    (Year)     Registration Number

6
Title of Contribution
Title of Periodical                     Vol          No          Issue Date
Date of Publication     (Month)    (Day)    (Year)     Registration Number

7
Title of Contribution
Title of Periodical                     Vol          No          Issue Date
Date of Publication     (Month)    (Day)    (Year)     Registration Number

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: **Marvel Entertainment Group, INC**
Account Number: **DA-059633**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: **CAROL PLATT, Marvel ent.Group**
Address: **387 Park Avenue South**
**New York** (City)   **NY** (State)   **10016** (ZIP) (Apt)

**6** Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant   ■ duly authorized agent of **Marvel Entertainment Group, INC.**
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X): _Carol Platt_

Typed or printed name   **Carol G. Platt**

Date

**7** Certification (Application must be signed)

MAIL CERTIFICATE TO

**MARVEL ENTERTAINMENT GROUP, INC.**
(Name)
**387 Park Avenue South**
(Number, Street and Apartment Number)
**NEW YORK** (City)   **NY** (State)   **10016** (ZIP code)

(Certificate will be mailed in window envelope)

**8** Address for Return of Certificate

* October 1989—50.000                    ☆U.S. GOVERNMENT PRINTING OFFICE 1989—262-308 8

134780

2021MARVEL-0006524

Steve Ditko

Page 3

# Certificate



## Registration of a Claim to Copyright
### in a periodical manufactured in the United States of America

**FORM B**

| CLASS | REGISTRATION NO. |
|---|---|
| **B** | **B  215981** |
| | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*
ABRAHAM L. KAMINSTEIN

*Register of Copyrights
United States of America*



**1. Copyright Claimant(s) and Address(es):**

Name ........ ~~XXXXXXXXXXXXXX~~ .... **Vista Publications, Inc.**

Address ................................ **625 Madison Ave., New York, N.Y. 10022**

Name ...........................................................................................

Address ........................................................................................

**2. Title:** .. **STRANGE TALES** ..............................................
(Title of periodical)

.....................................................................................................

Vol. ....**1**..... No. ...**139**....... Date on copies ............ **Dec., 1965**

**3. Citizenship of Author:**

Citizenship ............... **USA** .............................................. Domiciled in U.S.A.  Yes ☐  No ☐
(Name of country)

**4. Publication:**

   **(a) Date of Publication of This Issue:**

.......... **9/9/65** .................................................................
(Month)    (Day)    (Year)

   **(b) Place of Publication of This Issue:**

.............. **USA** ....................................................................
(Name of country)

**5. Manufacture Outside United States:**

   **(a) Portion of the Manufacturing Done Abroad:** ..............................................

   **(b) Process Used:** ..........................................................................

   **(c) Country of Manufacture:** ................................................................

| EXAMINER |
|---|
| *lpk* |

*Complete all applicable spaces on next page*

**6. Deposit account:**

.........................................................................................................

**7. Send correspondence to:**

Name ................................................................     Address ................................................................

**8. Send Certificate to:**

(Type or
print
name and
address)

Name

Address

MAGAZINE MANAGEMENT CO.

625 MADISON AVENUE

NEW YORK, N. Y. 10022

| (City) | (State) | (ZIP code) |

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U.S. Department of Commerce, Washington, D.C., 20231.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington, D.C., 20540, two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (NOTE: A deposit account, against which fees can be drawn, may be established. For details write to the Copyright Office.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1965. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received<br>SEP 27 1965 | |
| Two copies received<br>SEP 27 1965 | |
| Fee received | |

134780

2021MARVEL-0006526

# CERTIFICATE OF REGISTRATION

## FORM RE

UNITED STATES COPYRIGHT OFFICE



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Barbara Ringer*

ACTING REGISTER OF COPYRIGHTS
United States of America



RE 645-140

EFFECTIVE DATE OF RENEWAL REGISTRATION

NOV 17 1993
(Month) ........ (Day) ........ (Year)

---

**DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY**

---

**①** Renewal Claimant(s)

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

1
Name MARVEL ENTERTAINMENT GROUP, INC.
Address 387 Park Avenue South, New York, NY  10016
Claiming as Proprietor of copyright in a composite work made for hire
(Use appropriate statement from instructions)

2
Name
Address
Claiming as
(Use appropriate statement from instructions)

3
Name
Address
Claiming as
(Use appropriate statement from instructions)

---

**②**

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

STRANGE TALES

**RENEWABLE MATTER:**
Entire work as originally copyrighted, including all portions thereof

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work: ................ 1 ........ 140 ........ Issue Date JAN 1966
If a periodical or other serial, give: Vol. ............ No. ............ Issue Date ............

---

**③** Author(s)

**AUTHOR(S) OF RENEWABLE MATTER:**

VISTA PUBLICATIONS, INC.

---

**④** Facts of Original Registration

| ORIGINAL REGISTRATION NUMBER: | ORIGINAL COPYRIGHT CLAIMANT: |
|---|---|
| B 229414 | VISTA PUBLICATIONS, INC. |

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form, give:
OCTOBER 12   1965

**OR**

• If the original registration for this work was made in unpublished form, give:

DATE OF PUBLICATION: ............
(Month)   (Day)   (Year)

DATE OF REGISTRATION: ............
(Month)   (Day)   (Year)

2021MARVEL-0006527

| EXAMINED BY | | RENEWAL APPLICATION RECEIVED | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|
| CHECKED BY | | NOV 17 1993 | |
| CORRESPONDENCE ☐ Yes | | REMITTANCE NUMBER AND DATE | |
| DEPOSIT ACCOUNT FUNDS USED | | | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE CON).

**⑤** Renewal for Group of Works

**1**
Title of Contribution
Title of Periodical ........ Vol .... No .... Issue Date ....
Date of Publication (Month) (Day) (Year) Registration Number ....

**2**
Title of Contribution
Title of Periodical ........ Vol .... No .... Issue Date ....
Date of Publication (Month) (Day) (Year) Registration Number ....

**3**
Title of Contribution
Title of Periodical ........ Vol .... No .... Issue Date ....
Date of Publication (Month) (Day) (Year) Registration Number ....

**4**
Title of Contribution
Title of Periodical ........ Vol .... No .... Issue Date ....
Date of Publication (Month) (Day) (Year) Registration Number ....

**5**
Title of Contribution ....
Title of Periodical ........ Vol .... No .... Issue Date ....
Date of Publication (Month) (Day) (Year) Registration Number ....

**6**
Title of Contribution ....
Title of Periodical ........ Vol .... No .... Issue Date ....
Date of Publication (Month) (Day) (Year) Registration Number ....

**7**
Title of Contribution ....
Title of Periodical ........ Vol .... No .... Issue Date ....
Date of Publication (Month) (Day) (Year) Registration Number ....

---

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: **Marvel Entertainment Group, INC**
Account Number: **DA-059633**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: **CAROL PLATT, Marvel ent.Group**
Address: **387 Park Avenue South**
**New York** (City) **NY** (State) **10016** (Zip)

**⑥** Fee and Correspondence

---

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant  ■ duly authorized agent of: **Marvel Entertainment Group, INC.**
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) .... *Carol Platt*
Typed or printed name: **Carol G. Platt**
Date: ....

**⑦** Certification (Application must be signed)

---

**MAIL CERTIFICATE TO**

**MARVEL ENTERTAINMENT GROUP, INC.** (Name)
**387 Park Avenue South** (Number, Street and Apartment Number)
**NEW YORK** (City) **NY** (State) **10016** (ZIP code)

(Certificate will be mailed in window envelope)

**⑧** Address for Return of Certificate

---

● October 1989—50,000     ☆U.S. GOVERNMENT PRINTING OFFICE: 1989—262-308-8

134781

2021MARVEL-0006528

Page 3

# Certificate

### Registration of a Claim to Copyright
### in a periodical manufactured in the United States of America



| CLASS | REGISTRATION NO. |
|---|---|
| **B** | **B** 229414 |
| | DO NOT WRITE HERE |

**FORM B**

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

ABRAHAM L·KAMINSTEIN

*Register of Copyrights*
*United States of America*



**1. Copyright Claimant(s) and Address(es):**

Name ....... Vista Publications, Inc.

Address ....... 625 Madison Ave., New York, N.Y. 10022

Name .......

Address .......

**2. Title:** STRANGE TALES
(Title of periodical)

Vol. ...... 1 ...... No. ..... 140 ...... Date on copies ......... Jan. 1966

**3. Citizenship of Author:**

Citizenship ......... USA (Name of country) ......... Domiciled in U.S.A. Yes ☐ No ☐

**4. Publication:**

(a) Date of Publication of This Issue:

..... 10/12/65
(Month)      (Day)      (Year)

(b) Place of Publication of This Issue:

USA
(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: .......

(b) Process Used: .......

(c) Country of Manufacture: .......

*Complete all applicable spaces on next page*

| EXAMINER |
|---|
| E |

2021MARVEL-0006529

**6. Deposit account:**

**7. Send correspondence to:**

Name ............................................................ Address ............................................................

**8. Send Certificate to:**

(Type or
print
name and
address)

Name

Address

MAGAZINE MANAGEMENT CO.
625 MADISON AVENUE
NEW YORK, N. Y. 10022

(City)          (State)          (ZIP code)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or

format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U.S. Department of Commerce, Washington, D.C., 20231.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington, D.C., 20540, two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $4. (NOTE: A deposit account, against which fees can be drawn, may be established. For details write to the Copyright Office.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1965. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

FOR COPYRIGHT OFFICE USE ONLY

Application received

OCT 28 1965

Two copies received

OCT 28 1965

Fee received

Deposit Account $4.00

134781

2021MARVEL-0006530

# CERTIFICATE OF REGISTRATION

# FORM RE

UNITED STATES COPYRIGHT OFFICE



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Barbara Ringer*

ACTING REGISTER OF COPYRIGHTS
~~United States of America~~

RE 645-172

EFFECTIVE DATE OF RENEWAL REGISTRATION
NOV 1 7 1993
(Month)          (Day)          (Year)

**DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY**

---

**① Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions)**

**1** Name MARVEL ENTERTAINMENT GROUP, INC.
Address 387 Park Avenue South, New York, NY 10016
Claiming as Proprietor of copyright in a composite work made for hire
(Use appropriate statement from instructions)

**2** Name
Address
Claiming as
(Use appropriate statement from instructions)

**3** Name
Address
Claiming as
(Use appropriate statement from instructions)

---

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

STRANGE TALES

**RENEWABLE MATTER:**
Entire work as originally copyrighted, including all portions thereof

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**
Title of periodical or composite work:
If a periodical or other serial, give: Vol. 1    No. 141    Issue Date FEBRUARY 1966

---

**② Author(s)**

**AUTHOR(S) OF RENEWABLE MATTER:**

VISTA PUBLICATIONS, INC.

---

**③ Facts of Original Registration**

**ORIGINAL REGISTRATION NUMBER:**
B 229431

**ORIGINAL COPYRIGHT CLAIMANT:**
VISTA PUBLICATIONS, INC.

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form,
give:
DATE OF PUBLICATION: NOVEMBER 11 *11 1965
(Month)    (Day)    (Year)

OR

• If the original registration for this work was made in unpublished form,
give:
DATE OF REGISTRATION:
(Month)    (Day)    (Year)

'Amended by Copyright Office

| EXAMINED BY | RENEWAL APPLICATION RECEIVED | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|
| CHECKED BY | NOV 17 1993 | |
| CORRESPONDENCE ☐ Yes | REMITTANCE NUMBER AND DATE | |
| DEPOSIT ACCOUNT FUNDS USED ☐ | | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions) give full information about each contribution. If more space is needed, request continuation sheet (Form RE CON)

**⑤ Renewal for Group of Works**

**1**
Title of Contribution
Title of Periodical
Date of Publication        (Month)        (Day)        (Year)
Vol        No        Issue Date
Registration Number

**2**
Title of Contribution
Title of Periodical
Date of Publication        (Month)        (Day)        (Year)
Vol        No        Issue Date
Registration Number

**3**
Title of Contribution
Title of Periodical
Date of Publication        (Month)        (Day)        (Year)
Vol        No        Issue Date
Registration Number

**4**
Title of Contribution
Title of Periodical
Date of Publication        (Month)        (Day)        (Year)
Vol        No        Issue Date
Registration Number

**5**
Title of Contribution
Title of Periodical
Date of Publication        (Month)        (Day)        (Year)
Vol        No        Issue Date
Registration Number

**6**
Title of Contribution
Title of Periodical
Date of Publication        (Month)        (Day)        (Year)
Vol        No        Issue Date
Registration Number

**7**
Title of Contribution
Title of Periodical
Date of Publication        (Month)        (Day)        (Year)
Vol        No        Issue Date
Registration Number

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account)

Name **Marvel Entertainment Group, INC**
Account Number: **DA-059633**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: **CAROL PLATT, Marvel ent.Group**
Address: **387 Park Avenue South**
**New York        NY        10016**
(City)        (State)        (Zip)

**⑥ Fee and Correspondence**

**CERTIFICATION:** I, the undersigned, hereby certify that I am the (Check one)
☐ renewal claimant    ■ duly authorized agent of: **Marvel Entertainment Group, INC.**
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) ..... *Carol G Platt*
Typed or printed name ..... **Carol G. Platt**
Date:

**⑦ Certification (Application must be signed)**

**MAIL CERTIFICATE TO**

**MARVEL ENTERTAINMENT GROUP, INC,**
(Name)
**387 Park Avenue South**
(Number, Street and Apartment Number)
**NEW YORK        NY        10016**
(City)        (State)        (ZIP code)

(Certificate will be mailed in window envelope)

**⑧ Address for Return of Certificate**

ber 1989—50,000        ☆U.S. GOVERNMENT PRINTING OFFICE: 1989—282-308.8

134782

2021MARVEL-0006532

Page 3

# Certificate

## Registration of a Claim to Copyright
### in a periodical manufactured in the United States of America

**FORM B**

| CLASS | REGISTRATION NO. |
|-------|------------------|
| **B** | B 229431 |
|  | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



*Register of Copyrights ·*
*United States of America*



**1. Copyright Claimant(s) and Address(es):**

Name ............ **Vista Publications, Inc.**

Address ............ **625 Madison Avenue, New York, N.Y. 10022**

Name ............

