# EXHIBIT 31A




TM & © 2006 MARVEL




An Amazing Invention—"Magic Art Reproducer"

# DRAW
## THE FIRST DAY
### NO LESSONS! NO TALENT!

Anyone can Draw With This
Amazing New Invention—
Instantly!

# Even if You
# CAN'T DRAW
## A STRAIGHT LINE

You Can Draw Your Family,
Friends, Anything From
REAL LIFE— Like An Artist...
Even if You CAN'T DRAW
A Straight Line!

De Luxe Model
Complete for only
$1.98

—With extra
high panel,
extra clear and
sharp "repro-
ducer" unit.

**A New Hobby Gives You A Brand New Interest!**

Yes, anyone from 5 to 80 can draw or sketch or paint anything now ... the very first time you use the "Magic Art Reproducer" like a professional artist—no matter how "hopeless" you think you are! An unlimited variety and amount of drawings can be made! Art is admired and respected by everyone. Most hobbies are expensive, but drawing costs very little, just some inexpensive paper, pencils, crayons, or paint. No costly upkeep, nothing to wear out, no parts to replace. It automatically reproduces anything you want to draw on any sheet of paper. Then easily and quickly follow the lines of the "picture image" with your pencil ... and you have an accurate original drawing that anyone would think an artist had done. No guesswork, no judging sizes and shapes! Reproduces black and white and actual colors for paintings.

**Also makes drawing larger or smaller as you wish.**

Anyone can use it on any desk, table, board, etc.—indoors or outdoors! Light and compact to be taken wherever you wish. No other lessons or practice or talent needed! You'll be proud to frame your original drawings for a more distinctive touch to your home. Give them to friends as gifts that are "different," appreciated.

**Have fun! Be popular!** Everyone will ask you to draw them. You'll be in demand! After a short time, you may find you can draw well without the "Magic Art Reproducer" because you have developed a "knack" and feeling artists have—which may lead to a good paying art career.

**ALSO EXCELLENT FOR EVERY OTHER TYPE OF DRAWING AND HOBBY!**

Create Your Own Design for All Hobbies! Reproduce on anything.

Copy all cartoons, comics.

Outdoor Scenes, landscapes, buildings

Copy photos, portraits of family, friends, etc.

Still life, vases, bowls of fruit, lamps, furniture, all objects.

Copy blueprints, plans.



FREE!
"How to Easily Draw Artists' Models"

This valuable illustrated guide is yours free with order of "Magic Art Reproducer." Packed with pictures showing all the basic poses of artists' models with ample instruction for beginners of art. Includes guidance on anatomy, techniques and figure action.

**SEND NO MONEY!**
Free 10-Day Trial!

Just send name and address. Pay postman on delivery $1.98 plus postage. Or send only $1.98 with order and we pay postage. You must be convinced that you can draw anything like an artist, or your money back—merchandise after 10-day trial and your money will be refunded.

**FREE 10-DAY TRIAL COUPON**

NORTON PRODUCTS, Dept. 709
296 Broadway, New York 7, N. Y.
Rush my "Magic Art Reproducer" plus FREE illustrated guide "How to Easily Draw Artists' Models." I will pay postman on delivery only $1.98 plus postage. I must be convinced that I can draw anything like an artist, or I can return merchandise after 10-day trial and get my money back.

Name _____
Address _____
City & Zone _____ State _____
☐ Check here if you wish to save postage by sending only $1.98 with coupon. Same Money Back Guarantee!

**NORTON PRODUCTS**    Dept. 709  296 Broadway New York 7, N. Y.

AMAZING FANTASY is published by ATLAS MAGAZINES, INC.  OFFICE OF PUBLICATION. 655 MADISON AVENUE, NEW YORK, N.Y.  SECOND-CLASS MAIL PRIVILEGES AUTHORIZED AT NEW YORK, N.Y.  Additional entry at Meriden, Conn.  Published bimonthly. Copyright 1962 by ATLAS MAGAZINES, INC., 655 Madison Avenue, New York, N.Y.  Vol. 1 No. 15, SEPT., 1962 issue.  Price 12¢ per copy.  Subscription rate $1.75 for 12 issues including postage. Foreign subscription $3.25 in American funds.  No similarity between any of the names, characters, persons, and/or institutions appearing in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury, Conn.

