# EXHIBIT 31B



# Earn BIG MONEY

## Learn ELECTRIC APPLIANCE REPAIRING At Home In Your Spare Time!

WE FURNISH YOU THIS AMAZING ELECTRONIC KIT

WE GIVE YOU ALSO THE CERAMIC HEATER KIT

"All CTS graduates are entitled to CTS lifetime advisory service."

R. S. Frazer, President

### START YOUR OWN BUSINESS

There are millions of electrical equipment units in daily use in factories, homes, office buildings and on farms. Skilled electrical technicians are needed to keep this equipment in good running condition. Learn at home in your spare time.

### $5.00-$6.00 PER HOUR

is often charged for making ordinary repairs. We show you how to repair refrigerators, vacuum cleaners, washing machines. motors, factory equipment, electrical farm equipment, do house wiring, etc.

**BEGIN IN YOUR OWN KITCHEN, BASEMENT OR GARAGE.** You don't need elaborate fixtures or expensive equipment to be a successful repairman. Work as many hours as you wish. The Electrical Appliance Technician is his own boss!

**IF YOU ARE MECHANICALLY INCLINED,** can hold and use tools, we will give you the training and time saving kits—a multi-purpose CHRISTY ELECTRONIC KIT whose dials show you exactly where the trouble lies with electrical equipment that does not work properly—a CERAMIC HEATER KIT that enables you to wire your own heating elements and pocket all of the profits for yourself—LESSON MANUALS written in simple, easy-to-understand language profusely illustrated showing step-by-step repair shortcuts—all of which give you the Know-how for making more money and how to get financial security.

**YOU ALSO LEARN** how to build power tools from spare parts, how to solicit business and keep business coming in, what to charge your customers, etc. Thousands of CHRISTY graduates in all parts of the world prove the value of CTS Training. WRITE FOR SPECIAL PAY LATER FORM.

**CHRISTY TRADES SCHOOL, 3214-16 W. Lawrence, Dept. A-471, Chicago 25**

SEND FOR OUR NEW 32 PAGE CATALOGUE!

UNLIMITED PROSPECTS for TRAINED ELECTRICAL APPLIANCE TECHNICIANS

### MAIL THIS COUPON TODAY!

CHRISTY TRADES SCHOOL, Dept. A-471,
3214-16 W. Lawrence, Chicago 25, Ill.

Gentlemen:
Please rush me your FREE ILLUSTRATED BOOK about Electrical Appliance Servicing, facts on your Electronic Kit and Special form for paying later from earnings while learning.

Name _____ Age _____
Address _____
City _____ Zone _____ State _____

AMAZING SPIDER-MAN is published by NON-PAREIL PUBLISHING CORP. OFFICE OF PUBLICATION: 655 MADISON AVENUE, NEW YORK, N.Y. Published monthly. Copyright 1964 by NON-PAREIL PUBLISHING CORP., 655 Madison Avenue, New York, N.Y. Vol. 1, No. 16, JULY 1964 issue. Price 12c per copy. Subscription rate $1.75 for 12 issues including postage. Foreign subscriptions $3.25 in America. No similarity between any of the names, characters, persons, and/or institutions in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher.



TM & © 2006 MARVEL





TM & © 2006 MARVEL

TM & © 2006 MARVEL

2021MARVEL-0000424





TM & © 2006 MARVEL





TM & © 2006 MARVEL

TM & © 2006 MARVEL

2021MARVEL-0000443



TM & © 2006 MARVEL

TM & © 2006 MARVEL

2021MARVEL-0000461

Steve Ditko





TM & © 2006 MARVEL

TM & © 2006 MARVEL

2021MARVEL-0000462





TM & © 2006 MARVEL





TM & © 2006 MARVEL

TM & © 2006 MARVEL





TM & © 2006 MARVEL





TM & © 2006 MARVEL

TM & © 2006 MARVEL



2021MARVEL-0127169



TM & © 2006 MARVEL

2021MARVEL-0127170



TM & © 2006 MARVEL



AMAZING SPIDER-MAN is published by NON-PAREIL PUBLISHING CORP. OFFICE OF PUBLICATION: 625 MADISON AVENUE, NEW YORK, N.Y. 10022. Published monthly. Copyright 1964 by NON-PAREIL PUBLISHING CORP., 625 Madison Avenue, New York, N.Y. 10022. Vol. 1, No. 21, FEBRUARY 1965 issue. Price 12¢ per copy. Subscription rate $1.75 for 12 issues including postage. Foreign subscriptions $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher.

TM & © 2006 MARVEL



TM & © 2006 MARVEL





TM & © 2006 MARVEL

TM & © 2006 MARVEL





TM & © 2006 MARVEL

TM & © 2006 MARVEL

2021MARVEL-0127208

TM & © 2006 MARVEL









TM. & © 2006 MARVEL

# EXCLUSIVE FUN PRODUCTS BY MAIL





















TM & © 2006 MARVEL

TM & © 2006 MARVEL

2021MARVEL-0127264

# EXCLUSIVE FUN PRODUCTS BY MAIL



**Krazy Krax**



**KRAZY KRAX**

Just place this over the T.V. screen or the front window. Watch the fun begin. It looks like the glass is broken. No. 1004 ............ .60

**JUMPING CANDY BOX**
Looks like a box of candy. When your friend goes to help himself he'll get the surprise of his life. No. 2015 .... Only .75



