# EXHIBIT 31C





TM & © 2006 MARVEL



**Friend, dare YOU risk** A DIME 10¢?

FOR A NEW MILLION DOLLAR HE-MAN BODY
STRENGTH–POWER with $20 MIGHTY MUSCLES!
To Become A STAR in ANY SPORT! A SUCCESS in EVERYTHING!

This can be soon the handsome NEW Jet Power YOU

BEFORE

Rush to me your LAST CHANCE coupon below, —
I'LL RUSH to you FREE My Professional Secrets

HOW TO GAIN up to 50 LBS. of MIGHTY MUSCLES!

HOW to LOSE up to 50 lbs. of UGLY DANGEROUS FAT

**FREE** ALL FIVE $5 WORLD-FAMOUS PICTURE-PACKED ABC COURSES

1. How to Develop 16 to 18½ INCH BIG ARMS Powerful to land a knock-out blow fast.
2. How to Build a 45 to 52 INCH HEROIC CHEST Housing TIRELESS LUNGS for ENDURANCE in Work, Sports, for ATTRACTING GIRLS!
3. How to Mold A BROAD MUSCLE-PACKED BACK and WONDER-WIDE SUPER-MAN SHOULDERS tapering to A SLIM PUNCH-PROOF WAIST.
4. How to Develop LEGS with MARATHON ENDURANCE.
5. How to Mold BIG MUSCULAR FOREARMS, A STEEL GRIP.

How to Become a FEARLESS SELF-DEFENSE FIGHTER. OVERPOWERING ANY BULLY TWICE YOUR SIZE!

"I highly recommend Ben Rebhuhn as a top bodybuilding authority," says Health Director Y.M.C.A. Emil Colameco.

**How to IMPROVE YOUR HE-MAN LOOKS 1000%**

One of my 181,000 pupils, John Sill, says

"I gained 60 LBS. of MIGHTY MUSCLES. Just mail NOW the FREE book coupon below as I did. YOU can add 3½ inches to EACH ARM—7 inches to your CHEST. YOU Can Win $100. and this Trophy—as I just did—a $1,000,000 Body—HANDSOME, HARD-HITTING."

This AMAZING NEW BOOK in colors YOURS FREE if you mail coupon NOW.

BEFORE Mailing Coupon I was 125 lbs. 6 ft. skinny weakling. Which of these 2 me's is YOU?

Jam-full with 120 PHOTOS of STRONG MEN and CHAMPIONS once WEAKER than you. See in their pitiful BEFORE Photos and Stories. Scores of How-to-do-it Pictures show you how YOU can quickly and easily become an OLYMPIC CHAMPION in STRENGTH, SPEED and ENDURANCE, Mr. AMERICA in Build. Yes! in just THRILLING MINUTES a day, in YOUR OWN ROOM, RAPID-FIRE, EASY as ABC FAMOUS PICTURE METHODS show you how to Mold 16 inch ARMS of MIGHT, a big, deep 45 INCH CHEST housing TIRELESS LUNGS; WIDE MANLY SHOULDERS a BROAD BRAWNY BACK, tapering to A SLENDER WAIST with punch-proof STOMACH MUSCLES, LEGS of RUNNING POWER. You, too, can WIN FAME and FORTUNE ON TV or in the Movies, as a Physical Director or Professional Athlete.

How in minutes of FUN a day YOU WILL BE MADE into A NEW ATHLETIC HE MAN

$100 worth of Sports, Self-defense, Strong-man Stunts, Courses, Apparatus

"I'm PROUD to be seen with Jim NOW! Everybody admires his build," says Nellie. "Jim can lift the front of a 2700 lb. car. He amazes his friends!"

**MAIL COUPON before it is too late!**



AMERICAN BODY BUILDING CLUB, Dept. MA-510, GREAT NECK, NEW YORK
Mail me FREE all 5 WORLD FAMOUS STRENGTH TEST COURSES including PHOTO BOOK of FAMOUS STRONG MEN, once weaklings like I. How to Become one of Them.

☐ I enclose 10¢ for mailing and handling. I am under no other obligation. I'm checking everything I need to give me the kind of body I want.
☐ I want to gain _____ lbs. (fill in). ☐ Triple my strength.
☐ I want to streamline my body, get rid of flabby fat.
☐ I want to add inches of muscle to my ☐ ARMS ☐ CHEST ☐ SHOULDERS ☐ POWERFUL LEGS ☐ SLIM WAIST
☐ I want to become a winning athlete. ☐ I want new pep.

Let me know how to get FREE

NAME _____ AGE _____
DO NOT MAIL COUPON IF UNDER 14 YEARS OF AGE. PLEASE PRINT OR WRITE CLEARLY
ADDRESS _____
CITY _____ ZONE _____ STATE _____

AMAZING SPIDER-MAN is published by NON-PAREIL PUBLISHING CORP. OFFICE OF PUBLICATION: 625 MADISON AVENUE, NEW YORK, N.Y. 10022. Published monthly. Copyright 1965 by NON-PAREIL PUBLISHING CORP., 625 Madison Avenue, New York, N.Y. 10022. Vol. 1, No. 31, DECEMBER 1965 issue. Price 12¢ per copy. Subscription rate $1.75 and $2.25 Canada for 12 issues including postage. Foreign subscriptions $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher.

TM & © 2006 MARVEL



TM & © 2006 MARVEL





2021MARVEL-0127397

# EXCLUSIVE FUN PRODUCTS BY MAIL



**CYCLE PUTTER**
Really dress up your BIKE. Sounds just like a Motor Bike. Made of heavy plastic and steel. No. 8023 ...Only 39c



**SQUIRT FLOWER**
When your friend tries to smell it all he'll get is a face full of water. Comes complete with long rubber hose and bulb. No. 3013...Only 25c



**TRICK BASEBALL**
It bounces cockeyed, it curves, it dips, it's impossible to catch. It's sure to set all the kids on the block chasing after it. There's a barrel of fun in every bounce of this amazing baseball. No. 4020 ........50c



**PRANKSTER WHISTLE**
Greatest gag in years. Just place inside any tail-pipe and watch the fun. As soon as he starts the car it will sound as if the whole motor fell out. It's a panic, but completely harmless. No. 7021 .......75c

**SPIDER RING**
This jumbo Rubber Spider with moving eyes comes attached to an adjustable metal ring and is sure to scare everybody. Large size 4½" x 4½". Made of flexible rubber. No. 4006. . Only 45c

