# EXHIBIT 31F



2021MARVEL-0130146



# *Earn* BIG MONEY

## *Learn* ELECTRIC APPLIANCE REPAIRING *At Home In Your Spare Time!*

### WE FURNISH YOU THIS AMAZING ELECTRONIC KIT

### WE GIVE YOU ALSO THE CERAMIC HEATER KIT

### SEND FOR OUR NEW 32 PAGE CATALOGUE!

UNLIMITED PROSPECTS *for trained* ELECTRICAL APPLIANCE TECHNICIANS

"All CTS graduates are entitled to CTS lifetime advisory service."

R. S. Frazer, President

### START YOUR OWN BUSINESS

There are millions of electrical equipment units in daily use in factories, homes, office buildings and on farms. Skilled electrical technicians are needed to keep this equipment in good running condition. Learn at home in your spare time.

### $5.00-$6.00 PER HOUR

is often charged for making ordinary repairs. We show you how to repair refrigerators, vacuum cleaners, washing machines, motors, factory equipment, electrical farm equipment, do house wiring, etc.

### BEGIN IN YOUR OWN KITCHEN, BASEMENT OR GARAGE.

You don't need elaborate fixtures or expensive equipment to be a successful repairman. Work as many hours as you wish. The Electrical Appliance Technician is his own boss!

### IF YOU ARE MECHANICALLY INCLINED,

can hold and use tools, we will give you the training and time saving kits—a multi-purpose CHRISTY ELECTRONIC KIT whose dials show you exactly where the trouble lies with electrical equipment that does not work properly—a CERAMIC HEATER KIT that enables you to wire your own heating elements and pocket all of the profits for yourself—LESSON MANUALS written in simple, easy-to-understand language profusely illustrated showing step-by-step repair shortcuts—all of which give you the Know-how for making more money and how to get financial security.

### YOU ALSO LEARN

how to build power tools from spare parts, how to solicit business and keep business coming in, what to charge your customers, etc. Thousands of CHRISTY graduates in all parts of the world prove the value of CTS Training. WRITE FOR SPECIAL PAY LATER FORM.

CHRISTY TRADES SCHOOL, 3214-16 W. Lawrence, Dept. A-471, Chicago 25

## MAIL THIS COUPON TODAY!

CHRISTY TRADES SCHOOL, Dept. A-471,
3214-16 W. Lawrence, Chicago 25, Ill.

Gentlemen:
Please rush me your FREE ILLUSTRATED BOOK about Electrical Appliance Servicing, facts on your Electronic Kit and Special form for paying later from earnings while learning.

Name _____ Age _____

Address _____

City _____ Zone _____ State _____

STRANGE TALES is published by VISTA PUBLICATIONS INC. OFFICE OF PUBLICATION: 655 MADISON AVENUE, NEW YORK, N.Y. SECOND-CLASS POSTAGE PAID AT NEW YORK, N.Y. and at MERIDEN, CONN. Published monthly. Copyright 1964 by VISTA PUBLICATIONS, INC. 655 Madison Avenue, New York, N.Y. Vol. 1, No. 123, AUGUST 1964 issue. Price 12¢ per copy. Subscription rate $1.75 for 12 issues including postage. Foreign subscription $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions appearing in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher.

2021MARVEL-0130147



2021MARVEL-0130149



2021MARVEL-0130142



2021MARVEL-0130143





2021MARVEL-0130138





# Dr. STRANGE — MASTER OF THE MYSTIC ARTS!

## "MORDO MUST NOT CATCH ME!"

YOU ARE ABOUT TO WITNESS ONE OF THE MOST INCREDIBLE BATTLES EVER FOUGHT! THE WORLD'S TWO GREATEST PRACTITIONERS OF THE NEARLY LOST ART OF BLACK MAGIC MEET IN MORTAL COMBAT...AS YOU BEHOLD MAGIC RITES NEVER BEFORE SEEN BY THE EYES OF A MORTAL!

HOW PROUD WE ARE THAT **STAN LEE** WROTE THIS SENSATIONAL THRILLER!

