# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARVEL CHARACTERS, INC., <br><br>Plaintiff and Counterclaim-Defendant, <br><br>v. <br><br>LAWRENCE D. LIEBER, <br><br>Defendant and Counterclaimant. | Case No.: 1:21-cv-7955-LAK <br>and consolidated cases <br>21-cv-7957-LAK and 21-cv-7959-LAK <br><br>Hon. Lewis A. Kaplan |
| MARVEL CHARACTERS, INC., <br><br>Plaintiff and Counterclaim-Defendant, <br><br>v. <br><br>KEITH A. DETTWILER, in his capacity as Executor of the Estate of Donald L. Heck, <br><br>Defendant and Counterclaimant. | **CERTIFICATE OF SERVICE** |
| MARVEL CHARACTERS, INC., <br><br>Plaintiff and Counterclaim-Defendant, <br><br>v. <br><br>PATRICK S. DITKO, in his capacity as Administrator of the Estate of Stephen J. Ditko, <br><br>Defendant and Counterclaimant. | |

## CERTIFICATE OF SERVICE

I am over the age of eighteen years and not a party to the within action. I am employed in the county where the service described below occurred. My business address is O'Melveny & Myers LLP, 1999 Avenue of the Stars, 8th Floor, Los Angeles, California 90067-6035. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, correspondence collected from my firm would be processed on the same day, with postage thereon fully prepaid and placed for deposit that day with the United States Postal Service. On May 19, 2023, I caused to be served a CD containing the following:

**EXHIBIT 71 TO THE DECLARATION OF MOLLY M. LENS IN SUPPORT OF MARVEL CHARACTERS, INC.'S MOTION FOR SUMMARY JUDGMENT**

by having a true and correct copy thereof placed in a sealed envelope, with postage fully prepaid, and having the envelope placed for collection and mailing today with the United States Postal Service in accordance with the firm's ordinary business practices, addressed as follows:

> Marc Toberoff
> TOBEROFF & ASSOCIATES, P.C.
> 23823 Malibu Road, Suite 50-363
> Malibu, CA 90265
> Telephone: (310) 246-3333

A courtesy copy will be transmitted via electronic file-share to Mr. Toberoff this same day.

I declare under penalty of perjury that the above is true and correct. Executed on May 19, 2023, at Los Angeles, California.

_____
Molly M. Lens