UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARVEL CHARACTERS, INC.,<br><br>Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>LAWRENCE D. LIEBER,<br><br>Defendant and Counterclaimant. | Case No.: 1:21-cv-7955-LAK<br>and consolidated cases<br>21-cv-7957-LAK and 21-cv-7959-LAK<br><br>Hon. Lewis A. Kaplan<br><br>**NOTICE OF MOTION TO EXCLUDE THE EXPERT REPORTS AND TESTIMONY OF MARK EVANIER**<br><br>Oral Argument Requested |
| MARVEL CHARACTERS, INC.,<br><br>Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>KEITH A. DETTWILER, in his capacity as Executor of the Estate of Donald L. Heck,<br><br>Defendant and Counterclaimant. | |
| MARVEL CHARACTERS, INC.,<br><br>Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>PATRICK S. DITKO, in his capacity as Administrator of the Estate of Stephen J. Ditko,<br><br>Defendant and Counterclaimant. | |

**PLEASE TAKE NOTICE** that upon the attached Memorandum of Law in Support of Marvel Characters, Inc.'s Motion to Exclude the Expert Reports and Testimony of Mark Evanier, and accompanying declaration of Molly M. Lens, dated May 19, 2023, and the exhibits thereto, Plaintiff and Counterclaim-Defendant Marvel Characters, Inc. hereby moves the Court, before the Honorable Lewis A. Kaplan, United States District Judge, United States District Court for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY, for an Order excluding the expert reports and testimony of Mark Evanier and for such other and further relief as this Court may deem just and proper.

Dated: May 19, 2023

**O'MELVENY & MYERS LLP**

By:   */s/ Daniel M. Petrocelli*
          Daniel M. Petrocelli

Daniel M. Petrocelli*
dpetrocelli@omm.com
Molly M. Lens
mlens@omm.com
Matthew Kaiser*
mkaiser@omm.com
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

Allen Burton
aburton@omm.com
Danielle Feuer
dfeuer@omm.com
Times Square Tower
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

* Admitted *pro hac vice*

*Attorneys for Marvel Characters, Inc.*