# EXHIBIT 2

CRB:JV

October 4, 1967

Mr. Michael E. Schultz
Ehrenkranz, Ehrenkranz & Schultz
40 Wall Street
New York, New York

Dear Mickey:

The list of Martin Goodman's Corporations which you loaned me is enclosed.

**Redacted - Privileged**

Sincerely yours,

KENYON & KENYON

Charles R. Brainard

Encs.
cc: Mr. Charles Goodman

## Martin Goodman's Corporations

| Active Corporations | Ownership | Fiscal Year, Net Worth | Net Profit for Fiscal Year |
|---|---|---|---|
| Animated Timely Features, Inc. (C) *# [formerly Mohawk; then Miss America] | MG | 9/30/66 $104,300 | $ 22,000 |
| Atlas Magazines, Inc. (S & C) # | | 2/28/66 $740,000 | 216,500 |
| Bard Publishing Corp. (C) *# | MG & JG | 10/31/66 $132,000 | 26,800 |
| Canam Publishers Sales Corp. (C) * | MG & JG | 1/31/66 $189,000 | 84,500 |
| Interstate Publishing Corp. (C) *# | MG & JG | 8/31/66 $54,500 | 600 |
| Leading Magazine Corp. (C) *# [formerly Leading Comics Corp.] | MG | 11/30/66 $139,000 | 11,750 |
| Male Publishing Corp. (S & C) *# | MG | 4/30/66 $500,000 | 125,100 |
| Newsstand Publications, Inc. (S) * | MG & JG | 2/28/66 $180,000 | 112,500 |
| Non-Pareil Publishing Corp. (S & C) # | MG | 3/31/66 $120,000 | 82,750 |
| Official Magazine Corp. (S & C) * | MG | 1/31/66 $394,000 | 50,500 |
| Olympia Publications Inc. (C) # | MG | 10/31/66 $31,400 | 17,000 |
| Vista Publications, Inc. (S & C) * [formerly Select] | MG | 12/31/66 $153,500 | 61,000 |
| Zenith Books, Inc. (S & C) | MG | 4/30/66 $26,300 | 1,350 |
| Zenith Publishing Corp. (S) *# | MG | 9/30/66 $246,000 | 75,150 |
| Tip Top Publications, Inc. (Puzzles) | AG | 4/30/66 $3,800 | 7,300 |

### Servicing Corporations & Partnerships

| | | | |
|---|---|---|---|
| Empire State Consolid. Advertising Corp. (Advertising) | MG & JG | 7/31/66 $132,150 | 24,000 |
| Americas Magman Sales Corp. # | MG | 5/31/66 $25,150 | 3,700 |
| Magman Export Corp. (Reprint rights in foreign countries) # | MG | 5/31/66 $49,100 | 6,200 |

2021MARVEL-0069702

| Servicing Corporations & Partnerships (contd.) | Ownership | Fiscal Year, Net Worth | Net Profit for Fiscal Year |
|---|---|---|---|
| Magazine Management Co. (Servicing Partnership) | MG & JG | 9/30/66 $84,780 | $138,252 |
| The Goodman Foundation, Inc. | | | |
| **Inactive Corporations** | | | |
| Atlas News Co., Inc. *# | MG | 9/30/66 $57,800 | 2,800 (d) |
| Chipiden Publishing Corp. *# | MG & JG | 12/31/66 $49,000 | 2,200 (d) |
| Cornell Publishing Corp. *# | MG | 10/31/66 $39,500 | 3,600 |
| Emgee Publications, Inc. *# (formerly Comic Combine) | MG | 1/31/66 $17,600 | 1,100 (d) |
| Gem Publications, Inc. *# | MG & JG | 10/31/66 $59,500 | 2,000 (d) |
| Hercules Publishing Corp. *# | MG & JG | 9/30/66 $45,800 | 1,250 (d) |
| Jaygee Publications, Inc. *# formerly U.S.A. Comic Magazine | MG | 12/31/66 $100,000 | 4,100 (d) |
| Manvis Publications, Inc. # | MG & JG | 7/31/66 $45,500 | 1,000 |
| Margood Publishing Corp. *# | MG & JG | 6/30/66 $116,000 | 6,050 |
| Marvel Comics, Inc. *# | MG & JG | 1/31/66 $100,000 | 1,600 (d) |
| Medalion Publishing Corp. *# | MG & JG | 8/31/66 $22,750 | 1,800 (d) |
| Mutual Magazine Corp. *# | MG | 10/31/66 $96,800 | 1,200 (d) |
| Prime Publications, Inc. # | MG | 11/30/66 $17,500 | (22) |
| Red Circle Magazines, Inc. *# | MG | 12/31/66 $50,500 | 3,250 (d) |
| Sphere Publications, Inc. *# | MG & JG | 9/30/66 $89,200 | 4,400 (d) |
| Timely Comics, Inc. *# (Daily) | MG & JG | 12/31/66 $197,500 | 7,000 (d) |
| 20th Century Comics Corp. # | MG & JG | 7/31/66 $68,500 | 875 |
| Walden Publishing Co., Inc. # formerly Lion Books | MG | 10/31/66 $68,800 | (125) |
| Warwick Publications, Inc. *# formerly Animirth Comics | MG | 12/31/66 $62,000 | 2,100 (d) |

| Inactive Corporations (contd.) | Ownership | Fiscal Year, Net Worth | Net Profit for Fiscal Year |
|---|---|---|---|
| Western Fiction Publishing Co., Inc. *# | MG & JG | 10/31/66<br>$110,000 | $ 4,200 (d) |

---

\*   Stockholders of Atlas Magazines, Inc.

\#   Stockholders and/or lenders to Woodmere Construction Company. Martin Goodman is also a stockholder and lender to Woodmere Construction Company.

(d)  This symbol is used where substantially all of the income of the corporation is derived from dividends received from Atlas Magazines, Inc.

2021MARVEL-0069704