# EXHIBIT 4

| | | | VICE | | | | Closing |
|---|---|---|---|---|---|---|---|
| | | | Pres | Sec | | | date |
| BANK | Martin Goodman | | | | | | |
| | Goodman Foundation | | | | | | |
| | M. M. Bond a/c | | | | | | |
| A N | ~~Animirth Comics, Inc.~~ WARWICK ×20 | NG | | | MG | | DEC MAY |
| M.R | Americas Magman Sales Corp. | MG | JH | DS | MG | | |
| | Atlas News Co., Inc. | MG | | | MG | | |
| A MFR | Baird Publishing Corp. × | MG | JH | JG | MG | JG | OCT |
| A MFR | Broadcast Feature Publications, Inc. OLYMPIA | MG | JH | DS | MG | | OCT |
| A MFR | **Canam Publishers Sales Corp.** | MG | JH | JG | MG JG | | JAN |
| | Chipiden Publishing Corp. | | | JG | MG JG | | |
| | ~~Classic Syndicate Inc.~~ KILLED 21 | | | | | | |
| MFR | ~~Comic Combine Corp.~~ EMCEE | MG | JH | DS | MG | | |
| N | Cornell Publishing Corp. | | | | MG | | |
| | ~~Current Detective Stories, Inc.~~ KILLED | | | | | | |
| A N | 21 Empire State Consolidated Adv. Corp. | MG | JH | JG | MG | JG | JULY |
| | ~~Echo Parade Inc.~~ | | | | MG | JG | OCT |
| N | Gem Publications, Inc. | | | | MG | JG | SEPT |
| N | Hercules Publishing Corp. | MG | | | MG | JG | AUG |
| A MFR | Interstate Publishing Corp. W? | MG | JH | DS | MG | JG | NOV |
| A N | 23 Leading Magazine Corp. | MG | JH | DS | MG | | DEC |
| MFR | ~~Lion Books, Inc.~~ WALDEN ×23 | MG | JH | DS | MG | | |
| M | Magazine Management Co. | | | | MG | JG | SEPT |
| A N | Magman Export Corp. | MG | JH | DS | MG | | MAY |
| N | Mag. Mgt. Co. Subs. a/c | | | | | | |
| N-579 | Mag. Mgt. Co. Payroll a/c | | | | | | APR |
| MFR | Male Publishing Corp. | MG | JH | DS | MG | JG | JULY |
| N | Manvis Publications, Inc. | MG | | | MG | JG | |
| N | Margood Publishing Corp. | | | | MG | JG | |
| | ~~Marjean Magazine Corp.~~ KILLED | | | | | | |
| | Marvel Comics, Inc. | MG | | | MG | JG | JAN |
| | Medalion Publishing Corp. | MG | | | MG | JG | |
| A MFR | Miss America Publishing Corp. ANIMATED TOOLS | MG | JH | DS | JG TREAS | MG | SEPT |
| N | Mutual Magazine Corp. | | | | MG | | |
| A N | Newsstand Publications Inc. ? | MG | JH | DS | MG | JG | FEB |
| N | **Non-Pareil Publishing Corp.** | MG | JH | DS | MG | | MAR |
| A N | Official Magazine Corp. | MG | JH | DS | MG | | JAN |
| | ~~Postal Publications, Inc.~~ KILLED 11 | | | | | | |
| MFR | Prime Publications, Inc. | MG | JH | DS | MG | | NOV |
| N | Red Circle Magazines, Inc. | MG | JH | | MG | | DEC |
| A N | ~~Select Publications, Inc.~~ VISTA | MG | JH | DS | MG | | DEC |
| | Sphere Publications, Inc. | | | | MG | JG | |
| | ~~Sports Action, Inc.~~ KILLED | | | | | | |
| N | Timely Comics, Inc. | MG | | | MG | JG | DEC |
| | 19 20th Century Comic Magazine Corp. 23 | | | | MG | | |
| | U.S.A. Comic Magazine Corp. JAYGEE | MG | | | MG | | |
| MFR | 12-22-20 Western Fiction Publishing Co., Inc. | | | | MG | JG | SEPT |
| A MFR | Zenith Publishing Corp. | MG | JH | DS | MG | | APR |
| A N | ZENITH BOOKS INC. | MG | JH | DS | MG | | FEB |
| N | **ATLAS MAG INC (PUBLISHER)** | MG | JH | DS | MG | | FEB |
| MFR | ATLAS MAG INC (WAREHOUSE) | | | | | | |
| N-579 | ATLAS MAG INC PAYROLL | | | | | | |

2021MARVEL-0069792