# EXHIBIT 9

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------X
JAY K. HOFFMAN PRESENTATIONS, INC.,  :

                Plaintiff,  :

   -against-  :  Index No.

MARVEL COMICS GROUP,  :

                Defendant.  :
------------------------------------------X

## ANSWER

Cadence Industries Corporation, a corporation of the state of Delaware, by its attorneys, answers the complaint herein as follows:

1. Cadence Industries Corporation is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 1 of the complaint, and therefore denies the same.

2. Cadence Industries Corporation admits that its Marvel Comics Group division is engaged in the business of magazine publishing in the City, County and State of New York, and denies each and every other allegation of paragraph 2 of the complaint. It is presumed that Cadence Industries Corporation is the defendant intended by plaintiff, and that plaintiff will amend the complaint accordingly. Absent such amendment, the complaint fails to state a cause of action upon which relief can be granted, and should be dismissed.

3. Denied.

4. Denied.

### AFFIRMATIVE DEFENSES

5. The cause of action alleged may not be maintained because of the statute of frauds.

6. The cause of action alleged may not be maintained because of an accord and satisfaction.

WHEREFORE, Cadence Industries Corporation prays for a judgment dismissing the complaint, for its costs and expenses herein, and for such other, further and equitable relief as to the Court may seem just and proper.

KENYON & KENYON REILLY CARR & CHAPIN

By *[signature]*
Stuart J. Binder
59 Maiden Lane
New York, New York  10038
(212) 425-7200

Attorneys for Cadence
Industries Corporation

Dated: 9/9/74
New York, New York

2.

2021MARVEL-0039913

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

Stuart J. Sinder, being duly sworn, deposes and says that deponent is attorney for Cadence Industries Corporation, a corporation of the state of Delaware, whose Marvel Comics Group division is the defendant named in the within action; that deponent has read the foregoing answer and knows the contents thereof; and that on information and belief the deponent believes that same to be true. This verification is made by deponent because Cadence Industries Corporation is a foreign corporation and deponent is an attorney thereof.

*[signature]*
Stuart J. Sinder

SUBSCRIBED AND SWORN to before me this 9th day of September, 1974.

*[signature]*
Notary Public

ROGER P. JULIANELLI
Notary Public, State of New York
No. 31-7130...
Qualified in New ...
Commission Expires ..., 1975

2021MARVEL-0039914