# EXHIBIT 16



DATE: ....
JUL. 15. 1996

MARVEL ENTERTAINMENT GROUP, INC.
387 Park Avenue South
New York, New York  10016

ATTN:  Ms. Carol G. Platt:

**LIBRARY OF CONGRESS**

We have recorded the enclosed document(s) in the official records of the Copyright Office:

| | |
|---|---|
| Volume | 3226 |
| Page(s) | 154-229 |

The recording fee has been handled as follows:

| | |
|---|---|
| Received | $ |
| Applied | $ |
| Refunded (under separate cover) | $ |
| Charged to your deposit account | $ |

**Washington D.C. 20559**

Sincerely yours,

REGISTER OF COPYRIGHTS

Enclosure(s): 1
Document(s)

```
***********************************************************
***********************************************************
** In order to process your document faster, we encourage you **
** to accompany future submissions of your documents with our **
** Document Cover Sheet form.  You may photocopy a blank copy **
** or call (202) 707-9100 for more copies.                    **
***********************************************************
***********************************************************
```

Recorded documents
June 1993—15,000

2021MARVEL-0008203

Copyright
Office
of the
United
States

THE
LIBRARY
OF
CONGRESS

# Certificate of Recordation

THIS IS TO CERTIFY THAT THE ATTACHED DOCU-
MENT WAS RECORDED IN THE COPYRIGHT OFFICE
ON THE DATE AND IN THE PLACE SHOWN BELOW.

THIS CERTIFICATE IS ISSUED UNDER THE SEAL OF THE COPYRIGHT OFFICE.

DATE OF RECORDATION

3Apr96

| VOLUME | PAGE |
|---|---|
| 3226 | 154 |

| VOLUME | PAGE |
|---|---|
| 3226 | 229 |



OFFICIAL SEAL

*Marybeth Peters*

Register of
Copyrights and
Associate
Librarian for
Copyright
Services

Certificate of Recordation
C-762 August 1994—50,000

2021MARVEL-0008204

# C E R T I F I C A T I O N

VOL. 3226 PAGE 154

UNITED STATES OF AMERICA  ⎫
STATE OF NEW YORK          ⎬   ss:
COUNTY OF NEW YORK         ⎭

     I, Carol G. Platt, the undersigned Notary Public of the State of New York, do hereby certify under penalty of perjury under the laws of the United States of America that the attached document is a true and accurate copy of the original which I have seen.

     Signed this 22nd day of March, 1996 at New York, New York.

_____
Notary Public

CAROL G. PLATT
NOTARY PUBLIC, State of New York
No. 31-4950989
Qualified in New York County
Commission Expires May 15, 1997

# C E R T I F I C A T I O N

VOL. 3226 PAGE 154A

UNITED STATES OF AMERICA )
STATE OF NEW YORK        }    ss:
COUNTY OF NEW YORK       )

I, Carol G. Platt, the undersigned Notary Public of the State of New York, do hereby certify under penalty of perjury under the laws of the United States of America that the attached document is a true and accurate copy of the original which I have seen.

Signed this 22nd day of March, 1996 at New York, New York.

_____
Notary Public
Duly authorized Agent of
Marvel Entertainment Group, Inc.

CAROL G. PLATT
NOTARY PUBLIC, State of New York
No. 31-4950989
Qualified in New York County
Commission Expires May 15, 1997

VOL. 3226 PAGE 155

Exhibit C

## COPYRIGHT ASSIGNMENT

This Copyright Assignment, made this 1st day of September, 1995, by and between Marvel Entertainment Group, Inc., a corporation of the State of Delaware, having its principal office and place of business at 387 Park Avenue South, New York, New York 10016 ("Assignor"), and Marvel Characters, Inc., a corporation of the State of Delaware, having its principal office and place of business at 26707 West Agoura Road, Calabasas, California 91302 ("Assignee").

WHEREAS, Assignor is the owner of registered and unregistered copyrights inherent in its comic books and comic book-related works, including but not limited to those set forth on Schedule A hereto, including all registrations and copyright applications relating thereto (collectively, the "Copyrights"); and

WHEREAS, Assignor is engaged in the business of, among other activities, creating comic books and comic-book related material through its own employees and through independent contractors who are party to work-for-hire agreements with Assignor, and Assignor will, therefore, after the date hereof, become the owner of the copyrights inherent in such newly-created comic books and comic book-related works (such new copyrights, the "Future Copyrights"); and

WHEREAS, Assignor is transferring to Assignee that portion of Assignor's business devoted to licensing of the Copyrights, among other intellectual property (the "Licensing Business"); and

WHEREAS, in order to conduct the Licensing Business, it is necessary for Assignee to acquire Assignor's entire right, title and interest in and to the Copyrights, and in and to the Future Copyrights, as they come into existence;

1

2021MARVEL-0008207

VOL. 3226 PAGE 156

NOW, THEREFORE, by this document, and for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Assignor does hereby sell, assign, and transfer to Assignee, and its successors and assigns, Assignor's entire right, title and interest, in the United States and all foreign countries, in and to the Copyrights and Future Copyrights, any renewals and extensions thereof, all rights of reversion and termination, all prior versions of the works and all works based upon, derived from, or incorporating such works, and in and to all income, royalties, damages, claims, and payments now or hereafter due or payable with respect thereto, and in and to all causes of action (either in law or in equity) and the right to sue, counterclaim and recover for past, present, or future infringement of the rights assigned to Assignee under this Copyright Assignment.

Assignor hereby agrees to execute any papers and to perform such other proper acts as Assignee and its successors or assigns may deem reasonably necessary to secure to Assignor and its successors or assigns, the rights hereby transferred.

This Copyright Assignment and its validity, construction and performance shall be governed in all respects by the laws of the state of New York applicable to agreements made and wholly performed therein without giving effect to principles of conflicts of laws. The parties consent and agree to the exclusive jurisdiction of the State and federal courts having jurisdiction over New York County, New York, with respect to any action which any party desires to commence arising out of or in connection with this Copyright Assignment.

**MARVEL ENTERTAINMENT GROUP, INC.**

By: _Cun d Calabese_

Name: _____GERARD CALABRESE_____
                          President
                 Marvel Comics Group
Title: _____
          and Executive Vice President
          Marvel Entertainment Group, Inc.

**MARVEL CHARACTERS, INC.**

By: _Mary Gittelsohn_

Name: _____GARY GITTELSOHN_____

Title: _____VICE PRESIDENT_____

2

2021MARVEL-0008208

STATE OF NEW YORK:
COUNTY OF NEW YORK:

VOL. 3226 PAGE 157

On this _6th_ day of _November_, 1995, before me, a Notary Public in and for the State of New York, County of New York, personally appeared _Gerard Calabrese_, to me known to be _Executive Vice President_ Marvel Entertainment Group, Inc., and being duly sworn, averred that, being duly authorized, (s)he executed the foregoing Copyright Assignment as the free act and deed of said corporation for the uses and purposes set forth.

_Phyllis Schoenberg_
NOTARY PUBLIC

My commission expires: _9/2/97_

PHYLLIS SCHOENBERG
Notary Public, State of New York
No. 01SC4953986
Qualified in New York County
Commission Expires 9/2/97

STATE OF CALIFORNIA:
COUNTY OF LOS ANGELES:

On this _26th_ day of _October_, 1995, before me, a Notary Public in and for the State of California, County of Los Angeles, personally appeared _GARY GITTELSOHN_, to me known to be _VICE PRESIDENT_ of Marvel Characters, Inc., and being duly sworn, averred that, being duly authorized, (s)he executed the foregoing Copyright Assignment as the free act and deed of said corporation for the uses and purposes set forth.

NOTARY PUBLIC

My commission expires: _7/21/98_

R. SCOTT MURCHISON
COMM. # 1032715
Notary Public — California
LOS ANGELES COUNTY
My Comm. Expires JUL 21, 1998

3

2021MARVEL-0008209

Updated as of September 1, 1995

# **PUBLICATIONS**

VOL. 3226 PAGE 158

Ad Lib

Adventure Fold-Up Figures featuring Pit of the Viper

Adventure Into Mystery

Adventure in Paradise, 1958

Adventure Trails

Adventures of Cyclops & Phoenix, The

Adventures of Homer Ghost

Adventures Into Terror

Adventures Into Weird Worlds

Adventures of Ka-zar the Great

Adventures of Pussycat, The

Air Life

Aladdin Effect Graphic Novel

All Baseball Stories

All Football Stories

All Select Comics

All Surprise Comics

All Teen Comics (changed to Teen Comics)

All True Crime Cases (changed to All True Crime)

All Western Winners

All Winners

All Winners Comics

All the World's Cars, 1954

2021MARVEL-0008210

The Alphabet pet battles the X-Men:  A Marvel Super activity book

Alpha Flight

VOL. 3226 PAGE 159

Alpha Flight Annual

Alpha Flight Special

Amazing Adult Fantasy (changed to Amazing Fantasy)

