# EXHIBIT 3

Page 1

1

2          UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF NEW YORK

3    ------------------------------------------X

     MARVEL CHARACTERS, INC.,

4

            Plaintiff and Counterclaim-Defendant,

5

                -against-     Case No.:

6                             1:21-cv-7955-LAK
                              and consolidated

7                             cases, Nos.:
                              21-cv-7957 LAK and

8                             21-cv-7959 LAK

9    LAWRENCE D. LIEBER,

10        Defendant and Counterclaimant.

     ------------------------------------------X

11   MARVEL CHARACTERS, INC.,

12        Plaintiff and Counterclaim-Defendant,

13            -against-

14   KEITH A. DETTWILER, in his capaciity as

15   Executor of the Estate of Donald L. Heck,

16        Defendant and Counterclaimant.

     ------------------------------------------X

17   MARVEL CHARACTERS, INC.,

18        Plaintiff and Counterclaim-Defendant,

19            -against-

20   PATRICK S. DITKO, in his capacity as

     Administrator of the Estate of Stephen J.

21   Ditko,

22        Defendant and Counterclaimant.

     ------------------------------------------X

23                  DATE: October 25, 2022
                    TIME: 9:41 A.M.

24

        (Caption continues on following page.)

25

Page 2

1

2             **REALTIME VIDEOTAPED DEPOSITION**

3      of the Defendant, LARRY LIEBER, taken by

4      the Plaintiff and Counterclaim-Defendant,

5      pursuant to a Court Order and to the

6      Federal Rules of Civil Procedure, held at

7      the offices of O'Melveny & Myers, LLP, 7

8      Times Square, Times Square Tower, New York,

9      New York 10036, before Karyn Chiusano, a

10     Notary Public of the State of New York.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 3

1

2    A P P E A R A N C E S:

3

4    O'MELVENY & MYERS, LLP
        Attorneys for the Plaintiff and
5       Counterclaim-Defendant
        MARVEL CHARACTERS, INC.
6       7 Times Square
        Times Square Tower
7       New York, New York 10036
        BY: DANIEL PETROCELLI, ESQ.
8       dpetrocelli@omm.com

9

     TOBEROFF & ASSOCIATES, P.C.
10      Attorneys for the Defendant
        and Counterclaimant
11      LAWRENCE D. LIEBER
        23823 Malibu Road ~ Suite 50-363
12      Malibu, California 90265
        BY: MARC TOBEROFF, ESQ.
13      mtoberoff@toberoffandassociates.com

14

15

16   ALSO PRESENT:
        MARCELO RIVERA, Videographer
17      MOLLY LENS, O'Melveny & Myers, LLP
        DANIELLE FEUER, O'Melveny & Myers, LLP
18      ELI BARD, via Zoom
        JAYMIE PARKKINEN, via Zoom

19

20

21

22            *         *         *

23

24

25

Page 4

1

2      F E D E R A L   S T I P U L A T I O N S

3

4

5       IT IS HEREBY STIPULATED AND AGREED by and

6      between the counsel for the respective

7      parties herein that the sealing, filing and

8      certification of the within deposition be

9      waived; that the original of the deposition

10     may be signed and sworn to by the witness

11     before anyone authorized to administer an

12     oath, with the same effect as if signed

13     before a Judge of the Court; that an

14     unsigned copy of the deposition may be used

15     with the same force and effect as if signed

16     by the witness, 30 days after service of

17     the original & 1 copy of same upon counsel

18     for the witness.

19

20      IT IS FURTHER STIPULATED AND AGREED that

21     all objections except as to form, are

22     reserved to the time of trial.

23

24              *    *    *    *

25

Page 97

1                    LARRY LIEBER

2    second novel. I live alone and my powers of

3    recollection are not as good as they once

4    were.  Also, I feel I should tell you that

5    although I worked with most of the people

6    you mentioned, I did not really know them

7    well. A few of them, I have never even met.

8    Stan would give me a one-page plot outline

9    for a story, I would write the script,

10   return it to Stan, who then would have it

11   sent to an artist who, after drawing it,

12   would send it to a letterer and then, it

13   was inked and colored, while I was home

14   working on the next script."

15             And all of that is true; right?

16             MR. TOBEROFF:   Wait.

17        A.    I -- may I say?  I made a

18   mistake in this. And the mistake is would

19   give me a one-page -- I would write the

20   script, return it to Stan and then, would

21   have it sent -- he didn't have it sent to

22   -- to the artist -- to the artist but --

23   and then the letterer, I think it was the

24   reverse:  He had it sent to the letterer

25   and then the artist.

Page 98

1                          LARRY LIEBER

2          Q.      Okay.  But aside from that, the

3    rest of it is true?

4          A.      And -- and --

5                  MR. TOBEROFF:  Read the letter.

6                  MR. PETROCELLI:  Please don't

7          interrupt the witness.

8          Q.      Aside from --

9                  MR. TOBEROFF:  If you want the

10         witness to attest whether something

11         is true or not, I am asking him to

12         read the letter.

