# EXHIBIT 5

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                 FOR THE DISTRICT OF COLORADO
 3
 4   _____
                                   )
 5   STAN LEE MEDIA, INC.,         )
                                   )
 6             Plaintiff,          )
                                   )
 7        vs.                      ) Civil Action No.
                                   ) 1:12-cv-02663-WJM-KMT
 8   THE WALT DISNEY COMPANY,      )
                                   )
 9             Defendants.         )
     _____)
10
11
12
13
14           VIDEOTAPED DEPOSITION OF STAN LEE
15                Beverly Hills, California
16              Wednesday, March 13, 2013
17                       Volume 1
18
19
20
21   Reported by:
     ALENE M. CASTRO
22   CSR No. 4847
23   Job No. 1619769
24
25   PAGES 1 - 70
```

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                   FOR THE DISTRICT OF COLORADO
 3
 4    _____
                                            )
 5    STAN LEE MEDIA, INC.,                 )
                                            )
 6              Plaintiff,                  )
                                            )
 7       vs.                                ) Civil Action No.
                                            ) 1:12-cv-02663-WJM-KMT
 8    THE WALT DISNEY COMPANY,              )
                                            )
 9              Defendants.                 )
      _____)
10
11
12
13
14         Videotaped deposition of STAN LEE, Volume 1,
15    taken on behalf of Plaintiff, at 9601 Wilshire
16    Boulevard, Suite 700, Beverly Hills, California,
17    beginning at 9:01 a.m. and ending at 11:04 a.m. on
18    Wednesday, March 13, 2013, before ALENE M. CASTRO,
19    Certified Shorthand Reporter No. 4847.
20
21
22
23
24
25
                                                          Page 2
```

2021MARVEL-0131320

```
 1    APPEARANCES:
 2
 3    For Plaintiff Stan Lee Media, Inc.:
 4         EISNER CAHAN GORRY CHAPMAN ROSS & JAFFE
 5         BY:  ROBERT S. CHAPMAN
 6         BY:  JAMES MOLEN
 7         Attorneys at Law
 8         9601 Wilshire Boulevard, Suite 700
 9         Beverly Hills, California 90210
10         (310) 855-3200
11         rchapman@eisnerlaw.com
12         jmolen@eisnerlaw.com
13
14    For Defendant The Walt Disney Company:
15         WEIL, GOTSCHAL & MANGES LLP
16         BY:  BRUCE R. RICH
17         BY:  RANDI W. SINGER
18         Attorneys at Law
19         767 Fifth Avenue
20         New York, New York 10153-0119
21         (212) 310-8152
22         bruce.rich@weil.com
23         randi.singer@weil.com
24
25
```

Page 3

```
 1    APPEARANCES (continued):
 2
 3    For Stan Lee Individually:
 4         SHERMAN & HOWARD
 5         BY:  MARK W. WILLIAMS
 6         Attorney at Law
 7         633 Seventeenth Street, Suite 3000
 8         Denver, Colorado  80202-3622
 9         mwilliams@shermanhoward.com
10         (303) 299-8211
11
12         --and--
13
14         GANFER & SHORE LLP
15         BY:  IRA BRAD MATETSKY
16         Attorney at Law
17         360 Lexington Avenue
18         New York, New York  10017
19         (212) 922-9250
20         imatetsky@ganfershore.com
21
22
23
24
25
```

Page 4

```
 1     APPEARANCES (Continued):
 2
 3     Also Present:
 4          MICHAEL WOLK, Walt Disney Corporate Representative
 5          ELI BARD, Deputy Chief Counsel, Marvel
 6          Entertainment
 7
 8     Videographer:
 9          DAVID WEST
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 5

2021MARVEL-0131323

```
                        INDEX
WITNESS                                          EXAMINATION
STAN LEE
Volume 1


                  BY MR. CHAPMAN                      12



                       EXHIBITS
NUMBER                                                PAGE
Exhibit 1    Subpoena to Testify for Stan Lee         14


Exhibit 2    Email chain, the latest from Lee         23
             to Thall sent 12/16/00


Exhibit 3    Letter dated 10/15/98 to Stan Lee        26
             re Employment Agreement/Rights
             Assignment


Exhibit 4    Letter dated 10/15/98 to Stan Lee        28
             re Employment Agreement/rights
             Assignment; SLM 0129116-129120


Exhibit 5    Stan Lee v Marvel Entertainment          32
             Complaint
```

Page 6

```
1    INDEX (Continued):

2                         EXHIBITS

3    NUMBER                                              PAGE

4    Exhibit 6     Employment Agreement between         38

5                  Marvel Enterprises, Inc. and Stan

6                  Lee dated 11/1/98;

7                  MVL_SLMI0003352-3364

8

9    Exhibit 7     Letter dated 11/9/98 to Hardie       43

10                 from Lieberman;

11                 MVL_SLMI0003158-3159

12

13   Exhibit 8     Letter dated 6/8/00 to Lipson        45

14                 from Lieberman;

