# EXHIBIT 6

Page 1

1            UNITED STATES DISTRICT COURT

2           SOUTHERN DISTRICT OF NEW YORK

3

   ---------------------------x
4 GARY FRIEDRICH ENTERPRISES)
   LLC et al,               )
5                          )
          Plaintiffs,  )
6                          )
     -against-          )No. 08-CV-01533(BSJ)(JCF)
7                          )
   MARVEL ENTERPRISES, INC., )
8 et al.,                )
                         )
9           Defendants.  )
   ---------------------------x
10

11                   REVISED

12

13       VIDEOTAPED DEPOSITION OF STAN LEE

14          Beverly Hills, California

15          Wednesday, May 4, 2011

16

17

18

19

20

21

22

23 Reported by:

24 SUSAN A. SULLIVAN, CSR #3522, RPR, CRR

25 JOB NO. 38463

        TSG Reporting - Worldwide    877-702-9580

2021MARVEL-0130754

```
 1                  May 4, 2011
 2                   9:09 a.m.
 3
 4    VIDEOTAPED DEPOSITION OF STAN LEE, taken by
 5    Defendants, at the offices of Rosenfeld Meyer
 6    ,9601 Wilshire Boulevard, Beverly Hills,
 7    California, before Susan A. Sullivan, CSR,
 8    RPR, CRR, State of California.
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1              A P P E A R A N C E S:
 2    RIEZMAN BERGER
 3         Attorneys for the Plaintiffs
 4         7700 Bonhomme Avenue
 5         St. Louis, Missouri 63105
 6    BY:  CHARLES S. KRAMER, ESQ.
 7
 8    HAYNESBOONE
 9         Attorneys for the Defendants
10         30 Rockefeller Plaza
11         New York, New York 10112
12    BY:  DAVID FLEISCHER, ESQ.
13             -and-
14    ELI BARD, Deputy General Counsel
15         Marvel Entertainment, LLC
16         135 West 50th Street
17         New York, New York 10020
18
19    ROSENFELD, MEYER & SUSMAN
20         Attorneys for the Witness
21         9601 Wilshire Boulevard
22         Beverly Hills, California 90210
23    BY:  TODD W. BONDER, ESQ.
24
25    VIDEOGRAPHER:  BRENT JORDAN
```

1    Q   And do you have any present intention to
2  move from that location in the near future?
3    A   No.
4    Q   At some point were you employed with a
5  company that published comic books under the Marvel
6  trade name?
7    A   Yes.
8    Q   When did you first become associated with a
9  company that published Marvel Comics?
10   A   Oh, golly.  It was 1940; '39, '40,
11  something like that.
12   Q   Do you recall the name of that company?
13   A   At the time it was called Timely Comics, at
14  least the comics section was.  They also published
15  other books.  I don't know what name they used.
16   Q   And at some point did Timely Comics sell or
17  transfer the Marvel comic book business to another
18  company?
19   A   Well, they were bought by a company called
20  Perfect Film and Chemical which later became Cadence
21  Industries and that was later sold to New World and
22  then it ended up with where it is now.
23   Q   Was Timely Comics a division of a company
24  known as Magazine Management Company?
25   A   It was, yes.

1   Q   So to the best of your recollection when
2   you first began work for a company that published
3   Marvel Comics the company name was Magazine
4   Management Company?
5       A   When I started working?
6       Q   Right.
7       A   I don't remember.  I just knew it as Timely
8   Comics.
9       Q   In the late 1960s into the early 1970s was
10  the company that was publishing Marvel Comics known
11  as Magazine Management Company?
12      A   I really am not good at dates.  They change
13  their name so often, I'm not sure when it was.
14      Q   When Perfect Film acquired the Marvel
15  Comics business did that acquisition affect the day-
16  to-day operations in any way?
17      A   Not really.  Not that I know of.
18      Q   What was the position that you held with
19  the company at the time that Perfect Film acquired
20  the Marvel Comics business?
21          MR. FLEISCHER:  Objection; form.
22          THE WITNESS:  Pardon me?
23          MR. FLEISCHER:  I'm just making an objection
24  for the record, Stan.
25          THE WITNESS:  I was head writer, editor and art

1  director.
2      Q   BY MR. KRAMER:  Just to clean up the record
3  a second, let me back up a little bit.
4          At the time that Perfect Film acquired the
5  Marvel Comics business you were employed in
6  connection with that business, correct?
7      A   Yes.
8      Q   And at that time you have indicated your
9  position was head writer, editor?
10     A   And art director.
11     Q   And art director.
12         During the time period immediately before
13 the sale of the company to Perfect Film, do you
14 recall which company or companies issued the checks
15 that you received in conjunction with your
16 employment?
17     A   Oh, no.
18     Q   After the acquisition by Perfect Film do
19 you know which company issued the checks?
20     A   No.
21     Q   Do you recall whether you ever received any
22 checks that came from the company Perfect Film and
23 Chemical?
24     A   No.
25     Q   Do you recall whether you ever received

