# EXHIBIT 7

1                    ROY THOMAS

2              UNITED STATES DISTRICT COURT

               SOUTHERN DISTRICT OF NEW YORK

3

4


   GARY FRIEDRICH ENTERPRISES, LLC, et al.,

5

        Plaintiffs,

6

   vs.                          Civil Action No.

7                               08-CV-01533(BSJ)(JCF)

8  MARVEL ENTERPRISES, INC., et al.,

9       Defendants.

10                      — — —

11      Videotaped deposition of ROY THOMAS,

12 VOLUME II, taken on behalf of Defendants, before

13 Rita A. DeRouen, Registered Professional Reporter

14 and Notary Public, at the Radisson Hotel, 2100

15 Bush River Road, Board Room, Columbia, South

16 Carolina, on the 13th day of April, 2011,

17 commencing at 11:01 a.m.

18

19

20

21

22

23

24

25  TSG Job # 37618

2021MARVEL-0130513

1                    ROY THOMAS
2     APPEARANCES OF COUNSEL:
3            On Behalf of the Plaintiffs:
4            CHARLES S. KRAMER, ESQ.
             Riezman Berger
5            7700 Bonhomme Avenue
             Seventh Floor
6            St. Louis, Missouri  63105
7
8        -and-
9            ERIC W. EVANS, ESQ.
             Roth Evans, P.C.
10           2421 Corporate Centre Drive
             Suite 200
11           Granite City, Illinois  62040
12
13
14           On Behalf of the Defendants:
15           JODI A. KLEINICK, ESQ.
             Paul Hastings Janofsky & Walker
16           75 East 55th Street
             First Floor
17           New York, New York  10022
18
19
20
21     Also Present:  Donald Graves, CLVS
                       Eli Bard, Marvel Entertainment
22
23
24
25                         _ _ _

2021MARVEL-0130514

Page 173

1              ROY THOMAS
2             I N D E X
3  EXAMINATION                          PAGE
4  By Mr. Kramer                         342
5  By Ms. Kleinick                 174, 404
6

          INDEX TO EXHIBITS
7

                                        PAGE
8

   Exhibit 18, E-mail, Bates THOM0000213        240
9  Exhibit 19, The Ghost Rider Comic Book,      250
              1 Feb, Color
10 Exhibit 20, Tales of The Ghost Rider Comic   255
              Book, No. 13, Color
11 Exhibit 21, Interview of Roy Thomas, Bates   258
              MVL-00015453 - 15468
12 Exhibit 22, Newsarama.com Article, Bates     263
              Friedrich 000317 - 320
13 Exhibit 23, CBA Interview, Bates             271
              THOM0008015 - 8029
14 Exhibit 24, SEMissourian.com Article,        276
              Bates Friedrich 000341 - 345
15 Exhibit 25, Ghost Rider DVD                  339
   Exhibit 26, E-mail, Bates THOM0000128        360
16

17        PREVIOUSLY IDENTIFIED EXHIBITS
18 Exhibit 4                                    257
   Exhibit 7                                    375
19 Exhibit 8                                    359
   Exhibit 14                                   241
20 Exhibit 16                                   188
   Exhibit 17                                   189
21 Exhibit 18                                   359
22
23
24

2021MARVEL-0130515

1                    ROY THOMAS

2    do any -- much real staff writing in that

3    madhouse, it was just too noisy and clamorous, and

4    I wasn't the kind of person who could write under

5    those circumstances.

6         Q.    Were you paid a -- was -- was the

7    staff writing position a salaried position?

8         A.    Yes.

9         Q.    And I believe you testified that you

10   received separate compensation for the freelance

11   work that you -- for the freelance writing that

12   you did during this time period?

13        A.    Yes.  It began almost im --

14   immediately really.

15        Q.    And how were you compensated for the

16   freelance work that you did?

17        A.    Well, without remembering every

18   single check as to how often, I know there were

19   just checks that every -- I don't remember if they

20   were every week or second week, they would have a

21   separate check that would come in for whatever

22   work you had vouchered as freelance during that

23   period.

24        Q.    Were -- were you paid based on a --

25   on a page rate for that work?

