# EXHIBIT 8

Page 1

1           ROY THOMAS

2       UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF NEW YORK
3

4
   GARY FRIEDRICH ENTERPRISES, LLC, et al.,
5
            Plaintiffs,
6
     vs.                              Civil Action No.
7                                     08-CV-01533(BSJ)(JCF)

8  MARVEL ENTERPRISES, INC., et al.,

9           Defendants.

10                    - - -

11         Videotaped deposition of ROY THOMAS,

12  taken on behalf of Plaintiffs, before Rita A.

13  DeRouen, Registered Professional Reporter and

14  Notary Public, at the Radisson Hotel, 2100 Bush

15  River Road, Board Room, Columbia, South Carolina,

16  on the 12th day of April, 2011, commencing at

17  9:04 a.m.

18
                              **CERTIFIED**
19                            **COPY**

20

21

22

23

24

25  TSG Job # 37617

TSG Reporting - Worldwide          877-702-9580

```
                                                        Page 2

 1                    ROY THOMAS
 2   APPEARANCES OF COUNSEL:
 3          On Behalf of the Plaintiffs:
 4          CHARLES S. KRAMER, ESQ.
            Riezman Berger
 5          7700 Bonhomme Avenue
            Seventh Floor
 6          St. Louis, Missouri   63105
 7
 8      -and-
 9          ERIC W. EVANS, ESQ.
            Roth Evans, P.C.
10          2421 Corporate Centre Drive
            Suite 200
11          Granite City, Illinois   62040
12
13
14          On Behalf of the Defendants:
15          JODI A. KLEINICK, ESQ.
            Paul Hastings Janofsky & Walker
16          75 East 55th Street
            First Floor
17          New York, New York   10022
18
19
20
21   Also Present:  Donald Graves, CLVS
                    Eli Bard, Marvel Entertainment
22
23
24
25                        - - -
```

2021MARVEL-0041266

Page 3

```
 1                    ROY THOMAS
 2                   I N D E X
 3  EXAMINATION                                    PAGE
 4  By Mr. Kramer                                    5
 5  By Ms. Kleinick                                 --
 6
                  INDEX TO EXHIBITS
 7
                                                   PAGE
 8
    Exhibit 1,  Notice of Deposition                  8
 9  Exhibit 2,  Letter and Response and Objections   10
                to Subpoena Duces Tecum
10  Exhibit 3,  The Amazing Spiderman Comic Book,    36
                111 August 02457
11  Exhibit 4,  Ghost Rider Comic Book, 5 Aug 02120  43
    Exhibit 5,  Synopsis for "Stilt-Man Stalks the   77
12              Soundstage," "The Tribune," and "The
                Horn of the Bull"
13  Exhibit 6,  Article, Ghost Rider in the Sky,     83
                Bates MVL-00013449
14  Exhibit 7,  Newsarama.com Article, Bates         90
                Friedrich 000321 - 324
15  Exhibit 8,  Ghost Rider Marvel Spotlight, Bates  94
                MVL-00009536 - 9580
16  Exhibit 9,  Letter, Bates THOM0008819           111
    Exhibit 10, Eli Bard's Business Card            112
17  Exhibit 11, Excerpt of Article, Bates
                THOM0008906 - 8907
18  Exhibit 12, Ghost Rider "Hellfire Edition"      128
                Blu-Ray DVD Proposal, Bates
19              SPE-00013559 - 13567
    Exhibit 13, Talent Release, Bates SPE-0003464   128
20  Exhibit 14, E-mail, Bates Friedrich 000250      135
    Exhibit 15, Copy of Pay Stub and Trade          139
21              Paperback Incentive Forms, Bates
                THOM0008673 - 8677
22  Exhibit 16, 2006 Form 1099 for Roy Thomas,      146
                Bates THOM0007669
23  Exhibit 17, 2207, 2008, 2009 Form 1099s for     147
                Ray Thomas, Bates
24              THOM0007668 - 7666
25
```

