# EXHIBIT 11

1          UNITED STATES DISTRICT COURT

2          SOUTHERN DISTRICT OF NEW YORK

3            Case No. 10-141-CMKF

4

5    MARVEL WORLDWIDE, INC.,

6    MARVEL CHARACTERS, INC., and

7    MVL RIGHTS, LLC,

8         Plaintiffs,

9    VS.

10   LISA R. KIRBY, BARBARA J. KIRBY,

11   NEAL L. KIRBY and SUSAN N. KIRBY,

12        Defendants.

13

14

15              Volume II

16        Videotape Deposition of:

17              Roy Thomas

18      Wednesday, October 27, 2010

19       Orangeburg, South Carolina

20

21

22

23

24

25

2021MARVEL-0130954

1                    APPEARANCES:

2    FOR THE PLAINTIFFS:

3         MARVEL WORLDWIDE, INC., MARVEL CHARACTERS,

4         IN.C, and MVL RIGHTS, LLC

5         BY:  JODI AILEEN KLEINICK

6         PAUL HASTINGS JANOFSKY & WALKER

7         75 East 55 Street

8         New York, NY  10022

9

10   -AND-

11

12

13        ELI BARD

14        VICE PRESIDENT, DEPUTY GENERAL COUNSEL

15        MARVEL ENTERTAINMENT, INC.

16        417 Fifth Avenue

17        New York, NY  10016

18

19

20

21

22

23

24

25   (Appearances continued:)

