# EXHIBIT 12

1

         IN THE UNITED STATES DISTRICT COURT
2        FOR THE SOUTHERN DISTRICT OF NEW YORK
           Civil Action No. 10-141 (CM) (KF)
3

4

MARVEL WORLDWIDE, INC.,          )
5    MARVEL CHARACTERS, INC.,        )
and MVL RIGHTS, LLC.,            )
6                                    )
            Plaintiffs,             )
7                                    )
        vs.                         )
8                                    )
LISA R. KIRBY, BARBARA J.        )
9    KIRBY, NEAL L. KIRBY and       )
SUSAN N. KIRBY,                  )
10                                   )
            Defendants.             )
11                                   )
                                 )
12

13

                 VOLUME I
14

          VIDEOTAPED DEPOSITION OF
15

                ROY THOMAS
16

17             October 26, 2010
18              10:06 a.m.
19

            Holiday Inn Express
20       Orangeburg, South Carolina
21

      ANNIE O'HARA, CCR-B-2340, SC Notary
22

23

24

25

2021MARVEL-0131738

Page 2

```
1              APPEARANCES OF COUNSEL
2

    On behalf of the Plaintiffs:
3

       JODI AILEEN KLEINICK, Esq.
4      Paul Hastings Janofsky & Walker
       75 East 55th Street
5      New York, New York 10022
6

7      ELI BARD, Esq.
       Marvel Entertainment, Inc.
8      417 Fifth Avenue
       New York, New York 10016
9

10

    On behalf of the Defendants:
11

       MARC TOBEROFF, Esq.
12     Toberoff & Associates
       2049 Century Park East
13     Suite 2720
       Los Angeles, California  90067
14

15

16

    Videographer:
17

       Michael Arrison
18

19

                        -  -  -
20

21

22

23

24

25
```

2021MARVEL-0131739

Page 3

1                         INDEX TO WITNESSES

     Witness                              Page

2

     Roy Thomas

3

4       Examination by Ms. Kleinick        6

5       Examination by Mr. Toberoff       120

6

7

8                           - - -

9

10                         EXHIBITS

11   Plaintiff's                          Page

12   Exhibit 1      Thomas 002613              13

13   Exhibit 2      Thomas 002616              16

14   Exhibit 3      Thomas 002617              17

15   Exhibit 4      Marvel 9841-9847           36

16   Exhibit 5      Marvel 8974-9839           38

17   Exhibit 6      Marvel 8981-8995           41

18   Exhibit 7      Marvel 8984-8986           42

19   Exhibit 8      Marvel 8967-8973           43

20   Exhibit 9      Thomas 2619-2620           89

21   Exhibit 10     Marvel 8220                90

22   Exhibit 11     Thomas 1992-1999           91

23   Exhibit 12     Thomas 2636-2639           97

24   Exhibit 13     Thomas 2629-2630          101

25   Exhibit 14     PHP0005396               102

2021MARVEL-0131740

Page 4

1                    EXHIBITS (Continued)

2    Exhibit 15    Thomas 2121-2129              104

3    Exhibit 16    Marvel 15988-16125           118

4    Defendant's

5    Exhibit 17    13466-13469                  148

6    Exhibit 18    Marvel 8967-8973             153

7    Exhibit 19    3211-3255                    174

8    Exhibit 20    2641-2642                    177

9    Exhibit 21    Article                      184

10   Exhibit 22    Article                      192

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

2021MARVEL-0131741

1                        Thomas

2    from time to time new villains or new supporting

3    characters.

4        Q.    Did artists ever come up with ideas for

5    new characters?

6        A.    Yes.

7        Q.    Was it your understanding that part of the

8    writer's assignment was to introduce new characters

9    into a comic book series?

10       A.    Yes.

11       Q.    Was it your understanding that part of the

12    artist's assignment was to introduce new characters

13    into a comic book series?

14       A.    Yes, anything that would be -- would

15    further the plot.

16       Q.    How -- how did the artists know what to

17    draw?

