# EXHIBIT 23A

AGREEMENT made this 26th day of JANUARY , 1979, by and between STEVE DITKO , residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

by _Steve Ditko_____

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _Sol Brodsky_____

AGREEMENT   made this      day of   7/28   , 1979, by
and between  Jffrey Aclin
residing at [Redacted - PII]
(herein "Supplier") and the Marvel Comics Group, a division of Cadence
Industries Corporation, 575 Madison Avenue, New York, New York  10022
(herein "Marvel").

MARVEL  is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and  SUPPLIER  wishes to
have MARVEL  order or commission either written material or art work
as a contribution to the collective work known as the Marvel Comics
Group.  MARVEL has informed  SUPPLIER  that  MARVEL  only orders or
commissions such written material or art work on an employee-for-hire
basis.

THEREFORE,  the parties agree as follows:

In consideration of  MARVEL's  commissioning and ordering
from  SUPPLIER  written material or art work and paying therefor,
SUPPLIER  acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by  SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such Work was and is expressly agreed to be considered a
work made for hire.

SUPPLIER  expressly grants to  MARVEL  forever all rights
of any kind and nature in and to the Work, the right to use  SUP-
PLIER's  name in connection therewith and agrees that MARVEL  is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein.  SUPPLIER  agrees not to contest  MARVEL's  ex-
clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-
fit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN  WITNESS  WHEREOF,  the parties hereto have executed
this Agreement as of the date first above written.


SUPPLIER                          MARVEL  COMICS  GROUP,  a division
                                  of Cadence Industries Corporation


by  _Jeffrey Aclin_              by  _Sol Brodsky_

CONFIDENTIAL

MARVEL0008055

Confidential

2021MARVEL-0017391

AGREEMENT made this     day of JULY 31 , 1978, by
and between DAN L. ADKINS,
residing at [Redacted - PII]          [Redacted - PII]
(herein "Supplier") and the Marvel Comics Group, a division of Cadence
Industries Corporation, 575 Madison Avenue, New York, New York 10022
(herein "Marvel").

MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes to
have MARVEL order or commission either written material or art work
as a contribution to the collective work known as the Marvel Comics
Group. MARVEL has informed SUPPLIER that MARVEL only orders or
commissions such written material or art work on an employee-for-hire
basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering
from SUPPLIER written material or art work and paying therefor,
SUPPLIER acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such Work was and is expressly agreed to be considered a
work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights
of any kind and nature in and to the Work, the right to use SUP-
PLIER's name in connection therewith and agrees that MARVEL is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-
clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-
fit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed
this Agreement as of the date first above written.


SUPPLIER                              MARVEL COMICS GROUP, a division
                                      of Cadence Industries Corporation


by _Dan L. Adkins_ -          by _____


CONFIDENTIAL

Confidential

2021MARVEL-0017392

AGREEMENT made this 22 day of *May* , 1978 , by and between *Diana Albers* residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _Diana Albers_

by _Al Brodsky_

AGREEMENT made this 26 day of OCTOBER, 1978, by and between ALFREDO P. ALCALA residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _Alfredo P. Alcala_    by _Sol Brodsky_

CONFIDENTIAL

MARVEL0008058

2021MARVEL-0017394

Confidential

AGREEMENT made this 31 day of JULY , 1978 , by and between TERRY AUSTIN residing at _____ [Redacted - PII] _____ (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's exclusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the benfit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _____

by _____

CONFIDENTIAL

Confidential

AGREEMENT made this 12 day of May , 1978, by and between Naomi Basner residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUPPLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's exclusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the benfit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _Naomi Basner_

by _Al Brodsky_

CONFIDENTIAL

Confidential

Redacted - PII

AGREEMENT made this        day of Oct. 12     , 1977, by and between
residing at
(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York  10022 (herein "Marvel").

MARVEL  is in the business of publishing comic and other magazines known as the Marvel Comics Group, and  SUPPLIER  wishes to have  MARVEL  order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group.  MARVEL  has informed  SUPPLIER  that  MARVEL  only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE,  the parties agree as follows:

In consideration of  MARVEL's  commissioning and ordering from  SUPPLIER  written material or art work and paying therefor, SUPPLIER  acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by  SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER  expressly grants to  MARVEL  forever all rights of any kind and nature in and to the Work, the right to use  SUP- PLIER's  name in connection therewith and agrees that  MARVEL  is the sole and exclusive copyright proprietor thereof having all rights of ownership therein.  SUPPLIER  agrees not to contest  MARVEL's  ex- clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben- fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN  WITNESS  WHEREOF,  the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                          MARVEL  COMICS  GROUP,  a division
                                  of Cadence Industries Corporation


by _Roy Billingsley_              by _____

AGREEMENT made this 4 day of MAY , 19 78. by and between
JERRY BINGHAM residing at [Redacted - PII]
(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575
Madison Avenue, New York, New York 10022 (herein "Marvel").

WHEREAS MARVEL is in the business of publishing comic and other magazines known
as the Marvel Comics Group, and

WHEREAS SUPPLIER is desirous of having MARVEL order or commission either
written material or art work as a contribution to the collective work known as the Marvel Comics
Group, and

WHEREAS MARVEL has informed SUPPLIER that MARVEL only orders or com-
missions such written material or art work on an employee-for-hire basis as such is defined pursuant to
the Copyright Act of 1976, as such may be revised, amended, supplemented or superseded

NOW, THEREFORE, the parties hereto hereby agree as follows:

In consideration of MARVEL commissioning and ordering from SUPPLIER written
material or art work and paying therefor at the rate MARVEL customarily pays for such work, as
such rate may be changed from time to time, SUPPLIER hereby acknowledges, agrees and confirms
that any and all work, writing, art work material or services (herein the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group
have been and will be specially ordered or commissioned for use as a contribution to a collective work
and that as such Work was and is expressly agreed to be considered a work made for hire under the
Copyright Act of 1976 and as the same may be revised, amended, supplemented or superseded.

