# EXHIBIT 23C

AGREEMENT made this 26 day of SEPTEMBER, 1978, by Alan Weiss and between residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's exclusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the benfit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

by _Alan Weiss_

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _[signature]_

CONFIDENTIAL

Confidential

AGREEMENT made this 22 day of MAY , 19 78, by and between GLYNIS WEIN residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP- PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex- clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben- fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER

MARVEL COMICS GROUP, a division of Cadence Industries Corporation


by _Glynis Wein_

by _Sol Brodsky_


CONFIDENTIAL

Confidential

AGREEMENT made this *9th* day of *October* , 1978, by and between *Michael Weiss* residing at [ Redacted - PII ] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                         MARVEL COMICS GROUP, a division
                                 of Cadence Industries Corporation


by *Michael Weiss*               by *Sol Brodsky*

CONFIDENTIAL

Confidential

AGREEMENT made this *10* day of *October*, 19 *78*, by and between *David Wennel* residing at ████████████ Redacted - PII ████████████ (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation


by _____        by _____


CONFIDENTIAL

MARVEL0008229

2021MARVEL-0017565

Confidential

AGREEMENT  made this 7TH day of JUNE      , 19 78 , by
and between MARV WOLFMAN
residing at [Redacted - PII]
(herein "Supplier") and the Marvel Comics Group, a division of Cadence
Industries Corporation, 575 Madison Avenue, New York, New York  10022
(herein "Marvel").

MARVEL  is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER  wishes to
have MARVEL  order or commission either written material or art work
as a contribution to the collective work known as the Marvel Comics
Group.  MARVEL  has informed  SUPPLIER  that MARVEL  only orders or
commissions such written material or art work on an employee-for-hire
basis.

THEREFORE,  the parties agree as follows:

In consideration of  MARVEL's  commissioning and ordering
from  SUPPLIER  written material or art work and paying therefor,
SUPPLIER  acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by  SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such Work was and is expressly agreed to be considered a
work made for hire.

SUPPLIER  expressly grants to  MARVEL  forever all rights
of any kind and nature in and to the Work, the right to use  SUP-
PLIER's  name in connection therewith and agrees that MARVEL  is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein.  SUPPLIER  agrees not to contest  MARVEL's  ex-
clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-
fit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN  WITNESS  WHEREOF,  the parties hereto have executed
this Agreement as of the date first above written.


SUPPLIER                           MARVEL  COMICS  GROUP,  a division
                                   of Cadence Industries Corporation


by _____       by _____

AGREEMENT made this 7TH day of JUNE , 19 78 , by and between MARV WOLFMAN

residing at _____[Redacted - PII]_____
(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York  10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation


by _Marv Wolfman_                 by _Art Brodsky_


CONFIDENTIAL                                              MARVEL0008231


Confidential                                             2021MARVEL-0017567

AGREEMENT made this 7TH day of JUNE , 19 78 , by and between MARV WOLFMAN residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _Marv Wolfman_

by _Art Brodsky_

CONFIDENTIAL

MARVEL0008232

Confidential

2021MARVEL-0017568

AGREEMENT made this    day of  6 June , 19__ , by
and between  Michael Wolfman
residing at  [Redacted - PII]
(herein "Supplier") and the Marvel Comics Group, a division of Cadence
Industries Corporation, 575 Madison Avenue, New York, New York 10022
(herein "Marvel").

    MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes to
have MARVEL order or commission either written material or art work
as a contribution to the collective work known as the Marvel Comics
Group. MARVEL has informed SUPPLIER that MARVEL only orders or
commissions such written material or art work on an employee-for-hire
basis.

    THEREFORE, the parties agree as follows:

    In consideration of MARVEL's commissioning and ordering
from SUPPLIER written material or art work and paying therefor,
SUPPLIER acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such Work was and is expressly agreed to be considered a
work made for hire.

    SUPPLIER expressly grants to MARVEL forever all rights
of any kind and nature in and to the Work, the right to use SUP-
PLIER's name in connection therewith and agrees that MARVEL is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-
clusive, complete and unrestricted ownership in and to the Work.

    This Agreement shall be binding upon and inure to the ben-
fit of the parties hereto and their respective heirs, successors,
administrators and assigns.

    IN WITNESS WHEREOF, the parties hereto have executed
this Agreement as of the date first above written.


SUPPLIER                           MARVEL COMICS GROUP, a division
                                   of Cadence Industries Corporation


by _____         by _____

AGREEMENT made this    day of 6/14 , 19 78, by
and between DENISE VLADIMER WOHL
residing at [Redacted - PII]
(herein "Supplier") and the Marvel Comics Group, a division of Cadence
Industries Corporation, 575 Madison Avenue, New York, New York 10022
(herein "Marvel").

MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes to
have MARVEL order or commission either written material or art work
as a contribution to the collective work known as the Marvel Comics
Group. MARVEL has informed SUPPLIER that MARVEL only orders or
commissions such written material or art work on an employee-for-hire
basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering
from SUPPLIER written material or art work and paying therefor,
SUPPLIER acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such Work was and is expressly agreed to be considered a
work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights
of any kind and nature in and to the Work, the right to use SUP-
PLIER's name in connection therewith and agrees that MARVEL is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-
clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-
fit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed
this Agreement as of the date first above written.


SUPPLIER                           MARVEL COMICS GROUP, a division
                                   of Cadence Industries Corporation


by _Denise V. Wohl_                by _Al Bersday_


CONFIDENTIAL                                    MARVEL0008234


Confidential                                     2021MARVEL-0017570

AGREEMENT made this    day of *June* 6 , 19*78*, by and between *Andrew P. Yanchus* residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York  10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and  SUPPLIER  wishes to have  MARVEL  order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group.  MARVEL  has informed  SUPPLIER  that  MARVEL  only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE,  the parties agree as follows:

In consideration of  MARVEL's  commissioning and ordering from  SUPPLIER  written material or art work and paying therefor, SUPPLIER  acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by  SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER  expressly grants to  MARVEL  forever all rights of any kind and nature in and to the Work, the right to use  SUP-PLIER's  name in connection therewith and agrees that  MARVEL  is the sole and exclusive copyright proprietor thereof having all rights of ownership therein.  SUPPLIER  agrees not to contest  MARVEL's  ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF,  the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

*Andrew P. Yanchus*

by_____

MARVEL  COMICS  GROUP,  a division of Cadence Industries Corporation

*Sol Brodsky*

by_____

CONFIDENTIAL

Confidential

AGREEMENT made this 5th day of DECEMBER, 1978, by and between THOMAS YEATES II residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

*Thomas Yeates II*

by _____

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _____

AGREEMENT made this 22 day of MAY , 19 78, by and between NELSON YOMTOV residing at ⟨Redacted - PII⟩ (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUPPLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's exclusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the benfit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by ___Nelson Yomtov___

by ___Joe Brodsky___

CONFIDENTIAL

Confidential

AGREEMENT made this 5 day of OCTOBER , 1978, by and between RONALD ZALME residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York  10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE,  the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF,  the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation


by _Ronald Zalme_                 by _Sol Brodsky_

AGREEMENT made this 1st day of OCTOBER , 1979, by and between BRENT ERIC ANDERSON residing at _____ Redacted - PII _____ (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York  10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER                              MARVEL COMICS GROUP, a division
                                      of Cadence Industries Corporation


by _Brent Eric Anderson_____      by _Sol Brodsky_____

AGREEMENT made this 26 day of October , 19 79, by
and between WALLACE WOOD
residing at [Redacted - PII]
(herein "Supplier") and the Marvel Comics Group, a division of Cadence
Industries Corporation, 575 Madison Avenue, New York, New York  10022
(herein "Marvel").

MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes to
have MARVEL order or commission either written material or art work
as a contribution to the collective work known as the Marvel Comics
Group. MARVEL has informed SUPPLIER that MARVEL only orders or
commissions such written material or art work on an employee-for-hire
basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering
from SUPPLIER written material or art work and paying therefor,
SUPPLIER acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such Work was and is expressly agreed to be considered a
work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights
of any kind and nature in and to the Work, the right to use SUP-
PLIER's name in connection therewith and agrees that MARVEL is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-
clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-
fit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed
this Agreement as of the date first above written.


SUPPLIER                              MARVEL  COMICS  GROUP,  a division
                                      of Cadence Industries Corporation

by _Wallace wood_____            by _____

AGREEMENT made this 7th day of April, 19 79, by and between YONG MONTANO (CONSTANTINO T. MONTANO JR.) residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

[Redacted - PII]

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL for ver all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's exclusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the benfit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by CONSTANTINO T. MONTANO JR. by _____
    (YONG MONTANO)

AGREEMENT made this 31 day of MAY , 19 79 , by
and between *EDUARDO BARRETO* residing at
(herein "Supplier") and the Marvel Comics Group, a division of Cadence
Industries Corporation, 575 Madison Avenue, New York, New York  10022
(herein "Marvel").

MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and  SUPPLIER  wishes to
have  MARVEL  order or commission either written material or art work
as a contribution to the collective work known as the Marvel Comics
Group. MARVEL has informed SUPPLIER that MARVEL  only orders or
commissions such written material or art work on an employee-for-hire
basis.

THEREFORE,  the parties agree as follows:

In consideration of  MARVEL's  commissioning and ordering
from  SUPPLIER  written material or art work and paying therefor,
SUPPLIER  acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by  SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such Work was and is expressly agreed to be considered a
work made for hire.

SUPPLIER  expressly grants to  MARVEL  forever all rights
of any kind and nature in and to the Work, the right to use  SUP-
PLIER's  name in connection therewith and agrees that  MARVEL  is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein.  SUPPLIER  agrees not to contest  MARVEL's  ex-
clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-
fit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN  WITNESS  WHEREOF,  the parties hereto have executed
this Agreement as of the date first above written.


