# EXHIBIT 23E

AGREEMENT made this ___ day of *1-20* 1984 by
and between *Catherine Orlando*

residing at [ **Redacted - PII** ]

(herein "Supplier") and the Marvel Comics Group, a division of
Cadence Industries Corporation, 387 Park Avenue South, New York,
New York  10016  (herein "Marvel").

MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes
to have MARVEL order or commission either written material or art
work as a contribution to the collective work known as the Marvel
Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders
or commissions such written material or art work on an employee-for-
hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering
from SUPPLIER written material or art work and paying therefore,
SUPPLIER acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such "Work" was and is expressly agreed to be considered a
work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights
of any kind and nature in and to the "Work", the right to use
SUPPLIER'S name in connection therewith and agrees that MARVEL is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein.  SUPPLIER agrees not to contest MARVEL'S
exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the
benefit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed
this Agreement as of the date first above written.

SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation


by *Catherine Orlando*            by _____

CONFIDENTIAL                       MARVEL0008676

Confidential                        2021MARVEL-0018012

SS #    **Redacted - PII**

AGREEMENT made this *21* day of *November* 19 *83* by and between *James   Owslor*

residing at    **Redacted - PII**

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York  10016  (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein.  SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER

MARVEL COMICS GROUP, a division of Cadence Industries Corporation


by _____

by _____

CONFIDENTIAL

MARVEL0008677

Confidential

2021MARVEL-0018013

AGREEMENT made this *Nov.* day of *the sixth* 1984 by *Lisa Padol* and between *Lisa Padol*

residing at [Redacted - PII]

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York 10016 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER                                    MARVEL COMICS GROUP, a division
                                            of Cadence Industries Corporation

NOV 8 1984

by *Lisa Padol*                            by _____

CONFIDENTIAL

Confidential

34

AGREEMENT made this 28 day of November 19 74 by and between Adam Philps

residing at ___Redacted - PII___

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York  10016  (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein.  SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER                              MARVEL COMICS GROUP, a division
                                      of Cadence Industries Corporation

by _Adam Philps_____             by _____

CONFIDENTIAL

MARVEL0008679

AGREEMENT made this 4th day of Oct. 1983 by and between HOWARD POST

Redacted - PII

residing at

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York  10016  (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been er are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein.  SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                              MARVEL COMICS GROUP, a division
                                      of Cadence Industries Corporation


by _____            by _____

SS = **Redacted - PII**

AGREEMENT made this *17th* day of *November* 19*83* by and between *RICHARD PURVIS*

residing at | **Redacted - PII** |

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York 10016 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                              MARVEL COMICS GROUP, a division
                                      of Cadence Industries Corporation


by *Richard Purvis*                   by _____

CONFIDENTIAL

Confidential

3X

SS #    Redacted - PII

AGREEMENT made this _16_ day of _March_    19 _84_ by and between _Ron Randall_

residing at  ▓ **Redacted - PII**

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York  10016  (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein.  SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation



by _Ron Randall_                  by _Michael Z. Hobson_


CONFIDENTIAL

Confidential

2021MARVEL_0018018

AGREEMENT made this 22 day of MAY 1984 by and between PATRICIA REDONG

residing at [ Redacted - PII ]

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York 10016 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _Cat Redding_

by _____

CONFIDENTIAL

MARVEL0008683

Confidential

2021MARVEL-0018019

AGREEMENT made this    day of *4 April* , 19*83*, by
and between *Roy Nicholson*
residing at [Redacted - PII]
(herein "Supplier") and the Marvel Comics Group, a division of Cadence
Industries Corporation, 575 Madison Avenue, New York, New York 10022
(herein "Marvel").

MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes to
have MARVEL order or commission either written material or art work
as a contribution to the collective work known as the Marvel Comics
Group. MARVEL has informed SUPPLIER that MARVEL only orders or
commissions such written material or art work on an employee-for-hire
basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering
from SUPPLIER written material or art work and paying therefore,
SUPPLIER acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such "Work" was and is expressly agreed to be considered a
work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights
of any kind and nature in and to the "Work", the right to use
SUPPLIER'S name in connection therewith and agrees that MARVEL is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein. SUPPLIER agrees not to contest MARVEL'S
exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the
benefit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed
this Agreement as of the date first above written.


