# EXHIBIT 24A

Steve Ditko

# CERTIFICATE OF RENEWAL REGISTRATION

## FORM RE

UNITED STATES COPYRIGHT OFFICE



OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
United States of America

REGISTRATION NUMBER

RE 589 610

EFFECTIVE DATE OF RENEWAL REGISTRATION
DEC 2 7 1990
(Month)    (Day)    (Year)

---

**DO NOT WRITE ABOVE THIS LINE.  FOR COPYRIGHT OFFICE USE ONLY**

| ① Renewal Claimant(s) | RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions) |
|---|---|
| | **1**   Name MARVEL ENTERTAINMENT GROUP,, INC. <br> Address 387 Park Avenue South, New York, NY 10016 <br> Claiming as Proprietor of copyright in a composite work made for hire <br> (Use appropriate statement from instructions) |
| | **2**   Name <br> Address <br> Claiming as (Use appropriate statement from instructions) |
| | **3**   Name <br> Address <br> Claiming as (Use appropriate statement from instructions) |

0472/4862

| ② Work Renewed | TITLE OF WORK IN WHICH RENEWAL IS CLAIMED: <br>     THE FANTASTIC FOUR ANNUAL |
|---|---|
| | **RENEWABLE MATTER:** <br>    Entire work as originally copyrighted, including all portions <br>    thereof |
| | **CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:** <br> Title of periodical or composite work THE FANTASTIC FOUR ANNUAL <br> If a periodical or other serial, give: Vol. 1    No. 1    Issue Date 1963 |

| ③ Author(s) | AUTHOR(S) OF RENEWABLE MATTER: <br>   Stan Lee, employee for hire of CANAM PUBLISHER SALES CORPORATION |
|---|---|

| ④ Facts of Original Registration | ORIGINAL REGISTRATION NUMBER: <br>     A 645698 | ORIGINAL COPYRIGHT CLAIMANT: <br>   CANAM PUBLISHER SALES CORPORATION |
|---|---|---|
| | colspan | |

**ORIGINAL DATE OF COPYRIGHT:**

* If the original registration for this work was made in published form,
give:
DATE OF PUBLICATION: July 2 1963
(Month) (Day) (Year)

OR

* If the original registration for this work was made in unpublished form,
give:
DATE OF REGISTRATION: (Month) (Day) (Year)

MARVEL0001098

2021MARVEL-0005841

☆ Amended by C.O. on authority of telephone call from Carol Platt on 8/13/92.

RE   589 610

EXAMINED BY

CHECKED BY

CORRESPONDENCE ☑ Yes

DEPOSIT ACCOUNT FUNDS USED ☑

RENEWAL APPLICATION RECEIVED AUG 0 6 1992   DEC 2 7 1992

REMITTANCE NUMBER AND DATE:

FOR COPYRIGHT OFFICE USE ONLY

---

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR: To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**5** Renewal for Group of Works

| | | | | | |
|---|---|---|---|---|---|
| 1 | Title of Contribution | | | | |
| | Title of Periodical | Vol. | No. | Issue Date | |
| | Date of Publication: (Month) (Day) (Year) | Registration Number: | | | |
| 2 | Title of Contribution | | | | |
| | Title of Periodical | Vol. | No. | Issue Date | |
| | Date of Publication: (Month) (Day) (Year) | Registration Number: | | | |
| 3 | Title of Contribution | | | | |
| | Title of Periodical: | Vol. | No. | Issue Date | |
| | Date of Publication: (Month) (Day) (Year) | Registration Number: | | | |
| 4 | Title of Contribution | | | | |
| | Title of Periodical: | Vol. | No. | Issue Date | |
| | Date of Publication: (Month) (Day) (Year) | Registration Number: | | | |
| 5 | Title of Contribution | | | | |
| | Title of Periodical: | Vol. | No. | Issue Date | |
| | Date of Publication: (Month) (Day) (Year) | Registration Number: | | | |
| 6 | Title of Contribution | | | | |
| | Title of Periodical: | Vol. | No. | Issue Date | |
| | Date of Publication: (Month) (Day) (Year) | Registration Number: | | | |
| 7 | Title of Contribution | | | | |
| | Title of Periodical: | Vol. | No. | Issue Date | |
| | Date of Publication: (Month) (Day) (Year) | Registration Number: | | | |

---

DEPOSIT ACCOUNT: (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: Marvel Entertainment Group, INC.

Account Number: DA-059633

CORRESPONDENCE: (Give name and address to which correspondence about this application should be sent.)

Name CAROL PLATT,, Marvel ent. Group

Address 387 Park Avenue South

New York    NY    10016
(City)    (State)    (ZIP)

**6** Fee and Correspondence

---

CERTIFICATION: I, the undersigned, hereby certify that I am the: (Check one)

☐ renewal claimant

☑ duly authorized agent of Marvel Entertainment Group, INC.

of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) Carol G. Platt

Typed or printed name  Carol G. Platt

Date: Aug. 3, 1992

**7** Certification (Application must be signed)

---

MARVEL ENTERTAINMENT GROUP., INC.,
(Name)

387 Park Avenue South
(Number Street and Apartment Number)

NEW YORK    NY    10016
(City)    (State)    (ZIP code)

MAIL CERTIFICATE TO

(Certificate will be mailed in window envelope)

**8** Address for Return of Certificate

---

● October 1989—50,000

◆U.S. GOVERNMENT PRINTING OFFICE 1989—252-301.1



# CERTIFICATE OF RENEWAL REGISTRATION

## FORM RE
UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL



REGISTRATION NUMBER

RE    497-761

EFFECTIVE DATE OF RENEWAL REGISTRATION
NOV 20 1990
(Month)    (Day)    (Year)

---

DO NOT WRITE ABOVE THIS LINE.   FOR COPYRIGHT OFFICE USE ONLY

| (1) Renewal Claimant(s) | RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions) |
|---|---|
| 1 | Name: Marvel Entertainment Group, Inc.<br>Address: 387 Park Avenue South, New York, NY  10016<br>Claiming as: Proprietor of copyright in a composite work made for hire |
| 2 | Name:<br>Address:<br>Claiming as: |
| 3 | Name:<br>Address:<br>Claiming as: |

---

TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:

AMAZING FANTASY

RENEWABLE MATTER:

Entire work as originally copyrighted, including all portions thereof.

CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:

Title of periodical or composite work:   AMAZING FANTASY

If a periodical or other serial, give   Vol. 1   No. 15   Issue Date   September 1962

D3337567

---

| (3) Author(s) | AUTHOR(S) OF RENEWABLE MATTER: |
|---|---|
| | Atlas Magazines, Inc. |

---

| (4) Facts of Original Registration | ORIGINAL REGISTRATION NUMBER: | ORIGINAL COPYRIGHT CLAIMANT: |
|---|---|---|
| | B 976775 | Atlas Magazines, Inc. |

ORIGINAL DATE OF COPYRIGHT:

• If the original registration for this work was made in published form, give:   DATE OF PUBLICATION   June 5, 1962   (Month) (Day) (Year)

OR

• If the original registration for this work was made in unpublished form, give:   DATE OF REGISTRATION   (Month) (Day) (Year)

2021MARVEL-0005845

Steve Ditko

RE ⁻  497-761



| EXAMINED BY | RENEWAL APPLICATION RECEIVED | FOR COPYRIGHT OFFICE USE ONLY |
| CHECKED BY | | |
| CORRESPONDENCE ☐ Yes | REMITTANCE NUMBER AND DATE | |
| DEPOSIT ACCOUNT FUNDS USED | | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author ... Form RE/CON.



**5**

Renewal for Group of Works

| | | | |
|---|---|---|---|
| 1 | Title of Contribution | | |
| | Title of Periodical | Vol.   No.   Issue Date | |
| | Date of Publication | Registration Number | |
| | Month   Day   Year | | |
| 2 | Title of Contribution | | |
| | Title of Periodical | Vol.   No.   Issue Date | |
| | Date of Publication | Registration Number | |
| | Month   Day   Year | | |
| 3 | Title of Contribution | | |
| | Title of Periodical | Vol.   No.   Issue Date | |
| | Date of Publication | Registration Number | |
| | Month   Day   Year | | |
| 4 | Title of Contribution | | |
| | Title of Periodical | Vol.   No.   Issue Date | |
| | Date of Publication | Registration Number | |
| | Month   Day   Year | | |
| 5 | Title of Contribution | | |
| | Title of Periodical | Vol.   No.   Issue Date | |
| | Date of Publication | Registration Number | |
| | Month   Day   Year | | |
| 6 | Title of Contribution | | |
| | Title of Periodical | Vol.   No.   Issue Date | |
| | Date of Publication | Registration Number | |
| | Month   Day   Year | | |
| 7 | Title of Contribution | | |
| | Title of Periodical | Vol.   No.   Issue Date | |
| | Date of Publication | Registration Number | |
| | Month   Day   Year | | |

**DEPOSIT ACCOUNT:** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of account.

Name  Marvel Entertainment Group, Inc.

Account Number  DA-059633

**CORRESPONDENCE:** Give name and address to which correspondence about this application should be sent.

Name  Charles R. Brainard

Address  One Broadway
New York, NY   10004
City   State   Zip



**6**

Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the (Check one)

☐ renewal claimant   ☒ duly authorized agent of  Marvel Entertainment Group, Inc.

of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.



Handwritten signature (X)  *Lisa Massaro*

Typed or printed name  Lisa Massaro   date  11/19/96

**7**

Certification
(Application must be signed)

Charles R. Brainard
Kenyon & Kenyon
One Broadway
New York, NY   10004
(City)   (State)   (Zip code)

**MAIL CERTIFICATE TO**

(Certificate will be mailed in window envelope)



**8**

Address for Return of Certificate

2021MARVEL-0005846

Steve Ditko

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America



| CLASS | REGISTRATION NO. |
|---|---|
| **B** | B    976775 |
| | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Arthur L. Kemington*

Register of Copyrights
United States of America

NOT VALID WITHOUT
COPYRIGHT OFFICE
IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name ........ ~~ATLAS MAGAZINES, INC.~~ .......................................

Address ........ ~~655 Madison Ave., N.Y.C. 21~~ ..............................

Name ..................................................................................

Address ..............................................................................

**2. Title:** ........ ~~AMAZING FANTASY~~ ........................................
*(Title of periodical)*

Vol. ...... **1** ...... No. ...... **15** ...... Date on copies ...... **Sept.** ......

**3. Citizenship of Author:**

Citizenship ...... **USA** ......................  Domiciled in U. S. A.   Yes ☐   No ☐
*(Name of nation)*

**4. Publication:**

(a) Date of Publication of This Issue:

........ **8/1/62** ........

(b) Place of Publication of This Issue:

........ **USA** ........
*(Name of country)*

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: ..................................

(b) Process Used: ..................................................................

(c) Country of Manufacture: .......................................................

*Complete all applicable spaces on next page*

6. Deposit account:

7. Send correspondence to:

Name _____    Address _____

8. Send certificate to:

(Type or print
name and address)

Name _____

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

Address _____

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

(City)        (Zone)        (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as pub-lished with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1958. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

FOR COPYRIGHT OFFICE USE ONLY

Application received
JUN 12 1962

Two copies received
JUN 12 1962

Fee received

Copies give Sept., 1962 (Front cover gives Aug.).

Steve Ditko

# CERTIFICATE OF RENEWAL REGISTRATION

**FORM RE**

UNITED STATES COPYRIGHT OFFICE



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL



REGISTRATION NUMBER

RE      498-057

EFFECTIVE DATE OF RENEWAL REGISTRATION

NOV 2 0 1990

(Month)    (Day)    (Year)

---

DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY

| **(1)** Renewal Claimant(s) | | |
|---|---|---|
| | 1 | **RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)<br>Name  Marvel Entertainment Group, Inc.<br>Address  387 Park Avenue South, New York, NY  10016<br>Claiming as  Proprietor of copyright in a composite work made for hire.<br><span style="font-size:smaller">(Use appropriate statement from instructions)</span> |
| | 2 | Name<br>Address<br>Claiming as<br><span style="font-size:smaller">(Use appropriate statement from instructions)</span> |
| | 3 | Name<br>Address<br>Claiming as<br><span style="font-size:smaller">(Use appropriate statement from instructions)</span> |

---

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

AMAZING SPIDER MAN

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work    AMAZING APIDER MAN

If a periodical or other serial give  Vol.  1    No.  1    Issue Date  March 1963

| **(3)** Author(s) | **AUTHOR(S) OF RENEWABLE MATTER:** |
|---|---|
| | Non-Pareil Publishing Corporation |

| **(4)** Facts of Original Registration | **ORIGINAL REGISTRATION NUMBER:**<br>B 12112 | **ORIGINAL COPYRIGHT CLAIMANT:**<br>Non-Pareil Publishing Corporation |
|---|---|---|

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form, give  DATE OF PUBLICATION  December 10, 1962

OR

• If the original registration for this work was made in unpublished form, give  DATE OF REGISTRATION

2021MARVEL-0005849

RE '    498-057

| EXAMINED BY: | NEWAL AP    ION RECEIVED: | |
| CHECKED BY | NOV 20 1990 | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ☐ Yes | REMITTANCE NUMBER AND DATE | |
| DEPOSIT ACCOUNT FUNDS USED: | | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE CON)

**⑤ Renewal for Group of Works**

1
Title of Contribution
Title of Periodical:
Date of Publication    (Month)    (Day)    (Year)
Vol    No    Issue Date
Registration Number:

2
Title of Contribution:
Title of Periodical:
Date of Publication.    (Month)    (Day)    (Year)
Vol    No    Issue Date
Registration Number

3
Title of Contribution:
Title of Periodical:
Date of Publication:    (Month)    (Day)    (Year)
Vol.    No.    Issue Date
Registration Number.

4
Title of Contribution:
Title of Periodical:
Date of Publication    (Month)    (Day)    (Year)
Vol    No.    Issue Date
Registration Number

5
Title of Contribution:
Title of Periodical:
Date of Publication    (Month)    (Day)    (Year)
Vol.    No.    Issue Date
Registration Number

6
Title of Contribution:
Title of Periodical:
Date of Publication    (Month)    (Day)    (Year)
Vol    No    Issue Date
Registration Number

7
Title of Contribution:
Title of Periodical:
Date of Publication:    (Month)    (Day)    (Year)
Vol.    No.    Issue Date
Registration Number:

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name:    Marvel Entertainment Group, Inc.
Account Number    DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name    Charles R. Brainard
Address:    One Broadway    (Apt.)
New York, NY    10004
(City)    (State)    (ZIP)

**⑥ Fee and Correspondence**

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant    ☒ duly authorized agent of:    Marvel Entertainment Group, Inc.
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature: (X)    _Lisa Massaro_
Typed or printed name:    Lisa Massaro
Date    11/19/90

**⑦ Certification (Application must be signed)**

MAIL CERTIFICATE TO

Charles R. Brainard
(Name)
Kenyon & Kenyon
One Broadway
(Number, Street and Apartment Number)
New York, NY    10004
(City)    (State)    (ZIP code)

**⑧ Address for Return of Certificate**

(Certificate will be mailed in window envelope)

2021MARVEL-0005850

Steve Ditko

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

| CLASS | REGISTRATION NO. |
|---|---|
| **B** B | 12112 |
| | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

ABRAHAM L. KAMINSTEIN

*Register of Copyrights*
*United States of America*

**1. Copyright Claimant(s) and Address(es):**

Name __NON-PAREIL PUBLISHING CORP.__

Address __655 Madison Ave., N.Y.C. 21__

Name _____

Address _____

**2. Title:** __AMAZING SPIDER-MAN__

(Title of periodical)

Vol. __No 1__   No. __1__   Date on copies __Mar. 1963__

**3. Citizenship of Author:**

Citizenship __USA__         Domiciled in U. S. A.   Yes ☐ No ☐
(Name of country)

**4. Publication:**

(a) Date of Publication of This issue:

__12/10/62__

(b) Place of Publication of This issue:

__USA__
(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: _____

(b) Process Used: _____

(c) Country of Manufacture: _____

*Complete all applicable spaces on next page*

2021MARVEL-0005851



6. Deposit account:

7. Send correspondence to:

Name _____  Address _____

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

8. Send certificate to:

(Type or print
name and address)

Name

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
(Number and street)
NEW YORK 21, N. Y.