Address ............

**2. Title:** ............ **STRANGE TALES**

(Title of periodical)

Vol. ....**1**.......... No. ....**141**...... Date on copies ............ **February, 1966**

**3. Citizenship of Author:**

Citizenship ............ **U.S.A.** ............ Domiciled in U.S.A. Yes ☐ No ☐

(Name of country)

**4. Publication:**

    **(a) Date of Publication of This Issue:**

............ **11/11/65** ............

(Month)    (Day)    (Year)

    **(b) Place of Publication of This Issue:**

............ **U.S.A.** ............

(Name of country)

**5. Manufacture Outside United States:**

    **(a) Portion of the Manufacturing Done Abroad:** ............

    **(b) Process Used:** ............

    **(c) Country of Manufacture:** ............

| EXAMINER |
|----------|
| ᴨ |

*Complete all applicable spaces on next page*

**6. Deposit account:**

..................................................................................................................................

**7. Send correspondence to:**

Name ................................................................    Address ................................................................

**8. Send Certificate to:**

(Type or print name and address)

Name

Address

MAGAZINE MANAGEMENT CO.

625 MADISON AVENUE

NEW YORK, N. Y. 10022

(City)        (State)        (ZIP code)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U.S. Department of Commerce, Washington, D.C., 20231.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington, D.C., 20540, two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (NOTE: A deposit account, against which fees can be drawn, may be established. For details write to the Copyright Office.)

*The Copyright Notice.* Statutory notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1965. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received<br>NOV 19 1965 | |
| Two copies received<br>NOV 19 1965 | |
| Fee received<br>Deposit Account $4.00 | |

134782

2021MARVEL-0006534

Steve Ditko

# CERTIFICATE OF REGISTRATION

## FORM RE
UNITED STATES COPYRIGHT OFFICE



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



ACTING REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL



RE 645-178

EFFECTIVE DATE OF RENEWAL REGISTRATION
NOV. 1 7 1993
(Month)          (Day)          (Year)

DO NOT WRITE ABOVE THIS LINE.   FOR COPYRIGHT OFFICE USE ONLY

**①** **RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

**1**
Name MARVEL ENTERTAINMENT GROUP, INC.
Address 387 Park Avenue South, New York, NY   10016
Claiming as Proprietor of copyright in a composite work made for hire
(Use appropriate statement from Instructions)

**2**
Name
Address
Claiming as
(Use appropriate statement from Instructions)

**3**
Name
Address
Claiming as
(Use appropriate statement from Instructions)

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

STRANGE TALES

**RENEWABLE MATTER:**
Entire work as originally copyrighted, including all portions thereof

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**
Title of periodical or composite work:   1          142          MARCH 1966
If a periodical or other serial, give: Vol.          No.          Issue Date

**②** **AUTHOR(S) OF RENEWABLE MATTER:**

VISTA PUBLICATIONS, INC.

**③** **ORIGINAL REGISTRATION NUMBER:**
B 238352

**ORIGINAL COPYRIGHT CLAIMANT:**
VISTA PUBLICATIONS, INC.

**ORIGINAL DATE OF COPYRIGHT:**
• If the original registration for this work was made in published form, give: DECEMBER #9, 1965
(Month)   (Day)   (Year)
DATE OF PUBLICATION:

OR

• If the original registration for this work was made in unpublished form, give:
DATE OF REGISTRATION:
(Month)   (Day)   (Year)

2021MARVEL-0006535

* Amended by Copyright Office

| EXAMINED BY | RENEWAL APPLICATION RECEIVED | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|
| CHECKED BY | NOV 17, 1993 | |
| CORRESPONDENCE ☐ Yes | REMITTANCE NUMBER AND DATE | |
| DEPOSIT ACCOUNT FUNDS USED ☐ | | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR: To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE CON)

⑤ Renewal for Group of Works

| 1 | Title of Contribution | | | | | | |
|---|---|---|---|---|---|---|---|
| | Title of Periodical | | | Vol | No | Issue Date | |
| | Date of Publication | (Month) | (Day) | (Year) | Registration Number | | |

| 2 | Title of Contribution | | | | | | |
|---|---|---|---|---|---|---|---|
| | Title of Periodical | | | Vol | No | Issue Date | |
| | Date of Publication | (Month) | (Day) | (Year) | Registration Number | | |

| 3 | Title of Contribution | | | | | | |
|---|---|---|---|---|---|---|---|
| | Title of Periodical | | | Vol | No | Issue Date | |
| | Date of Publication | (Month) | (Day) | (Year) | Registration Number | | |

| 4 | Title of Contribution | | | | | | |
|---|---|---|---|---|---|---|---|
| | Title of Periodical | | | Vol | No | Issue Date | |
| | Date of Publication | (Month) | (Day) | (Year) | Registration Number | | |

| 5 | Title of Contribution | | | | | | |
|---|---|---|---|---|---|---|---|
| | Title of Periodical | | | Vol | No | Issue Date | |
| | Date of Publication | (Month) | (Day) | (Year) | Registration Number | | |

| 6 | Title of Contribution | | | | | | |
|---|---|---|---|---|---|---|---|
| | Title of Periodical | | | Vol | No | Issue Date | |
| | Date of Publication | (Month) | (Day) | (Year) | Registration Number | | |

| 7 | Title of Contribution | | | | | | |
|---|---|---|---|---|---|---|---|
| | Title of Periodical | | | Vol | No | Issue Date | |
| | Date of Publication | (Month) | (Day) | (Year) | Registratn Number | | |

DEPOSIT ACCOUNT: (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: Marvel Entertainment Group, INC.

Account Number: DA-059633

CORRESPONDENCE: (Give name and address to which correspondence about this application should be sent.)

Name: CAROL PLATT, Marvel ent. Group
Address: 387 Park Avenue South
New York        NY        10016
(City)        (State)        (ZIP)

⑥ Fee and Correspondence

CERTIFICATION: I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant   ■ duly authorized agent of: Marvel Entertainment Group, INC.
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _____
Typed or printed name: Carol G. Platt
Date: _____

⑦ Certification (Application must be signed)

MAIL CERTIFICATE TO

MARVEL ENTERTAINMENT GROUP, INC.
(Name)
387 Park Avenue South
(Number, Street and Apartment Number)
NEW YORK        NY        10016
(City)        (State)        (ZIP code)

(Certificate will be mailed in window envelope)

⑧ Address for Return of Certificate

☆ October 1989—30,000        ☆U.S. GOVERNMENT PRINTING OFFICE: 1989—262-306.8

13483

2021MARVEL-0006536

Steve Ditko

Page 3

# Certificate



## Registration of a Claim to Copyright
### in a periodical manufactured in the United States of America

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*

**Register of Copyrights**
**United States of America**



| CLASS | FORM B |
| --- | --- |
| **B** | **REGISTRATION NO.** B 238352 DO NOT WRITE HERE |

**1. Copyright Claimant(s) and Address(es):**

Name ...... **Vista Publications, Inc.**

Address ...... **625 Madison Avenue, New York, N.Y. 10022**

Name ......

Address ......

**2. Title:** ...... **STRANGE TALES**
(Title of periodical)

Vol. ...... **1** ...... No. ...... **142** ...... Date on copies ...... **March, 1966**

**3. Citizenship of Author:**

Citizenship ...... **U.S.A.**
(Name of country)
Domiciled in U.S.A.   Yes ☐   No ☐

**4. Publication:**

(a) **Date of Publication of This Issue:**

**12/9/65**
(Month)      (Day)      (Year)

(b) **Place of Publication of This Issue:**

**U.S.A.**
(Name of country)

**5. Manufacture Outside United States:**

(a) **Portion of the Manufacturing Done Abroad:** ......

(b) **Process Used:** ......

(c) **Country of Manufacture:** ......

*Complete all applicable spaces on next page*

| EXAMINER |
| --- |
| |

2021MARVEL-0006537

Steve Ditko

**6. Deposit account:**

...................................................................................................................

**7. Send correspondence to:**

Name ........................................................................    Address ........................................................................

**8. Send Certificate to:**

(Type or
print
name and
address)

Name
Address

```
MAGAZINE MANAGEMENT CO.
625 MADISON AVENUE
NEW YORK, N. Y. 10022
```

| (City) | (State) | (ZIP code) |

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U.S. Department of Commerce, Washington, D.C., 20231.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington, D.C., 20540, two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (NOTE: A deposit account, against which fees can be drawn, may be established. For details write to the Copyright Office.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1965. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

FOR COPYRIGHT OFFICE USE ONLY

Application received

DEC 16 1965

Two copies received

DEC 16 1965

Fee received

Deposit Account $6.00

134703

2021MARVEL-0006538

# CERTIFICATE OF REGISTRATION

**FORM RE**

UNITED STATES COPYRIGHT OFFICE



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



REGISTER OF COPYRIGHTS
United States of America



REGISTRATION NUMBER

RE 684-350

EFFECTIVE DATE OF RENEWAL REGISTRATION

DEC 2 2 1994
(Month)      (Day)      (Year)

---

DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY

**①** **Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

**1**
Name .... MARVEL ENTERTAINMENT GROUP, INC.
Address .. 387 Park Avenue South, New York, NY 10016
Claiming as .. Proprietor of copyright in a composite work made for hire
(Use appropriate statement from instructions)

**2**
Name ....
Address ..
Claiming as ..
(Use appropriate statement from instructions)

**3**
Name ....
Address ..
Claiming as ..
(Use appropriate statement from instructions)

---

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

Strange Tales

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work: ....
If a periodical or other serial, give Vol .. 1 .. No .. 143 .. Issue Date April 1966

---

**③** **Author(s)**

**AUTHOR(S) OF RENEWABLE MATTER:**

Vista Publications, Inc.

---

**④** **Facts of Original Registration**

**ORIGINAL REGISTRATION NUMBER:**

B 241519

**ORIGINAL COPYRIGHT CLAIMANT:**

Vista Publications, Inc.

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form, give.

DATE OF PUBLICATION: January 11, 1966
(Month)      (Day)      (Year)

OR

• If the original registration for this work was made in unpublished form, give:

DATE OF REGISTRATION: ....
(Month)      (Day)      (Year)

2021MARVEL-0006539

| EXAMINED BY | RENEWAL APPLICATION RECEIVED: | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|
| CHECKED BY *116* | DEC 2 1994 | |
| DEPOSIT ACCOUNT FUNDS USED. ☐ | REMITTANCE NUMBER AND DATE | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions). give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**⑤ Renewal for Group of Works**

**1**
Title of Contribution: ......
Title of Periodical: ......   Vol ...   No ...   Issue Date ...
Date of Publication: ...... (Mo:)   (Day)   (Year)   Registration Number: ...

**2**
Title of Contribution: ......
Title of Periodical: ......   Vol ...   No ...   Issue Date ...
Date of Publication: ...... (Mor.)   (Day)   (Year)   Registration Number: ...