TM & © 2006 MARVEL





TM & © 2006 MARVEL

Steve Ditko

TM & © 2006 MARVEL

TM & © 2006 MARVEL

2021MARVEL-0000157





Case 1:21-cv-07957-LAK Document 71-39 Filed 05/19/23 Page 6 of 31



TM & © 2006 MARVEL

TM & © 2006 MARVEL

2021MARVEL-0000176

Steve Ditko



THE WORLD'S GREATEST **MOLDER** OF **HANDSOME HE-MEN** and **CHAMPS** out of **WEAKLINGS** says

**YOU FREE!** can now get

**SKINNY** or **FAT, 15, 20, 30** or **40** YEARS OF AGE
**I'LL BUILD YOU** into **A NEW**
**ATHLETIC MIGHTY-MUSCLED**
**ALL-MALE HE-MAN**
in THRILLING minutes a day, as I have done to THOUSANDS in 20 YEARS.

ALL these 5 famous PICTURE-PACKED STRENGTH-TEST COURSES to Make YOU a SUPER-MAN. (formerly $5.00 each) Now FREE to you if you mail coupon AT ONCE! LAST CHANCE!

BEN REBUHRN

**"NO MATTER WHAT YOUR AGE"**
I'll show you, by my quick, easy SECRETS

**How to GAIN** or **LOSE** UP TO **50** LBS. **FAST**
like my pupils here did and THOUSANDS can do now.

**"I GAINED 60 LBS.** OF SHAPELY MIGHTY MUSCLES."
says JOHN SILL

**"I LOST 30 LBS.** OF DANGEROUS UGLY FAT INCHES 4 OFF MY WAIST!"
Felipe Mendoza

This now MAGNIFICENT MODERN HERCULES, 26 year old teacher, William Butler,

**YOU can soon be a HERO of MEN** like Butler is and an IDOL of WOMEN in a few weeks!

WOMEN always say, "I just adore A.B.C. ALL-MALE HE-MEN".

AMERICAN BODY BUILDING CLUB, Dept. MA34, GREAT NECK, NEW YORK

**FREE**
Sports, Self-defense, Strong-man Stunts Courses Apparatus. Let me know how to get these FREE!

AMERICAN BODY BUILDING CLUB, Dept. MA34, GREAT NECK, NEW YORK

AMAZING SPIDER-MAN is published by NON-PAREIL PUBLISHING CORP.

TM & © 2006 MARVEL




Steve Ditko



TM & © 2006 MARVEL



## START YOUR OWN BUSINESS!
## ELECTRICAL APPLIANCE REPAIRING

EARN WHILE YOU LEARN!

### SECURITY — INDEPENDENCE
### WORK SHORT HOURS

There are millions of electrical equipment units in daily use . . . in factories, homes, office buildings and on farms. Skilled electrical technicians are needed to keep this equipment in good running condition. Learn at home in spare time.

You can now BE TRAINED to fill this BIG NEED . . . a need that grows day by day because of new electrical inventions for home and factory.

If you are mechanically inclined, can hold and use tools, we can give you the training and time-saving kits that will enable you to . . . Command More Money at Work . . . A Better Paying Job Elsewhere . . . Or A Business Of Your Own!

The ELECTRONIC KIT, a multi-purpose trouble detector, and other valuable Shop Method Training is sent to you! All instruction material is written in simple, easy-to-understand language, chock full of hundreds of detailed photos and drawings. Used by servicemen the country over.

We show you how to quickly locate the trouble, how to fix it and what to charge. ALSO, how to solicit business and keep business coming to you.

Get Full Facts on how you can get this training at home in your spare time and pay for it out of your earnings while learning!

### IN YOUR OWN KITCHEN, BASEMENT, OR GARAGE

You don't need elaborate fixtures or expensive equipment to be a successful repairman. Work as many hours as you wish. The Electrical Appliance Technician is his own boss!

### $5.00 - $6.00 HOUR

often charged for making ordinary repairs. We show you how to repair refrigerators, vacuum cleaners, washing machines, motors, etc., etc.