**TRICK BASEBALL**
It bounces cockeyed, it curves, it dips, it's impossible to catch. It's sure to set all the kids on the block chasing after it. There's a barrel of fun in every bounce of this amazing baseball. No. 4020 ........ 50¢

**PRANKSTER WHISTLE**
Greatest gag in years. Just place inside any tail-pipe and watch the fun. As soon as he starts the car it will sound as if the whole motor fell out. It's a panic, but completely harmless. No. 7021 ........ 75¢



**WHOOPS**
Looks like someone lost their lunch. Place it on the floor and wait for your first unsuspecting victim to walk in—ugh. Better catch him before he faints. No. 9016 .......... Only .75

**PEPPER GUM**
Hi Pal, have a piece of gum. Once he starts chewing you better have a glass of water ready. Completely harmless but a million laughs. No. 5008 ... .25

**JIU-JITSU**

This is one of the most popular books on the art of self defense. Now you needn't back away from anyone. Many illustrations show you how to defend yourself from bullies. We also include "FREE" a book on strong man stunts. No. 4003 ....... Only $1.00

**LOUD NOSE BLOWER**
Blow your nose and it will sound like the roof caved in. Fits right in your handkerchief out of sight. No. 6018 only 20¢



**JOY BUZZER**
Shake hands and watch your friend jump 6 feet high. Completely harmless. No. 7005 ........ .50



**SQUIRT SEAT**
It's all wet. Place it under the toilet seat. Can't you picture the expression on your victims face when he sits down? No. 6012 .............. .75

**WHOOPEE CUSHION**
Place this under any cushion. Gives out a loud Bronx Cheer. Very embarrising but loads of laughs. No. 8010 .......... Only .50



**SCREWY FEET**
These magnetic feet will stick to anything. Paste them to the walls and ceiling. 12 to a set. Looks like the invisible man just walked through the wall. No. 2007 .. $1.00

**SILVER SKULL RING**
Heavy Mexican silver ring with the raised face of skull and inlayed red ruby eyes. Feels good and looks real impressive. Adds heft to your hands. No. 3019 .......... $1.00

**SURPRISE PACKAGE**
If you are willing to take a chance, we guarantee you more than your moneys worth, filled with surprises. No. 8002.. .50









**X-RAY-SPEX**
A wonderful illusion to fool your buddies. Put them on, now is that really his skull you see inside his head? Prove to him you can see through anything. No. 7014 ... $1.00

**BIKE SPEEDOMETER**
Now you can tell how fast you are going. Registers speeds up to 50 miles per hour. New built-in compass also shows in what direction you are travelling. Fits any bicycle. Attaches in seconds. No. 3017 ...... only 75¢

ELLHARR DIST.- DEPT. G.K. 12, NIAGARA FALLS, N.Y.
RUSH ME THE ITEMS LISTED BELOW. If I am not 100% delighted, I may return any part of my purchase after the 10 day free trial for full refund.

| ITEM No. | NAME OF ITEM | HOW MANY | TOTAL PRICE |
|---|---|---|---|

☐ I enclose ...... plus 15¢ postage and shipping in cash, cheque or money order.

NAME ...............................
ADDRESS ...............................





**FLY IN ICE**
A plastic ice cube that looks like the real thing, only with a fly inside. Just place this in someones drink when he isn't looking—ugh. No. 3011 ...... Only .45



**SILENT DOG WHISTLE**
This whistle can not be heard by any human, but your pet will hear it blocks away. Everyone will be amazed when he comes running as soon as he hears his own private whistle. No. 1009 Only $1.50



AMAZING SPIDER-MAN is published by NON-PAREIL PUBLISHING CORP. OFFICE OF PUBLICATION: 625 MADISON AVENUE, NEW YORK, N.Y. 10022. Published monthly. Copyright 1965 by NON-PAREIL PUBLISHING CORP., 625 Madison Avenue, New York, N.Y. 10022. Vol. 1, No. 25, JUNE 1965 issue. Price 12¢ per copy. Subscription rate $1.75 for 12 issues including postage. Foreign subscriptions $3.25 in American funds. This magazine may not be reproduced in whole or in part without written permission. No similarity between any of the names, characters, persons, and/or institutions in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by the Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher.

TM & © 2006 MARVEL



TM & © 2006 MARVEL

2021MARVEL-0127265





TM & © 2006 MARVEL

TM & © 2006 MARVEL





TM & © 2006 MARVEL

TM & © 2006 MARVEL

2021MARVEL-0127284



TM & © 2006 MARVEL





AMAZING SPIDER-MAN is published by NON-PAREIL PUBLISHING CORP. OFFICE OF PUBLICATION: 625 MADISON AVENUE, NEW YORK, N.Y. 10022. Published monthly. Copyright 1965 by NON-PAREIL PUBLISHING CORP. 625 Madison Avenue, New York, N.Y. 10022. Vol. 1, No. 27, AUGUST 1965 issue. Price 12¢ per copy. Subscription rate $1.75 for 12 issues including postage. Foreign subscriptions $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher.

TM & © 2006 MARVEL

TM & © 2006 MARVEL





TM & © 2006 MARVEL





2021MARVEL-0127322



TM & © 2006 MARVEL

TM & © 2006 MARVEL





TM & © 2006 MARVEL

TM & © 2006 MARVEL

2021MARVEL-0127341

TM & © 2006 MARVEL

TM & © 2006 MARVEL