**WHOOPS**
Looks like someone lost their lunch. Place it on the floor and wait for most unsuspecting victim to walk in—ugh. Better catch him before he faints. No. 9016 ........ Only .15

**LOUD NOSE BLOWER**
Blow your nose and it will sound like the roof caved in. Fits right in your handkerchief out of sight. No. 6018 only 20c

**PEPPER GUM**
Hot! Has a piece of gum. Once he starts chewing you better have a glass of water ready. Completely harmless but a million laughs. No. 5008...15

**JIU-JITSU**
This is one of the most popular books on the art of self defense. Now you needn't back away from anyone. Many illustrations show you how to defend yourself from bullies. We also include "FREE" a book on strong man stunts. No. 4003......Only $1.00



**JOY BUZZER**
Shake hands and watch your friend jump 6 feet high. Completely harmless. No. 7005.......50



**MAGIC ROCKS**
MAGIC ROCKS — Colourful large pellets. "Plant" them with the magic solution using the planting tweezers. They will grow within a short time. Terrific for underwater effects. No. 1022........Only $1.00



**WHOOPEE CUSHION**
Place this under any cushion. Gives out a loud Bronx Cheer. Very embarrising but loads of laughs. No. 8010 ......... Only .50

 

**SURPRISE PACKAGE**
If you are willing to take a chance, we guarantee you more than your moneys worth, filled with surprises. No. 8002...$8



**GROW LIVE MONSTERS!**

**GROW LIVE MONSTERS**
SCARIEST LIVING Sensation of the century. 2 Monsters in full colour. Comes complete with space astronomers and full accessory kit. Will grow green monster hair right before your eyes. Complete kit. No. 8001 ........Only $1.00



**SILVER SKULL RING**
Heavy Mexican silver ring with the raised face of skull and inlayed red ruby eyes. Feels good and looks real impressive. Adds heft to your hands. No. 3019.................$1.00

**X-RAY-SPEX**
A wonderful illusion to fool your buddies. Put them on, now is that really his skull you see inside his head? Prove to him you can see through anything. No. 7014 ..........$1.00

**BIKE SPEEDOMETER**
Now you can tell how fast you are going. Registers speeds up to 50 miles per hour. New built-in compass also shows in what direction you are travelling. Fits any bicycle. Attaches in seconds. No. 3017    only 75¢



**FLY IN ICE**
A plastic ice cube that looks like the real thing, only with a fly inside. Just place this in someones drink when he isn't looking—ugh. No. 3011 ...... Only .45



**ELLBARR DIST. DEPT. G.K.20 Weston, Ont.**
RUSH ME THE ITEMS LISTED BELOW. If I am not 100% delighted, I may return any part of my purchase after the 10 day free trial for full refund.

| ITEM No. | NAME OF ITEM | HOW MANY | TOTAL PRICE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

☐ I enclose ...... plus 15c postage and shipping in cash, cheque or money order.
NAME .........................................
ADDRESS ...................................



**SILENT DOG WHISTLE**
This whistle can not be heard by any human, but your pet will hear it blocks away. Everyone will be amazed when he comes running as soon as he hears his own private whistle. No. 1009 Only $1.00

AMAZING SPIDER-MAN is published by NON-PAREIL PUBLISHING CORP. OFFICE OF PUBLICATION: 625 MADISON AVENUE, NEW YORK, N.Y. 10022. Published monthly. Copyright 1965 by NON-PAREIL PUBLISHING CORP., 625 Madison Avenue, New York, N.Y. 10022. Vol. 1, No. 32 JANUARY 1966 issue. Price 12c per copy. Subscription rate $1.75 and $2.25 Canada for 12 issues including postage. Foreign subscriptions $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher.

TM & © 2006 MARVEL



TM & © 2006 MARVEL

2021MARVEL-0127398



TM & © 2006 MARVEL

TM & © 2006 MARVEL

# EXCLUSIVE FUN PRODUCTS BY MAIL



**CYCLE PUTTER**
Really dress up your BIKE. Sounds just like a Motor Bike. Made of heavy plastic and steel. No. 8023 ..Only 39c



**SQUIRT FLOWER**
When your friend tries to smell it all he'll get is a face full of water. Comes complete with long rubber hose and bulb. No. 3013...Only 25c



**TRICK BASEBALL**
It bounces cockeyed, it curves, it dips, it's impossible to catch. It's sure to set all the kids on the block chasing after it. There's a barrel of fun in every bounce of this amazing baseball. No. 4020 .............50c

**PRANKSTER WHISTLE**
Greatest gag in years. Just place inside any tail-pipe and watch the fun. As soon as he starts the car it will sound as if the whole motor fell out. It's a panic, but completely harmless. No. 7021 .........75c

**SPIDER RING**
This jumbo Rubber Spider with moving eyes comes attached to an adjustable metal ring and is sure to scare everybody. Large size 4½" x 4½". Made of flexible rubber. No. 4006 .. Only 45c

**WHOOPS**
Looks like someone lost their lunch. Place it on the floor and wait for your first unsuspecting victim to walk in—ugh. Better catch him before he faints. No. 5016 ................ Only .75

**LOUD NOSE BLOWER**
Blow your nose and it will sound like the roof caved in. Fits right in your handkerchief out of sight. No. 6018 only 20c

**PEPPER GUM**
Hi Pal, have a piece of gum. Once he starts chewing you better have a glass of water ready. Completely harmless but a million laughs. No. 5008 ...15

**JIU-JITSU**
This is one of the most popular books on the art of self defense. Now you needn't back away from anyone. Many illustrations show you how to defend yourself from bullies. We also include "FREE" a book on strong man stunts. No. 4003 ....... Only $1.00



**JOY BUZZER**
Shake hands and watch your friend jump 6 feet high. Completely harmless. No. 7005........ .50



**MAGIC ROCKS**
MAGIC ROCKS — Colourful large pellets. "Plant" them with the magic solution using the planting tweezers. They will grow within a short time. Terrific for underwater effects. No. 1022.............Only $1.00



**SEAT CUSHION**
**WHOOPEE CUSHION**
Place this under any cushion. Gives out a loud Bronx Cheer. Very embarrising but loads of laughs. No. 8010 .......... Only .50