HOW FORTUNATE WE ARE THAT **STEVE DITKO** DREW THESE MAGICAL MASTERPIECES!

HOW TRIUMPHANT WE ARE THAT **GEO. BELL** INKED THESE PRICELESS PANELS!

HOW ECSTATIC WE ARE THAT **ART SIMEK** LETTERED THESE DEATHLESS PHRASES!

X-773

2021MARVEL-0130141



2021MARVEL-0130134



STRANGE TALES is published by VISTA PUBLICATIONS INC. OFFICE OF PUBLICATION: 655 MADISON AVENUE, NEW YORK, N.Y. SECOND-CLASS POSTAGE PAID AT NEW YORK, N.Y. and at MERIDEN, CONN. Published monthly. Copyright 1964 by VISTA PUBLICATIONS, INC. 655 Madison Avenue, New York, N.Y. Vol. 1, No. 126, Nov. 1964 issue. Price 12c per copy. Subscription rate $1.75 for 12 issues including postage. Foreign subscription $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions appearing in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher.



2021MARVEL-0130137



2021MARVEL-0130130





2021MARVEL-0130133



2021MARVEL-0130126



STRANGE TALES is published by VISTA PUBLICATIONS INC. OFFICE of PUBLICATION: 625 MADISON AVENUE, NEW YORK, N.Y. 10022. SECOND-CLASS MAIL PRIVILEGES AUTHORIZED AT NEW YORK, N.Y. ADDITIONAL ENTRY at MERIDEN, CONN. Published monthly. Copyright 1964 by VISTA PUBLICATIONS, INC. 625 Madison Avenue, New York, N.Y. 10022. Vol. 1, No. 128, JANUARY 1965 Issue. Price 12¢ per copy. Subscription rate $1.75 for 12 issues including postage. Foreign subscription $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions appearing in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher.

Case 1:21-cv-07957-LAK    Document 71-44    Filed 05/19/23    Page 20 of 31



**Dr. STRANGE** MASTER OF THE MYSTIC ARTS!

THE DILEMMA OF... "THE DEMON'S DISCIPLE!"

HAVING SUCCESSFULLY DEFIED THE POWER OF THE DREAD DORMAMMU *(STRANGE TALES #127)* DR. STRANGE IS GIVEN A MORE POWERFUL AMULET, AND NEW POWERS OF LEVITATION BY THE GRATEFUL ANCIENT ONE... AND THEN, HE BEGINS HIS LONG, METAPHYSICAL JOURNEY HOME--

WRITTEN BY **STAN LEE**-- UNCHALLENGED MASTER OF THE DRAMATIC WORD!

DRAWN BY **STEVE DITKO**-- UNQUESTIONED INNOVATOR OF THE OCCULT ILLUSTRATION!

LETTERED BY **ARTIE SIMEK** UNABASHED PURVEYOR OF THE CAPTIVATING CAPTION!

2021MARVEL-0130129



2021MARVEL-0130122



2021MARVEL-0130123

# Dr. STRANGE MASTER OF THE MYSTIC ARTS!

## BEWARE... TIBORO!

### THE TYRANT OF THE SIXTH DIMENSION!

DO NOT, WE BEG YOU, PERUSE THIS SPELLBINDING SAGA TOO HASTILY...THERE IS FAR MORE HERE THAN MEETS THE HURRYING EYE! WITHIN THIS GRIM NARRATIVE LURKS A DREAD SECRET... AND AN INSIDIOUS WARNING THAT THREATENS YOU EVEN AS YOU READ! FOR, WHEN YOU ARE DONE, YOU WILL AGREE THAT THE ABOVE TITLE IS THE PRIZE UNDERSTATEMENT OF ALL TIME!

INTRODUCING, THOUGH WE HATE TO DO IT... TIBORO!

EDITED BY: **STAN LEE,** AND HIS MAGIC TYPEWRITER.

SCRIPT BY: **DON RICO,** AND HIS MYSTIC FOUNTAIN PEN.