Amazing Adventures

Amazing Comics

Amazing Detective

Amazing Detective Cases

Amazing High Adventure

Amazing Mysteries

Amazing Spider-Man

Amazing Spider-Man: The Death of Jean DeWolfe

The Amazing Spider-Man, guest starring Spider-Woman

The Amazing Spider-Man; King Size

The Amazing Spider-Man: a Marvel supersize coloring book

Amazing Spider-Man: The Origin of the Hobgoblin

Amazing Spider-Man All Plastic Assembly Kit, The, 1974

Amazing Spider-Man Annual

The Amazing Spider-Man Calendar, 1978

Amazing Spider-Man Coloring Book, The, 1976

Amazing Spider-Man Digest Comics

Amazing Spider-Man Game [directions], 1967

Amazing Spider-Man in Fearful Symmetry: Kraven's Last Hunt

Amazing Spider-Man King Size, The, 1973

2021MARVEL-0008211

The Amazing Spider-Man unmasked:  A coloring book

VOL. 3226 PAGE 160

The Amazing Spider-Man and Wolverine in the Crime of the Centuries:  coloring activity book

American Sky Devils

And call my killer, Modok

Angel

Animated Funny Comic-Tunes

Animated Movie Tunes Comics

Annex

Annie

Another Story Shop, 1947

Apache Kid, The (changed to Apache Kid)

Arizona Kid, The

Arrgh

Arrowhead

Astonishing

Astonishing Baseball Stars of 1953

Astonishing Tales

Attack of the Tarantula

Auto Age

Avengers, The

Avengers Anniversary Magazine

Avengers Annual

Avengers Battle the Earth-Wrecker, The, 1967

Avengers: Death Trap, The Vault

Avengers: Korvac Saga

Avengers Logs, The

VOL. 3226 PAGE 161

Avengers Spotlight

Avengers Strike File

Avengers: Terminatrix Agenda

Avengers Unplugged

Avengers vs. the X-Men

Avengers West Coast

Avengers West Coast Annual

Avengers Yesterday Quest

The Bad Little Bug

Balder the Brave

Baseball Stars of 1953

Baseball Stars of 1957

Battle

Battle Action

Battle Brady

The Battle of the energy drainers

Battlefield (changed to War Adventures on the Battlefield; changed to Battlefield)

Battlefront

Battleground

Beauty and the Beast

Beauty Photography

Best Cartoons from Argosy, The, 1958

Best Cartoons from the Editors of Stag and Male

Best Cartoons [from MALE], 1970

2021MARVEL-0008213

Best Detective Novel of the Month

Best Detective Selection

VOL. 3226 PAGE 162

Best Detective Stories

Best Love

Best Love Magazine

Best of Male and For Men Only, The

Best of Marvel Comics, The

Best Sports

Best of True Secrets, The, 1974

Best of True Secrets and My Romance.  Summer 1974

Best of True Secrets and My Romance.  No. 2 1975

Best Western Novels (changed to Best Western)

Best Western Novels Magazine

Best of What If...?, The

Beware

Big Baseball Stories

Big Book Sports

The Big bugs mystery surprise:  A Marvel super-size coloring book

Big Millie The Model Annual, The, 1962

Big Sports Magazine

Big Strange Tales Annual, The, 1962

The Big Top mystery

Billy Buckskin

Bishop

Bizarre Adventures

Black Cat

Black Dragon

Black Goliath

VOL. 3226 PAGE 163

Black Knight

Black Panther

Black Rider (changed to Western Tales of Black Rider; changed to Black Rider)

Black Widow: The Coldest War

Blackwulf

Blade The Vampire Hunter

Blaze

Blaze Carson

Blaze--The Wonder Collie

Blip

Blonde Phantom

Blonde Phantom Comics

Boat Sport

Book of the Dead

Borrowed Glow, The, 1947

Boxing Life

Brand Echh (changed to Not Brand Echh)

Brief

Bring On The Back Guys

Brute Force

Buck Duck

Bunk

2021MARVEL-0008215

Cable

Cable: Metal & Blood

VOL. 3 2 2 6 PAGE 1 6 4

Cage

Camp Candy

Campus Humor (changed to Campus Jokes and Cartoons)

Campus Humor Combined with Campus Howl

Candide, 1952

Captain America

Captain America Annual

Captain America: The Classic Years

Captain America Coloring Book, 1966

Captain America: Deathlok Lives!

Captain America Game

Captain America: Golden Age

Captain America:  The Great Gold Steal, 1968

Captain America: The Medusa Effect

Captain America: The Movie Special

Captain America/New Warriors: Drug Wars

Captain America Saving the Capitol

Captain America Special Edition

Captain America: War & Remembrance

Captain Marvel

Captain Savage

Captain Savage and His Leatherneck Raiders (changed to Captain Savage)

Linda Carter, Student Nurse

2021MARVEL-0008216

VOL. 3226 PAGE 165

Cartoon Comedy

Cartoons from the Editors of Male and Stag, 1964

Cartoons the French Way, 1955

Cartoon Kids, 1957

Cartoons Marooned

Casey Crime Photographer

Cat, The

The Cat Chili

Caught

Cedar Block, The, 1949

Celebrity

Chamber of Chills

Chamber of Darkness

Champions, The

Chaos in Kansas City

Chaos on Crystalium:  a Marvel super activity book

Chili

Cindy Comics (changed to Cindy Smith)

Circus of Crime

Classic X-Men

Cloak and Dagger

Cloak & Dagger Portfolio

Cloak & Dagger/Power Pack Graphic Novel

College Humor, 1956

The Colorado Caper

2021MARVEL-0008217

VOL. 3226 PAGE 166

Combat Casey

Combat Kelly

Comedy

Comedy Comics

Comet Man

Comic Capers

Commando Adventures

Complete Baseball

Complete Comics

Complete Detective

Complete Detective Cases

Complete Football

Complete Mystery

Complete Police Cases

Complete Puzzles

Complete Sports

Complete TV

Complete War Novels Magazines

Complete Western

Complete Western Book Magazine

Congo Cameos, 1952

Consumer's Fight-Back Book, The, 1972

Cops: The Job

Corpse Comes Ashore, The, 1945

Corpse Hangs High, 1943

2021MARVEL-0008218

Corpse Hangs High; The: An Abridgement

Corpse and the Three Ex-Husbands, The, 1944

VOL. 3226 PAGE 167

Cosmic Powers

Cosmic Powers Unlimited

Country and Western World

Cowards or Conquerors, 1951

Cowboy Action

Cowboy Romances

Cowgirl Romances

Crazy

Crazy Magazine

Crazy Super Special

Creatures on the Loose

Crime Campaign

Crime Can't Win

Crime Cases

Crime Cases Comics

Crime of the Centuries (activity book)

Crime of the Centuries (storybook)

Crime Exposed

Crime Must Lose

Crime Novel Selection, A

Crimefighters

Crisis at Cape Canaveral

Critical Mass

2021MARVEL-0008219

VOL. 3226 PAGE 168

Cry of the beast

Crypt of Shadows

Cupid

Curse of the Weird

Cyclops: Retribution

Dakota North

Damage Control

Daredevil

Daredevil Annual

Daredevil/Black Widow: Abattoir

Daredevil: Fall from Grace

Daredevil: Fall of the Kingpin

Daredevil: Gang War

Daredevil Graphic Novel

Daredevil: Man Without Fear

Daring Comics

Daring Mystery Comics

Darkhawk

Darkhawk Annual

Darkhold

D-As in Dead, 1944

D-As In Dead: An Abridgement

Date With Millie, A (changed to Life With Millie)

Date With Patsy, A

Day-Time Stars

2021MARVEL-0008220

Dazzler

Dead Giveaway, 1944

Dead Giveaway; An Abridgement

Dead of Night

Dead of the Night

Deadly Foes of Spider-Man

Deadly Hands of Kung Fu, The

Deadpool

Death is the Host, 1943

Death is the Host; Abridgement

Death Goes Native, 1944

Deathlok

Deathlok Annual

Deb

Defenders, The

Detective Short Stories

Devil Dog Dugan

Dexter the Demon

Dinosaurs: A Celebration

Dippy Duck

Discovering Wayside Treasures, 1948

Doctor Doom and Doctor Strange: Triumph & Torment

Doctor Strange

Doctor Strange Annual

Doctor Strange classics starring Doctor Strange

VOL. 3226 PAGE 169

2021MARVEL-0008221

VOL. 3226 PAGE 170

Doctor Strange Graphic Novel

Doctor Strange/Silver Dagger

Doctor Strange vs. Dracula

Doctor Zero

Dolly Dill Comics

Doom 2099

Doomsday

Doomsday, 1953

Dopey Duck Comics

Double Edge Alpha

Double Edge Omega

D.P. 7

Dracula (changed to Dracula Lives)

Druid

Dynamic Science Stories

Easter Story, The

Elektra

Elektra Assassin

Elektra Lives Again

Elektra Saga

Escape from Doom (storybook)

Etched in Murder, 1959

Eternals, The

Eternals: Herod Factor

Example Race-Speed Analysis, 1972

Excalibur

VOL. 3226 PAGE 171

Excalibur: Air Apparent

Excalibur Special

Excalibur: Weird War III

Exclusive Detective

Exclusive Detective Cases

Exotic

Expose Detective

Expose Detective Cases

Exposed

Exposed Crime Cases

The Fabulous Fantastic Four Find Themselves Prisoners of the Pharaoh & The Amazing Spider-Man: The Birth of a Super-Hero!, 1967