13                 THE WITNESS:  You -- you -- you

14         mean this whole -- whole --

15                 MR. TOBEROFF:  No.

16         Just read it.

17                 MR. PETROCELLI:  Timeout.

18         Timeout.

19         Q.      I have a question.

20                 My question to you is:  You

21    gave a clarification.  Aside from that

22    clarification, is what you wrote here true?

23                 (Witness reviews document.)

24         A.      What I -- what I read to you is

25    true.

Page 113

                              LARRY LIEBER

1                     And after -- I forget whether

2      it was a year or two years, it was a brief

3      thing and then, I went back to Marvel.

4                     That's when Stan offered me

5      the, um, the job in the British Department.

6          Q.     Which is what?

7          A.     Well, as an Editor.

8                     And that was the first time I

9      was on staff.  And well, I was in the

10     British Department.

11         Q.     Okay. The time period that I am

12     going to focus on is when you were writing

13     scripts in the early 60's for --

14         A.     That's before?

15         Q.     Beforehand, right.

16                    Where, for lack of a better

17     word, I will call it the superhero

18     characters; okay?

19         A.     Yes.

20         Q.     Okay.  And this is at a time

21     when Stan was giving you the plots and you

22     were writing the scripts; right?

23         A.     Yeah.

24                    Before -- I think -- I -- there

Page 114

1              LARRY LIEBER
2     was a period where, for seven years, I did
3     that "RAWHIDE KID", which I --
4          Q.    Yes.
5                I was going to ask you about
6     that but I'm -- exactly right because --
7          A.    I don't remember when, now they
8     -- which came (indicating.)
9          Q.    There came a time instead of
10    writing scripts for the superhero
11    characters, based on Stan's plots, you
12    started both writing and illustrating the
13    "RAWHIDE KID's" Comics; right?
14         A.    Yes.
15         Q.    And you had more freedom at
16    that point; right?
17         A.    Yes.
18                Stan didn't even edit it.
19                He said he wouldn't -- I'm on
20    my own.
21         Q.    And you did the "RAWHIDE KID"
22    for around seven years or so?
23         A.    Yes.
24         Q.    And after the "RAWHIDE KID",
25    that's when you went to Atlas; right?

1               LARRY LIEBER

2     superhero books, starting with The

3     Fantastic 4.

4               That left an opening for the

5     "RAWHIDE KID".  Nobody -- and Stan offered

6     me the "RAWHIDE KID".

7          Q.    Well, okay. I am not going to

8     really focus on the "RAWHIDE KID".

9          A.    Oh, but that's how -- in time,

10    it -- it -- I must have started it at the

11    same time as -- as the superheroes was

12    starting, is what I --

13         Q.    Well, I will see if I can

14    refresh your memory on the exact sequence.

15    I know it's been a long, long time ago.

16         A.    Yes.

17         Q.    But I am going to focus on the

18    -- on the work that you did writing scripts

19    based on Stan's plots for the superheroes;

20    okay?

21         A.    Yes.

22         Q.    So, focussing now, not on the

23    "RAWHIDE KID"; okay?

24               Focussing on the characters,

25    like "ANT-MAN", "IRON MAN", "THOR":   You

```
1                    LARRY LIEBER
2     wrote scripts based on plots that Stan Lee
3     gave you; right?
4          A.     Yes.
5          Q.     And Stan was the person who
6     gave you the assignments to write a
7     particular script; is that correct?
8                 MR. TOBEROFF:   Objection.
9                 Assumes facts.
10         Q.     You may answer.
11         A.     Yes.
12         Q.     Okay. And in terms of the idea
13    for the stories that you scripted, the
14    ideas came from the plots and synopses that
15    Stan gave you; is that correct?
16                MR. TOBEROFF:   Asked and
17          answered.
18         Q.     When he objects, by the way,
19    you can answer.
20         A.     Okay.
21                MR. TOBEROFF:   He knows that.
22         Q.     Unless he tells you not to
23    answer; okay?
24                MR. TOBEROFF: He knows that.
25                MR. PETROCELLI:   Well, he's
```

Page 123

1                    LARRY LIEBER

2     script.  And then, I would write the

3     captions on the script, if there were

4     captions in the story on -- on a -- you

5     know, on a sunny Tuesday, so and so and so

6     and so.

7              And, I would put in the

8     dialogue for each of the characters. So,

9     that's what I mean, I made it into a story

10    from -- from the plot (indicating.)

11        Q.    And Stan Lee came up with the

12    ideas for the characters that would be in

13    the story; right?

14            MR. TOBEROFF:  Vague.

15        A.    Well, may I answer?

16        Q.    Yes.

17            You may answer.

18            MR. TOBEROFF:  You may always

19      answer, unless I instruct you not to

20      answer.

21            Just give me an opportunity to

22      object.