15                 MVL_SLMI0004566-4572

16

17   Exhibit 9     Letter dated 11/4/98 to Lieberman    48

18                 from Hardie; MVL_SLMI0003156

19

20   Exhibit 10    Excerpts from the book "Stan Lee     57

21                 Conversations"

22

23

24

25
```

2021MARVEL-0131325

```
 1   INDEX (Continued):
 2
 3                INSTRUCTIONS NOT TO ANSWER
 4                   PAGE        LINE
 5                    15          13
 6                    16          12
 7                    16          18
 8                    17           1
 9
10
...
25
```

```
 1      Q    So the salary didn't cover your writing?
 2           MR. WILLIAMS:  Object to the form of the
 3   question.  Mischaracterizes his testimony.
 4           You can go ahead and answer.
 5           THE WITNESS:  I don't really know how to        10:48:25
 6   answer that.  I got the salary, and I was -- well, I
 7   also got paid for the writing -- they paid me for
 8   what I wrote besides my salary.
 9   BY MR. CHAPMAN:
10      Q    So you got a salary whether you wrote or       10:48:41
11   not; correct?
12      A    Yes.
13      Q    And then if you wrote, you got paid in
14   addition; is that your testimony?
15      A    Right.  Except if I hadn't written, they       10:48:51
16   wouldn't have been so generous with the salary.  But
17   you're right, I got paid as editor and art director,
18   and I also got paid separately for whatever I wrote.
19      Q    Now, sir, you've told me that you've been
20   deposed before?                                        10:49:24
21      A    Yes.
22      Q    In connection with which case or cases was
23   that?
24      A    I don't even remember.  The one with
25   Marvel.  It seems to me there was something with       10:49:35
```

Page 63

```
 1
 2
 3
 4          I, STAN LEE, do hereby declare under
 5   penalty of perjury that I have read the foregoing
 6   transcript; that I have made any corrections as
 7   appear noted, in ink, initialed by me, or attached
 8   hereto; that my testimony as contained herein, as
 9   corrected, is true and correct.
10          EXECUTED this 22 day of April 2013,
11   at  Beverly Hills   ,    CA              .
              (City)                    (State)
12
13
14
15
                          _____
16                        STAN LEE
                          Volume 1
17
```

Page 69

## ACKNOWLEDGMENT

State of California
County of __Los Angeles__ )

On __April 22, 2013__ before me, __Kimberly Luperi__
(insert name and title of the officer)

personally appeared __Stan Lee__,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature __[signature]__   (Seal)

KIMBERLY LUPERI
Commission # 1949954
Notary Public - California
Los Angeles County
My Comm. Expires Aug 27, 2015

2021MARVEL-0131388

STATEMENT OF CHANGES

DEPOSITION OF STAN LEE
March 13 and 14, 2013

STAN LEE MEDIA, INC. V. THE WALT DISNEY COMPANY
Civil Action No. 1:12-cv-02663-WJM-KMT
United States District Court, District of Colorado

| PAGE | LINE | SHOULD READ | REASON |
|---|---|---|---|
| 5 | 4 | SLMI corporate representative | Incorrect corporate designation |
| 75 | 4 | SLMI corporate representative | Incorrect corporate designation |
| 89 | 8 | proceed | Typographical error |
| 119 | 8 | Perelman, the fellow who controls Revlon, had | Correction of name |
| 127 | 20-22 | I loved the way he drew the Surfer. To Jack it was just a throw-away character, but I decided to call him the Silver Surfer and give him a certain personality. | Correction of name and clarification of response |

_____
Stan Lee

Acknowledged before me this _____ day of April, 2013.

[SEAL]

_____
Notary Public

My commission expires: _____

# ACKNOWLEDGMENT

State of California
County of  Los Angeles                    )

On  April 22, 2013        before me,  Kimberly Luperi                        
                                             (insert name and title of the officer)

personally appeared   Stan Lee                                               ,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____     (Seal)

KIMBERLY LUPERI
Commission # 1949954
Notary Public - California
Los Angeles County
My Comm. Expires Aug 27, 2015

```
 1              I, the undersigned, a Certified Shorthand
 2   Reporter of the State of California, do hereby
 3   certify:
 4              That the foregoing proceedings were taken
 5   before me at the time and place herein set forth;
 6   that any witnesses in the foregoing proceedings,
 7   prior to testifying, were administered an oath; that
 8   a record of the proceedings was made by me using
 9   machine shorthand which was thereafter transcribed
10   under my direction; that the foregoing transcript is
11   a true record of the testimony given.
12              Further, that if the foregoing pertains to
13   the original transcript of a deposition in a Federal
14   Case, before completion of the proceedings, review
15   of the transcript [ ] was [ ] was not requested.
16              I further certify I am neither financially
17   interested in the action nor a relative or employee
18   of any attorney or any party to this action.
19              IN WITNESS WHEREOF, I have this date
20   subscribed my name.
21
22   Dated: March 16th, 2013
23                          _____
24                          ALENE M. CASTRO
25                          CSR No. 4847
```

Page 70