Page 9

1    checks that came from a company known as Cadence?
2         A    No.
3         Q    And by no, you don't remember?
4         A    I don't.  I never looked at the checks, who
5    they came from.
6         Q    Are you aware that after the time that
7    Cadence or Perfect Film acquired the Marvel Comics
8    business they established a division known as the
9    Marvel Comics Group?
10             MR. FLEISCHER:  Objection.
11             THE WITNESS:  Yeah.  I mean, I don't know when
12   it happened, but I know there was a Marvel Comics
13   Group.
14        Q    BY MR. KRAMER:  After the establishment of
15   the Marvel Comics Group do you know what types of
16   business activities were done by the Marvel Comics
17   Group and which activities were still done by
18   Magazine Management Company?
19             MR. FLEISCHER:  Objection.
20             THE WITNESS:  Can I answer?
21             MR. FLEISCHER:  Yes.
22             THE WITNESS:  As far as I know, Marvel Comics
23   Group did the comic books and Magazine Management
24   was the overall company that did all the other
25   magazines.  They had all different kinds of

TSG Reporting – Worldwide        877-702-9580

2021MARVEL-0130762


1   magazines.

2        Q   BY MR. KRAMER:  In the period between 1969
3   and 1972-73, were you involved in any way in
4   determining whether or not any trademarks would be
5   registered in conjunction with Marvel Comics?
6        A   No.
7        Q   During that same time period were you
8   involved in any way in determining whether or not a
9   copyright would be registered with respect to a
10  comic book when it was published?
11       A   No.
12       Q   Do you know who made those decisions?
13       A   Pardon me?
14       Q   Do you know who made those decisions?
15       A   I assume someone in the business office but
16  no, I don't.
17       Q   In the late 1960s, early 1970s could you
18  generally describe what your day-to-day activities
19  were as head writer, editor and art director?
20       A   Well, I wrote a lot of the books.  I also
21  worked with the artists, I gave out assignments, I
22  gave out writing assignments, I gave out art
23  assignments, I checked all the artwork to make sure
24  it was the way I wanted it to be.  I didn't have
25  time really to read scripts that other people had

1    Q    And do you recall when approximately you
2    became publisher?
3    A    No, I don't.  It was somewhere in the early
4    seventies or middle seventies.
5    Q    Was that shortly after the period when you
6    were doing a lot of lecturing?
7    A    After the what?
8    Q    The period after you were doing the
9    traveling and lecturing.
10       MR. FLEISCHER:  Objection.
11       THE WITNESS:  They happened almost the same --
12   when I became publisher I did more and more
13   traveling and lecturing.
14   Q    BY MR. KRAMER:  Are you familiar with a man
15   named Gary Friedrich?
16   A    Yes.
17   Q    When did you first meet Gary Friedrich?
18   A    I don't know.
19   Q    What were the circumstances in which you
20   came to meet him?
21   A    Well, he did some writing for us so I had
22   met him but, I mean, there was nothing special about
23   my meetings with him that I would remember.  We had
24   so many freelance writers.
25   Q    So Mr. Friedrich was a freelance writer who

1  or artist be paid?

2       MR. KRAMER:  Object to form, foundation.

3       THE WITNESS:  Well, according to the artist and

4  writer, not enough.  They were -- I don't know what

5  you mean.  They were usually paid per page, they had

6  a page rate.  A writer would get so much a page for

7  a story and a penciller would get so much, an inker

8  would, a letterer would, and so forth.

9       Q   BY MR. FLEISCHER:  And at what point in

10  time in the process that you've described would the

11  writer and/or the artist receive payment for the

12  pages comprising this story?

13       MR. KRAMER:  Object to form and foundation.

14       THE WITNESS:  I missed the verb.  At what point

15  did they what?

16       Q   BY MR. FLEISCHER:  At what point in the

17  process would the artist or writer be paid for the

18  work embodied in the comic book?

19       MR. KRAMER:  Object to form and foundation.

20       THE WITNESS:  I assume when they handed in the

21  work or very -- we had things called vouchers.  They

22  would fill out a voucher saying what they did and

23  what the price per page was and what the total was

24  and they would hand in the voucher and then

25  whenever, a week later, two weeks, whatever the

2021MARVEL-0130786

1    company's rule was, they would get the check.