2021MARVEL-0130520

1                    ROY THOMAS

2    individual writer and artist.

3                    It generally was a page, more likely

4    two or three pages, of typed copy that told the

5    basic story.  It didn't break it down into panels

6    or pages, didn't include much, if any, of the

7    actual dialogue, but it told the basic story,

8    which the artist was then supposed to translate

9    into pictures.

10                   Of course, as I said, this was often

11   done -- increasingly and in various situations, it

12   was also done verbally without something being

13   written down.  It depended on the relationship

14   between the artist and the writer.  If the artist

15   really wanted a written plot, he would get one,

16   some would just as soon not have one.

17        Q.    The next step in the process that you

18   described during your testimony yesterday was

19   where the artist would break down the plot into

20   actual pages of the story, quote, adding whatever

21   he felt he needed to add to flesh out the story.

22                   Do you recall that?

23        A.    Yes.

24        Q.    And you also testified that, at that

25   point, materials would be what you referred to as

2021MARVEL-0130543

1                      ROY THOMAS

2    trafficked through the office to various extents?

3          A.     Yes.

4                  MR. KRAMER:  Object to the form of

5    the question, that misstates his prior testimony.

6    BY MS. KLEINICK:

7          Q.     What did you mean by "trafficked

8    through the office"?

9          A.     Well, particularly, it could have

10   even been that the plot was sent -- was mailed

11   from the office if the person was in there and

12   gave -- and turned it in.

13                 But, especially by the time the

14   artist had drawn the pencil drawings, they -- they

15   had to either mail them or physically bring them

16   by the office, which meant that the production

17   manager and a couple of people, you know, working

18   under him would -- would take care of it, they

19   would take care of it so that it went to the next

20   person, which was generally the letterer unless

21   Stan or I or someone said that they needed to see

22   the script or the artwork before it went to --

23   before it went to the letterer.

24                 Again, that depended on the trust in

25   the artist and various other factors as to how

2021MARVEL-0130544

```
1                    ROY THOMAS
2      closely and at what stage something was looked
3      at.
4             Oh, and I also stated yesterday that
5      trafficking sometimes was just verbal directions
6      and that the artist might be told, to save time,
7      to -- and some of them just hand-delivered it
8      because they were neighbors or whatever, to give
9      the art directly to -- the art and the script
10     directly to the letterer.
11            Once the -- I'm sorry, maybe I
12     misstated.  First we had to have the art come back
13     to the office for the writer to do the dialogue,
14     and that went -- then it went to the letterer.  In
15     each -- in each step it was trafficked by the
16     office either physically or by phone.
17            Q.    I think that you testified that the
18     -- that after the materials went to the
19     letterer --
20            A.    Uh-huh.
21            Q.    -- then it would go -- they would go
22     to the inker; is that correct?
23            A.    Yes.  Either directly mailed by the
24     letterer or maybe delivered to him if -- or picked
25     up by him or trafficked through the office, either
```

2021MARVEL-0130545

1          ROY THOMAS

2    basis on his own, he might be thinking a little

3    ahead.

4          Of course, that was then subject to

5    my or to Stan Lee's veto when they suggested a

6    story line.  It was certainly not part of their

7    job to do.

8    BY MS. KLEINICK:

9          Q.    I asked you -- my question was:  Are

10    you aware of any instance where that happened?

11          A.    I'm -- I'm not aware of any instance

12    where it happened.

13          Q.    To your knowledge, at any point

14    between July of 1965 and the end of 1972, did

15    Marvel ever buy a plot or synopsis or script that

16    was created on spec by a freelance writer or

17    artist?

18          MR. KRAMER:  Object to the form, lack

19    of foundation.

20          THE WITNESS:  I -- I can't think of

21    one.

22    BY MS. KLEINICK:

23          Q.    During the time period between July

24    of 1965 and the end of 1972, after a writer --

25    strike that.

2021MARVEL-0130559

1                    ROY THOMAS

2                    During the time period between July

3    of 1965 and the end of 1972, were there any

4    production deadlines set with respect to the comic

5    book issues that were being published by Marvel?

6                    MR. KRAMER:  Object to form, lack of

7    foundation.