2021MARVEL-0041267

Page 15

1           ROY THOMAS
2       Q.   Do -- do you know what the actual
3   formal company name was of the company that you
4   joined back in 1965?
5       A.   I was given to -- understood it was
6   Magazine Management, which is a name I had not
7   heard before.  That was the parent company, Marvel
8   Comics was sort of a division of it.
9       Q.   And, when you first joined the Marvel
10  Comics operations of Magazine Management, what was
11  your -- what was your job?
12      A.   I was hired as officially a staff
13  writer, was the official position at first.
14      Q.   And how long did you remain a staff
15  writer?
16      A.   I don't know.  Really just a couple
17  of months because it quickly metamorphosed into
18  the job of being like an editorial assistant
19  without much of a real title.  The duties didn't
20  change much, it just became the editorial
21  assistant, and I did my writing freelance.
22      Q.   When you say you did your writing
23  freelance, you're talking about writing for some
24  comics?
25      A.   Yes.

Page 16

ROY THOMAS

2   Q.   And, by freelance, you mean it wasn't
3   part of your normal job and you did it on the
4   side?
5   A.   Yes, after those first two or three
6   months, where much of what I did was on staff, and
7   after that it was freelance.
8   Q.   And when you did your freelance
9   writing, you did that on your own time?
10  A.   Yes.
11  Q.   Do you know who owned Magazine
12  Management at the time?
13  A.   He may have had some family members
14  who had a piece, but mainly I understood it was
15  Martin Goodman.
16  Q.   And, to the best of your
17  understanding, Mr. Goodman owned Magazine
18  Management either by himself or with other family
19  members --
20  A.   Uh-huh.
21  Q.   -- correct?
22  A.   Yes.
23  Q.   When you were doing freelance writing
24  back in that period of time, in the, say, mid
25  1960s, where would you get your writing

2021MARVEL-0041280

1    ROY THOMAS
2  assignments?
3        A.    Basically from Stan Lee, the -- the
4  editor.  Sometimes they came through the
5  production manager, Sol Brodsky.
6        Q.    And they would basically tell you
7  what they wanted you to write and then you would
8  go out and put something together?
9              MS. KLEINICK:  Objection.
10             THE WITNESS:  Stan would assign me to
11 write something, either a plot or just to dialogue
12 a story that had already -- to add dialogue to a
13 story that had perhaps already been drawn,
14 whatever -- whatever was needed.
15 BY MR. KRAMER:
16       Q.    Do you know if Martin Goodman ever
17 sold Magazine Management?
18       A.    Yes, my understanding is that he --
19 he did or -- in the late '60s, '68 or '69,
20 something like that.
21       Q.    Do you know who he sold it to?
22       A.    The company name that I recall was
23 Perfect Film and Chemical.  It soon evolved, I
24 think, to Cadence or something, but I don't know
25 exactly how or why.

2021MARVEL-0041281

```
 1                    ROY THOMAS
 2              C E R T I F I C A T E
 3
 4
 5   SOUTH CAROLINA:
 6   RICHLAND COUNTY:
 7
 8
 9            I hereby certify that the foregoing
10   deposition was reported, as stated in the caption,
11   and the questions and answers thereto were reduced
12   to that written page under my direction; that the
13   foregoing pages 1 through 168 represent a true and
14   correct transcript of the evidence given.  I
15   further certify that I am not in any way
16   financially interested in the result of said case.
17            Pursuant to Rules and Regulations of
18   the Board of Court Reporting of the Judicial
19   Council of South Carolina, I make the following
20   disclosure:
21            I am a South Carolina Court
22   Reporter.  I am here as an independent contractor
23   for TSG Reporting.
24            I was contacted by the offices of
25   TSG Reporting to provide court reporting services
```

1   ROY THOMAS
2   for this deposition. I will not be taking this
3   deposition under any contract that is prohibited
4   by O.C.S.C.A. 15-14-7 (a) or (b).
5         I have no written contract to
6   provide reporting services with any party to the
7   case, any counsel in the case, or any reporter or
8   reporting agency from whom a referral might have
9   been made to cover this meeting. I will charge
10  my usual and customary rates to all parties in the
11  case.
12        This, the 15th day of April, 2011.
13
14  _____
15  RITA A. DEROUEN
16  My Commission Expires
17  August 12, 2019
18
19
20
21
22
23
24
25