2021MARVEL-0130955

```
 1    FOR THE DEFENDANTS:

 2         LISA R. KIRBY, BARBARA J. KIRBY,

 3         NEAL L. KIRBY and SUSAN N. KIRBY

 4         BY:  MARC TOBEROFF

 5         TOBEROFF & ASSOCIATES

 6         2049 Century Park East

 7         Suite 2720

 8         Los Angeles, CA   90067

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

2021MARVEL-0130956

Page 210

1                    EXHIBIT INDEX

2

EXHIBIT 23 - E-MAIL DATED JUNE          226

3        13TH, 2010, FROM ROY AND DAN
         THOMAS

4

EXHIBIT 24 - COMIC BOOK ROY             260

5        THOMAS, 1996 - MARKETPLACE

6  EXHIBIT 25 - MARVEL COMICS GROUP       261
         HANDWRITTEN NOTE DATED OCTOBER

7        28/65

8  EXHIBIT 26 - DECLARATION OF ROY        269
         WILLIAM THOMAS, JR.

9

EXHIBIT 27 - DECLARATION OF ROY         296

10       THOMAS

11 EXHIBIT 28 - TWO SUBPOENAS             297
         DIRECTED TO ROY THOMAS

12

13                  WITNESS INDEX:

14 ROY THOMAS:

15      Examination by Mr. Toberoff      211

16      Examination by Ms. Kleinick      296

17      Examination by Mr. Toberoff      299

18

19

20

21

22

23

24

25

2021MARVEL-0130957

1                    Thomas

2    the beginning; whether that was verbal -- or as

3    it was in so many cases -- written.

4          That kind of was part of the

5    writing, and it's part of the payment.

6       Q.    What is the -- have you ever heard

7    of the term Marvel Method?

8       A.    Yes.

9       Q.    What is -- when you came to Marvel

10   in July of 1965, was the Marvel Method in use

11   at that time?

12          MS. KLEINICK:  Objection.

13      A.    Yes.

14      Q.    What is the Marvel Method?

15      A.    The Marvel Method -- sometimes also

16   called the Stan Lee Method -- but it didn't

17   totally originated with him, but mostly arose

18   in the -- I'm not really quite sure -- but it

19   was in place by the time I got there.

20          Because Stan became too busy to

21   write full scripts; and Larry Lieber, who had

22   been writing the scripts from his plots, you

23   know, was either too busy or was doing his

24   westerns and things and somewhat withdrawing

25   from doing the superheros.

2021MARVEL-0130965

Thomas

1

2      Stan was -- became -- would come up

3  with the idea for the plots, I guess, adapting

4  from the way he had originally done plots that

5  Larry would turn in the scripts.

6      And he simply would give those plots

7  to the artists, who would then draw the story,

8  break them down into pictures, expanding them,

9  whatever needed to be done to break them down

10  into pictures.

11      They would then turn them in, and he

12  would then add the -- he would dialogue it,

13  which means the dialogue and captions -- he

14  would add it later -- instead of writing what

15  we call script in advance, which is the more

16  usual method of writing comic books beforehand.

17      Q.    Are you aware that Stan Lee has been

18  interviewed numerous times in which he has

19  described the Marvel Method?

20      A.    I'm sure he has, yes.  I'm aware of

21  that.

22      Q.    Are you aware that Stan Lee, in

23  interviews, has stated that in 1960s, under the

24  Marvel Method, that artists were expected to

25  plot stories?

2021MARVEL-0130966

# ERRATA SHEET

Transcript of Roy Thomas
October 13, 2010 and October 14, 2010

| Page | Line | Per Transcript | Should Be | Reason |
|---|---|---|---|---|
| 10 | 16 | various | varies | Transcription error |
| 25 | 13 and 14 (and in passim throughout transcript) | Brodski | Brodsky | Spelling error |
| 30 | 8 | I remember calling myself | I don't remember calling myself | Transcription error |
| 33 | 19 | Berpoorten | Verpoorten | Spelling error |
| 35 | 14 | increasing | increasingly | Clarification |
| 43 | 5 | newspaper script that | newspaper strip that | Transcription error |
| 45 | 8 | Milly | Millie | Spelling error |
| 45 | 10 | Heady | Hedy | Spelling error |
| 46 | 17 | Ironman | Iron Man | Spelling error |
| 46 | 18 | we wrote | he wrote | Transcription error |
| 50 | 15 | "dialogue for" | "dialogue" for | Transcription error |
| 76 | 20 | comics code | Comics Code | Transcription error |
| 87 | 7-8 | Comics Book | Comix Book | Spelling error |
| 88 | 22 | Dennis | Denis | Spelling error |
| 92 | 6 | Magazine fancy | magazine – "fanzine" | Transcription error |

2021MARVEL-0131055

| Page | Line | Per Transcript | Should Be | Reason |
|------|------|----------------|-----------|--------|
| 93 | 17-18 | I'd like to direct your attention to page 9 of the article, the window that starts off "Synopsis for Fantastic Four No. 8." And there's a newspaper Puppet Master. Do you see that? | I'd like to direct your attention to page 9 of the article, the window that starts off "Synopsis for Fantastic Four No. 8. Prisoners of Puppet Master." Do you see that? | Transcription error |
| 95 | 13 | Evenier | Evanier | Spelling error |
| 109 | 17 | surfer | Surfer | Spelling error |
| 119 | 24 | Coleman | Colan | Transcription error |
| 138 | 17-22 | Oh Romita. I had some communications with John Romita. I don't think I did, unless I would have mentioned it in passing sometime in an e-mail, but I don't recall doing that. We have very little communication and so forth. There was certainly nothing substantive. | I have not had any communications with John Romita about this case. | Clarification |
| 152 | 21 | gone | gotten | Transcription error |
| 158 | 9 | you say that at a minimum would be a co-writer and | you say that at a minimum you would be a co-writer and | Transcription error |
| 179 | 8-9 | Carmen Empitimo | Carmine Infantino | Spelling error |
| 191 | 5 | regretted | regret | Transcription error |

2021MARVEL-0131056

| Page | Line | Per Transcript | Should Be | Reason |
|------|------|----------------|-----------|--------|
| 195 | 3 | Jerry | Gerry | Spelling error |
| 196 | 15 | Jerry | Gerry | Spelling error |
| 218 | 17 | originated | originate | Transcription error |
| 224 | 18 | including the two I dialogue, did not have any | including the two I dialogued, I did not have any | Transcription error |
| 232 | 3 | don't | didn't | Transcription error |
| 233 | 18 | balloon | Balloons | Transcription error |
| 237 | 14-16 | So in that case, as far as I know, Jack did all the plotting and was credited, you know, and we all knew it. | So in that case, as far as I know, Jack did the plotting and, though he wasn't specifically credited with the plot, we knew he had done it. | Clarification |
| 238 | 3 | Well, -- yes. | Well, -- no.  It was after Jack left Marvel in 1970. | Clarification |
| 239 | 19 | House Roy | Houseroy | Spelling error |
| 240 | 16 | do that | get at | Transcription error |
| 241 | 3 | enjoined | enjoyed | Transcription error |
| 241 | 5 | statement | sometimes | Transcription error |
| 241 | 6 | deprecating | deprecatingly | Transcription error |
| 242 | 8-10 | stories that were at alternate realty, that took off from a certain point in borrowed continuity, and developed story almost in a | stories that were set in an alternate reality, that took off from a certain point in normal continuity, and developed a story almost in a | Transcription error |

2021MARVEL-0131057

| Page | Line | Per Transcript | Should Be | Reason |
|------|------|----------------|-----------|--------|
| 246 | 21 | Dan | Dann | Spelling error |
| 253 | 3-5 | pursuant to a Xerox, at my request, to him. And the Xerox that said it was on the way; that then this followed. | pursuant to a fax, at my request, to him. And the fax that said it was on the way; that then this followed. | Clarification |
| 253 | 11-12 | I had contacted Stan and asked him if he had it. Because, although it had been published once or twice, I wanted to publish it in Alter Ego and kind of do an analysis of it. So he sent me a Xerox saying it would have to be followed by mail, because it was just too dim to send a good Xerox of it. | I had contacted Stan by and asked him if he had it. Because, although it had been published once or twice, I wanted to publish it in Alter Ego and kind of do an analysis of it. So he sent me a fax saying it would have to be followed by mail, because it was just too dim to send a good Xerox of it. | Clarification |
| 277 | 8 | Meade | Romita | Transcription error |
| 279 | 17 | the seventies | the sixties | Clarification |
| 280 | 16 | Yes, I furnished some plot, | Yes, I furnished some plots, | Transcription error |
| 291 | 14 | He called Sol Brodsky, you know, a | He called in Sol Brodsky, you know, a | Transcription error |
| 293 | 13 | are. | were. | Transcription error |
| 295 | 5 | his work, and Stan didn't feel that he needed | his work, and Stan didn't feel that they needed | Clarification |

_Roy Thomas_ (signature)

Roy Thomas

Sworn to before me
this 7th day of December, 2010

_Vickie B. Stoudemire_ (signature)
Notary Public

LEGAL_US_E # 90833583.1

Page 310

1                REPORTER'S CERTIFICATION

2

3            I, Jane G. Drobnick LaPorte, court

4    reporter and notary public, do hereby certify

5    that the above and foregoing transcript is true

6    and correct.

7            Dated this 8th day of November,

8    2010.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23    _____

24       Jane G. LaPorte

25

2021MARVEL-0131061