18            MR. TOBEROFF:  Leading; vague.

19            THE WITNESS:  The artists were given a

20    story line, which might be anything from a few

21    sentences to in quite a few cases two or three

22    pages or so of a -- a sort of a --a general plot

23    line.  It wasn't the exact dialogue, you know,

24    in movie script form.  It was more a short story

25    synopsis of the scene.  And that would tell the

2021MARVEL-0131792

1                          Thomas
2         artist what the story was.  Then it was his job
3         to turn that into pictures.
4    BY MS. KLEINICK:
5         Q.    When you arrived at Marvel in 1965, did
6    you ever see Stan interacting with other writers or
7    artists?
8         A.    Yes.
9         Q.    Did you ever see Stan give a plot or
10   describe a plot to an artist?
11        A.    Yes.
12        Q.    To your knowledge did artists start
13   working on pages before discussing the plot or
14   synopsis with Stan or the writer?
15        A.    No.
16        Q.    Who decided which writer and artist would
17   work on a particular comic book or issue?
18        A.    Stan.
19        Q.    Were the assignments to writers given
20   orally or in writing?
21        A.    Generally, orally.
22        Q.    Are you aware of how assignments were
23   given to artists?
24        A.    Well, orally.  Sometimes Stan would be
25   talking to the person directly.  Just as often or

2021MARVEL-0131793

1                          Thomas

2    more often Sol Brodski as the production manager

3    would later report -- would call that person up and

4    tell them.  But, of course, they were always

5    understood to be speaking for Stan, and they were.

6        Q.    And just so we're clear, I just want you

7    understand, when I'm saying "assignment," I mean the

8    assignment to do a particular issue.

9        A.    Uh-huh.

10       Q.    Is that how you understood my question?

11       A.    Yes.

12       Q.    Are you aware of any instance where a

13   writer began to work on a new series or title or

14   comic book without first being assigned to it by

15   Stan?

16       A.    People might come up with an idea for a

17   new series at some stage.  Not -- not in the -- this

18   -- this wouldn't have happened before at least

19   about, you know, the early '70s or so.  Once or

20   twice -- generally speaking, the ideas were

21   generated, you know, by someone in the office, by

22   Stan or sometimes later by me; but we were open to

23   somebody else coming in, but it wasn't anything we

24   were going around looking for or asking for.

25       Q.    In the 1960s -- from 1965 to 1970, are you

2021MARVEL-0131794

1

2    aware of any instance where a writer came in and

3    actually started working on a new series before Stan

4    said:  Go ahead and write the series?

5        A.    No.

6        Q.    Are you aware of any instances where an

7    artist began work on a comic book issue before

8    getting the assignment to do the issue from Stan?

9        A.    No.

10        Q.    Did writers or artists have any authority

11    to assign themselves to do an issue without prior

12    approval from Stan or Sol?

13        A.    No.  No.

14        Q.    Are you aware of any instances where an

15    artist submitted artwork for an issue that he hadn't

16    been assigned to, like on spec?

17        A.    Only new artists who were turning in

18    samples, not an established artist, not one that was

19    already -- was already doing work for Marvel.

20        Q.    To your knowledge during this time period,

21    1965 to 1972, did Marvel ever buy any work created

22    on spec by freelance artists?

23        A.    No.  No.

24        Q.    Were writers or artists ever during this

25    time period taken off a comic book issue for an

2021MARVEL-0131795

1                    Thomas

2    ongoing series?

3        A.    Yes.

4        Q.    Whose decision was that?

5        A.    Stan.

6        Q.    And who had the final say on which comic

7    book stories each artist would be assigned to?

8        A.    Stan Lee.  He could have been technically

9    overruled by publisher Martin Goodman, if Martin

10   Goodman found there was some artist or someone he

11   really didn't like or he did like or something.  But

12   as a practical matter, Goodman did not concern

13   himself with anything like that, except at sometimes

14   there were certain artists whose covers he didn't

15   think were clear enough.

16            He didn't like if Stan assigned that

17   person to do a cover.  Occasionally, they had a

18   little problem about that.  And, of course,

19   Goodman's word was final.  But as a matter of

20   practical fact, 90-plus percent of the time it was

21   Stan's decision.

22       Q.    Was there a set production schedule for

23   the Marvel comic titles back in the 1960s to early

24   '70s?