SUPPLIER expressly grants to MARVEL in perpetuity all rights of any kind and nature
in and to the Work and agrees that MARVEL is the sole and exclusive copyright proprietor thereof
having all rights of ownership therein and thereto as if MARVEL were the sole author thereof.
SUPPLIER agrees not to contest MARVEL's exclusive, complete and unrestricted ownership in and
to the Work.

In addition, SUPPLIER grants to MARVEL the right to use SUPPLIER's name and
likeness in connection with the Work, and the advertising thereof, but in no event shall SUPPLIER
be deemed to be endorsing a commercial product without first having obtained SUPPLIER's express
written consent.

This Agreement shall be binding upon and inure to the benefit of the parties hereto and
their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the
date first above written.

Supplier

Marvel Comics Group, a division
of Cadence Industries Corporation

by _Jerald J.S. Bingham_

by _Sol Brodsky_

CONFIDENTIAL

MARVEL0008062

Confidential

2021MARVEL-0017398

AGREEMENT made this *2nd* day of *August*, 19*78*, by and between *STEPHEN R. BISSETTE* residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUPPLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's exclusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _____

by _____

CONFIDENTIAL

MARVEL0008063

Confidential

2021MARVEL-0017399

AGREEMENT made this 26/23 day of **,** 198 , by and between WILLIAM BLACK

residing at [Redacted - PII]

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 1002 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER            MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _William J. Schwartz_     by _Sol Brodsky_

WORKING AS

_Willim Black_

CONFIDENTIAL

Confidential

AGREEMENT made this     day of          10,81978, by
and between   TEX   BLAISDELL
residing at _____ Redacted - PII _____
(herein "Supplier") and the Marvel Comics Group, a division of Cadence
Industries Corporation, 575 Madison Avenue, New York, New York  10022
(herein "Marvel").

MARVEL  is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and  SUPPLIER  wishes to
have  MARVEL  order or commission either written material or art work
as a contribution to the collective work known as the Marvel Comics
Group.  MARVEL  has informed  SUPPLIER  that  MARVEL  only orders or
commissions such written material or art work on an employee-for-hire
basis.

THEREFORE,  the parties agree as follows:

In consideration of  MARVEL's  commissioning and ordering
from  SUPPLIER  written material or art work and paying therefor,
SUPPLIER  acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by  SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such Work was and is expressly agreed to be considered a
work made for hire.

SUPPLIER  expressly grants to  MARVEL  forever all rights
of any kind and nature in and to the Work, the right to use  SUP-
PLIER's  name in connection therewith and agrees that  MARVEL  is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein.  SUPPLIER  agrees not to contest  MARVEL's  ex-
clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-
fit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN  WITNESS  WHEREOF,  the parties hereto have executed
this Agreement as of the date first above written.

SUPPLIER  _Philip EBlaisdell_     MARVEL  COMICS  GROUP,  a division
                 (TEX.)           of Cadence Industries Corporation

by_____          by_____

CONFIDENTIAL                                    MARVEL0008065

Confidential                                    2021MARVEL-0017401

AGREEMENT made this *12* day of *OCTOBER*, 19*78*, by and between *Frank Bolle*
residing at _____ Redacted - PII _____
(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUPPLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's exclusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                           MARVEL COMICS GROUP, a division
                                   of Cadence Industries Corporation

by *Frank Bolle* _____           by *Sol Brodsky* _____


CONFIDENTIAL

MARVEL0008066

2021MARVEL-0017402

Confidential

AGREEMENT made this *13* day of *Oct.* , 19*78*, by and between *Walter James Brogan* residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by *Walter James Brogan*

by *Jo Brodsk*

CONFIDENTIAL

MARVEL0008067

2021MARVEL-0017403

Confidential

AGREEMENT, made this *12TH* day of *DECEMBER* 1978, by and between *JOSEPH BROZOWSKI* residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by *Joseph Brozowski*

by _____

CONFIDENTIAL

Confidential

AGREEMENT made this _June_ day of _15_ , 19 _78_, by and between _Rick J. Bryant_ residing at [ Redacted - PII ] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York  10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and  SUPPLIER  wishes to have  MARVEL  order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group.  MARVEL  has informed  SUPPLIER  that  MARVEL  only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE,  the parties agree as follows:

In consideration of  MARVEL's  commissioning and ordering from  SUPPLIER  written material or art work and paying therefor, SUPPLIER  acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by  SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER  expressly grants to  MARVEL  forever all rights of any kind and nature in and to the Work, the right to use  SUP-PLIER's  name in connection therewith and agrees that  MARVEL  is the sole and exclusive copyright proprietor thereof having all rights of ownership therein.  SUPPLIER  agrees not to contest  MARVEL's  ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN  WITNESS  WHEREOF,  the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                              MARVEL  COMICS  GROUP,  a division
                                      of Cadence Industries Corporation

by _Rick J. Bryant_ 780              by _[signature]_

AGREEMENT made this 10th day of AUGUST, 1978, by and between RICHARD BUCKLER residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York  10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and  SUPPLIER  wishes to have  MARVEL  order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group.  MARVEL  has informed  SUPPLIER  that  MARVEL  only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE,  the parties agree as follows:

In consideration of  MARVEL's  commissioning and ordering from  SUPPLIER  written material or art work and paying therefor, SUPPLIER  acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by  SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER  expressly grants to  MARVEL  forever all rights of any kind and nature in and to the Work, the right to use  SUP-PLIER's  name in connection therewith and agrees that  MARVEL  is the sole and exclusive copyright proprietor thereof having all rights of ownership therein.  SUPPLIER  agrees not to contest  MARVEL's  ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN  WITNESS  WHEREOF,  the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER

by [signature]

MARVEL  COMICS  GROUP,  a division of Cadence Industries Corporation

by [signature]


CONFIDENTIAL

MARVEL0008070

2021MARVEL-0017406

Confidential

AGREEMENT made this 12ᵗʰ day of June , 1978, by and between Robert A. Budiansky residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _Robert A. Budiansky_   by _Sol Brodsky_