SUPPLIER                          MARVEL  COMICS  GROUP,  a division
                                  of Cadence Industries Corporation

by_____         by_____

CONFIDENTIAL                                                    MARVEL0008242

Confidential                                                    2021MARVEL-0017578

AGREEMENT made this      day of    DEC 7, 1979, by and between PETER A. BRAMLEY residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York  10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-. PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's exclusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the benfit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _Peter A. Bramley_

by _Bb Brodsky_

AGREEMENT made this 22 day of May , 1979, by and between Tim A Conrad residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _Tim P. Conrad_

by _J Brodsky_

CONFIDENTIAL

Confidential

AGREEMENT made this       day of *Sept 13* , 19 *79*, by
and between *Dennis B Cowan*
residing at _____
                                        Redacted - PII
(herein "Supplier") and the Marvel Comics Group, a division of Cadence
Industries Corporation, 575 Madison Avenue, New York, New York  10022
(herein "Marvel").

MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes to
have MARVEL order or commission either written material or art work
as a contribution to the collective work known as the Marvel Comics
Group. MARVEL has informed SUPPLIER that MARVEL only orders or
commissions such written material or art work on an employee-for-hire
basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering
from SUPPLIER written material or art work and paying therefor,
SUPPLIER acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such Work was and is expressly agreed to be considered a
work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights
of any kind and nature in and to the Work, the right to use SUP-
PLIER's name in connection therewith and agrees that MARVEL is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-
clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-
fit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed
this Agreement as of the date first above written.


SUPPLIER                    MARVEL COMICS GROUP, a division
                            of Cadence Industries Corporation


by *Dennis B Cowan*          by_____

AGREEMENT made this *14* day of *JUNE*, 19*77*, by and between *DANIEL CRESPI* residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUPPLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's exclusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the benfit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation


by                                by


CONFIDENTIAL

Confidential

AGREEMENT made this 24th day of September , 1979, by and between Jack Davis residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's exclusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER                        MARVEL COMICS GROUP, a division
                                of Cadence Industries Corporation

by _____      by _____

AGREEMENT made this 26th day of JANUARY , 1979, by and between STEVE DITKO , residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's exclusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the benfit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation


by _____        by _____


CONFIDENTIAL

Confidential

AGREEMENT made this 15th day of August , 19 79 , by and between TED EISENBERG
residing at [Redacted - PII]
(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York   10022 (herein "Marvel").

MARVEL  is in the business of publishing comic and other magazines known as the Marvel Comics Group, and  SUPPLIER  wishes to have MARVEL  order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL  has informed  SUPPLIER  that  MARVEL  only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE,  the parties agree as follows:

In consideration of  MARVEL's  commissioning and ordering from SUPPLIER  written material or art work and paying therefor, SUPPLIER  acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER  expressly grants to  MARVEL  forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL  is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER  agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF,  the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER TED EISENBERG

by ___Bill Eisenberg___

S.S. # [Redacted - PII]

MARVEL  COMICS  GROUP,  a division of Cadence Industries Corporation

by ___John Brodsky___

AGREEMENT made this *20* day of *DECEMBER*, 19*79*, by and between *JOEY EPSTEIN* residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York  10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's exclusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the benfit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _~signature~_

by _~signature~_

CONFIDENTIAL

Confidential

AGREEMENT made this tenth day of December , 19 79 , by and between Bill Flanagan residing at ⬚Redacted - PII⬚ (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

by ___Bill Flanagan___

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by ___Sol Brodsky___

CONFIDENTIAL

MARVEL0008251

Confidential

2021MARVEL-0017587

AGREEMENT made this     day of Feb. 8   , 19 79, by
and between DANIEL FINGEROTH
residing at [Redacted - PII]
(herein "Supplier") and the Marvel Comics Group, a division of Cadence
Industries Corporation, 575 Madison Avenue, New York, New York 10022
(herein "Marvel").

MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes to
have MARVEL order or commission either written material or art work
as a contribution to the collective work known as the Marvel Comics
Group. MARVEL has informed SUPPLIER that MARVEL only orders or
commissions such written material or art work on an employee-for-hire
basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering
from SUPPLIER written material or art work and paying therefor,
SUPPLIER acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such Work was and is expressly agreed to be considered a
work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights
of any kind and nature in and to the Work, the right to use SUP-
PLIER's name in connection therewith and agrees that MARVEL is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-
clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-
fit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed
this Agreement as of the date first above written.


SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation


by _Daniel Fingeroth_             by _____ Brodsky

CONFIDENTIAL

Confidential

AGREEMENT made this _22nd_ day of _August_, 1979, by and between _ARNOLD FRANCHIONI_, residing at _Redacted - PII_ (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER 1 Pg. "A CRAZY VIGNETTE"          MARVEL COMICS GROUP, a division
2 pg. "SPECIALIZED READING CLASSES"     of Cadence Industries Corporation

by _auroldo franchioni_          by _____

Social Security No. _Redacted - PII_

CONFIDENTIAL

MARVEL0008253

Confidential

2021MARVEL-0017589

AGREEMENT made this **21st** day of **DECEMBER** , **1979** , by and between **LARRY FREDERICKS** residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _Larry Fredericks_

by _Sol Brodsky_

CONFIDENTIAL

Confidential

AGREEMENT made this 1 day of April , 19 79 , by and between Daniel Gutman - residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP- PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex- clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben- fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER

X by _Daniel Gutman_____

S.S. # [Redacted - PII]


MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _Al Brodsky_____

CONFIDENTIAL

Confidential

AGREEMENT made this *20* day of *DECEMBER*, 19*79*, by and between *TOM HACHTMAN* residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP- PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex- clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben- fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

by ___Tom Hachtman___

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by ___Jef Rcodick___

CONFIDENTIAL

MARVEL0008256

Confidential

2021MARVEL-0017592

AGREEMENT made this *6* day of *AUGUST*, 19*79*, by and between *ALEX JAY* residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER

by _____


MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _____

CONFIDENTIAL

Confidential

AGREEMENT made this 30th day of MAY, 1977, by and between Arvell Jones residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUPPLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's exclusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER                    MARVEL COMICS GROUP, a division
                            of Cadence Industries Corporation

by _____          by _____

CONFIDENTIAL

Confidential

AGREEMENT made this 26 day of FEB , 19__ by and between GIL KANE residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.*

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation

by _Gil Kane_                     by _J. Brodsky_

*This agreement does not apply to or set aside the prior agreement concerning any rights to the character "Blackmark" or to any stories or art in which he is featured. "Blackmark" remains copyrighted only by Gil Kane.

CONFIDENTIAL

Confidential

AGREEMENT made this 20 day of November, 1979. by and between PAUL KIRCHNER SS [Redacted - PII] residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP- PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex- clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben- fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _Paul Kirchner_____

by _Sol Brodsky_____

CONFIDENTIAL

MARVEL0008260

2021MARVEL-0017596

Confidential

AGREEMENT made this 29th day of May , 19 79 , by and between   David Anthony Kraft residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York  10022 (herein "Marvel").

MARVEL  is in the business of publishing comic and other magazines known as the Marvel Comics Group, and  SUPPLIER  wishes to have  MARVEL  order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group.  MARVEL  has informed  SUPPLIER  that  MARVEL  only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE,  the parties agree as follows:

In consideration of  MARVEL's  commissioning and ordering from  SUPPLIER  written material or art work and paying therefor, SUPPLIER  acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by  SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER  expressly grants to  MARVEL  forever all rights of any kind and nature in and to the Work, the right to use  SUP-PLIER's  name in connection therewith and agrees that  MARVEL  is the sole and exclusive copyright proprietor thereof having all rights of ownership therein.  SUPPLIER  agrees not to contest  MARVEL's  exclusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the benfit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN  WITNESS  WHEREOF,  the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

MARVEL  COMICS  GROUP,  a division of Cadence Industries Corporation

by _David Anthony Kraft_

by _Sol Brodsky_

CONFIDENTIAL

MARVEL0008261

Confidential

2021MARVEL-0017597

AGREEMENT made this 3 day of JANUARY , 1979 , by and between ROMAS KUKALIS residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's exclusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the benfit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation


by _Romas Kukalis_                by _____

AGREEMENT made this _9th_ day of _APRIL_ , 19_79_, by and between _ANDY LAMBERTI_ residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by X _Andy Lamberti_

S.S.# [Redacted - PII]

by _[signature]_

CONFIDENTIAL

Confidential

AGREEMENT made this 24 day of *September* , 19 79, by and between DAVID MANAK residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's exclusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by *David J. Manak*

by *J. C. Brodsky*

CONFIDENTIAL

MARVEL0008264

2021MARVEL-0017600

Confidential

AGREEMENT made this     day of *FEBRUARY 2*, 19*74*, by and between *ROBERTA McKENZIE* residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's exclusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

by _~Robert~_____

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _~signature~_____

CONFIDENTIAL

Confidential

AGREEMENT made this 7ᵗʰ day of April, 19 79, by and between YONG MONTANO (CONSTANTINO T. MONTANO JR) residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

[Redacted - PII]

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL for ever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER                           MARVEL COMICS GROUP, A division
                                   of Cadence Industries Corporation

by CONSTANTINO T. MONTANO JR.      by _____
   (YONG MONTANO)

CONFIDENTIAL

AGREEMENT made this 3 day of January , 1979 , by and between Peter John Palmer residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

by _Peter John Palmer_

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _Sol Brodsky_

CONFIDENTIAL

Confidential

AGREEMENT made this *15* day of *Oct* , 19*79* , by and between *MICHAEL J. PELLOWSKI* residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's exclusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by *Michael J Pellowski*

by _____

CONFIDENTIAL

Confidential

AGREEMENT made this 12th day of DECEMBER , 1979 , by and between WENDY PINI residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York  10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and  SUPPLIER  wishes to have  MARVEL  order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group.  MARVEL  has informed  SUPPLIER  that  MARVEL  only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE,  the parties agree as follows:

In consideration of  MARVEL's  commissioning and ordering from  SUPPLIER  written material or art work and paying therefor, SUPPLIER  acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by  SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER  expressly grants to  MARVEL  forever all rights of any kind and nature in and to the Work, the right to use  SUP-PLIER's  name in connection therewith and agrees that  MARVEL  is the sole and exclusive copyright proprietor thereof having all rights of ownership therein.  SUPPLIER  agrees not to contest  MARVEL's  ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN  WITNESS  WHEREOF,  the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER

MARVEL  COMICS  GROUP,  a division of Cadence Industries Corporation


by _Wendy Pini_____

by _____

CONFIDENTIAL

Confidential

AGREEMENT made this       day of **September**, 19 **79**, by and between _John Pound_ residing at [Redacted - PII] [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's exclusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the benfit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _John M. Pound_

by _Stl Brodsky_

AGREEMENT made this _7_ day of _AUG_ , 19_79_ , by and between _NESTOR REDONDO_ residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP- PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex- clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben- fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

by _____

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _____

CONFIDENTIAL

Confidential

AGREEMENT made this _19th_ day of _December_ , 19_79_ , by and between _ALEXANDER SAVIUK_ residing at [ Redacted - PII ] [ Redacted - PII ] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

by _Alexander Saviuk_

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _Sol Brodsky_

CONFIDENTIAL

Confidential

AGREEMENT made this *2* day of *FEBRUARY 12*, 197*9*, by and between *AL SCADUTO* residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation


by X *Al Scaduto,*               by _____

S.S.# [Redacted - PII]

CONFIDENTIAL

MARVEL0008273

Confidential

2021MARVEL-0017609

AGREEMENT made this 5th day of February , 1979 , by and between Michael Shapiro residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

Michael Shapiro

by _Michael Shapiro_

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _[signature]_

CONFIDENTIAL

MARVEL0008274

Confidential

2021MARVEL-0017610

AGREEMENT made this 19th day of NOVEMBER , 1979 , by and between JAMES SHOOMAN residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

by_____

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by_____



25 June 79


Jim Shooter
Marvel Comics
575 Madison Ave.
NYC 10022


Re: "MASTER OF SHADOWS"
    Red Sonja story by Christy Marx


Dear Jim,


This letter is to confirm what I told you verbally on
our telephone call, that as far as the above captioned
story is concerned you may rest assured that I will
abide by the basic Marvel agreement to cede you the
rights.

Please see the second enclosed letter for further
comments upon the contract in general.

Sincerely yours,

Christy Marx

**Redacted - PII**


P.S.

Jim - thanks for the prompt payment!

CONFIDENTIAL

AGREEMENT made this *2* day of *January* , 19 *70* , by and between *DAVID SIMONS* residing at [Redacted - PII] [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation

by _____    by _____

CONFIDENTIAL

Confidential

AGREEMENT made this **30th** day of **October**, 1979, by and between **Steve Skeates** residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _____

by _____

CONFIDENTIAL

Confidential

AGREEMENT made this $26 day of OCTOBER , 19 79, by and between NED SUNNTAG residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's exclusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

by _____

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _____

CONFIDENTIAL

MARVEL0008279

2021MARVEL-0017615

Confidential

AGREEMENT made this _/_ day of FEBRUARY , 1977, by and between _RICK VEITCH_ residing at [Redacted - PII] [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York  10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation


by _____            by _____

CONFIDENTIAL

MARVEL0008280

2021MARVEL-0017616

Confidential

AGREEMENT made this 20 day of December, 1979, by and between IRVING WATANABE residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's exclusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the benfit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation

by _Irving Watanabe_              by _____


CONFIDENTIAL

MARVEL0008281

AGREEMENT made this *18* day of *DECEMBER*, 19*79*, by and between *MARY WILSHIRE* ~~~~ *ART IS* ~~~~ ~~~~ ~~~~ residing at _____ Redacted - PII _____ (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER                              MARVEL COMICS GROUP, a division
                                      of Cadence Industries Corporation


by *Mary B. Wilshire*                 by *Sol Brodsky*

CONFIDENTIAL

Confidential

AGREEMENT  made this **26** day of _October_ , 19 **79** , by and between _WALLACE WOOD_ residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's exclusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the benfit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _Wallace wood_

by _Sol Brodsky_

CONFIDENTIAL

MARVEL0008283

AGREEMENT made this *14* day of *FEBRUARY*, 19*79*, by and between *LINDA WELSH ZALME*
residing at [Redacted - PII]
(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUPPLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's exclusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the benfit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                           MARVEL COMICS GROUP, a division
                                   of Cadence Industries Corporation


by _____         by _____


CONFIDENTIAL

Confidential

SS # **Redacted - PII**

AGREEMENT made this 13th day of JUNE 19 83 by and between ARTHUR R. ADAMS

residing at **Redacted - PII**

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York 10016 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation


by _____        by _____


CONFIDENTIAL                                    MARVEL0008568

Confidential                                    2021MARVEL-0017904

AGREEMENT made this *19* day of *AUGUST* 19 *83* by and between *SAMUEL AGRO*

residing at [ **Redacted - PII** ]