SUPPLIER                        MARVEL COMICS GROUP, a division
                                of Cadence Industries Corporation


by _*Roy Richardson*_____    by _____

*S.S.#* [Redacted - PII]

SS # **Redacted - PII**

3X

AGREEMENT made this 12th day of APRIL 1985 by Mike Rockwi
and between Marvel Comics

residing at **Redacted - PII**

(herein "Supplier") and the Marvel Comics Group, a division of
Cadence Industries Corporation, 387 Park Avenue South, New York,
New York  10016  (herein "Marvel").

MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes
to have MARVEL order or commission either written material or art
work as a contribution to the collective work known as the Marvel
Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders
or commissions such written material or art work on an employee-for-
hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering
from SUPPLIER written material or art work and paying therefore,
SUPPLIER acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such "Work" was and is expressly agreed to be considered a
work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights
of any kind and nature in and to the "Work", the right to use
SUPPLIER'S name in connection therewith and agrees that MARVEL is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein.  SUPPLIER agrees not to contest MARVEL'S
exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the
benefit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed
this Agreement as of the date first above written.

SUPPLIER                                    MARVEL COMICS GROUP, a division
                                            of Cadence Industries Corporation


by _Michael Rockwitz_                       by _____

ss #    **Redacted - PII**

AGREEMENT made this *15* day of *July* 19 *83* by
and between *JACQUELINE ROETTCHER*

residing at [ **Redacted - PII** ]

(herein "Supplier") and the Marvel Comics Group, a division of
Cadence Industries Corporation, 387 Park Avenue South, New York,
New York 10016 (herein "Marvel").

MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes
to have MARVEL order or commission either written material or art
work as a contribution to the collective work known as the Marvel
Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders
or commissions such written material or art work on an employee-for-
hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering
from SUPPLIER written material or art work and paying therefore,
SUPPLIER acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such "Work" was and is expressly agreed to be considered a
work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights
of any kind and nature in and to the "Work", the right to use
SUPPLIER'S name in connection therewith and agrees that MARVEL is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein. SUPPLIER agrees not to contest MARVEL'S
exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the
benefit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed
this Agreement as of the date first above written.

SUPPLIER                              MARVEL COMICS GROUP, a division
                                      of Cadence Industries Corporation


by _*J. Roettcher*_____            by _*[signature]*_____

CONFIDENTIAL                                           MARVEL0008686

Confidential                                             2021MARVEL-0018022

AGREEMENT made this 26th day of AUGUST 19 83 by and between DAVID ROSS

residing at [ Redacted - PII ]

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York 10016 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                              MARVEL COMICS GROUP, a division
                                      of Cadence Industries Corporation


by _____        by _____

CONFIDENTIAL                                      MARVEL0008687

Confidential                                      2021MARVEL-0018023

ss #  **Redacted - PII**

AGREEMENT made this 19th day of JULY 19 83 by and between ALICE ROTH

residing at **Redacted - PII**

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York 10016 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER                           MARVEL COMICS GROUP, a division
                                   of Cadence Industries Corporation


by _Alice Roth_____               by _____

CONFIDENTIAL

Confidential

Redacted - PII

AGREEMENT made this _30th_ day of _November_ 1973 by and between _Alan R. Rowlands_

residing at | **Redacted - PII** |

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York 10016 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation


by _Alan R. Rowlands_             by _____

CONFIDENTIAL

MARVEL0008689

2021MARVEL-0018025

AGREEMENT made this 20 day of _Sept_ , 1983 by
and between _Steve Rude_
residing at [ Redacted - PII ]
(herein "Supplier") and the Marvel Comics Group, a division of Cadence
Industries Corporation, 575 Madison Avenue, New York, New York 10022
(herein "Marvel").

MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes to
have MARVEL order or commission either written material or art work
as a contribution to the collective work known as the Marvel Comics
Group. MARVEL has informed SUPPLIER that MARVEL only orders or
commissions such written material or art work on an employee-for-hire
basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering
from SUPPLIER written material or art work and paying therefore,
SUPPLIER acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such "Work" was and is expressly agreed to be considered a
work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights
of any kind and nature in and to the "Work", the right to use
SUPPLIER'S name in connection therewith and agrees that MARVEL is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein. SUPPLIER agrees not to contest MARVEL'S
exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the
benefit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed
this Agreement as of the date first above written.


SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation



by X _Steve D Rude_          by _____

AGREEMENT made this    day of *MAY 24, 1984*  by
and between *PAUL C RYAN*

residing at    **Redacted - PII**

(herein "Supplier") and the Marvel Comics Group, a division of
Cadence Industries Corporation, 387 Park Avenue South, New York,
New York  10016  (herein "Marvel").

    MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes
to have MARVEL order or commission either written material or art
work as a contribution to the collective work known as the Marvel
Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders
or commissions such written material or art work on an employee-for-
hire basis.

    THEREFORE, the parties agree as follows:

    In consideration of MARVEL'S commissioning and ordering
from SUPPLIER written material or art work and paying therefore,
SUPPLIER acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such "Work" was and is expressly agreed to be considered a
work made for hire.

    SUPPLIER expressly grants to MARVEL forever all rights
of any kind and nature in and to the "Work", the right to use
SUPPLIER'S name in connection therewith and agrees that MARVEL is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein.  SUPPLIER agrees not to contest MARVEL'S
exclusive, complete and unrestricted ownership in and to the "Work".

    This Agreement shall be binding upon and inure to the
benefit of the parties hereto and their respective heirs, successors,
administrators and assigns.

    IN WITNESS WHEREOF, the parties hereto have executed
this Agreement as of the date first above written.


SUPPLIER                         MARVEL COMICS GROUP, a division
                                 of Cadence Industries Corporation


by *Paul C. Ryan*               by _____

AGREEMENT made this *8TH* day of *SEPTEMBER* 19 *83* by and between *BEPPE SABATINI*

residing at **Redacted - PII**

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York 10016 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER                                    MARVEL COMICS GROUP, a division
                                            of Cadence Industries Corporation

by _____                by _____

AGREEMENT made this    day of    6 JUNE 19 83 by
and between TIM SALE

residing at    **Redacted - PII**

(herein "Supplier") and the Marvel Comics Group, a division of
Cadence Industries Corporation, 387 Park Avenue South, New York,
New York  10016  (herein "Marvel").

MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes
to have MARVEL order or commission either written material or art
work as a contribution to the collective work known as the Marvel
Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders
or commissions such written material or art work on an employee-for-
hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering
from SUPPLIER written material or art work and paying therefore,
SUPPLIER acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such "Work" was and is expressly agreed to be considered a
work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights
of any kind and nature in and to the "Work", the right to use
SUPPLIER'S name in connection therewith and agrees that MARVEL is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein.  SUPPLIER agrees not to contest MARVEL'S
exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the
benefit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed
this Agreement as of the date first above written.


SUPPLIER                        MARVEL COMICS GROUP, a division
                                of Cadence Industries Corporation



by TIMSALE                      by _____

CONFIDENTIAL

Confidential

SS #   Redacted - PII

AGREEMENT made this **25** day of FEBRUARY 19*83* by and between TONY SALMONS

residing at    Redacted - PII

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York 10016 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation


by _Thomas A. Salmons_____        by _____
Redacted - PII

CONFIDENTIAL                                          MARVEL0008694

Confidential                                          2021MARVEL-0018030

37

SS #    **Redacted - PII**

AGREEMENT made this 2⁸ day of  N⍵        19 ⁸3  by
and between  *CHRISTIE SCHEELE*

residing at    **Redacted - PII**

(herein "Supplier") and the Marvel Comics Group, a division of
Cadence Industries Corporation, 387 Park Avenue South, New York,
New York  10016  (herein "Marvel").

MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes
to have MARVEL order or commission either written material or art
work as a contribution to the collective work known as the Marvel
Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders
or commissions such written material or art work on an employee-for-
hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering
from SUPPLIER written material or art work and paying therefore,
SUPPLIER acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such "Work" was and is expressly agreed to be considered a
work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights
of any kind and nature in and to the "Work", the right to use
SUPPLIER'S name in connection therewith and agrees that MARVEL is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein.  SUPPLIER agrees not to contest MARVEL'S
exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the
benefit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed
this Agreement as of the date first above written.


SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation



by _____         by _____

Confidential                                      2021MARVEL-0018031

SS #  Redacted - PII

AGREEMENT made this 10TH day of JUNE       1983    by
and between  DAVID SELL

residing at   Redacted - PII

(herein "Supplier") and the Marvel Comics Group, a division of
Cadence Industries Corporation, 387 Park Avenue South, New York,
New York  10016   (herein "Marvel").

MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes
to have MARVEL order or commission either written material or art
work as a contribution to the collective work known as the Marvel
Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders
or commissions such written material or art work on an employee-for-
hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering
from SUPPLIER written material or art work and paying therefore,
SUPPLIER acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such "Work" was and is expressly agreed to be considered a
work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights
of any kind and nature in and to the "Work", the right to use
SUPPLIER'S name in connection therewith and agrees that MARVEL is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein.  SUPPLIER agrees not to contest MARVEL'S
exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the
benefit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed
this Agreement as of the date first above written.


SUPPLIER                         MARVEL COMICS GROUP, a division
                                 of Cadence Industries Corporation



by _David Sell_____          by _____

CONFIDENTIAL                                              MARVEL0008696

Confidential                                              2021MARVEL-0018032

AGREEMENT made this         day of            19     by
and between    GREG SHOEMAKER

residing at    **Redacted - PII**            **Redacted - PII**

(herein "Supplier") and the Marvel Comics Group, a division of
Cadence Industries Corporation, 387 Park Avenue South, New York,
New York  10016  (herein "Marvel").

MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes
to have MARVEL order or commission either written material or art
work as a contribution to the collective work known as the Marvel
Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders
or commissions such written material or art work on an employee-for-
hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering
from SUPPLIER written material or art work and paying therefore,
SUPPLIER acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such "Work" was and is expressly agreed to be considered a
work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights
of any kind and nature in and to the "Work", the right to use
SUPPLIER'S name in connection therewith and agrees that MARVEL is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein.  SUPPLIER agrees not to contest MARVEL'S
exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the
benefit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed
this Agreement as of the date first above written.


SUPPLIER                              MARVEL COMICS GROUP, a division
                                      of Cadence Industries Corporation


by                                    by


CONFIDENTIAL                          MARVEL0008697

Confidential                                2021MARVEL-0018033

Redacted - PII

AGREEMENT made this      day of    8/10 1983    by
and between *Terry Shoemaker*

residing at ⌐ **Redacted - PII** ¬

(herein "Supplier") and the Marvel Comics Group, a division of
Cadence Industries Corporation, 387 Park Avenue South, New York,
New York  10016  (herein "Marvel").

MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes
to have MARVEL order or commission either written material or art
work as a contribution to the collective work known as the Marvel
Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders
or commissions such written material or art work on an employee-for-
hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering
from SUPPLIER written material or art work and paying therefore,
SUPPLIER acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such "Work" was and is expressly agreed to be considered a
work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights
of any kind and nature in and to the "Work", the right to use
SUPPLIER'S name in connection therewith and agrees that MARVEL is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein.  SUPPLIER agrees not to contest MARVEL'S
exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the
benefit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed
this Agreement as of the date first above written.

SUPPLIER                        MARVEL COMICS GROUP, a division
                                of Cadence Industries Corporation


by *Terry Shoemaker*            by _____

MARVEL0008698

2021MARVEL-0018034

Confidential

SS # _____ Redacted - PII

AGREEMENT made this     day of     8/10 1983     by
and between *Terry Shoemaker*

residing at [ **Redacted - PII** ]

(herein "Supplier") and the Marvel Comics Group, a division of
Cadence Industries Corporation, 387 Park Avenue South, New York,
New York  10016  (herein "Marvel").

MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes
to have MARVEL order or commission either written material or art
work as a contribution to the collective work known as the Marvel
Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders
or commissions such written material or art work on an employee-for-
hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering
from SUPPLIER written material or art work and paying therefore,
SUPPLIER acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such "Work" was and is expressly agreed to be considered a
work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights
of any kind and nature in and to the "Work", the right to use
SUPPLIER'S name in connection therewith and agrees that MARVEL is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein.  SUPPLIER agrees not to contest MARVEL'S
exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the
benefit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed
this Agreement as of the date first above written.


SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation



by *Terry Shoemaker*              by _____

CONFIDENTIAL

MARVEL0008699

2021MARVEL-0018035

SS #  Redacted - PII

AGREEMENT made this ⎯ day of ⎯ 19⎯ by and between ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ Redacted - PII residing at ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York  10016  (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein.  SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER                              MARVEL COMICS GROUP, a division
                                      of Cadence Industries Corporation

by_____            by_____

MARVEL0008700

2021MARVEL-0018036

AGREEMENT made this _____ day of MAR 23 19 84 by and between HAROLD A. SMITH

residing at [Redacted - PII]

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York  10016  (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein.  SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER                              MARVEL COMICS GROUP, a division
                                      of Cadence Industries Corporation

by _Harold A Smith_                   by _Michael Z. Hobson_

SS #    Redacted - PII

AGREEMENT made this ___ day of JUNE 28, 19 83 by and between BARRY WINSOR SMITH

residing at _____ Redacted - PII _____

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York 10016 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation

JERRY WILCOX
FOR THE LIMITED SERIES
"MACHINE MAN", ONLY

by _____           by _____

CONFIDENTIAL                                          MARVEL0008702

Confidential                                          2021MARVEL-0018038

SS #     Redacted - PII

AGREEMENT made this 24ᵗʰ day of  June     19 83   by
and between  Robert J. Sadaro
residing at     Redacted - PII

(herein "Supplier") and the Marvel Comics Group, a division of
Cadence Industries Corporation, 387 Park Avenue South, New York,
New York  10016  (herein "Marvel").

MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes
to have MARVEL order or commission either written material or art
work as a contribution to the collective work known as the Marvel
Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders
or commissions such written material or art work on an employee-for-
hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering
from SUPPLIER written material or art work and paying therefore,
SUPPLIER acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such "Work" was and is expressly agreed to be considered a
work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights
of any kind and nature in and to the "Work", the right to use
SUPPLIER'S name in connection therewith and agrees that MARVEL is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein.  SUPPLIER agrees not to contest MARVEL'S
exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the
benefit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed
this Agreement as of the date first above written.


SUPPLIER                              MARVEL COMICS GROUP, a division
                                      of Cadence Industries Corporation


by _____           by _____

SS #     Redacted - PII

AGREEMENT made this     day of *Sept 29,* 19 83 by *J.R. Statem*
and between *Marvel Comics,*

residing at     **Redacted - PII**

(herein "Supplier") and the Marvel Comics Group, a division of
Cadence Industries Corporation, 387 Park Avenue South, New York,
New York 10016 (herein "Marvel").

MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes
to have MARVEL order or commission either written material or art
work as a contribution to the collective work known as the Marvel
Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders
or commissions such written material or art work on an employee-for-
hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering
from SUPPLIER written material or art work and paying therefore,
SUPPLIER acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such "Work" was and is expressly agreed to be considered a
work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights
of any kind and nature in and to the "Work", the right to use
SUPPLIER'S name in connection therewith and agrees that MARVEL is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein. SUPPLIER agrees not to contest MARVEL'S
exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the
benefit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed
this Agreement as of the date first above written.


SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation



by *John Robert Statema*          by _____

Confidential                                                      2021MARVEL-0018040

AGREEMENT made this *6* day of *January* 19 *83* by
and between: *ESLIE STERNBERGER*
residing at ▢▢▢▢▢▢ Redacted - PII ▢▢▢▢▢▢
(herein "Supplier") and the Marvel Comics Group, a division of Cadence
Industries Corporation, 575 Madison Avenue, New York, New York 10022
(herein "Marvel").

MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes to
have MARVEL order or commi~~~~  either written material or art work
as a contribution to *~~ ~*  ve work known as the Marvel Comics
Group.  MARVEL h~  *.* IER that MARVEL only orders or
commissions su  or art work on an employee-for-hire
basis.

THERE:  *Sternberger*  ree as follows:

In con:  ~VEL'S commissioning and ordering
from SUPPLIER wri  ~~~~al or art work and paying therefore,
SUPPLIER acknowle~~~ , agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such "Work" was and is expressly agreed to be considered a
work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights
of any kind and nature in and to the "Work", the right to use
SUPPLIER'S name in connection therewith and agrees that MARVEL is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein.  SUPPLIER agrees not to contest MARVEL'S
exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the
benefit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed
this Agreement as of the date first above written.

SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation


by_____    by_____

CONFIDENTIAL

MARVEL0008705

Confidential

2021MARVEL-0018041

34

SS #     **Redacted - PII**

AGREEMENT made this     day of   May   3   1984   by
and between   Michael P. McHugh

residing at   **Redacted - PII**

(herein "Supplier") and the Marvel Comics Group, a division of
Cadence Industries Corporation, 387 Park Avenue South, New York,
New York  10016   (herein "Marvel").

MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes
to have MARVEL order or commission either written material or art
work as a contribution to the collective work known as the Marvel
Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders
or commissions such written material or art work on an employee-for-
hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering
from SUPPLIER written material or art work and paying therefore,
SUPPLIER acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such "Work" was and is expressly agreed to be considered a
work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights
of any kind and nature in and to the "Work", the right to use
SUPPLIER'S name in connection therewith and agrees that MARVEL is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein.  SUPPLIER agrees not to contest MARVEL'S
exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the
benefit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed
this Agreement as of the date first above written.


SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation



by _____      by _____


CONFIDENTIAL                     MARVEL0008706

Confidential                      2021MARVEL-0018042

AGREEMENT made this 28th day of September 1984 by and between William Bradley Stock

residing at [ Redacted - PII ]

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York 10016 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

OCT 16 1984

by _W.M. Bradley Stock_____

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _____

CONFIDENTIAL

MARVEL0008707

2021MARVEL-0018043

AGREEMENT made this 20 day of **January** 19 84 by and between **Randal Stradley**

residing at

| Redacted - PII |
|----------------|

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York 10016 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation

by _Randal Stradley_____        by _____

CONFIDENTIAL

SS
Redacted - PII

34

AGREEMENT made this 23 day of *February* 19 84 by and between *Thomas F. Sutton*

residing at [ **Redacted - PII** ]

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York 10016 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation



by _____*Thomas F. Sutton*_____   by _____*Michael Z. Hobson*_____

**T.F. SUTTON**
[ **Redacted - PII** ]

CONFIDENTIAL

Confidential

SS # _____

AGREEMENT made this 20 day of MAY      19 8 3  by
and between
residing at    GERRY TALAOC

                              Redacted - PII

                                                    Redacted - PII

(herein "Supplier") and the Marvel Comics Group, a division of
Cadence Industries Corporation, 387 Park Avenue South, New York,
New York  10016  (herein "Marvel").

        MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes
to have MARVEL order or commission either written material or art
work as a contribution to the collective work known as the Marvel
Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders
or commissions such written material or art work on an employee-for-
hire basis.

        THEREFORE, the parties agree as follows:

        In consideration of MARVEL'S commissioning and ordering
from SUPPLIER written material or art work and paying therefore,
SUPPLIER acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such "Work" was and is expressly agreed to be considered a
work made for hire.

        SUPPLIER expressly grants to MARVEL forever all rights
of any kind and nature in and to the "Work", the right to use
SUPPLIER'S name in connection therewith and agrees that MARVEL is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein.  SUPPLIER agrees not to contest MARVEL'S
exclusive, complete and unrestricted ownership in and to the "Work".

        This Agreement shall be binding upon and inure to the
benefit of the parties hereto and their respective heirs, successors,
administrators and assigns.

        IN WITNESS WHEREOF, the parties hereto have executed
this Agreement as of the date first above written.


SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation



X by _____      by _____

CONFIDENTIAL

MARVEL0008710

2021MARVEL-0018046

AGREEMENT made this 24ᵗʰ day of *APRIL* 27ᵗʰ 19 84 by and between *MARTIN TARAS*

residing at [Redacted - PII]
(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York 10016 (herein "Marvel").

    MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

    THEREFORE, the parties agree as follows:

    In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

    SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

    This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

    IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation



by *Martin Taras*                 by _____

CONFIDENTIAL

Confidential

AGREEMENT made this 29th day of MAY 1984 by and between MARTIN TARAS

residing at Redacted - PII

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York 10016 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation



by _Martin B Taras_              by _____

CONFIDENTIAL

MARVEL0008712

Confidential

2021MARVEL-0018048

**Redacted - PII**

AGREEMENT made this      day of FEB. 14    19 84 by
and between MARK TEXEIRA .

residing at _____

**Redacted - PII**

(herein "Supplier") and the Marvel Comics Group, a division of
Cadence Industries Corporation, 387 Park Avenue South, New York,
New York  10016  (herein "Marvel").

MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes
to have MARVEL order or commission either written material or art
work as a contribution to the collective work known as the Marvel
Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders
or commissions such written material or art work on an employee-for-
hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering
from SUPPLIER written material or art work and paying therefore,
SUPPLIER acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such "Work" was and is expressly agreed to be considered a
work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights
of any kind and nature in and to the "Work", the right to use
SUPPLIER'S name in connection therewith and agrees that MARVEL is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein.  SUPPLIER agrees not to contest MARVEL'S
exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the
benefit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed
this Agreement as of the date first above written.