Address

(City)          (Zone)          (State)

## Information concerning copyright in periodicals

*When To Use Form B.*  Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?*  Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title.  The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office.  The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.*  There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole.  Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.*  The title of a periodical cannot be copyrighted.  Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published.  Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.*  Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.*  Produce the issue in copies by printing or other means of reproduction.  To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.*  The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.*  Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $4.  (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:*  The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading.  It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication.  For example: © John Doe 1958.  Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection.  If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received DEC 19 1952 | |
| Two copies received DEC 19 1952 | |
| Fee received | |

U. S. GOVERNMENT PRINTING OFFICE : 1957—O—430703          (Feb. 1958—250,000)          *Page 4*

2021MARVEL-0005852

# CERTIFICATE OF RENEWAL REGISTRATION



**FORM RE**

UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.



**REGISTRATION NUMBER**

RE 559 324

**REGISTER OF COPYRIGHTS**
*United States of America*

**EFFECTIVE DATE OF RENEWAL REGISTRATION**

DEC 2 7 1991
(Month)     (Day)     (Year)

OFFICIAL SEAL

---

DO NOT WRITE ABOVE THIS LINE.   FOR COPYRIGHT OFFICE USE ONLY

**(1)** **Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

1
Name . Marvel Entertainment Group, Inc.
Address . 387 Park Avenue South, New York, NY   10016
Claiming as . Proprietor of copyright in a composite work made for hire
(Use appropriate statement from instructions)

2
Name . . . . .
Address . . . . .
Claiming as . . . . . (Use appropriate statement from instructions)

3
Name . . . . .
Address . . . . .
Claiming as . . . . . (Use appropriate statement from instructions)

---

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

AMAZING SPIDER-MAN

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work   AMAZING SPIDER-MAN

If a periodical or other serial, give: Vol. 1   No 10   Issue Date March 1964

*(barcode: 047215485)*

---

**(3)** **Author(s)**

**AUTHOR(S) OF RENEWABLE MATTER:**

NON-PAREIL PUBLISHING CORPORATION

---

**(4)** **Facts of Original Registration**

**ORIGINAL REGISTRATION NUMBER:**

B79629

**ORIGINAL COPYRIGHT CLAIMANT:**

NON-PAREIL PUBLISHING CORPORATION

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form, give

DATE OF PUBLICATION   Dec   9 1963
Month   (Day)   (Year)

OR

• If the original registration for this work was made in unpublished form, give

DATE OF REGISTRATION
(Month)   (Day)   (Year)

2021MARVEL-0005853

Steve Ditko

| | | EXAMINED BY | | RENEWAL APPLICATION RECEIVED | | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|---|---|---|
| **RE** | **559 324** | CHECKED BY | | **DEC. 27 1991** | | |
| | | DEPOSIT ACCOUNT FUNDS USED ☐ | | REMITTANCE NUMBER AND DATE | | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON)

**5** Renewal for Group of Works

**1**
Title of Contribution: .......................................................................
Title of Periodical: ........................... Vol. ....... No. ....... Issue Date .........
Date of Publication: .......................... Registration Number .........................
(Month) (Day) (Year)

**2**
Title of Contribution: .......................................................................
Title of Periodical: ........................... Vol. ....... No. ....... Issue Date .........
Date of Publication: .......................... Registration Number .........................
(Month) (Day) (Year)

**3**
Title of Contribution: .......................................................................
Title of Periodical: ........................... Vol. ....... No. ....... Issue Date .........
Date of Publication: .......................... Registration Number .........................
(Month) (Day) (Year)

**4**
Title of Contribution: .......................................................................
Title of Periodical: ........................... Vol. ....... No. ....... Issue Date .........
Date of Publication: .......................... Registration Number .........................
(Month) (Day) (Year)

**5**
Title of Contribution: .......................................................................
Title of Periodical: ........................... Vol. ....... No. ....... Issue Date .........
Date of Publication: .......................... Registration Number .........................
(Month) (Day) (Year)

**6**
Title of Contribution: .......................................................................
Title of Periodical: ........................... Vol. ....... No. ....... Issue Date .........
Date of Publication: .......................... Registration Number .........................
(Month) (Day) (Year)

**7**
Title of Contribution: .......................................................................
Title of Periodical: ........................... Vol. ....... No. ....... Issue Date .........
Date of Publication: .......................... Registration Number .........................
(Month) (Day) (Year)

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name **Marvel Entertainment Group, Inc.**
Account Number **DA-059633**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name **Carol Platt, Marvel Ent. Group**
Address **387 Park Avenue South**
**New York**     **NY**     **10016**
(City)     (State)     (Apt)     (ZIP)

**6** Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the (Check one)
☐ renewal claimant    ☒ duly authorized agent of **Marvel Entertainment Group, Inc.**
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature (X)  *Carol G. Platt*

Typed or printed name    **Carol G. Platt**

Date    **12/23/91**

**7** Certification (Application must be signed)

**MAIL CERTIFICATE TO**

Marvel Entertainment Group, Inc.
(Name)
387 Park Avenue South
(Number Street and Apartment Number)
New York, NY 10016
(City)     (State)     (ZIP code)

(Certificate will be mailed in window envelope)

**8** Address for Return of Certificate

U.S. GOVERNMENT PRINTING OFFICE 1978—261-022 1C

2021MARVEL-0005854

Steve Ditko

Page 3

# Certificate
## Registration of a Claim to Copyright
### in a periodical manufactured in the United States of America




| CLASS | REGISTRATION NO. |
|---|---|
| **B** B | **79629** |
| | DO NOT WRITE HERE |

NOT VALID WITHOUT COPYRIGHT OFFICE IMPRESSION SEAL

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

ABRAHAM L. KAMINSTEIN,

*Register of Copyrights*
*United States of America*

**1. Copyright Claimant(s) and Address(es):**

Name ---- **NON-PAREIL PUBLISHING CORP.**

Address ---- **655 Madison Ave., N.Y.C., 21**

Name ------

Address ------

**2. Title: AMAZING SPIDER-MAN**

(Title of periodical)

Vol. ---- **1** ---- No. ---- **10** ---- Date on copies ---- **Mar. 1964**

**3. Citizenship of Author:**

Citizenship ---- **USA**

(Name of country)

Domiciled in U. S. A.    Yes ☐    No ☐

**4. Publication:**

**(a) Date of Publication of This Issue:**

**12/9/63**

**(b) Place of Publication of This Issue:**

**USA**

(Name of country)

**5. Manufacture Outside United States:**

**(a) Portion of the Manufacturing Done Abroad:** ------

**(b) Process Used:** ------

**(c) Country of Manufacture:** ------

*Complete all applicable spaces on next page*

2021MARVEL-0005855

Steve Ditko

**6. Deposit account:**

**7. Send correspondence to:**

Name _____ Address ___ MAGAZINE MANAGEMENT CO.

655 MADISON AVENUE

NEW YORK 21, N. Y.

**8. Send certificate to:**

(Type or print name and address)

Name ___ MAGAZINE MANAGEMENT CO.

Address ___ 655 MADISON AVENUE
(Number and street)

NEW YORK 21, N. Y.

(City)        (Zone)        (State)

## Information concerning copyright in periodicals

*When To Use Form B.*  Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?*  Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.*  There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.*  The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.*  Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.*  Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.*  The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.*  Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4.  (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:*  The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1958. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received<br>DEC 23 1963 | |
| Two copies received<br>DEC 23 1963 | |
| Fee received | |

114824

2021MARVEL-0005856

# CERTIFICATE OF RENEWAL REGISTRATION



UNITED STATES COPYRIGHT OFFICE · THE LIBRARY OF CONGRESS

OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

## FORM RE
UNITED STATES COPYRIGHT OFFICE

| REGISTRATION NUMBER |
|---|
| RE   559 332 |

EFFECTIVE DATE OF RENEWAL REGISTRATION
DEC 2 7 1991
(Month)   (Day)   (Year)

---

**DO NOT WRITE ABOVE THIS LINE.   FOR COPYRIGHT OFFICE USE ONLY**

---

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See instructions)

**(1) Renewal Claimant(s)**

1  Name  Marvel Entertainment Group, Inc.
   Address  387 Park Avenue South, New York, NY  10016
   Claiming as  Proprietor of copyright in a composite work made for hire
   *(Use appropriate statement from instructions)*

2  Name
   Address
   Claiming as
   *(Use appropriate statement from instructions)*

3  Name
   Address
   Claiming as
   *(Use appropriate statement from instructions)*

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

AMAZING SPIDER-MAN

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work  AMAZING SPIDER-MAN
If a periodical or other serial give  Vol  1    No  11    Issue Date  April 1964

**(3) Author(s)**

**AUTHOR(S) OF RENEWABLE MATTER:**

NON-PAREIL PUBLISHING CORPORATION

**(4) Facts of Original Registration**

| ORIGINAL REGISTRATION NUMBER: | ORIGINAL COPYRIGHT CLAIMANT: |
|---|---|
| B 86108 | NON-PAREIL PUBLISHING CORPORATION |

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form.
give  January 10, 1964
DATE OF PUBLICATION (in notice: 1963)

OR

• If the original registration for this work was made in unpublished form.
give
DATE OF REGISTRATION

2021MARVEL-0005857

| RE | 559 332 | | EXAMINED BY | | RENEWAL APPLICATION RECEIVED | | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|---|---|---|---|
| | | | CHECKED BY | | DEC 27 1991 | | |
| | | | DEPOSIT ACCOUNT FUNDS USED ☐ | | REMITTANCE NUMBER AND DATE | | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**5** Renewal for Group of Works

**1**
Title of Contribution: ...............................................
Title of Periodical: ............................ Vol. ...... No. ....... Issue Date ...........
Date of Publication: ......................... Registration Number: ............
(Month)    (Day)    (Year)

**2**
Title of Contribution: ...............................................
Title of Periodical: ............................ Vol. ...... No. ....... Issue Date ...........
Date of Publication: ......................... Registration Number: ............
(Month)    (Day)    (Year)

**3**
Title of Contribution: ...............................................
Title of Periodical: ............................ Vol. ...... No. ....... Issue Date ...........
Date of Publication: ......................... Registration Number: ............
(Month)    (Day)    (Year)

**4**
Title of Contribution: ...............................................
Title of Periodical: ............................ Vol. ...... No. ....... Issue Date ...........
Date of Publication: ......................... Registration Number ............
(Month)    (Day)    (Year)

**5**
Title of Contribution: ...............................................
Title of Periodical: ............................ Vol. ...... No. ....... Issue Date ...........
Date of Publication: ......................... Registration Number ............
(Month)    (Day)    (Year)

**6**
Title of Contribution: ...............................................
Title of Periodical: ............................ Vol. ...... No. ....... Issue Date ...........
Date of Publication: ......................... Registration Number: ............
(Month)    (Day)    (Year)

**7**
Title of Contribution: ...............................................
Title of Periodical: ............................ Vol. ...... No. ....... Issue Date ...........
Date of Publication: ......................... Registration Number: ............
(Month)    (Day)    (Year)

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: **Marvel Entertainment Group, Inc.**
Account Number: **DA-059633**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: **Carol Platt, Marvel Ent. Group**
Address: **387 Park Avenue South**
**New York**  (City)  **NY** (State)  **10016** (Zip)

**6** Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the (Check one)
☐ renewal claimant
☒ duly authorized agent of: **Marvel Entertainment Group, Inc.**
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature (X) *Carol G. Platt*

Typed or printed name **Carol G. Platt**

Date **12/23/91**

**7** Certification (Application must be signed)

MAIL CERTIFICATE TO

**Marvel Entertainment Group, Inc.**
(Name)
**387 Park Avenue South**
(Number Street and Apartment Number)
**New York, NY 10016**
(City)    (State)    (ZIP code)

(Certificate will be mailed in window envelope)

**8** Address for Return of Certificate



U S GOVERNMENT PRINTING OFFICE 1978—261-022 10

2021MARVEL-0005858

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

| CLASS | REGISTRATION NO. |
|---|---|
| **B** B | 86108 |

FORM B

DO NOT WRITE HERE

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



ABRAHAM L. KAMINSTEIN    *Register of Copyrights*
*United States of America*

NOT VALID WITHOUT COPYRIGHT OFFICE IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name ___**NON-PAREIL PUBLISHING CORP.**___

Address ___**655 Madison Ave., N.Y.C. 10021**___

Name _____

Address _____

**2. Title:** ___**AMAZING-SPIDER-MAN**___

*(Title of periodical)*

Vol. ___**1**___  No. ___**11**___  Date on copies ___**Apr. 1964**___

**3. Citizenship of Author:**

Citizenship ___**USA**___    Domiciled in U. S. A.  Yes ☐  No ☐

*(Name of country)*

**4. Publication:**

(a) Date of Publication of This Issue:

___**1/10/64** *___

(b) Place of Publication of This Issue:

___**USA**___

*(Name of country)*

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: _____

(b) Process Used: _____

(c) Country of Manufacture: _____

*Complete all applicable spaces on next page*

2021MARVEL-0005859

**6. Deposit account:**

**7. Send correspondence to:**

Name _____    Address ____ MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

**8. Send certificate to:**

| (Type or print name and address) | Name | MAGAZINE MANAGEMENT CO. |
| | Address | 655 MADISON AVENUE |
| | | NEW YORK 21, N. Y. |
| | | (City)    (Zone)    (State) |

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or

format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice.* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1958. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|
| Application received JAN 20 1964 | * in notice;   1963 |
| Two copies received JAN 20 1964 | |
| Fee received | |

U. S. GOVERNMENT PRINTING OFFICE : 1957—O-430703    (Feb. 1958—860,000)    Page 4

114825

2021MARVEL-0005860

# FORM RE
UNITED STATES COPYRIGHT OFFICE

# CERTIFICATE OF RENEWAL REGISTRATION



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

**REGISTER OF COPYRIGHTS**
United States of America

OFFICIAL SEAL

**REGISTRATION NUMBER**

RE    599 631

**EFFECTIVE DATE OF RENEWAL REGISTRATION**

DEC 1 5 1992
(Month)    (Day)    (Year)

**DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY**

| (1) Renewal Claimant(s) | | RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions) |
|---|---|---|
| | 1 | Name  Marvel Entertainment Group, Inc. <br> Address  387 Park Avenue South, New York, NY  10016 <br> Claiming as  Proprietor of copyright in a composite work made for hire <br> (Use appropriate statement from instructions) |
| | 2 | Name ......... <br> Address ......... <br> Claiming as ......... <br> (Use appropriate statement from instructions) |
| | 3 | Name ......... <br> Address ......... <br> Claiming as ......... <br> (Use appropriate statement from instructions) |

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

AMAZING SPIDER-MAN

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work:  AMAZING SPIDER-MAN

If a periodical or other serial give: Vol.  1    No.  12    Issue Date  MAY 1964

| (3) Author(s) | **AUTHOR(S) OF RENEWABLE MATTER:** <br><br> NON-PAREIL PUBLISHING CORPORATION |
|---|---|

| (4) Facts of Original Registration | **ORIGINAL REGISTRATION NUMBER:** <br> B 93262 | **ORIGINAL COPYRIGHT CLAIMANT:** <br> NON-PAREIL PUBLISHING CORPORATION |
|---|---|---|

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form, give:

DATE OF PUBLICATION  FEBRUARY 11 1964
(Month)    (Day)    (Year)

OR

• If the original registration for this work was made in unpublished form, give:

DATE OF REGISTRATION
(Month)    (Day)    (Year)

2021MARVEL-0005861

RE     599 631

EXAMINED BY

CHECKED BY

DEPOSIT ACCOUNT FUNDS USED ☐

RENEWAL APPLICATION RECEIVED

DEC. 15, 1992

REMITTANCE NUMBER AND DATE

FOR COPYRIGHT OFFICE USE ONLY

---

### DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**(5)** Renewal for Group of Works

**1**
Title of Contribution: ......
Title of Periodical: ...... Vol...... No...... Issue Date
Date of Publication: ...... (Month) (Day) (Year) Registration Number:

**2**
Title of Contribution: ......
Title of Periodical: ...... Vol...... No...... Issue Date
Date of Publication: ...... (Month) (Day) (Year) Registration Number:

**3**
Title of Contribution: ......
Title of Periodical: ...... Vol...... No...... Issue Date
Date of Publication: ...... (Month) (Day) (Year) Registration Number:

**4**
Title of Contribution: ......
Title of Periodical: ...... Vol...... No...... Issue Date
Date of Publication: ...... (Month) (Day) (Year) Registration Number:

**5**
Title of Contribution: ......
Title of Periodical: ...... Vol...... No...... Issue Date
Date of Publication: ...... (Month) (Day) (Year) Registration Number:

**6**
Title of Contribution: ......
Title of Periodical: ...... Vol...... No...... Issue Date
Date of Publication: ...... (Month) (Day) (Year) Registration Number:

**7**
Title of Contribution: ......
Title of Periodical: ...... Vol...... No...... Issue Date
Date of Publication: ...... (Month) (Day) (Year) Registration Number:

---

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: Marvel Entertainment Group, Inc.
Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: Carol Platt, Marvel Ent. Group
Address: 387 Park Avenue South
New York     NY     10016
(City) (State) (ZIP)

**(6)** Fee and Correspondence

---

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant     ☒ duly authorized agent of: Marvel Entertainment Group, Inc.
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) _Carol Platt_

Typed or printed name ...... Carol G. Platt

Date     DEC 1 4 1992

**(7)** Certification (Application must be signed)

---



Marvel Entertainment Group, Inc.
(Name)
387 Park Avenue South
(Number, Street and Apartment Number)
New York, NY 10016
(City) (State) (ZIP code)

MAIL CERTIFICATE TO

(Certificate will be mailed in window envelope)

**(8)** Address for Return of Certificate

---

U S GOVERNMENT PRINTING OFFICE 1878—261-022-10

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



*Register of Copyrights*
*United States of America*



| CLASS | REGISTRATION NO. |
|-------|------------------|
| **B** | **B** 93262 |
| | DO NOT WRITE HERE |

NOT VALID WITHOUT COPYRIGHT OFFICE IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name ...... NON-PAREIL PUBLISHING CORP.