**3**
Title of Contribution: ......
Title of Periodical: ......   Vol ...   No ...   Issue Date ...
Date of Publication: ...... (Month)   (Day)   (Year)   Registration Number: ...

**4**
Title of Contribution: ......
Title of Periodical: ......   Vol ...   No ...   Issue Date ...
Date of Publication: ...... (Month)   (Day)   (Year)   Registration Number: ...

**5**
Title of Contribution: ......
Title of Periodical: ......   Vol ...   No ...   Issue Date ...
Date of Publication: ...... (Month)   (Day)   (Year)   Registration Number: ...

**6**
Title of Contribution: ......
Title of Periodical: ......   Vol ...   No ...   Issue Date ...
Date of Publication: ...... (Month)   (Day)   (Year)   Registration Number: ...

**7**
Title of Contribution: ......
Title of Periodical: ......   Vol ...   No ...   Issue Date ...
Date of Publication: ...... (Month)   (Day)   (Year)   Registration Number: ...

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: Marvel Entertainment Group, Inc.
Account Number: DA-059633 ......

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: Andrew J. Daly, Marvel Ent. Group
   (Name of renewal claimant)
Address 387 Park Ave. South   (Apt)
New York, NY   10016
   (City)   (State)   (ZIP)

**⑥ Fee and Correspondence**

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant   ☒ duly authorized agent of Marvel Entertainment Group, Inc.
   (Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Ha dwritten signature: (X) _____
Ty ed or printed name .. Andrew J. Daly   Date .. DEC 1 6 1994

**⑦ Certification** (Application must be signed)

**MAIL CERTIFICATE TO**

Marvel Entertainment Group, Inc. ......
   (Name)
387 Park Ave. South ......
   (Number, Street and Apartment Number)
New York, NY   10016
   (City)   (State)   (ZIP code)

(Certificate will be mailed in window envelope)

**⑧ Address for Return of Certificate**

Steve Ditko

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

**FORM B**

| CLASS | REGISTRATION NO. |
|---|---|
| **B** | B 241519 |
| | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



*Abraham L. Kaminstein*

Register of Copyrights
United States of America



**1. Copyright Claimant(s) and Address(es):**

Name ..... **Vista** Publications, Inc.

Address ..... **625 Madison** Avenue, New York, N.Y. **10022**

Name .....

Address .....

**2. Title:** ..... **STRANGE TALES**
(Title of periodical)

Vol. ..... **1** ..... No. ..... **143** ..... Date on copies ..... **April, 1966**

**3. Citizenship of Author:**

Citizenship ..... **U.S.A.**
(Name of country)      Domiciled in U.S.A. Yes ☐ No ☐

**4. Publication:**

(a) Date of Publication of This Issue:

**1/11/66**
(Month)      (Day)      (Year)

(b) Place of Publication of This Issue:

**U.S.A.**
(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: .....

(b) Process Used: .....

(c) Country of Manufacture: .....

*Complete all applicable spaces on next page*

EXAMINER
Dk

2021MARVEL-0006541

Steve Ditko

**6. Deposit account:**

**7. Send correspondence to:**

Name ................................................................    Address ................................................................

**8. Send Certificate to:**

(Type or
print
name and
address)

Name ..............

MAGAZINE MANAGEMENT CO.
625 MADISON AVENUE
NEW YORK, N.Y. 10022

(Number and street)

| (City) | (State) | (ZIP code) |

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or

format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U.S. Department of Commerce, Washington, D.C., 20231.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington, D.C., 20540, two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $6. (NOTE: A deposit account, against which fees can be drawn, may be established. For details write to the Copyright Office.)

*The Copyright Notice.* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1966. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

FOR COPYRIGHT OFFICE USE ONLY

Application received
JAN 28 1966

Two copies received
JAN 28 1966

Fee received
Deposit Account $6.00

134784

2021MARVEL-0006542

# CERTIFICATE OF REGISTRATION

**FORM RE**

UNITED STATES COPYRIGHT OFFICE



UNITED STATES COPYRIGHT OFFICE ★ THE LIBRARY OF CONGRESS ★

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



REGISTER OF COPYRIGHTS
*United States of America*



REGISTRATION NUMBER

**RE 684-363**

EFFECTIVE DATE OF RENEWAL REGISTRATION

**DEC 2 2 1994**

(Month)    (Day)    (Year)

---

DO NOT WRITE ABOVE THIS LINE.   FOR COPYRIGHT OFFICE USE ONLY

---

**①**
**Renewal Claimant(s)**

| 1 | Name.... **MARVEL ENTERTAINMENT GROUP, INC.** |
|---|---|
| | Address **387 Park Avenue South, New York, NY 10016** |
| | Claiming as **Proprietor of copyright in a composite work made for hire** |
| | (Use appropriate statement from instructions) |

| 2 | Name |
|---|---|
| | Address |
| | Claiming as |
| | (Use appropriate statement from instructions) |

| 3 | Name |
|---|---|
| | Address |
| | Claiming as |
| | (Use appropriate statement from instructions) |

---

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

**Strange Tales**

**RENEWABLE MATTER:**

**Entire work as originally copyrighted, including all portions thereof.**

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or other serial work

If a periodical or other serial, give Vol **1** No. **144** Issue Date **May 1966**

---

**③**
**Author(s)**

**AUTHOR(S) OF RENEWABLE MATTER:**

**Vista Publications, Inc.**

---

**④**
**Facts of Original Registration**

**ORIGINAL REGISTRATION NUMBER:**

**B 248225**

**ORIGINAL COPYRIGHT CLAIMANT:**

**Vista Publications, Inc.**

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form, give.

DATE OF PUBLICATION **February 10, 1966**

(Month)    (Day)    (Year)

OR

• If the original registration for this work was made in unpublished form, give:

DATE OF REGISTRATION

(Month)    (Day)    (Year)

2021MARVEL-0006543

| EXAMINED BY | | RENEWAL APPLICATION RECEIVED | | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|---|
| CHECKED BY | | DEC 2..1994 | | |
| DEPOSIT ACCOUNT FUNDS USED. ☐ | | REMITTANCE NUMBER AND DATE | | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**⑤ Renewal for Group of Works**

**1**
Title of Contribution: ........................................
Title of Periodical: .............................. Vol ........ No. ....... Issue Date ...............
Date of Publication: ...............................................  Registration Number: ................
(Month)    (Day)    (Year)

**2**
Title of Contribution: ........................................
Title of Periodical: .............................. Vol ........ No ....... Issue Date ...............
Date of Publication: ...............................................  Registration Number: ................
(Month)    (Day)    (Year)

**3**
Title of Contribution: ........................................
Title of Periodical: .............................. Vol ........ No. ....... Issue Date ...............
Date of Publication: ...............................................  Registration Number: ................
(Month)    (Day)    (Year)

**4**
Title of Contribution: ........................................
Title of Periodical: .............................. Vol ........ No. ....... Issue Date ...............
Date of Publication: ...............................................  Registration Number: ................
(Month)    (Day)    (Year)

**5**
Title of Contribution: ........................................
Title of Periodical: .............................. Vol ........ No. ....... Issue Date ...............
Date of Publication: ...............................................  Registration Number: ................
(Month)    (Day)    (Year)

**6**
Title of Contribution: ........................................
Title of Periodical: .............................. Vol ........ No. ....... Issue Date ...............
Date of Publication: ...............................................  Registration Number: ................
(Month)    (Day)    (Year)

**7**
Title of Contribution: ........................................
Title of Periodical: .............................. Vol ........ No. ....... Issue Date ...............
Date of Publication: ...............................................  Registration Number: ................
(Month)    (Day)    (Year)

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: **Marvel Entertainment Group, Inc.**
Account Number: **DA-059633**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: **Andrew J. Daly, Marvel Ent. Group**
Address: **387 Park Ave. South** (Apt)
**New York, NY    10016**
(City)    (State)    (ZIP)

**⑥ Fee and Correspondence**

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant    ☒ duly authorized agent of **Marvel Entertainment Group, Inc.**
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) ..........................................
Typed or printed name: **Andrew J. Daly**    Date: **DEC 1 6 1994**

**⑦ Certification (Application must be signed)**

**MAIL CERTIFICATE TO**

**Marvel Entertainment Group, Inc.**
(Name)
**387 Park Ave. South**
(Number, Street and Apartment Number)
**New York, NY    10016**
(City)    (State)    (ZIP code)

(Certificate will be mailed in window envelope)

**⑧ Address for Return of Certificate**

134745
2021MARVEL-0006544

Steve Ditko

Page 3

# Certificate

**FORM B**



| CLASS | REGISTRATION NO. |
|---|---|
| **B** | B  248225 |
| | DO NOT WRITE HERE |

## Registration of a Claim to Copyright
### in a periodical manufactured in the United States of America

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



*Abraham L. Kaminstein*

*Register of Copyrights*
*United States of America*

**1. Copyright Claimant(s) and Address(es):**

Name ...... Vista Publications, Inc.

Address ...... 625 Madison Avenue, New York, N.Y.  10022

Name ......

Address ......

**2. Title:** STRANGE TALES
(Title of periodical)

Vol. ...... 1 ...... No. ...... 144 ...... Date on copies ...... May, 1966

**3. Citizenship of Author:**

Citizenship ...... U.S.A. ...... Domiciled in U.S.A.  Yes ☐  No ☐
(Name of country)

**4. Publication:**

(a) Date of Publication of This Issue:

2/10/66
(Month)    (Day)    (Year)

(b) Place of Publication of This Issue:

U.S.A.
(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: ......

(b) Process Used: ......

(c) Country of Manufacture: ......

*Complete all applicable spaces on next page*



EXAMINER
RP

2021MARVEL-0006545

Steve Ditko

**6. Deposit account:**

**7. Send correspondence to:**

Name ............................................................................ Address ........................................................................

**8. Send Certificate to:**

(Type or
print
name and
address)



Name

Address

MAGAZINE MANAGEMENT CO.

625 MADISON AVENUE

NEW YORK, N. Y. 10022

**(Number and street)**

**(City)**          **(State)**          **(ZIP code)**

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or

format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U.S. Department of Commerce, Washington, D.C., 20231.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington, D.C., 20540, two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $6. (NOTE: A deposit account, against which fees can be drawn, may be established. For details write to the Copyright Office.)

*The Copyright Notice.* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1966. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

FOR COPYRIGHT OFFICE USE ONLY

Application received
FEB 16 1966

Two copies received
FEB 16 1966

Fee received
Deposit Account $6.00

1347-45
2021MARVEL-0006546

# CERTIFICATE OF REGISTRATION

**FORM RE**

UNITED STATES COPYRIGHT OFFICE



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL



RE 684-370

EFFECTIVE DATE OF RENEWAL REGISTRATION

DEC 22 1994
(Month)      (Day)      (Year)

---

**DO NOT WRITE ABOVE THIS LINE.     FOR COPYRIGHT OFFICE USE ONLY**

**(1)** Renewal claimant(s)

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM.** (See Instructions)

**1**
Name ... MARVEL ENTERTAINMENT GROUP, INC.
Address ... 387 Park Avenue South, New York, NY 10016
Claiming as ... Proprietor of copyright in composite work made for hire
(Use appropriate statement from instructions)

**2**
Name .........
Address .........
Claiming as .........
(Use appropriate statement from instructions)

**3**
Name .........
Address .........
Claiming as .........
(Use appropriate statement from instructions)

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

Strange Tales

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work .........
If a periodical or other serial give   Vol 1   No 145   Issue Date June 1966

**(3)** Author(s)

**AUTHOR(S) OF RENEWABLE MATTER:**

Vista Publications, Inc.