### AGE IS NO BARRIER

Nor is a minor physical handicap. Work is light, pleasant and PROFITABLE.

### FREE BOOK
On America's fastest growing industry

SEND COUPON TODAY!

WORKING KIT FURNISHED

CHRISTY TRADES SCHOOL, Dept. A-271
3214 W. Lawrence Ave., Chicago 25, Ill.
Gentlemen:
Please rush me your FREE ILLUSTRATED BOOK about Electrical Appliance Servicing. Facts on your Electronic Kit and Special form for paying later from earnings while learning.

NAME_____ Age____
ADDRESS_____
CITY_____ Zone____ State____

AMAZING SPIDER-MAN is published by NON-PAREIL PUBLISHING CORP. OFFICE OF PUBLICATION: 655 MADISON AVENUE, NEW YORK, N.Y. Published bimonthly. Copyright 1963 by NON-PAREIL PUBLISHING CORP., 655 Madison Avenue, New York, N.Y. Vol. 1 No. 3, JULY 1963 issue. Price 12c per copy. Subscription rate $1.75 for 12 issues including postage. Foreign subscriptions $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn.

TM & © 2006 MARVEL



TM & © 2006 MARVEL

Case 1:21-cv-07957-LAK    Document 71-39    Filed 05/19/23    Page 10 of 31





TM & © 2006 MARVEL






2021MARVEL-0130394

# BOYS! MEN!

# MY SECRET NEW DYNAFLEX METHOD

## CAN BUILD YOU A MAGNIFICENT NEW HE-MAN-MUSCLED BODY IN JUST TEN MINUTES A DAY—with absolutely NO weights—NO bar-bells—NO EXERCISE AT ALL!

Yes! If the girls LAUGH at you now when you take off your shirt—they'll be breaking down the doors to get dates with you—once they've seen the rugged DYNAFLEX BODY I can give you! I'll build you a tough strong massive body—shoulders clad with solid inches of he-man BRAWN! I'll give you bulging biceps, trip-hammer fists, power-packed legs, and a chest that will have you popping off the buttons off your shirt with pride!

(—says MIKE MARVEL, "Builder of Champion Bodies")

*Mike Marvel*

### ARE YOU WEAK, ALWAYS TIRED, LACK PEP?

Whether you're thin and scrawny, or sagging with unsightly fat — my secret DYNAFLEX method will drain pep, vigor and red-blooded vitality into your puny, exhausted body. Once DYNAFLEX makes you a two-fisted dynamo of manly beauty, rippling with power, glowing with magnetic sex-appeal—you'll be bursting with get-up-and-go. Man, you'll be really ALIVE — tingling with zest and rip-roaring energy—for the first time in years!

### PROOF!

"I tried two other systems, before my buddy told me about DYNAFLEX. It really works—and how! I've put two inches of solid muscle on my biceps, three inches on my chest. It's like magic."
L. C., New York City

"I never thought you could build terrific muscles without exercises or weights. Started DYNAFLEX two weeks ago, and am building a great physique."
E. G., Detroit, Mich.

"DYNAFLEX is the best yet. Only three weeks, and I have more dates than I can handle! I am telling all my pals about DYNAFLEX."
F. S., Chicago, Ill.

### ARE YOU ASHAMED OF YOUR BODY NOW?

Pal—do YOURSELF a favor! Take a good long look in a mirror. Do you see a puny, starved body—scrawny arms—bony shoulders — flabby stomach and skinny legs? Do girls laugh and fellows grin when you take off your shirt?

BELIEVE IT OR NOT—it can add solid pounds of rippling, steely he-man MEAT to your build. I can take these skeleton arms and PACK EVERY INCH with explosive virile MAN-MUSCLE. I can take that caved-in chest and build on six rugged inches of strong sleek MAN-SIZED BRAWN. I can clothe your skinny frame with GIANT RIPPLING DYNAFLEX MUSCLES that will have the girls gasping with awe and admiration! And with NO tiring exercise, NO high-priced bar-bells or gym apparatus!

Or is your problem a body sagging with soft rolls of unhealthy, unhandsome FAT? Puny muscles — sagging stomach — bloated beer-arms heavy with layers of BLUB-BER? Are you ASHAMED to go to the beach and let them see your "FAT-MAN PHYSIQUE"?