**SILVER SKULL RING**
Heavy Mexican silver ring with the raised face of skull and inlayed red ruby eyes. Feels good and looks real impressive. Adds heft to your hands. No. 3019..............$1.00



**GROW LIVE MONSTERS!**
SCARIEST LIVING Sensation of the century. 2 Monsters in full colour. Comes complete with space astronomuns and full accessory kit. Will grow great monster hair right before your eyes. Complete kit. No. 8001.........Only $1.00

**SURPRISE PACKAGE**
If you are willing to take a chance, we guarantee you more than your moneys worth, filled with surprises. No. 8002... .58



**X-RAY-SPEX**
A wonderful illusion to fool your buddies. Put them on, now is that really his skull you see inside his head? Prove to him you can see through anything. No. 7014 .......... $1.00

**BIKE SPEEDOMETER**
Now you can tell how fast you are going. Registers speeds up to 50 miles per hour. New built-in compass also shows in what direction you are travelling. Fits any bicycle. Attaches in seconds. No. 3017 ...... only 75c



**FLY IN ICE**
A plastic ice cube that looks like the real thing, only with a fly inside. Just place this in someones drink when he isn't looking—ugh. No. 3021 .......... Only .45

**SILENT DOG WHISTLE**
This whistle can not be heard by any human, but your pet will hear it blocks away. Everyone will be amazed when he comes running as soon as he hears his own private whistle. No. 1009 Only $1.80

**ELLBARR DIST. DEPT. G.K.20 Weston, Ont.**
RUSH ME THE ITEMS LISTED BELOW. If I am not 100% delighted, I may return any part of my purchase after the 10 day free trial for full refund.

| ITEM No. | NAME OF ITEM | HOW MANY | TOTAL PRICE |
|---|---|---|---|
| | | | |

☐ I enclose ...... plus 15c postage and shipping in cash, cheque or money order.
NAME ...............................................
ADDRESS ...........................................

AMAZING SPIDER-MAN is published by NON-PAREIL PUBLISHING CORP. OFFICE OF PUBLICATION: 625 MADISON AVENUE, NEW YORK, N.Y. 10022. Published monthly. Copyright 1965 by NON-PAREIL PUBLISHING CORP., 625 Madison Avenue, New York, N.Y. 10022. Vol. 1, No. 33, FEBRUARY 1966 issue. Price 12c per copy. Subscription rate $1.75 and $2.25 Canada for 12 issues including postage. Foreign subscriptions $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher. Application to mail at second class postage rates is pending at New York, N. Y., and Meriden, Conn.

TM & © 2006 MARVEL









TM & © 2006 MARVEL

2021MARVEL-0127417





2021MARVEL-0127435

## SPECIAL FEATURES
- Over 7 feet long
- Seats 2 kids
- Controls that work
- Rockets that fire
- Real periscope
- Firing torpedoes
- Electrically lit
- Instrument panel

# POLARIS NUCLEAR SUB

## OVER 7 FEET LONG

Big Enough For 2 Kids

### FIRES ROCKETS and TORPEDOES

How proud you will be as commander of your own POLARIS SUB — the most powerful weapon in the world! What hours of imaginative play and fun as you and your friends dive, surface, maneuver, watch the enemy through the periscope and fire your nuclear missiles and torpedoes! What thrills as you play at hunting sunken treasures in pirate waters and exploring the strange and mysterious bottom of the deep ocean floor!

### HOURS AND HOURS OF ADVENTURE
Sturdily constructed of 200 lb. test fibreboard. Comes complete with easy assembly instructions. But this sub is not just a plaything — it's educational, too, because of the fun, adventure and science. (Because we must ask for 75c shipping charges.) The POLARIS SUB'S giant size we must ask for 75c

### MONEY BACK GUARANTEE
Order today and we will rush your POLARIS NUCLEAR SUB to you. If you are not delighted don't think it is the greatest ever — the best toy you ever had — just send it back for full purchase price refund.

Only $6.98

### 10 DAY FREE TRIAL

HONOR HOUSE PROD. CO.
LYNBROOK, NEW YORK
DEPT. 777PSL14

Rush me my POLARIS NUCLEAR SUB. I can return it for full purchase price refund if not delighted

☐ SEND IT C.O.D. I enclose $1 good-will deposit and I will pay postman $5.98 on delivery plus C.O.D. postage.

☐ SEND IT PREPAID. I enclose $6.98 plus 75c to help cover shipping charges.

NAME _____
ADDRESS _____
CITY _____
ZONE ____ STATE ____
N. Y. State residents please include 14c sales tax.

AMAZING SPIDER-MAN is published by NON-PAREIL PUBLISHING CORP. OFFICE OF PUBLICATION: 625 MADISON AVENUE, NEW YORK, N.Y. 10022. Published monthly. Copyright 1965 by NON-PAREIL PUBLISHING CORP., 625 Madison Avenue, New York, N.Y. 10022. Vol. 1, No. 34, MARCH 1966 issue. Price 12c per copy. Subscription rate $1.75 and $2.25 Canada for 12 issues including postage, Foreign subscriptions $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher. Application to mail at second class postage rates is pending at New York, N. Y., and Meriden, Conn.

TM & © 2006 MARVEL



THE AMAZING SPIDER-MAN!

## "The THRILL of THE HUNT!"

MY TROPHY ROOM! EVERY WILD BEAST THAT WALKS, CLIMBS, OR CRAWLS, I'VE BEATEN WITH MY BARE HANDS!

FEATURING: THE SOMEWHAT MAGNIFICENT MENACE OF KRAVEN the HUNTER!

...AND YET, THE GREATEST PRIZE OF ALL IS STILL DENIED ME!

SCRIPTED and EDITED BY: STAN LEE
PLOTTED and ILLUSTRATED BY: STEVE DITKO
LETTERED and RELISHED BY: SAM ROSEN

TM & © 2006 MARVEL

2021MARVEL-0127436





TM & © 2006 MARVEL



AMAZING SPIDER-MAN is published by NON-PAREIL PUBLISHING CORP. OFFICE OF PUBLICATION: 625 MADISON AVENUE, NEW YORK, N.Y. 10022. Published monthly. Copyright 1966 by NON-PAREIL PUBLISHING CORP., 625 Madison Avenue, New York, N.Y., 10022. Vol. 1, No. 35, APRIL 1966 issue. Price 12¢ per copy. Subscription rate $1.75 and $2.25 Canada for 12 issues including postage, Foreign subscriptions $3.25. In American funds. No similarity between any of the names, characters, persons, and/or institutions in this maga-zine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher. Application to mail at second class postage rates is pending at New York, N. Y., and Meriden, Conn.