ILLUSTRATED BY: **STEVE DITKO,** AND HIS MIRACU-LOUS LEAD PENCIL.

LETTERED BY: **SAM ROSEN,** AND HIS MELANCHOLY PENPOINT.

2021MARVEL-0130125



2021MARVEL-0130118



**Friend, dare YOU risk A DIME — 10¢ ?**

FOR A NEW MILLION DOLLAR HE-MAN BODY
STRENGTH-POWERED with 520 MIGHTY MUSCLES!
To Become A STAR in ANY SPORT! A SUCCESS in EVERYTHING!

Rush to me your LAST CHANCE coupon below, —
I'LL RUSH to you FREE My Professional Secrets

**HOW TO GAIN UP TO 50 LBS. OF MIGHTY MUSCLES!**

HOW TO LOSE up to 50 lbs. of UGLY DANGEROUS FAT

**FREE** ALL FIVE $5 WORLD-FAMOUS
PICTURE-PACKED ABC COURSES

1. How to Develop 16 to 18½ INCH BIG ARMS
Powerful to land a knock-out blow fast.
2. How to Build a 45 to 52 INCH HEROIC CHEST
Housing TIRELESS LUNGS for ENDURANCE in
Work, Sports, for ATTRACTING GIRLS!
3. How to Mold A BROAD MUSCLE-PACKED BACK
and WONDER-WIDE SUPER-MAN SHOULDERS
tapering to a SLIM PUNCH-PROOF WAIST.
4. How to Develop LEGS with MARATHON ENDURANCE.
5. How to Mold BIG MUSCULAR FOREARMS, A STEEL GRIP.

How to Become a FEARLESS SELF-DEFENSE FIGHTER.
OVERPOWERING ANY BULLY TWICE YOUR SIZE!

This is
once
skinny
ABC pupil
BILL BUTLER
High School
Teacher

"YOUR PHYSICAL DIRECTOR BEN REB-
HUHN at 50 years of age. He is a brilliant
University Authority on creating a healthy
mind in a healthy body."
says Dr. Winfield Scott Pugh,
Commander, U.S. Navy Medical Corps.

**YOURS FREE** in this AMAZING NEW BOOK in colors. Jam-full with 120
PHOTOS of STRONG MEN and CHAMPIONS once WEAKER
than you, as you will see in their pitiful BEFORE Photos and Stories. There are scores of How-
to-do-it Pictures showing you how YOU can quickly and easily become AN OLYMPIC CHAMPION
in STRENGTH, SPEED and
ENDURANCE . . . and MR.
AMERICA in Build and
Physique.

AFTER
YOU ARE
REBUILT
This will be the NEW
**YOU**
by the
AMERICAN
BODYBUILDING
CLUB
NATURAL
POWER
PROGRESS-
IVE
METHODS
from your
HEAD to
your
HEELS
every inch
a REAL
HE-MAN

In Joyous Celebration of the 55th ANNIVERSARY of WORLD-WIDE
BODYBUILDING SUCCESS CHANGING MEDIOCRE HALF-MEN into MAGNIFICENT
HE-MEN—IF YOU ACT FAST, YOU get my GOLD MINE of GIFTS FREE

"SKINNY" or FAT, 15, 20, 30, 40, 50
or more years of age I'LL BUILD
**YOU**
into A NEW ATHLETIC
MIGHTY-MUSCLED
STREAMLINED
**HE MAN**

Ben Rebhuhn

See the STARTLING BEFORE and AFTER PHOTOS
**AMERICAN BODY BUILDING CLUB, ABC,** GREAT NECK, N.Y.

Yes! in just THRILLING MIN-
UTES a day, in the SECRECY of
YOUR OWN ROOM this book's
RAPID-FIRE, EASY as ABC FA-
MOUS PICTURE METHODS will
show you How to Mold 16 INCH
ARMS OF MIGHT, a big, deep 45
INCH CHEST housing TIRELESS
LUNGS, WIDE MANLY SHOUL-
DERS — a BROAD BRAWNY
BACK, tapering, to a SLENDER
WAIST with punch-proof STOM-
ACH MUSCLES, LEGS of RUN-
NING POWER. You, too, like
many ABC Pupils can WIN
FAME and FORTUNE on TV or in
the Movies, as a Physical Direc-
tor or Professional Athlete.