Factor X

Faithful

Falcon

Fallen Angels

Fantastic Force

Fantastic Four, The

Fantastic Four; King Size

Fantastic Four Annual

Fantastic Four: Atlantis Rising

Fantastic Four coloring book

Fantastic Four in the House of Horrors, The, 1969

Fantastic Four in the Trial of Galactus

Fantastic Four Index

Fantastic Four: Mosters Unleashed

VOL.3226 PAGE 172

Fantastic Four roast: the world's silliest comic magazine: Vol. 1, no. 1 May 1982

Fantastic Four on Rooftop, The

Fantastic Four Unlimited

Fantastic Four Unplugged

Fantastic Four versus the Frightful Four coloring book

Fantastic Four vs. the X-Men

Fantasy Masterpieces

Fear

Fighting Man, 1953

Film Album

Film Funnies

Film Humor

Filmland

Film Stars Album

Film Stars Magazine

Final Appearance, 1944

Firestar

Fishing Adventures

Five Western Novels

Flagellant on Horseback, 1950

Flying Age Including Flying Aces (changed to Flying Age Traveler; changed to Flying Models
Including Flying Aces; changed to Flying Models (Including Air World and Flying Aces);
changed to Flying Models Including Air World and Flying Aces; changed to Flying Models)

Flying Models Including Air World and Flying Aces

Foolkiller

2021MARVEL-0008224

For Women Only

Force Works

Foto Parade

Foto - Parade of People

450 Stories From Life, 1947

Frankenstein

Frankie

Frankie Comics (changed to Frankie and Lana Comics)

Frankie Fuddle

French and Frisky, 1956

Frontier Western

Fun and Games Magazine

Fun with numbers: book1, featuring the Fantastic Four and other Super Heroes characters: a Golden Everything workbook

Fun with numbers: book 2, featuring Captain America and other Super Heroes characters: a Golden Everything workbook

Fun with words: book 1, featuring the Amazing Spider-Man and other Super Heroes characters: a Golden Everything worbook

Fun with words: book 2, featuring the Incredible Hulk and other Super Heroes characters: a Golden Everything workbook

Funny Frolics Comics

Fury of S.H.I.E.L.D.

Galactic Guardians

Gambit

Gambit and the X-Ternals

Gargoyle

Gay

VOL. 3226 PAGE 173

2021MARVEL-0008225

Gay Comics

VOL. 3226 PAGE 174

Gayety

Generation X

Georgie

Georgie Comics (changed to Georgie and Judy Comics; changed to Georgie Comics; changed to Georgie)

Get Along Gang

Ghost Rider, The

Ghost Rider Annual, The

Ghost Rider/Blaze: Spirits of Vengeance

Ghost Rider/Captain America: Fear

Ghost Rider and the Midnight Sons Magazine

Ghost Rider Poster Magazine

Ghost Rider: Resurrected

Ghost Rider 2099

Ghost Rider, Wolverine, Punisher: The Dark Design

Ghost Rider, Wolverine, Punisher: Hearts of Darkness

G.I. Tales

Giant Size Avengers

Giant-Size Avengers, 1975

Giant-Size Captain America, 1975

Giant-Size Captain Marvel, 1975

Giant-Size Spider-Man, 1975

Giant Size Chillers

Giant Size Creatures

Giant Size Daredevil

VOL. 3226 PAGE 175

Giant Size Defenders

Giant Size Dracula

Giant Size Fantastic Four

Giant-Size Hulk, 1975

Giant Size Invaders

Giant-Size Iron Man, 1975

Giant Size Kid Colt

Giant Size Man-Thing

Giant Size Marvel Triple Action

Giant Size Master of Kung-Fu

Giant-Size Power Man, 1975

Giant Size Spider-Man

Giant Size Superstars

Giant Size Super-Villain Team-Up

Giant-Size Thor, 1975

Giant Size Werewolf

Giant Size X-Men

Girl Comics (changed to Girl Confessions)

Girl Confessions

The Girls of Male & Stag

Girls' Life

God's Gold, 1949

Golden Dress, The, 1944

The Golden Dress; An Abridgement

Graf-Fun Same on United States Geography, 1943

2021MARVEL-0008227

Great Robberies and How They Were Solved

VOL. 3226 PAGE 176

The Great Rodeo robbery

Great Tales of City Dwellers, 1955

Great Tales of the Deep South, 1955

Great Tales of the Far West, 1956

Greatest Battles of the Avengers

Green Goblin

Green Goblin, In the Grip of the

Groovy

Guardians of the Galaxy

Guardians of the Galaxy Annual

Guardians of the Galaxy: Quest for the Shield

Gunhawk, The

Gunhawks

Gun-Slinger

H As In Hangman, 1944

H As In Hangman; An Abridgement

Handful of Hell, A, 1956

Hardboiled Lineup, The, 1956

Harvey

Haunt of Horror, The

Havok & Wolverine: Meltdown

Hawkeye

Hedy De Vine

Hedy De Vine Comics (changed to Hedy of Hollywood Comics)

VOL. 3226 PAGE 177

Hedy of Hollywood

Hedy of Hollywood Comics

Hedy Wolfe

Hellstorm

Hercules

Hero

Hero For Hire

High Call, The

The Highcall Home

Hit!  (Magazine)

Hollywood Picture Life (changed to Hollywood Life)

Holocaust for hire

Home

Homer, The Happy Ghost

Homer Hooper

Honeymoon

Hooky Graphic Novel

How to draw comics the Marvel way

How I Made A Million, 1955

How to Play The Game of Climb the Pyramid, 1949

How to Remember Names and Faces, 1938

Howard the Duck

Howard the Duck: Around the World sticker adventure book

Howard the Duck: Menace from Space coloring book

Howard the Duck: Rock-n-Roll Star coloring book

2021MARVEL-0008229

Howard the Duck: A Walk Back In Time sticker adventure book

VOL. 3226 PAGE 178

Howard the Duck Superspecial

Howard the Duck Movie Tie-In (3 Issue Limited Series)

Hulk, The

Hulk: Ground Zero

Hulk 2099

Human Torch, The

Human Torch Comics, The

Hunting Adventures

Hush, Gabriel!, 1944

Iceman

Ideal Comics (changed to Willie Comics; changed to L'il Willie Comics; changed to Willie Comics)

Illuminator

Impossible Man

Impossible Man Summer Annual

Incredible Hulk, The

Incredible Hulk Annual

Incredible Hulk coloring and activity book in "three incredible tales", The

Incredible Hulk: Future Imperfect

Incredible Hulk lost in time, The

Incredible Hulk Poster Book, The

Incredible Hulk versus Quasimodo, The

Incredible Hulk vs. Wolverine

Infinity Crusade, The

Infinity Gauntlet, The

VOL. 3226 PAGE 179

Infinity War, The

Inhumans

Inhumans Special

Instructions for Assembling. 421. "The Hulk", 1966

Instructions for Assembling. 477. "Spider-Man", 1966

Interpreters Needed, 1951

Invaders, The

Invincible Iron Man

Iron Fist

Iron Man

Iron Man Annual

Iron Man & Sub-Mariner

Iron Man 2020

Iron Manual

Island of danger, The

It's A Duck's Life

The Jack of Hearts

Jann of the Jungle

Jeanie Comics

Jest

Jim Lee Poster Book

Journey Into Mystery

Journey Into Mystery Annual, 1965

Journey Into UnKnown Worlds

Joyful Journey, Highlights on the Highway, 1951

2021MARVEL-0008231

Julie, 1956

Jungle Action (changed to Jungle Action and Black Panther)

Jungle Tales

Junior Miss

Junior Miss Comics

Junior Programs

Justice, The

Justice

Justice Comics (changed to Justice)

Justice: Four Balance

Ka-zar

Ka-zar: Guns of the Savage Land

Ka-zar the Savage

Kellys, The

Kent Blake of the Secret Service

Kickers, Inc.