23            THE WITNESS:  Okay.

24        A.    He came up with the main --

25    yeah, I would certainly say the main

```
 1                    LARRY LIEBER
 2    characters.
 3         Q.    Like "IRON MAN"?
 4         A.    Oh, yes.
 5         Q.    And "THOR"?
 6         A.    And "THOR".
 7         Q.    And "ANT-MAN"?
 8         A.    Yes.
 9         Q.    Okay.
10              MR. TOBEROFF:  That was him.
11         Q.    In fact, all of the ideas for
12    stories came from Stan --
13              MR. TOBEROFF:  Misstates
14        testimony.
15         Q.    -- correct?
16              All the ideas for stories that
17    you wrote scripts for came from Stan Lee;
18    correct?
19         A.    From the superheroes.
20         Q.    Yes.
21         A.    Except the Old West.
22              And yes.
23         Q.    Yes.
24              We are not talking about the
25    westerns.
```

1               LARRY LIEBER

2        A.      Right. Yes.

3        Q.      Okay.

4        A.      They all came from Stan.

5        Q.      Okay. When Stan gave you an

6    assignment to do a script, did he give you

7    a deadline?

8               MR. TOBEROFF:  Um --

9        A.      Um --

10              MR. TOBEROFF:   Objection.

11              Again, assuming facts.

12              You may answer.

13       A.      Um, yes.

14              There was a deadline.

15       Q.      What were the typical deadlines

16   you received?

17       A.      I don't recall.

18       Q.      When you were writing scripts

19   for stories received from Stan, where Jack

20   Kirby was to be the artist, Stan would

21   frequently tell you that Jack drew very

22   quickly; is that right?

23       A.      Well, I had known that from --

24   he did most of the monster books at the

25   beginning, so, I knew he drew -- he drew

Page 128

LARRY LIEBER

1

2      Q.    And the penciler?

3      A.    No.  Wait a minute.

4            The penciler.

5      Q.    The penciler is first?

6      A.    Yeah.  It would go to the

7    penciler.

8      Q.    Before we go to the penciler,

9    though, Stan reviewed your scripts?

10     A.    The script, right.

11     Q.    And sometimes, he made changes;

12   right?

13     A.    He.  You know, I don't recall.

14           I recall in the early days of

15   the monsters but I don't recall him making

16   it and --

17     Q.    And as time went on, as you did

18   this more and more, Stan did fewer

19   corrections to make; right?

20     A.    Yeah.

21           That's why I don't recall him,

22   that point.  I don't.

23     Q.    And you understood Stan had the

24   right make the changes to your scripts;

25   right?

Page 129

```
 1                      LARRY LIEBER
 2          A.      Oh, of course.
 3          Q.      Other than talking to Stan --
 4              MR. PETROCELLI:  Well, time
 5          out.
 6              (Whereupon, a short recess was
 7          taken.)
 8          Q.      When Stan made changes to your
 9      scripts, did he go over those changes with
10      you or did he just make them and pass them
11      onto to the penciler?
12              MR. TOBEROFF:  Assumes facts.
13              And misstates his testimony
14          about changes.
15              MR. PETROCELLI:  Watch the
16          speaking objections.
17              You don't need to identify the
18          portion --
19              MR. TOBEROFF:  That's not an
20          objection, a speaking objection.
21              MR. PETROCELLI:  Otherwise.
22          You could be inadvertently coaching
23          the witness.
24          A.    Can you repeat that?  I go -- I
25      think I can --
```

1              LARRY LIEBER
2         "QUESTION: And then, after you
3    did the assignment and you -- what
4    would happen?  Then you would bring
5    it to the office?
6         "ANSWER: I would grow to the
7    office --
8         MR. PETROCELLI:  I think that
9    means "go."
10        THE WITNESS:  Go.
11        "ANSWER:  -- go to the office
12   with it. Yeah, I would bring it to
13   the office.
14        "QUESTION: And what would
15   happen next?
16        "ANSWER: He would go over it
17   and as I said, if it were in the
18   early years, he might correct or
19   change a line or two. But he always
20   used it. He -- he -- I never had to,
21   you know, go home and do it again. He
22   was very easy. He was showing me.  He
23   said "oh, you could have said this,
24   you could have done that" and he'd
25   make some little corrections. And as

Page 134

LARRY LIEBER

2      time went on, he had fewer to make."

3          Q.      And all of that testimony that

4      you gave was true; right?

5          A.      Yes.

6                  But I was referring to the

7      years with the monster books.

8          Q.      But he -- he -- Mr. -- your

9      brother, Lee {sic}, continued to review the

10     scripts that you gave for the superheroes;

11     right?

12         A.      I'm sure he -- or I am not

13     sure. Wait a minute.   I shouldn't say "I am

14     sure."

15                 I don't know.

16                 With the monster scripts, at

17     that point, I brought them in and gave it

18     to him and what he did, I -- I -- I can't

19     recall that.

20                 But when I said this, by my

21     language here, I know I was referring -- I

22     said -- he always used to go over it.  He

23     -- he would sometimes just cross something

24     out or tell me "change the word."

25                 He did it very easily, that's

1                    LARRY LIEBER

2       correct?

3              A.    Well, when I say "it was the

4       same process," does that imply that -- it

5       was the same -- let me ample: It was the

6       same process in that I wrote the story and

7       I handed it and I gave it to him. It might

8       have been different in that he -- he didn't

9       -- he didn't bother correcting or feel a

10      need to correct me at that point.