2         Q    BY MR. FLEISCHER:  Okay.  Would they get

3    the check before the comic book actually went on

4    sale?

5         MR. KRAMER:  Objection; foundation.

6         THE WITNESS:  I would think so but I'm not sure

7    because it depended how quickly the comic went on

8    sale and what the company's policy was.  I never

9    really paid any attention to that type of thing.

10        Q    BY MR. KRAMER:  Okay.  Was the artist or

11   writer receiving a page rate for the work on a comic

12   book paid anything in the 1992 period and before

13   based on the success or failure at the newsstand of

14   the comic book?

15        MR. KRAMER:  Object to form and foundation.

16        THE WITNESS:  Not.  Not that I know of, no.

17        Q    BY MR. KRAMER:  I think I may have said

18   '92.  I mean 1972 and earlier.

19        A    Say the whole thing again because I forgot

20   it.

21        Q    Okay.

22             In the period from the time you started

23   with Marvel through 1972 --

24        A    Until 1972, you mean.

25        Q    Yeah.

1        -- would the artist or writer receiving a
2    page rate receive any compensation in addition to
3    that dependent on the success of the sales of the
4    comic book?
5            MR. KRAMER:  Object to form and foundation.
6            THE WITNESS:  It wasn't our policy.  I can't
7    think of any case where that happened.
8        Q    BY MR. FLEISCHER:  Okay.
9            Now after the colorist did the work that
10   you've described with the silver prints, et cetera,
11   the book would go to a printer; is that correct?
12       A    Well, it would actually go to the engraver
13   and then to the printer.  There was even somebody in
14   between, I don't remember the name, it was
15   complicated in those days.  But essentially, yeah.
16       Q    And can you give me a range --
17       A    I think it was called a mat maker.  It also
18   went to a mat maker.  Sorry.
19       Q    How long after a story was penciled,
20   lettered and inked would it typically take before it
21   hit the newsstands?
22           MR. KRAMER:  Objection; form and foundation.
23           THE WITNESS:  I'm not sure.  I'd say probably a
24   couple of months.  It could vary.
25       Q    BY MR. FLEISCHER:  I think you mentioned

1   is paying the printer who is not printing the book.
2   So my biggest responsibility next to making the
3   books good was making sure those books were
4   delivered to the printer on time every month.
5        Q   And just so the record is clear, who paid
6   the printer?
7        A   The publisher.
8        Q   Can you recall any instance during your
9   tenure as editor from the beginning of your
10  employment by Marvel in 1939 or 1940 through 1972
11  where a writer or artist brought a work to you and
12  asked you if you wanted to publish it?
13           MR. KRAMER:  Objection; form and foundation.
14           THE WITNESS:  I don't recall any, no.
15       Q   BY MR. FLEISCHER:  Do you recall any comic
16  book that Marvel published prior to 1972 and
17  including 1972 that was created other than pursuant
18  to a specific assignment by an editor to a writer
19  and an artist?
20           MR. KRAMER:  Objection to form and foundation.
21           THE WITNESS:  Not in our regular comics, no.
22       Q   BY MR. FLEISCHER:  When you say not in our
23  regular comics, what do you mean?
24       A   I mean he had other books that, you know,
25  that were different, men's magazines and other

1   things, but with the comics, no, I don't recall any.
2       Q   Would you describe what the role of the art
3   director and the editor was, what the function of
4   editing and art directing a comic book is.
5           MR. KRAMER:  Objection; form and foundation.
6           THE WITNESS:  Well, essentially what the title
7   says.  The art director, which was usually me until
8   I stopped being active, looked over the artwork and
9   said, "Gee, I think that ought to be a closeup
10  instead of a long shot or it is a little hard to
11  understand what he is doing, can you clarify that
12  panel."  You know, you would discuss the artwork
13  with the artist.  The editor did the same thing.  He
14  said, "I think that dialogue, it doesn't sound like
15  this guy would really talk, he is out of character,"
16  or "This is too difficult for a younger reader to
17  understand" or "You are putting in too much
18  dialogue, I can't see the illustration clearly
19  enough."  I mean, anything that had to do with the
20  dialogue or the artwork, that's what they worked on.
21      Q   BY MR. FLEISCHER:  Were there any artists
22  or writers who were not subject to the review by an
23  editor and/or an art director?
24      A   No.
25          MR. KRAMER:  Objection; form and foundation.