8                    THE WITNESS:  They always had

9    deadlines.  Everything -- everything had a

10   deadline really.

11   BY MS. KLEINICK:

12       Q.    Do you know who set those deadlines?

13       A.    They were set on behalf of the -- the

14   editor, Stan Lee, until maybe the very end of that

15   period by the production manager on -- on the

16   editor's authority.

17       Q.    And were there any restrictions on

18   the number of pages for particular comic books

19   during this time period?

20                   MR. KRAMER:  Object to form, lack of

21   foundation.

22                   THE WITNESS:  Most of the stories had

23   a definite page length, which would vary from time

24   to time, 20, 21, or whatever pages.  We did have a

25   few stories -- comics we called mystery comics

2021MARVEL-0130560

1                    ROY THOMAS

2    with -- without continuing characters in which

3    there was more flexibility, it might be a five-

4    page story, a seven-page story, or whatever.

5              The writer was generally given some

6    page length when he was told to write the story.

7    Occasionally he might find some excuse and get

8    approval to vary it, but there was -- there was

9    always some sort of limitation there.

10   BY MS. KLEINICK:

11        Q.    And during the July of 1965 to the

12   end of 1972 time period, who, if anyone, at Marvel

13   decided which books would be published?

14              MR. KRAMER:    Object to form and

15   foundation.

16              THE WITNESS:    It was always -- the

17   ultimate say, as far as I know, was the publisher,

18   who, up through most -- through most of that time

19   was Martin Goodman, both before and for some time

20   after he sold the company.

21              There was a period near the end of

22   that time for a year or so, maybe it was a little

23   less than that year, not too much more, when his

24   son, Charles Chip Goodman, was the -- was the

25   publisher, and he had that decision.

2021MARVEL-0130561

1                     ROY THOMAS

2              That would have been at the very end

3    of that period.  Stan increasingly had authority

4    to do things, but it was always rather vague.  He

5    still ultimately had to have the publisher's

6    authority to start a book or kill a book or do

7    anything of that sort.

8    BY MS. KLEINICK:

9         Q.    What do you mean by "start a book"?

10        A.    To authorize a new comic book title

11   as opposed to an existing one.

12        Q.    When you were the assistant editor at

13   Marvel, did you have authority to make changes to

14   the materials that were submitted for publication

15   by a freelance writer or artist if you believed

16   changes were appropriate?

17             MR. KRAMER:  Object to form and

18   foundation.

19             THE WITNESS:  I have to ask, did you

20   mean strictly assistant or after I was also called

21   associate editor after about '66 or '67?  I wanted

22   to make sure when I answered it.

23   BY MS. KLEINICK:

24        Q.    I was referring just to the period

25   when you were assistant editor.

2021MARVEL-0130562

1                    ROY THOMAS

2    things when he felt there was a good reason, it

3    wasn't a good enough name or something along those

4    lines, something might come to his attention.

5         Q.    You testified that between July of

6    1965 and the end of 1972 freelance writers were

7    paid based on a page rate for the writing that

8    they did for Marvel; is that correct?

9         A.    Yes.

10        Q.    Do you know who established the page

11   rate that any particular writer would be paid

12   during this time period?

13             MR. KRAMER:  Object to form, lack of

14   foundation.

15             THE WITNESS:  Ultimately, it was the

16   publisher.  Stan could make recommendations.  And

17   I believe, again, his recommendations were maybe a

18   little more -- had a little more force as time

19   went on, but it was ultimately the publisher's

20   responsibility, they all had to be approved by

21   him, whether it be either Martin Goodman or Chip

22   Goodman.

23   BY MS. KLEINICK:

24        Q.    For the period from July 1965 to the

25   end of '72, with respect to your freelance writing

2021MARVEL-0130566

1                     ROY THOMAS

2    work, were there any general time frames in

3    relationship to time that the issue was dialogued

4    that you were paid with respect to that issue?

5              MR. KRAMER:   Object to form.

6              THE WITNESS:   It would depend on when

7    I managed to get the -- the voucher in.   It was my

8    responsibility, as it was other writers, to fill

9    out vouchers and put them in, and they would go

10   down -- go to be signed at some stage during the

11   week and then we would be paid.