25       A.    Yes.

2021MARVEL-0131796

Page 60

1                          Thomas

2       Q.     When the writers were given an assignment,

3   were they also given a deadline to submit the --

4   let's start with the artist.   When the artists were

5   given an assignment, were they given a deadline by

6   which they had to submit the finished pencils?

7       A.     Yes.   Either the exact date or as fast as

8   you could do it.   But, yes.   They were doing a

9   deadline.

10      Q.     And then when the artwork went to the

11  writers, were the writers also given deadlines by

12  which they had to submit the scripts?

13      A.     Yes.

14      Q.     The dialogue?

15      A.     Yes.

16      Q.     Who set those deadlines?

17      A.     They were worked out by the production

18  manager.

19      Q.     That was Sol Brodski?

20      A.     Yes.   Through '70 or so when he quit.

21  After that by John Berpoorten.

22      Q.     And who ultimately decided which books

23  were published and which books weren't published?

24      A.     Well, during that period and through about

25  sometime in about '72, it was generally Martin

2021MARVEL-0131797

1                        Thomas

2    Goodman.   For a short period of time in the early

3    '70s it was his son Chip Goodman who had -- who was

4    -- had become publisher.

5         Q.    Was the assignment process the same for

6    freelancers as it was for staff writers and artists?

7              MR. TOBEROFF:  Vague.

8              THE WITNESS:  I was going ask, just to --

9         if you could clarify that, just I make sure --

10        I'm sure I understand it.

11   BY MS. KLEINICK:

12        Q.    Did staff artists get their assignments

13   the same way, from Stan or from Sol Brodski?

14        A.    Oh, yes.

15             MR. TOBEROFF:  Compound.

16   BY MS. KLEINICK:

17        Q.    How did staff artists get their

18   assignments?

19        A.    They were told either directly by Stan or

20   quite often by Sol Brodski in his capacity to do

21   them.  Of course, if Sol assigned an artist, it was

22   because Stan wanted that artist assigned to it.

23   They would confer on it and say:  Is this artist

24   available.  Things of this sort.

25             Sol was the practical one who had to tell

2021MARVEL-0131798

                         Thomas

1

2      A.    Yes.  In the, you know, very earliest days

3   I wouldn't have done that; but gradually Stan let me

4   know as time went on that, you know, that I should

5   -- that I could take, you know, some of this, you

6   know, burden off.  And so it was a practical fact if

7   I was sure that it was something that Stan would

8   want or at least I thought that Stan would want --

9   but I would tend for much of that time, most of that

10  time, until I was at least editor-in-chief to try to

11  check it with him if I could.

12      Q.    Did -- did Stan ever -- if Stan decided.

13          Was it your understanding that Marvel had

14  the ability to use characters that were introduced

15  into its story lines by a writer and artist into a

16  different comic book story line being drawn and

17  written by a different artist and writer?

18          MR. TOBEROFF:  Objection; compound;

19      leading; vague.

20  BY MS. KLEINICK:

21      Q.    You can answer.

22          MR. TOBEROFF:  Assumes facts.

23          THE WITNESS:  If by the ability you mean

24      the right to do it, and the -- yes.

25  BY MS. KLEINICK:

2021MARVEL-0131802

1                         Thomas

2       Q.    Was that done -- was that done in the '60s

3   after you got there, where characters that had been

4   introduced into one comic book line title were used

5   in other comic book lines or titles?

6            MR. TOBEROFF:   Same objections.

7            THE WITNESS:   Yes.

8   BY MS. KLEINICK:

9       Q.    You testified that the writer was

10  responsible for writing the dialogue in the comic

11  books; is that right?

12      A.    Yes.

13      Q.    Did artists ever suggest or submit

14  dialogue with their drawings?

15      A.    Yes, the artists wrote what we call margin

16  notes in pencil that was supposed to sort of tell

17  Stan what they were thinking when they did the

18  story, since they were working on his story.  And in

19  some of those notes, besides saying:   This blows up

20  or something, sometimes the artist wrote either what

21  we call direct or indirect, you know, quotations.