CONFIDENTIAL

Confidential

AGREEMENT made this 26 day of May , 1978 , by and between Sal Buscema residing at [Redacted - PII] [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUPPLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's exclusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the benfit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _Sal Buscema_            by _Sol Brodsky_

SAL BUSCEMA

CONFIDENTIAL

MARVEL0008072

Confidential

2021MARVEL-0017408

AGREEMENT made this *12th* day of *June*, 19*78*, by and between *John Buscema* _Redacted - PII_ **Redacted - PII** residing at _Redacted - PII_ (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's exclusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the benfit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

by _____

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _____

AGREEMENT made this 23 day of MAY , 1978 , by and between JOHN L. BYRNE

Redacted - PII

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

by _____

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _____

AGREEMENT made this 14 day of July , 1978, by
and between ERNIE CHAN
residing at [Redacted - PII]
(herein "Supplier") and the Marvel Comics Group, a division of Cadence
Industries Corporation, 575 Madison Avenue, New York, New York  10022
(herein "Marvel").

MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes to
have MARVEL order or commission either written material or art work
as a contribution to the collective work known as the Marvel Comics
Group. MARVEL has informed SUPPLIER that MARVEL only orders or
commissions such written material or art work on an employee-for-hire
basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering
from SUPPLIER written material or art work and paying therefor,
SUPPLIER acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such Work was and is expressly agreed to be considered a
work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights
of any kind and nature in and to the Work, the right to use SUP-
PLIER's name in connection therewith and agrees that MARVEL is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-
clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-
fit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed
this Agreement as of the date first above written.

SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation

by _____        by _____

CONFIDENTIAL                                   MARVEL0008075

Confidential                                  2021MARVEL-0017411

AGREEMENT made this 2nd day of *October*, 1978, by and between HOWARD V. CHAYKIN residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's exclusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

by _____


MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _____

CONFIDENTIAL

MARVEL0008076

2021MARVEL-0017412

Confidential

AGREEMENT made this 21 day of june , 19 73 , by and between   c s claremont
residing at  [Redacted - PII]
(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York  10022 (herein "Marvel").

MARVEL  is in the business of publishing comic and other magazines known as the Marvel Comics Group, and  SUPPLIER  wishes to have  MARVEL  order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL  has informed  SUPPLIER  that  MARVEL  only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE,  the parties agree as follows:

In consideration of  MARVEL's  commissioning and ordering from  SUPPLIER  written material or art work and paying therefor, SUPPLIER  acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by  SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER  expressly grants to  MARVEL  forever all rights of any kind and nature in and to the Work, the right to use  SUP- PLIER's  name in connection therewith and agrees that  MARVEL  is the sole and exclusive copyright proprietor thereof having all rights of ownership therein.  SUPPLIER  agrees not to contest  MARVEL's  ex- clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben- fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN  WITNESS  WHEREOF,  the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER

MARVEL  COMICS  GROUP,  a division of Cadence Industries Corporation

by _C S Claremont_                    by _Sol Brodsky_

CONFIDENTIAL

Confidential

AGREEMENT   made this *12ᵗʰ* day of *JUNE*      , 19*78* , by
and between   *DAVID E. COCKRUM*
residing at                    Redacted - PII
(herein "Supplier") and the Marvel Comics Group, a division of Cadence
Industries Corporation, 575 Madison Avenue, New York, New York  10022
(herein "Marvel").

MARVEL  is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and  SUPPLIER  wishes to
have  MARVEL  order or commission either written material or art work
as a contribution to the collective work known as the Marvel Comics
Group.  MARVEL  has informed  SUPPLIER  that  MARVEL  only orders or
commissions such written material or art work on an employee-for-hire
basis.

THEREFORE,   the parties agree as follows:

In consideration of  MARVEL's  commissioning and ordering
from  SUPPLIER  written material or art work and paying therefor,
SUPPLIER  acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by  SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such Work was and is expressly agreed to be considered a
work made for hire.

SUPPLIER  expressly grants to  MARVEL  forever all rights
of any kind and nature in and to the Work, the right to use  SUP-
PLIER's  name in connection therewith and agrees that  MARVEL  is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein.  SUPPLIER  agrees not to contest  MARVEL's  ex-
clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-
fit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN  WITNESS  WHEREOF,   the parties hereto have executed
this Agreement as of the date first above written.


SUPPLIER                          MARVEL  COMICS  GROUP,  a division
                                  of Cadence Industries Corporation


by _David E. Cockrum_____     by _Al Brodsky_____

AGREEMENT made this *12th* day of *JUNE*, 19*78*, by and between *DAVID E. COCKRUM* residing at Redacted - PII (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

by ___David E. Cockrum___

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by ___Al Brodsky___

CONFIDENTIAL

Confidential

AGREEMENT made this 7 day of JULY , 1978 , by Janice Cohen
and between [Redacted - PII]
residing at
(herein "Supplier") and the Marvel Comics Group, a division of Cadence
Industries Corporation, 575 Madison Avenue, New York, New York  10022
(herein "Marvel").

MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes to
have MARVEL order or commission either written material or art work
as a contribution to the collective work known as the Marvel Comics
Group. MARVEL has informed SUPPLIER that MARVEL only orders or
commissions such written material or art work on an employee-for-hire
basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering
from SUPPLIER written material or art work and paying therefor,
SUPPLIER acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such Work was and is expressly agreed to be considered a
work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights
of any kind and nature in and to the Work, the right to use SUP-
PLIER's name in connection therewith and agrees that MARVEL is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-
clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-
fit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed
this Agreement as of the date first above written.


SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation

by Janice Cohen                   by Sol Brodsky

CONFIDENTIAL

Confidential

AGREEMENT  made this *7* day of *JULY*           , 19*78* , by *Janice Cohen*
and between ┌─────────────────────────┐
            │      Redacted - PII     │
residing at └─────────────────────────┘
(herein "Supplier") and the Marvel Comics Group, a division of Cadence
Industries Corporation, 575 Madison Avenue, New York, New York  10022
(herein "Marvel").