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York  10016  (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein.  SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER                                    MARVEL COMICS GROUP, a division
                                            of Cadence Industries Corporation


by *Samuel Agro*                            by *(signature)*

CONFIDENTIAL

MARVEL0008569

Confidential

Redacted - PII

AGREEMENT made this *18th* day of *August* 1983 by and between *JuAn C. AlcAntArA* Redacted - PII

residing at    **Redacted - PII**

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York 10016 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                           MARVEL COMICS GROUP, a division
                                   of Cadence Industries Corporation


by *Juan C. Alcantara*             by _____

SS #: Redacted - PII

AGREEMENT made this 20th day of October 19 83 by and between Bill Anderson

residing at                 **Redacted - PII**

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York 10016 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                              MARVEL COMICS GROUP, a division
                                      of Cadence Industries Corporation


by  _Bill Anderson_                   by  _[signature]_

AGREEMENT made this _12_ day of _SEPTEMBER_ 19_83_   by
and between _CRAIG ANDERSON_

residing at | **Redacted - PII** |

(herein "Supplier") and the Marvel Comics Group, a division of
Cadence Industries Corporation, 387 Park Avenue South, New York,
New York  10016  (herein "Marvel").

        MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes
to have MARVEL order or commission either written material or art
work as a contribution to the collective work known as the Marvel
Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders
or commissions such written material or art work on an employee-for-
hire basis.

        THEREFORE, the parties agree as follows:

        In consideration of MARVEL'S commissioning and ordering
from SUPPLIER written material or art work and paying therefore,
SUPPLIER acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such "Work" was and is expressly agreed to be considered a
work made for hire.

        SUPPLIER expressly grants to MARVEL forever all rights
of any kind and nature in and to the "Work", the right to use
SUPPLIER'S name in connection therewith and agrees that MARVEL is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein.  SUPPLIER agrees not to contest MARVEL'S
exclusive, complete and unrestricted ownership in and to the "Work".

        This Agreement shall be binding upon and inure to the
benefit of the parties hereto and their respective heirs, successors,
administrators and assigns.

        IN WITNESS WHEREOF, the parties hereto have executed
this Agreement as of the date first above written.


SUPPLIER                              MARVEL COMICS GROUP, a division
                                      of Cadence Industries Corporation


by _Craig Anderson_                   by _____

SS #  Redacted - PII

AGREEMENT made this 3rd day of JUNE 1983 by and between MARK ARMSTRONG

residing at  Redacted - PII

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York  10016  (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein.  SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _Mark Armstrong_

by _____

CONFIDENTIAL

MARVEL0008573

2021MARVEL-0017909

AGREEMENT made this 8*th* day of Sept 1983 by and between TOM ARVIS

residing at **Redacted - PII**

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York 10016 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                                 MARVEL COMICS GROUP, a division
                                         of Cadence Industries Corporation



by *Thomas J. Arvin, II*                 by _____

CONFIDENTIAL

Confidential

MARVEL0008574

2021MARVEL-0017910

AGREEMENT made this ____ day of 10/11/ 19 83 by 3x
and between  MARK BADGER     **Redacted - PII**
                Redacted - PII
residing at _____

(herein "Supplier") and the Marvel Comics Group, a division of
Cadence Industries Corporation, 387 Park Avenue South, New York,
New York  10016  (herein "Marvel").

MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes
to have MARVEL order or commission either written material or art
work as a contribution to the collective work known as the Marvel
Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders
or commissions such written material or art work on an employee-for-
hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering
from SUPPLIER written material or art work and paying therefore,
SUPPLIER acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such "Work" was and is expressly agreed to be considered a
work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights
of any kind and nature in and to the "Work", the right to use
SUPPLIER'S name in connection therewith and agrees that MARVEL is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein.  SUPPLIER agrees not to contest MARVEL'S
exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the
benefit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed
this Agreement as of the date first above written.


SUPPLIER                                MARVEL COMICS GROUP, a division
                                        of Cadence Industries Corporation


by _Mark Badger_____     by _____

CONFIDENTIAL                                            MARVEL0008575

Confidential                                      2021MARVEL-0017911

SS #  **Redacted - PII**

AGREEMENT made this *30th* day of *January* 19 *83*  by and between *MARK E. BAGLEY*

residing at | **Redacted - PII** |

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York  10016  (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein.  SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by *Mark E. Bagley*

by _____

Social Security #    SS #    Redacted - PII

*date*
*name*    AGREEMENT made this    day of *July 11, 19 83* by
and between *Richard Bakner*    Redacted - PII
*address* residing at    Redacted - PII    Redacted - PII

(herein "Supplier") and the Marvel Comics Group, a division of
Cadence Industries Corporation, 387 Park Avenue South, New York,
New York 10016 (herein "Marvel").

MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes
to have MARVEL order or commission either written material or art
work as a contribution to the collective work known as the Marvel
Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders
or commissions such written material or art work on an employee-for-
hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering
from SUPPLIER written material or art work and paying therefore,
SUPPLIER acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such "Work" was and is expressly agreed to be considered a
work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights
of any kind and nature in and to the "Work", the right to use
SUPPLIER'S name in connection therewith and agrees that MARVEL is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein. SUPPLIER agrees not to contest MARVEL'S
exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the
benefit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed
this Agreement as of the date first above written.

SUPPLIER                                MARVEL COMICS GROUP, a division
                                        of Cadence Industries Corporation

by X *Richard Bakner*              by _____
*Richard Bakner*

*phone #*

Redacted - PII

AGREEMENT made this 27th day of DECEMBER 1984  by and between JAMES BALDWIN

residing at        **Redacted - PII**

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York  10016  (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein.  SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                         MARVEL COMICS GROUP, a division
                                 of Cadence Industries Corporation


by _____     by _____

SS #    **Redacted - PII**

AGREEMENT made this 12 day of APR.    19 85 by and between MICHAEL BARON

residing at     **Redacted - PII**

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York  10016  (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein.  SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER                           MARVEL COMICS GROUP, a division
                                   of Cadence Industries Corporation


by    *Michael Baron*              by    _____

CONFIDENTIAL

MARVEL0008579

Confidential

2021MARVEL-0017915

Redacted - PII

SS #_____

AGREEMENT made this      day of *4/16*      19*85*  by
and between

residing at [ **Redacted - PII** ]

(herein "Supplier") and the Marvel Comics Group, a division of
Cadence Industries Corporation, 387 Park Avenue South, New York,
New York  10016  (herein "Marvel").

      MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes
to have MARVEL order or commission either written material or art
work as a contribution to the collective work known as the Marvel
Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders
or commissions such written material or art work on an employee-for-
hire basis.

      THEREFORE, the parties agree as follows:

      In consideration of MARVEL'S commissioning and ordering
from SUPPLIER written material or art work and paying therefore,
SUPPLIER acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such "Work" was and is expressly agreed to be considered a
work made for hire.

      SUPPLIER expressly grants to MARVEL forever all rights
of any kind and nature in and to the "Work", the right to use
SUPPLIER'S name in connection therewith and agrees that MARVEL is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein.  SUPPLIER agrees not to contest MARVEL'S
exclusive, complete and unrestricted ownership in and to the "Work".

      This Agreement shall be binding upon and inure to the
benefit of the parties hereto and their respective heirs, successors,
administrators and assigns.

      IN WITNESS WHEREOF, the parties hereto have executed
this Agreement as of the date first above written.


SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation


by _DELFINI P. BARRAS_____        by _____

Redacted - PII

AGREEMENT made this *6th* day of *January*, 19 *83* by
and between *Frederick Baumann*
residing at [Redacted - PII]
(herein "Supplier") and the Marvel Comics Group, a division of Cadence
Industries Corporation, 575 Madison Avenue, New York, New York 10022
(herein "Marvel").

MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes to
have MARVEL order or commission either written material or art work
as a contribution to the collective work known as the Marvel Comics
Group.  MARVEL has informed SUPPLIER that MARVEL only orders or
commissions such written material or art work on an employee-for-hire
basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering
from SUPPLIER written material or art work and paying therefore,
SUPPLIER acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such "Work" was and is expressly agreed to be considered a
work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights
of any kind and nature in and to the "Work", the right to use
SUPPLIER'S name in connection therewith and agrees that MARVEL is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein.  SUPPLIER agrees not to contest MARVEL'S
exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the
benefit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed
this Agreement as of the date first above written.


SUPPLIER                         MARVEL COMICS GROUP, a division
                                 of Cadence Industries Corporation


by *Frederick Baumann*           by _____

CONFIDENTIAL

MARVEL0008581

2021MARVEL-0017917

Confidential

SS #  **Redacted - PII**

AGREEMENT made this *6th* day of *APRIL* 1983 by and between *ROBERT BOLLING*

residing at  **Redacted - PII**

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York  10016   (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein.  SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation


by _*Robert Bolling*_____        by _*[signature]*_____

2X

AGREEMENT made this *15* day of *July* 19 *8 3* by and between *JAY BOYAR*

residing at                    Redacted - PII

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York  10016  (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein.  SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by *Jay Boyar*

by _____

AGREEMENT made this 15th day of *March*, 1983, by and between *June Brigman*
residing at [Redacted - PII]
(herein "Supplier") and the Marvel Comics Group, a division of Cadence
Industries Corporation, 575 Madison Avenue, New York, New York 10022
(herein "Marvel").

MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes to
have MARVEL order or commission either written material or art work
as a contribution to the collective work known as the Marvel Comics
Group. MARVEL has informed SUPPLIER that MARVEL only orders or
commissions such written material or art work on an employee-for-hire
basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering
from SUPPLIER written material or art work and paying therefore,
SUPPLIER acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such "Work" was and is expressly agreed to be considered a
work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights
of any kind and nature in and to the "Work", the right to use
SUPPLIER'S name in connection therewith and agrees that MARVEL is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein. SUPPLIER agrees not to contest MARVEL'S
exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the
benefit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed
this Agreement as of the date first above written.


SUPPLIER                                MARVEL COMICS GROUP, a division
                                        of Cadence Industries Corporation


by *June Brigman*                       by _____

SS# [Redacted - PII]

CONFIDENTIAL                                                        MARVEL0008584

Confidential                                                        2021MARVEL-0017920

31

SS #  **Redacted - PII**

AGREEMENT made this 30 day of APRIL     1985   by
and between   Margaret A. Brockie

residing at     **Redacted - PII**

(herein "Supplier") and the Marvel Comics Group, a division of
Cadence Industries Corporation, 387 Park Avenue South, New York,
New York  10016   (herein "Marvel").

MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes
to have MARVEL order or commission either written material or art
work as a contribution to the collective work known as the Marvel
Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders
or commissions such written material or art work on an employee-for-
hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering
from SUPPLIER written material or art work and paying therefore,
SUPPLIER acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such "Work" was and is expressly agreed to be considered a
work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights
of any kind and nature in and to the "Work", the right to use
SUPPLIER'S name in connection therewith and agrees that MARVEL is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein.  SUPPLIER agrees not to contest MARVEL'S
exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the
benefit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed
this Agreement as of the date first above written.


SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation



by Margaret A. Brockie            by _____

CONFIDENTIAL

Confidential

2021MARVEL-0017921

AGREEMENT made this 10 day of JAN 19 84 by and between BEN BROWN

residing at _____ Redacted - PII _____

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York 10016 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _____

by _____

CONFIDENTIAL

ss # **Redacted - PII**

AGREEMENT made this 28th day of December 1983 by and between BEN BROWN

residing at **Redacted - PII**

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York 10016 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been er are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                                    MARVEL COMICS GROUP, a division
                                            of Cadence Industries Corporation



by _____               by _____

SS# **Redacted - PII**

CONFIDENTIAL

MARVEL0008587

2021MARVEL-0017923

Confidential

SS #  **Redacted - PII**

AGREEMENT made this 25 day of May 19 84 by and between Nancy Leigh Brown

residing at **Redacted - PII**

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York 10016 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation


by _Nancy Leigh Brown_            by _____

CONFIDENTIAL                                      MARVEL0008588

Confidential                                      2021MARVEL-0017924

SS #  **Redacted - PII**

AGREEMENT made this *8th* day of *DECEMBER* 19 *83* by and between *KEN BRUZENAK*

residing at [ **Redacted - PII** ]

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York 10016 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been ~~for are in the future~~ created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                              MARVEL COMICS GROUP, a division
                                      of Cadence Industries Corporation


by *Ken Bruzenak*                     by _____

CONFIDENTIAL

Confidential

2021MARVEL-0017925

AGREEMENT made this 5 day of OCTOBER 1984 by and between RICH BUCKLER

residing at **Redacted - PII**

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York 10016 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER                              MARVEL COMICS GROUP, a division
                                      of Cadence Industries Corporation

OCT 8 1984

by                                    by

CONFIDENTIAL

Confidential

34

ss #   **Redacted - PII**

AGREEMENT made this _7th_ day of _November_ 19 _84_ by and between _Tim BURGARD_

residing at   **Redacted - PII**

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York  10016  (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein.  SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER                                MARVEL COMICS GROUP, a division
                                        of Cadence Industries Corporation


by _Tim E Burgard_                      by _____

AGREEMENT made this 7th day of FEBRUARY 1984 by and between Michael Chen

residing at **Redacted - PII**

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York 10016 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER                           MARVEL COMICS GROUP, a division
                                   of Cadence Industries Corporation

by _____       by _Michael Z. Hobson_____

CONFIDENTIAL                                      MARVEL0008592

Confidential                                        2021MARVEL-0017928

AGREEMENT made this *12th* day of *DECEMBER* 19 *83* by and between *MICHAEL CUEN*

residing at

**Redacted - PII**

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York 10016 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _____

by _____

CONFIDENTIAL

Confidential

NELSON CHIN

SS #  **Redacted - PII**

AGREEMENT made this          day of Jan. 26th 1983    by and between

residing at   **Redacted - PII**

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York  10016   (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein.  SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER                                    MARVEL COMICS GROUP, a division
                                            of Cadence Industries Corporation


by _Nelson Chin_____      by _____

AGREEMENT made this *21* day of *FEBRUARY* 19*84* by and between *DON R. CHRISTENSEN*

residing at    **Redacted - PII**

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York  10016  (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein.  SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation


by *Don R. Christensen*            by *Michael Z. Holston*

CONFIDENTIAL

Confidential