SUPPLIER *Mark Texeira .*

MARVEL COMICS GROUP, a division
of Cadence Industries Corporation

by_____

by_____

MARVEL0008713

2021MARVEL-0018049

Redacted - PII

AGREEMENT made this      day of OCT. 7 1983 by and between TERRY TIDWELL

residing at _____ **Redacted - PII** _____

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York 10016 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation



by  _Terry Tidwell_____         by  _____
        TERRY TIDWELL

# Redacted - PII

CONFIDENTIAL                                    MARVEL0008714

SS # **Redacted - PII**

AGREEMENT made this *1ST* day of *JUNE* 19 8 3 by and between

residing at **Redacted - PII**

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York 10016 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by *John J. Torrisi*

by *[signature]*

CONFIDENTIAL

MARVEL0008715

2021MARVEL-0018051

Confidential

SS # _Redacted - PII_

AGREEMENT made this 8 day of JUNE 19 83 by
and between FRANK TRAVELLIN

residing at [Redacted - PII]
(herein "Supplier") and the Marvel Comics Group, a division of
Cadence Industries Corporation, 387 Park Avenue South, New York,
New York 10016 (herein "Marvel").

MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes
to have MARVEL order or commission either written material or art
work as a contribution to the collective work known as the Marvel
Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders
or commissions such written material or art work on an employee-for-
hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering
from SUPPLIER written material or art work and paying therefore,
SUPPLIER acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such "Work" was and is expressly agreed to be considered a
work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights
of any kind and nature in and to the "Work", the right to use
SUPPLIER'S name in connection therewith and agrees that MARVEL is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein. SUPPLIER agrees not to contest MARVEL'S
exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the
benefit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed
this Agreement as of the date first above written.

SUPPLIER                                    MARVEL COMICS GROUP, a division
                                            of Cadence Industries Corporation


by _Frank Travellin_              by _____

CONFIDENTIAL                                    MARVEL0008716

Confidential                                    2021MARVEL-0018052

SS #    Redacted - PII

AGREEMENT made this *28th* day of *SEPTEMBER* 19 *83*  by and between *RICHARD TURVIS*

residing at | Redacted - PII |

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York  10016  (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein.  SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation



by *Richard Turvis*               by _____



AGREEMENT made this 24 day of FEB. , 1984, by
and between
residing at
(herein "Supplier") and the Marvel Comics Group, a division of Cadence
Industries Corporation, 575 Madison Avenue, New York, New York 10022
(herein "Marvel").

        MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes to
have MARVEL order or commission either written material or art work
as a contribution to the collective work known as the Marvel Comics
Group.  MARVEL has informed SUPPLIER that MARVEL only orders or
commissions such written material or art work on an employee-for-hire
basis.

        THEREFORE, the parties agree as follows:

        In consideration of MARVEL'S commissioning and ordering
from SUPPLIER written material or art work and paying therefore,
SUPPLIER acknowledges, agrees and confirms that any and all work,
writing, art work material or services ("the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such "Work" was and is expressly agreed to be considered a
work made for hire.

        SUPPLIER expressly grants to MARVEL forever all rights
of any kind and nature in and to the "Work", the right to use
SUPPLIER'S name in connection therewith and agrees that MARVEL is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein.  SUPPLIER agrees not to contest MARVEL'S
exclusive, complete and unrestricted ownership in and to the "Work".

        This Agreement shall be binding upon and inure to the
benefit of the parties hereto and their respective heirs, successors,
administrators and assigns.

        IN WITNESS WHEREOF, the parties hereto have executed
this Agreement as of the date first above written.


SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation

by _____        by _____
   VINCENT WALLER

Redacted - PII

CONFIDENTIAL                                              MARVEL0008718

Confidential                                              2021MARVEL-0018054

AGREEMENT made this *16* day of *January*   1984   by
and between  *Christopher M. Warner*

residing at ┌─────────────────────┐   ┌─────────────────┐
            │  Redacted - PII     │   │ Redacted - PII  │
            └─────────────────────┘   └─────────────────┘
(herein "Supplier") and the Marvel Comics Group, a division of
Cadence Industries Corporation, 387 Park Avenue South, New York,
New York  10016  (herein "Marvel").

MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes
to have MARVEL order or commission either written material or art
work as a contribution to the collective work known as the Marvel
Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders
or commissions such written material or art work on an employee-for-
hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering
from SUPPLIER written material or art work and paying therefore,
SUPPLIER acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such "Work" was and is expressly agreed to be considered a
work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights
of any kind and nature in and to the "Work", the right to use
SUPPLIER'S name in connection therewith and agrees that MARVEL is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein.  SUPPLIER agrees not to contest MARVEL'S
exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the
benefit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed
this Agreement as of the date first above written.