Address ...... 655 Madison Ave., N.Y.C. 10021

Name ......

Address ......

**2. Title:** AMAZING SPIDER-MAN

(Title of periodical)

Vol. 1    No. 12    Date on copies ...... May 1964

**3. Citizenship of Author:**

Citizenship ...... USA

(Name of country)

Domiciled in U. S. A.    Yes ☐    No ☐

**4. Publication:**

**(a) Date of Publication of This Issue:**

2/11/64

**(b) Place of Publication of This Issue:**

USA

(Name of country)

**5. Manufacture Outside United States:**

**(a) Portion of the Manufacturing Done Abroad:** ......

**(b) Process Used:** ......

**(c) Country of Manufacture:** ......

*Complete all applicable spaces on next page*



2021MARVEL-0005863

Steve Ditko

**6. Deposit account:**

**7. Send correspondence to:**

Name ..................

Address ........

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

**8. Send certificate to:**

(Type or print name and address)

Name

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

Address

(Number and street)

(City)          (Zone)          (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

FOR COPYRIGHT OFFICE USE ONLY

Application received  FEB 13 1964

Two copies received  FEB 13 1964

Fee received

114876

2021MARVEL-0005864

# FORM RE

## CERTIFICATE OF RENEWAL REGISTRATION

UNITED STATES COPYRIGHT OFFICE



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
United States of America



REGISTRATION NUMBER

RE 599 644

EFFECTIVE DATE OF RENEWAL REGISTRATION

DEC 1 5 1992
(Month)    (Day)    (Year)

**OFFICIAL SEAL**    DO NOT WRITE ABOVE THIS LINE.  FOR COPYRIGHT OFFICE USE ONLY

---

**(1) Renewal Claimant(s)**

RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions)

1  Name. Marvel Entertainment Group, Inc.
   Address 387 Park Avenue South, New York, NY  10016
   Claiming as .. Proprietor of copyright in a composite work made for hire
   (Use appropriate statement from instructions)

2  Name. ...
   Address ...
   Claiming as ...
   (Use appropriate statement from instructions)

3  Name. ...
   Address ...
   Claiming as ...
   (Use appropriate statement from instructions)

---

TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:

AMAZING SPIDER-MAN

RENEWABLE MATTER:

Entire work as originally copyrighted, including all portions thereof.

CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:

Title of periodical or composite work: AMAZING SPIDER-MAN
If a periodical or other serial, give: Vol. 1    No. 13    Issue Date  JUNE 1964

---

**(3) Author(s)**

AUTHOR(S) OF RENEWABLE MATTER:

NON-PAREIL PUBLISHING CORPORATION

---

**(4) Facts of Original Registration**

| ORIGINAL REGISTRATION NUMBER: | ORIGINAL COPYRIGHT CLAIMANT: |
|---|---|
| B 96821 | NON-PAREIL PUBLISHING CORPORATION |

ORIGINAL DATE OF COPYRIGHT:

• If the original registration for this work was made in published form, give:

DATE OF PUBLICATION  MARCH  10  1964
(Month)  (Day)  (Year)

OR

• If the original registration for this work was made in unpublished form, give:

DATE OF REGISTRATION
(Month)  (Day)  (Year)

2021MARVEL-0005865

| EXAMINED BY | RENEWAL APPLICATION RECEIVED | |
|---|---|---|
| CHECKED BY | | FOR COPYRIGHT OFFICE USE ONLY |
| RE 599 644 | DEC 15 1992 | |
| DEPOSIT ACCOUNT FUNDS USED ☐ | REMITTANCE NUMBER AND DATE | |

---

## DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**5** Renewal for Group of Works

**1**
Title of Contribution: ...............
Title of Periodical: ...............  Vol...... No...... Issue Date ......
Date of Publication: ..... (Month) ..... (Day) ..... (Year)  Registration Number: ...............

**2**
Title of Contribution: ...............
Title of Periodical: ...............  Vol...... No...... Issue Date ......
Date of Publication: ..... (Month) ..... (Day) ..... (Year)  Registration Number: ...............

**3**
Title of Contribution: ...............
Title of Periodical: ...............  Vol...... No...... Issue Date ......
Date of Publication: ..... (Month) ..... (Day) ..... (Year)  Registration Number: ...............

**4**
Title of Contribution: ...............
Title of Periodical: ...............  Vol...... No...... Issue Date ......
Date of Publication: ..... (Month) ..... (Day) ..... (Year)  Registration Number: ...............

**5**
Title of Contribution: ...............
Title of Periodical: ...............  Vol...... No...... Issue Date ......
Date of Publication: ..... (Month) ..... (Day) ..... (Year)  Registration Number: ...............

**6**
Title of Contribution: ...............
Title of Periodical: ...............  Vol...... No...... Issue Date ......
Date of Publication: ..... (Month) ..... (Day) ..... (Year)  Registration Number: ...............

**7**
Title of Contribution: ...............
Title of Periodical: ...............  Vol...... No...... Issue Date ......
Date of Publication: ..... (Month) ..... (Day) ..... (Year)  Registration Number: ...............

---

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name **Marvel Entertainment Group, Inc.**
Account Number: ..... **DA-059633** .....

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: **Carol Platt, Marvel Ent. Group**
Address: **387 Park Avenue South**
**New York** (City) **NY** (State) **10016** (ZIP)

**6** Fee and Correspondence

---

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant  ☒ duly authorized agent of **Marvel Entertainment Group, Inc.** (Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) 

Typed or printed name ..... **Carol G. Platt**

Date ..... 

**7** Certification (Application must be signed)

---

Marvel Entertainment Group, Inc.
........... (Name) ...........
387 Park Avenue South
..... (Number, Street and Apartment Number) .....
New York, NY 10016
..... (City) ..... (State) ..... (ZIP code) .....

**MAIL CERTIFICATE TO**

(Certificate will be mailed in window envelope)

**8** Address for Return of Certificate

U.S. GOVERNMENT PRINTING OFFICE 1978-261-022-10

2021MARVEL-0005866

Steve Ditko

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America



| CLASS | REGISTRATION NO. |
|---|---|
| **B** | B  96821 |
| | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Graham L. Kaminstein*



NOT VALID WITHOUT
COPYRIGHT OFFICE
IMPRESSION SEAL

*Register of Copyrights*
*United States of America*

**1. Copyright Claimant(s) and Address(es):**

Name ____ NON-PAREIL PUBLISHING CORP. ____

Address ____ 655 Madison Ave., N.Y.C. 10021 ____

Name _____

Address _____

**2. Title:** ____ AMAZING SPIDER-MAN ____

(Title of periodical)

Vol. ____ 1 ____ No. ____ 13 ____ Date on copies ____ June 1964 ____

**3. Citizenship of Author:**

Citizenship ____ USA ____        Domiciled in U. S. A.    Yes ☐  No ☐

(Name of country)

**4. Publication:**

   **(a) Date of Publication of This Issue:**

   ____ 3/10/64 ____

   **(b) Place of Publication of This Issue:**

   ____ USA ____

(Name of country)

**5. Manufacture Outside United States:**

   **(a) Portion of the Manufacturing Done Abroad:** ____

   **(b) Process Used:** ____

   **(c) Country of Manufacture:** ____

*Complete all applicable spaces on next page*

2021MARVEL-0005867

**6. Deposit account:**

------------------------------------------------

**7. Send correspondence to:**

Name _____    Address    **MAGAZINE MANAGEMENT CO,**
                                     **655 MADISON AVENUE**
                                     **NEW YORK 21, N. Y.**

**8. Send certificate to:**

(Type or
print    Name    MAGAZINE MANAGEMENT CO,
name and          655 MADISON AVENUE
address)  Address    NEW YORK 21, N. Y.

(City)            (Zone)            (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

---

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

---

| | FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|---|
| Application received | | |
| **MAR 16 1964** | | |
| Two copies received | | |
| **MAR 16 1964** | | |
| Fee received | | |

U.S. GOVERNMENT PRINTING OFFICE : 1962 O—636850            (July 1962—40,000)            *Page 4*

Steve Ditko

# FORM RE

## CERTIFICATE OF RENEWAL REGISTRATION

UNITED STATES COPYRIGHT OFFICE



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

**REGISTRATION NUMBER**

RE 599 651

**EFFECTIVE DATE OF RENEWAL REGISTRATION**

DEC 1 5 1992
(Month)    (Day)    (Year)

---

**DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY**

**(1)** Renewal Claimant(s)

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

1
Name . Marvel Entertainment Group, Inc.
Address . 387 Park Avenue South, New York, NY 10016
Claiming as . Proprietor of copyright in a composite work made for hire
(Use appropriate statement from instructions)

2
Name . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Address . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Claiming as . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
(Use appropriate statement from instructions)

3
Name . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Address . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Claiming as . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
(Use appropriate statement from instructions)

---

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

AMAZING SPIDER-MAN

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work. AMAZING SPIDER-MAN    *July 1964

If a periodical or other serial, give: Vol. 1    No. 14    Issue Date JULLY 1964

0 5 4 5 8 2 2 1 6

**(3)** Author(s)

**AUTHOR(S) OF RENEWABLE MATTER:**

NON-PAREIL PUBLISHING CORPORATION

**(4)** Facts of Original Registration

**ORIGINAL REGISTRATION NUMBER:**

B 102930

**ORIGINAL COPYRIGHT CLAIMANT:**

NON-PAREIL PUBLISHING CORPORATION

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form, give:

DATE OF PUBLICATION APRIL 9 1964
(Month)    (Day)    (Year)

OR

• If the original registration for this work was made in unpublished form, give:

DATE OF REGISTRATION
(Month)    (Day)    (Year)

2021MARVEL-0005869

| • Amended By Copyright Office | EXAMINED BY | RENEWAL APPLICATION RECEIVED | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|
| RE    599 651 | CHECKED BY | DEC 15.1992 | |
| | DEPOSIT ACCOUNT FUNDS USED ☐ | REMITTANCE NUMBER AND DATE | |

## DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**⑤ Renewal for Group of Works**

**1**
- Title of Contribution: .........
- Title of Periodical: ......... Vol......... No......... Issue Date .........
- Date of Publication: ......... (Month) (Day) (Year)    Registration Number: .........

**2**
- Title of Contribution: .........
- Title of Periodical: ......... Vol......... No......... Issue Date .........
- Date of Publication: ......... (Month) (Day) (Year)    Registration Number: .........

**3**
- Title of Contribution: .........
- Title of Periodical: ......... Vol......... No......... Issue Date .........
- Date of Publication: ......... (Month) (Day) (Year)    Registration Number: .........

**4**
- Title of Contribution: .........
- Title of Periodical: ......... Vol......... No......... Issue Date .........
- Date of Publication: ......... (Month) (Day) (Year)    Registration Number: .........

**5**
- Title of Contribution: .........
- Title of Periodical: ......... Vol......... No......... Issue Date .........
- Date of Publication: ......... (Month) (Day) (Year)    Registration Number: .........

**6**
- Title of Contribution: .........
- Title of Periodical: ......... Vol......... No......... Issue Date .........
- Date of Publication: ......... (Month) (Day) (Year)    Registration Number: .........

**7**
- Title of Contribution: .........
- Title of Periodical: ......... Vol......... No......... Issue Date .........
- Date of Publication: ......... (Month) (Day) (Year)    Registration Number: .........

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: **Marvel Entertainment Group, Inc.**
Account Number: .... **DA-059633**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: **Carol Platt, Marvel Ent. Group**
Address: **387 Park Avenue South**
**New York            NY        10016**
(City)          (State)          (ZIP)

**⑥ Fee and Correspondence**

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant    ☒ duly authorized agent of **Marvel Entertainment Group, Inc.**
(Name of renewal claimant)

of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) ........ *Carol Platt*
Typed or printed name..... **Carol G. Platt**
Date ..... DEC 1 4 1992

**⑦ Certification (Application must be signed)**

| | MAIL CERTIFICATE TO | ⑧ Address for Return of Certificate |
|---|---|---|
| **Marvel Entertainment Group, Inc.** (Name)  **387 Park Avenue South** (Number Street and Apartment Number)  **New York, NY   10016** (City) (State) (ZIP code) | (Certificate will be mailed in window envelope) | |

U S GOVERNMENT PRINTING OFFICE 1978-261-022-10

Apr 1978-500,000

Page 3

# Certificate

## Registration of a Claim to Copyright
### in a periodical manufactured in the United States of America



| CLASS | REGISTRATION NO. |
|-------|------------------|
| **B** | B 102930 |
| | DO NOT WRITE HERE |

**FORM B**

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*
a Register of Copyrights
United States of America



NOT VALID WITHOUT
COPYRIGHT OFFICE
IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name __NON-PAREIL PUBLISHING CORP.__

Address __655 Madison Ave., N.Y.C. 10021__

Name _____

Address _____

**2. Title:** __AMAZING SPIDER-MAN__

(Title of periodical)

Vol. __1__ No. __14__ Date on copies __July 1964__

**3. Citizenship of Author:**

Citizenship __USA__ (Name of country)   Domiciled in U. S. A.   Yes ☐ No ☐

**4. Publication:**

(a) Date of Publication of This Issue:

__4/2/64__

(b) Place of Publication of This Issue:

__USA__ (Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: _____

(b) Process Used: _____

(c) Country of Manufacture: _____

*Complete all applicable spaces on next page*

2021MARVEL-0005871

**6. Deposit account:**

**7. Send correspondence to:**

Name _____    Address    MAGAZINE MANAGEMENT CO.

655 MADISON AVENUE

NEW YORK 21, N. Y.

**8. Send certificate to:**

(Type or
print         Name
name and
address)    Address

MAGAZINE MANAGEMENT CO.

655 MADISON AVENUE
(Number and street)

NEW YORK 21, N. Y.