**(4)** Facts of Original Registration

**ORIGINAL REGISTRATION NUMBER:**
B 251650

**ORIGINAL COPYRIGHT CLAIMANT:**
Vista Publications, Inc.

**ORIGINAL DATE OF COPYRIGHT:**
• If the original registration for this work was made in published form, give.
DATE OF PUBLICATION   March 10, 1966
(Month)   (Day)   (Year)

OR

• If the original registration for this work was made in unpublished form give:
DATE OF REGISTRATION .........
(Month)   (Day)   (Year)

2021MARVEL-0006547

| EXAMINED BY ✓ | RENEWAL APPLICATION RECEIVED. | FOR COPYRIGHT OFFICE USE ONLY |
| CHECKED BY ✓ | DEC 27 1994 | |
| DEPOSIT ACCOUNT FUNDS USED ☐ | REMITTANCE NUMBER AND DATE | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

⑤ Renewal for Group of Works

**1**
Title of Contribution: .......................................................
Title of Periodical: .................................... Vol..... No..... Issue Date .......
Date of Publication: .................... Registration Number: .......
    (Month)    (Day)    (Year)

**2**
Title of Contribution: .......................................................
Title of Periodical: .................................... ol..... No..... Issue Date .......
Date of Publication: .................... ...egistration Number: .......
    (Month)    (Day)    (Year)

**3**
Title of Contribution: .......................................................
Title of Periodical: .................................... Vol..... No..... Issue Date .......
Date of Publication: .................... ...egistration Number: .......
    (Month)    (Day)    (Year)

**4**
Title of Contribution: .......................................................
Title of Periodical: .................................... Vol..... No..... Issue Date .......
Date of Publication: .................... Registration Number: .......
    (Month)    (Day)    (Year)

**5**
Title of Contribution: .......................................................
Title of Periodical: .................................... Vol..... No..... Issue Date .......
Date of Publication: .................... Registration Number: .......
    (Month)    (Day)    (Year)

**6**
Title of Contribution: .......................................................
Title of Periodical: .................................... Vol..... No..... Issue Date .......
Date of Publication: .................... Registration Number: .......
    (Month)    (Day)    (Year)

**7**
Title of Contribution: .......................................................
Title of Periodical: .................................... ol..... No..... Issue Date .......
Date of Publication: .................... ...egistration Number: .......
    (Month)    (Day)    (Year)

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: Marvel Entertainment Group, Inc

Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: Andrew J. Daly, Marvel Ent. Group
Address: 387 Park Ave. South ............ (Apt)
New York, NY    10016
    (City)    (State)    (ZIP)

⑥ Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant    ☒ duly authorized agent of: Marvel Entertainment Group, Inc.
                                                        (Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) ✓
Typed or printed name: Andrew J. Daly

Date: DEC 16 1994

⑦ Certification (Application must be signed)

**MAIL CERTIFICATE TO**

Marvel Entertainment Group, Inc.
                        (Name)
387 Park Ave. South
        (Number, Street and Apartment Number)
New York, NY  10016
    (City)    (State)    (ZIP code)

(Certificate will be mailed in window envelope)

⑧ Address for Return of Certificate

U.S. GOVERNMENT PRINTING OFFICE 1978-261-822/18

Apr. 1978- 500,000

134785

2021MARVEL-0006548

Page 3

# Certificate

## Registration of a Claim to Copyright
### in a periodical manufactured in the United States of America

**FORM B**

| CLASS | REGISTRATION NO. |
|---|---|
| **B** | B 251650 |
| | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*



*Register of Copyrights*
*United States of America*

**1. Copyright Claimant(s) and Address(es):**

Name ........ Vista Publications, Inc.

Address ........ 625 Madison Avenue, New York, N.Y. 10022

Name ........................................................

Address ........................................................

**2. Title:** STRANGE TALES
*(Title of periodical)*

Vol. ........1........ No. 145 ........ Date on copies ........ June, 1966

**3. Citizenship of Author:**

Citizenship ........ U.S.A. ........ Domiciled in U.S.A. Yes ☐ No ☐
*(Name of country)*

**4. Publication:**

   **(a) Date of Publication of This Issue:**

       3/10/66
       *(Month)   (Day)   (Year)*

   **(b) Place of Publication of This Issue:**

       U.S.A.
       *(Name of country)*

**5. Manufacture Outside United States:**

   **(a) Portion of the Manufacturing Done Abroad:** ........................

   **(b) Process Used:** ........................

   **(c) Country of Manufacture:** ........................

| EXAMINER |
|---|
| *RP* |

*Complete all applicable spaces on next page*

2021MARVEL-0006549

**6. Deposit account:**

...................................................................

**7. Send correspondence to:**     MAGAZINE MANAGEMENT CO.

Name ................................. 625 MADISON AVENUE Address ...........................

**8. Send Certificate to:**     NEW YORK, N. Y. 10022

(Type or print name and address)

Name          MAGAZINE MANAGEMENT CO.

Address       625 MADISON AVENUE

              NEW YORK, N. Y. 10022

              (Number and street)

(City)     (State)     (ZIP code)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of *societies, and similar works* which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or

format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U.S. Department of Commerce, Washington, D.C., 20231.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington, D.C., 20540, two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $6. (NOTE: A deposit account, against which fees can be drawn, may be established. For details write to the Copyright Office.)

*The Copyright Notice.* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1966. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received MAR 2 1 1966 | |
| Two copies received MAR 2 1 1966 | |
| Fee received "Deposit Account $6.00" | |

U.S. GOVERNMENT PRINTING OFFICE: 1965—O—791-820     (Dec. 1965—200,000)     *Page 4*

Don Heck, Steve Ditko

# CERTIFICATE OF REGISTRATION

**FORM RE**

UNITED STATES COPYRIGHT OFFICE



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17. United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



REGISTER OF COPYRIGHTS
*United States of America*

REGISTRATION NUMBER

**RE 684-388**

EFFECTIVE DATE OF RENEWAL REGISTRATION
**DEC 22 1994**
(Month)    (Day)    (Year)

---

DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY

**① Renewal Claimant(s)**

RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions)

**1**
Name . . . MARVEL ENTERTAINMENT GROUP, INC. . . .
Address . . . 387 Park Avenue South, New York, NY 10016
Claiming as . . . Proprietor of copyright in a composite work made for hire
(Use appropriate statement from instructions)

**2**
Name . . .
Address . . .
Claiming as . . . (Use appropriate statement from instructions)

**3**
Name . . .
Address . . .
Claiming as . . . (Use appropriate statement from instructions)

---

**②**

TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:

Strange Tales, Inc.

**RENEWABLE MATTER:**
Entire work as originally copyrighted, including all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**
Title of periodical or composite work . . . 1 . . . 146 . . . July 1966
If a periodical or other serial, give Vol . . . No . . . Issue Date

**③ Author(s)**

AUTHOR(S) OF RENEWABLE MATTER:

Vista Publications, Inc.

**④ Facts of Original Registration**

ORIGINAL REGISTRATION NUMBER:
B 257744

ORIGINAL COPYRIGHT CLAIMANT:
Vista Publications, Inc.

ORIGINAL DATE OF COPYRIGHT:
• If the original registration for this work was made in published form, give
April 12, 1966
DATE OF PUBLICATION    (Month)  (Day)  (Year)

OR

• If the original registration for this work was made in unpublished form give:
DATE OF REGISTRATION    (Month)    (Day)    (Y..

2021MARVEL-0006551

| EXAMINED BY *HS* | RENEWAL APPLICATION RECEIVED | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|
| CHECKED BY *HS* | DEC 22 1994 | |
| DEPOSIT ACCOUNT FUNDS USED. ☐ | REMITTANCE NUMBER AND DATE | |

## DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**5** Renewal for Group of Works

**1**
Title of Contribution: ...........................................................
Title of Periodical: .................................. Vol.......... No.......... **Issue Date** ..........
Date of Publication: ..............................................  Registration Number: ..........
(Month)   (Day)   (Year)

**2**
Title of Contribution: ...........................................................
Title of Periodical: .................................. Vol.......... No.......... **Issue Date** ..........
Date of Publication: ..............................................  Registration Number: ..........
(Month)   (Day)   (Year)

**3**
Title of Contribution: ...........................................................
Title of Periodical: .................................. Vol.......... **No.**......... **Issue Date** ..........
Date of Publication: ..............................................  Registration Number: ..........
(Month)   (Day)   (Year)

**4**
Title of Contribution: ...........................................................
Title of Periodical: .................................. Vol.......... No.......... **Issue Date** ..........
Date of Publication: ..............................................  Registration Number: ..........
(Month)   (Day)   (Year)

**5**
Title of Contribution: ...........................................................
Title of Periodical: .................................. Vol.......... No.......... Issue Date
Date of Publication: ..............................................  Registration Number: ..........
(Month)   (Day)   (Year)

**6**
Title of Contribution: ...........................................................
Title of Periodical: .................................. Vol.......... No.......... **Issue Date** ..........
Date of Publication: ..............................................  Registration Number: ..........
(Month)   (Day)   (Year)

**7**
Title of Contribution: ...........................................................
Title of Periodical: .................................. Vol.......... No.......... **Issue Date** ..........
Date of Publication: ..............................................  Registration Number: ..........
(Month)   (Day)   (Year)

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: **Marvel Entertainment Group, Inc**
Account Number: **DA-059633** .......................

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name **Andrew J. Daly, Marvel Ent. Group**
Address **387 Park Ave. South** .......... (Apt.)
**New York, NY    10016** ..........
(City)   (State)   (ZIP)

**6** Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant    ☒ duly authorized agent of **Marvel Entertainment Group, Inc.** ..........
(Name of renewal claimant)

of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.
Handwritten signature (X) ..........
Typed or printed name **Andrew J. Daly** ..........
Date: **DEC 1 6 1994**

**7** Certification (Application must be signed)

**MAIL CERTIFICATE TO**

Marvel Entertainment Group, Inc. .......... (Name)
387 Park Ave. South ..........
(Number, Street and Apartment Number)
New York, NY  10016 ..........
(City)   (State)   (ZIP code)

(Certificate will be mailed in window envelope)

**8** Address for Return of Certificate

134786

2021MARVEL-0006552

Page 3

# Certificate

## Registration of a Claim to Copyright
### in a periodical manufactured in the United States of America

FORM B

| CLASS | REGISTRATION NO. |
|---|---|
| **B** | B 257744 |
| | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*

*Register of Copyrights*
*United States of America*



**1. Copyright Claimant(s) and Address(es):**

Name ..... Vista Publications, Inc.

Address ..... 625 Madison Ave., New York, N.Y. 10022

Name .....

Address .....

**2. Title:** ..... STRANGE TALES
(Title of periodical)

Vol. ..... 1 ..... No. ..... 146 ..... Date on copies ..... July, 1966

**3. Citizenship of Author:**

Citizenship ..... U.S.A. ..... Domiciled in U.S.A. Yes ☐ No ☐
(Name of country)

**4. Publication:**

(a) Date of Publication of This Issue:

..... 4/12/66
(Month)     (Day)     (Year)

(b) Place of Publication of This Issue:

..... U.S.A.
(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: .....

(b) Process Used: .....

(c) Country of Manufacture: .....

*Complete all applicable spaces on next page*

EXAMINER

2021MARVEL-0006553

**6. Deposit account:**

..................................................................................................................

**7. Send correspondence to:**

Name ...................................................................................... Address ...... MAGAZINE MANAGEMENT CO.

625 MADISON AVENUE

NEW YORK, N. Y. 10022

**8. Send Certificate to:**

(Type or
print      Name
name and
address)   Address

MAGAZINE MANAGEMENT CO.

625 MADISON AVENUE

NEW YORK, N. Y. 10022

(Number and street)

(City)            (State)            (ZIP code)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or

format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U.S. Department of Commerce, Washington, D.C., 20231.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington, D.C., 20540, two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $6. (NOTE: A deposit account, against which fees can be drawn, may be established. For details write to the Copyright Office.)

*The Copyright Notice.* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1966. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received<br>APR 21 1966 | |
| Two copies received<br>APR 21 1966 | |
| Fee received<br>Deposit Account $6.00 | |

134786

2021MARVEL-0006554

# CERTIFICATE OF REGISTRATION

**FORM RE**

UNITED STATES COPYRIGHT OFFICE



This Certificate issued under the seal of the Copyright Office in accordance with title 17. United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL



RE 684-426

EFFECTIVE DATE OF RENEWAL REGISTRATION
DEC 22 1994
(Month)    (Day)    (Year)

---

**DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY**

**(1) Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

1    Name ... MARVEL ENTERTAINMENT GROUP, INC.
Address  387 Park Avenue South, New York, NY  10016
Claiming as  Proprietor of copyright in a composite work made for hire
*(Use appropriate statement from instructions)*

2    Name ...........
Address ...........
Claiming as ...........
*(Use appropriate statement from instructions)*

3    Name ...........
Address ...........
Claiming as ...........
*(Use appropriate statement from instructions)*

---

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

Strange Tales

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work ...........
If a periodical or other serial, give Vol  1  No.  147  Issue Date  August 1966

**(3) Author(s)**

**AUTHOR(S) OF RENEWABLE MATTER:**

Vista Publications, Inc.