If so, wake up fella! THIS IS IT! I will peel off that fat and give you a lean virile DYNAFLEX BODY, armored with a sheath of hard tough sandstone muscle. I can build you into a healthy streamlined HERCULES —bursting with dynamic manly strength. I'll give you a taut rock-hard midsection—legs muscled like railroad steel springs. I can pack solid DYNAMITE into your flats and give you a rugged handsome build brim-full of the magnetic Super-Body Appeal which girls admire. And with NO strenuous diets NO fatiguing calisthenics—NO expensive health-foods!

### HOW DYNAFLEX BUILDS BEAUTIFUL BODIES

DYNAFLEX is the modern miracle of body-building. It takes no tiresome exercises, no back-breaking diets, protein foods, and no weights or bar-bells. DYNAFLEX is the amazing discovery of a West German Doctor whose research into the Science of Strength found a thrilling new way to build GIANT BRAWNY MUSCLES in ten minutes a day. With DYNAFLEX you "flex" each muscle once—in a certain way—that is more effective than if you exercised that muscle 20, 30, even 100 times the old-fashioned way. With DYNAFLEX you get bigger results in ten minutes than after hours of grunting and groaning, hefting heavy weights. DYNAFLEX coaxes each muscle in your body to bring out its round, steely fullness and satiny symmetry. DYNAFLEX packs that muscle with glowing vibrant new strength and energy—FAST. In ten minutes a day I can cram your bony frame with healthy rippling muscle—give you a deep powerful chest — solid shoulders and trim wrist-through, slim midsection—and trim, steel-spring legs—simply thru "DYNA-FLEXING" each muscle once a day. There's nothing wrong with the bar-ball and weight-lifting method . . . but why bother? Why waste time and money, why sweat and strain your way to a streamlined symmetrical SAMSON-STRONG BODY when you can do it better—bigger—faster—easier with the DYNAFLEX SECRET?

### STRONG-MAN APPEAL ATTRACTS GIRLS

Be honest. Down deep you KNOW you envy the boy with the virile, magnificent build. Every man and boy secretly desires a broad brawny back, a solid man-muscled chest, handsome he-man shoulders, arms rippling with tough, steely sinews, a narrow waist, slim hips and springy power-packed legs. Girls go for a fellow with TWO-FISTED BIG MUSCLE SEX-APPEAL . . . and they only laugh at skinny guys or "fatso's".

Let me give you a glowing new body, brimming over with energy and irresistible inches of solid muscle on your chest—heman appeal. I can build three inches of beef and brawn on your shoulders. I will mold you a handsome super-body of terrific strength, give you a crushing grip, legs crammed with steel springs. A lean taut rock-solid punch-proof midsection. Pack your body with energy and thrilling stamina that will have girls falling at your feet.

Mike Marvel System, Dept. 281    285 Market St., Newark, N.J.

### GIVE ME TEN MINUTES A DAY —THAT'S ALL!

After DYNAFLEX, you'll be able to roll up your sleeves and take off your shirt and, for the first time in your life, you'll be PROUD of your manly build. Yes, pal, say goodbye to your weak, flabby frame— get ready for adventure and romance with a solid physique that glows and vibrates with virile he-man appeal. You'll be really proud to have people see that MAGNIFI-CENT NEW HE-MAN BODY at the beach or gym. And, when the girls crowd around to admire your iron biceps and your bulging brawny chest—when they ask in amazement how you did it—tell them about the man's secret of DYNAFLEX!

Your Pal,
MIKE MARVEL
"Builder of Champion Bodies"



YOU PAY ONLY

1.98

COMPLETE
NOTHING ELSE TO BUY

### FREE! 'SECRETS OF ATTRACTING GIRLS'!

Fellows! Mail the coupon now, and receive Mike Marvel's FREE GIFT to you, this exciting and informative book. Discover a secret method for developing a new, almost MAGNETIC way of attracting the girls. At parties, dances, at the beach—you will have the girls clustering around you breathlessly, while other guys watch enviously. "What does HE have that WE don't?" they will say. The answer is in this exciting new book, your GIFT from Mike Marvel. Fill out and mail the coupon NOW!