TM & © 2006 MARVEL

2021MARVEL-0127455



TM & © 2006 MARVEL

TM & © 2006 MARVEL

# EXCLUSIVE FUN PRODUCTS BY MAIL

## GROW 7 MONSTERS

**THRILLS & CHILLS AWAIT YOU WHEN YOU SEE 7 AMAZING PLANT CREATURES COME TO LIFE!**



7 Giant Monsters in full, glowing color, grow fantastic plant "hair" alive before your eyes! Each grows up to several months! Makes an incredible live "Science Project" for home or school. Fun to watch. Order now and get deluxe accessory kit with planting wand, observation lens, extra large supply of Guaranteed Live "Monster Hair" seeds. Complete with 7 Monsters and Full Instructions. No. 3127 ............ $1.00
plus 25c postage

**ALL 7 FOR ONLY $1.00**


**MINIATURE SPY CAMERA** Precision built camera that is so amazingly small it is less than ⅓ the size of a regular back of cigarettes. Weighs only 2½ ounces with eyelevel view finder and time exposure shutter. Takes 10 pictures per roll. Compact, it can be hidden anywhere. With FREE roll of film. No. 5024 .... $1.00
6 Rolls Film ........ 79c


**JOY BUZZER** Shake hands and watch your friend jump 6 feet high. Completely harmless. No. 7005 ...... 50c


**LOUD NOSE BLOWER** Blow your nose and it will sound like the roof caved in. Fits right in your handkerchief out of sight. No. 6018 ..... only 20c

**SURPRISE PACKAGE** If you are willing to take a chance, we guarantee you more than your moneys worth, filled with surprises. No. 8002 .............. 50c


**TRICK BASEBALL** It bounces cockeyed, it curves, it dips, it's impossible to catch. It's sure to set all the kids on the block chasing after it. There's a barrel of fun in every bounce of this amazing baseball. No. 4020 ............. 50c



**X-RAY-SPEX** A wonderful illusion to fool your buddies. Put them on, now is that really his skull you see inside your head? Prove to him you can see through anything. No. 7014 ................... $1.00

**WHOOPEE CUSHION** Place this under any cushion. Gives out a load Bronx Cheer. Very embarrassing but loads of laughs. No. 8010 . Only 50c


**THROW YOUR VOICE** Throw your voice into trunks, behind doors, everywhere. Instrument fits in your mouth and out of sight. Fool teacher, friends and family. Free book on "How to Become a Ventriloquist." No. 9025 ...... 25c




**DEVILS RING** Heavy silver ring with the raised face of the Devil. Inlaid bright red ruby eyes. Looks real impressive. No. 1026 ......... 50c

**ELLBARR DIST. Dept. G.K., 23 Box 47, Northridge, Calif.** RUSH ME THE ITEMS LISTED BELOW. If I am not 100% delighted, I may return any part of my purchase after the 10 day free trial for full refund.

| ITEM No. | NAME OF ITEM | HOW MANY | TOTAL PRICE |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

☐ I enclose ...... plus 15c postage and shipping in cash, cheque or money order.

NAME ...........................................................
ADDRESS ...........................................................

AMAZING SPIDER-MAN is published by NON-PAREIL PUBLISHING CORP. OFFICE OF PUBLICATION: 625 MADISON AVENUE, NEW YORK, N.Y. 10022. Published monthly. Copyright 1966 by NON-PAREIL PUBLISHING CORP., 625 Madison Avenue, New York, N.Y. 10022. Vol. 1, No. 36, MAY 1966 Issue. Price 12c per copy. Subscription rate $1.75 and $2.25 Canada for 12 issues including postage, Foreign subscriptions $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher. Application to mail at second class postage rates is pending at New York, N. Y., and Meriden, Conn.

TM & © 2006 MARVEL



TM & © 2006 MARVEL





TM & © 2006 MARVEL



# EXCLUSIVE FUN PRODUCTS BY MAIL

## THRILLS & CHILLS AWAIT YOU WHEN YOU SEE 7 AMAZING PLANT CREATURES COME TO LIFE!

### GROW 7 MONSTERS



7 Giant Monsters in full, glowing color, grow fantastic plant "hair" alive before your eyes! Each grows up to several months! Makes an incredible live "Science Project" for home or school. Fun to watch. Order now and get deluxe accessory kit with planting wand, observation lens, extra large supply of Guaranteed Live "Monster Hair" seeds. Complete with 7 Monsters and Full Instructions. No. 3127 . . . . . . . $1.00
plus 25¢ postage

**ALL 7 FOR ONLY $1.00**



**MINIATURE SPY CAMERA** Precision built camera that is so amazingly small it is less than ½ the size of a regular pack of cigarettes. Weighs only 2½ ounces with eyelevel view finder and time exposure shutter. Takes 10 pictures per roll. Compact, it can be hidden anywhere. With FREE roll of film. No. 5024 . . . $1.00
6 Rolls Film . . . . . . 79¢

 

**JOY BUZZER** Shake hands and watch your friend jump 6 feet high. Completely harmless. No. 7005 . . . . . 50¢

**LOUD NOSE BLOWER** Blow your nose and it will sound like the roof caved in. Fits right in your handkerchief out of sight. No. 6018 . . . only 20¢

 

**SURPRISE PACKAGE** If you are willing to take a chance, we guarantee you more than your moneys worth, filled with surprises. No. 8002 . . . . . . . . 50¢

**TRICK BASEBALL** It bounces cockeyed, it curves, it dips, it's impossible to catch. It's sure to set all the kids on the block chasing after it. There's a barrel of fun in every bounce of this amazing baseball. No. 4020 . . . . . . . . . 50¢

**X-RAY-SPEX** A wonderful illusion to fool your buddies. Put them on, now is that really his skull you see inside his head? Prove to him you can see through anything. No. 7014 . . . . . . . . . . . . . . . $1.00

**WHOOPEE CUSHION** Place this under any cushion. Gives out a loud Bronx Cheer. Very embarrassing but loads of laughs. No. 8010 . . Only 50¢



**THROW YOUR VOICE** Throw your voice into trunks, behind doors, everywhere. Instrument fits in your mouth and out of sight. Fool teacher, friends and family. Free book on "How to Become a Ventriloquist." No. 9025 . . . . . 25¢



**DEVILS RING** Heavy silver ring with the raised face of the Devil. Inlaid bright red ruby eyes. Looks real impressive. No. 1026 . . . . . . 50¢



**ELLBARR DIST. Dept. GK, 23 Box 47, Northridge, Calif.** RUSH ME THE ITEMS LISTED BELOW. If I am not 100% delighted, I may return any part of my purchase after the 10 day free trial for full refund.

| ITEM No. | NAME OF ITEM | HOW MANY | TOTAL PRICE |
|---|---|---|---|

☐ I enclose . . . . . . plus 15c postage and shipping in cash, cheque or money order.