THIS BOOK will show you HOW
TO WIN a 15" tall Trophy with
YOUR NAME, etc. engraved on
it; a Gold Medal and from $100
to $1,000.

YOU can WIN
$100 and A BIG
TROPHY with
YOUR NAME and
SUCCESS engraved
on it as Bill Butler did
and many other pupils.

**MAIL COUPON before it is too late!**

AMERICAN BODY BUILDING CLUB, Dept. MA—52 GREAT NECK, NEW YORK
Mail me FREE all 5 WORLD FAMOUS STRENGTH TEST COURSES
including PHOTO BOOK of FAMOUS STRONG MEN, once weaklings
now famous Strong Men, and How to Become one of Them.
☐ I enclose 10c for mailing and handling.
I am under no other obligation.
I'm checking everything I need to give me the kind of body I want.
☐ I want to gain _____ lbs. (fill in). ☐ Triple my strength.
☐ I want to streamline my body, get rid of flabby fat.
☐ I want to add inches of muscle to my ☐ ARMS ☐ CHEST
☐ SHOULDERS ☐ POWERFUL LEGS ☐ SLIM WAIST
☐ I want to become a winning athlete. ☐ I want new pep.
NAME _____ AGE _____
DO NOT MAIL COUPON IF UNDER 14 YEARS OF AGE.
ADDRESS _____
CITY _____ ZONE ____ STATE ____

Let me know
how to get
**FREE**
$100 worth
of Sports,
Self-defense,
Strong-man
Stunts,
Courses,
Apparatus

PLEASE PRINT OR
WRITE CLEARLY

STRANGE TALES is published by VISTA PUBLICATIONS INC. OFFICE OF PUBLICATION: 625 MADISON AVENUE, NEW YORK, N. Y.
10022. SECOND-CLASS POSTAGE PAID AT NEW YORK, N.Y. and at MERIDEN, CONN. Published monthly. Copyright 1964 by VISTA
PUBLICATIONS, INC., 625 Madison Avenue, New York, N.Y. 10022. Vol 1, No. 130, MARCH 1965 issue. Price 12¢ per copy. Subscription
rate $1.75 for 12 issues including postage. Foreign subscription $3.25 in American funds. No similarity between any of the names,
characters, persons, and/or institutions appearing in this magazine with those of any living or dead person or institution is intended,
and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury
20, Conn. Martin Goodman, Publisher.

2021MARVEL-0130119



2021MARVEL-0130121



2021MARVEL-0130114



STRANGE TALES is published by VISTA PUBLICATIONS INC. OFFICE OF PUBLICATION: 625 MADISON AVENUE, NEW YORK, N. Y. 10022. SECOND-CLASS POSTAGE PAID AT NEW YORK, N.Y. and at MERIDEN, CONN. PUBLISHED monthly. Copyright 1965 by VISTA PUBLICATIONS, INC., 625 Madison Avenue, New York, N.Y. 10022. Vol. 1, No. 131, APRIL 1965 issue. Price 12¢ per copy. Subscription rate $1.75 for 12 issues including postage. Foreign subscription $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions appearing in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher.