Kid Colt Outlaw

Kid From Dodge City

Kid From Texas, The

Kid Comics

Kid Komics

Kill One, Kill Two, 1944

King Size The Amazing Spider-Man, 1973

King Size Fantastic Four, 1973

Kitty Pryde and Wolverine

VOL. 3226 PAGE 180

2021MARVEL-0008232

Komic Kartoons

VOL. 3226 PAGE 181

Krazy Komics

Krazy Krow Comics

The Kree-Skrull War starring The Avengers

Laff

Lana (changed to Little Lana)

Lawbreakers

Lawbreakers Always Lose

Lazy-Man-Rest-Not: The Burma Letters of Brayton C. Case, 1946

Leading Detective Cases

Stan Lee presents the Amazing Spider-Man, Christmas in Dallas

Stan Lee presents the best of Spidey super stories

Stan Lee Presents Luke Cage, Power Man

Stan Lee presents Captain America

Stan Lee Presents Captain America's Bicentennial Battles

Stan Lee Presents Daredevil, The Man Without Fear

Stan Lee Presents The Deadly Hands of Kung Fu Special

Stan Lee presents Doctor Strange, master of the mystic arts

Stan Lee presents Doctor Strange mystic number puzzles

Stan Lee Presents Dracula Lives! Summer 1975

Stan Lee Presents The Dynamic Defenders

Stan Lee Presents The Ever-Lovin', Blue-Eyed Thing

Stan Lee Presents: The Fantastic Four: And Now, Then, The Invaders

Stan Lee presents An hours of fun book, Marvel mazes to drive you mad

Stan Lee presents the Incredible Hulk word webs

Stan Lee presents the Incredible Hulk's smashing puzzlers

VOL. 3226 PAGE 182

Stan Lee Presents: The Invincible Iron Man, 1976

Stan Lee Presents: The Invincible Iron Man Writer

Stan Lee presents The Marvel Comics illustrated version of Daredevil

Stan Lee presents The Marvel Comics illustrated version of The Incredible Hulk

Stan Lee presents The Marvel Comics illustrated version of Spider-Man 2

Stan Lee presents Marvel word games

Stan Lee Presents The Marvelous Land of Oz

Stan Lee Presents Master of Kung Fu

Stan Lee Presents The Mighty Avengers

Stan Lee presents The Mighty Marvel fun book

Stan Lee presents The Mighty Marvel jumbo fun book: fun books no. 1-3 in one volume

Stan Lee Presents:  Mighty Marvel Mazes

Stan Lee Presents: The Mighty Marvel Memory Album

Stan Lee Presents The Mighty Marvel Strength and Fitness Book

Stan Lee Presents The Mighty Marvel Superheroes' Cookbook

Stan Lee Presents The Mighty Marvel Superheroes' Fun Book

Stan Lee Presents The Mighty Marvel Superheroes' Fun Book No.2

Stan Lee presents the mighty Marvel superheroes' fun book: no. 3

Stan Lee Presents The Mighty Thor

Stan Lee presents the Mighty World of Marvel Pin-Up Book

Stan Lee Presents Monsters Unleashed Annual.  Summer 1975

Stan Lee presents Ms. Marvel's seventh sense Pic-A-Word

Stan Lee Presents Savage Fists of Kung Fu

Stan Lee Presents: Savage Fists of Kung Fu, 1975

Stan Lee Presents Savage Tales Featuring Ka-Zar

Stan Lee Presents: Spidey and the Uncanny X-Men Together

Stan Lee presents Sub-Mariner mazes

Legion of the Night

Let's Get Acquainted, 1948

Let's Go Crazy Super Special

Letters to Jack, 1949

Life of Captain Marvel

Life and Laughter, 1950

Life of Christ: The Christmas Story

Life of Pope John Paul II, The

Li'l Kids

Li'l Pals

Lisping Man, The, 1944

The Lisping Man; An Abridgement

Little Aspirin

Little Killer, 1952

Little Lenny

Little Lizzie

Longshot

Lorna, the Jungle Girl

Lorna, the Jungle Queen (changed to Lorna, the Jungle Girl)

Love Adventures (changed to Actual Confessions)

Machine Man

Machine Man 2020

VOL. 3226 PAGE 183

2021MARVEL-0008235

Mad About Millie

Magik

VOL. 3226 PAGE 184

Magnificent Sophia Loren #1, The, 1957

Make-A-Word

Making Our Friendships Christian, 1952

Man-Thing

The Man who stole tomorrow

Many Armors of Iron Man, The

Marc Spector: Moon Knight

Margie

Margie Comics

Marine Comedy

Marines At War

Marines In Action

Marines In Battle

Mark Hazzard: Merc

Marvel

Marvel Action Hour: Fantastic Four

Marvel Action Hour: Iron Man

Marvel Adventure

Marvel Adventures

Marvel Age

Marvel Age Annual

Marvel Age 1992 Preview

Marvel Age 1993 Preview

Marvel Boy

Marvel Chillers

VOL. 3226 PAGE 185

Marvel Christmas Special

Marvel Collectors Item Classic

Marvel Comics

Marvel comics calendar

Marvel Comics Memory Album Calender, 1977

Marvel Comics Presents

Marvel and DC Present MGM's Marvelous Wizard of Oz, 1975

Marvel Double Feature

Marvel Fanfare

Marvel Feature

The Marvel Fumetti Book:  V. 1, no. 1, Apr. 1984

The Marvel Fun Book:  V. 1, no. 1, April, 1984

Marvel Heroes for Hope

Marvel Illustrated Swimsuit

Marvel Masterpieces

Marvel Masterworks (Hardcover Collectors' Series)

Marvel Megazine

Marvel Movie Premiere

Marvel Mystery

Marvel Mystery Comics (changed to Marvel Tales)

The Marvel No-Prize Book

Marvel Poster Book, The

Marvel Premiere

2021MARVEL-0008237

Marvel Premiere featuring Star-Lord

VOL. 3226 PAGE 186

Marvel Presents

Marvel Preview

Marvel Requirer

Marvel Saga

Marvel Science

Marvel Spectacular

Marvel Spotlight

Marvel Super Action

Marvel Super Action featuring the Avengers

Marvel Super Action starring the Avengers

Marvel Super-Heroes

Marvel Super Heroes' Christmas coloring book

Marvel Super Heroes, game adventure entitled, "Cat's paw"

Marvel Super Heroes: game adventure entitled, "Lone Wolves"

Marvel super heroes' game adventure entitled, Project Wideawake

Marvel Super Heroes Holiday Special

Marvel Super Heroes - Secret Wars

Marvel Super Heroes Secret Wars: Captain America and Iron Man in Escape from doom: coloring activity book

Marvel Super Heroes Secret Wars: special campaign adventure

Marvel Super Heroes Secret Wars: stamp fun, 32 stamps plus games puzzles, and coloring fun

Marvel Super Heroes Secret Wars stamp fun book

Marvel Super Heroes - Secret Wars Supersize Coloring Book

Marvel Super Heroes Special

Marvel Swimsuit Special

Marvel Tales

VOL. 3226 PAGE 187

Marvel Tales Annual

Marvel Tales Featuring Spider-Man

Marvel Team-Up

Marvel Team-Up annual

Marvel Team-Up Index

Marvel Times

Marvel Treasury Edition

Marvel Treasury Special

Marvel Treasury Special:  Giant Superhero Holiday Grab-Bag, 1974

Marvel Triple Action

Marvel Try Out Book

Marvel 25th Anniversary

Marvel Two-In-One

Marvel Two-In-One annual

Marvel Universe Master Edition

Marvel Year in Review

Marvel 1990 Year in Review

Marvel 1991 Year in Review

Marvel Year in Review 1992

Marvel Year in Review 1993

Marvel Year in Review 1994

Marvels

Marvels: The Wonder Years

Marvel's Greatest Comics

Marvel's Greatest superhero battles

Marvel's Space-Born Superhero! Captain Marvel

Master of Kung-Fu

Masters of Kung Fu: Bleeding Black

Matt Slade, Gunfighter (changed to Kid Slade, Gunfighter)

M.A.X. Yearbook

Mayhem in Manhattan

Meet Miss Bliss

Melodyland

Melodyland Messenger

Melvin Monster

Melvin the Monster

Memo to Institutional Clients, 1970

Menace

Mephisto vs. 4 Heroes

Midnight Sons Unlimited

Midsummer Might's Murder, 1945

Mighty Marvel Bicentennial Calendar, The, 1976, 1975

Mighty Marvel Calender for 1975, 1974

Mighty Marvel Western, The

Mighty Thor, The

Mighty Thor, The: Alone against the Celestials

Mighty Thor Annual, The

Millie the Model

Millie the Model Annual, 1963

VOL.3226 PAGE 188

Millie the Model Annual, 1964

Millie the Model Annual, 1965

VOL. 3226 PAGE 189

Millie the Model Comics (changed to Millie the Model)

Millie the Model Queen Size

Miss America (changed to Miss America Magazine; changed to Miss America)

Miss America Club News

Miss America Magazine

Miss America News

Miss America Special Edition (changed to Miss America Young Life)

Mission to City Multitudes, 1954

Misty

Mitzi

Mitzy Comics (changed to Mitzi's Boy Friend; changed to Mitzi's Romances)

Modeled in Murder, 1943

Modeled in Murder; Abridgement

Modeling With Millie

Modern Love Stories

Modern Movies (changed to Modern Movies Hollywood Exposed)

Modern Movies' Hollywood Exposed Annual, 1975

Molly Manton's Romances

Monkey and the Bear, The

Monster Madness

Monster Masterworks

Monster Menace

Monsters of the Movies

Monsters of the Movies Annual

Monsters on the Prowl

VOL. 3226 PAGE 190

Monsters to Laugh With (changed to Monsters Unlimited)

Monsters Unleashed

Moon Knight

Moon Knight: Divided We Fall

Moon Knight special edition

Morbius, The Living Vampire

Morbius Revisited

Mort the Dead Teenager

Motorsport

Motorsport, 1957

Movie Life Year Book, 1945

Movie Life Year Book, 1947

Movie Tunes Comics

Movies Magazine

Multiply Quickly, 1939

Murder Goes to College, 1944

Murder Goes to College;  An Abridgement

Murder in the House with the Blue Eyes, 1944

Murder with Long Hair, 1944

Murder With Long Hair;  An Abridgement

Murder moon: a novel

Murder R.F.D., 1944

Murder Will In, 1944

2021MARVEL-0008242

Mutant Called Legion, A

Mutant Misadventures of Cloak & Dagger

VOL. 3226 PAGE 191

My Diary

My Friend Irma

My Girl Pearl

My Love

My Love Story

The Mystery of the Power Crown:  Featuring the Enchantress, The Wingless Wizard, the Trapster and the Rhino

Mystery Tales

Mystic

Mystical Tales

Mystic Comics

Naked in the Dark, 1953

The 'Nam

Namora

National Detective

National Detective Cases

Navy Action

Navy Combat

Navy Tales

Nellie

Nellie the Nurse

Nellie the Nurse (changed to Nellie the Nurse Comics; changed to Nellie the Nurse)

Nellie the Nurse Comics

New Cartoons Jokes and Gags

New Mutants, The

New Mutants Annual

VOL. 3226 PAGE 192

New Mutants: The Demon Bear Saga

New Mutants Special (Oneshot)

New Mutants Summer Special

New Warriors, The

New Warriors Annual, The

New Warriors: Beginnings, The

Nick Fury

Nick Fury, Agent of S.H.I.E.L.D.

Nick Fury vs. S.H.I.E.L.D.

Nick Fury/Wolverine: The Scorpio Connection

Night before Christmas stamp fun, The

Night Cat

Night Nurse

Night Rider

Nightcrawler

Nightmare

Nightmask

Nightstalkers

Night Thrasher

Nightwatch

1949 Complete Baseball

1949 Complete Football

Nomad

2021MARVEL-0008244

Northstar

Not Brand Echh

VOL 3226 PAGE 193

Nova

Nth Man

Obnoxio the Clown

The Official Handbook of the Marvel Universe

The Official Handbook of the Marvel Universe Trade Paperback

The Official Marvel Comic Try-Out Book:  no. 1

The Official Marvel index to the Amazing Spider-Man

Old Hollywood

Omega the Unknown

On Whom the Spirit Came, 1948

Open Space

Origin of Spider-Man, The

Original Ghost Rider Rides Again, The

Origins of Marvel Comics, 1974

Oscar

Oscar Comics (changed to Awful Oscar; changed to Oscar Comics)

Outlaw Fighters

Outlaw Kid, The

Peter Parker, the Spectacular Spider-Man

Peter Parker, the Spectacular Spider-Man annual

Wendy Parker

Patsy and Hedy

Patsy and Hedy Annual, 1963

2021MARVEL-0008245

Patsy and Her Pals

Patty Powers

VOL. 3226 PAGE 194

Gil Paust's Gun Book, 1956

People Maker, The, 1959

Peter, The Little Pest

Petey

Photo

Picture

Picture Life

Pik-A-Word

Pilgrim's Progress

Pipeline to Peril

Plane Geometry Outline, 1940

Planet Terry

Police Action

Police Badge

Peter Porker, the Spectacular Spider-Ham

Powerhouse Pepper Comics (changed to Powerhouse Pepper)

The Power of Iron Man

Power Man

Power Man and Iron Fist

Power Pack

Power Pack Holiday Special

Powerline

Powerman and Iron Fist

VOL. 3226 PAGE 195

Practical Handyman

Price and the Prize, The, 1954

Prince Namor The Submariner

Prison of Time

Private Eye

Prowler

Psi Force

Psychonauts

Punisher, The

Punisher and Wolverine: African Saga

Punisher Anniversary Magazine, The

Punisher Annual, The

Punisher Armory, The

Punisher Back to School Special

Punisher/Black Widow: Spinning Doomsday's Web

Punisher: Blood on the Moors

Punisher: Bloodlines, The

Punisher/Captain America: Blood & Glory

Punisher Christmas Special

Punisher Classics

Punisher: Die Hard in the Big Easy

Punisher: Empty Quarter

Punisher: Eye for an Eye

Punisher: G-Force, The

Punisher: Ghosts of Innocents

Punisher: Intruder

Punisher Invades the `Nam

VOL. 3226 PAGE 196

Punisher: Kingdom Gone

Punisher Magazine, The

Punisher: No Escape

Punisher: Origin of Micro-Ship

Punisher Portfolio

Punisher: POV

Punisher: The Prize

Punisher: Return to Big Nothing

Punisher: Summer Special, The

Punisher Summer Special 1994, The

Punisher 2099

Punisher War Joural, The

Punisher War Zone, The

Punisher War Zone Annual, The

Punisher: Year One

Quasar

Quick Trigger Western

Quintet, 1956

Radioland and Television

Ranch Love Stories

Ranchland Love

Rascal's Guide, The, 1959

Ravage 2099

2021MARVEL-0008248

VOL. 3226 PAGE 197

Rawhide Kid (changed to The Rawhide Kid)

Rawhiders, 1959

Read

Real Experiences

Real Life Adventures

Real Sports

Red Lily, The, 1957

Red Raven Comics

Red Warrior

Red Wolf

Reno Browne

Requiem for Dracula

Revenge of the Living Monolith Graphic Novel

Rex Hart

Rhapsody in Black, 1953

Right or Wrong?, 1953

Ringo Kid (changed to The Ringo Kid)

Riot

Rise of the Midnight Sons

Rocket Raccoon

Rogue

Rogues and Lovers, 1956

Romance of Doorbells, The, 1951

Romances of Molly Manton

Romances of Nurse Helen Grant, The

2021MARVEL-0008249

VOL. 3226 PAGE 196

Romances of the West

Royal Roy

Rugged Action

Ruins

Rusty

Rusty Comics (changed to Rusty and her Family Comics)

Sabretooth

Sabretooth Classic

Sailor Sweeney

St. George

Santa & the Elves

Santa and the lazy elf

Santa's Christmas Trip Around the world

Saskia, 1953

Savage Return of Dracula

Savage She-Hulk, The

Savage Tales

Savage Tales Featuring Ka-Zar

Say Yes to Murder, 1943

Scarlet Witch

Schemer Strikes, The

Scorpio Rising

Screen Illustrated

Screen Magazine (changed to Screen)

Screen Scene

Screen Secrets (changed to TV & Screen Secrets)

Screen Western Stories

VOL.3226 PAGE 199

Secret Defenders, The

Secret of Spider-Man's Shield, The

Secret of Spider-Man's Shield sticker adventure book, The

Secret Wars

Secret Wars - Marvel Super Heroes Secret Wars stamp fun book

Secret Wars No. 1 coloring book

Secret Wars No. 2 coloring book

Secret Wars - Spider-Man Stamp Fun

Secret Wars II

Sectaurs

Sempe Fi

Sensational New Movie Starlets, 1956

Sensational She-Hulk, The

Sensational Spider-Man, The

The Sensuous Streaker, 1974

Sergeant Barney Barker

Sgt. Fury (changed to Sergeant Fury and His Howling Commandos)

Sgt. Fury Annual, 1965

Sermon on the Mount, 1952

Sex Life and You, 1949

Sexuality

Shady Doings, 1944

Shanna, the She-Devil

She-Hulk: Ceremony

VOL. 3226 PAGE 200

She-Hulk Graphic Novel

Sherry the Showgirl

Shield

Showgirls

Shroud, The

Signora, La, 1957

Silly Tunes Comics

Silver Sable and the Wild Pack

Silver Streak Comics

Silver Surfer, The

Silver Surfer Annual, The

Silver Surfer: The Coming of Galactus

Silver Surfer: Enslavers

Silver Surfer: Homecoming

Silver Surfer: Judgement Day

Silver Surfer: Rebirth of Thanos

Silver Surfer/Warlock: Resurrection

Silver Surfer vs. Dracula, The

Singing Widow, The, 1945

Sintown, U.S.A., 1952

Sir!

Sisterhood of Steel

Six Gun Western

Skin Problem Facing Young Men and Women, The, 1948

Skull the Slayer

Skrull Kill Krew

Slapstick

Sleepwalker

VOL. 3226 PAGE 201

Sleepwalker Holiday Special

Snafu

Snowball's Wish (giant size coloring book)

Solo

Son of Origins of Marvel Comics, 1975

Son of Satan

Sorority House, 1956

Southwest showdown

Spaceman

Space Squadron

Space World

Space Worlds

Special Marvel Edition

Spectacular Spider-Man, The

Spectacular Spider-Man Annual, the

Spectacular Spider-Man Marvel Treasury Edition, 1974

Speedball, The Masked Marvel

Spellbound

Spider-Man

Spider-Man Adventures

Spider-Man: Alpha

VOL 3226 PAGE 202

Spider-Man: Arachnis Project

Spider-Man - Arms of Doctor Octopus (giant size coloring book)

Spider-Man: Assassination Plot

Spider-Man: Carnage

Spider-Man: Chaos in Calgary

Spider-Man Classis

Spider-Man: The Cosmic Adventures

Spider-Man and the Dallas Cowboys - "Danger in Dallas"

Spider-Man and Daredevil

Spider-Man/Doctor Strange: The Way to Dusty Death

Spider-Man: Double Trouble

Spider-Man: Fear Itself

Spider-Man, Firestar, and Iceman

Spider-Man, Fire-Star, and Iceman at the Dallas Ballet

Spider-Man: Friends and Enemies

Spider-Man: Hit & Run

Spider-Man in Parallel Lives

Spider-Man Index

Spider-Man: Lethal Foes

Spider-Man: The Lost Years

Spider-Man Magazine

Spider-Man: Maximum Carnage

Spider-Man Megazine

Spider-Man: Mutant Agenda

Spider-Man: Omega

VOL. 3226 PAGE 203

Spider-Man: Power of Terror

Spider-Man/Punisher/Sabretooth: Designer Genes

Spider-Man: Return of the Sinister Six

Spider-Man: Round Robin

Spider-Man Saga

Spider-Man: Skating on Thin Ice

Spider-Man: Special Edition

Spider-Man: Spirits of the Earth

Spider-Man, Storm and Power Man battle Smokescreen

Spider-Man 30th Anniversary Poster Book

Spider-Man: Torment

Spider-Man 2099

Spider-Man 2099 Annual

Spider-Man Unlimited

Spider-Man Unmasked coloring book

Spider-Man: Venom Returns

Spider-Man versus the Hulk

Spider-Man vs. Dracula

Spider-Man vs. Green Goblin

Spider-Man vs. Wolverine

Spider-Man Web of Doom

Spider-Man/X-Factor: Shadowgames

Spider-Man's Christmas: super-size coloring book

Spider-Woman

Spidey Super Stories

2021MARVEL-0008255

Spirit Tree, The, 1951

Spitfire & the Troubleshooters

VOL. 3226 PAGE 204

Spoof

Sport Life

Sport Pix

Sports Action

Sports Short Stories

Sports Stars

Sport Trails

Spy Cases

Spy Fighters

Spy Thrillers

Squadron Supreme

Stalker from the stars

Stamp Fun with Dinosaurs and Other Prehistoric Animals

Stamp Fun with Things That Go - Puzzles & Coloring Fun

Star Digest Comics

Starblast

Starbrand

Starjammers

Starlord

Steeltown Rockers

Strange Stories of Suspense

Strange Tales

Strange Tales Annual, 1963

Strange Tales of the Unusual

Strange Worlds

VOL. 3226 PAGE 205

Strangler's Holiday, 1942 Sub-Mariner (changed to Sub-Mariner Comics; changed to Sub-Mariner; changed to The Submariner)

Strikeforce Morituri

Stryfe: Strike Files

Sub-Mariner, The

Suburban She-Devils

Summer Fun with the Marvel Super Heroes activity book

Summertime Sticker Fun Book

Sun Girl

Super Heroes Activity Book

Super Heroes Christmas (giant size coloring book)

Super Heroes puzzles and games: featuring the exciting origins of Spider-Man, Captain America, the Incredible Hulk, Spider Woman

Superheroes

Super Rabbit

Super Rabbit Comics

Super-Villain classics

Superhero Women

Superman and the Amazing Spider-Man, 1976

Supernatural Thrillers

Superstars Album. No. 1, 1976

Survey

Sweet XVI

Table Talk and Tidbits, 1953

2021MARVEL-0008257

Tales of Asgard, 1968

Tales of Asgard:  The Raven Banner Grapghic Novel

VOL 3226 PAGE 206

Tales of Justice

Tales of Marines

Tales of Suspense

Tales of the Zombie

Tales to Astonish

Target Safety Book (activity book)

Teen Tempo

Television Life

Ten True Crime Cases

Tents Toward the Sunrise, 1953

Terror, Inc.

Tessie the Typist (changed to Tiny Tessie)

Texas Kid

Tex Morgan

Tex Taylor

Thanos Quest, The

The Thing

Things that go:  stamp fun book

This is Blue Star calling the Marvel Super Heroes:  a Marvel super activity book

This Is It, 1957

Thor

Thor annual

Thor: The Ballad of Beta Ray Bill

2021MARVEL-0008258

Thor Corps

Thor King Size

VOL.3226 PAGE 207

3-Book Western

3-D Action

3-D Tales of the West

3 Girls and a Killer, 1943

3 Girls and a Killer; Abridgement

Three Western Novels

Three Western Novels Magazine

Thunderstrike

Tiger Street, 1954

To capture the magic crystal

Tomb of Darkness

Tomb of Dracula

Tough Kid Squad Comics

The Tournament

Toward Better Health, 1948

Tower of Doom

Tower of Doom sticker adventure book

Tower of Shadows

Trapped

Triple-Length Adventure

True Complete Mystery

True Life Tales

True Western

2021MARVEL-0008259

Tru-Life Detective Cases

VOL. 3226 PAGE 208

TV By Day

TV By Day Album

TV By Day Yearbook

TV Day Stars

TV Day Stars Annual

TV Illustrated Magazine

TV Land (changed to Day-Time Stars)

TV Lane

TV Movie & Record Stars Illustrated (changed to TV Movie & Record Stars; changed to Movies Illustrated)

TV People

TV People and Pictures (changed to TV People)

TV Pictorial

T.V. Star Life (changed to T.V. Circle)

TV World

TV World Album

2099 A.D.

2099 Unlimited

2 Darling Love Novels

Two Gun Kid

Two Gun Western

Two-Gun Western Novels Magazine

Ultra X-Men Collection

U.S.A. Comics

U.S.L.

Uncanny Tales

Uncanny X-Men, The

Uncanny X-Men Annual, The

VOL 3226 PAGE 209

Uncanny X-Men at the state fair of Texas, The

Uncanny X-Men Masterworks

Uncensored Magazine

Understanding Adults, 1948

Unknown Worlds (changed to Journey Into Unknown Worlds; changed to Unknown Worlds)

Untold Tales of Spider-Man

U.S.Agent

Use of Visual Aids in the Teaching of Arithmetic, The, 1950

Vampire Tales

Vault of Evil

Venom

Venom: Deathtrap the Vault

Venom: The Enemy Within

Venom: The Mace

Venom: Nights of Vengeance

Venom: Separation Anxiety

Venom: Sinner Takes All

Venus

Vision

Vision and the Scarlet Witch, The

Vital Detective Cases

Wacky Duck

Patsy Walker

Patsy Walker's Fashion Parade, 1965

Wally the Wizard

War Action

War Adventures

War Adventures on the Battlefield

War Combat (changed to Combat Casey)

War Comics

War Is Hell

Warlock

Warlock Chronicles

Warlock and the Infinity Watch

War Machine

We Can Win Others, 1953

Weapon X

Web of Spider-Man

Web of Spider-Man Annual

Wedding of Dracula

Weird Wonder Tales

Werewolf By Night

West Coast Avengers

West Coast Avengers Annual

Western Action

Western Fiction Magazine

Western Gunfighters

VOL. 3226 PAGE 210

Western Kid (changed to The Western Kid)

Western Life Romances

Western Magazine

Western Novel and Short Stories

Western Outlaws

Western Outlaws and Sheriffs

Western Short Stories

Western Team-Up

Western Thrillers

Western Trails

Western Winners

What About Memory Work?, 1947

What If...?

What the...!?!

What the...!?! Summer Special

What the...!?! Fall Special

What price a life?:  All New A Tale of triumph and tragedy in the Mighty Marvel Tradition

Where Creatures Roam

Where Monsters Dwell

Whip Wilson

Who's Delinquent, 1954

Who's Who In Country & Western World

Wild

Wild West (changed to Wild Western)

Wild Western

VOL. 3 2 2 6 PAGE 2 1 1

2021MARVEL-0008263

Willie

Willie the Wiseguy

VOL. 3226 PAGE 212

Wit and Wisdom of Watergate, The, 1973

Witness, The

Wives and Lovers, 1956

Wolfpack

Wolverine

Wolverine Battles The Incredible Hulk

Wolverine: Blood Hungry

Wolverine: Bloodlust

Wolverine: Bloody Choices

Wolverine: Evilution

Wolverine and Ghost Rider in Acts of Vengeance

Wolverine in Global Jeopardy

Wolverine: Inner Fury

Wolverine: The Killing

Wolverine Poster Book

Wolverine/Punisher: Damaging Evidence

Wolverine: Rahne of Terra

Wolverine Saga

Wolverine in Save the Tiger

Wolverine: Typhoid Mary

Wolverine: Weapon X

Woman's Life, A, 1954

Women Without Men, 1957

2021MARVEL-0008264

Wonder Duck

Wonder Man

Wonder Man Annual

World of Fantasy

World of Mystery

World of Suspense

World's Greatest Songs

Worlds Unknown

Wyatt Earp

X-Calibre

X-Factor

X-Factor Annual

X-Factor: Prisoner of Love

X-Factor Special Edition

X-Force

X-Force Annual

X-Force/Spider-Man: Sabotage

X-Man

X-Men, The

X-Men Adventures

X-Men: Alpha

X-Men/Alpha Flight (2 Issue Limited Series)

X-Men Animation Special (Graphic Novel)

X-Men Anniversary Magazine

X-Men annual

VOL 3226 PAGE 213

X-Men/Avengers: Blood Ties

X-Men Chronicles

VOL.3226 PAGE 214

X-Men Classics starring the X-Men

X-Men coloring book

X-Men: Dark Phoenix Saga

X-Men: Days of Future Past

X-Men: Days of Future Present

X-Men: The Early Years

X-Men From the Ashes

X-Men/Ghost Rider: Brood: Trouble in the Big Easy

X-Men: God Loves, Man Kills

X-Men Greatest Battles

X-Men: Guide to the Mansion

X-Men Masterpieces

X-Men Mutant Genesis

X-Men, The Official Marvel Index to the

X-Men: Omega

X-Men Poster Magazine

X-Men: Prime

X-Men: Spotlight on the Starjammers

X-Men Trade Paperback

X-Men 2099

X-Men Unlimited

X-Men vs. The Avengers

X-Men vs. Dracula

2021MARVEL-0008266

X-Men Wedding Album

X-Men: X-Tinction Agenda

VOL 3226 PAGE 215

X-Universe

Ye Are My Witnesses, 1954

Yellow Claw, The

Yoo Hoo

Young Allies Comics (changed to Young Allies; changed to Young Allies Comics)

Young Hearts

Zest

Ziggy Pig-Silly Seal Comics

2021MARVEL-0008267

# POSTERS

VOL.3226 PAGE 216

| Poster Number | Title/Subtitle of Poster |
|---|---|
| 1 | X-MEN I/Sentinels |
| 2 | ALPHA FLIGHT/Big Puck |
| 3 | DR. STRANGE/Conjuring |
| 4 | SPIDER-MAN I |
| 5 | NEW MUTANTS/Collage |
| 6 | FANTASTIC FOUR I/Family Portrait |
| 7 | AVENGERS/East & West |
| 8 | CLOAK & DAGGER |
| 9 | DREADSTAR |
| 10 | HULK I/Face |
| 11 | X-MEN WOMEN/Poolside |
| 12 | SHE-HULK/Walkman |
| 13 | SPIDER-MAN II/Old & New |
| 14 | WHITE QUEEN/Sultry |
| 15 | PUNISHER I/Dodging Bullets |
| 16 | DAREDEVIL/Cityscape |
| 17 | X-MEN II/Reprint of Poster #1 |
| 18 | SECRET WARS/Beyonder |
| 19 | STAR COMICS/Montage |
| 20 | WOLVERINE/Montage |
| 22 | THOR/Big Ship |
| 23 | SILVER SURFER/Comet |
| 24 | DARK PHOENIX/Montage |

| | |
|---|---|
| 25 | X-FACTOR/Cover to Issue #1 |
| 26 | NEW UNIVERSE/Montage |
| 27 | MARVEL'S 25TH |
| 28 | PUNISHER II |
| 29 | BLACK CAT |
| 30 | STORM I/Old & New |
| 31 | CLOAK & DAGGER II |
| 32 | ELEKTRA/Elektra Assassin |
| 33 | MAGIK |
| 34 | CAPTAIN AMERICA |
| 35 | SCARLET WITCH |
| 36 | X-MEN |
| 37 | WOLVERINE/Cover to TPB |
| 38 | PUNISHER III/Target |
| 39 | SILVER SURFER |
| 40 | DAREDEVIL II |
| 41 | SPIDER-MAN IV |
| 42 | THOR II |
| 43 | IRON MAN I |
| 44 | MARVEL UNIVERSE |
| 45 | NICK FURY/Shield |
| 46 | EXCALIBUR |
| 47 | SHE-HULK/Muscle Beach |
| 48 | HULK/WOLVERINE/Reflecting Claws |
| 49 | POWER PACK |

VOL.3226 PAGE 217

| 50 | SILVER SURFER |
| 52 | WOLVERINE III |
| 53 | X-FACTOR II |
| 54 | PUNISHER IV |
| 55 | ROGUE |
| 56 | WOLVERINE IV |
| 57 | WOLVIE/CAP |
| 58 | HULK II |
| 59 | SILVER SURFER |
| 60 | THOR III |
| 61 | ELEKTRA II/Elektra Lives |
| 62 | PUNISHER VI/Movie Poster |
| 63 | MUTANTS |
| 64 | SPIDER-MAN V |
| 66 | AVENGERS II/Avengers Assemble |
| 67 | WOLVERINE/NICK FURY |
| 68 | IRON MAN II |
| 69 | SPIDER-MAN VI/Upside Down |
| 70 | NAMOR, SUB-MARINER |
| 71 | PUNISHER VII/Holding Pistols |
| 72 | DAREDEVIL III |
| 73 | WOLVERINE V |
| 74 | SHE-HULK III |
| 75 | SPIDER-MAN VII/Cover to #1 |
| 77 | FANTASTIC FOUR II |

VOL. 3226 PAGE 218

2021MARVEL-0008270

| | | |
|---|---|---|
| 78 | CAPTAIN AMERICA/50th Anniversary | |
| 79 | PUNISHER IX | VOL. 3226 PAGE 219 |
| 80 | ELEKTRA III | |
| 81 | DRACULA | |
| 83 | STORM II | |
| 84 | WOLVERINE VI | |
| 85 | X-MEN Triptych I/X-Men, Storm, Forge and Lorna Dane | |
| 86 | X-Men Triptych II/Jubilee, Wolverine, Havok & Psylocke | |
| 87 | X-Men Triptych III/Rogue Banshee Gateway & Colossus | |
| 88 | BLACK WIDOW | |
| 89 | MARVEL UNIVERSE II | |
| 90 | PUNISHER X/Graphitti | |
| 91 | SPIDER-MAN VIII | |
| 92 | DEATHLOK I | |
| 93 | WOLVERINE VI | |
| 94 | SILVER SURFER/GALACTUS/Neon | |
| 95 | THING | |
| 96 | X-MEN III/Cover to #275 | |
| 97 | THING VS. HULK | |
| 98 | CAPTAIN AMERICA II | |
| 99 | PUNISHER XI | |
| 100 | WOLVERINE VII | |
| 101 | WOLVERINE, GHOST RIDER & THE PUNISHER | |
| 102 | SPIDER-MAN VIII | |
| 103 | DAREDEVIL & ELEKTRA | |

| | |
|---|---|
| 104 | GUARDIANS OF THE GALAXY |
| 105 | IRON MAN III/Suits of Armor |
| 106 | GHOST RIDER I/Fluorescent |
| 107 | DOCTOR STRANGE/Skulls |
| 108 | X-MEN II/Grounded |
| 109 | SPIDER-MAN & MARY JANE WATSON-PARKER |
| 110 | THOR CORPS I |
| 111 | WOLVERINE & CABLE Anniversary |
| 112 | INFINITY WAR, THE |
| 113 | VILLAINS GALLERY/X- Men |
| 114 | ORIGINAL X-MEN |
| 115 | THINGS TO COME/X-Men |
| 116 | TIME OFF/X-Men |
| 117 | GHOST RIDER II |
| 118 | GUARDIANS OF THE GALAXY |
| 119 | PUNISHER XII/With Gun |
| 120 | WOLVERINE VIII/Scuba |
| 121 | X-MEN V/Vertical Door |
| 122 | GHOST RIDER III/Midnight Sons |
| 123 | X-MEN VI/Horizontal Door |
| 124 | EXCALIBUR |
| 125 | SPIDER-MAN & SPIDER-MAN 2099 I |
| 126 | HULK/Reprint of #1 |
| 127 | PSYLOCKE/Swimsuit |
| 128 | MARVEL UNIVERSE/Part 1 of 2 |

2021MARVEL-0008272

| | |
|---|---|
| 129 | MARVEL UNIVERSE/Part 2 of 2 |
| 130 | X-MEN VII/Tryptych |
| 131 | X-MEN VIII/Swimsuit |
| 132 | SPIDER-MAN VS. VENOM |
| 133 | GHOST RIDER IV |
| 135 | SILVER SABLE |
| 136 | PUNISHER/Reprint of Punisher X |
| 137 | CABLE I |
| 138 | WOLVERINE IX |
| 139 | GHOST RIDER IV |
| 140 | WOLVERINE V. SABRETOOTH I |
| 141 | CARNAGE/SPIDER-MAN/VENOM |
| 142 | HULK & FRIENDS |
| 143 | DEADPOOL I |
| 144 | MAGNETO I |
| 145 | SPIDER-MAN & MARY JANE/Swimsuit |
| 146 | INFINITY CRUSADE |
| 147 | WOLVERINE X |
| 148 | AVENGERS/30th Anniversary |
| 149 | STORM/Swimsuit |
| 150 | NEW WARRIORS |
| 151 | SABRETOOTH/Inside Cover #1 |
| 152 | DAREDEVIL IV/Cover to Marvel Age |
| 153 | VENOM II/Sewer Ceiling |
| 154 | MIDNIGHT SONS II/Burn at bottom |

VOL. 3226 PAGE 221

2021MARVEL-0008273

VOL 3226 PAGE 222

| | |
|---|---|
| 155 | GAMBIT I/Card Layout |
| 156 | PUNISHER XIII/Pose on Chimney |
| 157 | LETHAL FOES OF SPIDER-MAN |
| 158 | X-MEN 2099/spread from series |
| 159 | WOLVERINE XI/running |
| 160 | VENGEANCE I/Logo Down side |
| 161 | SPIDER-MAN 2099 I/City Scene |
| 162 | X-MEN |
| 163 | SPIDER-MAN IX/Very realistic |
| 164 | HULK VS. THING II |
| 165 | X-MEN IX |
| 166 | PUNISHER XIV |
| 167 | THOR CORPS |
| 168 | SILVER SABLE II |
| 169 | ROGUE II |
| 170 | X-MEN 2099 II/Painting |
| 171 | HULK 2099 I |
| 172 | GENERATION X I |
| 173 | SPIDER-MAN X |
| 174 | X-MEN X/Painting |
| 175 | BISHOP I/Painting |
| 176 | ROGUE III |
| 177 | GAMBIT II |
| 178 | FANTASTIC FOUR III |
| 179 | SPIDER-MAN XI |

| | |
|---|---|
| 180 | MARVELS |
| 181 | CABLE II |
| 182 | GHOST RIDER |
| 183 | X-MEN |
| 184 | WOLVERINE |
| 185 | SILVER SURFER III |
| 186 | VENOM III |
| 187 | PUNISHER XV |
| 188 | SPIDER-MAN XII |
| 189 | 2099 UNIVERSE |
| 190 | HULK |
| 191 | PUNISHER |
| 192 | WOLVERINE |
| 193 | GAMBIT |
| 194 | IRON MAN |
| 195 | SPIDER-MAN |
| 196 | CABLE |
| 197 | PUNISHER |
| 198 | X-MEN |
| 199 | SPIDER-MAN |
| 200 | CAPTAIN AMERICA |

VOL 3226 PAGE 223

# TV Series

VOL. 3226 PAGE 224

## Fantastic Four Title List

| Episode # | Series # | Episode Title |
|:---:|:---:|:---|
| 1 | 4301 | "A Monster Among Us" |
| 2 | 4303 | "Phantom of Film City" |
| 3 | 4306 | "The Mole Man" |
| 4 | 4304 | "Medusa & The Inhumans" |
| 5 | 4302 | "The Menace of Magneto" |
| 6 | 4308 | "Meet Doctor Doom" |
| 7 | 4305 | "The Diamond of Doom" |
| 8 | 4309 | "Frightful Four" |
| 9 | 4310 | "Calamity on the Campus" |
| 10 | 4307 | "Olympics of Space" |
| 11 | 4311 | "Impossible Man" |
| 12 | 4312 | "Final Victory of Dr. Doom" |
| 13 | 4313 | "Living Bomb Burst" |

# Marvel Superheroes Title List

- **Captain America**

VOL 3226 PAGE 225

| Digest   # | Title |
|---|---|
| MCA 6101 | THE SLEEPER SHALL AWAKE |
| MCA 6102 | WHERE WALKS THE SLEEPER |
| MCA 6103 | THE FINAL SLEEP |
| MCA 6104 | ZEMO AND MASTERS OF EVIL |
| MCA 6105 | ZEMO STRIKES |
| MCA 6106 | THE FURY OF ZEMO |
| MCA 6107 | THE GIRL FROM CAP'S PAST |
| MCA 6108 | THE STAGE IS SET |
| MCA 6109 | THIRTY MINUTES TO LIVE |
| MCA 6110 | THE ORIGIN OF CAPTAIN AMERICA |
| MCA 6111 | WRECKERS AMONG US |
| MCA 6112 | ENTER RED SKULL |
| MCA 6113 | MIDNIGHT IN GREYMOOR CASTLE |
| MCA 6114 | IF THIS BE TREASON |
| MCA 6115 | WHEN YOU LIE DOWN WITH DOGS |
| MCA 6116 | THE RETURN OF CAPTAIN AMERICA |
| MCA 6117 | THE SEARCH |
| MCA 6118 | TO LIVE AGAIN |
| MCA 6119 | REVENGE OF CAPTAIN AMERICA |
| MCA 6120 | THE TRAP IS SPRUNG |
| MCA 6121 | SO DIES A VILLAIN |
| MCA 6122 | THE SENTINEL AND THE SPY |

2021MARVEL-0008277

- **Captain America (continued)**

| Digest    # | Title |
|---|---|
| MCA 6123 | THE FANTASTIC ORIGIN OF RED |
| MCA 6124 | LEST TYRANNY TRIUMPH |
| MCA 6125 | THE RED SKULL LIVES |
| MCA 6126 | HE WHO HOLDS THE COSMIC CUBE |
| MCA 6127 | THE RED SKULL SUPREME |
| MCA 6128 | WHEN THE COMMISSAR COMMANDS |
| MCA 6129 | DOORWAY TO DOOM |
| MCA 6130 | DUEL OR DIE |
| MCA 6131 | LET THE PAST BE DONE |
| MCA 6132 | THE INCONCEIVABLE ADAPTOID |
| MCA 6133 | THE SUPER-ADAPTOID |
| MCA 6134 | THE BITTER TASTE OF DEFEAT |
| MCA 6135 | SORCERY'S TRIUMPH |
| MCA 6136 | THE ROAD BACK |
| MCA 6137 | THE SWORDSMAN |
| MCA 6138 | VENGEANCE IS OURS |
| MCA 6139 | EMISSARY OF DESTRUCTION |

- **Incredible Hulk**

| Digest    # | Title |
|---|---|
| MHU 6201 | MENACE TO MANKIND |
| MHU 6202 | CAPTURED AT LAST |
| MHU 6203 | ENTER...THE CHAMELEON |

VOL 3226 PAGE 226

| MHU 6204 | A TITAL RIDES THE TRAIN  ?????? |
| MHU 6205 | THE HORDE OF HUMANOIDS |
| MHU 6206 | HULK ON THE RAMPAGE |
| MHU 6207 | THE POWER OF DR. BANNER |
| MHU 6208 | WHERE STRIDES THE BEHEMOTH |
| MHU 6209 | BACK FROM THE DEAD |
| MHU 6210 | MICRO-MONSTERS |
| MHU 6211 | THE LAIR OF THE LEADER |
| MHU 6212 | TO LIVE AGAIN |
| MHU 6213 | ORIGIN OF THE HULK |
| MHU 6214 | ENTER THE GORGON |
| MHU 6215 | TO BE A MAN |
| MHU 6216 | THE TERROR OF THE TOADMAN |
| MHU 6217 | BRUCE BANNER-WANTED FOR |
| MHU 6218 | HULK RUNS AMOK |
| MHU 6219 | THE SPACE PHANTOM |
| MHU 6220 | STING OF THE WASP |
| MHU 6221 | EXIT THE HULK |
| MHU 6222 | ENTER TYRANNUS |

2021MARVEL-0008279

- **The Incredible Hulk (continued)**

VOL. 3226 PAGE 228

| Digest  # | Title |
|---|---|
| MHU 6223 | BEAUTY AND THE BEAST |
| MHU 6224 | THEY DWELL IN THE DEPTHS |
| MHU 6225 | THE TERROR OF THE T-GUN |
| MHU 6226 | I...AGAINST THE WORLD |
| MHU 6227 | BRUCE BANNER IS THE HULK |
| MHU 6228 | THE INCREDIBLE HULK VS THE |
| MHU 6229 | THE MASTER TESTS HIS METAL |
| MHU 6230 | MIND OVER METAL |
| MHU 6231 | THE RINGMASTERS |
| MHU 6232 | CAPTIVE OF THE CIRCUS |
| MHU 6233 | THE GRAND FINALE |
| MHU 6234 | THE MAN CALLED BOOMERANG |
| MHU 6235 | THE HULK INTERVENES |
| MHU 6236 | LESS THAN MONSTER, MORE THAN MAN |
| MHU 6237 | WITHIN THE MONSTER DWELLS A |
| MHU 6238 | ANOTHER WORLD, ANOTHER FOE |
| MHU 6239 | THE WISDOM OF THE WATCHER |

## Collectible Comic Character Trading Card Sets

| Title of Trading Card Set | Publication (Release) Date |
| --- | --- |
| MARVEL UNIVERSE - Series I | December 1990 |
| MARVEL UNIVERSE - Series II | June 1991 |
| X-MEN - Series I | February 1992 |
| MARVEL UNIVERSE - Series III | June 1992 |
| MARVEL MASTERPIECES - Series I | December 1992 |
| X-MEN - Series II | March 1993 |
| MARVEL UNIVERSE - Series IV | June 1993 |
| MARVEL MASTERPIECES - Series II | November 1993 |
| '94 FLEER ULTRA X-MEN | January 10, 1994 |
| 1994 The AMAZING SPIDER-MAN | March 22, 1994 |
| '94 FLAIR Presents The Marvel Universe | June 8, 1994 |
| MARVEL CARDS UNIVERSE 1994 | August 24, 1994 |
| 1994 EDITION MARVEL MASTERPIECES | September 23, 1994 |
| '95 FLEER ULTRA X-MEN | December 1, 1994 |
| '95 FLAIR MARVEL ANNUAL | January 30, 1995 |
| MARVEL METAL 1995 | March 24, 1995 |
| '95 FLEER ULTRA SPIDER-MAN | May 26, 1995 |
| OVERPOWER CARD GAME | August 22, 1995 |

Updated as of September 1, 1995

2021MARVEL-0008281