11             Q.    But he still had the right to

12      correct you, if he thought the corrections

13      were appropriate?

14                   MR. TOBEROFF:  Objection.

15                   Calls for a legal conclusion as

16         to "right."

17             Q.    You may answer.

18             A.    In my -- in my -- I -- I would

19      have thought that he did have the right.

20                   Yes, I would have felt it.

21             Q.    You're saying that as time went

22      on and your writing style improved, you

23      believe that Stan had less need to make

24      corrections?

25             A.    Yes; absolutely.

Page 138

1                    LARRY LIEBER

2        Q.      Okay. But if he thought he

3    wanted to change something, with respect to

4    the superheroes --

5        A.      He could.

6        Q.      -- you understood that he could

7    change it, if he wanted to; right?

8                MR. TOBEROFF:  Objection.

9                Asking a lay witness for a

10        legal conclusion.

11       Q.      You may answer.

12       A.      Yes.

13       Q.      Thank you.

14       A.      It was my understanding that he

15    could.

16       Q.      Okay. That's all. That's what I

17    am asking. Thank you.

18                During this period of time,

19    when you were working on the -- on the

20    Marvel superheroes in the 60's, you never

21    submitted any work to Marvel that had not

22    began assigned to you from Sam -- from

23    Stan; correct?

24       A.      I don't think I did.  No.

25       Q.      Okay.

Page 139

1                    LARRY LIEBER

2         A.    To the -- I don't know. I don't

3    think so.

4         Q.    Well, could you take a look at

5    your deposition, at 110?

6              (Witness complies.)

7         Q.    Page 21.

8              MR. TOBEROFF:  When you say 1

9         -- Page 21?

10             MR. PETROCELLI:  No.

11             Page 110.

12             I'm sorry. Line 21.  Line 21.

13        Q.    Do you see the yellow part,

14   that's under -- highlighted, on Page 110?

15             (Witness reviews document.)

16        A.    Yes.

17        Q.    For the period 1958 to 1965,

18   did you ever submit any work to Marvel that

19   hadn't been assigned to you?

20             "ANSWER: No. No."

21        Q.    Do you see that?

22             (Witness reviews document.)

23        A.    Yes.

24        Q.    And that was true testimony;

25   right?

```
 1                    LARRY LIEBER
 2          A.    I -- I -- I believed it, when I
 3    said it.
 4          Q.    Okay.  And that was true for
 5    all of your scripts on the superhero work?
 6          A.    You mean submitting on my own?
 7                Yes. I believe so.
 8          Q.    In other words, all of the work
 9    that you did on the superheroes was
10    assigned to you from Stan Lee?
11          A.    Yes.
12          Q.    Okay.
13          A.    I think so.
14          Q.    Thank you.
15                MR. TOBEROFF:  You have to
16          speak audibly.
17          A.    Yes.  I --
18                MR. TOBEROFF:  We heard you but
19          --
20                THE WITNESS:  Oh.
21                MR. TOBEROFF:  -- I'm saying in
22          the prior answer, you trailed off.
23          You trailed off.
24                You said "I think so."
25                THE WITNESS:  I am getting
```

Page 141

```
                              LARRY LIEBER
 1
 2           confused.
 3           Q.    Your answer -- your answer, it
 4      was clear.
 5                 Thank you.
 6                 (Whereupon, a short recess was
 7           taken.)
 8           Q.    After you submitted your script
 9      to Stan Lee, after turned it in; okay, did
10      you ever have any contact with the artists,
11      colorers, inkers, pencilers about your
12      script?
13           A.    Not that I can recall.
14           Q.    Okay.
15                 MR. PETROCELLI:  Why don't we
16           take a short break right now; okay?
17                 THE VIDEOGRAPHER:  The time is
18           12:13 P.M.
19                 We are going off the record.
20                 (Whereupon, a short recess was
21           taken.)
22                 THE VIDEOGRAPHER:  The time is
23           12:38 P.M.
24                 We are back on the record.
25                 MR. PETROCELLI:  Can you put
```

```
 1              LARRY LIEBER
 2         I wouldn't do that.
 3    Q.    Okay.
 4    A.    I wouldn't do that.
 5    Q.    But you did get paid for all of
 6  the work that you did for Marvel?
 7    A.    Oh, yes.
 8    Q.    Yes.
 9         And you submitted a voucher;
10  right?
11    A.    Yes.
12    Q.    And you got a check; right?
13    A.    Yes.
14    Q.    And you got --
15         MR. TOBEROFF:  Vague is the
16      period.
17         MR. PETROCELLI:  I am referring
18      to 1958 to 1965.
19    Q.    And for your -- and for your
20  purposes, if it's important to you, I am
21  referring to -- to the time period before
22  you started working on the "RAWHIDE KID";
23  okay?
24    A.    Yeah.
25    Q.    And -- and you submitted a
```

Page 153

1                         LARRY LIEBER
2      voucher and you got a check; right?
3                   MR. TOBEROFF:  In 1958 to 1965?
4                   MR. PETROCELLI:  Yeah.
5                   MR. TOBEROFF:  That's the
6           question.
7           A.    Yes.
8           Q.    Okay. And you were paid a
9      per-page rate for your work; correct?
10          A.    Yes.
11          Q.    Who would hand out the checks?
12     A woman, named Millie?
13          A.    Yes. Yes.
14                I -- I -- I believe -- I have
15     tried to think of that and I -- I don't
16     know if it was a special day. I think there
17     might have been, where the freelancers had
18     to come into the office to get the -- the
19     checks and there might have been another
20     day when the people on staff got them.
21          Q.    Okay.
22          A.    I -- I -- I did -- vaguely.
23          Q.    You don't have copies of any of
24     those checks, do you?
25          A.    No.  No.  No.

1                    LARRY LIEBER

2          Q.     Okay.   Was there anything

3    printed on the back of the check?

4          A.     Well, I -- on -- on -- on them?

5    Yeah, there was something.

6          Q.    Do you recall?

7          A.    I don't recall what it was,

8    except the jist of it was, like, that it

9    now belonged to -- to -- to Marvel and --

10   and, you know, it didn't belong to me.

11         Q.     And -- and do you know if that

12   was written on every check that you

13   received?

14         A.     I believe so.

15                But I -- but I -- I don't -- I

16   -- I believe so. I -- I think it was the

17   custom. I --

18         Q.    Do you know --

19         A.     Let's say I didn't notice.

20                I didn't look at every check,

21   the back of it.

22         Q.    Other than the per-page rate,

23   did you receive any other money for the

24   scripts?

25         A.    Of course.

```
 1              LARRY LIEBER
 2              There was something --
 3              MR. TOBEROFF:  He's talking
 4         about between 1958 and 1965.
 5         A.    No.
 6              I mean for the -- for the --
 7    for the -- for the scripts? No.  I don't
 8    think so. No.
 9         Q.    Okay. So, for example --
10         A.    I was thinking of bonuses but
11    that was for people on staff.
12         Q.    Okay.  So, your sole
13    compensation was the per-page rate?
14         A.    As far as I know, yes.
15         Q.    Okay.
16         A.    That's all.
17         Q.    And you got that per-page rate
18    whether or not the comic was a flop or was
19    a big hit; right?
20              You still got the same per-page
21    rate?
22              MR. TOBEROFF:  Vague.
23         A.    Yeah.
24              As -- as long as they accepted
25    my --
```

```
1                   LARRY LIEBER
2           don't want you to speculate.  I only
3           want you to testify as to your
4           knowledge, period.
5        Q.    I am entitled to your best
6    recollection, sir, to be clear.
7               MR. TOBEROFF:  Exactly.
8        Q.    So, give me your best
9    recollection; who -- who --
10              MR. TOBEROFF:  And your
11          knowledge.
12              THE WITNESS:  What was the
13          question?
14              Excuse me.
15       Q.    -- approved the comics as they
16   were being processed and made the final
17   decision that they can be published?
18       A.    Well, Stan had to approve --
19   had to approve the plot and the artwork and
20   the other things and -- before it went to
21   the engraver.
22       Q.    Okay. If it went to the
23   engraver, then it would get published?
24       A.    As far as I -- I -- I know.
25       Q.    Okay. Can you identify any
```

Page 175

1                        LARRY LIEBER

2           A.      No.

3           Q.      Okay. And when you did

4     "RAWHIDE", were you still paid the same

5     way, per page?

6           A.      Oh, yes.

7                   Everything I did was per page.

8           Q.      Okay.

9           A.      Yeah.

10          Q.      And I had asked you about Don

11    Heck and you indicated that you really had

12    pretty much no knowledge about what he did.

13          A.      No. I knew of --

14                  MR. TOBEROFF:  Wait. Wait for

15        the next question.

16                  THE WITNESS:  Oh.

17          Q.      So, my -- what about Steve

18    Ditko?  Do you know whether he was ever

19    assigned work by someone, other than Stan

20    Lee or another Marvel Editor, while he was

21    at Marvel?

22          A.      I have no idea.

23          Q.      Would your answer be the same

24    for Jean Colon?

25          A.      Yes.

Page 222

1                    LARRY LIEBER

2         A.    No.

3               That's why I guess -- that's

4    why I guess I am confused with the "RAWHIDE

5    KID" and, you know, which came first.

6         Q.    These do not --

7         A.    I know.

8         Q.    These did not go into "RAWHIDE"

9    KID"?

10        A.    I never kept records of -- of

11   -- of this. No.

12        Q.    Okay. It's correct that all of

13   the scripts that you worked on, again prior

14   to "RAWHIDE KID", we are not talking about

15   "RAWHIDE KID".

16              All of the scripts that you

17   worked on that are listed in your

18   Termination Notices --

19        A.    Yes.

20        Q.    -- these are scripts that you

21   wrote all based on plots or synopsis from

22   Stan Lee; right?

23        A.    To the best of my recollection.

24        Q.    And he -- and in every case, he

25   would assign you these stories to write;

Page 224

                        LARRY LIEBER

1

2          right.

3                    Let me repeat --

4          A.     It's vague to me, in my memory.

5          Q.     All of the scripts that you

6     wrote were based on assignments that Stan

7     --

8          A.     I would say yes.

9          Q.     -- that Stan gave you?

10         A.     I would say yes.

11                But if you ask me do I recall

12    walking into the room?

13         Q.     I am not asking you that; okay?

14         A.     Okay.

15         Q.     Do you recall anybody, other

16    than Stan, giving you assignments? Anybody

17    at Marvel, other than Stan, giving you the

18    assignments to write the stories?

19         A.     These stories (indicating)?

20         Q.     Yes.

21                You're referring to the

22    exhibit.

23         A.     I don't recall anybody else.

24         Q.     Okay. And for each of these

25    stories, on Exhibit 1, after you wrote the

```
 1              LARRY LIEBER
 2       A.    Yes.  I would think so, yes.
 3       Q.    The same process was employed
 4  for all of these works?
 5       A.    To the best of my recollection,
 6  yeah.
 7       Q.    Okay. And you were paid for all
 8  of these stories that -- that are in --
 9  that are in the works in your Termination
10  Notices, on a per-page basis; correct?
11       A.    Yes.  I believe.
12       Q.    And that was the only money you
13  got was when you got paid for those scripts
14  on a per-page basis?
15       A.    Yes.
16       Q.    Okay. You can put that away and
17  let me just show you the next exhibit.
18            (Witness complies.)
19            MR. PETROCELLI:  This will be
20       Exhibit 24.
21            (Whereupon, Defendant Lieber's
22       Second Amended Responses and
23       Objections to Plaintiff's First
24       Interrogatories to Lawrence D. Lieber
25       was marked as Plaintiff's Exhibit 24
```

1                    LARRY LIEBER

2        A.    It says "Ditko."

3              I don't know.

4              (Witness reviews document.)

5        A.    My memory, I just don't know.

6        Q.    Okay. If you don't remember --

7        A.    These documents all seem alike

8    to me.

9        Q.    Okay. I just want to ask you a

10   couple of questions about this.

11       A.    I can't say that I have --

12   okay.

13             MR. TOBEROFF: You have to speak

14     clear.

15             You're speaking in a very low

16     voice.

17             THE WITNESS:  Oh. Yeah.

18       A.    I can't say with --

19             MR. TOBEROFF:  Okay. They heard

20     you.

21             THE WITNESS:  All right.

22       Q.    Okay. You can put that down for

23   a second.

24             (Witness complies.)

25       Q.    You did not begin writing a

Page 242

1                          LARRY LIEBER

2      script until Stan gave you the plot or the

3      synopsis; is that correct?

4           A.      He -- that -- yes.

5           Q.      And again, we are not talking

6      about "RAWHIDE" now.   This is before

7      "RAWHIDE".

8           A.      Yes.

9           Q.      Okay.

10          A.      He gave me the plot, yeah.

11          Q.      And that's when you started

12     your work on this script; right, after you

13     got the plot or synopsis?

14          A.      After I got -- right, his plot.

15          Q.      Okay.

16                  MR. TOBEROFF:   Objection;

17            vague, as to what we are talking

18            about.

19          Q.      So, let me direct you to

20     Request For Admission Number 2, which is on

21     Exhibit 25.

22                  (Witness complies.)

23          Q.      It's on Page 3.

24                  (Witness reviews document.)

25          Q.      It says:   "Admit that you did

1                    LARRY LIEBER

2          some very, um, um, accusatory remarks

3          that I don't like but you're right.

4                That one, I withdraw what I

5          said previously.

6                MR. PETROCELLI:  Okay.

7          Q.     So, you were paid for the work

8     that you did; correct?

9          A.     As far as I know, yes.

10         Q.     Thank you.

11         A.     I -- I -- yes.

12         Q.     And you already testified to

13    that so let me go see if I have any others.

14                Would it be fair to say, since

15    you never saw this document, you don't

16    really know why your lawyer answered the

17    way that he did on any of these?

18                MR. TOBEROFF:  Objection.

19                It misstates the testimony

20                He didn't say he never saw the

21         document.

22         Q.     You said you don't recall

23    whether or not you saw this document.

24         A.     I don't recall.

25         Q.     Is it -- so I won't have to

Page 258

1                    LARRY LIEBER

2      guy.  You must be exhausted."

3                    And I mentioned to a friend of

4      mine in the business there, an inker, I

5      said "poor Stan.  He was home on the

6      weekend and he wrote 50 pages" and the guy

7      said -- and my friend said to me:  "Larry,

8      if you can write 50 pages on a weakened,

9      wouldn't you do it?"

10                   And of course, I had to laugh.

11     And I said "I wish I could."

12          Q.    And during the late 50's and

13     the 60's, when you would write these comic

14     book stories, did -- were you paid a

15     salary?

16          A.    No.

17                 I was paid by the page.

18          Q.    Did you receive any health

19     benefits --

20          A.    No.

21          Q.    -- from the company?

22          A.    No.

23          Q.    Did you receive any retirement

24     benefits from the company at that time?

25          A.    No.

Page 266

```
1                      LARRY LIEBER
2         leading.
3         Q.    All right. The after you wrote
4    your story, what would happen?
5         A.    I would -- I would go to Marvel
6    and turn it in to -- to the Editor or to --
7    who I don't remember, to his secretary or
8    maybe even -- there were a few people, it
9    might have been Sol Brodsky or somebody
10   else, Paul Stymler or Stan, himself.
11              I mean I would just turn it in
12   to the company.
13        Q.    If they published your story,
14   would you be paid for it?
15        A.    Yes.
16        Q.    By the page?
17        A.    Yes.
18        Q.    Okay. Before they paid you by
19   the page, did Marvel own the story or did
20   you own the story, in your opinion?
21              MR. PETROCELLI:  Object -- I
22        object to the form of the question.
23        A.    Well, before they -- before
24   they paid me for it, they didn't have it, I
25   had it.  It's mine.  I wrote it.  I owned
```

```
1                    LARRY LIEBER
2         Q.    Okay. Everyone of the stories
3    that you wrote for the superheroes, every
4    single one, you got paid for; correct?
5         A.    Yes.
6         Q.    The one example that you
7    discussed, where you had to redo the plot,
8    that happened long afterwards, even after
9    "RAWHIDE KID"; is that correct?
10        A.    Oh, yes.
11        Q.    And you got paid --
12             MR. TOBEROFF:  Wait for me to
13        object.  Wait for me to object.
14             THE WITNESS:  I forgot.  I
15        forgot.
16             MR. TOBEROFF:  To everything
17        you're saying.
18        Q.    And you did get paid for the
19    pages that you wrote, when you finally
20    submitted them?
21        A.    When I wrote the story?  Yes.
22             MR. TOBEROFF:  You would not
23        wait -- letting me object; okay?
24             So, my objection is that these
25        questions are vague, overbroad and
```

Page 296

1                        LARRY LIEBER

2       of the checks.

3                        You don't recall whether the

4       back of the checks said that you were

5       selling something?

6            A.       I don't recall.

7            Q.       Okay.

8                 MR. TOBEROFF:  Wait a second.

9                 He is still talking and he said

10              "okay."

11                MR. PETROCELLI:  He said "I

12              don't recall."

13                MR. TOBEROFF:  No.

14                He said I don't recall but he

15              is talking and you feel it's okay to

16              him off because you want to cut it

17              off at "I don't recall" but he was

18              still talking.

19                MR. PETROCELLI:  Do you want

20              him to elaborate, Marc?

21                MR. TOBEROFF:  Yes.

22                MR. PETROCELLI:  He wants you

23              to elaborate because you didn't like

24              your answer.

25                MR. TOBEROFF:  That's not true.

1              LARRY LIEBER
2       You cut him off while he was still
3       speaking and you shouldn't be doing
4       that.
5    Q.    Please finish the answer.
6    A.    I forgot the question.
7    Q.    I'll ask you again:  You don't
8    recall that on the back of the check, it
9    said that you were selling something; is
10   that correct?
11            MR. TOBEROFF:  It misstates his
12       testimony.
13   A.    I don't recall what it said.
14   Q.    Okay. Thank you.
15            MR. TOBEROFF:  Again, you cut
16       him off.  He was talking.
17            You said okay, while he was
18       still talking.
19            THE WITNESS:  That's all I had
20       to say.
21            MR. PETROCELLI:  Marc, you just
22       heard your own client said "that's
23       all I had to say."
24            MR. TOBEROFF:  No.  But he was
25       talking.  You said okay.  You cut him

Page 299

1               LARRY LIEBER

2         said "yes," instead of "okay."

3               I am confused.

4       Q.    You were asked some questions

5    about how you wrote your stories.

6               Do you remember that?

7       A.    Yes.

8       Q.    You gave a very long answer.

9       A.    Yeah. Yeah. Well, I -- I -- I

10   felt that was -- I like to explain myself.

11      Q.    No.  That --

12      A.    Explain what went on here.

13      Q.    Now, you didn't select who the

14   artist was going to be for your scripts;

15   right?

16      A.    No. No.

17      Q.    Stan Lee did that; is that

18   correct?

19      A.    Yes.

20      Q.    And you didn't select who the

21   letterers or the colorers were going to be;

22   right?

23      A.    No.

24      Q.    And when you turned your script

25   in and as you testified, Stan had an

1                          LARRY LIEBER

2      opportunity to review it; right?

3           A.     I am sure he did.

4           Q.     Okay. After you turned it in,

5      you had no further communication or contact

6      with anybody except, perhaps, with Stan, if

7      he had some discussion with you?

8           A.     Yes.   That's right.

9           Q.     And so, you had no idea how

10     that comic story was going to ultimately

11     appear until you saw it in the comics after

12     it was published; is that right?

13          A.     Well, I -- I assume they would

14     follow my story but I had -- I had no idea

15     -- yeah, right.

16                 The next time I saw -- I knew

17     anything about it is when it came out, you

18     know, in the comic book form.

19          Q.     Okay.

20          A.     Unless I happen to see somebody

21     in the office inking it or lettering or

22     something.

23          Q.     And did you always look at the

24     comics once they were published?

25          A.     No.   No.

1                    LARRY LIEBER

2                  E X H I B I T S

3

4    PLAINTIFF'S  EXHIBITS

5

6    EXHIBIT    EXHIBIT                    PAGE

7    NUMBER     DESCRIPTION

8    1          Letter being dated

9               January 31, 2011           23

10   2          Deposition transcript

11              with attached errata

12              sheet                      31

13   3          Document, entitled "A

14              Conversation with

15              Artist-Writer Larry Lieber,

16              conducted & Edited by Roy

17              Thomas, Transcribed by

18              Jon B. Knutson"            35

19   4          Document entitled:

20              "Comic Book Marketplace,

21              Special Halloween

22              Horror-Fest! Jim Warren's

23              Creepy & Eerie!  Plus:

24              Grisly, Gruesome and

25              Ghastly...Pre-Code

```
                                      Page 316

  1                    LARRY LIEBER

  2                Horror!"                      41

  3      5        Document, entitled:

  4                "The Larry Lieber Interview,

  5                by Barry Dutter              43

  6      6        Document, entitled:

  7                "Tribute: 2003 Kirby Tribute

  8                Panel"                        45

  9      7        Document, entitled:  "20th

 10                Century Danny Boy"            49

 11      8        Document with picture of

 12                Stan Lee on cover, entitled:

 13                "Special STAN LEE 85th

 14                Birthday Issue!"              51

 15      9        Document, entitled:

 16                "Alter Ego, It Finally

 17                Happens!  Jack Kirby Takes

 18                Over Alter Ego!"              54

 19     10        CD of video                   60

 20     11        Document, entitled:  "Back

 21                Issue Icons Interview of

 22                Larry Lieber"                 62

 23     12        CD of podcast                 63

 24     13        Transcript of podcast         63

 25     14        Audiotape                     68
```

Page 317

1              LARRY LIEBER

2    15        Certified transcript of

3              interview                    68

4    16        E-mail                       68

5    17        E-mail                       80

6    18        E-mail                       86

7    19        E-mail from Marvel: August

8              1961 Omnibus Introduction

9              from Cory Sedimeier,

10             dated Thursday, January

11             28, 2021 at 7:10 A.M.    93

12   20        "Tales of Suspense,

13             "IRON MAN" He Lives!

14             He Walks! He Conquers!"  158

15   21        One-page document,

16             entitled "RAWHIDE KID"

17             Gunfight with Yerby's

18             Yahoos!"                    176

19   22        Contract, beginning with

20             the words: "AGREEMENT made

21             this 14 day of June, 1978,

22             by and between Larry

23             Lieber"                     182

24   23        Complaint for Declaratory

25             Relief                      216

Page 318

```
 1                      LARRY LIEBER
 2     24         Defendant Lieber's
 3                Second Amended Responses
 4                and Objections to
 5                Plaintiff's First
 6                Interrogatories to
 7                Lawrence D. Lieber        226
 8     25         Defendant Lieber's
 9                Responses and Objections
10                to Plaintiff's First Set
11                of Requests for
12                Admission to Lawrence D.
13                Lieber                    236
14     26         Plaintiff's First Request
15                of First Set of Requests
16                For Admission to Defendant
17                and Counterclaimant
18                Lawrence D. Lieber        239
19     27         Life insurance policy     305
20     28         Plot prepared by Stan
21                Lee                       309
22
23        (Exhibits retained by Court Reporter.)
24
25
```

Page 319

1                     LARRY LIEBER

2                       I N D E X

3

4     EXAMINATION BY                          PAGE

5     MR. PETROCELLI                        9/289

6     MR. TOBEROFF                            252

7

8     INFORMATION AND/OR DOCUMENTS REQUESTED

9     INFORMATION AND/OR DOCUMENTS           PAGE

10    (None)

11

12

13

14

15    QUESTIONS MARKED FOR RULINGS

16    PAGE LINE QUESTION

17    72    6    Mr. Lieber, you did speak to

18               your counsel during the break;

19               is that correct?

20

21

22

23

24

25

Page 320

1                        LARRY LIEBER

2                  C E R T I F I C A T E

3

4    STATE OF NEW YORK          )

                                :   SS.:

5    COUNTY OF NEW YORK         )

6

7         I, KARYN CHIUSANO, a Notary Public

8    for and within the State of New York, do

9    hereby certify:

10        That the witness whose examination is

11   hereinbefore set forth was duly sworn and

12   that such examination is a true record of

13   the testimony given by that witness.

14        I further certify that I am not

15   related to any of the parties to this

16   action by blood or by marriage and that I

17   am in no way interested in the outcome of

18   this matter.

19        IN WITNESS WHEREOF, I have hereunto

20   set my hand this 17th day of November,

21   2022.

22

23   <%18034,Signature%>

     KARYN CHIUSANO

24

25