1       THE WITNESS:  No, absolutely not.
2       Q    BY MR. FLEISCHER:  Did the editor have the
3  authority to make changes in dialogue or captions
4  that had been written by a writer?
5       A    That was his job.
6       Q    And did the art director have the authority
7  to make changes in artwork or modify artwork?
8       A    Yes.
9       Q    And did the editor have the authority to
10 remove a writer or an artist from a particular book
11 and assign another writer or artist to that book?
12      MR. KRAMER:  Objection; form and foundation.
13      THE WITNESS:  Yes.
14      Q    BY MR. FLEISCHER:  Now in your capacity as
15 a writer you were paid separately from your salary
16 as an editor; is that correct?
17      A    Right.
18      Q    And as a writer how were you paid?
19      A    Per page on a freelance basis like all the
20 other writers.
21      Q    Okay.  And when you received your payments
22 for your freelance work, was that by check?
23      A    Yes.
24      Q    And during the period of, say, 1971-1972,
25 do you recall whether there was any kind of legend

TSG Reporting - Worldwide       877-702-9580

2021MARVEL-0130793

Page 41

1    on the reverse side of the checks?
2            MR. KRAMER:  Objection; form and foundation.
3            THE WITNESS:  That legend was on the checks for
4    a long time, I can't tell you exactly what dates,
5    but I remember those legends, yeah.
6        Q    BY MR. FLEISCHER:  And I'm not going to ask
7    you to recite verbatim what the legend was but do
8    you recall what the gist of the legend was?
9        A    Yeah.  That you were -- you were drawing --
10   I guess it was that work for hire thing.  You were
11   just somebody who is doing something that the
12   company owned and you didn't own it.  That was the
13   intent of it.
14       Q    Did artists or writers have the ability to
15   assign themselves comic book stories at Marvel?
16       A    To assign themselves?  What do you mean by
17   that?
18       Q    Could an artist or a writer decide to write
19   a comic book or draw a story without first receiving
20   an assignment from an editor?
21           MR. KRAMER:  Form and foundation.
22           THE WITNESS:  Not for us.  I mean, they can do
23   whatever they wanted but everything that we
24   published was an assignment we gave them.
25       Q    BY MR. FLEISCHER:  Do you have any

2021MARVEL-0130794

Page 47

1    Q   And you have received at least that million
2   dollars a year for at least the last five years?
3    A   Oh, more than that.
4        MR. KRAMER:  That's all I have.
5        MR. FLEISCHER:  No further questions.
6        MR. KRAMER:  Thank you.
7        THE WITNESS:  Now your turn.
8        MR. FLEISCHER:  I'm done.
9        THE WITNESS:  Now I guess you want to.
10       MR. BONDER:  If you want.
11       THE VIDEOGRAPHER:  This marks the end of the
12  deposition.  Off video at 10:03 a.m.
13  ///
14  ///
15  ///
16                              _____
                                STAN LEE
17
18       Subscribed and sworn to
19       Before me this    day
20       of          20 .
21       _____
22
23
24
25

TSG Reporting - Worldwide        877-702-9580

2021MARVEL-0130800

```
1    State of California    )
                            ) ss.
2    County of Los Angeles  )

3

4              I, SUSAN A. SULLIVAN, CALIFORNIA CSR No.

5    3522, RPR, CRR, do hereby certify:

6              That prior to being examined STAN LEE, the

7    witness named in the foregoing deposition, was,

8    before the commencement of the deposition, duly

9    administered an oath in accordance with C.C.P.

10   Section 2094;

11             That the said deposition was taken before

12   me at the time and place therein set forth, and was

13   taken down by me in shorthand and thereafter

14   transcribed into typewriting under my direction and

15   supervision; that the said deposition is a true and

16   correct record of the testimony given by the

17   witness;

18             I further certify that I am neither counsel

19   for, nor in any way related to any party to said

20   action, nor in any way interested in the outcome

21   thereof.

22             IN WITNESS WHEREOF, I have subscribed my

23   name on this 16th day of May, 2011.

24                          _Sue Sullivan_____
25                          Sue SUllivan, CSR
```

```
 1                       INDEX
 2
 3   TESTIMONY OF STAN LEE                      PAGE
 4   Examination by Mr. Kramer                     5
 5   Examination by Mr. Fleischer                 28
 6   Examination by Mr. Kramer                    42
 7
 8
 9   EXHIBITS:                                  PAGE
10   Lee Exhibit 1, a copy of a comic book        16
11   Lee Exhibit 1, a copy of a comic book        24
12   Lee Exhibit 3, a copy of a comic book,       25
13   Bates Nos. MVL-00014499 to MVL-00014533
14
15
16
17
18
19
20
21
22
23
24
25
```