12             Generally speaking, if I recall

13   correctly, we usually put in the writing rate

14   after the whole thing was written as opposed to

15   putting in something when the plot was turned in.

16   BY MS. KLEINICK:

17        Q.    During this time period, with respect

18   to your freelance writing work, were you typically

19   paid before the issue hit the stands?

20        A.    Usually I would have been because

21   they -- because by the time I -- from the time

22   that I might have finished the story until it was

23   on sale was going to be at least two or three

24   months, possibly a little more, possibly even a

25   couple of months more.

2021MARVEL-0130567

1              ROY THOMAS

2          So if -- even if I missed a pay

3    period, it was only going to be a couple weeks or

4    so, two or three weeks, before I was paid.  So I

5    was almost always paid before it was on sale.

6          Q.    And during this time period with

7    respect to your freelance writing work, did you

8    receive the same page rate regardless of whether

9    the issue ultimately sold well or not?

10         A.    Yes, I did.

11         Q.    Do you have any understanding of

12   whether other freelance writers who submitted

13   materials to Marvel during this time were also

14   paid the same -- their same page rate regardless

15   of whether the issue they worked on ultimately

16   sold well or not?

17              MR. KRAMER:  Objection.  Object to

18   form and lack of foundation.

19              THE WITNESS:  Yes.  It was a straight

20   page rate system.

21   BY MS. KLEINICK:

22         Q.    When you first joined Marvel in the

23   -- in 1965, was it your understanding that the

24   materials that you were submitting for publication

25   as a freelance writer were works-for-hire owned by

1                   ROY THOMAS

2    hire," but it was just another term for the way I

3    felt I had been working all along.

4         Q.    So what you understood -- or your

5    understanding was that the work that you were

6    creating, to the extent you would have any rights

7    in it, you were giving those rights up to

8    Marvel --

9              MS. KLEINICK:  Objection.

10   BY MR. KRAMER:

11        Q.    -- at all times?

12             MS. KLEINICK:  Mischaracterizes his

13   testimony.

14             THE WITNESS:  The back of the check

15   said that I was -- that by signing the check I was

16   signing over my rights to -- to Marvel.

17   BY MR. KRAMER:

18        Q.    And later, in the mid 1970s when the

19   term "work-for-hire" started banging around, you

20   understood that to refer to the same general

21   situation that had already existed?

22             MS. KLEINICK:  Objection.

23             THE WITNESS:  Yes, I did.

24   BY MR. KRAMER:

25        Q.    And do you understand that work-for-

2021MARVEL-0130697

Page 410

1                    ROY THOMAS
2               C E R T I F I C A T E
3
4
5    SOUTH CAROLINA:
6    RICHLAND COUNTY:
7
8
9              I hereby certify that the foregoing
10   deposition was reported, as stated in the caption,
11   and the questions and answers thereto were reduced
12   to that written page under my direction; that the
13   foregoing pages 1 through 168 represent a true and
14   correct transcript of the evidence given.  I
15   further certify that I am not in any way
16   financially interested in the result of said case.
17              Pursuant to Rules and Regulations of
18   the Board of Court Reporting of the Judicial
19   Council of South Carolina, I make the following
20   disclosure:
21              I am a South Carolina Court
22   Reporter.  I am here as an independent contractor
23   for TSG Reporting.
24              I was contacted by the offices of
25   TSG Reporting to provide court reporting services

2021MARVEL-0130752

```
 1              ROY THOMAS
 2  for this deposition.  I will not be taking this
 3  deposition under any contract that is prohibited
 4  by O.C.S.C.A. 15-14-7 (a) or (b).
 5              I have no written contract to
 6  provide reporting services with any party to the
 7  case, any counsel in the case, or any reporter or
 8  reporting agency from whom a referral might have
 9  been made to cover this meeting.  I will charge
10  my usual and customary rates to all parties in the
11  case.
12              This, the 18th day of April, 2011.
13
14
15              RITA A. DEROUEN
16              My Commission Expires
17              August 12, 2019
18
19
20
21
22
23
24
25
```

2021MARVEL-0130753