22  Either suggested exact dialogue or approximate

23  dialogue.

24      Q.    Who had the final say on what the dialogue

25  would be for the story?

2021MARVEL-0131803

Page 67

1                             Thomas

2        A.    Well, the writer, subject to Stan.

3        Q.    If a character that one -- that a writer

4   and artist first introduced into a Marvel story line

5   was going to be used in a different story line that

6   was being written by a different writer and artist,

7   did anyone have to go back and consult with the

8   original writer and artist to use that character?

9              MR. TOBEROFF:  Incomplete hypothetical.

10             THE WITNESS:  The person who made all

11        those decisions was Stan.  You didn't have to

12        consult with the other person.  As a matter of,

13        you know, courtesy or information, you might do

14        it; but it was not required.

15   BY MS. KLEINICK:

16        Q.    Who decided which artist would do a cover

17   for a particular issue?

18        A.    Stan.

19        Q.    Were the covers reviewed by anyone before

20   they were published?

21        A.    Well, they were reviewed by Stan, because

22   after they were drawn he wrote the cover copy and

23   then looked it over again after -- after the cover

24   was inked, either by the same artist or a different

25   one.

2021MARVEL-0131804

1                          Thomas

2          Then it was -- then they were reviewed --

3    they were all reviewed eventually by Martin Goodman

4    as publisher, and very briefly as I said by Chip

5    Goodman, and, of course, from '72 to '74 by Stan

6    himself as publisher.

7         Q.    From the time you arrived at Marvel from

8    '65 to '72 were changes ever made to the covers that

9    had been submitted by artists?

10        A.    Yes.

11        Q.    Who would make those changes?

12        A.    That depended upon circumstances.  If the

13   original artist was there or if there was time to

14   either have him come in or to mail it or send it to

15   him, he might be asked to make the changes.

16   Sometimes, either if it was a minor change or if the

17   deadline needs were great or for any other reason,

18   Stan -- especially in consulting with the production

19   manager who had the responsibility with the schedule

20   -- would decide, you know, that it should be done by

21   a staff artist or perhaps a visiting freelance

22   artist who just came in.  It really depended on what

23   the change was and what the time was.

24        Q.    And if an artist's work -- if an artist's

25   work required that changes be made, would the artist

2021MARVEL-0131805

1                          Thomas

2      have been paid for the original work that they

3      submitted?

4              MR. TOBEROFF:   Incomplete hypothetical.

5              THE WITNESS:   Yes, the artist would have

6      been paid.

7      BY MS. KLEINICK:

8          Q.    Between '65 and at least '72 you were paid

9      both a salary and for your editorial work and a page

10     rate for your the freelance writing that you did?

11         A.    Right.

12         Q.    How often were you paid?

13         A.    That's something I am a little vague

14     about.  I know that the salary checks were more

15     frequent than the freelance checks, but I'm -- they

16     both came on Fridays but not always at the same

17     time.  I'm just not certain if we were paid -- I --

18     I feel we were probably paid salary checks every

19     week, and maybe the freelance was every other week;

20     but I'm not 100 percent sure of that.  It all kind

21     of fades together after a while.

22         Q.    Who decided what the page rates for

23     freelance writers and artists would be?

24         A.    Well, Stan had the individual

25     responsibility; but, of course, it was subject to

2021MARVEL-0131806

1                          Thomas

2        Q.    Do you recall whether or not there was any

3    legend or stamp on the checks that were issued by

4    Marvel to you for your freelance work at the time

5    you first started working for Marvel in the 1960s?

6              MR. TOBEROFF:  Leading; assumes facts.

7              THE WITNESS:  Yes, there were stamped

8         legends or paragraphs on the back of the checks.

9         I cannot remember offhand if they were on both

10        the freelance and the staff checks.  I know they

11        were on the freelance checks, but I don't recall

12        whether they were on the others.  Because I

13        never -- you know, after a while you just stop

14        paying attention to those.  You just sign the

15        check and that was it.

16   BY MS. KLEINICK:

17        Q.    Do you recall whether the first freelance

18   checks you received from Marvel had a legend or

19   stamp on the check?

20        A.    I know that all the ones I remember did.

21   And I remember back pretty early, but, you know, I

22   couldn't swear the very first one did; but it, you

23   know -- you know, it seemed like it was an ongoing

24   policy.

25        Q.    Do you recall what the legend said?

2021MARVEL-0131808

1                          Thomas

2        A.     Only in a general sense.  I, of course,

3    read it; but, basically, it was saying that the

4    company had -- owned all the -- the copyrights and

5    all of the rights to the material for which I was

6    being -- material or work for which I was being

7    paid.

8        Q.     And was that the same type of language

9    that you recall seeing on all of the checks that had

10   the legends on them?

11       A.     Whenever I read it -- the exact wording

12   may have changed slightly from time, but it was

13   always, you know, words to that effect.

14       Q.     Do you know whether the checks that were

15   given to other writers or freelance artists also had

16   a legend or a stamp on them?

17       A.     I know that they did.  I didn't see

18   everyone's checks, of course; but -- and it was my

19   understanding that they did.

20       Q.     Did you ever discuss the check legends

21   with any of the other freelance writers or artists?

22       A.     I don't recall specific, you know,

23   conversations in detail.  But I know that from time

24   to time we would discuss them, because at first I

25   was a little puzzled seeing all this on here.  You

2021MARVEL-0131809

                        Thomas

1

2    have been about two weeks or so.

3        Q.    You testified that there was a script that

4    you wrote, I think it was on an Ironman script that

5    Stan didn't like and revised significantly?

6        A.    Yes.

7        Q.    Is that right?

8        A.    Yes.  He rewrote about 50 percent of it.

9        Q.    Were you paid for the pages that you

10   submitted for that script?

11       A.    That was one of the ones that I was doing

12   as part of the staff writer thing during those first

13   few weeks, so I wasn't paid separately.  It was

14   counted as part of my staff writer salary, so I was

15   paid in that sense, for that and the Dr. Strange.

16   But I think -- I think those.  I know Ironman was

17   and I think Dr. Strange's were all part of the

18   staff's salary.

19       Q.    Were there any materials that you

20   submitted in your freelance capacity that were

21   modified by Stan?

22       A.    Yes.

23       Q.    Were you still paid for the pages that you

24   submitted?

25       A.    Yes.

2021MARVEL-0131811

1                        Thomas

2    were -- artists submitted their finished pencils to

3    either Stan or to Sol for approval; is that right?

4            MR. TOBEROFF:  Misstates testimony.

5            THE WITNESS:  Yes.  He turned it in

6        directly to Stan or Sol Brodski, with the idea

7        that Sol would show them to Stan.

8    BY MS. KLEINICK:

9        Q.    Did -- did artwork that was submitted by

10   freelance artists from the time that you got there

11   in 1965 through the early '70s need to be approved

12   by Stan or Sol before it got published?

13       A.    Yes, it had to be approved by Stan.  Sol

14   didn't really have the authority to approve anything

15   unless he felt that Stan -- he was always acting on

16   Stan's authority, but he wouldn't have approved

17   anything on his own authority.

18       Q.    Was Jack Kirby required during this time

19   period to submit his artwork to Stan for approval?

20            MR. TOBEROFF:  Leading.

21            THE WITNESS:  Yes.  It was turned in to

22       Stan for -- for him as editor, to look at, to do

23       whatever he wanted to do.

24   BY MS. KLEINICK:

25       Q.    Did Stan or any other editor ever make

2021MARVEL-0131850

1                      Thomas
2    changes to the artwork that Kirby submitted for
3    publication?
4         A.    Yes.
5         Q.    Did Stan or any other editor ever ask
6    Kirby to redo anything that he had submitted to your
7    knowledge?
8              MR. TOBEROFF:  Leading.
9              THE WITNESS:  Yes.  They did.  It was not
10        a usual occurrence, but from time to time
11        something had to be redone.
12   BY MS. KLEINICK:
13        Q.    In the instances where changes -- where
14   Stan determined that changes should be made to the
15   artwork that Kirby had submitted for publication by
16   Marvel, would Stan typically have Kirby make the
17   changes or --
18        A.    Are you finished with the question?
19        Q.    Would Stan typically have Kirby make the
20   changes?
21              MR. TOBEROFF:  Assumes facts; leading;
22        compound.
23              THE WITNESS:  He would -- he might have
24        Jack make the change, if Jack were there and
25        available or if there was plenty of time.  He

2021MARVEL-0131851

Thomas

1
2    Jack Kirby submitted on any of the stories that he

3    was working on?

4        A.    On many of them.

5        Q.    Do you ever recall seeing any notes or

6    suggested dialogue that Mr. Kirby included on the

7    artwork pages he turned in?

8        A.    Yes.  Pretty invariably, some sort of

9    notes -- whether some of it suggested dialogue, some

10   of it was other comments or plot things.

11       Q.    And do you know on the issues where Stan

12   was the writer whether he -- what he would do with

13   the notes and dialogue that Kirby put in the

14   margins?

15       A.    He would utilize them to make sure that he

16   understood fully what -- what was going on based on

17   Jack's expansion of the plot.  And then he would --

18   as far as the dialogue, he would utilize little

19   snippets of it, or he would make up his own, as far

20   as I could tell when I was examining it and when I

21   was proofreading and marks were often still there.

22   He used very little of the exact wording.

23       Q.    I would like to mark as Thomas Exhibit --

24   I guess we are up to 15 -- a document bearing

25   production number Marvel 15988 through 16125.

2021MARVEL-0131854

1                C E R T I F I C A T E

2

3     STATE OF GEORGIA:

4     COUNTY OF FULTON:

5

6          I hereby certify that the foregoing

7     transcript was taken down, as stated in the

8     caption, and the questions and answers thereto

9     were reduced to typewriting under my direction;

10    that the foregoing pages 1 through 196 represent

11    a true, complete, and correct transcript of the

12    evidence given upon said hearing, and I further

13    certify that I am not of kin or counsel to the

14    parties in the case; am not in the regular

15    employ of counsel for any of said parties; nor

16    am I in any way interested in the result of said

17    case.

18          This, the 8th day of November, 2010.

19

20

21          ANNIE O'HARA, CCR-B-2340

22

23

24

25

2021MARVEL-0131942

# ERRATA SHEET

Transcript of Roy Thomas
October 13, 2010 and October 14, 2010

| Page | Line | Per Transcript | Should Be | Reason |
|------|------|----------------|-----------|--------|
| 10 | 16 | various | varies | Transcription error |
| 25 | 13 and 14 (and in passim throughout transcript) | Brodski | Brodsky | Spelling error |
| 30 | 8 | I remember calling myself | I don't remember calling myself | Transcription error |
| 33 | 19 | Berpoorten | Verpoorten | Spelling error |
| 35 | 14 | increasing | increasingly | Clarification |
| 43 | 5 | newspaper script that | newspaper strip that | Transcription error |
| 45 | 8 | Milly | Millie | Spelling error |
| 45 | 10 | Heady | Hedy | Spelling error |
| 46 | 17 | Ironman | Iron Man | Spelling error |
| 46 | 18 | we wrote | he wrote | Transcription error |
| 50 | 15 | "dialogue for" | "dialogue" for | Transcription error |
| 76 | 20 | comics code | Comics Code | Transcription error |
| 87 | 7-8 | Comics Book | Comix Book | Spelling error |
| 88 | 22 | Dennis | Denis | Spelling error |
| 92 | 6 | Magazine fancy | magazine – "fanzine" | Transcription error |

2021MARVEL-0131943

| Page | Line | Per Transcript | Should Be | Reason |
|------|------|----------------|-----------|--------|
| 93 | 17-18 | I'd like to direct your attention to page 9 of the article, the window that starts off "Synopsis for Fantastic Four No. 8." And there's a newspaper Puppet Master. Do you see that? | I'd like to direct your attention to page 9 of the article, the window that starts off "Synopsis for Fantastic Four No. 8. Prisoners of Puppet Master." Do you see that? | Transcription error |
| 95 | 13 | Evenier | Evanier | Spelling error |
| 109 | 17 | surfer | Surfer | Spelling error |
| 119 | 24 | Coleman | Colan | Transcription error |
| 138 | 17-22 | Oh Romita. I had some communications with John Romita. I don't think I did, unless I would have mentioned it in passing sometime in an e-mail, but I don't recall doing that. We have very little communication and so forth. There was certainly nothing substantive. | I have not had any communications with John Romita about this case. | Clarification |
| 152 | 21 | gone | gotten | Transcription error |
| 158 | 9 | you say that at a minimum would be a co-writer and | you say that at a minimum you would be a co-writer and | Transcription error |
| 179 | 8-9 | Carmen Empitimo | Carmine Infantino | Spelling error |
| 191 | 5 | regretted | regret | Transcription error |

2021MARVEL-0131944

| Page | Line | Per Transcript | Should Be | Reason |
|------|------|----------------|-----------|--------|
| 195 | 3 | Jerry | Gerry | Spelling error |
| 196 | 15 | Jerry | Gerry | Spelling error |
| 218 | 17 | originated | originate | Transcription error |
| 224 | 18 | including the two I dialogue, did not have any | including the two I dialogued, I did not have any | Transcription error |
| 232 | 3 | don't | didn't | Transcription error |
| 233 | 18 | balloon | Balloons | Transcription error |
| 237 | 14-16 | So in that case, as far as I know, Jack did all the plotting and was credited, you know, and we all knew it. | So in that case, as far as I know, Jack did the plotting and, though he wasn't specifically credited with the plot, we knew he had done it. | Clarification |
| 238 | 3 | Well, -- yes. | Well, -- no.  It was after Jack left Marvel in 1970. | Clarification |
| 239 | 19 | House Roy | Houseroy | Spelling error |
| 240 | 16 | do that | get at | Transcription error |
| 241 | 3 | enjoined | enjoyed | Transcription error |
| 241 | 5 | statement | sometimes | Transcription error |
| 241 | 6 | deprecating | deprecatingly | Transcription error |
| 242 | 8-10 | stories that were at alternate realty, that took off from a certain point in borrowed continuity, and developed story almost in a | stories that were set in an alternate reality, that took off from a certain point in normal continuity, and developed a story almost in a | Transcription error |

2021MARVEL-0131945

| Page | Line | Per Transcript | Should Be | Reason |
|------|------|----------------|-----------|--------|
| 246 | 21 | Dan | Dann | Spelling error |
| 253 | 3-5 | pursuant to a Xerox, at my request, to him.  And the Xerox that said it was on the way; that then this followed. | pursuant to a fax, at my request, to him.  And the fax that said it was on the way; that then this followed. | Clarification |
| 253 | 11-12 | I had contacted Stan and asked him if he had it.  Because, although it had been published once or twice, I wanted to publish it in Alter Ego and kind of do an analysis of it.  So he sent me a Xerox saying it would have to be followed by mail, because it was just too dim to send a good Xerox of it. | I had contacted Stan by and asked him if he had it.  Because, although it had been published once or twice, I wanted to publish it in Alter Ego and kind of do an analysis of it.  So he sent me a fax saying it would have to be followed by mail, because it was just too dim to send a good Xerox of it. | Clarification |
| 277 | 8 | Meade | Romita | Transcription error |
| 279 | 17 | the seventies | the sixties | Clarification |
| 280 | 16 | Yes, I furnished some plot, | Yes, I furnished some plots, | Transcription error |
| 291 | 14 | He called Sol Brodsky, you know, a | He called in Sol Brodsky, you know, a | Transcription error |
| 293 | 13 | are. | were. | Transcription error |
| 295 | 5 | his work, and Stan didn't feel that he needed | his work, and Stan didn't feel that they needed | Clarification |

2021MARVEL-0131946

_Roy Thomas_
Roy Thomas

Sworn to before me
this 2th day of December, 2010

_Vickie B. Stoudemire_
Notary Public

2021MARVEL-0131947