        MARVEL  is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and  SUPPLIER  wishes to
have  MARVEL  order or commission either written material or art work
as a contribution to the collective work known as the Marvel Comics
Group.  MARVEL  has informed  SUPPLIER  that  MARVEL  only orders or
commissions such written material or art work on an employee-for-hire
basis.

        THEREFORE,  the parties agree as follows:

        In consideration of  MARVEL's  commissioning and ordering
from  SUPPLIER  written material or art work and paying therefor,
SUPPLIER  acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by  SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such Work was and is expressly agreed to be considered a
work made for hire.

        SUPPLIER  expressly grants to  MARVEL  forever all rights
of any kind and nature in and to the Work, the right to use  SUP-
PLIER's  name in connection therewith and agrees that  MARVEL  is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein.  SUPPLIER  agrees not to contest  MARVEL's  ex-
clusive, complete and unrestricted ownership in and to the Work.

        This Agreement shall be binding upon and inure to the ben-
fit of the parties hereto and their respective heirs, successors,
administrators and assigns.

        IN  WITNESS  WHEREOF,  the parties hereto have executed
this Agreement as of the date first above written.


SUPPLIER                          MARVEL  COMICS  GROUP,  a division
                                  of Cadence Industries Corporation


by *Janice Cohen*                 by *Sol Brodsky*


CONFIDENTIAL

Confidential

AGREEMENT made this   day of   6/10/, 19 7 , by and between ERNIE COLON   Redacted - PII   residing at   Redacted - PII   (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York  10022 (herein "Marvel").

MARVEL  is in the business of publishing comic and other magazines known as the Marvel Comics Group, and  SUPPLIER  wishes to have  MARVEL  order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group.  MARVEL  has informed  SUPPLIER  that  MARVEL  only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE,  the parties agree as follows:

In consideration of  MARVEL's  commissioning and ordering from  SUPPLIER  written material or art work and paying therefor, SUPPLIER  acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by  SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER  expressly grants to  MARVEL  forever all rights of any kind and nature in and to the Work, the right to use  SUP-PLIER's  name in connection therewith and agrees that  MARVEL  is the sole and exclusive copyright proprietor thereof having all rights of ownership therein.  SUPPLIER  agrees not to contest  MARVEL's  exclusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN  WITNESS  WHEREOF,  the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

MARVEL  COMICS  GROUP,  a division of Cadence Industries Corporation

by _____

by _____

CONFIDENTIAL

MARVEL0008082

Confidential

2021MARVEL-0017418

AGREEMENT made this 30th day of May , 1978 , by and between Gene Colan

residing at Redacted - PII

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation

by _Eugene Colan_____             by _Sol Brodsky_____

CONFIDENTIAL

Confidential

MARVEL0008083

2021MARVEL-0017419

AGREEMENT made this 7 day of OCTOBER , 1978, by and between JOHN COSTANZA residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                              MARVEL COMICS GROUP, a division
                                      of Cadence Industries Corporation


by _____           by _____


CONFIDENTIAL

Confidential

AGREEMENT made this *19* day of *May*, 19*78*, by John Costar

and between

| Redacted - PII |

residing at
(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUPPLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's exclusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the benfit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

by _____

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _____

CONFIDENTIAL

Confidential

AGREEMENT made this 11ᵗʰ day of OCTOBER , 19 78, by and between JIM CRAIG residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by ___James Craig___

by ___Sol Brodsky___

AGREEMENT made this *13* day of *JULY* , 19 *78*, by and between *GENE DAY* residing at [Redacted - PII]              [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York  10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

by *Gene Day*

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by *Al Brodax*

CONFIDENTIAL

MARVEL0008087

Confidential

2021MARVEL-0017423

AGREEMENT made this 22 day of MAY , 1978, by and between TOM DEFALCO, [Redacted - PII] residing at (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _Tom DeFalco_

by _Sol Brodsky_

CONFIDENTIAL

Confidential

AGREEMENT made this 24th day of May, 1978, by and between Tony DeZuniga residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUPPLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's exclusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the benfit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _Tony de Zuniga_

by _Sol Brodsky_

CONFIDENTIAL

MARVEL0008089

Confidential

2021MARVEL-0017425

AGREEMENT made this 10TH day of October , 1978, by and between Virgil Diamond residing at _____ Redacted - PII _____ | Redacted - PII | (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights, of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

by _Virgil Diamond_

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _Sol Brodsky_

AGREEMENT made this **3** day of **May** 1979 by and between **Mary Josephine Duffy** residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

WHEREAS MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and

WHEREAS SUPPLIER is desirous of having MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group, and

WHEREAS MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis as such is defined pursuant to the Copyright Act of 1976, as such may be revised, amended, supplemented or superseded

NOW, THEREFORE, the parties hereto hereby agree as follows:

In consideration of MARVEL commissioning and ordering from SUPPLIER written material or art work and paying therefor at the rate MARVEL customarily pays for such work, as such rate may be changed from time to time, SUPPLIER hereby acknowledges, agrees and confirms that any and all work, writing, art work material or services (herein the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire under the Copyright Act of 1976 and as the same may be revised, amended, supplemented or superseded.

SUPPLIER expressly grants to MARVEL in perpetuity all rights of any kind and nature in and to the Work and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein and thereto as if MARVEL were the sole author thereof. SUPPLIER agrees not to contest MARVEL's exclusive, complete and unrestricted ownership in and to the Work.

In addition, SUPPLIER grants to MARVEL the right to use SUPPLIER's name and likeness in connection with the Work, and the advertising thereof, but in no event shall SUPPLIER be deemed to be endorsing a commercial product without first having obtained SUPPLIER's express written consent.

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

Supplier

Marvel Comics Group, a division of Cadence Industries Corporation

by _Mary Josephine Duffy_

by _Sol Brodsky_

CONFIDENTIAL

MARVEL0008091

Confidential

2021MARVEL-0017427

AGREEMENT made this 16 day of October , 19 78, by and between TREVOR VON EEDEN residing at ┌─── Redacted - PII ───┐ (herein "Supplier") and the Marvel Comics Group, a division of Cadenc Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _Trevor Van Eeden_____

by _Sol Brodsky_____

CONFIDENTIAL

MARVEL0008092

Confidential

2021MARVEL-0017428

**AGREEMENT** made this *12th* day of *October*, 19*78*, by and between residing at

Redacted - PII

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

**MARVEL** is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

**THEREFORE,** the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL in the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                              MARVEL COMICS GROUP, a division
                                      of Cadence Industries Corporation


by *Randy Epley*                      by *[signature]*


CONFIDENTIAL                           MARVEL0008093


Confidential                            2021MARVEL-0017429

AGREEMENT made this 26 day of July , 19 70, by
and between MARK ESPOSITO
residing at [Redacted - PII]
(herein "Supplier") and the Marvel Comics Group, a division of Cadence
Industries Corporation, 575 Madison Avenue, New York, New York  10022
(herein "Marvel").

MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes to
have MARVEL order or commission either written material or art work
as a contribution to the collective work known as the Marvel Comics
Group. MARVEL has informed SUPPLIER that MARVEL only orders or
commissions such written material or art work on an employee-for-hire
basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering
from SUPPLIER written material or art work and paying therefor,
SUPPLIER acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such Work was and is expressly agreed to be considered a
work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights
of any kind and nature in and to the Work, the right to use SUP-
PLIER's name in connection therewith and agrees that MARVEL is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-
clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-
fit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed
this Agreement as of the date first above written.


SUPPLIER                         MARVEL COMICS GROUP, a division
                                 of Cadence Industries Corporation

by                               by


CONFIDENTIAL

MARVEL0008094

Confidential

2021MARVEL-0017430

AGREEMENT made this ___ day of MAY 12 , 19 78, by and between *Michael Esposito* residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation


by _____    by _____


CONFIDENTIAL                                          MARVEL0008095

AGREEMENT made this _August 10_ day of _____, 19_78_, by and between _SCOTT EDELMAN_ residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

by _[signature]_

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _[signature] Sol Brodsky_

CONFIDENTIAL

MARVEL0008096

2021MARVEL-0017432

Confidential

AGREEMENT made this *7th* day of *October*, 19*78*, by and between *Roger D. Francis* residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by *Roger D. Francis*

by *[signature]*

CONFIDENTIAL

MARVEL0008097

2021MARVEL-0017433

Confidential

AGREEMENT made this 31st day of July , 1978 , by and between GARY E. FRIEDRICH residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Caden Industries Corporation, 575 Madison Avenue, New York, New York 1002 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art wor as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hir basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all right of ownership therein. SUPPLIER agrees not to contest MARVEL's ex clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

by_____

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by

CONFIDENTIAL

Confidential

AGREEMENT made this 7 day of July , 1978 , by and between CARL GAFFORD residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUPPLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's exclusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the benfit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _Carl Gafford_____

by _Sol Brodsky_____

CONFIDENTIAL

Confidential

MARVEL0008099

2021MARVEL-0017435

AGREEMENT made this 10th day of October, 1978, by and between KENT GAMBLE residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights, of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER                           MARVEL COMICS GROUP, a division
                                   of Cadence Industries Corporation

by _____        by _____

CONFIDENTIAL

MARVEL0008100

Confidential

2021MARVEL-0017436

AGREEMENT made this 5ᵗʰ day of *October*, 19 *78*, by and between *KERRY GAMMILL* residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUPPLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's exclusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER

MARVEL COMICS GROUP, a division of Cadence Industries Corporation


by *KERRY GAMMILL*

by _____

AGREEMENT made this 31ˢᵗ day of OCTOBER , 197 8, by and between STEVE GAN _____ residing at [Redacted - PII]_____. (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation

by _____         by _____
     STEVE GAN.

   TEL. 70-14-79

CONFIDENTIAL

MARVEL0008102

2021MARVEL-0017438

Confidential

AGREEMENT made this *10th* day of *October*, 19 *78*, by and between *William Garvin* residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's exclusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by ___*William Garvin*___

by ___*Sol Brodsky*___

CONFIDENTIAL

MARVEL0008103

AGREEMENT  made this 30 day of JUNE , 1978, by and between FRANK GIACOIA residing at [Redacted - PII] [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL  is in the business of publishing comic and other magazines known as the Marvel Comics Group, and  SUPPLIER  wishes to have  MARVEL  order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL  has informed  SUPPLIER  that  MARVEL  only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE,  the parties agree as follows:

In consideration of  MARVEL's  commissioning and ordering from  SUPPLIER  written material or art work and paying therefor, SUPPLIER  acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by  SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER  expressly grants to  MARVEL  forever all rights of any kind and nature in and to the Work, the right to use  SUP-PLIER's  name in connection therewith and agrees that  MARVEL  is the sole and exclusive copyright proprietor thereof having all rights of ownership therein.  SUPPLIER  agrees not to contest  MARVEL's  ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN  WITNESS  WHEREOF,  the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

55 BETTE ROAD
EAST MEADOW, N.Y. 11554

by _Frank Giacoia_

MARVEL  COMICS  GROUP,  a division of Cadence Industries Corporation

by _Sol Brodsky_

CONFIDENTIAL

Confidential

MARVEL0008104

2021MARVEL-0017440

AGREEMENT made this _18_ day of _October_ , 19 _78_ , by and between _Peter Benno Gillis_ residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUPPLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's exclusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the benfit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _[signature]_

by _[signature]_

CONFIDENTIAL

MARVEL0008105

2021MARVEL-0017441

AGREEMENT made this 5th day of October 1978, by and between DONALD F. GLUT residing at ⌐ Redacted - PII ⌐ (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's exclusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

by _Donald F. Glut_____

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _____

CONFIDENTIAL

AGREEMENT made this 21st day of *May*, 19 78, by and between *VETRA GOLDBERG* residing at [Redacted - PII] [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's exclusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the benfit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _Petra Goldberg_

by _____

CONFIDENTIAL

Confidential

AGREEMENT  made  this     day  of  *June 22* , 1978, by
and between  *Michael L. Golden*
residing at   Redacted - PII
(herein "Supplier") and the Marvel Comics Group, a division of Cadence
Industries Corporation, 575 Madison Avenue, New York, New York  10022
(herein "Marvel").

MARVEL  is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and  SUPPLIER  wishes to
have  MARVEL  order or commission either written material or art work
as a contribution to the collective work known as the Marvel Comics
Group.  MARVEL  has informed  SUPPLIER  that MARVEL  only orders or
commissions such written material or art work on an employee-for-hire
basis.

THEREFORE,  the parties agree as follows:

In consideration of  MARVEL's  commissioning and ordering
from  SUPPLIER  written material or art work and paying therefor,
SUPPLIER  acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by  SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such Work was and is expressly agreed to be considered a
work made for hire.

SUPPLIER  expressly grants to  MARVEL  forever all rights
of any kind and nature in and to the Work, the right to use  SUP-
PLIER's  name in connection therewith and agrees that  MARVEL  is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein.  SUPPLIER  agrees not to contest  MARVEL's  ex-
clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-
fit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN  WITNESS  WHEREOF,  the parties hereto have executed
this Agreement as of the date first above written.


SUPPLIER                        MARVEL  COMICS  GROUP, a division
                                of Cadence Industries Corporation


by *Michael L Golden*           by _____


CONFIDENTIAL

MARVEL0008108

Confidential

2021MARVEL-0017444

AGREEMENT made this 27th day of October , 1978, by and between AL GORDON residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUPPLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's exclusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                              MARVEL COMICS GROUP, a division
                                      of Cadence Industries Corporation

by                                    by

CONFIDENTIAL

MARVEL0008109

Confidential

2021MARVEL-0017445

AGREEMENT made this    day of *31 AUGUST*, 19*78*, by and between *STEVEN GRANT*
residing at [Redacted - PII]
(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation

by _____           by _____

CONFIDENTIAL

MARVEL0008110

2021MARVEL-0017446

Confidential

AGREEMENT made this *17th* day of JULY 19, 1978, by
and between DAN GREEN,
residing at [Redacted - PII]
(herein "Supplier") and the Marvel Comics Group, a division of Cadence
Industries Corporation, 575 Madison Avenue, New York, New York 10022
(herein "Marvel").

MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes to
have MARVEL order or commission either written material or art work
as a contribution to the collective work known as the Marvel Comics
Group. MARVEL has informed SUPPLIER that MARVEL only orders or
commissions such written material or art work on an employee-for-hire
basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering
from SUPPLIER written material or art work and paying therefor,
SUPPLIER acknowledges; agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such Work was and is expressly agreed to be considered a
work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights
of any kind and nature in and to the Work, the right to use SUP-
PLIER's name in connection therewith and agrees that MARVEL is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-
clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-
fit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed
this Agreement as of the date first above written.

SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation

by _____        by _____

AGREEMENT  made this /2  day of _June_ , 19_78_ , by and between _Barry Grossman_ _____ , residing at [ Redacted - PII ] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York  10022 (herein "Marvel").

MARVEL  is in the business of publishing comic and other magazines known as the Marvel Comics Group, and  SUPPLIER  wishes to have  MARVEL  order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group.  MARVEL  has informed  SUPPLIER  that  MARVEL  only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE,  the parties agree as follows:

In consideration of  MARVEL's  commissioning and ordering from  SUPPLIER  written material or art work and paying therefor, SUPPLIER  acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by  SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER  expressly grants to  MARVEL  forever all rights of any kind and nature in and to the Work, the right to use  SUPPLIER's  name in connection therewith and agrees that  MARVEL  is the sole and exclusive copyright proprietor thereof having all rights of ownership therein.  SUPPLIER  agrees not to contest  MARVEL's  exclusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN  WITNESS  WHEREOF,  the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                        MARVEL  COMICS  GROUP,  a division
                               of Cadence Industries Corporation

by _Barry Grossma_____          by _Sol Brodsky_____

CONFIDENTIAL                    MARVEL0008112

Confidential                      2021MARVEL-0017448

AGREEMENT made this *14* day of *June*, 19*78*, by and between *LEN GROW* residing at ⟨Redacted - PII⟩ (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUPPLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's exclusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the benfit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                                    MARVEL COMICS GROUP, a division
                                            of Cadence Industries Corporation

by _____                 by _____


CONFIDENTIAL

Confidential

AGREEMENT made this *11th* day of *May* , 19*78*, by and between *MARK GRUENWALD* residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER

MARVEL COMICS GROUP, a division of Cadence Industries Corporation


by *Mark Gruenwald*

by *Art Brodsky*

CONFIDENTIAL

MARVEL0008114

AGREEMENT made this 23 day of *December, 1981*, by and between *Paul Gulacy*

Redacted - PII

residing at _____
(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _____

by _____

CONFIDENTIAL

MARVEL0008115

Confidential

2021MARVEL-0017451

AGREEMENT made this        day of *Oct. 11, 1978*, by and between *MURAD GUMEN* residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUPPLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's exclusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                           MARVEL COMICS GROUP, a division
                                   of Cadence Industries Corporation

by _Murad Gumen_         by _Sol Brodsky_

CONFIDENTIAL

Confidential

AGREEMENT made this *7th* day of *JULY* , 19 *78* , by and between *EDWARD HANNIGAN* residing at (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by *Edward J. Hannigan*

by *[signature]*

CONFIDENTIAL

MARVEL0008117

Confidential

2021MARVEL-0017453

AGREEMENT made this        day of  *May 3*        19 *78*  by and between

*Robert Hall*        residing at                     Redacted - PII

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

WHEREAS MARVEL    is in the business of publishing comic and other magazines known as the Marvel Comics Group, and

WHEREAS SUPPLIER  is desirous of having  MARVEL  order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group, and

WHEREAS MARVEL  has informed SUPPLIER that MARVEL  only orders or commissions such written material or art work on an employee-for-hire basis as such is defined pursuant to the Copyright Act of 1976, as such may be revised, amended, supplemented or superseded.

NOW,    THEREFORE,    the parties hereto hereby agree as follows:

In consideration of MARVEL commissioning and ordering from SUPPLIER written material or art work and paying therefor at the rate MARVEL customarily pays for such work, as such rate may be changed from time to time, SUPPLIER hereby acknowledges, agrees and confirms that any and all work, writing, art work material or services (herein the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire under the Copyright Act of 1976 and as the same may be revised, amended, supplemented or superseded.

SUPPLIER expressly grants to MARVEL in perpetuity all rights of any kind and nature in and to the Work and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein and thereto as if MARVEL were the sole author thereof. SUPPLIER agrees not to contest MARVEL's exclusive, complete and unrestricted ownership in and to the Work.

In addition, SUPPLIER grants to MARVEL the right to use SUPPLIER's name and likeness in connection with the Work, and the advertising thereof, but in no event shall SUPPLIER be deemed to be endorsing a commercial product without first having obtained SUPPLIER's express written consent.

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF,    the parties hereto have executed this Agreement as of the date first above written.

Supplier *Robert Hall*

by _____

Marvel Comics Group, a division of Cadence Industries Corporation

by _____

CONFIDENTIAL

Confidential

AGREEMENT  made this     day of   7/18, 197  , by and between Chris Havoress residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York  10022 (herein "Marvel").

MARVEL  is in the business of publishing comic and other magazines known as the Marvel Comics Group, and  SUPPLIER  wishes to have  MARVEL  order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group.  MARVEL  has informed  SUPPLIER  that  MARVEL  only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE,  the parties agree as follows:

In consideration of  MARVEL's  commissioning and ordering from  SUPPLIER  written material or art work and paying therefor, SUPPLIER  acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by  SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER  expressly grants to  MARVEL  forever all rights of any kind and nature in and to the Work, the right to use  SUP-PLIER's  name in connection therewith and agrees that  MARVEL  is the sole and exclusive copyright proprietor thereof having all rights of ownership therein.  SUPPLIER  agrees not to contest  MARVEL's  ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN  WITNESS  WHEREOF,  the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                          MARVEL  COMICS  GROUP, a division
                                  of Cadence Industries Corporation

by C. J. Henle                    by [signature]

CONFIDENTIAL

MARVEL0008119

AGREEMENT made this 13th day of October , 1978 , by and between Robert Heit residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP- PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex- clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben- fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

by _Robert C. Heit_____

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _Sol Brodsky_____

CONFIDENTIAL

Confidential

AGREEMENT made this        day of 22 May , 1978 , by and between Michael Higgins residing at ~~Redacted - PII~~ (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York  10022 (herein "Marvel").

MARVEL  is in the business of publishing comic and other magazines known as the Marvel Comics Group, and  SUPPLIER  wishes to have  MARVEL  order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL  has informed  SUPPLIER  that MARVEL  only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE,  the parties agree as follows:

In consideration of  MARVEL's  commissioning and ordering from  SUPPLIER  written material or art work and paying therefor, SUPPLIER  acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by  SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER  expressly grants to  MARVEL  forever all rights of any kind and nature in and to the Work, the right to use  SUP- PLIER's  name in connection therewith and agrees that  MARVEL  is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER  agrees not to contest  MARVEL's  ex- clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben- fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN  WITNESS  WHEREOF,  the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER                          MARVEL  COMICS  GROUP,  a division of Cadence Industries Corporation

by _Michael Higgins_             by _Sol Brodsky_

AGREEMENT made this *30* day of *JUNE* , 197*8* , by and between *GLORIA JEAN SIMEK HIPP* residing at _____ Redacted - PII _____ (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation


by *Gloria Jean Simek Hipp*        by *Sol Brodsky*

CONFIDENTIAL

MARVEL0008122

Confidential

2021MARVEL-0017458

*CRAZY MAGAZINE*

AGREEMENT made this *12* day of *December*, 19 *78*, by and between *HOPE HIRSCH* residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's exclusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER                                MARVEL COMICS GROUP, a division
                                        of Cadence Industries Corporation
*Hope Hirsch* [Redacted - PII]

by_____          by_____

CONFIDENTIAL

Confidential

*CRAZY MAGAZINE*

**AGREEMENT** made this *12* day of *December*, 19*78*, by and between *PHILIP HIRSCH* residing at Redacted - PII (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUPPLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's exclusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER                    MARVEL COMICS GROUP, a division
                            of Cadence Industries Corporation

by _____        by _____

S.S.# Redacted - PII

AGREEMENT made this *18* day of *SEPT*, 19*78*, by and between *Carmine Infantino*

residing at [Redacted - PII]

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York  10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's exclusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                           MARVEL COMICS GROUP, a division
                                   of Cadence Industries Corporation


by _____         by _____

AGREEMENT made this        day of OCT. 11    , 1978, by and between *MARYLYN IPPOLITO* residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York  10022 (herein "Marvel").

MARVEL  is in the business of publishing comic and other magazines known as the Marvel Comics Group, and  SUPPLIER  wishes to have  MARVEL  order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group.  MARVEL  has informed  SUPPLIER  that  MARVEL  only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE,  the parties agree as follows:

In consideration of  MARVEL's  commissioning and ordering from  SUPPLIER  written material or art work and paying therefor, SUPPLIER  acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by  SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to  MARVEL  forever all rights of any kind and nature in and to the Work, the right to use  SUP-PLIER's  name in connection therewith and agrees that  MARVEL  is the sole and exclusive copyright proprietor thereof having all rights of ownership therein.  SUPPLIER  agrees not to contest  MARVEL's  ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS  WHEREOF,  the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER                           MARVEL  COMICS  GROUP,  a division
                                   of Cadence Industries Corporation


by _Marylyn Ippolito_              by _Sol Brodsky_

AGREEMENT made this 26TH day of JUNE , 19 78, by and between KLAUS JANSON residing at ⬚Redacted - PII⬚ (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUPPLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's exclusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the benfit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation

by _Klaus Janson_____         by _Sol Brodsky_____

CONFIDENTIAL

Confidential

AGREEMENT made this 3/st day of *October*, 19 78, by and between *VESS M. VOOLOMAN* residing at ~~Redacted - PII~~
(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's exclusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the benfit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _____

by _____

CONFIDENTIAL

Confidential

AGREEMENT made this 14 day of June , 1978, by and between Annette R. Kawecki residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP- PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex- clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben- fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation

by _Annett R. Kawecki_            by _Al Brodsky_


CONFIDENTIAL                      MARVEL0008129

Confidential                      2021MARVEL-0017465

AGREEMENT made this    day of *Oct 12*    , 19 ⁻ , by and between *JOSEPH KIERNAN* residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York  10022 (herein "Marvel").

MARVEL  is in the business of publishing comic and other magazines known as the Marvel Comics Group, and  SUPPLIER  wishes to have  MARVEL  order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed  SUPPLIER  that  MARVEL  only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE,  the parties agree as follows:

In consideration of  MARVEL's  commissioning and ordering from  SUPPLIER  written material or art work and paying therefor, SUPPLIER  acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work")  which have been or are in the future created, prepared or performed by  SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER  expressly grants to  MARVEL  forever all rights of any kind and nature in and to the Work, the right to use SUP- PLIER's  name in connection therewith and agrees that MARVEL  in the sole and exclusive copyright proprietor thereof having all rights of ownership therein.  SUPPLIER  agrees not to contest MARVEL's  ex- clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben- fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN  WITNESS  WHEREOF,  the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

by *Joseph J Kiernan* _____

*JOSEPH J. KIERNAN*

MARVEL  COMICS  GROUP,  a division of Cadence Industries Corporation

by _____

AGREEMENT made this 8 day of August , 1978 , by
and between JAMES KIMIAK
residing at [Redacted - PII]
(herein "Supplier") and the Marvel Comics Group, a division of Cadence
Industries Corporation, 575 Madison Avenue, New York, New York  10022
(herein "Marvel").

MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes to
have MARVEL order or commission either written material or art work
as a contribution to the collective work known as the Marvel Comics
Group. MARVEL has informed SUPPLIER that MARVEL only orders or
commissions such written material or art work on an employee-for-hire
basis.

THEREFORE,  the parties agree as follows:

In consideration of MARVEL's commissioning and ordering
from SUPPLIER written material or art work and paying therefor,
SUPPLIER acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such Work was and is expressly agreed to be considered a
work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights
of any kind and nature in and to the Work, the right to use SUP-
PLIER's name in connection therewith and agrees that MARVEL is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-
clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-
fit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed
this Agreement as of the date first above written.

SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation


by _James P. Kimak_               by _[signature]_

CONFIDENTIAL

MARVEL0008131

Confidential

2021MARVEL-0017467

*Jim Shorter*

AGREEMENT made this    day of *August 8*, 19*78*, by and between *Isma Klinger* residing at *(herein "Supplier")* and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's exclusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the benfit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                    MARVEL COMICS GROUP, a division
                            of Cadence Industries Corporation

by _*Isma Klinger*_         by _*Jim Galbodeh*_

CONFIDENTIAL

Confidential

AGREEMENT, made this        day of _August 8_ , 19 _78_ , by and between _Stanley Kluger_ residing at _____ | Redacted - PII | (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

by _Stanley Kluger_ _____

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _Art Brodsky_ _____

MARVEL0008133

Confidential

2021MARVEL-0017469

AGREEMENT made this 6/12 day of June , 1978 , by and between Alan Kupperberg residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's exclusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the benfit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _Alan Kupperberg_

by _Jol Brodsky_

CONFIDENTIAL

Confidential

AGREEMENT made this 28ᵗᴴ day of JUNE , 1978, by and between PAUL KUPPERBERG residing at ~~_____~~  Redacted - PII
(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York  10022 (herein "Marvel").

MARVEL  is in the business of publishing comic and other magazines known as the Marvel Comics Group, and  SUPPLIER  wishes to have  MARVEL  order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group.  MARVEL  has informed  SUPPLIER  that  MARVEL  only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE,  the parties agree as follows:

In consideration of  MARVEL's  commissioning and ordering from  SUPPLIER  written material or art work and paying therefor, SUPPLIER  acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by  SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER  expressly grants to  MARVEL  forever all rights of any kind and nature in and to the Work, the right to use  SUP-PLIER's  name in connection therewith and agrees that  MARVEL  is the sole and exclusive copyright proprietor thereof having all rights of ownership therein.  SUPPLIER  agrees not to contest  MARVEL's  exclusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN  WITNESS  WHEREOF,  the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                          MARVEL  COMICS  GROUP,  a division
                                  of Cadence Industries Corporation


by _Paul Kupperberg_              by _Al Brodey_


CONFIDENTIAL

Confidential

2021MARVEL-0017471

AGREEMENT made this 5th day of *October*, 1978, by and between *Aron Laikin* residing at ⌐Redacted - PII⌐ (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP- PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex- clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben- fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

by _Aron Laikin_____

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _____

CONFIDENTIAL

MARVEL0008136

2021MARVEL-0017472

AGREEMENT made this 5ᵀᴴ day of OCTOBER , 1978, by and between EDEN LAIKIN residing at [ Redacted - PII ]    [ Redacted - PII ] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York  10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE,  the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _Eden Laikin_

by _____