SUPPLIER                              MARVEL COMICS GROUP, a division
                                      of Cadence Industries Corporation



by *Christopher M. Warner*            by *[signature]*
_____           _____

SS #    Redacted - PII

AGREEMENT made this    day of *April, 18* 19 83 by
and between    *Keith Williams*

residing at    Redacted - PII    Redacted - PII

(herein "Supplier") and the Marvel Comics Group, a division of
Cadence Industries Corporation, 387 Park Avenue South, New York,
New York  10016  (herein "Marvel").

MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes
to have MARVEL order or commission either written material or art
work as a contribution to the collective work known as the Marvel
Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders
or commissions such written material or art work on an employee-for-
hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering
from SUPPLIER written material or art work and paying therefore,
SUPPLIER acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such "Work" was and is expressly agreed to be considered a
work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights
of any kind and nature in and to the "Work", the right to use
SUPPLIER'S name in connection therewith and agrees that MARVEL is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein.  SUPPLIER agrees not to contest MARVEL'S
exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the
benefit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed
this Agreement as of the date first above written.

SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation


by _____        by _____

CONFIDENTIAL

MARVEL0008720

2021MARVEL-0018056

Confidential

34

SS # **Redacted - PII**

AGREEMENT made this *4th* day of *October*   19 *83*   by
and between *William Willingham*

residing at          **Redacted - PII**

(herein "Supplier") and the Marvel Comics Group, a division of
Cadence Industries Corporation, 387 Park Avenue South, New York,
New York  10016  (herein "Marvel").

MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes
to have MARVEL order or commission either written material or art
work as a contribution to the collective work known as the Marvel
Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders
or commissions such written material or art work on an employee-for-
hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering
from SUPPLIER written material or art work and paying therefore,
SUPPLIER acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such "Work" was and is expressly agreed to be considered a
work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights
of any kind and nature in and to the "Work", the right to use
SUPPLIER'S name in connection therewith and agrees that MARVEL is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein.  SUPPLIER agrees not to contest MARVEL'S
exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the
benefit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed
this Agreement as of the date first above written.

SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation


by *William Thomas Willingham*    by _____

CONFIDENTIAL                      MARVEL0008721

Confidential                        2021MARVEL-0018057

ss # **Redacted - PII**

AGREEMENT made this 5th day of DECEMBER 1984 by Marvel Comics Group and between Mary Wilshire

residing at [Redacted - PII]

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York 10016 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation


by _Mary B. Wilshire_____         by _____

Redacted - PII

AGREEMENT made this _____ day of *Oct. 20*, 19*85* by and between *Stan Woch* Redacted - PII
residing at _____ Redacted - PII
(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation


by _*Stan Woch*_____       by _____

3P

Redacted - PII

AGREEMENT made this _8_ day of _October_ 19_84_ by and between _David Wohl_

residing at

| Redacted - PII |

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York 10016 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

OCT 9 1984

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _____

by _____

SS#

**Redacted - PII**

AGREEMENT made this        day of   Nov 21   19 83  by
and between   *William Wray*

residing at                    **Redacted - PII**

(herein "Supplier") and the Marvel Comics Group, a division of
Cadence Industries Corporation, 387 Park Avenue South, New York,
New York  10016  (herein "Marvel").

MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes
to have MARVEL order or commission either written material or art
work as a contribution to the collective work known as the Marvel
Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders
or commissions such written material or art work on an employee-for-
hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering
from SUPPLIER written material or art work and paying therefore,
SUPPLIER acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such "Work" was and is expressly agreed to be considered a
work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights
of any kind and nature in and to the "Work", the right to use
SUPPLIER'S name in connection therewith and agrees that MARVEL is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein.  SUPPLIER agrees not to contest MARVEL'S
exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the
benefit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed
this Agreement as of the date first above written.


SUPPLIER                              MARVEL COMICS GROUP, a division
                                      of Cadence Industries Corporation



by _____        by _____

CONFIDENTIAL

Confidential

**SS # Redacted - PII**

AGREEMENT made this *6th* day of *FEBRUARY* 19 *84* by and between *DEAN YEAGLE*

residing at [ **Redacted - PII** ]

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York 10016  (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein.  SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                                    MARVEL COMICS GROUP, a division
                                            of Cadence Industries Corporation


by *Dean Yeagle*                            by *M. Z. Holison*


CONFIDENTIAL

MARVEL0008726

2021MARVEL-0018062

Confidential