(City)                    (Zone)                    (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received **APR 13 1964** | |
| Two copies received **APR 13 1964** | |
| Fee received | |

# FORM RE

## CERTIFICATE OF RENEWAL REGISTRATION

UNITED STATES COPYRIGHT OFFICE



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

*(signature)*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

| REGISTRATION NUMBER |
| --- |
| RE    599 668 |

| EFFECTIVE DATE OF RENEWAL REGISTRATION |
| --- |
| DEC 1 5 1992 |
| (Month)    (Day)    (Year) |

DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY

**(1)**
**Renewal Claimant(s)**

RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions)

1  Name... **Marvel Entertainment Group, Inc.**
Address... **387 Park Avenue South, New York, NY  10016**
Claiming as... **Proprietor of copyright in a composite work made for hire**
(Use appropriate statement from instructions)

2  Name...
Address...
Claiming as...
(Use appropriate statement from instructions)

3  Name...
Address...
Claiming as...
(Use appropriate statement from instructions)

TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:

**AMAZING SPIDER-MAN**

RENEWABLE MATTER:

**Entire work as originally copyrighted, including all portions thereof.**

CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:

Title of periodical or composite work **AMAZING SPIDER-MAN**
If a periodical or other serial, give: Vol... **1**... No... **15**... Issue Date... **AUGUST 1964**

**(3)**
**Author(s)**

AUTHOR(S) OF RENEWABLE MATTER:

**NON-PAREIL PUBLISHING CORPORATION**

**(4)**
**Facts of Original Registration**

ORIGINAL REGISTRATION NUMBER:

**B 112138**

ORIGINAL COPYRIGHT CLAIMANT:

**NON-PAREIL PUBLISHING CORPORATION**

ORIGINAL DATE OF COPYRIGHT:

• If the original registration for this work was made in published form, give:
DATE OF PUBLICATION **MAY 12 1964**
(Month) (Day) (Year)

OR

• If the original registration for this work was made in unpublished form, give:
DATE OF REGISTRATION
(Month) (Day) (Year)

054582227

| | EXAMINED BY | RENEWAL APPLICATION RECEIVED | FOR |
|---|---|---|---|
| RE 599 668 | CHECKED BY | DEC. 15. 1992 | COPYRIGHT OFFICE USE ONLY |
| | DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE | |

## DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**⑤ Renewal for Group of Works**

**1**
Title of Contribution: ......
Title of Periodical: ...... Vol...... No...... Issue Date ......
Date of Publication: ...... (Month) (Day) (Year) Registration Number: ......

**2**
Title of Contribution: ......
Title of Periodical: ...... Vol...... No...... Issue Date ......
Date of Publication: ...... (Month) (Day) (Year) Registration Number: ......

**3**
Title of Contribution: ......
Title of Periodical: ...... Vol...... No...... Issue Date ......
Date of Publication: ...... (Month) (Day) (Year) Registration Number: ......

**4**
Title of Contribution: ......
Title of Periodical: ...... Vol...... No...... Issue Date ......
Date of Publication: ...... (Month) (Day) (Year) Registration Number: ......

**5**
Title of Contribution: ......
Title of Periodical: ...... Vol...... No...... Issue Date ......
Date of Publication: ...... (Month) (Day) (Year) Registration Number: ......

**6**
Title of Contribution: ......
Title of Periodical: ...... Vol...... No...... Issue Date ......
Date of Publication: ...... (Month) (Day) (Year) Registration Number: ......

**7**
Title of Contribution: ......
Title of Periodical: ...... Vol...... No...... Issue Date ......
Date of Publication: ...... (Month) (Day) (Year) Registration Number: ......

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name **Marvel Entertainment Group, Inc.**
Account Number: **DA-059633**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name **Carol Platt, Marvel Ent. Group**
Address **387 Park Avenue South**
**New York** (City) **NY** (State) **10016** (ZIP)

**⑥ Fee and Correspondence**

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant  ☒ duly authorized agent of **Marvel Entertainment Group, Inc.** (Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.
Handwritten signature: (X) *Carol Platt*
Typed or printed name **Carol G. Platt**
Date **DEC 1 4 1992**

**⑦ Certification (Application must be signed)**

| MAIL CERTIFICATE TO | **⑧ Address for Return of Certificate** |
|---|---|

**Marvel Entertainment Group, Inc.**
(Name)
**387 Park Avenue South**
(Number Street and Apartment Number)
**New York, NY 10016**
(City) (State) (ZIP code)

(Certificate will be mailed in window envelope)

U.S. GOVERNMENT PRINTING OFFICE 1978-261-022/10

Apr. 1978—500,000

2021MARVEL-0005874

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*

Register of Copyrights
United States of America

| CLASS | REGISTRATION NO. |
|-------|------------------|
| **B** | B   112138 |
|       | DO NOT WRITE HERE |

**FORM B**



NOT VALID WITHOUT
COPYRIGHT OFFICE
IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name .... Non-Pareil Publishing Corp.

Address .... 655 Madison Avenue, N.Y.C.  10021

Name ....

Address ....

**2. Title:** AMAZING SPIDER-MAN

(Title of periodical)

Vol. ___1___ No.15___ Date on copies ___August 1964___

**3. Citizenship of Author:**

Citizenship U.S.A.

(Name of country)

Domiciled in U. S. A.  Yes ☐  No ☐

**4. Publication:**

(a) Date of Publication of This Issue:

5/12/64

(b) Place of Publication of This Issue:

U.S.A.

(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: ----------

(b) Process Used: ----------

(c) Country of Manufacture: ----------

*Complete all applicable spaces on next page*

B

Steve Ditko

**6. Deposit account:**

**7. Send correspondence to:**

Name ........................................ Address ........ MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

**8. Send certificate to:**

(Type or print name and address)

Name ........ MAGAZINE MANAGEMENT CO.

Address ........ 655 MADISON AVENUE
NEW YORK 21, N. Y.
(Number and street)

(City)                (Zone)                (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

**NOTE:** It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received MAY 19 1964 | |
| Two copies received MAY 19 1964 | |
| Fee received | |

114829

2021MARVEL-0005876

**FORM RE**

# CERTIFICATE OF RENEWAL REGISTRATION

UNITED STATES COPYRIGHT OFFICE



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.



REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

| REGISTRATION NUMBER |
| --- |
| RE   599 699 |

EFFECTIVE DATE OF RENEWAL REGISTRATION
DEC 15 1992
(Month)   (Day)   (Year)

**DO NOT WRITE ABOVE THIS LINE.   FOR COPYRIGHT OFFICE USE ONLY**

---

**(1) Renewal Claimant(s)**

RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions)

1  Name... Marvel Entertainment Group, Inc.
   Address... 387 Park Avenue South, New York, NY   10016
   Claiming as ... Proprietor of copyright in a composite work made for hire
   (Use appropriate statement from instructions)

2  Name...
   Address...
   Claiming as ...
   (Use appropriate statement from instructions)

3  Name...
   Address...
   Claiming as ...
   (Use appropriate statement from instructions)

---

**(2)**

TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:

AMAZING SPIDER-MAN

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work: AMAZING SPIDER-MAN
If a periodical or other serial, give: Vol... 1 ... No... 16 ... Issue Date ... SEPTEMBER 1964

**AUTHOR(S) OF RENEWABLE MATTER:**

**Author(s)**

NON-PAREIL PUBLISHING CORPORATION

---

**(4) Facts of Original Registration**

| ORIGINAL REGISTRATION NUMBER: | ORIGINAL COPYRIGHT CLAIMANT: |
| --- | --- |
| B 127533 | NON-PAREIL PUBLISHING CORPORATION |

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form, give:

DATE OF PUBLICATION JUNE  9  1964
(Month)  (Day)  (Year)

OR

• If the original registration for this work was made in unpublished form, give:

DATE OF REGISTRATION
(Month)  (Day)  (Year)

2021MARVEL-0005877

| | |
|---|---|
| EXAMINED BY | //// |
| CHECKED BY: | |
| DEPOSIT ACCOUNT FUNDS USED ☐ | RENEWAL APPLICATION RECEIVED **DEC. 15 1992** |
| | REMITTANCE NUMBER AND DATE |

RE  599 699

FOR COPYRIGHT OFFICE USE ONLY

---

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

⑤ Renewal for Group of Works

**1**
Title of Contribution: .................................................
Title of Periodical: ........................... Vol. ....... No. ....... Issue Date
Date of Publication: ......................................... Registration Number: ...................................
(Month)        (Day)        (Year)

**2**
Title of Contribution: .................................................
Title of Periodical: ........................... Vol. ....... No. ....... Issue Date
Date of Publication: ......................................... Registration Number: ...................................
(Month)        (Day)        (Year)

**3**
Title of Contribution: .................................................
Title of Periodical: ........................... Vol. ....... No. ....... Issue Date
Date of Publication: ......................................... Registration Number: ...................................
(Month)        (Day)        (Year)

**4**
Title of Contribution: .................................................
Title of Periodical: ........................... Vol. ....... No. ....... Issue Date
Date of Publication: ......................................... Registration Number: ...................................
(Month)        (Day)        (Year)

**5**
Title of Contribution: .................................................
Title of Periodical: ........................... Vol. ....... No. ....... Issue Date
Date of Publication: ......................................... Registration Number: ...................................
(Month)        (Day)        (Year)

**6**
Title of Contribution: .................................................
Title of Periodical: ........................... Vol. ....... No. ....... Issue Date
Date of Publication: ......................................... Registration Number: ...................................
(Month)        (Day)        (Year)

**7**
Title of Contribution: .................................................
Title of Periodical: ........................... Vol. ....... No. ....... Issue Date
Date of Publication: ......................................... Registration Number: ...................................
(Month)        (Day)        (Year)

---

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: **Marvel Entertainment Group, Inc.**
Account Number: **DA-059633**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: **Carol Platt, Marvel Ent. Group**
Address: **387 Park Avenue South**
**New York**        **NY**        **10016**
(City)        (State)        (ZIP)

⑥ Fee and Correspondence

---

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant    ☒ duly authorized agent of: **Marvel Entertainment Group, Inc.**
(Name of renewal claimant)

of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature: (X) ......... *Carol Platt*

Typed or printed name ..... **Carol G. Platt**        Date **DEC 1 4 1992**

⑦ Certification (Application must be signed)

---

MAIL CERTIFICATE TO

Marvel Entertainment Group, Inc.
(Name)

387 Park Avenue South
(Number, Street and Apartment Number)

New York, NY 10016
(City)        (State)        (ZIP code)

(Certificate will be mailed in window envelope)

⑧ Address for Return of Certificate

---

2021MARVEL-0005878

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

| CLASS | REGISTRATION NO. |
|---|---|
| **B** | B **127533** |
|  | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*

*Register of Copyrights*
*United States of America*

**1. Copyright Claimant(s) and Address(es):**

Name ___ **Non-Pareil Publishing Corp.**

Address ___ **655 Madison Ave., N.Y. 10021**

Name ___

Address ___

**2. Title:** ~~XXXXXXXXX~~  **AMAZING SPIDER-MAN**

(Title of periodical)

Vol. ___ **1** ___ No. ___ **16** ___ Date on copies ___ **Sept., 1964**

**3. Citizenship of Author:**

Citizenship ___ **U.S.A.** ___ Domiciled in U. S. A.   Yes ☐   No ☐

(Name of country)

**4. Publication:**

(a) Date of Publication of This Issue:

~~XXXXXXX~~   **6/9/64**

(b) Place of Publication of This Issue:

**U.S.A..**

(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: ___

(b) Process Used: ___

(c) Country of Manufacture: ___

*Complete all applicable spaces on next page*



2021MARVEL-0005879

Steve Ditko

**6. Deposit account:**

---

**7. Send correspondence to:**

Name _____    Address _____

**8. Send certificate to:**

(Type or print name and address)

Name    MAGAZINE MANAGEMENT CO.

Address    655 MADISON AVENUE

NEW YORK 21, N. Y.

| (City) | (Zone) | (State) |

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received<br>JUN 15 1964    JUL − 9 1964 | |
| Two copies received<br>JUN 15 1964 | |
| Fee received | |

114831

2021MARVEL-0005880

**FORM RE**

# CERTIFICATE OF RENEWAL REGISTRATION

UNITED STATES COPYRIGHT OFFICE



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

*(signature)*

**REGISTER OF COPYRIGHTS**
**United States of America**

OFFICIAL SEAL



REGISTRATION NUMBER

RE     599 685

EFFECTIVE DATE OF RENEWAL REGISTRATION

DEC 1 5 1992
(Month)    (Day)    (Year)

---

**DO NOT WRITE ABOVE THIS LINE.     FOR COPYRIGHT OFFICE USE ONLY**

| ① Renewal Claimant(s) | **RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions) |
|---|---|
| | **1**    Name ... Marvel Entertainment Group, Inc. <br> Address ... 387 Park Avenue South, New York, NY 10016 <br> Claiming as ... Proprietor of copyright in a composite work made for hire <br> *(Use appropriate statement from instructions)* |
| | **2**    Name ........... <br> Address ........... <br> Claiming as ........... *(Use appropriate statement from instructions)* |
| | **3**    Name ........... <br> Address ........... <br> Claiming as ........... *(Use appropriate statement from instructions)* |

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

AMAZING SPIDER-MAN

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

*(barcode: 054582249)*

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work: AMAZING SPIDER-MAN

If a periodical or other serial, give: Vol ... 1 ...... No ... 17 ...... Issue Date ......... OCTOBER 1964

---

| ③ Author(s) | **AUTHOR(S) OF RENEWABLE MATTER:** <br><br> NON-PAREIL PUBLISHING CORPORATION |
|---|---|

---

| ④ Facts of Original Registration | **ORIGINAL REGISTRATION NUMBER:** <br> ... B 121808 | **ORIGINAL COPYRIGHT CLAIMANT:** <br> NON-PAREIL PUBLISHING CORPORATION |
|---|---|---|
| | **ORIGINAL DATE OF COPYRIGHT:** <br> • If the original registration for this work was made in published form, give: <br> DATE OF PUBLICATION   JULLY 9 1964 <br> (Month) (Day) (Year) | **OR**   • If the original registration for this work was made in unpublished form, give: <br> DATE OF REGISTRATION ........... <br> (Month) (Day) (Year) |

2021MARVEL-0005881

| RE | 599 685 | EXAMINED BY: | RENEWAL APPLICATION RECEIVED | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|---|
| | | CHECKED BY | DEC. 15, 1992 | |
| | | DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

<table>
<tr><td rowspan="3">1</td><td>Title of Contribution: ....................................................................</td></tr>
<tr><td>Title of Periodical: .................................... Vol........ No........ Issue Date ...........</td></tr>
<tr><td>Date of Publication: ........... (Month) ....... (Day) ....... (Year) ....... Registration Number: ...........</td></tr>
<tr><td rowspan="3">2</td><td>Title of Contribution: ....................................................................</td></tr>
<tr><td>Title of Periodical: .................................... Vol........ No........ Issue Date ...........</td></tr>
<tr><td>Date of Publication: ........... (Month) ....... (Day) ....... (Year) ....... Registration Number: ...........</td></tr>
<tr><td rowspan="3">3</td><td>Title of Contribution: ....................................................................</td></tr>
<tr><td>Title of Periodical: .................................... Vol........ No........ Issue Date ...........</td></tr>
<tr><td>Date of Publication: ........... (Month) ....... (Day) ....... (Year) ....... Registration Number: ...........</td></tr>
<tr><td rowspan="3">4</td><td>Title of Contribution: ....................................................................</td></tr>
<tr><td>Title of Periodical: .................................... Vol........ No........ Issue Date ...........</td></tr>
<tr><td>Date of Publication: ........... (Month) ....... (Day) ....... (Year) ....... Registration Number: ...........</td></tr>
<tr><td rowspan="3">5</td><td>Title of Contribution: ....................................................................</td></tr>
<tr><td>Title of Periodical: .................................... Vol........ No........ Issue Date ...........</td></tr>
<tr><td>Date of Publication: ........... (Month) ....... (Day) ....... (Year) ....... Registration Number: ...........</td></tr>
<tr><td rowspan="3">6</td><td>Title of Contribution: ....................................................................</td></tr>
<tr><td>Title of Periodical: .................................... Vol........ No........ Issue Date ...........</td></tr>
<tr><td>Date of Publication: ........... (Month) ....... (Day) ....... (Year) ....... Registration Number: ...........</td></tr>
<tr><td rowspan="3">7</td><td>Title of Contribution: ....................................................................</td></tr>
<tr><td>Title of Periodical: .................................... Vol........ No........ Issue Date ...........</td></tr>
<tr><td>Date of Publication: ........... (Month) ....... (Day) ....... (Year) ....... Registration Number: ...........</td></tr>
</table>

**5** Renewal for Group of Works

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name **Marvel Entertainment Group, Inc.**

Account Number: **DA-059633**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name **Carol Platt, Marvel Ent. Group**
Address **387 Park Avenue South**
**New York**          **NY**      **10016**
(City)          (State)      (ZIP)

**6** Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant    ☒ duly authorized agent of: **Marvel Entertainment Group, Inc.**
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) _Carol Platt_

Typed or printed name .... **Carol G. Platt**
Date _DEC 1 5 1992_

**7** Certification (Application must be signed)

| | MAIL CERTIFICATE TO | **8** Address for Return of Certificate |
|---|---|---|
| **Marvel Entertainment Group, Inc.** (Name) | | |
| **387 Park Avenue South** (Number, Street and Apartment Number) | (Certificate will be mailed in window envelope) | |
| **New York, NY 10016** (City) (State) (ZIP code) | | |

2021MARVEL-0005882

Steve Ditko

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

| CLASS | REGISTRATION NO. |
|---|---|
| **B** | B 121808 |
| | DO NOT WRITE HERE |

**FORM B**

This Is To Certify that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*

Register of Copyrights
United States of America



NOT VALID WITHOUT
COPYRIGHT OFFICE
IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name    Non-Pareil Publishing Corp.

Address    655 Madison Ave., N.Y. 10021

Name

Address

**2. Title:** AMAZING SPIDER-MAN

(Title of periodical)

Vol. 1    No. 17    Date on copies    Oct., 1964

**3. Citizenship of Author:**

Citizenship    USA    Domiciled in U. S. A.    Yes ☐    No ☐

(Name of country)

**4. Publication:**

(a) Date of Publication of This Issue:

7/9/64

(b) Place of Publication of This Issue:

USA

(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad:

(b) Process Used:

(c) Country of Manufacture:

*Complete all applicable spaces on next page*

2021MARVEL-0005883

Steve Ditko

**6. Deposit account:**

--------------------------------------------------------------------------

**7. Send correspondence to:**

Name _____    Address _____

**8. Send certificate to:**

(Type or print name and address)

Name _____

MAGAZINE MANAGEMENT CO.

655 MADISON AV.

NEW YORK (number and street)

Address _____

| (City) | (Zone) | (State) |

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the issue is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received<br>JUL 10 1964 | |
| Two copies received<br>JUL 10 1964 | |
| Fee received | |

2021MARVEL-0005884

Steve Ditko

# FORM RE

**CERTIFICATE OF RENEWAL REGISTRATION**

UNITED STATES COPYRIGHT OFFICE



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

*(signature)*

**REGISTER OF COPYRIGHTS**
United States of America

| REGISTRATION NUMBER |
|---|
| RE 599 708 |

| EFFECTIVE DATE OF RENEWAL REGISTRATION |
|---|
| DEC 15 1992 |
| (Month)     (Day)     (Year) |

OFFICIAL SEAL      **DO NOT WRITE ABOVE THIS LINE.   FOR COPYRIGHT OFFICE USE ONLY**

---

**(1)**
Renewal
Claimant(s)

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

**1**
Name ... Marvel Entertainment Group, Inc.
Address ... 387 Park Avenue South, New York, NY 10016
Claiming as ... Proprietor of copyright in a composite work made for hire
*(Use appropriate statement from instructions)*

**2**
Name ...........
Address ...........
Claiming as ...........
*(Use appropriate statement from instructions)*

**3**
Name ...........
Address ...........
Claiming as ...........
*(Use appropriate statement from instructions)*

---

**(2)**

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

AMAZING SPIDER-MAN

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.



**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**
Title of periodical or composite work: AMAZING SPIDER-MAN
If a periodical or other serial, give: Vol. 1 ... No. ... 18 ... Issue Date ... NOVENBER 1964

**AUTHOR(S) OF RENEWABLE MATTER:**

NON-PAREIL PUBLISHING CORPORATION

**(3)**
Author(s)

---

**(4)**
Facts of
Original
Registration

**ORIGINAL REGISTRATION NUMBER:**

B 129017

**ORIGINAL COPYRIGHT CLAIMANT:**

NON-PAREIL PUBLISHING CORPORATION

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form, give:

DATE OF PUBLICATION   AUGUST 11 1964
                      (Month)   (Day)   (Year)

OR

• If the original registration for this work was made in unpublished form, give:

DATE OF REGISTRATION
                      (Month)   (Day)   (Year)

2021MARVEL-0005885

| | EXAMINED BY | RENEWAL APPLICATION RECEIVED | |
|---|---|---|---|
| RE **599 708** | CHECKED BY | DEC 15 1992 | FOR COPYRIGHT OFFICE USE ONLY |
| | DEPOSIT ACCOUNT FUNDS USED ☐ | REMITTANCE NUMBER AND DATE | |

### DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON)

**5** Renewal for Group of Works

**1**
Title of Contribution: ......................................................................
Title of Periodical: ......................................... Vol......... No......... Issue Date .........
Date of Publication: (Month) (Day) (Year)    Registration Number: ..................

**2**
Title of Contribution: ......................................................................
Title of Periodical: ......................................... Vol......... No......... Issue Date .........
Date of Publication: (Month) (Day) (Year)    Registration Number: ..................

**3**
Title of Contribution: ......................................................................
Title of Periodical: ......................................... Vol......... No......... Issue Date .........
Date of Publication: (Month) (Day) (Year)    Registration Number: ..................

**4**
Title of Contribution: ......................................................................
Title of Periodical: ......................................... Vol......... No......... Issue Date .........
Date of Publication: (Month) (Day) (Year)    Registration Number: ..................

**5**
Title of Contribution: ......................................................................
Title of Periodical: ......................................... Vol......... No......... Issue Date .........
Date of Publication: (Month) (Day) (Year)    Registration Number: ..................

**6**
Title of Contribution: ......................................................................
Title of Periodical: ......................................... Vol......... No......... Issue Date .........
Date of Publication: (Month) (Day) (Year)    Registration Number: ..................

**7**
Title of Contribution: ......................................................................
Title of Periodical: ......................................... Vol......... No......... Issue Date .........
Date of Publication: (Month) (Day) (Year)    Registration Number: ..................

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: Marvel Entertainment Group, Inc.
Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: Carol Platt, Marvel Ent. Group
Address: 387 Park Avenue South
New York    NY    10016
(City) (State) (ZIP)

**6** Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant    ☒ duly authorized agent of: Marvel Entertainment Group, Inc.
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature: (X) ................ [signature]
Typed or printed name: Carol G. Platt    Date .. DEC 1 1992

**7** Certification (Application must be signed)

MAIL CERTIFICATE TO

Marvel Entertainment Group, Inc.
(Name)
387 Park Avenue South
(Number Street and Apartment Number)
New York, NY 10016
(City) (State) (ZIP code)

(Certificate will be mailed in window envelope)

**8** Address for Return of Certificate

U S GOVERNMENT PRINTING OFFICE 1978—261-022/10    Apr 1978—500,000

2021MARVEL-0005886

Page 3

# Certificate

**FORM B**

| CLASS | REGISTRATION NO. |
|---|---|
| **B** | B **129017** |
| | DO NOT WRITE HERE |

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*

*Register of Copyrights*
*United States of America*

NOT VALID WITHOUT
COPYRIGHT OFFICE
IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name ...... **Non-Pareil Publishing Corp.**

Address ...... **655 Madison Ave., New York, N.Y. 10021**

Name ......

Address ......

**2. Title:** **AMAZING SPIDER-MAN**

(Title of periodical)

Vol. ...... **1** ...... No. ...... **18** ...... Date on copies ...... **November 1964**

**3. Citizenship of Author:**

Citizenship **USA**

(Name of country)

Domiciled in U. S. A. Yes ☐ No ☐

**4. Publication:**

*(a)* **Date of Publication of This Issue:**

**8/11/64**

*(b)* **Place of Publication of This Issue:**

**USA**

(Name of country)

**5. Manufacture Outside United States:**

*(a)* **Portion of the Manufacturing Done Abroad:** ------

*(b)* **Process Used:** ------

*(c)* **Country of Manufacture:** ------

*Complete all applicable spaces on next page*

2021MARVEL-0005887

**6. Deposit account:**
........................................................................................................

**7. Send correspondence to:**

Name ............................................................ Address ............................................................

**8. Send certificate to:**

(Type or
print
name and
address)

Name

Address

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
(Number and street)
NEW YORK 21, N. Y.

(City)          (Zone)          (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received AUG 11 1964 | |
| Two copies received AUG 11 1964 | |
| Fee received | |

# FORM RE

## CERTIFICATE OF RENEWAL REGISTRATION

UNITED STATES COPYRIGHT OFFICE



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

REGISTRATION NUMBER

RE 599 719

EFFECTIVE DATE OF RENEWAL REGISTRATION
DEC. 15 1992
(Month)     (Day)     (Year)

---

DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY

**(1)**
**Renewal Claimant(s)**

RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See instructions)

1
Name ... Marvel Entertainment Group, Inc.
Address ... 387 Park Avenue South, New York, NY 10016
Claiming as ... Proprietor of copyright in a composite work made for hire
(Use appropriate statement from instructions)

2
Name ...
Address ...
Claiming as ...
(Use appropriate statement from instructions)

3
Name ...
Address ...
Claiming as ...
(Use appropriate statement from instructions)

---

TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:

AMAZING SPIDER-MAN

RENEWABLE MATTER:

Entire work as originally copyrighted, including all portions thereof.

CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:

Title of periodical or composite work: AMAZING SPIDER-MAN
If a periodical or other serial give: Vol. 1    No. 19    Issue Date    DECEMBER 1964

054582260

---

**(3)**
**Author(s)**

AUTHOR(S) OF RENEWABLE MATTER:

NON-PAREIL PUBLISHING CORPORATION

---

**(4)**
**Facts of Original Registration**

ORIGINAL REGISTRATION NUMBER:

B 136435

ORIGINAL COPYRIGHT CLAIMANT:

NON-PAREIL PUBLISHING CORPORATION

ORIGINAL DATE OF COPYRIGHT:

• If the original registration for this work was made in published form, give.
DATE OF PUBLICATION SEPTEMBER 8 1964
(Month)     (Day)     (Year)

OR

• If the original registration for this work was made in unpublished form, give:
DATE OF REGISTRATION
(Month)     (Day)     (Year)

2021MARVEL-0005889

Steve Ditko

| EXAMINED BY | | RENEWAL APPLICATION RECEIVED | |
|---|---|---|---|
| CHECKED BY | | DEC. 15. 1992 | FOR COPYRIGHT OFFICE USE ONLY |
| DEPOSIT ACCOUNT FUNDS USED. ☐ | REMITTANCE NUMBER AND DATE. | | |

RE   599 719

================================================================

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**5** Renewal for Group of Works

**1**
Title of Contribution: ....................
Title of Periodical: .................... Vol. .... No. .... Issue Date ....
Date of Publication: (Month) (Day) (Year)   Registration Number: ....

**2**
Title of Contribution: ....................
Title of Periodical: .................... Vol. .... No. .... Issue Date ....
Date of Publication: (Month) (Day) (Year)   Registration Number: ....

**3**
Title of Contribution: ....................
Title of Periodical: .................... Vol. .... No. .... Issue Date ....
Date of Publication: (Month) (Day) (Year)   Registration Number: ....

**4**
Title of Contribution: ....................
Title of Periodical: .................... Vol. .... No. .... Issue Date ....
Date of Publication: (Month) (Day) (Year)   Registration Number: ....

**5**
Title of Contribution: ....................
Title of Periodical: .................... Vol. .... No. .... Issue Date ....
Date of Publication: (Month) (Day) (Year)   Registration Number: ....

**6**
Title of Contribution: ....................
Title of Periodical: .................... Vol. .... No. .... Issue Date ....
Date of Publication: (Month) (Day) (Year)   Registration Number: ....

**7**
Title of Contribution: ....................
Title of Periodical: .................... Vol. .... No. .... Issue Date ....
Date of Publication: (Month) (Day) (Year)   Registration Number: ....

----------------------------------------------------------------

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name Marvel Entertainment Group, Inc.
Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: Carol Platt, Marvel Ent. Group
Address: 387 Park Avenue South
New York        NY        10016
(City)        (State)        (ZIP)

**6** Fee and Correspondence

----------------------------------------------------------------

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant   ☒ duly authorized agent of: Marvel Entertainment Group, Inc.
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge

 Handwritten signature: (X) Carol Platt

Typed or printed name     Carol G. Platt     Date     DEC 1 4 1992

**7** Certification (Application must be signed)

----------------------------------------------------------------

Marvel Entertainment Group, Inc.
(Name)
387 Park Avenue South
(Number Street and Apartment Number)
New York, NY   10016
(City)        (State)        (ZIP code)

**MAIL CERTIFICATE TO**
(Certificate will be mailed in window envelope)

**8** Address for Return of Certificate

----------------------------------------------------------------

U.S. GOVERNMENT PRINTING OFFICE 1978-261-022-10                                    Apr. 197×-500,000

2021MARVEL-0005890

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

**FORM B**

| CLASS | REGISTRATION NO. |
|-------|------------------|
| **B** | B  136435 |

DO NOT WRITE HERE

This Is To Certify that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



*Abraham L. Kaminstein*

Register of Copyrights
United States of America



NOT VALID WITHOUT COPYRIGHT OFFICE IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name   **Non-Pareil Publishing Corp.**

Address   **655 Madison Ave., New York, N.Y. 10021**

Name

Address

**2. Title:**   **AMAZING SPIDER-MAN**

(Title of periodical)

Vol. ____ **1** ____ No. ____ **19** ____ Date on copies ____ **Dec., 1964**

**3. Citizenship of Author:**

Citizenship ____ **USA** ____ (Name of country)   Domiciled in U. S. A.   Yes ☐   No ☐

**4. Publication:**

(a) Date of Publication of This Issue:

____ **9/8/64**

(b) Place of Publication of This Issue:

____ **USA** ____ (Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad:

(b) Process Used:

(c) Country of Manufacture:

*Complete all applicable spaces on next page*

Steve Ditko

**6. Deposit account:**

---

**7. Send correspondence to:**

Name _____    Address _____

**8. Send certificate to:**

(Type or
print
name and
address)

Name _____

**MAGAZINE MANAGEMENT CO.**

**655 MADISON AVENUE**
(Number and Street)

**NEW YORK 21, N. Y.**

(City)                (Zone)                (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or

format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

> NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received<br>**SEP 17 1964** | |
| Two copies received<br>**SEP 17 1964** | |
| Fee received | |

2021MARVEL-0005892

# CERTIFICATE OF RENEWAL REGISTRATION



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

## FORM RE
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

RE  559 164

EFFECTIVE DATE OF RENEWAL REGISTRATION
DEC 2.7.1991
(Month)  (Day)  (Year)

---

**DO NOT WRITE ABOVE THIS LINE.  FOR COPYRIGHT OFFICE USE ONLY**

| ① Renewal Claimant(s) | **RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions) |
|---|---|
| | **1** Name Marvel Entertainment Group, Inc. <br> Address 387 Park Avenue South, New York, NY 10016 <br> Claiming as Proprietor of copyright in a composite work made for hire <br> (Use appropriate statement from instructions) |
| | **2** Name <br> Address <br> Claiming as (Use appropriate statement from instructions) |
| | **3** Name <br> Address <br> Claiming as (Use appropriate statement from instructions) |

---

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

AMAZING SPIDER-MAN

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work. AMAZING SPIDER-MAN

If a periodical or other serial, give: Vol. 1  No. 2  Issue Date May 1963

| ③ Author(s) | **AUTHOR(S) OF RENEWABLE MATTER:** <br><br> NON-PAREIL PUBLISHING CORPORATION |
|---|---|

| ④ Facts of Original Registration | **ORIGINAL REGISTRATION NUMBER:** <br> B 22020 | **ORIGINAL COPYRIGHT CLAIMANT:** <br> NON-PAREIL PUBLISHING CORPORATION |
|---|---|---|

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form, give

DATE OF PUBLICATION Feb. 12, 1963
(Month)  (Day)  (Year)

OR

• If the original registration for this work was made in unpublished form, give

DATE OF REGISTRATION
(Month)  (Day)  (Year)

2021MARVEL-0005893

| EXAMINED BY | | RENEWAL APPLICATION RECEIVED | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|
| CHECKED BY: | | DEC. 27, 1991 | |
| RE  559 164 | DEPOSIT ACCOUNT FUNDS USED ☐ | REMITTANCE NUMBER AND DATE | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

⑤ Renewal for Group of Works

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Title of Contribution: Title of Periodical: Date of Publication: (Month) (Day) (Year) | | | Vol. | No. Registration Number | Issue Date |
| 2 | Title of Contribution: Title of Periodical: Date of Publication: (Month) (Day) (Year) | | | Vol. | No. Registration Number | Issue Date |
| 3 | Title of Contribution: Title of Periodical: Date of Publication: (Month) (Day) (Year) | | | Vol. | No. Registration Number | Issue Date |
| 4 | Title of Contribution: Title of Periodical: Date of Publication: (Month) (Day) (Year) | | | Vol. | No. Registration Number | Issue Date |
| 5 | Title of Contribution: Title of Periodical: Date of Publication: (Month) (Day) (Year) | | | Vol. | No. Registration Number | Issue Date |
| 6 | Title of Contribution: Title of Periodical: Date of Publication: (Month) (Day) (Year) | | | Vol. | No. Registration Number | Issue Date |
| 7 | Title of Contribution: Title of Periodical: Date of Publication: (Month) (Day) (Year) | | | Vol. | No. Registration Number | Issue Date |

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name **Marvel Entertainment Group, Inc.**
Account Number **DA-059633**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name Carol Platt, Marvel Ent. Group
Address 387 Park Avenue South
New York    NY    10016

⑥ Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the (Check one)
☐ renewal claimant    ☒ duly authorized agent of Marvel Entertainment Group, Inc.
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)    *Carol G. Platt*
Typed or printed name    Carol G. Platt
Date    12/23/91

⑦ Certification (Application must be signed)

MAIL CERTIFICATE TO

Marvel Entertainment Group, Inc.
(Name)
387 Park Avenue South
(Number Street and Apartment Number)
New York, NY    10016
(City)    (State)    (Zip code)

(Certificate will be mailed in window envelope)

⑧ Address for Return of Certificate

U.S. GOVERNMENT PRINTING OFFICE 1978 : 261-022 15

2021MARVEL-0005894

Steve Ditko

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America



| CLASS | REGISTRATION NO. |
|---|---|
| **B** B | 22020 |

DO NOT WRITE HERE

NOT VALID WITHOUT
COPYRIGHT OFFICE
IMPRESSION SEAL

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*  Register of Copyrights
ABRAHAM L. KAMINSTEIN  United States of America

**1. Copyright Claimant(s) and Address(es):**

Name ___ **NON-PAREIL PUBLISHING CORP.**

Address ___ **655 Madison Ave., N.Y.C. 21**

Name _____

Address _____

**2. Title:** ___ **AMAZING SPIDER-MAN** _____
(Title of periodical)

Vol. ___ **V 1** ___ No. ___ **2** ___ Date on copies ___ **May 1963**

**3. Citizenship of Author:**

Citizenship **USA** _____  Domiciled in U. S. A.   Yes ☑  No ☐
(Name of country)

**4. Publication:**

  *(a)* Date of Publication of This Issue:

    **2/12/63**

  *(b)* Place of Publication of This Issue:

    **USA**
(Name of country)

**5. Manufacture Outside United States:**

  *(a)* Portion of the Manufacturing Done Abroad: _____

  *(b)* Process Used: _____

  *(c)* Country of Manufacture: _____

*Complete all applicable spaces on next page*



6. **Deposit account:**

7. **Send correspondence to:**

Name _____ Address _____

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

8. **Send certificate to:**

(Type or print
name and address)

Name _____

Address _____

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.
(Number and street)

(City)     (Zone)     (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1958. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
| --- | --- |
| Application received<br>FEB 19 1963 | |
| Two copies received<br>FEB 19 1963 | |
| Fee received | |

2021MARVEL-0005896

# FORM RE

**CERTIFICATE OF RENEWAL REGISTRATION**

UNITED STATES COPYRIGHT OFFICE



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL



| REGISTRATION NUMBER |
| --- |
| RE 599 731 |

EFFECTIVE DATE OF RENEWAL REGISTRATION
DEC 1 5 1992
(Month) (Day) (Year)

---

**DO NOT WRITE ABOVE THIS LINE.   FOR COPYRIGHT OFFICE USE ONLY**

**(1)** **Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

**1**
Name . Marvel Entertainment Group, Inc.
Address . 387 Park Avenue South, New York, NY  10016
Claiming as . Proprietor of copyright in a composite work made for hire
(Use appropriate statement from instructions)

**2**
Name . . . . . . . . . . . . . . . . . . . . . . . .
Address . . . . . . . . . . . . . . . . . . . . . .
Claiming as . . . . . . . . . . . . . . . . . . . .
(Use appropriate statement from instructions)

**3**
Name . . . . . . . . . . . . . . . . . . . . . . . .
Address . . . . . . . . . . . . . . . . . . . . . .
Claiming as . . . . . . . . . . . . . . . . . . . .
(Use appropriate statement from instructions)

---

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

AMAZING SPIDER-MAN

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**
Title of periodical or composite work: AMAZING SPIDER-MAN
If a periodical or other serial, give: Vol. . . 1 . . . No. . . 20 . . . Issue Date . . . JANUARY 1965

0545822271

**(3)** **Author(s)**

**AUTHOR(S) OF RENEWABLE MATTER:**

NON-PAREIL PUBLISHING CORPORATION

---

**(4)** **Facts of Original Registration**

| ORIGINAL REGISTRATION NUMBER: | ORIGINAL COPYRIGHT CLAIMANT: |
| --- | --- |
| B 140632 | NON-PAREIL PUBLISHING CORPORATION |

**ORIGINAL DATE OF COPYRIGHT:**
• If the original registration for this work was made in published form, give:
DATE OF PUBLICATION   OCTOBER 8 1964
(Month) (Day) (Year)

**OR**

• If the original registration for this work was made in unpublished form, give:
DATE OF REGISTRATION
(Month) (Day) (Year)

2021MARVEL-0005897

| | | EXAMINED BY ... | RENEWAL APPLICATION RECEIVED | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|---|
| RE | 599 731 | CHECKED BY: | DEC 15. 1992 | |
| | | DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**⑤ Renewal for Group of Works**

**1**
Title of Contribution: ...........
Title of Periodical: ........... Vol. ..... No. ..... Issue Date .....
Date of Publication: ..... (Month) ..... (Day) ..... (Year) ..... Registration Number: .....

**2**
Title of Contribution: ...........
Title of Periodical: ........... Vol. ..... No. ..... Issue Date .....
Date of Publication: ..... (Month) ..... (Day) ..... (Year) ..... Registration Number: .....

**3**
Title of Contribution: ...........
Title of Periodical: ........... Vol. ..... No. ..... Issue Date .....
Date of Publication: ..... (Month) ..... (Day) ..... (Year) ..... Registration Number: .....

**4**
Title of Contribution: ...........
Title of Periodical: ........... Vol. ..... No. ..... Issue Date .....
Date of Publication: ..... (Month) ..... (Day) ..... (Year) ..... Registration Number: .....

**5**
Title of Contribution: ...........
Title of Periodical: ........... Vol. ..... No. ..... Issue Date .....
Date of Publication: ..... (Month) ..... (Day) ..... (Year) ..... Registration Number: .....

**6**
Title of Contribution: ...........
Title of Periodical: ........... Vol. ..... No. ..... Issue Date .....
Date of Publication: ..... (Month) ..... (Day) ..... (Year) ..... Registration Number: .....

**7**
Title of Contribution: ...........
Title of Periodical: ........... Vol. ..... No. ..... Issue Date .....
Date of Publication: ..... (Month) ..... (Day) ..... (Year) ..... Registration Number: .....

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: Marvel Entertainment Group, Inc.
Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: Carol Platt, Marvel Ent. Group
Address: 387 Park Avenue South
New York (City) NY (State) 10016 (ZIP)

**⑥ Fee and Correspondence**

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant   ☒ duly authorized agent of Marvel Entertainment Group, Inc.
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature: (X) .....
Typed or printed name ..... Carol G. Platt
Date DEC 1 4 1992

**⑦ Certification (Application must be signed)**

**MAIL CERTIFICATE TO**

Marvel Entertainment Group, Inc.
(Name)
387 Park Avenue South
(Number, Street and Apartment Number)
New York, NY 10016
(City) (State) (ZIP code)

(Certificate will be mailed in window envelope)

**⑧ Address for Return of Certificate**

2021MARVEL-0005898

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

| CLASS | REGISTRATION NO. |
|---|---|
| **B** | B   140602 |
| | DO NOT WRITE HERE |

**FORM B**

This Is To Certify that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



*Register of Copyrights*
*United States of America*

NOT VALID WITHOUT COPYRIGHT OFFICE IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name    **Non-Pareil Publishing Corp.**

Address    **625 Madison Ave.**

Name    **New York, N.Y. 10022**

Address ........................................

**2. Title:** **AMAZING SPIDER-MAN**

(Title of periodical)

Vol. **1** No. **20** Date on copies **Jan. XXXX 1965**

**3. Citizenship of Author:**

Citizenship **USA**                Domiciled in U. S. A.   Yes ☐  No ☐

(Name of country)

**4. Publication:**

(a) Date of Publication of This Issue:

**10/8/64**

(b) Place of Publication of This Issue:

**USA**

(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: --------------------

(b) Process Used: --------------------

(c) Country of Manufacture: --------------------

*Complete all applicable spaces on next page*

2021MARVEL-0005899

**6. Deposit account:**

---

**7. Send correspondence to:**

Name ................................................    Address ................................................

**8. Send certificate to:**

(Type or print name and address)    Name

MAGAZINE MANAGEMENT CO.

625 MADISON AVENUE
(Number and street)

NEW YORK, N. Y. 10022

(City)    (Zone)    (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or

format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the issue is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

> NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received<br>OCT 12 1964 | |
| Two copies received<br>OCT 12 1964 | |
| Fee received | |

114834

2021MARVEL-0005900

Steve Ditko

# FORM RE

## CERTIFICATE OF RENEWAL REGISTRATION

UNITED STATES COPYRIGHT OFFICE



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

| REGISTRATION NUMBER |
| --- |
| RE  599 750 |

| EFFECTIVE DATE OF RENEWAL REGISTRATION |
| --- |
| DEC 1 5 1992 |
| (Month)  (Day)  (Year) |

OFFICIAL SEAL

**DO NOT WRITE ABOVE THIS LINE.  FOR COPYRIGHT OFFICE USE ONLY**

---

**(1) Renewal Claimant(s)**

RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions)

1  Name. Marvel Entertainment Group, Inc.
   Address. 387 Park Avenue South, New York, NY  10016
   Claiming as Proprietor of copyright in a composite work made for hire
   (Use appropriate statement from instructions)

2  Name.
   Address.
   Claiming as
   (Use appropriate statement from instructions)

3  Name.
   Address.
   Claiming as
   (Use appropriate statement from instructions)

---

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

AMAZING SPIDER-MAN

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work: AMAZING SPIDER-MAN

If a periodical or other serial, give: Vol. 1  No. 21  Issue Date FEBRUARY 1965

D54582282

---

**(3) Author(s)**

**AUTHOR(S) OF RENEWABLE MATTER:**

NON-PAREIL PUBLISHING CORPORATION

---

**(4) Facts of Original Registration**

| ORIGINAL REGISTRATION NUMBER: | ORIGINAL COPYRIGHT CLAIMANT: |
| --- | --- |
| B 147192 | NON-PAREIL PUBLISHING CORPORATION |

**ORIGINAL DATE OF COPYRIGHT:**

- If the original registration for this work was made in published form, give:  DATE OF PUBLICATION NOVEMBER 10 1964 (Month) (Day) (Year)

OR

- If the original registration for this work was made in unpublished form, give:  DATE OF REGISTRATION (Month) (Day) (Year)

| RE  599 750 | EXAMINED BY | 7/1/9 | RENEWAL APPLICATION RECEIVED | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|---|
| | CHECKED BY | | DEC 15 1992 | |
| | DEPOSIT ACCOUNT FUNDS USED: ☐ | | REMITTANCE NUMBER AND DATE | |

## DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**⑤ Renewal for Group of Works**

**1**
Title of Contribution: ...............
Title of Periodical: ............... Vol. ...... No. ...... Issue Date ......
Date of Publication: (Month) (Day) (Year)    Registration Number: ......

**2**
Title of Contribution: ...............
Title of Periodical: ............... Vol. ...... No. ...... Issue Date ......
Date of Publication: (Month) (Day) (Year)    Registration Number: ......

**3**
Title of Contribution: ...............
Title of Periodical: ............... Vol. ...... No. ...... Issue Date ......
Date of Publication: (Month) (Day) (Year)    Registration Number: ......

**4**
Title of Contribution: ...............
Title of Periodical: ............... Vol. ...... No. ...... Issue Date ......
Date of Publication: (Month) (Day) (Year)    Registration Number: ......

**5**
Title of Contribution: ...............
Title of Periodical: ............... Vol. ...... No. ...... Issue Date ......
Date of Publication: (Month) (Day) (Year)    Registration Number: ......

**6**
Title of Contribution: ...............
Title of Periodical: ............... Vol. ...... No. ...... Issue Date ......
Date of Publication: (Month) (Day) (Year)    Registration Number: ......

**7**
Title of Contribution: ...............
Title of Periodical: ............... Vol. ...... No. ...... Issue Date ......
Date of Publication: (Month) (Day) (Year)    Registration Number: ......

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: Marvel Entertainment Group, Inc.
Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: Carol Platt, Marvel Ent. Group
Address: 387 Park Avenue South
New York        NY        10016
(City)        (State)        (ZIP)

**⑥ Fee and Correspondence**

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant    ☒ duly authorized agent of Marvel Entertainment Group, Inc.
(name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) Carol Platt
Typed or printed name: Carol G. Platt
Date: 15 Dec 92

**⑦ Certification (Application must be signed)**

**MAIL CERTIFICATE TO**

Marvel Entertainment Group, Inc.
(Name)
387 Park Avenue South
(Number Street and Apartment Number)
New York, NY 10016
(City) (State) (ZIP code)

(Certificate will be mailed in window envelope)

**⑧ Address for Return of Certificate**

Steve Ditko

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America



**FORM B**

| CLASS | REGISTRATION NO. |
|---|---|
| **B** | B 147192 |
|  | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*

Register of Copyrights
United States of America



**1. Copyright Claimant(s) and Address(es):**

Name ___ **Non-Pareil Publishing Corp.**

Address ___ **625 Madison Ave., New York, N.Y. 10022**

Name ___

Address ___

**2. Title:** **AMAZING SPIDER-MAN**

(Title of periodical)

Vol. **1** No. **21** Date on copies **Feb., 1965**

**3. Citizenship of Author:**

Citizenship ___ **USA** ___ Domiciled in U. S. A. Yes ☐ No ☐

(Name of country)

**4. Publication:**

**(a) Date of Publication of This Issue:**

**11/10/64**

**(b) Place of Publication of This Issue:**

**USA**

(Name of country)

**5. Manufacture Outside United States:**

**(a) Portion of the Manufacturing Done Abroad:** ___

**(b) Process Used:** ___

**(c) Country of Manufacture:** ___

*Complete all applicable spaces on next page*

2021MARVEL-0005903

**6. Deposit account:**

-----------------------------------------------------------------------------

**7. Send correspondence to:**

Name _____    Address _____

**8. Send certificate to:**

(Type or
print        Name    ------ MAGAZINE MANAGEMENT CO. ------
name and
address)     Address    ------ 625 MADISON AVENUE ------
                                    (Number and street)
                        NEW YORK, N. Y. 10022
                    (City)              (Zone)              (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|
| Application received NOV 16 1964 | |
| Two copies received NOV 16 1964 | |
| Fee received | |



# CERTIFICATE OF RENEWAL REGISTRATION

**FORM RE**

UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

| REGISTRATION NUMBER |
|---|
| RE 599 759 |

EFFECTIVE DATE OF RENEWAL REGISTRATION
DEC 1 5 1992
(Month)  (Day)  (Year)

**DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY**

**(1) Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

1. Name ... Marvel Entertainment Group, Inc.
   Address ... 387 Park Avenue South, New York, NY 10016
   Claiming as ... Proprietor of copyright in a composite work made for hire
   (Use appropriate statement from instructions)

2. Name ...
   Address ...
   Claiming as ...
   (Use appropriate statement from instructions)

3. Name ...
   Address ...
   Claiming as ...
   (Use appropriate statement from instructions)

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

AMAZING SPIDER-MAN

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work: AMAZING SPIDER-MAN
If a periodical or other serial, give: Vol ... 1 ... No ... 22 ... Issue Date ... MARCH 1965

**(3) Author(s)**

**AUTHOR(S) OF RENEWABLE MATTER:**

NON-PAREIL PUBLISHING CORPORATION

**(4) Facts of Original Registration**

| ORIGINAL REGISTRATION NUMBER: | ORIGINAL COPYRIGHT CLAIMANT: |
|---|---|
| B 157768 | NON-PAREIL PUBLISHING CORPORATION |

**ORIGINAL DATE OF COPYRIGHT:**

- If the original registration for this work was made in published form, give:
  DATE OF PUBLICATION DECEMBER 10 1964
  (Month) (Day) (Year)

OR

- If the original registration for this work was made in unpublished form, give:
  DATE OF REGISTRATION
  (Month) (Day) (Year)

2021MARVEL-0005905

| | |
|---|---|
| RE  599 759 | EXAMINED BY ___ <br> CHECKED BY ___ <br> DEPOSIT ACCOUNT FUNDS USED: ☐ | RENEWAL APPLICATION RECEIVED <br> DEC. 15. 1992 <br> REMITTANCE NUMBER AND DATE | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

⑤ Renewal for Group of Works

**1**
Title of Contribution: ....................................................................
Title of Periodical: .................................... Vol. ..... No. ..... Issue Date .............
Date of Publication: ..................................... Registration Number: ....................
(Month)    (Day)    (Year)

**2**
Title of Contribution: ....................................................................
Title of Periodical: .................................... Vol. ..... No. ..... Issue Date .............
Date of Publication: ..................................... Registration Number: ....................
(Month)    (Day)    (Year)

**3**
Title of Contribution: ....................................................................
Title of Periodical: .................................... Vol. ..... No. ..... Issue Date .............
Date of Publication: ..................................... Registration Number: ....................
(Month)    (Day)    (Year)

**4**
Title of Contribution: ....................................................................
Title of Periodical: .................................... Vol. ..... No. ..... Issue Date .............
Date of Publication: ..................................... Registration Number: ....................
(Month)    (Day)    (Year)

**5**
Title of Contribution: ....................................................................
Title of Periodical: .................................... Vol. ..... No. ..... Issue Date .............
Date of Publication: ..................................... Registration Number: ....................
(Month)    (Day)    (Year)

**6**
Title of Contribution: ....................................................................
Title of Periodical: .................................... Vol. ..... No. ..... Issue Date .............
Date of Publication: ..................................... Registration Number: ....................
(Month)    (Day)    (Year)

**7**
Title of Contribution: ....................................................................
Title of Periodical: .................................... Vol. ..... No. ..... Issue Date .............
Date of Publication: ..................................... Registration Number: ....................
(Month)    (Day)    (Year)

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name **Marvel Entertainment Group, Inc.**
Account Number: **DA-059633**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name **Carol Platt, Marvel Ent. Group**
Address **387 Park Avenue South**
**New York**    **NY**    **10016**
(City)    (State)    (ZIP)

⑥ Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant    ☒ duly authorized agent of **Marvel Entertainment Group, Inc.**
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) *Carol Platt*
Typed or printed name: **Carol G. Platt**    Date ___

⑦ Certification (Application must be signed)

**MAIL CERTIFICATE TO**

Marvel Entertainment Group, Inc.
(Name)
387 Park Avenue South
(Number, Street and Apartment Number)
New York, NY 10016
(City)    (State)    (ZIP code)

(Certificate will be mailed in window envelope)

⑧ Address for Return of Certificate

U.S. GOVERNMENT PRINTING OFFICE 1978-261-022/10

Apr 1978—500,000

2021MARVEL-0005906

Steve Ditko

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

**FORM B**

| CLASS | REGISTRATION NO. |
|-------|------------------|
| **B** | B 157768 |
| | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*

ABRAHAM L. KAMINSTEIN

*Register of Copyrights*
*United States of America*

NOT VALID WITHOUT COPYRIGHT OFFICE IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name    Non-Pareil Publishing Corp.

Address    625 Madison Ave., New York, N.Y. 10022

Name

Address

**2. Title:** Amazing Spider-Man

(Title of periodical)

Vol. 1    No. 22    Date on copies    March 1965

**3. Citizenship of Author:**

Citizenship    USA

(Name of country)

Domiciled in U. S. A.    Yes ☐    No ☐

**4. Publication:**

**(a) Date of Publication of This Issue:**

12/10/64

**(b) Place of Publication of This Issue:**

USA

(Name of country)

**5. Manufacture Outside United States:**

**(a) Portion of the Manufacturing Done Abroad:**

**(b) Process Used:**

**(c) Country of Manufacture:**

*Complete all applicable spaces on next page*

2021MARVEL-0005907

**6. Deposit account:**

-------------------------------------------------------------

**7. Send correspondence to:**

Name ----------------------------------    Address ----------------------------------

**8. Send certificate to:**

(Type or print name and address)

Name ----------------------------------

MAGAZINE MANAGEMENT CO.

625 MADISON AVENUE

NEW YORK, N. Y. 10022

Address ----------------------------------

(City)            (Zone)            (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received<br>DEC 14 1964 | |
| Two copies received<br>DEC 14 1964 | |
| Fee received | |

2021MARVEL-0005908

# CERTIFICATE OF REGISTRATION

**FORM RE**

UNITED STATES COPYRIGHT OFFICE



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



ACTING REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL



RE 645-190

EFFECTIVE DATE OF RENEWAL REGISTRATION

NOV 1 7 1993
(Month)      (Day)      (Year)

---

**DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY**

**(1)** Renewal Claimant(s)

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

**1**
Name MARVEL ENTERTAINMENT GROUP, INC.
Address 387 Park Avenue South, New York, NY    10016
Claiming as Proprietor of copyright in a composite work made for hire
(Use appropriate statement from instructions)

**2**
Name
Address
Claiming as
(Use appropriate statement from instructions)

**3**
Name
Address
Claiming as
(Use appropriate statement from instructions)

---

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

AMAZING SPIDER-MAN

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work:    1
If a periodical or other serial, give: Vol.    No.    23    Issue Date    APRIL 1965

---

**(2)** Author(s)

**AUTHOR(S) OF RENEWABLE MATTER:**

NON-PAREIL PUBLISHING CORPORATION

---

**(3)** Facts of Original Registration

**ORIGINAL REGISTRATION NUMBER:**    **ORIGINAL COPYRIGHT CLAIMANT:**

B 162019    NON-PAREIL PUBLISHING CORPORATION

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form, give:    JANUARY 12    1965    OR    • If the original registration for this work was made in unpublished form, give:

DATE OF PUBLICATION    (Month)    (Day)    (Year)    DATE OF REGISTRATION:    (Month)    (Day)    (Year)

2021MARVEL-0005909

| | EXAMINED BY | RENEWAL APPLICATION RECEIVED | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|
| | CHECKED BY | NOV 17 1993 | |
| | CORRESPONDENCE ☐ Yes | REMITTANCE NUMBER AND DATE | |
| | DEPOSIT ACCOUNT FUNDS USED ☐ | | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE CON).

**5** Renewal for Group of Works

**1**
Title of Contribution:
Title of Periodical: ........................... Vol ....... No ....... Issue Date ...........
Date of Publication: (Month) (Day) (Year) Registration Number

**2**
Title of Contribution:
Title of Periodical: Vol No Issue Date
Date of Publication: (Month) (Day) (Year) Registration Number

**3**
Title of Contribution:
Title of Periodical: Vol No Issue Date
Date of Publication: (Month) (Day) (Year) Registration Number

**4**
Title of Contribution:
Title of Periodical: Vol No Issue Date
Date of Publication: (Month) (Day) (Year) Registration Number

**5**
Title of Contribution:
Title of Periodical: Vol No Issue Date
Date of Publication: (Month) (Day) (Year) Registration Number

**6**
Title of Contribution:
Title of Periodical: Vol No Issue Date
Date of Publication: (Month) (Day) (Year) Registration Number

**7**
Title of Contribution:
Title of Periodical: Vol No Issue Date
Date of Publication: (Month) (Day) (Year) Registration Number

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account)

Name **Marvel Entertainment Group, INC.**
Account Number: **DA-059633**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: **CAROL PLATT, Marvel ent.Group**
Address: **387 Park Avenue South**
(Apt)
**New York** **NY** **10016**
(City) (State) (ZIP)

**6** Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant ■ duly authorized agent of: **Marvel Entertainment Group, INC.**
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.
Handwritten signature: (X) *Carol Platt*
Typed or printed name: **Carol G. Platt**
Date: ..................

**7** Certification (Application must be signed)

**MAIL CERTIFICATE TO**

**MARVEL ENTERTAINMENT GROUP, INC.**
(Name)
**387 Park Avenue South**
(Number, Street and Apartment Number)
**NEW YORK** **NY** **10016**
(City) (State) (ZIP code)

(Certificate will be mailed in window envelope)

**8** Address for Return of Certificate

October 1989—50,000 ☆U.S. GOVERNMENT PRINTING OFFICE: 1989—262-308 8

2021MARVEL-0005910

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



ABRAHAM L. KAMINSTEIN
*Register of Copyrights*
*United States of America*

| CLASS | REGISTRATION NO. |
|---|---|
| **B** | B 162019 |
| | DO NOT WRITE HERE |



NOT VALID WITHOUT
COPYRIGHT OFFICE
IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name ..... Non-Pareil Publishing Corp.

Address ..... 625 Madison Avenue, New York, N.Y. 10022

Name .....

Address .....

**2. Title:** ..... AMAZING SPIDER-MAN

(Title of periodical)

Vol. ..... 1 ..... No. ..... 23 ..... Date on copies ..... April 1965

**3. Citizenship of Author:**

Citizenship ..... USA

(Name of country)

Domiciled in U. S. A.   Yes ☐   No ☐

**4. Publication:**

**(a) Date of Publication of This Issue:**

1/12/65

**(b) Place of Publication of This Issue:**

USA

(Name of country)

**5. Manufacture Outside United States:**

**(a) Portion of the Manufacturing Done Abroad:** .....

**(b) Process Used:** .....

**(c) Country of Manufacture:** .....

*Complete all applicable spaces on next page*

**6. Deposit account:**

---

**7. Send correspondence to:**

Name _____    Address _____

**8. Send certificate to:**

(Type or print name and address)

Name _____

MAGAZINE MANAGEMENT CO.

625 MADISON AVENUE

NEW YORK, N. Y. 10022

Address _____

(City)    (Zone)    (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received<br><br>JAN 13 1965 | |
| Two copies received<br>JAN 13 1965 | |
| Fee received | |

2021MARVEL-0005912

Steve Ditko

# CERTIFICATE OF REGISTRATION

**FORM RE**

UNITED STATES COPYRIGHT OFFICE



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Barbara Ringer*

ACTING REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL



RE 645-210

EFFECTIVE DATE OF RENEWAL REGISTRATION
NOV 1 7 1993
(Month)      (Day)      (Year)

DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY

---

**① Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

1  Name MARVEL ENTERTAINMENT GROUP, INC.
   Address 387 Park Avenue South, New York, NY      10016
   Claiming as Proprietor of copyright in a composite work made for hire
   (Use appropriate statement from instructions)

2  Name
   Address
   Claiming as
   (Use appropriate statement from instructions)

3  Name
   Address
   Claiming as
   (Use appropriate statement from instructions)

---

0620147510

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

AMAZING SPIDER-MAN

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work:

If a periodical or other serial, give: Vol. 1    No. 24    Issue Date MAY 1965

---

**③ Author(s)**

**AUTHOR(S) OF RENEWABLE MATTER:**

NON-PAREIL PUBLISHING CORPORATION

---

**④ Facts of Original Registration**

| ORIGINAL REGISTRATION NUMBER: | ORIGINAL COPYRIGHT CLAIMANT: |
|---|---|
| B 167575 | NON-PAREIL PUBLISHING CORPORATION |

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form, give:  FEBRUARY #11, 1965
DATE OF PUBLICATION: (Month) (Day) (Year)

OR

• If the original registration for this work was made in unpublished form, give:
DATE OF REGISTRATION: (Month) (Day) (Year)

2021MARVEL-0005913

¹Amended by Copyright Office

| EXAMINED BY | RENEWAL APPLICATION RECEIVED | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|
| CHECKED BY | | |
| CORRESPONDENCE ☐ Yes | NOV 17 1993 | |
| | REMITTANCE NUMBER AND DATE | |
| DEPOSIT ACCOUNT FUNDS USED ☐ | | |

## DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE CON)

**5** Renewal for Group of Works

**1**
Title of Contribution
Title of Periodical · · · · · · · · · · · · · · · Vol · · · No · · · Issue Date
Date of Publication (Month) (Day) (Year) · · · Registration Number

**2**
Title of Contribution
Title of Periodical · · · · · · · · · · · · · · · Vol · · · No · · · Issue Date
Date of Publication (Month) (Day) (Year) · · · Registration Number

**3**
Title of Contribution
Title of Periodical · · · · · · · · · · · · · · · Vol · · · No · · · Issue Date
Date of Publication (Month) (Day) (Year) · · · Registration Number

**4**
Title of Contribution
Title of Periodical · · · · · · · · · · · · · · · Vol · · · No · · · Issue Date
Date of Publication (Month) (Day) (Year) · · · Registration Number

**5**
Title of Contribution:
Title of Periodical · · · · · · · · · · · · · · · Vol · · · No · · · Issue Date
Date of Publication (Month) (Day) (Year) · · · Registration Number:

**6**
Title of Contribution:
Title of Periodical: · · · · · · · · · · · · · · Vol · · · No · · · Issue Date
Date of Publication (Month) (Day) (Year) · · · Registration Number:

**7**
Title of Contribution:
Title of Periodical: · · · · · · · · · · · · · · Vol · · · No · · · Issue Date
Date of Publication (Month) (Day) (Year) · · · Registration Number:

---

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name **Marvel Entertainment Group, INC**
Account Number: **DA-059633**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: **CAROL PLATT, Marvel ent.Group**
Address: **387 Park Avenue South** (Apt)
**New York** (City) **NY** (State) **10016** (ZIP)

**6** Fee and Correspondence

---

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant  ■ duly authorized agent of: **Marvel Entertainment Group, INC.** (Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) _Carol Platt_
Typed or printed name: **Carol G. Platt**
Date:

**7** Certification (Application must be signed)

---

| MARVEL ENTERTAINMENT GROUP, INC, (Name) | **MAIL CERTIFICATE TO** | **8** |
|---|---|---|
| 387 Park Avenue South (Number, Street and Apartment Number) | | Address for Return of Certificate |
| NEW YORK (City) NY (State) 10016 (ZIP code) | (Certificate will be mailed in window envelope) | |

● October 1989—50,000

✰U.S. GOVERNMENT PRINTING OFFICE: 1989—262-308.8

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

**FORM B**

| CLASS | REGISTRATION NO. |
|---|---|
| **B** | B 167575 |
| | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*

Register of Copyrights
United States of America



NOT VALID WITHOUT COPYRIGHT OFFICE IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name ___Non-Pareil Publishing Corp.___

Address ___625 Madison Ave., New York, N.Y. 10022___

Name _____

Address _____

**2. Title:** ___AMAZING SPIDER-MAN___

(Title of periodical)

Vol. ___1___ No. ___24___ Date on copies ___May 1965___

**3. Citizenship of Author:**

Citizenship ___USA___          Domiciled in U. S. A.  Yes ☐  No ☐

(Name of country)

**4. Publication:**

**(a) Date of Publication of This Issue:**

___2/11/65___

**(b) Place of Publication of This Issue:**

___USA___

(Name of country)

**5. Manufacture Outside United States:**

**(a) Portion of the Manufacturing Done Abroad:** _____

**(b) Process Used:** _____

**(c) Country of Manufacture:** _____

*Complete all applicable spaces on next page*

2021MARVEL-0005915

**6. Deposit account:**

-----------------------------------------------------------------------

**7. Send correspondence to:**

Name ................................................    Address ................................................

**8. Send certificate to:**

(Type or print name and address)  Name ................................................

Address ................................................

MAGAZINE MANAGEMENT CO.

625 MADISON AVENUE

NEW YORK, N. Y. 10022

(City) ................    (Zone) ................    (State) ................

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or

format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

FOR COPYRIGHT OFFICE USE ONLY

Application received

FEB 18 1965

Two copies received

FEB 18 1965

Fee received

# CERTIFICATE OF REGISTRATION

**FORM RE**

UNITED STATES COPYRIGHT OFFICE



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



ACTING REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL



RE 645-221

EFFECTIVE DATE OF RENEWAL REGISTRATION
NOV 1 7 1993
(Month)      (Day)      (Year)

**DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY**

---

**① Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

1
Name MARVEL ENTERTAINMENT GROUP, INC.
Address 387 Park Avenue South, New York, NY    10016
Claiming as Proprietor of copyright in a composite work made for hire
(Use appropriate statement from instructions)

2
Name
Address
Claiming as
(Use appropriate statement from instructions)

3
Name
Address
Claiming as
(Use appropriate statement from instructions)

---

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

AMAZING SPIDER-MAN

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work:

If a periodical or other serial give: Vol. 1    No. 25    Issue Date JUNE 1965

---

**② Author(s)**

**AUTHOR(S) OF RENEWABLE MATTER:**

NON-PAREIL PUBLISHING CORPORATION

---

**④ Facts of Original Registration**

**ORIGINAL REGISTRATION NUMBER:**
B 173323

**ORIGINAL COPYRIGHT CLAIMANT:**
NON-PAREIL PUBLISHING CORPORATION

**ORIGINAL DATE OF COPYRIGHT:**

● If the original registration for this work was made in published form, give:
DATE OF PUBLICATION: MARCH 11 1965
(Month)    (Day)    (Year)

OR

● If the original registration for this work was made in unpublished form, give:
DATE OF REGISTRATION:
(Month)    (Day)    (Year)

2021MARVEL-0005917

Steve Ditko

| EXAMINED BY | RENEWAL APPLICATION RECEIVED | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|
| CHECKED BY, | NOV 17.1993 | |
| CORRESPONDENCE ☐ Yes | REMITTANCE NUMBER AND DATE | |
| DEPOSIT ACCOUNT FUNDS USED ☐ | | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE CON).

**(5) Renewal for Group of Works**

**1**
Title of Contribution:
Title of Periodical:
Date of Publication: (Month) (Day) (Year)
Vol. No. Issue Date
Registration Number:

**2**
Title of Contribution:
Title of Periodical:
Date of Publication: (Month) (Day) (Year)
Vol. No. Issue Date
Registration Number:

**3**
Title of Contribution:
Title of Periodical:
Date of Publication: (Month) (Day) (Year)
Vol. No. Issue Date
Registration Number:

**4**
Title of Contribution:
Title of Periodical:
Date of Publication: (Month) (Day) (Year)
Vol. No. Issue Date
Registration Number:

**5**
Title of Contribution:
Title of Periodical:
Date of Publication: (Month) (Day) (Year)
Vol. No. Issue Date
Registration Number:

**6**
Title of Contribution:
Title of Periodical:
Date of Publication: (Month) (Day) (Year)
Vol. No. Issue Date
Registration Number:

**7**
Title of Contribution:
Title of Periodical:
Date of Publication: (Month) (Day) (Year)
Vol. No. Issue Date
Registration Number:

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name **Marvel Entertainment Group, INC**
Account Number: **DA-059633**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: **CAROL PLATT, Marvel ent.Group**
Address: **387 Park Avenue South** (Apt)
**New York** (City) **NY** (State) **10016** (ZIP)

**(6) Fee and Correspondence**

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant  ☒ duly authorized agent of: **Marvel Entertainment Group, INC.**
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) _Carol Platt_
Typed or printed name: **Carol G. Platt**
Date:

**(7) Certification** (Application must be signed)

**MARVEL ENTERTAINMENT GROUP, INC.**
(Name)
**387 Park Avenue South**
(Number, Street and Apartment Number)
**NEW YORK** (City) **NY** (State) **10016** (ZIP code)

**MAIL CERTIFICATE TO**
(Certificate will be mailed in window envelope)

**(8) Address for Return of Certificate**

8 October 1988—50,000

☆U.S. GOVERNMENT PRINTING OFFICE: 1988—262-306 8

2021MARVEL-0005918

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

| CLASS | REGISTRATION NO. |
|---|---|
| **B** | B  173323 |
| | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*

Register of Copyrights
United States of America

NOT VALID WITHOUT
COPYRIGHT OFFICE
IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name ___ Non-Pareil Publishing Corp.

Address ___ 625 Madison Ave., New York, N.Y. 10022

Name ___

Address ___

**2. Title:** ___ AMAZING SPIDER-MAN ___

(Title of periodical)

Vol. ___ 1 ___ No. ___ 25 ___ Date on copies ___ June 1965

**3. Citizenship of Author:**

Citizenship ___ USA ___

(Name of country)

Domiciled in U. S. A.   Yes ☐   No ☐

**4. Publication:**

**(a) Date of Publication of This Issue:**

3/11/65

**(b) Place of Publication of This Issue:**

USA

(Name of country)

**5. Manufacture Outside United States:**

**(a) Portion of the Manufacturing Done Abroad:** ___

**(b) Process Used:** ___

**(c) Country of Manufacture:** ___

*Complete all applicable spaces on next page*

**6. Deposit account:**

**7. Send correspondence to:**

Name .................................................    Address ..................................................

**8. Send certificate to:**

(Type or
print    Name
name and
address)    Address

> **MAGAZINE MANAGEMENT CO.**
>
> **625 MADISON AVENUE**
> (Number and street)
> **NEW YORK, N. Y. 10022**
>
> (City)          (Zone)          (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or

format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

> NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received<br>**MAR 17 1965** | |
| Two copies received<br>**MAR 17 1965** | |
| Fee received | |

14839

2021MARVEL-0005920

Steve Ditko

# CERTIFICATE OF REGISTRATION

**FORM RE**
UNITED STATES COPYRIGHT OFFICE



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



RE 645-227

**EFFECTIVE DATE OF RENEWAL REGISTRATION**
NOV 1 7 1993
(Month)    (Day)    (Year)



ACTING REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

**DO NOT WRITE ABOVE THIS LINE.   FOR COPYRIGHT OFFICE USE ONLY**

---

**(1)**
Renewal Claimant(s)

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

**1**
Name MARVEL ENTERTAINMENT GROUP, INC.
Address 387 Park Avenue South, New York, NY    10016
Claiming as Proprietor of copyright in a composite work made for hire
(Use appropriate statement from Instructions)

**2**
Name
Address
Claiming as
(Use appropriate statement from Instructions)

**3**
Name
Address
Claiming as
(Use appropriate statement from Instructions)

---

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

AMAZING SPIDER-MAN

**RENEWABLE MATTER:**
Entire work as originally copyrighted, including all portions thereof

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**
Title of periodical or composite work: 1    26    JULY 1965
If a periodical or other serial, give: Vol    No.    Issue Date

---

**(3)**
Author(s)

**AUTHOR(S) OF RENEWABLE MATTER:**

NON-PAREIL PUBLISHING CORPORATION

---

**(4)**
Facts of Original Registration

**ORIGINAL REGISTRATION NUMBER:**
B 179808

**ORIGINAL COPYRIGHT CLAIMANT:**
NON-PAREIL PUBLISHING CORPORATION

**ORIGINAL DATE OF COPYRIGHT:**
• If the original registration for this work was made in published form, give:
DATE OF PUBLICATION: APRIL 8 1965
(Month) (Day) (Year)

OR

• If the original registration for this work was made in unpublished form, give:
DATE OF REGISTRATION:
(Month) (Day) (Year)

2021MARVEL-0005921

| EXAMINED BY | | RENEWAL APPLICATION RECEIVED | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|
| CHECKED BY | | NOV 17 1993 | |
| CORRESPONDENCE ☐ Yes | | REMITTANCE NUMBER AND DATE | |
| DEPOSIT ACCOUNT FUNDS USED ☐ | | | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE. CON)

⑤ Renewal for Group of Works

| | | |
|---|---|---|
| 1 | Title of Contribution | |
| | Title of Periodical | Vol. No. Issue Date |
| | Date of Publication (Month) (Day) (Year) | Registration Number |
| 2 | Title of Contribution | |
| | Title of Periodical | Vol. No. Issue Date |
| | Date of Publication (Month) (Day) (Year) | Registration Number |
| 3 | Title of Contribution | |
| | Title of Periodical | Vol. No. Issue Date |
| | Date of Publication (Month) (Day) (Year) | Registration Number |
| 4 | Title of Contribution | |
| | Title of Periodical | Vol. No. Issue Date |
| | Date of Publication (Month) (Day) (Year) | Registration Number |
| 5 | Title of Contribution | |
| | Title of Periodical | Vol. No. Issue Date |
| | Date of Publication (Month) (Day) (Year) | Registration Number |
| 6 | Title of Contribution | |
| | Title of Periodical | Vol. No. Issue Date |
| | Date of Publication (Month) (Day) (Year) | Registration Number |
| 7 | Title of Contribution | |
| | Title of Periodical | Vol. No. Issue Date |
| | Date of Publication (Month) (Day) (Year) | Registration Number |

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name **Marvel Entertainment Group, INC**

Account Number: **DA-059633**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name **CAROL PLATT., Marvel ent.Group**
Address **387 Park Avenue South** (Apt)
**New York** **NY** **10016**
(City) (State) (ZIP)

⑥ Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant  ☑ duly authorized agent of: **Marvel Entertainment Group, INC.** (Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) *Carol Platt*

Typed or printed name **Carol G. Platt**

Date:

⑦ Certification (Application must be signed)

| MARVEL ENTERTAINMENT GROUP, INC, (Name) 387 Park Avenue South (Number, Street and Apartment Number) NEW YORK (City) NY (State) 10016 (ZIP code) | MAIL CERTIFICATE TO (Certificate will be mailed in window envelope) | ⑧ Address for Return of Certificate |
|---|---|---|

n October 1989—50,000

☆U.S. GOVERNMENT PRINTING OFFICE: 1989—262-308.6

2021MARVEL-0005922

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America



| CLASS | REGISTRATION NO. |
|-------|------------------|
| **B** | B **179808** |
| | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



ABRAHAM L. KAMINSTEIN
*Register of Copyrights*
*United States of America*

**1. Copyright Claimant(s) and Address(es):**

Name ..... **Non-Pareil Publishing Corp.**

Address ..... **625 Madison Ave., New York, N.Y. 10022**

Name .....

Address .....

**2. Title:** **AMAZING SPIDER-MAN**

(Title of periodical)

Vol. **1**     No. **26**     Date on copies **July 1965**

**3. Citizenship of Author:**

Citizenship **USA**

(Name of country)                    Domiciled in U. S. A.    Yes ☐    No ☐

**4. Publication:**

(a) Date of Publication of This Issue:

**4/8/65**

(b) Place of Publication of This Issue:

**USA**

(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: .....

(b) Process Used: .....

(c) Country of Manufacture: .....

*Complete all applicable spaces on next page*

2021MARVEL-0005923

**6. Deposit account:**

**7. Send correspondence to:**

Name _____    Address _____

**8. Send certificate to:**

(Type or
print     Name
name and
address)   Address

MAGAZINE MANAGEMENT CO.
625 MADISON AVENUE
NEW YORK, N. Y. 10022

(City)          (Zone)          (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received **APR 13 1965** | |
| Two copies received **APR 13 1965** | |
| Fee received | |

RE 645-242

Name MARVEL ENTERTAINMENT GROUP, INC.
Address 387 Park Avenue South, New York, NY 10016
Claiming as Proprietor of copyright in a composite work made for hire

2 Name
Address
Claiming as

3 Name
Address
Claiming as

AMAZING SPIDER-MAN

Entire work as originally copyrighted, including all portions thereof

Vol. 1 No. 27 Issue Date AUGUST 1965

NON-PAREIL PUBLISHING CORPORATION

B 190436

NON-PAREIL PUBLISHING CORPORATION

DATE OF PUBLICATION MAY 11 1965 OR

DATE OF REGISTRATION

| | | |
|---|---|---|
| CHECKED BY | | FOR |
| CORRESPONDENCE | NOV 17 1999 | COPYRIGHT |
| ☐ Yes | | OFFICE |
| DEPOSIT ACCOUNT FUNDS USED | REMITTANCE NUMBER AND DATE | USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Title of Contribution | | | Vol | No | Issue Date |
| | Title of Periodical | | | | | |
| | Date of Publication | | | Registration Number | | |
| 2 | Title of Contribution | | | Vol | No | Issue Date |
| | Title of Periodical | | | | | |
| | Date of Publication | | | Registration Number | | |
| 3 | Title of Contribution | | | Vol | No | Issue Date |
| | Title of Periodical | | | | | |
| | Date of Publication | | | Registration Number | | |
| 4 | Title of Contribution | | | Vol | No | Issue Date |
| | Title of Periodical | | | | | |
| | Date of Publication | | | Registration Number | | |
| 5 | Title of Contribution | | | Vol | No | Issue Date |
| | Title of Periodical | | | | | |
| | Date of Publication | | | Registration Number | | |
| 6 | Title of Contribution | | | Vol | No | Issue Date |
| | Title of Periodical | | | | | |
| | Date of Publication | | | Registration Number | | |
| 7 | Title of Contribution | | | Vol | No | Issue Date |
| | Title of Periodical | | | | | |
| | Date of Publication | | | Registration Number | | |

**DEPOSIT ACCOUNT** If the registration is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name: Marvel Entertainment Group, INC

Account Number: DA-059633

**CORRESPONDENCE** (Give name and address to which correspondence about this application should be sent.)

Name: CAROL PLATT, Marvel ent.Group
Address: 387 Park Avenue South
New York    NY    10016

**CERTIFICATION** I, the undersigned, hereby certify that I am the (Check one)

☐ renewal claimant    ☑ duly authorized agent of Marvel Entertainment Group, INC.

of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X): *Carol Platt*

Typed or printed name: Carol G. Platt

Date

**MAIL CERTIFICATE TO**

MARVEL ENTERTAINMENT GROUP, INC.

387 Park Avenue South

NEW YORK    NY    10016

☆U.S. GOVERNMENT PRINTING OFFICE 1998—287-306/8

2021MARVEL-0005926

Page 3

# Certificate

## Registration of a Claim to Copyright
### in a periodical manufactured in the United States of America

**FORM B**

| CLASS | REGISTRATION NO. |
|---|---|
| **B** | B 190434 |
| | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*

Register of Copyrights
United States of America



NOT VALID WITHOUT COPYRIGHT OFFICE IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name ........ eil Publishing Corp.

Address ........ ison Ave., New York, N.Y. 10022

Name ........

Address ........

**2. Title:** AMAZING SPIDER-MAN

(Title of periodical)

Vol. ___1___  No. ___27___  Date on copies ___Aug. 1965___

**3. Citizenship of Author:**

Citizenship ___USA___

(Name of country)

Domiciled in U. S. A.   Yes ☐  No ☐

**4. Publication:**

**(a) Date of Publication of This Issue:**

5/11/65

**(b) Place of Publication of This Issue:**

USA

(Name of country)

**5. Manufacture Outside United States:**

**(a) Portion of the Manufacturing Done Abroad:** ........

**(b) Process Used:** ........

**(c) Country of Manufacture:** ........

*Complete all applicable spaces on next page*

**6. Deposit account:**

---

**7. Send correspondence to:**

Name _____    Address _____

**8. Send certificate to:**

(Type or print name and address)

Name
MAGAZINE MANAGEMENT CO.

Address
625 MADISON AVENUE
(Number and street)
NEW YORK, N. Y. 10022

(City)        (Zone)        (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|
| Application received<br><br>MAY 28 1965<br>Two copies received<br><br>MAY 28 1965<br>Fee received | |

Steve Ditko

# FORM RE

## CERTIFICATE OF REGISTRATION

UNITED STATES COPYRIGHT OFFICE



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



ACTING REGISTER OF COPYRIGHTS

OFFICIAL SEAL



RE 644-312

EFFECTIVE DATE OF RENEWAL REGISTRATION

NOV. 1 7 1993

(Month)      (Day)      (Year)

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

---

**(1) Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

1. Name MARVEL ENTERTAINMENT GROUP, INC.
Address 387 Park Avenue South, New York, NY     10016
Claiming as Proprietor of copyright in a composite work made for hire
(Use appropriate statement from Instructions)

2. Name
Address
Claiming as
(Use appropriate statement from Instructions)

3. Name
Address
Claiming as
(Use appropriate statement from Instructions)

---

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

AMAZING SPIDER-MAN

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work:

If a periodical or other serial, give: Vol ..... No. ..... 28 ..... Issue Date ..... SEPTEMBER 1965

---

**(3) Author(s)**

**AUTHOR(S) OF RENEWABLE MATTER:**

NON-PAREIL PUBLISHING CORPORATION

---

**(4) Facts of Original Registration**

**ORIGINAL REGISTRATION NUMBER:**

B 196230

**ORIGINAL COPYRIGHT CLAIMANT:**

NON-PAREIL PUBLISHING CORPORATION

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form, give:

JUNE  8  1965

DATE OF PUBLICATION: ..... (Month) (Day) (Year)

OR

• If the original registration for this work was made in unpublished form, give:

DATE OF REGISTRATION: ..... (Month) (Day) (Year)

2021MARVEL-0005929