**(4) Facts of Original Registration**

| ORIGINAL REGISTRATION NUMBER: | ORIGINAL COPYRIGHT CLAIMANT: |
|---|---|
| B 277438 | Vista Publications, Inc. |

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form, give.
DATE OF PUBLICATION  May 10, 1966
(Month)  (Day)  (Year)

OR

• If the original registration for this work was made in unpublished form, give.
DATE OF REGISTRATION
(Month)  (Day)  (Year)

2021MARVEL-0006555

| EXAMINED BY | | RENEWAL APPLICATION RECEIVED | | FOR |
| --- | --- | --- | --- | --- |
| CHECKED BY | | DEC 22 1994 | | COPYRIGHT |
| DEPOSIT ACCOUNT FUNDS USED ☐ | | REMITTANCE NUMBER AND DATE | | OFFICE USE ONLY |

---

## DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**⑤ Renewal for Group of Works**

**1**
Title of Contribution: ..........................................................................
Title of Periodical: ................................. Vol. ....... No. ...... Issue Date ......
Date of Publication: ........................................ Registration Number: ..........
(Month)      (Day)      (Year)

**2**
Title of Contribution: ..........................................................................
Title of Periodical: ................................. Vol. ....... No ...... Issue Date ......
Date of Publication: ........................................ Registration Number: ..........
(Month)      (Day)      (Year)

**3**
Title of Contribution: ..........................................................................
Title of Periodical: ................................. Vol. ....... No. ...... Issue Date ......
Date of Publication: ........................................ Registration Number: ..........
(Month)      (Day)      (Year)

**4**
Title of Contribution: ..........................................................................
Title of Periodical: ................................. Vol. ....... No. ...... Issue Date ......
Date of Publication: ........................................ Registration Number: ..........
(Month)      (Day)      (Year)

**5**
Title of Contribution: ..........................................................................
Title of Periodical: ................................. Vol. ....... No. ...... Issue Date ......
Date of Publication: ........................................ Registration Number: ..........
(Month)      (Day)      (Year)

**6**
Title of Contribution: ..........................................................................
Title of Periodical: ................................. Vol. ....... No. ...... Issue Date ......
Date of Publication: ........................................ Registration Number: ..........
(Month)      (Day)      (Year)

**7**
Title of Contribution: ..........................................................................
Title of Periodical: ................................. Vol. ....... No. ...... Issue Date ......
Date of Publication: ........................................ Registration Number: ..........
(Month)      (Day)      (Year)

---

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: **Marvel Entertainment Group, Inc.**
Account Number: **DA-059633** ..............................

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: **Andrew J. Daly, Marvel Ent. Group**
Address: **387 Park Ave. South** ..................(Apt)
**New York, NY    10016** ..........
(City)        (State)        (ZIP)

**⑥ Fee and Correspondence**

---

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant     ☒ duly authorized agent of **Marvel Entertainment Group, Inc.**
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) ......................................................
Typed or printed name... **Andrew J. Daly** ................................
Date... **DEC 16 1994** ..................

**⑦ Certification** (Application must be signed)

---

**MAIL CERTIFICATE TO**

**Marvel Entertainment Group, Inc.** ...................
(Name)
**387 Park Ave. South** .......................
(Number Street and Apartment Number)
**New York, NY   10016** ..................
(City)        (State)        (ZIP code)

(Certificate will be mailed in window envelope)

**⑧ Address for Return of Certificate**

---

U.S. GOVERNMENT PRINTING OFFICE 1978—261-822/10

Apr. 1978— 500,000

134788

2021MARVEL-0006556

Page 3

# Certificate

## Registration of a Claim to Copyright
### in a periodical manufactured in the United States of America



| CLASS | REGISTRATION NO. |
|---|---|
| **B** | **B** 277438 |
| | DO NOT WRITE HERE |

**FORM B**

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*

*Register of Copyrights*
*United States of America*



**1. Copyright Claimant(s) and Address(es):**

Name .... **Vista Publications, Inc.**

Address .... **625 Madison Avenue, New York, N.Y.  10022**

Name ....

Address ....

**2. Title:** .... **STRANGE TALES**
   *(Title of periodical)*

Vol. .... **1** .... No. .... **147** .... Date on copies .... **August, 1966**

**3. Citizenship of Author:**

Citizenship .... **U.S.A.**    Domiciled in U.S.A.  Yes ☐  No ☐
   *(Name of country)*

**4. Publication:**

   **(a) Date of Publication of This Issue:**

   **5/10/66**
   *(Month)      (Day)      (Year)*

   **(b) Place of Publication of This Issue:**

   **U.S.A.**
   *(Name of country)*

**5. Manufacture Outside United States:**

   **(a) Portion of the Manufacturing Done Abroad:** ....

   **(b) Process Used:** ....

   **(c) Country of Manufacture:** ....

*Complete all applicable spaces on next page*

| EXAMINER |
|---|
| *PP* |

2021MARVEL-0006557

**6. Deposit account:**

...................................................................................................

**7. Send correspondence to:**                            MAGAZINE MANAGEMENT CO.

Name .......................................  Address ......  625 MADISON AVENUE

NEW YORK, N. Y. 10022

**8. Send Certificate to:**

(Type or print name and address)   Name   MAGA...

MAGAZINE MANAGEMENT CO.

625 MADISON AVENUE

Address   NEW YORK, N. Y. 10022

(Number and street)

| (City) | (State) | (ZIP code) |

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claim in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U.S. Department of Commerce, Washington, D.C., 20231.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, *it is essential that the copies bear a copyright notice in the required form and position,* as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington, D.C., 20540, two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $6. (NOTE: A deposit account, against which fees can be drawn, may be established. For details write to the Copyright Office.)

*The Copyright Notice.* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1966. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received | |
| MAY 23 1966 | |
| Two copies received | |
| MAY 23 1966 | |
| Fee received | |

134788

2021MARVEL-0006558

# CERTIFICATE OF RENEWAL REGISTRATION

**FORM RE**

UNITED STATES COPYRIGHT OFFICE



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

**REGISTRATION NUMBER**

RE    589 609

**EFFECTIVE DATE OF RENEWAL REGISTRATION**

DEC 2 7 1991
(Month)    (Day)    (Year)

---

**DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY**

**① Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

1  Name MARVEL ENTERTAINMENT GROUP, INC.
   Address 387 Park Avenue South, New York, NY    10016
   Claiming as Proprietor of copyright in a ~~composite~~ work made for hire
   (Use appropriate statement from Instructions)

2  Name
   Address
   Claiming as
   (Use appropriate statement from Instructions)

3  Name
   Address
   Claiming as
   (Use appropriate statement from Instructions)

(left margin handwritten): 0472 14675

**② Work Renewed**

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

STRANGE TALES ANNUAL

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work: STRANGE TALES ANNUAL

If a periodical or other serial, give: Vol. 1    No. 2    Issue Date 1963

**③ Author(s)**

**AUTHOR(S) OF RENEWABLE MATTER:**

Stan Lee, employee for hire of VISTA PUBLICATIONS. INC.

**④ Facts of Original Registration**

| ORIGINAL REGISTRATION NUMBER: | ORIGINAL COPYRIGHT CLAIMANT: |
|---|---|
| A 640416 | VISTA PUBLICATIONS, INC. |

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form, give:

DATE OF PUBLICATION June 11 1963
(Month) (Day) (Year)

OR

• If the original registration for this work was made in unpublished form, give:

DATE OF REGISTRATION:
(Month) (Day) (Year)

2021MARVEL-0006563

**\* Amended by C.O. on authority of telephone call from Carol Platt on 8/13/92.**

RE    589 609

| EXAMINED BY: | *ND* | RENEWAL APPLICATION RECEIVED: | | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|---|
| CHECKED BY: | | AUG. 06. 1992    DEC 2 7 1991 | | |
| CORRESPONDENCE ✓ Yes | | REMITTANCE NUMBER AND DATE: | | |
| DEPOSIT ACCOUNT FUNDS USED ✓ | | | | |

---

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE CON).

**⑤ Renewal for Group of Works**

| | | |
|---|---|---|
| 1 | Title of Contribution: | |
| | Title of Periodical: | Vol. No. Issue Date |
| | Date of Publication: (Month) (Day) (Year) | Registration Number: |
| 2 | Title of Contribution: | |
| | Title of Periodical: | Vol. No. Issue Date |
| | Date of Publication: (Month) (Day) (Year) | Registration Number: |
| 3 | Title of Contribution: | |
| | Title of Periodical: | Vol. No. Issue Date |
| | Date of Publication: (Month) (Day) (Year) | Registration Number: |
| 4 | Title of Contribution: | |
| | Title of Periodical: | Vol. No. Issue Date |
| | Date of Publication: (Month) (Day) (Year) | Registration Number: |
| 5 | Title of Contribution: | |
| | Title of Periodical: | Vol. No. Issue Date |
| | Date of Publication: (Month) (Day) (Year) | Registration Number: |
| 6 | Title of Contribution: | |
| | Title of Periodical: | Vol. No. Issue Date |
| | Date of Publication: (Month) (Day) (Year) | Registration Number: |
| 7 | Title of Contribution: | |
| | Title of Periodical: | Vol. No. Issue Date |
| | Date of Publication: (Month) (Day) (Year) | Registration Number: |

---

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: Marvel Entertainment Group, INC.
Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: CAROL PLATT, Marvel ent.Group
Address: 387 Park Avenue South
(City) New York (State) NY (Zip) 10016

**⑥ Fee and Correspondence**

---

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant   ■ duly authorized agent of Marvel Entertainment Group, INC.
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X)  *Carol G. Platt*
Typed or printed name: Carol G. Platt    Date: AUG. 3, 1992

**⑦ Certification (Application must be signed)**

---

**MAIL CERTIFICATE TO**

MARVEL ENTERTAINMENT GROUP, INC.
(Name)
387 Park Avenue South
(Number, Street and Apartment Number)
NEW YORK          NY          10016
(City)          (State)          (ZIP code)

(Certificate will be mailed in window envelope)

**⑧ Address for Return of Certificate**

---

☆ October 1989—50,000          ☆U.S. GOVERNMENT PRINTING OFFICE: 1989—282-308.1

134054

2021MARVEL-0006564

# Certificate
## Registration of a Claim to Copyright
### in a published book manufactured in the United States of America

**FORM A**

| CLASS | REGISTRATION NO. |
|-------|------------------|
| **A** | A 640416 |

DO NOT WRITE HERE

**This Is To Certify** that the statements set forth on this page have been made a part of the records of the Copyright Office.  In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*
ABRAHAM L. KAMINSTEIN
Register of Copyrights
United States of America

NOT VALID WITHOUT COPYRIGHT OFFICE IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name     **VISTA PUBLICATIONS, INC.**

Address     **655 Madison Avenue, N.Y.C. 21**

Name

Address

**2. Title:     STRANGE TALES ANNUAL**

(Title of book)

**3. Authors:**

Name     **Stan Lee**          Citizenship     **USA**

(Legal name followed by pseudonym if latter appears on copies)     (Name of country)

Domiciled in U. S. A.  Yes     **X**     No          Address     **655 Madison Ave., N.Y.C. 21**

Name          Citizenship

(Legal name followed by pseudonym if latter appears on copies)     (Name of country)

Domiciled in U. S. A.  Yes          No          Address

Name          Citizenship

(Legal name followed by pseudonym if latter appears on copies)     (Name of country)

Domiciled in U. S. A.  Yes          No          Address

**4. Date of Publication of This Edition:**

**6/11/63**

**5. New Matter in This Version:**

**6. U. S. Edition of Book in English First Manufactured and Published Abroad:**  If this is the U. S. edition of a book in English, and all or a substantial part of the English text of an earlier foreign edition was manufactured and first published abroad, complete the following spaces.

Year date of first publication of foreign edition ................
(Year)

Was claim to ad interim copyright registered in the foreign edition?

|  | Yes ☐ | No ☐ |
|--|-------|------|

If claim to ad interim copyright was *not* registered, is U. S. copyright in the foreign edition claimed by virtue of the Universal Copyright Convention?

|  | Yes ☐ | No ☐ |
|--|-------|------|

*Complete all applicable spaces on next page*

**7. Deposit account:**

................................................................

**8. Send correspondence to:**

Name ........................................    Address ........  MAGAZINE MANAGEMENT CO.

655 MADISON AVENUE

NEW YORK 21, N. Y.

**9. Send certificate to:**

(Type or print name and address)

Name ................................................................

MAGAZINE MANAGEMENT CO.

655 MADISON

NEW YORK 21, N. Y.

Address ................................................................

(Number and street)

| (City) | (Zone) | (State) |

## Information concerning copyright in books

*When To Use Form A.* Form A is appropriate for published books which have been manufactured in the United States.

*What Is a "Book"?* The term "books" covers not only material published in book form, but also pamphlets, leaflets, cards, and single pages containing text. Books include fiction, nonfiction, poetry, collections, directories, catalogs, and information in tabular form.

*Unpublished Books.* The law does not provide for registration of "book" material in unpublished form. Unpublished books are protected at common law against unauthorized use prior to publication.

*Duration of Copyright.* Statutory copyright in published books lasts for 28 years from the date of first publication, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a book

*First: Produce Copies With Copyright Notice.* Produce the work in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Work With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies of the first authorized edition were placed on sale, sold, or publicly distributed by the proprietor of the copyright or under his authority."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Con-

gress, Washington 25, D. C., two copies of the work as published with notice, an application on Form A, properly completed and notarized, and a fee of $4.

*The Copyright Notice.* The copyright notice for books shall appear on the title page or verso thereof, and shall consist of three elements: the word "Copyright," or the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. Example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are members of the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies are published without the required notice, the right to secure copyright is lost, and cannot be restored.

## Books manufactured abroad

*In General.* Form A is not appropriate for books which have been manufactured outside the United States.

*Foreign-Language Books.* Applications covering foreign-language books by foreign authors, manufactured abroad, should be submitted on Form A–B Foreign.

*English-Language Books.* Books in English manufactured abroad may be registered for "ad interim" copyright (Form A–B Ad Interim); or, if they are protected under the Universal Copyright Convention they are eligible for full-term registration on Form A–B Foreign:

(1) *Ad Interim Copyright.* Ad interim registration is necessary for protection in the United States unless copyright has

been secured under the Universal Copyright Convention. To secure ad interim copyright a claim must be registered within six months of first publication abroad. Ad interim copyright lasts for 5 years or until an American edition is published within the 5-year period and registered.

(2) *Universal Copyright Convention.* An English language work by a foreign author first published abroad is eligible for full-term U. S. copyright if: (a) its author is a citizen or subject of a country which is a member of the Universal Copyright Convention, or the work was first published in such country, and (b) all published copies bear the copyright notice provided under the Universal Copyright Convention.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application and affidavit received **JUL 26 1963** | |
| Two copies received **JUN 11 1963** | |
| Fee received | |

134054

2021MARVEL-0006566



# CERTIFICATE OF RENEWAL REGISTRATION

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

**FORM RE**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

RE   559 243

EFFECTIVE DATE OF RENEWAL REGISTRATION
DEC 2 7 1991
(Month)   (Day)   (Year)

DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY

**(1)** Renewal Claimant(s)

RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions)

1  Name   Marvel Entertainment Group, Inc.
   Address   387 Park Avenue South, New York, NY  10016
   Claiming as   Proprietor of copyright in a composite work made for hire
   (Use appropriate statement from instructions)

2  Name
   Address
   Claiming as
   (Use appropriate statement from instructions)

3  Name
   Address
   Claiming as
   (Use appropriate statement from instructions)

TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:

TALES OF SUSPENSE

RENEWABLE MATTER:

Entire work as originally copyrighted, including all portions thereof.

CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:

Title of periodical or composite work   TALES OF SUSPENSE
If a periodical or other serial, give. Vol   1   No   48   Issue Date   December 1963

**(3)** Author(s)

AUTHOR(S) OF RENEWABLE MATTER:

VISTA PUBLICATIONS, INC.

**(4)** Facts of Original Registration

ORIGINAL REGISTRATION NUMBER:
B 61942

ORIGINAL COPYRIGHT CLAIMANT:
VISTA PUBLICATIONS, INC.

ORIGINAL DATE OF COPYRIGHT:
• If the original registration was made in published form.
give   September 10, 1963
DATE OF PUBLICATION
(Month)   (Day)   (Year)

OR

• If the original registration for this work was made in unpublished form.
give
DATE OF REGISTRATION
(Month)   (Day)   (Year)

2021MARVEL-0006703

| RE 559 243 | EXAMINED BY: _KAD_<br>CHECKED BY: | RENEWAL APPLICATION RECEIVED:<br>DEC. 27. 1991 | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |
|---|---|---|---|
| | DEPOSIT ACCOUNT<br>FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE: | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE·CON). ⑤ Renewal for Group of Works

**1**
Title of Contribution: .......................................................
Title of Periodical: .................... Vol. ...... No. ...... Issue Date ......
Date of Publication: ......(Month)......(Day)......(Year)...... Registration Number: ......

**2**
Title of Contribution: .......................................................
Title of Periodical: .................... Vol. ...... No. ...... Issue Date ......
Date of Publication: ......(Month)......(Day)......(Year)...... Registration Number: ......

**3**
Title of Contribution: .......................................................
Title of Periodical: .................... Vol. ...... No. ...... Issue Date ......
Date of Publication: ......(Month)......(Day)......(Year)...... Registration Number: ......

**4**
Title of Contribution: .......................................................
Title of Periodical: .................... Vol. ...... No. ...... Issue Date ......
Date of Publication: ......(Month)......(Day)......(Year)...... Registration Number: ......

**5**
Title of Contribution: .......................................................
Title of Periodical: .................... Vol. ...... No. ...... Issue Date ......
Date of Publication: ......(Month)......(Day)......(Year)...... Registration Number ......

**6**
Title of Contribution: .......................................................
Title of Periodical: .................... Vol. ...... No. ...... Issue Date ......
Date of Publication: ......(Month)......(Day)......(Year)...... Registration Number: ......

**7**
Title of Contribution: .......................................................
Title of Periodical: .................... Vol. ...... No. ...... Issue Date ......
Date of Publication: ......(Month)......(Day)......(Year)...... Registration Number: ......

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: Marvel Entertainment Group, Inc.
Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: Carol Platt, Marvel Ent. Group
Address: 387 Park Avenue South
New York          NY          10016
(City)          (State)          (ZIP)

⑥ Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant  ☒ duly authorized agent of Marvel Entertainment Group, Inc.
_____(Name of claimant)_____
of the work identified in this application. and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) _Carol Platt_

Typed or printed name          Carol G. Platt

Date          12/23/91

⑦ Certification (Application must be signed)

Marvel Entertainment Group, Inc.
(Name)
387 Park Avenue South
(Number, Street and Apartment Number)
New York, NY 10016
(City)          (State)          (ZIP code)

**MAIL CERTIFICATE TO**

(Certificate will be mailed in window envelope)

⑧ Address for Return of Certificate

U S GOVERNMENT PRINTING OFFICE 1978—261-022 1C

135213

2021MARVEL-0006704

Page 3

# Certificate
## Registration of a Claim to Copyright
### in a periodical manufactured in the United States of America

FORM B

CLASS | REGISTRATION NO.
**B** | B | 61942

DO NOT WRITE HERE

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



NOT VALID WITHOUT
COPYRIGHT OFFICE
IMPRESSION SEAL

*Register of Copyrights*
*United States of America*

**1. Copyright Claimant(s) and Address(es):**

Name ........  VISTA PUBLICATIONS, INC.

Address ........ 655 Madison Ave., N.Y.C. 21

Name ................................................................

Address ................................................................

**2. Title:** TALES OF SUSPENSE
(Title of periodical)

Vol. ........ 1 ........ No. ........ 48 ........ Date on copies ........ Dec. 1963

**3. Citizenship of Author:**

Citizenship ........ USA
(Name of country)    Domiciled in U. S. A.    Yes ☐    No ☐

**4. Publication:**

(a) Date of Publication of This Issue:

9/10/63

(b) Place of Publication of This Issue:

USA
(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: ................................

(b) Process Used: ................................................................

(c) Country of Manufacture: ................................

*Complete all applicable spaces on next page*

2021MARVEL-0006705

Steve Ditko

**6. Deposit account:**

**7. Send correspondence to:**

Name ............................................    Address ............

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

**8. Send certificate to:**

(Type or print
name and address)

Name

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

Address

(Number and street)

(City)        (Zone)        (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or

format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1958. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

**NOTE:** It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY |
|---|
| Application received<br>SEP 16 1963 |
| Two copies received<br>SEP 16 1963 |
| Fee received |

135213

2021MARVEL-0006706

# CERTIFICATE OF RENEWAL REGISTRATION



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

*REGISTER OF COPYRIGHTS*
*United States of America*

OFFICIAL SEAL

## FORM RE
UNITED STATES COPYRIGHT OFFICE

| REGISTRATION NUMBER |
|---|
| RE 559 251 |

| EFFECTIVE DATE OF RENEWAL REGISTRATION |
|---|
| DEC 2 7 1991 |
| (Month)        (Day)        (Year) |

---

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**① Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions)**

**1**
Name... Marvel Entertainment Group, Inc.
Address... 387 Park Avenue South, New York, NY 10016
Claiming as... Proprietor of copyright in a composite work made for hire
(Use appropriate statement from instructions)

**2**
Name...
Address...
Claiming as...
(Use appropriate statement from instructions)

**3**
Name...
Address...
Claiming as...
(Use appropriate statement from instructions)

---

**② TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

TALES OF SUSPENSE

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work   TALES OF SUSPENSE

If a periodical or other serial, give: Vol **1**   No **49**   Issue Date **January 1964**

---

**③ Author(s)**

**AUTHOR(S) OF RENEWABLE MATTER:**

VISTA PUBLICATIONS, INC.

---

**④ Facts of Original Registration**

**ORIGINAL REGISTRATION NUMBER:**

B 66783

**ORIGINAL COPYRIGHT CLAIMANT:**

VISTA PUBLICATIONS, INC.

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form.
give **October 8, 1963**
DATE OF PUBLICATION (Month) (Day) (Year)

OR

• If the original registration for this work was made in unpublished form.
give
DATE OF REGISTRATION (Month) (Day) (Year)

2021MARVEL-0006707

| RE    559 251 | EXAMINED BY <br> CHECKED BY | RENEWAL APPLICATION RECEIVED <br> DEC. 27. 1991 | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|
| | DEPOSIT ACCOUNT FUNDS USED ☐ | REMITTANCE NUMBER AND DATE | |

## DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE·CON)

⑤ Renewal for Group of Works

**1**
Title of Contribution: ...........................................................................................
Title of Periodical: ............................................... Vol. ........ No. ........ Issue Date ...............................
Date of Publication: ....................................................... Registration Number: .......................
(Month)      (Day)      (Year)

**2**
Title of Contribution: ...........................................................................................
Title of Periodical: ............................................... Vol. ........ No. ........ Issue Date ...............................
Date of Publication: ....................................................... Registration Number: .......................
(Month)      (Day)      (Year)

**3**
Title of Contribution: ...........................................................................................
Title of Periodical: ............................................... Vol. ........ No. ........ Issue Date ...............................
Date of Publication: ....................................................... Registration Number: .......................
(Month)      (Day)      (Year)

**4**
Title of Contribution: ...........................................................................................
Title of Periodical: ............................................... Vol. ........ No. ........ Issue Date ...............................
Date of Publication: ....................................................... Registration Number: .......................
(Month)      (Day)      (Year)

**5**
Title of Contribution: ...........................................................................................
Title of Periodical: ............................................... Vol. ........ No. ........ Issue Date ...............................
Date of Publication: ....................................................... Registration Number: .......................
(Month)      (Day)      (Year)

**6**
Title of Contribution: ...........................................................................................
Title of Periodical: ............................................... Vol. ........ No. ........ Issue Date ...............................
Date of Publication: ....................................................... Registration Number: .......................
(Month)      (Day)      (Year)

**7**
Title of Contribution: ...........................................................................................
Title of Periodical: ............................................... Vol. ........ No. ........ Issue Date ...............................
Date of Publication: ....................................................... Registration Number: .......................
(Month)      (Day)      (Year)

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name **Marvel Entertainment Group, Inc.**
Account Number: **DA-059633**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name Carol Platt, Marvel Ent. Group
Address 387 Park Avenue South
New York        NY        10016
(City)      (State)      (ZIP)

⑥ Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant      ☒ duly authorized agent of **Marvel Entertainment Group, Inc.**
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature (X) _Carol G. Platt_

Typed or printed name      Carol G. Platt

Date      12/23/91

⑦ Certification (Application must be signed)

**MAIL CERTIFICATE TO**

Marvel Entertainment Group, Inc.
(Name)
387 Park Avenue South
(Number, Street and Apartment Number)
New York, NY  10016
(City)      (State)      (ZIP code)

(Certificate will be mailed in window envelope)

⑧ Address for Return of Certificate

135214

2021MARVEL-0006708

Steve Ditko

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

**FORM B**

| CLASS | REGISTRATION NO. |
|---|---|
| **B** | B 66783 |
| | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



*Register of Copyrights*
*United States of America*
ABRAHAM L. KAMINSTEIN

NOT VALID WITHOUT
COPYRIGHT OFFICE
IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name ___ VISTA PUBLICATIONS, INC. _____

Address ___ 655 Madison Ave., N.Y.C. 21 _____

Name _____

Address _____

**2. Title:** TALES OF SUSPENSE _____
(Title of periodical)

_____

Vol. ___ 1 ___ No. ___ 49 ___ Date on copies ___ Jan. 1964 _____

**3. Citizenship of Author:**

Citizenship ___ USA _____ Domiciled in U. S. A. Yes ☐ No ☐
(Name of country)

**4. Publication:**

(a) **Date of Publication of This Issue:**

_____ 10/8/63 _____

(b) **Place of Publication of This Issue:**

_____ USA _____
(Name of country)

**5. Manufacture Outside United States:**

(a) **Portion of the Manufacturing Done Abroad:** _____

(b) **Process Used:** _____

(c) **Country of Manufacture:** _____

*Complete all applicable spaces on next page*

2021MARVEL-0006709

**6. Deposit account:**

**7. Send correspondence to:**

Name _____

Address _____

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

**8. Send certificate to:**

(Type or print
name and address)

Name _____

MAGAZINE MANAGEMENT CO.

Address _____

655 MADISON AVENUE

(Number and street)

NEW YORK 21, N. Y.

(City)        (Zone)        (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1958. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|
| Application received | |
| OCT 11 1963 | |
| Two copies received | |
| OCT 11 1963 | |
| Fee received | |

Steve Ditko

Page 3

# Certificate
## Registration of a Claim to Copyright
### in a published book manufactured in the United States of America

**FORM A**



| CLASS | REGISTRATION NO. |
|---|---|
| **A** | A  **645698** |
| | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this page have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*

Register of Copyrights
*United States of America*

NOT VALID WITHOUT
COPYRIGHT OFFICE
IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name ___ CANAM PUBLISHER SALES CORP. ___

Address ___ 655 Madison Ave., N.Y.C. 21 ___

Name ___

Address ___

**2. Title:** ___ THE FANTASTIC FOUR ANNUAL ___

(Title of book)

**3. Authors:** ___

Name ___ Stan Lee ___ Citizenship ___ USA ___
  (Legal name followed by pseudonym if latter appears on copies)  (Name of country)

Domiciled in U. S. A. Yes ___ X ___ No ___ Address ___ 655 Madison Ave., N.Y.C. 21 ___

Name ___ Citizenship ___
  (Legal name followed by pseudonym if latter appears on copies)  (Name of country)

Domiciled in U. S. A. Yes ___ No ___ Address ___

Name ___ Citizenship ___
  (Legal name followed by pseudonym if latter appears on copies)  (Name of country)

Domiciled in U. S. A. Yes ___ No ___ Address ___

**4. Date of Publication of This Edition:**

___ 7/2/63 ___

**5. New Matter in This Version:**

___

**6. U. S. Edition of Book in English First Manufactured and Published Abroad:** If this is the U. S. edition of a book in English, and all or a substantial part of the English text of an earlier foreign edition was manufactured and first published abroad, complete the following spaces.

Year date of first publication of foreign edition ___
(Year)

Was claim to ad interim copyright registered in the foreign edition?

Yes ☐   No ☐

If claim to ad interim copyright was *not* registered, is U. S. copyright in the foreign edition claimed by virtue of the Universal Copyright Convention?

Yes ☐   No ☐

*Complete all applicable spaces on next page*

2021MARVEL-0070280

**7. Deposit account:**

**8. Send correspondence to:**

Name _____  Address _____

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

**9. Send certificate to:**

(Type or print name and address)

Name _____

MAGAZINE MANAGEMENT CO.
65, MADISON AVENUE
NEW  _____

Address _____
(Number and street)

_____
(City)          (Zone)          (State)

## Information concerning copyright in books

*When To Use Form A.* Form A is appropriate for published books which have been manufactured in the United States.

*What Is a "Book"?* The term "books" covers not only material published in book form, but also pamphlets, leaflets, cards, and single pages containing text. Books include fiction, nonfiction, poetry, collections, directories, catalogs, and information in tabular form.

*Unpublished Books.* The law does not provide for registration of "book" material in unpublished form. Unpublished books are protected at common law against unauthorized use prior to publication.

*Duration of Copyright.* Statutory copyright in published books lasts for 28 years from the date of first publication, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a book

*First: Produce Copies With Copyright Notice.* Produce the work in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Work With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies of the first authorized edition were placed on sale, sold, or publicly distributed by the proprietor of the copyright or under his authority."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the work as published with notice, an application on Form A, properly completed and notarized, and a fee of $4.

*The Copyright Notice.* The copyright notice for books shall appear on the title page or verso thereof, and shall consist of three elements: the word "Copyright," or the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. Example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are members of the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies are published without the required notice, the right to secure copyright is lost, and cannot be restored.

## Books manufactured abroad

*In General.* Form A is not appropriate for books which have been manufactured outside the United States.

*Foreign-Language Books.* Applications covering foreign-language books by foreign authors, manufactured abroad, should be submitted on Form A–B Foreign.

*English-Language Books.* Books in English manufactured abroad may be registered for "ad interim" copyright (Form A–B Ad Interim); or, if they are protected under the Universal Copyright Convention they are eligible for full-term registration on Form A–B Foreign:

(1) *Ad Interim Copyright.* Ad interim registration is necessary for protection in the United States unless copyright has been secured under the Universal Copyright Convention. To secure ad interim copyright a claim must be registered within six months of first publication abroad. Ad interim copyright lasts for 5 years or until an American edition is published within the 5-year period and registered.

(2) *Universal Copyright Convention.* An English language work by a foreign author first published abroad is eligible for full-term U. S. copyright if: (a) its author is a citizen or subject of a country which is a member of the Universal Copyright Convention, or the work was first published in such country, and (b) all published copies bear the copyright notice provided under the Universal Copyright Convention.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application and affidavit received  AUG 20 1963 | |
| Two copies received  JUL 1 6 1963 | |
| Fee received | |

Page 3

# Certificate
## Registration of a Claim to Copyright
### in a periodical manufactured in the United States of America

FORM B



CLASS **B**

REGISTRATION NO.
**988507**

DO NOT WRITE HERE

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Register of Copyrights*
*United States of America*

NOT VALID WITHOUT
COPYRIGHT OFFICE
IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name ...... **VISTA PUBLICATIONS, INC.**

Address ...... **655 Madison Ave., N.Y.C. 21**

Name ......

Address ......

**2. Title:** **STRANGE TALES**
(Title of periodical)

Vol. ...... **1** ...... No. ...... **102** ...... Date on copies ...... **Nov., 1962**

**3. Citizenship of Author:**

Citizenship ...... **USA**
(Name of country)

Domiciled in U. S. A.  Yes ☐  No ☐

**4. Publication:**

(a) Date of Publication of This Issue:

...... **8/9/62**

(b) Place of Publication of This Issue:

...... **USA**
(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: ......

(b) Process Used: ......

(c) Country of Manufacture: ......

*Complete all applicable spaces on next page*

2021MARVEL-0070286

**6. Deposit account:**

**7. Send correspondence to:**

Name _____  Address

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

**8. Send certificate to:**

(Type or print
name and address)

Name

MAGAZINE MANAGEMENT CO.
655 MADISON AV
NEW YORK 21
(Number and Street)

Address

| (City) | (Zone) | (State) |

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1958. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

FOR COPYRIGHT OFFICE USE ONLY

Application received

AUG 20 1962

Two copies received

AUG 20 1962

Fee received

134831
2021MARVEL-0070287

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America



**FORM B**

CLASS    REGISTRATION NO.

**B**   B   999792

DO NOT WRITE HERE

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Register of Copyrights*
*United States of America*

**1. Copyright Claimant(s) and Address(es):**

Name ...... **VISTA PUBLICATIONS, INC.** ......

Address ...... **655 Madison Ave., N.Y.C. 21** ......

Name ------------------------------------------------------------

Address ------------------------------------------------------------

**2. Title:** ...... **STRANGE TALES** ......

(Title of periodical)

Vol. ...... **1** ...... No. ...... **104** ...... Date on copies ...... **Jan. 1963** ......

**3. Citizenship of Author:**

Citizenship ...... **USA** ......      Domiciled in U. S. A.   Yes ☐   No ☐

(Name of country)

**4. Publication:**

(a) Date of Publication of This Issue:

...... **10/9/62** ......

(b) Place of Publication of This Issue:

...... **USA** ......

(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: ------------------------------------------------------------

(b) Process Used: ------------------------------------------------------------

(c) Country of Manufacture: ------------------------------------------------------------

*Complete all applicable spaces on next page*

**6. Deposit account:**

**7. Send correspondence to:**

Name

Address

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

**8. Send certificate to:**

(Type or print
name and address)

Name

Address

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.
(Number and street)

(City)     (Zone)     (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1958. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

FOR COPYRIGHT OFFICE USE ONLY

Application received

OCT 17 1962

Two copies received

OCT 17 1962

Fee received

U. S. GOVERNMENT PRINTING OFFICE   1957—O—450703          (Feb. 1958—250,000)                    *Page 4*

134033

2021MARVEL-0070289

Page 3

# Certificate

## Registration of a Claim to Copyright
### in a periodical manufactured in the United States of America

**FORM B**

CLASS    REGISTRATION NO.

**B**   B    12120

DO NOT WRITE HERE

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is   hereto affixed



ABRAHAM L KAMINSTEIN

*Register of Copyrights*
*United States of America*

NOT VALID WITHOUT
COPYRIGHT OFFICE
IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name   **VISTA PUBLICATIONS, INC.**

Address   **655 Madison Ave., N.Y.C. 21**

Name

Address

**2. Title:**   **STRANGE TALES**

*(Title of periodical)*

Vol. **1**   No. **106**   Date on copies   **Mar. 1963**

**3. Citizenship of Author:**

Citizenship   **USA**     *(Name of country)*    Domiciled in U. S. A.   Yes ☐   No ☐

**4. Publication:**

   **(a) Date of Publication of This Issue:**

     **12/10/62**

   **(b) Place of Publication of This Issue:**

     **USA**     *(Name of country)*

**5. Manufacture Outside United States:**

   **(a) Portion of the Manufacturing Done Abroad:**

   **(b) Process Used:**

   **(c) Country of Manufacture:**

*Complete all applicable spaces on next page*

2021MARVEL-0070290

**6. Deposit account:**

**7. Send correspondence to:**

Name _____  Address    MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YO    RK 2 N. Y.

**8. Send certificate to:**

(Type or print
name and address)        Name

MAGAZINE MANAGEMENT CO.

Address      655 MADISON AVENUE

NEW YORK 21, N. Y.

(City)                    (Zone)              (State)

## Information concerning copyright in periodicals

*When To Use Form B.*  Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?*  Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title.  The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office.  The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.*  There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole.  Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.*  The title of a periodical cannot be copyrighted.  Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published.  Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.*  Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.*  Produce the issue in copies by printing or other means of reproduction.  To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.*  The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.*  Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4.  (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:*  The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading.  It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication.  For example: © John Doe 1958.  Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

**NOTE:** It is the act of publication with notice that actually secures copyright protection.  If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received  DEC 13 1962 | |
| Two copies received  DEC 13 1962 | |
| Fee received | |

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

**FORM B**

| CLASS | REGISTRATION NO. |
|---|---|
| **B** | B    17484 |

DO NOT WRITE HERE

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*
ABRAHAM L. KAMINSTEIN

*Register of Copyrights*
*United States of America*

**1. Copyright Claimant(s) and Address(es):**

Name ———— **VISTA PUBLICATIONS, INC.** ——————————————

Address ———— **655 Madison Ave., N.Y.C. 21** ——————————————

Name ————————————————————————————————

Address ————————————————————————————————

**2. Title:** ——— **STRANGE TALES** ——————————————————

(Title of periodical)

————————————————————————————————————

Vol. ———— **1** No. ———— **107** — Date on copies ———— **Apr. 1963**

**3. Citizenship of Author:**

Citizenship ———— **USA** ————————————————— Domiciled in U. S. A.  Yes ☐  No ☐

(Name of country)

**4. Publication:**

(a) **Date of Publication of This Issue:**

———— **1/10/63** ☒ ——————————————————————

(b) **Place of Publication of This Issue:**

———— **USA** ——————————————————————————

(Name of country)

**5. Manufacture Outside United States:**

(a) **Portion of the Manufacturing Done Abroad:** ————————————————

(b) **Process Used:** ————————————————————————————

(c) **Country of Manufacture:** ————————————————————————

*Complete all applicable spaces on next page*

6. Deposit account:

---

7. Send correspondence to:

Name ................................    Address ................................

**MAGAZINE MANAGEMENT CO.**
**655 MADISON AVENUE**
**NEW YORK 21, N. Y.**

8. Send certificate to:

(Type or print name and address)    N .......... ame

**MAGAZINE MANAGEMENT CO.**
**655 MADISON AVENUE**
**NEW YORK 21, N. Y.**

Address .......... Street

(City)          (Zone)          (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or

format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1958. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

**NOTE:** It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

---

| Application received | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|
| **JAN 18 1963** | |
| Two copies received | * |
| **JAN 18 1963** | Copyright Office Note (Cert.): In Notice _196_ 2 |
| Fee received | |

U. S. GOVERNMENT PRINTING OFFICE  1957—O—430703          (Feb. 1958—250,000)          *Page 4*

134748

2021MARVEL-0070293

Page 3

# Certificate

**FORM B**

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

| CLASS | REGISTRATION NO. |
|---|---|
| **B** | B   22022 |
| | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*
ABRAM L. KAMINSTEIN

*Register of Copyrights*
*United States of America*

NOT VALID WITHOUT
COPYRIGHT OFFICE
IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name ---- VISTA PUBLICATIONS, INC ---- 

Address -- 655 Madison Ave., N.Y.C. 21

Name

Address

**2. Title:** STRANGE TALES

(Title of periodical)

Vol. ----- 1 ----- No. ----- 108 --- Date on copies ----- May 1963

**3. Citizenship of Author:**

Citizenship ---- USA

(Name of country)

Domiciled in U. S. A. Yes ☐ No ☐

**4. Publication:**

(a) **Date of Publication of This Issue:**

2/12/63

(b) **Place of Publication of This Issue:**

USA

(Name of country)

**5. Manufacture Outside United States:**

(a) **Portion of the Manufacturing Done Abroad:**

(b) **Process Used:**

(c) **Country of Manufacture:**

*Complete all applicable spaces on next page*

2021MARVEL-0070294

6. Deposit account:

7. Send correspondence to:

Name _____    Address _____    MAGAZINE MANAGEMENT CO.

655 MADISON AVENUE

NEW YORK 21, N. Y.

8. Send certificate to:

(Type or print
name and address)

Name _____    MAGAZINE MANAGEMENT CO.

Address _____    655 MADISON AVENUE

NEW YORK 21, N. Y.

(City)        (Zone)        (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or

format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice.* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1958. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received  FEB 19 1963 | |
| Two copies received  FEB 19 1963 | |
| Fee received | |

34  749

2021MARVEL-0070295

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

FORM B

CLASS     REGISTRATION NO.

**B**    B     28143

DO NOT WRITE HERE

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



*Register of Copyrights*
*United States of America*

NOT VALID WITHOUT COPYRIGHT OFFICE IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name ---- VISTA PUBLICATIONS, INC. ----------------------------------

Address --- 655 Madison Ave., N.Y.C. 21 -------------------------------

Name ----------------------------------------------------------------

Address ---------------------------------------------------------------

**2. Title:** --- STRANGE TALES ----------------------------------------
(Title of periodical)

Vol. ---- 1 ------- No. ----- 109 --- Date on copies -------- June 1963 ----------

**3. Citizenship of Author:**

Citizenship ----- USA ---------------------------------------  Domiciled in U. S. A.   Yes ☐  No ☐
(Name of country)

**4. Publication:**

(a) Date of Publication of This Issue:

3/12/63

(b) Place of Publication of This Issue:

USA
(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: -----------------------------

(b) Process Used: -----------------------------------------------------

(c) Country of Manufacture: ---------------------------------------------

*Complete all applicable spaces on next page*

2021MARVEL-0070296

6. **Deposit account:**

7. **Send correspondence to:**

Name _____

Address _____

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

8. **Send certificate to:**

(Type or print
name and address)

Name

Address

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

(City)          (Zone)          (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is drawn. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice.* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1958. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY |
|---|
| Application received<br>MAR 19 1963 |
| Two copies received<br>MAR 19 1963 |
| Fee received |

134750

2021MARVEL-0070297

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

**FORM B**

CLASS **B** — **B** — REGISTRATION NO. **38264**

O NOT WRITE HERE

**This is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



ABRAHAM L. KAMINSTEIN

*Register of Copyrights*
*United States of America*

NOT VALID WITHOUT COPYRIGHT OFFICE IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name ____ **VISTA PUBLICATIONS, INC.** _____

Address ____ **655 Madison Ave., N.Y.C. 21** _____

Name _____

Address _____

**2. Title:** ____ **STRANGE TALES** _____
(Title of periodical)

_____

Vol. ____ **1** ____ No. ____ **111** ____ Date on copies ____ **Aug. 1963** ____

**3. Citizenship of Author:**

Citizenship ____ **USA** _____    Domiciled in U. S. A.   Yes ☐  No ☐
(Name of country)

**4. Publication:**

(a) Date of Publication of This Issue:

____ **5/9/63** _____

(b) Place of Publication of This Issue:

____ **USA** _____
(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: _____

(b) Process Used: _____

(c) Country of Manufacture: _____

*Complete all applicable spaces on next page*

E

2021MARVEL-0070298

6. Deposit account:

7. Send correspondence to:
Name ........................................

Address ........................................



MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

8. Send certificate to:

(Type or print
name and address)

Name ........................................

Address ........................................

MAGAZINE MANAGEMENT C
655 MADISON AVENUE
NEW YORK 21, N. Y.

(City)          (Zone)          (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or

format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1958. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|
| Application received | |
| MAY 15 1963 | |
| Two copies received | |
| MAY 15 1963 | |
| Fee received | |

134752

2021MARVEL-0070299

Page 3

# Certificate

## Registration of a Claim to Copyright
### in a periodical manufactured in the United States of America

FORM B

CLASS    REGISTRATION NO.

**B**    B    **45565**

DO NOT WRITE HERE

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



ABRAHAM L. KAMINSTEIN

*Register of Copyrights*
*United States of America*

NOT VALID WITHOUT COPYRIGHT OFFICE IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name _____ **VISTA PUBLICATIONS, INC.** _____

Address _____ **655 Madison Ave., N.Y.C. 21** _____

Name _____

Address _____

**2. Title:** **STRANGE TALES** _____
(Title of periodical)

_____

Vol. _____ **1** _____ No. _____ **112** _____ Date on copies _____ **Sept. 1963** _____

**3. Citizenship of Author:**

Citizenship _____ **USA** _____    Domiciled in U. S. A.    Yes ☐    No ☐
(Name of country)

**4. Publication:**

(a) Date of Publication of This Issue:

_____ **6/11/63** _____

(b) Place of Publication of This Issue:

_____ **USA** _____
(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: _____

(b) Process Used: _____

(c) Country of Manufacture: _____

*Complete all applicable spaces on next page*

2021MARVEL-0070300

6. Deposit account:

7. Send correspondence to:

Name _____

Address _____

**MAGAZINE MANAGEMENT CO.**
**655 MADISON AVENUE**
**NEW YORK 21, N. Y.**

8. Send certificate to:

(Type or print
name and address)

Name _____

Address _____

**MAGAZINE MANAGEMENT CO.**
**655 MADISON AVENUE**
(Number and street)
**NEW YORK 21, N. Y.**

(City)          (Zone)          (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1958. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|
| Application received JUN 11 1963 | |
| Two copies received JUN 11 1963 | |
| Fee received | |

U. S. GOVERNMENT PRINTING OFFICE  1957—O—450703          (Feb. 1958—250,000)          *Page 4*

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Register of Copyrights*
*United States of America*

FORM B

CLASS
B

REGISTRATION NO.
B    51854

DO NOT WRITE HERE



NOT VALID WITHOUT
COPYRIGHT OFFICE
IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name   VISTA PUBLICATIONS INC.

Address   655 Madison Ave., N.Y.C. 21

Name

Address

**2. Title:**   STRANGE TALES

(Title of periodical)

Vol.  1    No.  113   Date on copies   Oct. 1963

**3. Citizenship of Author:**

Citizenship   USA

(Name of country)

Domiciled in U. S. A.   Yes ☐   No ☐

**4. Publication:**

(a) Date of Publication of This Issue:

7/9/63

(b) Place of Publication of This Issue:

USA

(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad:

(b) Process Used:

(c) Country of Manufacture:

*Complete all applicable spaces on next page*

2021MARVEL-0070302

**6. Deposit account:**

**7. Send correspondence to:**

Name ................................................    Address ........

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 2, I. N.

**8. Send certificate to:**

(Type or print name and address)    Name

Address

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

(City)    (Zone)    (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice.* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1958. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

FOR COPYRIGHT OFFICE USE ONLY

Application received

JUL 16 1963

Two copies received

JUL 16 1963

Fee received

134754

2021MARVEL-0070303

Page 3

# Certificate
## Registration of a Claim to Copyright
### in a periodical manufactured in the United States of America

FORM B

CLASS **B**

REGISTRATION NO.

B    57888

DO NOT WRITE HERE

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



*Register of Copyrights*
*United States of America*
ABRAHAM L. KAMINSTEIN



NOT VALID WITHOUT COPYRIGHT OFFICE IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name ---- **VISTA PUBLICATIONS, INC.** ------------------------------------

Address ---- **655 Madison Ave., N.Y.C. 21** --------------------------------

Name -------------------------------------------------------------------------

Address -----------------------------------------------------------------------

**2. Title:** **STRANGE TALES** --------------------------------------------------
                                        (Title of periodical)

-------------------------------------------------------------------------------

Vol. -- **1** ---- No. ---- **114** --- Date on copies ---------- **Nov. 1963** ------

**3. Citizenship of Author:**

Citizenship ---- **USA** -------------------------------------- Domiciled in U. S. A.   Yes ☐   No ☐
                                (Name of country)

**4. Publication:**

   **(a) Date of Publication of This Issue:**

    **8/8/63**
-------------------------------------------------------------------------------

   **(b) Place of Publication of This Issue:**

    **USA**
-------------------------------------------------------------------------------
                                (Name of country)

**5. Manufacture Outside United States:**

   **(a) Portion of the Manufacturing Done Abroad:** --------------------------------

   **(b) Process Used:** ------------------------------------------------------------

   **(c) Country of Manufacture:** -------------------------------------------------

*Complete all applicable spaces on next page*

**6. Deposit account:**

**7. Send correspondence to:**

Name _____

Address

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

**8. Send certificate to:**

(Type or print
name and address)

Name

MAGAZINE MANAGEMENT CO.

Address

655 MADISON AVENUE
(Number and street)
NEW YORK 21, N. Y.

(City)          (Zone)          (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* Statutory copyright for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1958. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

> NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

FOR COPYRIGHT OFFICE USE ONLY

Application received

AUG 14 1963

Two copies received

AUG 14 1963

Fee received

134755

2021MARVEL-0070305

Page 3

# Certificate

## Registration of a Claim to Copyright
### in a periodical manufactured in the United States of America

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



ABRAHAM L. KAMINSTEIN    *Register of Copyrights*
*United States of America*



FORM B

CLASS | REGISTRATION NO.
**B** | B | **66036**
DO NOT WRITE HERE

NOT VALID WITHOUT COPYRIGHT OFFICE IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name ........ **VISTA PUBLICATIONS, INC.**

Address ........ **655 Madison Ave., N.Y.C. 21**

Name ................................................................................

Address ................................................................................

**2. Title:** **STRANGE TALES**
(Title of periodical)

Vol. ........ **1** No. ........ **115** Date on copies ........ **Dec. 1963**

**3. Citizenship of Author:**

Citizenship ........ **USA** Domiciled in U.S.A. Yes ☐ No ☐
(Name of country)

**4. Publication:**

    **(a) Date of Publication of This Issue:**

        **9/10/63**

    **(b) Place of Publication of This Issue:**

        **USA**
(Name of country)

**5. Manufacture Outside United States:**

    **(a) Portion of the Manufacturing Done Abroad:** ........

    **(b) Process Used:** ........

    **(c) Country of Manufacture:** ........

*Complete all applicable spaces on next page*

6. **Deposit accoun :** †

7. **Send correspondence to:**

Name

**MAGAZINE MANAGEMENT CO.**
**655 MADISON AVENUE**
**NEW YORK 21, N. Y.**

Address

8. **Send certificate to:**

(Type or print
name and address)

Name        **MAGAZ   MANAGEMENT CO**

Address     **655 MADISON AVENUE**

            (Number and street)

            **NEW YORK 2       N. Y.**

| (City) | (Zone) | (State) |

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or

format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1958. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

> **NOTE:** It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received **SEP 16 1963** | |
| Two copies received **SEP 16 1963** | |
| Fee received | |

134756
2021MARVEL-0070307



2021MARVEL-0125756

**FORM RE**

2021MARVEL-0125758



2021MARVEL-0125759