---

**MAIL MONEY-SAVING NO-RISK FREE TRIAL COUPON NOW!**

Check as many of the boxes you want HERE
— Complete System $1.98.

☐ Lose fat, be trim and solid
☐ Build deep brawny chest, bulging with vigorous strength
☐ Lose fat, be trim, strong, handsome
☐ Mold mighty back, broad beefy shoulders
☐ Build muscle on skinny wrists and arms
☐ Develop crushing grip, two - fisted punch-power

MIKE MARVEL System, Dept. 281
285 MARKET STREET
NEWARK, NEW JERSEY

Okay, Mike! Here's $1.98. Send me your COMPLETE (nothing else to buy) body-building course. I want to use your secret of DYNAFLEX to win a HERCULES HE-MAN BODY in just ten minutes a day. Rush my copies of the DYNAFLEX SYSTEM and my free gift book "Secrets of Attracting Girls" on your money-back guarantee, in plain wrappers. If I don't develop a splendid physique and become more popular with girls you will refund my money in full.

NAME .......................... AGE.....

ADDRESS ...........................

CITY .......... ZONE .... STATE ....
(Please Print)

AMAZING SPIDER-MAN is published by NON-PAREIL PUBLISHING CORP. OFFICE OF PUBLICATION: 655 MADISON AVENUE, NEW YORK, N.Y. Published monthly. Copyright 1963 by NON-PAREIL PUBLISHING CORP., 655 Madison Avenue, New York, N.Y. Vol. 1 No. 5, OCTOBER 1963 issue. Price 12¢ per copy. Subscription rate $1.75 for 12 issues including postage. Foreign subscriptions $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The East-ern Color Printing Co., Waterbury 20, Conn.



2021MARVEL-0130396





TM & © 2006 MARVEL

2021MARVEL-0000252







THE WORLD'S GREATEST MOLDER OF HANDSOME HE-MEN and CHAMPS out of WEAKLINGS says

## YOU can now get FREE!
ALL these 5 famous PICTURE-PACKED STRENGTH-TEST COURSES to Make YOU a SUPER-MAN. (formerly $5.00 each) Now FREE to you if you mail coupon AT ONCE! LAST CHANCE!

## SKINNY or FAT, 15, 20, 30 or 40 YEARS OF AGE I'LL BUILD YOU into A NEW ATHLETIC MIGHTY-MUSCLED ALL-MALE HE-MAN
in THRILLING MINUTES a day, as I have done to THOUSANDS in 20 YEARS.



**BEN REBHUHN**
20 years Directing Head of the most famous and largest home-training body building institute in the world, through which millions of youths and men applied for training, of which countless were changed from skinny and fat weaklings into streamlined heroic he-men.

This now MAGNIFICENT MODERN HERCULES, 26 year old teacher, William Butler, says to YOU, "No matter WHAT your age, I advise you, SEND for the A.B.C. WONDER PICTURE COURSES at once.

How would YOU like to have 18½ inch ARMS a 52 inch CHEST like this A.B.C. pupil NOW has?

Under the World's GREATEST BODY-BUILDER, I now have 18½" ARMS, a 52" CHEST; my STRENGTH has greatly improved. So have my sports. I have won titles like 'Mr. Virginia', 'Mr. State Y.M.C.', etc.

"NO MATTER WHAT YOUR AGE I'll show you, by my quick, easy SECRETS

## How to GAIN or LOSE UP TO 50 LBS. FAST
like my pupils here did and THOUSANDS do now."

YOU can soon be a HERO of MEN like Butler is and an IDOL of WOMEN in a few weeks!



17 YEAR OLD SILLS
"I GAINED 60 LBS. OF SHAPELY MIGHTY MUSCLES.
**BEFORE** mailing coupon, I was a 125 lb. 6 ft. skinny weakling."
says JOHN SILL

"I LOST 30 LBS. OF DANGEROUS UGLY FAT 4 INCHES OFF MY WAIST!
"That 220 lb. FAT-BOY at the right was ME a few short weeks ago."

28 year old Felipe Mendeza

A.B.C. streamlined my body, made me a new man my 47" chest my 32" waist 15" difference attracts admiration at the beach.

YOU can add 7 inches to your CHEST 3½ inches to each ARM and the rest in proportion just as I did.

YOU can WIN the 18" tall SILVER TROPHY with name on it, A GOLD MEDAL, $100, as I did."

45 year old FATHER and 18 year old SON — now Pals — train A.B.C. way together!

YOU become a WINNER in ALL you do like these and MILLIONS of my pupils!

Yes! In just 10 THRILLING MINUTES a day, in the SECRECY of YOUR OWN ROOM at home, MY RAPID-FIRE, EASY as ABC FAMOUS PICTURE METHODS will start building you THE VERY FIRST NIGHT. I'll show you How to Mold 18 INCH ARMS of MIGHT, a big, deep 45 INCH CHEST housing TIRELESS LUNGS, WIDE MANLY SHOULDERS — a BROAD BRAWNY BACK, tapering to a SLENDER WAIST with punch-proof STOMACH MUSCLES, LEGS of RUNNING POWER.

WOMEN always say, "I just adore A.B.C. ALL-MALE HE-MEN".

**BEFORE** mailing coupon this A.B.C. pupil was this 90 lb. skeleton. Gained 70 lbs. Made football team.



"Both gained pounds of powerful muscles. Advise all you fathers and sons to send for the A.B.C. courses without foolish delay."
—LARRY CAMPBELL



YOU become a STAR in ANY SPORT! YOU fear NO MAN or BULLY!

"I'm proud of you now, Tony"

Pascarella

You wouldn't give me a tumble before I gained this A.B.C. lbs.

AMERICAN BODY BUILDING CLUB, Dept. MA310 GREAT NECK, NEW YORK

AMERICAN BODY BUILDING CLUB, Dept. MA310, GREAT NECK, NEW YORK
Mail me FREE all 5 WORLD FAMOUS STRENGTH TEST COURSES, including PHOTO BOOK of FAMOUS STRONG MEN, once weaklings, now famous Strong Men, and How to Become one of Them.
☐ I enclose 10c for mailing and handling.
I am under no other obligation.
I'm checking everything I need to give me the kind of body I want.
☐ I want to gain .......lbs. (fill in).  ☐ Triple my strength.
☐ I want to streamline my body, get rid of flabby fat.
☐ I want to add inches of muscle to my ☐ ARMS ☐ CHEST
☐ SHOULDERS ☐ POWERFUL LEGS ☐ SLIM WAIST
☐ I want to become a winning athlete. ☐ I want new pep.
NAME ........................................ AGE ........
DO NOT MAIL COUPON IF UNDER 14 YEARS OF AGE.
ADDRESS ..........................................
CITY .................... ZONE .... STATE ........

FREE
Sports, Self-defense, Strong-man Stunts Courses Apparatus. Let me know how to get these FREE!

AMAZING SPIDER-MAN is published by NON-PAREIL PUBLISHING CORP. OFFICE OF PUBLICATION: 655 MADISON AVENUE, NEW YORK, N. Y. Published monthly. Copyright 1963 by NON-PAREIL PUBLISHING CORP., 655 Madison Avenue, New York, N.Y. Vol. 1 No. 7, NOVEMBER 1963 issue. Price 12c per copy. Subscription rate $1.75 for 12 issues including postage. Foreign subscriptions $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher.

2021MARVEL-0130393







TM & © 2006 MARVEL

TM & © 2006 MARVEL

# YOU'VE HEARD ABOUT IT!
# YOU'VE READ ABOUT IT!

**WORLD'S SMALLEST WRIST RADIO**

# ALL-TRANSISTOR *WRIST WATCH TYPE* RADIO

## LOUD — CLEAR RECEPTION GUARANTEED!

### COMPLETE WITH BATTERIES — STAINLESS BAND
### NOTHING ELSE TO BUY — COMPLETELY ASSEMBLED

## $4.98 complete

### LOOK AT THESE SENSATIONAL FEATURES!

- 2 Transistor - 1 Diode
- Lightweight — compact
- Includes 100 hour mercury batteries obtained everywhere at 35c
- Stainless steel watch band stretches to fit all wrists
- Magnetic earphone included
- Especially designed for local reception
- Guaranteed to receive all stations in your area
- Plays equally well indoors or outdoors

*NOT A TOY — NOT A CRYSTAL SET*

*A GENUINE ALL TRANSISTOR WRIST RADIO*

*To Delight Every Man, Woman, Girl and Boy*

Be the first in your neighborhood to own this amazing Niresk All Transistor Wrist Radio. Music, News, Sports now available to you 24 hours a day. Imagine, being the proud owner of a radio less than 2 inches square. The unit is installed in a highly shock resistant case and comes with a beautiful stainless wrist band. The 2 tiny mercury hearing aid batteries are guaranteed to play for 100 hours. Batteries are obtainable everywhere for about 35c.

The Niresk Wrist Radio is guaranteed to be shipped in perfect condition and especially designed for local reception. In some localities you can receive up to seven stations. Don't wait, rush your order today on money-back guarantee.

ACTUAL SIZE

NIRESK

SOLD ON MONEY-BACK GUARANTEE

## FREE TRIAL OFFER

NIRESK INDUSTRIES, Dept. NW-2
Chicago 11, Illinois

Please rush on 10 day Free Trial the Niresk All-Transistor Wrist Radio. I must be 100% satisfied or my money will be refunded in full after 10 days.

Name_____
Address_____
City_____Zone____State____

☐ I enclose $4.95 plus 25c postage.
☐ I enclose $1.00 deposit — balance C.O.D.

# NIRESK INDUSTRIES, INC., CHICAGO 11, ILL.

AMAZING SPIDER-MAN is published by NON-PAREIL PUBLISHING CORP. OFFICE OF PUBLICATION: 655 MADISON AVENUE, NEW YORK, N. Y. Published monthly. Copyright 1963 by NON-PAREIL PUBLISHING CORP., 655 Madison Avenue, New York, N.Y. Vol. 1, No. 8, JANUARY 1964 issue. Price 12c per copy. Subscription rate $1.75 for 12 issues including postage. Foreign subscriptions $2.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher.

TM & © 2006 MARVEL



TM & © 2006 MARVEL



TM & © 2006 MARVEL

TM & © 2006 MARVEL

2021MARVEL-0000309

**YOU'VE HEARD ABOUT IT!
YOU'VE READ ABOUT IT!**

**WORLD'S SMALLEST
WRIST RADIO**

# ALL-TRANSISTOR *WRIST WATCH TYPE* RADIO

## LOUD — CLEAR RECEPTION <u>GUARANTEED!</u>

**COMPLETE WITH BATTERIES — STAINLESS BAND
NOTHING ELSE TO BUY — COMPLETELY ASSEMBLED**

**LOOK AT THESE
SENSATIONAL FEATURES!**

# $4.98
complete

*NOT A TOY — NOT A CRYSTAL SET*

*A GENUINE ALL TRANSISTOR WRIST RADIO*

*To Delight Every Man, Woman, Girl and Boy*

- 2 Transistor - 1 Diode
- Lightweight — compact
- Includes 100 hour mercury batteries obtained everywhere at 35c
- Stainless steel watch band stretches to fit all wrists
- Magnetic earphone included
- Especially designed for local reception
- Guaranteed to receive all stations in your area
- Plays equally well indoors or outdoors

Be the first in your neighborhood to own this amazing Niresk All Transistor Wrist Radio. Music, News, Sports now available to you 24 hours a day. Imagine, being the proud owner of a radio less than 2 inches square. The unit is installed in a highly shock-resistant case and comes with a beautiful stainless wrist band. The 2 tiny mercury hearing aid batteries are guaranteed to play for 100 hours. Batteries are obtainable everywhere for about 35c.

The Niresk Wrist Radio is guaranteed to be shipped in perfect condition and especially designed for local reception. In some localities you can receive up to seven stations. Don't wait, rush your order today on money-back guarantee.

NIRESK

**ACTUAL
SIZE**

**SOLD ON
MONEY-BACK
GUARANTEE**

### FREE TRIAL OFFER

NIRESK INDUSTRIES, Dept. WR-2
Chicago 11, Illinois

Please rush on 10 day Free Trial the Niresk All-Transistor Wrist Radio. I must be 100% satisfied or my money will be refunded in full after 10 days.

Name_____

Address_____

City_____Zone__State____

☐ I enclose $4.95 plus 25c postage.
☐ I enclose $1.00 deposit — balance C.O.D.

# NIRESK INDUSTRIES, INC., CHICAGO 11, ILL.

AMAZING SPIDER-MAN is published by NON-PAREIL PUBLISHING CORP. OFFICE OF PUBLICATION: 655 MADISON AVENUE, NEW YORK, N. Y. Published monthly. Copyright 1963 by NON-PAREIL PUBLISHING CORP., 655 Madison Avenue, New York, N.Y. Vol. 1, No. 9 FEBRUARY 1964 issue. Price 12c per copy. Subscription rate $1.75 for 12 issues including postage. Foreign subscriptions $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher.

TM & © 2006 MARVEL



SPIDER-MAN in "THE MAN CALLED ELECTRO!"

A BOOK-LENGTH TRIUMPH FROM THE NEW MARVEL AGE OF COMICS!

WRITTEN BY: STAN LEE
ILLUSTRATED BY: STEVE DITKO
LETTERED BY: ART SIMEK

KNOW SOMETHING, LITTLE FRIEND? IF YOU'RE JUST STARTING TO READ THIS STORY, WE *ENVY* YOU! BECAUSE YOU'RE GONNA HAVE A *BALL!* THIS BOOK-LENGTH THRILLER FEATURES A REALLY FASCINATING SUPER-VILLAIN; IT'S CHOCK-FULL OF HUMAN INTEREST AND DRAMA; AND IT SHOWS SPIDER-MAN, WITH ALL HIS HUMAN PROBLEMS AND FRAILTIES, GREATER THAN YOU'VE EVER SEEN HIM BEFORE! BUT DON'T TAKE *OUR* WORD FOR IT — AFTER ALL, *WERE* SPIDEY'S BEST BOOSTERS! SEE WHAT *YOU* THINK...

TM & © 2006 MARVEL

2021MARVEL-0000310





TM & © 2006 MARVEL











TM & © 2006 MARVEL

TM & © 2006 MARVEL



# NOW YOU CAN SOLVE "TOUGH" MATH PROBLEMS LIKE THIS!

$$47892 \times 39421 = ?$$

AS EASY AS $1 + 1 = 2$

GET A BETTER JOB, JOB SECURITY IN THIS ATOMIC AGE!

Yes, in just hours you can turn into a "math wizard" even though you know little about arithmetic! Surprise your friends with your "E-Z MATH" ability . . . enjoy job security and advancement . . . a better job . . . increase your self-confidence and prestige—all through amazing new "E-Z MATH".

CAN YOU SOLVE THESE EVERY-DAY BUSINESS AND SOCIAL ARITHMETIC PROBLEMS IN THE TIME ALLOWED? YOU CAN DO THEM EASILY EVEN WHEN BLINDFOLDED—AFTER YOU'VE READ "E-Z MATH"!

### Sharpen Your Brain Power— with Short-Cut "E-Z MATH"!

### Order Today on No-Risk Free Home Trial!

### WHAT IS "E-Z MATH"?

### WHAT THEY SAY:

### MAIL NO-RISK FREE HOME TRIAL COUPON NOW!

E-Z MATH PROGRAM DEPT. R-101
285 Market St., Newark, NEW JERSEY

NAME _____ AGE ____

ADDRESS _____

CITY _____ ZONE __ STATE ____

E-Z MATH PROGRAM    DEPT. R-101    285 Market St.,
© Entire contents copyright 1963    Newark, NEW JERSEY

AMAZING SPIDER-MAN is published by NON-PAREIL PUBLISHING CORP. OFFICE OF PUBLICATION: 655 MADISON AVENUE, NEW YORK, N. Y. Published monthly. Copyright 1963 by NON-PAREIL PUBLISHING CORP., 655 Madison Avenue, New York, N.Y. Vol. 1, No. 11, APRIL 1964 issue. Price 12¢ per copy. Subscription rate $1.75 for 12 issues including postage. Foreign subscriptions $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher.

TM & © 2006 MARVEL









**Fill the Gaps in your Family's Education** with the amazing *MADE SIMPLE* Self-Teaching Encyclopedia

Your First Volume only $1.00











TM & © 2006 MARVEL