NAME . . . . . . . . . . . . . . . . . . . . . . . . . . . .
ADDRESS . . . . . . . . . . . . . . . . . . . . . . . . . . .



AMAZING SPIDER-MAN is published by NON-PAREIL PUBLISHING CORP. OFFICE OF PUBLICATION: 625 MADISON AVENUE, NEW YORK, N.Y. 10022. Published monthly. Copyright 1966 by NON-PAREIL PUBLISHING CORP., 625 Madison Avenue, New York, N.Y. 10022. Vol. 1, No. 37, JUNE 1966 issue. Price 12¢ per copy. Subscription rate $1.75 and $2.25 Canada for 12 issues including postage. Foreign subscriptions $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher. Application to mail at second class postage rates is pending at New York, N. Y., and Meriden, Conn.

TM & © 2006 MARVEL

TM & © 2006 MARVEL



TM & © 2006 MARVEL



## THROW YOUR VOICE
Throw your voice into trunks, behind doors, everywhere. Instrument fits in your mouth and out of sight. Fool teacher, friends and family. Free book on "How to Become a Ventriloquist." No. 137 ........25c

## SILENT DOG WHISTLE
Tl - whistle "can't be heard by human ears, but Rover can, hear it half a mile away. Your dog will understand that this whistle is for him alone. Be amazed how quickly he responds.
No. 701 ..............$1.00

## JACK POT BANK
A Dime-operating Jack Pot Bank that works just like the one armed bandit in Las Vegas. Just deposit the dime and spin the handle. Reels spin and look like the real stuff. Dimes are removable. This game should not be used for gambling purposes, only for fun.
No. 2060 .... 1.98

## MAGIC CARDS
Deck is marked and stripped. Can be read from the back but looks like ordinary deck. With instructions for 10 terrific tricks.
No. 183 ..............$1.98

## SURPRISE PACKAGE
Are you willing to take a chance? We won't tell you what you get, but because you're willing to gamble, we'll give you more than your money's worth.
No. 678 ....Only 50c

## AMAZING MINIATURE RADIO
This tiny, feather weight radio operates without batteries, without tubes, but brings you hours of listening pleasure. There's nothing to wear out, nothing to replace.
No. 044 ..........$2.98

## YOU, TOO, CAN BE TOUGH
Master Jiu Jitsu and you'll win any fight. This book gives all the grips, blocks, etc. which are so effective in counterattack. FREE book on how to perform strong man stunts also included.
No. 224 .............$1.00

## SEE BEHIND GLASSES
A specially treated pair of sunglasses with secret mirrors that enable you to see behind you without anyone knowing you're watching. Really comes in handy at times.
No. 30 ................75c

# TREASURE CHEST OF FUN



## MONSTER MONSTERS $1.24
A full 6 feet tall in authentic full color and so very life-like you'll probably find yourself talking to them. We have these two all-time favorites — spine-chilling Frankenstein, and the mad vampire Dracula.
No. #12 ...1.00

## WORMS
Drop these seemingly innocent pellets into a glass of water and magically a worm will appear. Can you imagine the look of horror on your victims face? It's harmless.
No. 612 ..........15c



## WHOOPEE CUSHION
Place it on a chair under a cushion, then watch the fun when someone sits down! It gives forth embarrassing noises. Made of rubber, and inflatable. A scream at parties and gatherings.
No. 247 ........50c

## JOY BUZZER
The most popular joke novelty in years! Wind up and wear it like a ring. When you shake hands, it almost raises the victim off his feet with a "shocking sensation". Absolutely harmless.
No. 239 ........Only 50c



## TRICK BASEBALL
It bounces cockeyed, it curves, it dips, it's impossible to catch. It's sure to set all the kids on the block spinning after it. There's a barrel of fun in every bounce of this amazing baseball.
No. 158 ..........50c

## X-RAY SPECS
An Hilarious Optical Illusion $1.00
Scientific optical principle really works. Imagine—you put on the "X-Ray" Specs and hold your hand in front of you. You seem to be able to look right through the flesh and see the bones underneath. Look at your friend. Is that really his body you "see" under his clothes? Loads of laughs and fun at parties.
No. FL7 ....$1.00



## MINIATURE SECRET CAMERA
Precision camera so small, it fits in cigarette pack. Weighs 2½ ounces and takes 10 pictures per roll. Precision ground lens and time exposure shutter. Can be hidden anywhere. Complete with free roll of film.
No. 788 ..............$1.00
6 Rolls Film 7½c

## ONION GUM
Yes—Looks like real chewing gum but tastes like ... like ... gum. ONIONS! Its too funny! 12 slices to a pack.
No. 281 ..............20c

Honor House Prod. Corp.    Dept. 77GK18
Lynbrook, N.Y.
Rush me the items listed below. If I am not 100% satisfied, I may return any part of my purchase within 10 days Free Trial for full refund of purchase price.

| Item | Name of Item | How Many | Total Price |
|------|-------------|----------|-------------|

☐ I enclose _____ in full payment. Same guarantee.
☐ Send C.O.D. I will pay postman on delivery plus postage.
Name _____
Address _____
Sorry, we cannot ship orders for less than $1.00.



## Secret Spy Scope
Pen Size—Clips On Your Pocket-6-Power Magnifier. This exciting new 6-power wide field magnifier is cleverly concealed in a pen-sized pocket scope that lets you "peek" to your heart's content. So handy for Sporting Events, Counter-spying and Girl Watching. Also contains a 30-power full microscope to thrill any naturalist. Not a toy, but a real instrument. Full money back guarantee if not delighted.
Only $2.98    Item No. FS9 ..........$2.98

## TRICK BLACK SOAP
Ordinary looking piece of soap. Victim washes face and gets blacker and blacker. When he gets a look in the mirror, he'll be shocked. Harmless.
No. 575 ........Only 25c

AMAZING SPIDER-MAN is published by NON-PAREIL PUBLISHING CORP. OFFICE OF PUBLICATION: 625 MADISON AVENUE, NEW YORK, N.Y. 10022. Published monthly. Copyright 1966 by NON-PAREIL PUBLISHING CORP., 625 Madison Avenue, New York, N.Y. 10022. Vol. 1, No. 38, JULY 1966 issue. Price 12c per copy. Subscription rate $1.75 and $2.25 Canada for 12 issues including postage. Foreign subscriptions $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Inc., Waterbury 20, Conn. Martin Goodman, Publisher. Application to mail at second class postage rates is pending at New York, N.Y., and Meriden, Conn.

TM & © 2006 MARVEL



TM & © 2006 MARVEL



TM & © 2006 MARVEL

TM & © 2006 MARVEL

2021MARVEL-0127530

# TREASURE CHEST OF FUN



## WONDERFUL CRYSTAL WRIST RADIO



RECEIVES BROADCASTS UP TO 50 MILES WITH ATTACHED ANTENNA
WEAR IT LIKE A WATCH
LISTEN IN LIKE A RADIO

Wow! A wrist radio like the one used by the famous detective character of the funny works. Yes, imagine receiving broadcasts up to about 50 miles, using the antenna attachment. Without attaching the antenna lead-in clip (which is included), to a substantial antenna such as the dial stop on a telephone, reception is limited to a few miles. Think what fun it will be to have your own personal wrist radio that actually permits you to listen to your own programs without disturbing others, and there are no batteries, no tubes—nothing to wear out. Makes detective and battle games seem more real, pretending to transmit messages, and getting help in the nick of time. Complete with private earphone.
No. 86 ............ 2.98



### WORMS
Drop these seemingly innocent pellets into a glass of water and magically a worm will appear. Can you imagine the look of horror on your victims face? It's harmless.
No. 612 ............ 15c



### TRICK BLACK SOAP
Ordinary looking piece of soap. Victim washes face and gets blacker and blacker. When he gets a look in the mirror, he'll be shocked. Harmless.
No. 575 ............ Only 25c

### JOY BUZZER
The most popular joke novelty in years! Wind up and wear it like a ring. When you shake hands, it almost raises the victim off his feet with a "shock ingsensation." Absolutely harmless.
No. 239 ............ Only 50c

### JOKE BOOK
Over 500 hilarious jokes, puns and gags! You'll have a collection of jokes that will keep your friends laughing for a long while. Clever jokes mean self-confidence and social success.
No. 221 ............ Only 45c

### KRAZY KRAX
Apply this to the television screen and it appears that the glass is cracked.
No. 3333 ............ 60c

### SURPRISE PACKAGE
Are you willing to take a chance? We won't tell you what you get, but because you're willing to gamble, we'll give you more than your money's worth.
No. 578 ............ 50c



### WHOOPS

Looks like somebody lost their lunch. It's nauseatingly real. Ugh! We wrap it very carefully, it's so disgustingly real. It may not be nice, but it sure gets reaction. Naturally, it's made of realistic plastic.
No. 702 ............ 75c

### ONION GUM
Yes — Looks like real chewing gum, but tastes like onions! It's too funny! 12 sticks to a pack.
No. 281 ............ 15c

### TRICK LOADED CIGAR

A cigar loaded with a trick spring. Cigar bursts when one third smoked and causes a panic.
No. 681 ............ 30c

## HOW TO HYPNOTIZE AND CONTROL OTHERS



Another great party entertainment. This secret Power Key of 25 lessons in hypnosis is designed especially to develop your hidden spark. In remarkable pages cover the subjects of mystic healing, telepathy, mind reading, thought transference, etc.
No. 7712 ............ Only 45c

### X-RAY SPECS

Scientific optical principle really works. Imagine — you put on the "X-Ray" Specs and hold your hand in front of you. You seem to be able to look right through the flesh and see the bones underneath. Look at your friend. Is that really his body you "see" under his clothes? Loads of laughs and fun at parties.
No. FL7 ............ $1.00

### MONEY CHANGER

Just like a professional money changer. Attaches to any belt. Holds pennies, nickels, dimes and quarters.
No. 70 ............ $1.00

### BOOMERANG

Here's something new in target throwing. In case you miss, it comes right back to you, and bingo! you're all set to "fire" again. More fun than a "barrel of monkeys."
No. 141 ............ 35c

### HAWK RING

Hawk style. Wide open beak. Red painted eyes. Superb color — magnificent . . . deadly . . . dangerous. Specify size.
No. 209 ............ 39c

### MIDGET ADDING MACHINE


Accurately and automatically adds, subtracts, and multiplies. A precision instrument that's completely reliable. Simple to operate. So compact, it can hardly be noticed in the hand. Slips easily into pocket or purse. Now, get all the right answers at once at your fingertips.
No. 91 ............ 1.98

We cannot ship orders under $1.00

HONOR HOUSE PRODUCTS CORP.
Lynbrook, N.Y.    Dept.KG-39
Rush me the items listed below. If I am not satisfied I may return any part of my purchase after 10 days free trial for full refund of the purchase price.  HOW

| ITEM # | NAME OF ITEM | MANY | TOTAL PRICE |
|--------|-------------|------|-------------|
| | | | |

☐ I enclose ............ in full payment. The Honor House Products Corp. will pay postage.
☐ Send C.O.D. I will pay postage on delivery plus a few cents postage.

NAME ............
ADDRESS ............

AMAZING SPIDER-MAN ANNUAL is published by NON-PAREIL PUBLISHING CORP. OFFICE OF PUBLICATION: 655 MADISON AVENUE, NEW YORK, N.Y. Published annually. Copyright 1964 by Non-Pareil Publishing Corp., 655 Madison Avenue, New York, N.Y.   No. 1, 1964 Issue. Price 25c per copy. No similarity between any of the names, characters, persons, and/or institutions is intended, and any such similarity which may exist is purely coincidental. Printed by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher.

TM & © 2006 MARVEL



TM & © 2006 MARVEL



2021MARVEL-0130382



**Albert Dorne** — probably the greatest money-maker in the history of commercial art. At the height of his career, he began a full-time search for people who like to draw.

## He's Looking for People Who Like to Draw

**T**ODAY HUNDREDS of men and women who never thought they could be artists are working happily at easels and drawing boards, making pictures and getting well paid for it. They all can thank Albert Dorne, a famous artist who devotes almost his full time to helping other people become artists.

#### Some of the People Dorne Has Helped

Herb Smith was a payroll clerk. Soon after he started studying with us, he landed an art job with a large printing firm. This was four years ago; today he's head artist for the same firm.

Don Golemba of Detroit is another. He stepped up from railroad worker to the styling department of a big automobile company—by showing his work with the School. Now he helps design new-car models.

Pat Browning wanted to escape from her dull typing job to something creative. Soon after studying with us, she was promoted to full-time artist with the same firm—at much more money.

With the right training, Wanda Pickulski gave up her typing job to become fashion artist for a local department store.

Eric Ericson worked in a garage while he studied art at night. Today he is a successful artist, earns seven times as much, and is building a new home for his family.

Long before Albert Dorne started looking for people who like to draw, they came to him for advice and help. Since he alone could help only a few of these people, he called together America's most successful artists —men like Norman Rockwell, Jon Whitcomb, Stevan Dohanos and Al Parker.

#### A Plan to Help Others

He said: "All over America, there are people who like to draw, who could be turned into good artists. Why can't we give these people the training they need—including all the trade secrets and know-how we've learned over the years? I'm suggesting a new kind

---

#### America's 12 Most Famous Artists

| | |
|---|---|
| Norman Rockwell | Fred Ludekens |
| Jon Whitcomb | Ben Stahl |
| Al Parker | Robert Fawcett |
| Stevan Dohanos | Austin Briggs |
| George Giusti | Harold Von Schmidt |
| Peter Helck | Albert Dorne |

---

of school—a home-study art school that would give talented people the best professional art training, no matter where they live."

The famous artists agreed. Taking time from their busy careers, they spent several years creating a remarkable series of art lessons covering every aspect of drawing and painting. They illustrated their lessons with over 5,000 "here's-how" illustrations. The lessons start from scratch and cover every skill a top artist needs. Finally, the famous artists developed a wonderful way to give each student personal correction and advice all through his training.

Albert Dorne is not surprised by the success of his students. "The art field is growing. We keep getting calls from all over the country, asking us for practical, well-trained students who can step into full-time or part-time art jobs."

#### Famous Artists Talent Test

To find others with art talent worth developing, the Famous Artists created a 12-page talent test. Thousands paid to take this test, but now the School offers it free and grades it free. Men and women who do well on the test— or can offer other evidence of art talent—may enroll in the School. But there's no obligation. Simply mail the coupon below.

**Famous Artists Schools Studio 7662, Westport, Conn.**

I would like to find out whether I have art talent worth developing. Please send me, without obligation, your Famous Artists Talent Test and descriptive brochure.

Mr.
Mrs. _____ Age____
Miss ← *Please circle one and print name*

Address_____

City_____ Zone_____

County_____ State_____

AMAZING SPIDER-MAN ANNUAL is published by NON-PAREIL PUBLISHING CORP. OFFICE OF PUBLICATION: 625 MADISON AVENUE, NEW YORK, N.Y. 10022. Published annually. Copyright 1965 by NON-PAREIL PUBLISHING CORP., 625 Madison Avenue, New York, N.Y. 10022. No. 2, 1965 issue. Price 25¢ per copy. No similarity between any of the names, characters, persons and/or institutions in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher. Some stories contained herein, have been reprinted with permission from the publisher.

2021MARVEL-0130383

SPIDER-MAN

'THE WONDROUS WORLD OF Dr. STRANGE!"

WRITTEN and EDITED BY THE TOAST of MARVEL: **STAN LEE**

PLOTTED and DRAWN BY THE BOAST of MARVEL: **STEVE DITKO**

LETTERED and BORDERED BY THE GHOST of MARVEL: **SAM ROSEN**

This COULD BE CALLED OUR "BE NICE TO STEVEY DITKO!" ISSUE! WE WANTED TO FEATURE A REALLY OFF-BEAT YARN FOR SPIDEY'S ANNUAL, AND STEVERINO DREAMED THIS ONE UP! (THE FACT THAT HE ALSO DRAWS DOC STRANGE MAY HAVE HAD SOMETHING TO DO WITH IT!) SO, READY OR NOT, HERE WE GO....!

2021MARVEL-0130384



2021MARVEL-0130385

"the UNCANNY THREAT of THE TERRIBLE TINKERER!"

HE LOOKS SO HARMLESS--AND YET THE *TINKERER* IS ONE OF THE GREATEST MENACES I'VE EVER FACED!

EVERYBODY LOVES A BARGAIN! BUT SOMETIMES IT CAN BE *DANGEROUS* TO ACCEPT A BARGAIN WHICH IS *TOO GOOD* TO BE TRUE! ESPECIALLY IF THE BARGAIN IS BEING OFFERED BY SOMEONE LIKE THE *TINKERER*, WHO-- BUT WAIT! LET'S SEE HOW IT ALL BEGAN--AND HOW IT TOOK *SPIDER-MAN* TO FINISH IT!

STORY: **STAN LEE**
ART: **STEVE DITKO**
LETTERING: **ART SIMEK**

➡ ORIGINALLY PRESENTED IN SPIDERMAN NO. 2 ⬅

2021MARVEL-0130386



2021MARVEL-0130387



2021MARVEL-0130085



**Albert Dorne** – probably the greatest money-maker in the history of commercial art. At the height of his career, he began a full-time search for people who like to draw.

# He's Looking for People Who Like to Draw

**T**ODAY HUNDREDS of men and women who never thought they could be artists are working happily at easels and drawing boards, making pictures, and getting well paid for it. They all can thank Albert Dorne, a famous artist who devotes almost his full time to helping other people become artists.

**Some of the people Dorne has helped**

Herb Smith was a payroll clerk. Soon after he started studying with us, he landed an art job with a large printing firm. This was four years ago; today he's head artist for the same firm.

John Busketta is another. He was a pipefitter's helper in a big gas company. Today he still works for the same company, but as an artist in the advertising department, with a big increase in pay.

Harriet Kuzniewski was bored with an "ordinary" job before she heard of Albert Dorne. Today she does high-style fashion illustration in New York.

With the right training, Wanda Pickulski gave up her typing job to become fashion artist for a local department store.

John Whitaker of Memphis was an airline clerk two years ago. Recently he won a national cartooning contest and was signed to do a newspaper comic strip.

Long before Albert Dorne started looking for people who like to draw, they came to him for advice and help. Since he alone could only help a few of these people he called together America's most successful artists —men like Norman Rockwell, Jon Whitcomb, Stevan Dohanos and Al Parker.

**A Plan to Help Others**

He said: "All over America, there are people who like to draw, who could be turned into good artists. Why can't we give these people the training they need—including all the trade secrets and know-how we've learned over the years? I'm suggesting a new kind of school—a home-study art school

that would give talented people the best professional art training, no matter where they live."

The famous artists agreed. Taking time from their busy careers, they spent several years creating a remarkable series of art lessons covering every aspect of drawing and painting. They illustrated their lessons with over 5,000 "here's-how" illustrations. The lessons start from scratch and cover every skill a top artist needs. Finally, the famous artists developed a wonderful way to give each student personal correction and advice all through his training.

Albert Dorne is not surprised by the success of his students. "The art field is growing. We keep getting calls from all over the country, asking us for practical, well-trained students who can step into full-time or part-time art jobs."

**Famous Artists Talent Test**

To find others with art talent worth developing, the famous artists created a 12-page talent test. Thousands paid $1 for this test, but now the School offers it free and will grade it free. If you show talent on the test, you will be eligible for training by the School. No obligation. Simply mail coupon. It might be your first step to an exciting, well-paid career in art.

## America's 12 Most Famous Artists

| | |
|---|---|
| Norman Rockwell | Fred Ludekens |
| Jon Whitcomb | Ben Stahl |
| Al Parker | Robert Fawcett |
| Stevan Dohanos | Austin Briggs |
| George Giusti | Harold Von Schmidt |
| Peter Helck | Albert Dorne |

---

**Famous Artists Schools**
**Studio 7009, Westport, Conn.**

I would like to find out whether I have art talent worth developing. Please send me, without obligation, your Famous Artists Talent Test.

Mr.
Mrs.
Miss _____ Age____
        (please print)
Address_____

City_____ Zone____

County_____ State____

Accredited by the Accrediting Commission of the National Home Study Council, Washington, D.C.

---

STRANGE TALES ANNUAL is published by VISTA PUBLICATIONS, INC. OFFICE OF PUBLICATION: 655 MADISON AVENUE, NEW YORK, N. Y. Published annually. Copyright 1963 by Vista Publications, Inc., 655 Madison Avenue, New York, N.Y. Vol. 1, No. 2, 1963 issue. Price 25¢ per issue. No similarity between any of the names, characters, persons, and/or institutions appearing in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn.







2021MARVEL-0128914



**Albert Dorne** — probably the greatest money-maker in the history of commercial art. At the height of his career, he began a full-time search for people who like to draw.

## He's Looking for People Who Like to Draw

**T**ODAY HUNDREDS of men and women who never thought they could be artists are working happily at easels and drawing boards, making pictures, and getting well paid for it. They all can thank Albert Dorne, a famous artist who devotes almost his full time to helping other people become artists.

**Some of the people Dorne has helped**

Herb Smith was a payroll clerk. Soon after he started studying with us, he landed an art job with a large printing firm. This was four years ago; today he's head artist for the same firm.

John Busketta is another. He was a pipefitter's helper in a big gas company. Today he still works for the same company, but as an artist in the advertising department, with a big increase in pay.

Harriet Kuzniewski was bored with an "ordinary" job before she heard of Albert Dorne. Today she does high-style fashion illustration in New York.

With the right training, Wanda Pickulski gave up her typing job to become fashion artist for a local department store.

John Whitaker of Memphis was an airline clerk two years ago. Recently he won a national cartooning contest and was signed to do a newspaper comic strip.

Long before Albert Dorne started looking for people who like to draw, they came to him for advice and help. Since he alone could only help a few of these people he called together America's most successful artists — men like Norman Rockwell, Jon Whitcomb, Stevan Dohanos and Al Parker.

**A Plan to Help Others**

He said: "All over America, there are people who like to draw, who could be turned into good artists. Why can't we give these people the training they need — including all the trade secrets and know-how we've learned over the years? I'm suggesting a new kind of school — a home-study art school

that would give talented people the best professional art training, no matter where they live."

The famous artists agreed. Taking time from their busy careers, they spent several years creating a remarkable series of art lessons covering every aspect of drawing and painting. They illustrated their lessons with over 5,000 "here's-how" illustrations. The lessons start from scratch and cover every skill a top artist needs. Finally, the famous artists developed a wonderful way to give each student personal correction and advice all through his training.

Albert Dorne is not surprised by the success of his students. "The art field is growing. We keep getting calls from all over the country, asking us for practical, well-trained students who can step into full-time or part-time art jobs."

**Famous Artists Talent Test**

To find others with art talent worth developing, the famous artists created a 12-page talent test. Thousands paid $1 for this test, but now the School offers it free and will grade it free. If you show talent on the test, you will be eligible for training by the School. No obligation. Simply mail coupon. It might be your first step to an exciting, well-paid career in art.

### America's 12 Most Famous Artists

Norman Rockwell · Fred Ludekens
Jon Whitcomb · Ben Stahl
Al Parker · Robert Fawcett
Stevan Dohanos · Austin Briggs
George Giusti · Harold Von Schmidt
Peter Helck · Albert Dorne

**Famous Artists Schools Studio** 7009 , Westport, Conn.

I would like to find out whether I have art talent worth developing. Please send me, without obligation, your Famous Artists Talent Test.

Mr.
Mrs.
Miss _____ Age_____
          (please print)
Address_____
City_____ Zone____
County_____ State____

Accredited by the Accrediting Commission of the National Home Study Council, Washington, D.C.

THE FANTASTIC FOUR ANNUAL is published by CANAM PUBLISHER SALES CORP. OFFICE OF PUBLICATION: 655 MADISON AVENUE, NEW YORK, N.Y. Published annually. Copyright 1963 by Conam Publisher Sales Corp., 655 Madison Avenue, New York, N.Y. Vol. 1, No. 1, 1963 issue. Price 25¢ per copy. No similarity between any of the names, characters, persons, and/or institutions appearing in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn.

TM & © 2005 MARVEL



TM & © 2005 MARVEL









2021MARVEL-0130236