2021MARVEL-0130117



# EXCLUSIVE FUN PRODUCTS BY MAIL



**Krazy Krax**

**KRAZY KRAX**

Just place this over the T.V. screen or the front window. Watch the fun begin. It looks like the glass is broken. No. 1004 ............ .60



**JUMPING CANDY BOX**

Looks like a box of candy. When your friend goes to help himself he'll get the surprise of his life. No. 2015 .... Only .75

**WHOOPS**



Looks like someone lost their lunch. Place it on the floor and wait for your first unsuspecting victim to walk in—ugh. Better catch him before he faints. No. 9016 ........... Only .75

**TRICK BASEBALL**



It bounces cockeyed, it curves, it dips, it's impossible to catch. It's sure to set all the kids on the block chasing after it. There's a barrel of fun in every bounce of this amazing baseball. No. 4020         50¢

**PRANKSTER WHISTLE**



Greatest gag in years. Just place inside any tail-pipe and watch the fun. As soon as he starts the car it will sound as if the whole motor fell out. It's a panic, but completely harmless. No. 7021         75¢

**Loud Nose Blower**



Blow your nose and it will sound like the roof caved in. Fits right in your handkerchief out of sight. No. 6018 only 20¢

**PEPPER GUM**

Hi Pal, have a piece of gum. Once he starts chewing you better have a glass of water ready. Completely harmless but a million laughs. No. 5008 . . .25

**JIU-JITSU**



This is one of the most popular books on the art of self defense. Now you needn't back away from anyone. Many illustrations show you how to defend yourself from bullies. We also include "FREE" a book on strong man stunts. No. 4003 .......Only $1.00

**JOY BUZZER**



Shake hands and watch your friend jump 6 feet high. Completely harmless. No. 7005 ........ .50

**SQUIRT SEAT**



Its all wet. Place it under the toilet seat. Can't you picture the expression on your victims face when he sits down? No. 6012 ............... .75

**WHOOPEE CUSHION**



Place this under any cushion. Gives out a loud Bronx Cheer. Very embarrising but loads of laughs. No. 8010         Only .50

**SURPRISE PACKAGE**

If you are willing to take a chance, we guarantee you more than your moneys worth, filled with surprises. No. 8002 . . .50

**SCREWY FEET**



These magnetic feet will stick to anything. Paste them to the walls and ceiling. 12 in a set. Looks like the invisible man just walked through the wall. No. 2007 . .$1.00

**SILVER SKULL RING**



Heavy Mexican silver ring with the raised face of skull and inlayed red ruby eyes. Feels good and looks real impressive. Adds heft to your hands. No. 3019         $1.00

**X-RAY-SPEX**



A wonderful illusion to fool your buddies. Put them on, now is that really his skull you see inside his head? Prove to him you can see through anything. No. 7014 ........... $1.00

**BIKE SPEEDOMETER**



Now you can tell how fast you are going. Registers speeds up to 50 miles per hour. New built-in compass also shows in what direction you are travelling. Fits any bicycle. Attaches in seconds. No. 3017         only 75¢

**SILENT DOG WHISTLE**



This whistle can not be heard by any human, but your pet will hear it blocks away. Everyone will be amazed when he comes running as soon as he hears his own private whistle. No. 1009 Only $1.00

**FLY IN ICE**



A plastic ice cube that looks like the real thing, only with a fly inside. Just place this in someones drink when he isn't looking—ugh. No. 3011         Only .45

ELLBARR DIST. DEPT. G.K. 12, NIAGARA FALLS, N.Y.

RUSH ME THE ITEMS LISTED BELOW. If I am not 100% delighted, I may return any part of my purchase after the 10 day free trial for full refund.

| ITEM No. | NAME OF ITEM | HOW MANY | TOTAL PRICE |
|---|---|---|---|
| | | | |

☐ I enclose ...... plus 15c postage and shipping in cash, cheque or money order.

NAME ..........................................

ADDRESS ......................................

STRANGE TALES is published by VISTA PUBLICATIONS INC. OFFICE OF PUBLICATION: 625 MADISON AVENUE, NEW YORK, N. Y. 10022. SECOND-CLASS POSTAGE PAID at NEW YORK, N.Y. and at MERIDEN, CONN. Published monthly. Copyright 1965 by VISTA PUBLICATIONS, INC., 625 Madison Avenue, New York, N.Y. 10022. Vol. 1, No. 132, MAY 1965 issue. Price 12¢ per copy. Subscription rate $1.75 for 12 issues including postage. Foreign subscription $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions appearing in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by the Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher.