# EXHIBIT 24D

**6. Deposit account:**

---

**7. Send correspondence to:**

Name _____    Address _____

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

**8. Send certificate to:**

(Type or print
name and address)

Name _____

MAGAZINE MANAGEMENT CO.

Address _____

655 MADISON AVENUE

(Number and street)

NEW YORK 21, N. Y.

(City)                    (Zone)                    (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1958. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

> NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|
| Application received<br><br>SEP 16 1963<br>Two copies received<br><br>SEP 16 1963<br>Fee received | |

124250

2021MARVEL-0006392

# CERTIFICATE OF RENEWAL REGISTRATION



UNITED STATES COPYRIGHT OFFICE

THE LIBRARY OF CONGRESS

OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

*REGISTER OF COPYRIGHTS*
*United States of America*

## FORM RE

UNITED STATES COPYRIGHT OFFICE

**REGISTRATION NUMBER**

RE 559 259

**EFFECTIVE DATE OF RENEWAL REGISTRATION**

DEC 2 7 1991

(Month)    (Day)    (Year)

---

DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY

**① Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

1  Name **Marvel Entertainment Group, Inc.**
   Address **387 Park Avenue South, New York, NY  10016**
   Claiming as **Proprietor of copyright in a composite work made for hire**
   (Use appropriate statement from instructions)

2  Name
   Address
   Claiming as
   (Use appropriate statement from instructions)

3  Name
   Address
   Claiming as
   (Use appropriate statement from instructions)

---

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

JOURNEY INTO MYSTERY

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work  JOURNEY INTO MYSTERY

If a periodical or other serial give: Vol  1   No  99   Issue Date December 1963

**③ Author(s)**

**AUTHOR(S) OF RENEWABLE MATTER:**

ATLAS MAGAZINES, INC.

**④ Facts of Original Registration**

**ORIGINAL REGISTRATION NUMBER:**   **ORIGINAL COPYRIGHT CLAIMANT:**

B 72283                              ATLAS MAGAZINES, INC.

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form.
give  **October 1, 1963**

• If the original registration for this work was made in unpublished form.
give

OR

DATE OF PUBLICATION    (Month)  (Day)  (Year)

DATE OF REGISTRATION    (Month)  (Day)  (Year)

2021MARVEL-0006393

| RE 559 259 | EXAMINED BY: | RENEWAL APPLICATION RECEIVED: | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|
| | CHECKED BY: | DEC. 27 1991 | |
| | DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE. | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE. CON).

**5** Renewal for Group of Works

**1**
Title of Contribution: ........................
Title of Periodical: ................... Vol ...... No..... Issue Date .........
Date of Publication: ................... Registration Number: .........
(Month)  (Day)  (Year)

**2**
Title of Contribution: ........................
Title of Periodical: ................... Vol ...... No..... Issue Date .........
Date of Publication: ................... Registration Number: .........
(Month)  (Day)  (Year)

**3**
Title of Contribution: ........................
Title of Periodical: ................... Vol ...... No..... Issue Date .........
Date of Publication: ................... Registration Number: .........
(Month)  (Day)  (Year)

**4**
Title of Contribution: ........................
Title of Periodical: ................... Vol ...... No..... Issue Date .........
Date of Publication: ................... Registration Number: .........
(Month)  (Day)  (Year)

**5**
Title of Contribution: ........................
Title of Periodical: ................... Vol ...... No..... Issue Date .........
Date of Publication: ................... Registration Number: .........
(Month)  (Day)  (Year)

**6**
Title of Contribution: ........................
Title of Periodical: ................... Vol ...... No..... Issue Date .........
Date of Publication: ................... Registration Number: .........
(Month)  (Day)  (Year)

**7**
Title of Contribution: ........................
Title of Periodical: ................... Vol ...... No..... Issue Date .........
Date of Publication: ................... Registration Number: .........
(Month)  (Day)  (Year)

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: **Marvel Entertainment Group, Inc.**
Account Number: **DA-059633**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: **Carol Platt, Marvel Ent. Group**
Address: **387 Park Avenue South** (Apt.)
**New York          NY          10016**
(City)  (State)  (ZIP)

**6** Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant    ☒ duly authorized agent of: **Marvel Entertainment Group, Inc.**
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.
Handwritten signature: (X) *Carol G. Platt*
Typed or printed name    **Carol G. Platt**
Date    **12/23/91**

**7** Certification (Application must be signed)

MAIL CERTIFICATE TO

**Marvel Entertainment Group, Inc.**
(Name)
**387 Park Avenue South**
(Number Street and Apartment Number)
**New York, NY 10016**
(City)  (State)  (ZIP code)

(Certificate will be mailed in window envelope)

**8** Address for Return of Certificate

U.S. GOVERNMENT PRINTING OFFICE 1978-261-022 1C

2021MARVEL-0006394

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America



**FORM B**

| CLASS | REGISTRATION NO. |
|-------|------------------|
| **B** | B̲ᵢ̲   **72283** |
|       | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*

ABRAHAM L. KAMINSTEIN

*Register of Copyrights*
*United States of America*



**1. Copyright Claimant(s) and Address(es):**

Name ... ATLAS MAGAZINES, INC.

Address ... 655 Madison Ave., N.Y.C. 21

Name ...............................................................

Address ...........................................................

**2. Title:** JOURNEY INTO MYSTERY
(Title of periodical)

Vol. ____1____ No. ____99____ Date on copies ____Dec. 1963____

**3. Citizenship of Author:**

Citizenship ____USA____ (Name of country)        Domiciled in U. S. A.    Yes ☐  No ☐

**4. Publication:**

(a) Date of Publication of This Issue:

____10/1/63____

(b) Place of Publication of This Issue:

____USA____ (Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: -------------------------------

(b) Process Used: --------------------------------------------------------

(c) Country of Manufacture: ----------------------------------------------

*Complete all applicable spaces on next page*



2021MARVEL-0006395

**6. Deposit account:**

..................................................................................................

**7. Send correspondence to:**

Name .............................................. Address ..... MAGAZINE MANAGEMENT CO.

655 MADISON AVENUE

NEW YORK 21, N. Y.

**8. Send certificate to:**

(Type or
print      Name ..... MAGAZINE MANAGEMENT CO.
name and
address)   Address ..... 655 MADISON AVENUE

NEW YORK 21, N. Y.
(Number and street)

(City)                    (Zone)                    (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or

format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received OCT 25 1963 | |
| Two copies received OCT 11 1963 | |
| Fee received | |

124734
2021MARVEL-0006396

Don Heck

Page 3

# Certificate
## Registration of a Claim to Copyright
### in a periodical manufactured in the United States of America



**FORM B**

| CLASS | REGISTRATION NO. |
|-------|------------------|
| **B** | B  982809 |

DO NOT WRITE HERE

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



*Register of Copyrights*
*United States of America*

**1. Copyright Claimant(s) and Address(es):**

Name **VISTA PUBLICATIONS, INC.**

Address **655 Madison Ave., N.Y.C. 21**

Name

Address

**2. Title: STRANGE TALES**

(Title of periodical)

Vol. **1** No. **101** Date on copies **Oct. 1962**

**3. Citizenship of Author:**

Citizenship **USA**

(Name of country)

Domiciled in U. S. A.   Yes ☐   No ☐

**4. Publication:**

(a) **Date of Publication of This Issue:**

**7/10/62**

(b) **Place of Publication of This Issue:**

**USA**

(Name of country)

**5. Manufacture Outside United States:**

(a) **Portion of the Manufacturing Done Abroad:**

(b) **Process Used:**

(c) **Country of Manufacture:**

*Complete all applicable spaces on next page*

**6. Deposit account:**

**7. Send correspondence to:**

Name _____  Address _____  MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

**8. Send certificate to:**

(Type or print
name and address)

Name _____  MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
Address _____  NEW YORK 21, N. Y.
(Number and Street)

_____
(City)        (Zone)        (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or

format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1958. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received JUL 16 1962 | |
| Two copies received JUL 16 1962 | |
| Fee received | |

134830
2021MARVEL-0006398

# CERTIFICATE OF RENEWAL REGISTRATION



OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

## FORM RE
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

RE    497-989

EFFECTIVE DATE OF RENEWAL REGISTRATION
NOV 20 1990
(Month)    (Day)    (Year)

---

DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY

**①** Renewal Claimant(s)

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

**1**
Name .... Marvel Entertainment Group, Inc.
Address ... 387 Park Avenue South, New York, NY 10016
Claiming as ... Proprietor of copyright in a composite work made for hire.
(Use appropriate statement from instructions)

**2**
Name ...........
Address ..........
Claiming as .......... (Use appropriate statement from instructions)

**3**
Name ...........
Address ..........
Claiming as .......... (Use appropriate statement from instructions)

---

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

STRANGE TALES

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**
Title of periodical or composite work: .... STRANGE TALES ......
If a periodical or other serial give: Vol. ..... 1 .... No. ..... 102 .... Issue Date .... November 1962 ....

---

**③** Author(s)

**AUTHOR(S) OF RENEWABLE MATTER:**

Vista Publications, Inc.

---

**④** Facts of Original Registration

**ORIGINAL REGISTRATION NUMBER:**
B 988507

**ORIGINAL COPYRIGHT CLAIMANT:**
Vista Publications, Inc.

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form, give:
DATE OF PUBLICATION: .... August 9, 1962 ....
(Month)    (Day)    (Year)

OR

• If the original registration for this work was made in unpublished form, give:
DATE OF REGISTRATION: ...........
(Month)    (Day)    (Year)

MARVEL0001256

2021MARVEL-0006399

| | |
|---|---|
| RE  497-989 | EXAMINED BY:  CHECKED BY:  CORRESPONDENCE: ☐ Yes  DEPOSIT ACCOUNT FUNDS USED: ☑ | RENEWAL APPLICATION RECEIVED: NOV 20 1990  REMITTANCE NUMBER AND DATE: | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR: To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

⑤ Renewal for Group of Works

**1**
Title of Contribution: ....................................
Title of Periodical: .................... Vol .... No .... Issue Date ....
Date of Publication: ____(Month)____ ____(Day)____ ____(Year)____ Registration Number: ....

**2**
Title of Contribution: ....................................
Title of Periodical: .................... Vol .... No .... Issue Date ....
Date of Publication: ____(Month)____ ____(Day)____ ____(Year)____ Registration Number: ....

**3**
Title of Contribution: ....................................
Title of Periodical: .................... Vol .... No .... Issue Date ....
Date of Publication: ____(Month)____ ____(Day)____ ____(Year)____ Registration Number: ....

**4**
Title of Contribution: ....................................
Title of Periodical: .................... Vol .... No .... Issue Date ....
Date of Publication: ____(Month)____ ____(Day)____ ____(Year)____ Registration Number: ....

**5**
Title of Contribution: ....................................
Title of Periodical: .................... Vol .... No .... Issue Date ....
Date of Publication: ____(Month)____ ____(Day)____ ____(Year)____ Registration Number: ....

**6**
Title of Contribution: ....................................
Title of Periodical: .................... Vol .... No .... Issue Date ....
Date of Publication: ____(Month)____ ____(Day)____ ____(Year)____ Registration Number: ....

**7**
Title of Contribution: ....................................
Title of Periodical: .................... Vol .... No .... Issue Date ....
Date of Publication: ____(Month)____ ____(Day)____ ____(Year)____ Registration Number: ....

DEPOSIT ACCOUNT: (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)
Name: Marvel Entertainment Group, Inc.
Account Number: DA-059633

CORRESPONDENCE: (Give name and address to which correspondence about this application should be sent.)
Name: Charles R. Brainard
Address: Kenyon & Kenyon, One Broadway
New York, New York 10004

⑥ Fee and Correspondence

CERTIFICATION: I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant  ☒ duly authorized agent of: Marvel Entertainment Group, Inc.
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.
Handwritten signature: (X) _Lisa Massaro_
Typed or printed name: Lisa Massaro    Date: 11/19/90

⑦ Certification (Application must be signed)

MAIL CERTIFICATE TO

Charles R. Brainard
Kenyon & Kenyon, One Broadway (Name)
New York, New York 10004 (Street/Apt Number)
____(City)____ ____(State)____ ____(ZIP code)____

(Certificate will be mailed in window envelope)

⑧ Address for Return of Certificate

GOVERNMENT PRINTING OFFICE: 1987—161-531/40,020

March 1987—25,000

MARVEL0001257

2021MARVEL-0006400

Don Heck, Steve Ditko, Larry Lieber

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America



**FORM B**

| CLASS | REGISTRATION NO. |
|-------|------------------|
| **B** B | 992202 |

DO NOT WRITE HERE

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*

Register of Copyrights
United States of America



NOT VALID WITHOUT COPYRIGHT OFFICE IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name ...**VISTA PUBLICATIONS, INC.**...............................................

Address ...**655 Madison Ave., N.Y.C. 21**...........................................

Name ...............................................................................

Address ............................................................................

**2. Title:** ...**STRANGE TALES**...........................................
(Title of periodical)

Vol. ...**1**....... No. ...**103**... Date on copies ...**December, 1962**...............

**3. Citizenship of Author:**

Citizenship ...**USA**............................... Domiciled in U. S. A.   Yes ☐   No ☐
(Name of country)

**4. Publication:**

(a) **Date of Publication of This Issue:**

.........**9/11/62**..........................................................

(b) **Place of Publication of This Issue:**

.........**USA**.............................................................
(Name of country)

**5. Manufacture Outside United States:**

(a) **Portion of the Manufacturing Done Abroad:** ...............................

(b) **Process Used:** ..........................................................

(c) **Country of Manufacture:** ................................................

*Complete all applicable spaces on next page*

2021MARVEL-0006401

Don Heck, Steve Ditko, Larry Lieber

**6. Deposit account:**

**7. Send correspondence to:**

Name _____     Address _____

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

**8. Send certificate to:**

(Type or print
name and address)

Name _____

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

Address _____
(Number and Street)

(City)     (Zone)     (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or

format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice.* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1958. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received | |
| SEP 17 1962 | |
| Two copies received | |
| SEP 17 1962 | |
| Fee received | |

134832

2021MARVEL-0006402



MARVEL0001844

2021MARVEL-0006403



MARVEL0001845

2021MARVEL-0006404

# CERTIFICATE OF RENEWAL REGISTRATION

**FORM RE**
UNITED STATES COPYRIGHT OFFICE



UNITED STATES COPYRIGHT OFFICE ★ THE LIBRARY OF CONGRESS

OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

**REGISTER OF COPYRIGHTS**
*United States of America*

| REGISTRATION NUMBER |
|---|
| RE 498-038 |

EFFECTIVE DATE OF RENEWAL REGISTRATION
NOV 2 0 1990
(Month)　(Day)　(Year)

---

**DO NOT WRITE ABOVE THIS LINE.　FOR COPYRIGHT OFFICE USE ONLY**

**① Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

1
Name　Marvel Entertainment Group, Inc.
Address　387 Park Avenue South, New York, NY 10016
Claiming as　Proprietor of copyright in a composite work made for hire.
(Use appropriate statement from instructions)

2
Name
Address
Claiming as
(Use appropriate statement from instructions)

3
Name
Address
Claiming as
(Use appropriate statement from instructions)

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**
STRANGE TALES

**RENEWABLE MATTER:**
Entire work as originally copyrighted, including all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**
Title of periodical or composite work　STRANGE TALES
If a periodical or other serial, give: Vol　1　No　105　Issue Date　February 1963

**③ Author(s)**

**AUTHOR(S) OF RENEWABLE MATTER:**
Vista Publications, Inc.

**④ Facts of Original Registration**

**ORIGINAL REGISTRATION NUMBER:**
B 6037

**ORIGINAL COPYRIGHT CLAIMANT:**
Vista Publications, Inc.

**ORIGINAL DATE OF COPYRIGHT:**
• If the original registration for this work was made in published form, give:
DATE OF PUBLICATION: November 8, 1962
(Month)　(Day)　(Year)

OR

• If the original registration for this work was made in unpublished form, give:
DATE OF REGISTRATION:
(Month)　(Day)　(Year)

2021MARVEL-0006405

RE 498-038

| EXAMINED BY | | RENEWAL APPLICATION RECEIVED: | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|
| CHECKED BY | | NOV. 20. 1990 | |
| CORRESPONDENCE ☐ Yes | | REMITTANCE NUMBER AND DATE: | |
| DEPOSIT ACCOUNT FUNDS USED ☑ | | | |

### DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions). give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**(5)** Renewal for Group of Works

**1**
Title of Contribution:
Title of Periodical:                              Vol ...... No ...... Issue Date ......
Date of Publication: ...... (Month) (Day) (Year)   Registration Number:

**2**
Title of Contribution:
Title of Periodical:                              Vol. . No . Issue Date
Date of Publication: ...... (Month) (Day) (Year)   Registration Number:

**3**
Title of Contribution:
Title of Periodical:                              Vol. . No.. . Issue Date ...
Date of Publication: ...... (Month) (Day) (Year)   Registration Number.

**4**
Title of Contribution:
Title of Periodical:                              Vol. . No . Issue Date ...
Date of Publication: ...... (Month) (Day) (Year)   Registration Number. .

**5**
Title of Contribution:
Title of Periodical:                              Vol . No . Issue Date ..
Date of Publication: ...... (Month) (Day) (Year)   Registration Number

**6**
Title of Contribution:
Title of Periodical:                              Vol . No . Issue Date ...
Date of Publication: ...... (Month) (Day) (Year)   Registration Number

**7**
Title of Contribution:
Title of Periodical:                              Vol . No . Issue Date ...
Date of Publication: ...... (Month) (Day) (Year)   Registration Number.

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office. give name and number of Account)

Name: **Marvel Entertainment Group, Inc.**
Account Number: **DA-059633**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: **Charles R. Brainard**
Address: **Kenyon & Kenyon, One Broadway**
**New York, New York 10004**
(City) (State)

**(6)** Fee and Correspondence

**CERTIFICATION:** I. the undersigned. hereby certify that I am the: (Check one)
☐ renewal claimant   ☑ duly authorized agent of: **Marvel Entertainment Group, Inc.**
(Name of renewal claimant)
of the work identified in this application. and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature. (X) ......
Typed or printed name: **Lisa Massaro**
Date: **11/19/90**

**(7)** Certification (Application must be signed)

**MAIL CERTIFICATE TO**

**Charles R. Brainard**
**Kenyon & Kenyon, One Broadway**
**New York, New York 10004**
(City) (State) (ZIP code)

(Certificate will be mailed in window envelope)

**(8)** Address for Return of Certificate

U S. GOVERNMENT PRINTING OFFICE 1987—181-531 40,020

March 1987—25,000

134746

2021MARVEL-0006406

Page 3

# Certificate

**FORM B**



| CLASS | REGISTRATION NO. |
|---|---|
| **B** | B     6037 |
| | DO NOT WRITE HERE |

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Register of Copyrights*
*United States of America*

ABRAHAM L. KAMINSTEIN

**1. Copyright Claimant(s) and Address(es):**

Name ... **VISTA PUBLICATIONS, INC.** ....................................................

Address ... **655 Madison Ave., N.Y.C. 21** ............................................

Name ........................................................................................................

Address ....................................................................................................

**2. Title:** ... **STRANGE TALES** ...........................................
(Title of periodical)

.......................................................................................................

Vol. ---**1**--------- No. --------**105**-- Date on copies ----------------- **Feb. 1963** -----------------

**3. Citizenship of Author:**

Citizenship ... **USA** -------------------------------------------------------------- Domiciled in U. S. A.   Yes ☐   No ☐
(Name of country)

**4. Publication:**

  **(a) Date of Publication of This Issue:**

  -------- **11/8/62** ----------------------------------------------------------------------

  **(b) Place of Publication of This Issue:**

  -------- **USA** ----------------------------------------------------------------------
(Name of country)

**5. Manufacture Outside United States:**

  **(a) Portion of the Manufacturing Done Abroad:** ------------------------------------

  **(b) Process Used:** --------------------------------------------------------------------

  **(c) Country of Manufacture:** --------------------------------------------------------

*Complete all applicable spaces on next page*

Don Heck, Steve Ditko, Larry Lieber

**6. Deposit account:**

**7. Send correspondence to:** ,

Name _____    Address ____ MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

**8. Send certificate to:**

(Type or print     Name ____ MAGAZINE MANAGEMENT CO.
name and address)
655 MADISON AVENUE
Address ____
NEW YORK 21, N. Y.

(City)            (Zone)            (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1958. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received<br>NOV 15 1962 | |
| Two copies received<br>NOV 15 1962 | |
| Fee received | |

134746

2021MARVEL-0006408

RE    498-069

DO NOT WRITE ABOVE THIS LINE    FOR COPYRIGHT OFFICE USE ONLY

RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM (See instructions)

**1**
Name ... Marvel Entertainment Group, Inc.
Address ... 387 Park Avenue South, New York, NY 10016
Claiming as ... Proprietor of copyright in a composite work made for hire
(Use appropriate statement from instructions)

**2**
Name ...
Address ...
Claiming as ...
(Use appropriate statement from instructions)

**3**
Name ...
Address ...
Claiming as ...
(Use appropriate statement from instructions)

TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:
STRANGE TALES

RENEWABLE MATTER:

Entire work as originally copyrighted, including
all portions thereof.

CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:
Title of periodical or composite work: STRANGE TALES
If a periodical or other serial give: Vol ... 1 ... No ... 106 ... Issue Date ... March 1963

AUTHOR(S) OF RENEWABLE MATTER:
Vista Publications, Inc.

ORIGINAL REGISTRATION NUMBER    ORIGINAL COPYRIGHT CLAIMANT
Vista Publications, Inc.

ORIGINAL DATE OF COPYRIGHT

MARVEL0001846

2021MARVEL-0006409

**498-064**

SPECIAL APPLICATION RECEIVED:

JUN 29 1990

REMITTANCE NUMBER AND DATE:

FOR
COPYRIGHT
OFFICE
USE
ONLY

DEPOSIT ACCOUNT
FUNDS USED

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

PREVIOUS OR ALTERNATIVE TITLES

| Title of Contribution: | | | | Vol. | No. | Issue Date |
|---|---|---|---|---|---|---|
| Title of Periodical: | | | | | | |
| Date of Publication: | (Month) | (Day) | (Year) | Registration Number: | | |
| Title of Contribution: | | | | Vol. | No. | Issue Date |
| Title of Periodical: | | | | | | |
| Date of Publication: | (Month) | (Day) | (Year) | Registration Number: | | |
| Title of Contribution: | | | | Vol. | No. | Issue Date |
| Title of Periodical: | | | | | | |
| Date of Publication: | (Month) | (Day) | (Year) | Registration Number: | | |
| Title of Contribution: | | | | Vol. | No. | Issue Date |
| Title of Periodical: | | | | | | |
| Date of Publication: | (Month) | (Day) | (Year) | Registration Number: | | |
| Title of Contribution: | | | | Vol. | No. | Issue Date |
| Title of Periodical: | | | | | | |
| Date of Publication: | (Month) | (Day) | (Year) | Registration Number: | | |
| Title of Contribution: | | | | Vol. | No. | Issue Date |
| Title of Periodical: | | | | | | |
| Date of Publication: | (Month) | (Day) | (Year) | Registration Number: | | |
| Title of Contribution: | | | | Vol. | No. | Issue Date |
| Title of Periodical: | | | | | | |
| Date of Publication: | (Month) | (Day) | (Year) | Registration Number: | | |

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name: Marvel Entertainment Group, Inc.

Account Number: DA-059633

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.

Name: Charles R. Brainard

Address: Kenyon & Kenyon, One Broadway

New York, New York 10004

**6**

**CERTIFICATION** I, the undersigned, hereby certify that I am the (Check one)

☐ author ☐ other copyright claimant ☒ duly authorized agent of... Marvel Entertainment Group, Inc.

Name of author or other copyright claimant

of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature: *Lisa Massaro*

Typed or printed name: Lisa Massaro    11/19/90

**7**

**MAIL CERTIFICATE TO**

Charles R. Brainard

Kenyon & Kenyon, One Broadway

New York, New York 10004

(Certificate will be mailed in window envelope)

**8**

MARVEL0001847

2021MARVEL-0006410

RENEWAL CLAIMANT(S), ADDRESS(ES) AND STATEMENT OF CLAIM (SEE Instructions)

Name    Marvel Entertainment Group, Inc.

Address    387 Park Avenue South, New York, NY 10016

Claiming as    Proprietor of copyright in a composite work made for hire

Name

Address

Claiming as    (Use appropriate statement from instructions)

Name

Address

Claiming as    (Use appropriate statement from instructions)

TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:

STRANGE TALES

RENEWABLE MATTER

Entire work as originally copyrighted, including all portions thereof.

CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:

Title of periodical or composite work    STRANGE TALES

If a periodical or other serial give: Vol.    1    No.    107    Issue Date    April 1963

AUTHOR(S) OF RENEWABLE MATTER:

Vista Publications, Inc.

PREVIOUS REGISTRATION NUMBER:    ORIGINAL COPYRIGHT CLAIMANT:    Vista Publications, Inc.

DISCLAIM DATE OF COPYRIGHT

January 15, 1963    DATE OF REGISTRATION

MARVEL0001848

2021MARVEL-0006411



MARVEL0001849

2021MARVEL-0006412

# CERTIFICATE OF RENEWAL REGISTRATION



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

**FORM RE**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER
RE  559 166

EFFECTIVE DATE OF RENEWAL REGISTRATION
DEC 2 7 1991
(Month)    (Day)    (Year)

OFFICIAL SEAL

---

DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY

**(1) Renewal Claimant(s)**

RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions)

1  Name... Marvel Entertainment Group, Inc.
Address... 387 Park Avenue South, New York, NY  10016
Claiming as... Proprietor of copyright in a composite work made for hire
(Use appropriate statement from Instructions)

2  Name...
Address...
Claiming as...
(Use appropriate statement from Instructions)

3  Name...
Address...
Claiming as...
(Use appropriate statement from Instructions)

---

TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:

STRANGE TALES

RENEWABLE MATTER:

Entire work as originally copyrighted, including all portions thereof.

CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:

Title of periodical or composite work: STRANGE TALES
If a periodical or other serial, give: Vol... 1... No... 108... Issue Date... May 1963

**(3) Author(s)**

AUTHOR(S) OF RENEWABLE MATTER:

VISTA PUBLICATIONS, INC.

---

**(4) Facts of Original Registration**

ORIGINAL REGISTRATION NUMBER:
B 22022

ORIGINAL COPYRIGHT CLAIMANT:
VISTA PUBLICATIONS, INC.

ORIGINAL DATE OF COPYRIGHT:
• If the original registration for this work was made in published form, give.
DATE OF PUBLICATION  Feb. 12, 1963
(Month)    (Day)    (Year)
OR
• If the original registration for this work was made in unpublished form, give.
DATE OF REGISTRATION
(Month)    (Day)    (Year)

MARVEL0001272

2021MARVEL-0006413

RE . 559 166

EXAMINED BY
CHECKED BY
DEPOSIT ACCOUNT FUNDS USED: ☐

RENEWAL APPLICATION RECEIVED:
DEC. 27. 1991
REMITTANCE NUMBER AND DATE:

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

⑤ Renewal for Group of Works

| 1 | Title of Contribution: .................................................................................... |
|---|---|
|   | Title of Periodical: ........................... Vol........ No....... Issue Date ......... |
|   | Date of Publication: ............................. Registration Number:................. |
|   | (Month)    (Day)    (Year) |

| 2 | Title of Contribution: .................................................................................... |
|---|---|
|   | Title of Periodical: ........................... Vol........ No....... Issue Date ......... |
|   | Date of Publication: ............................. Registration Number:................. |
|   | (Month)    (Day)    (Year) |

| 3 | Title of Contribution: .................................................................................... |
|---|---|
|   | Title of Periodical: ........................... Vol........ No....... Issue Date ......... |
|   | Date of Publication: ............................. Registration Number:................. |
|   | (Month)    (Day)    (Year) |

| 4 | Title of Contribution: .................................................................................... |
|---|---|
|   | Title of Periodical: ........................... Vol........ No....... Issue Date ......... |
|   | Date of Publication: ............................. Registration Number:................. |
|   | (Month)    (Day)    (Year) |

| 5 | Title of Contribution: .................................................................................... |
|---|---|
|   | Title of Periodical: ........................... Vol........ No....... Issue Date ......... |
|   | Date of Publication: ............................. Registration Number:................. |
|   | (Month)    (Day)    (Year) |

| 6 | Title of Contribution: .................................................................................... |
|---|---|
|   | Title of Periodical: ........................... Vol........ No....... Issue Date ......... |
|   | Date of Publication: ............................. Registration Number:................. |
|   | (Month)    (Day)    (Year) |

| 7 | Title of Contribution: .................................................................................... |
|---|---|
|   | Title of Periodical: ........................... Vol........ No....... Issue Date ......... |
|   | Date of Publication: ............................. Registration Number:................. |
|   | (Month)    (Day)    (Year) |

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name Marvel Entertainment Group, Inc.
Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: Carol Platt, Marvel Ent. Group
Address: 387 Park Avenue South
New York         NY       10016
(City)    (State)    (ZIP)

⑥ Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant  ☒ duly authorized agent of: Marvel Entertainment Group, Inc.
(Name of renewal claimant)
of the work identified in this application. and that the statements made by me in this application are correct to the best of my knowledge.
Handwritten signature: (X) Carol G. Platt
Typed or printed name:  Carol G. Platt
Date  12/23/91

⑦ Certification (Application must be signed)

**MAIL CERTIFICATE TO**

Marvel Entertainment Group, Inc.
(Name)
387 Park Avenue South
(Number, Street and Apartment Number)
New York, NY  10016
(City)    (State)    (ZIP code)

(Certificate will be mailed in window envelope)

⑧ Address for Return of Certificate

U.S. GOVERNMENT PRINTING OFFICE 1978-261-022 1C

MARVEL0001273

2021MARVEL-0006414

# CERTIFICATE OF RENEWAL REGISTRATION



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

**FORM RE**
UNITED STATES COPYRIGHT OFFICE

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

**REGISTRATION NUMBER**
RE . 559 177

**EFFECTIVE DATE OF RENEWAL REGISTRATION**
DEC 2 7 1991
(Month)          (Day)          (Year)

---

DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY

**(1)**
**Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

1
Name ... Marvel Entertainment Group, Inc.
Address ... 387 Park Avenue South, New York, NY  10016
Claiming as ... Proprietor of copyright in a composite work made for hire
(Use appropriate statement from instructions)

2
Name ...
Address ...
Claiming as ...
(Use appropriate statement from instructions)

3
Name ...
Address ...
Claiming as ...
(Use appropriate statement from instructions)

---

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

STRANGE TALES

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**
Title of periodical or composite work: ... STRANGE TALES
If a periodical or other serial, give: Vol ... 1 ... No. ... 109 ... Issue Date ... June 1963

---

**(3)**
**Author(s)**

**AUTHOR(S) OF RENEWABLE MATTER:**

VISTA PUBLICATIONS, INC.

---

**(4)**
**Facts of Original Registration**

**ORIGINAL REGISTRATION NUMBER:**
B 28143

**ORIGINAL COPYRIGHT CLAIMANT:**
VISTA PUBLICATIONS, INC.

**ORIGINAL DATE OF COPYRIGHT:**
• If the original registration for this work was made in published form, give:
DATE OF PUBLICATION ... Mar. 12, 1963
(Month)    (Day)    (Year)

OR

• If the original registration for this work was made in unpublished form, give:
DATE OF REGISTRATION
(Month)    (Day)    (Year)

MARVEL0001276

2021MARVEL-0006415

| RE   559 177 | EXAMINED BY: | RENEWAL APPLICATION RECEIVED: | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|
| | CHECKED BY: | DEC. 27. 1991 | |
| | DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE: | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**⑤ Renewal for Group of Works**

**1**
Title of Contribution: ........................................
Title of Periodical: ........................ Vol ....... No ...... Issue Date ...........
Date of Publication: .......................... Registration Number: ..........
(Month)   (Day)   (Year)

**2**
Title of Contribution: ........................................
Title of Periodical: ........................ Vol ....... No ...... Issue Date ...........
Date of Publication: .......................... Registration Number: ..........
(Month)   (Day)   (Year)

**3**
Title of Contribution: ........................................
Title of Periodical: ........................ Vol ....... No ...... Issue Date ...........
Date of Publication: .......................... Registration Number: ..........
(Month)   (Day)   (Year)

**4**
Title of Contribution: ........................................
Title of Periodical: ........................ Vol ....... No ...... Issue Date ...........
Date of Publication: .......................... Registration Number: ..........
(Month)   (Day)   (Year)

**5**
Title of Contribution: ........................................
Title of Periodical: ........................ Vol ....... No ...... Issue Date ...........
Date of Publication: .......................... Registration Number: ..........
(Month)   (Day)   (Year)

**6**
Title of Contribution: ........................................
Title of Periodical: ........................ Vol ....... No ...... Issue Date ...........
Date of Publication: .......................... Registration Number: ..........
(Month)   (Day)   (Year)

**7**
Title of Contribution: ........................................
Title of Periodical: ........................ Vol ....... No ...... Issue Date ...........
Date of Publication: .......................... Registration Number: ..........
(Month)   (Day)   (Year)

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)
Name Marvel Entertainment Group, Inc.
Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: Carol Platt, Marvel Ent. Group
Address: 387 Park Avenue South
New York     NY     10016
(City)   (State)   (ZIP)

**⑥ Fee and Correspondence**

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant   ☒ duly authorized agent of: Marvel Entertainment Group, Inc.
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge
Handwritten signature: (X) Carol G. Platt
Typed or printed name     Carol G. Platt     Date     12/23/91

**⑦ Certification (Application must be signed)**

Marvel Entertainment Group, Inc.
(Name)
387 Park Avenue South
(Number Street and Apartment Number)
New York, NY  10016
(City)   (State)   (ZIP code)

**MAIL CERTIFICATE TO**
(Certificate will be mailed in window envelope)

**⑧ Address for Return of Certificate**

U.S. GOVERNMENT PRINTING OFFICE 1978—261-022 1C

MARVEL0001277

2021MARVEL-0006416

# CERTIFICATE OF RENEWAL REGISTRATION



**UNITED STATES COPYRIGHT OFFICE · THE LIBRARY OF CONGRESS**

OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

# FORM RE
UNITED STATES COPYRIGHT OFFICE

| REGISTRATION NUMBER |
|---|
| RE 559 192 |

EFFECTIVE DATE OF RENEWAL REGISTRATION
DEC 27 1991
(Month)  (Day)  (Year)

---

**DO NOT WRITE ABOVE THIS LINE.   FOR COPYRIGHT OFFICE USE ONLY**

---

**①** Renewal Claimant(s)

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions)**

**1**
Name  **Marvel Entertainment Group, Inc.**
Address  **387 Park Avenue South, New York, NY  10016**
Claiming as  **Proprietor of copyright in a composite work made for hire**
(Use appropriate statement from instructions)

**2**
Name
Address
Claiming as
(Use appropriate statement from instructions)

**3**
Name
Address
Claiming as
(Use appropriate statement from instructions)

---

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

**STRANGE TALES**

**RENEWABLE MATTER:**

**Entire work as originally copyrighted, including all portions thereof.**

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work  **STRANGE TALES**
If a periodical or other serial, give  Vol  **1**   No  **110**   Issue Date  **July 1963**

---

**③** Author(s)

**AUTHOR(S) OF RENEWABLE MATTER:**

**VISTA PUBLICATIONS, INC.**

---

**④** Facts of Original Registration

**ORIGINAL REGISTRATION NUMBER:**
**B 34036**

**ORIGINAL COPYRIGHT CLAIMANT:**
**VISTA PUBLICATIONS, INC.**

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form, give
DATE OF PUBLICATION  **Apr 9, 1963**
(Month) (Day) (Year)

OR

• If the original registration for this work was made in unpublished form, give
DATE OF REGISTRATION
(Month) (Day) (Year)

2021MARVEL-0006417

RE    559 192

| EXAMINED BY ✗ | RENEWAL APPLICATION RECEIVED: | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|
| CHECKED BY: | DEC. 27. 1991 | |
| DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE: | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**5** Renewal for Group of Works

**1**
Title of Contribution: ................................
Title of Periodical: ........................... Vol ....... No ....... Issue Date .......
Date of Publication: .... (Month) .... (Day) .... (Year) .... Registration Number ...........

**2**
Title of Contribution: ................................
Title of Periodical: ........................... Vol ....... No ....... Issue Date .......
Date of Publication: .... (Month) .... (Day) .... (Year) .... Registration Number ...........

**3**
Title of Contribution: ................................
Title of Periodical: ........................... Vol ....... No ....... Issue Date .......
Date of Publication: .... (Month) .... (Day) .... (Year) .... Registration Number ...........

**4**
Title of Contribution: ................................
Title of Periodical: ........................... Vol ....... No ....... Issue Date .......
Date of Publication: .... (Month) .... (Day) .... (Year) .... Registration Number ...........

**5**
Title of Contribution: ................................
Title of Periodical: ........................... Vol ....... No ....... Issue Date .......
Date of Publication: .... (Month) .... (Day) .... (Year) .... Registration Number ...........

**6**
Title of Contribution: ................................
Title of Periodical: ........................... Vol ....... No ....... Issue Date .......
Date of Publication: .... (Month) .... (Day) .... (Year) .... Registration Number ...........

**7**
Title of Contribution: ................................
Title of Periodical: ........................... Vol ....... No ....... Issue Date .......
Date of Publication: .... (Month) .... (Day) .... (Year) .... Registration Number ...........

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name **Marvel Entertainment Group, Inc.**
Account Number: **DA-059633**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name **Carol Platt, Marvel Ent. Group**
Address **387 Park Avenue South**
**New York** (City) **NY** (State) **10016** (ZIP)

**6** Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the (Check one)
☐ renewal claimant  ☒ duly authorized agent of **Marvel Entertainment Group, Inc.**
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature (X) *Carol G. Platt*
Typed or printed name **Carol G. Platt**
Date **12/23/91**

**7** Certification (Application must be signed)

**MAIL CERTIFICATE TO**

**Marvel Entertainment Group, Inc.**
(Name)
**387 Park Avenue South**
(Number Street and Apartment Number)
**New York, NY  10016**
(City)  (State)  (ZIP code)

(Certificate will be mailed in window envelope)

**8** Address for Return of Certificate

134751
2021MARVEL-0006418

Steve Ditko, Larry Lieber

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America



**FORM B**

| CLASS | REGISTRATION NO. |
|---|---|
| **B** B | 34036 |

DO NOT WRITE HERE

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



ABRAHAM L. KAMINSTEIN

*Register of Copyrights*
*United States of America*

**1. Copyright Claimant(s) and Address(es):**

Name ........... VISTA PUBLICATIONS, INC. ------------------------

Address ......... 855 Madison Ave., N.Y.C. 21 ------------------------

Name -----------------------------------------------------------------

Address --------------------------------------------------------------

**2. Title:** ...... STRANGE TALES -------------------------
(Title of periodical)

------------------------------------------------------------------------

Vol. ........ 1 .. No. ........ 110 .. Date on copies ..... July 1963 ------------

**3. Citizenship of Author:**

Citizenship ...... USA .......................................... Domiciled in U. S. A.   Yes ☐   No ☐
(Name of country)

**4. Publication:**

(a) Date of Publication of This Issue:

.................... 4/9/63 ..............................

(b) Place of Publication of This Issue:

.......... USA ..............................
(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: -----------------------------

(b) Process Used: ----------------------------------------------------------

(c) Country of Manufacture: ------------------------------------------------

*Complete all applicable spaces on next page*

2021MARVEL-0006419

**6. Deposit account:**

**7. Send correspondence to:**

Name ................................................  Address .... MAGAZINE MANAGEMENT CO.

655 MADISON AVENUE

NEW YORK 21, N. Y.

**8. Send certificate to:**

(Type or print    Name ................................................
name and address)

Address ................................................

MAGAZINE MANAGEMENT CO

655 M  (Number and street)  UE

NEW YORK 21, N. Y.

(City)        (Zone)        (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1958. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received APR 18 1963 | |
| Two copies received APR 18 1963 | |
| Fee received | |

134751

2021MARVEL-0006420

# CERTIFICATE OF RENEWAL REGISTRATION



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

**FORM RE**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER
RE   559 201

EFFECTIVE DATE OF RENEWAL REGISTRATION
DEC. 2 7. 1991
(Month)   (Day)   (Year)

---

DO NOT WRITE ABOVE THIS LINE.   FOR COPYRIGHT OFFICE USE ONLY

**① Renewal Claimant(s)**

RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions)

1
Name: **Marvel Entertainment Group, Inc.**
Address: **387 Park Avenue South, New York, NY 10016**
Claiming as: **Proprietor of copyright in a composite work made for hire**
(Use appropriate statement from instructions)

2
Name
Address
Claiming as
(Use appropriate statement from instructions)

3
Name
Address
Claiming as
(Use appropriate statement from instructions)

---

TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:

**STRANGE TALES**

RENEWABLE MATTER:

**Entire work as originally copyrighted, including all portions thereof.**

CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:

Title of periodical or composite work: **STRANGE TALES**

If a periodical or other serial give: Vol. **1** No. **111** Issue Date **August 1963**

---

**③ Author(s)**

AUTHOR(S) OF RENEWABLE MATTER:

**VISTA PUBLICATIONS, INC.**

---

**④ Facts of Original Registration**

ORIGINAL REGISTRATION NUMBER:
**B 38264**

ORIGINAL COPYRIGHT CLAIMANT:
**VISTA PUBLICATIONS, INC.**

ORIGINAL DATE OF COPYRIGHT:
• If the original registration for this work was made in published form, give.
DATE OF PUBLICATION **May 9, 1963**
(Month) (Day) (Year)

OR

• If the original registration for this work was made in unpublished form, give.
DATE OF REGISTRATION
(Month) (Day) (Year)

MARVEL0001284

2021MARVEL-0006421

RE     559 201

| EXAMINED BY | | RENEWAL APPLICATION RECEIVED: | | FOR COPYRIGHT OFFICE USE ONLY |
| CHECKED BY: | | DEC. 27. 1991 | | |
| DEPOSIT ACCOUNT FUNDS USED: ☐ | | REMITTANCE NUMBER AND DATE: | | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**5** Renewal for Group of Works

**1**
Title of Contribution: ........................................................
Title of Periodical: ............................................. Vol. ....... No. ...... Issue Date ............
Date of Publication: ................................................ Registration Number: ............
(Month)     (Day)     (Year)

**2**
Title of Contribution: ........................................................
Title of Periodical: ............................................. Vol. ....... No. ...... Issue Date ............
Date of Publication: ................................................ Registration Number: ............
(Month)     (Day)     (Year)

**3**
Title of Contribution: ........................................................
Title of Periodical: ............................................. Vol. ....... No. ...... Issue Date ............
Date of Publication: ................................................ Registration Number: ............
(Month)     (Day)     (Year)

**4**
Title of Contribution: ........................................................
Title of Periodical: ............................................. Vol. ....... No. ...... Issue Date ............
Date of Publication: ................................................ Registration Number: ............
(Month)     (Day)     (Year)

**5**
Title of Contribution: ........................................................
Title of Periodical: ............................................. Vol. ....... No. ...... Issue Date ............
Date of Publication: ................................................ Registration Number: ............
(Month)     (Day)     (Year)

**6**
Title of Contribution: ........................................................
Title of Periodical: ............................................. Vol. ....... No. ...... Issue Date ............
Date of Publication: ................................................ Registration Number: ............
(Month)     (Day)     (Year)

**7**
Title of Contribution: ........................................................
Title of Periodical: ............................................. Vol. ....... No. ...... Issue Date ............
Date of Publication: ................................................ Registration Number: ............
(Month)     (Day)     (Year)

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)
Name Marvel Entertainment Group, Inc.
Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: Carol Platt, Marvel Ent. Group
Address: 387 Park Avenue South
New York     NY     10016
(City)     (State)     (ZIP)

**6** Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant     ☒ duly authorized agent of: Marvel Entertainment Group, Inc.
(Name of renewal claimant)
of the work identified in this application. and that the statements made by me in this application are correct to the best of my knowledge.
Handwritten signature: (X) _Carol G. Platt_
Typed or printed name: Carol G. Platt
Date 12/23/91

**7** Certification (Application must be signed)

**MAIL CERTIFICATE TO**
Marvel Entertainment Group, Inc.
(Name)
387 Park Avenue South
(Number Street and Apartment Number)
New York, NY 10016
(City)     (State)     (ZIP code)
(Certificate will be mailed in window envelope)

**8** Address for Return of Certificate

U.S. GOVERNMENT PRINTING OFFICE 1978—261-022 1C

# CERTIFICATE OF RENEWAL REGISTRATION



OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

**FORM RE**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

RE   559 209

EFFECTIVE DATE OF RENEWAL REGISTRATION
DEC 2 7 1991
(Month)   (Day)   (Year)

---

DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY

**①** Renewal Claimant(s)

RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions)

1
Name  Marvel Entertainment Group, Inc.
Address  387 Park Avenue South, New York, NY 10016
Claiming as  Proprietor of copyright in a composite work made for hire
(Use appropriate statement from instructions)

2
Name ...........
Address ...........
Claiming as ...........
(Use appropriate statement from instructions)

3
Name ...........
Address ...........
Claiming as ...........
(Use appropriate statement from instructions)

---

TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:

**STRANGE TALES**

RENEWABLE MATTER:

Entire work as originally copyrighted, including all portions thereof.

CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:

Title of periodical or composite work:  STRANGE TALES
If a periodical or other serial, give: Vol....1.... No....112.... Issue Date ....September 1963....

---

**③** Author(s)

AUTHOR(S) OF RENEWABLE MATTER:

VISTA PUBLICATIONS, INC.

---

**④** Facts of Original Registration

ORIGINAL REGISTRATION NUMBER:
B 45565

ORIGINAL COPYRIGHT CLAIMANT:
VISTA PUBLICATIONS, INC.

ORIGINAL DATE OF COPYRIGHT:
* If the original registration for this work was made in published form, give
DATE OF PUBLICATION  June 11, 1963
(Month)  (Day)  (Year)

OR

* If the original registration for this work was made in unpublished form, give:
DATE OF REGISTRATION
(Month)  (Day)  (Year)

MARVEL0001288

2021MARVEL-0006423

RE _ 559 209

| EXAMINED BY: | RENEWAL APPLICATION RECEIVED: | FOR COPYRIGHT OFFICE USE ONLY |
| CHECKED BY: | DEC. 27. 1991 | |
| DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE: | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**⑤ Renewal for Group of Works**

1
Title of Contribution: ............
Title of Periodical: ............ Vol. ...... No. ...... Issue Date ......
Date of Publication: ............ Registration Number: ............
(Month) (Day) (Year)

2
Title of Contribution: ............
Title of Periodical: ............ Vol. ...... No. ...... Issue Date ......
Date of Publication: ............ Registration Number: ............
(Month) (Day) (Year)

3
Title of Contribution: ............
Title of Periodical: ............ Vol. ...... No. ...... Issue Date ......
Date of Publication: ............ Registration Number: ............
(Month) (Day) (Year)

4
Title of Contribution: ............
Title of Periodical: ............ Vol. ...... No. ...... Issue Date ......
Date of Publication: ............ Registration Number: ............
(Month) (Day) (Year)

5
Title of Contribution: ............
Title of Periodical: ............ Vol. ...... No. ...... Issue Date ......
Date of Publication: ............ Registration Number: ............
(Month) (Day) (Year)

6
Title of Contribution: ............
Title of Periodical: ............ Vol. ...... No. ...... Issue Date ......
Date of Publication: ............ Registration Number: ............
(Month) (Day) (Year)

7
Title of Contribution: ............
Title of Periodical: ............ Vol. ...... No. ...... Issue Date ......
Date of Publication: ............ Registration Number: ............
(Month) (Day) (Year)

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: Marvel Entertainment Group, Inc.
Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: Carol Platt, Marvel Ent. Group
Address: 387 Park Avenue South
New York          NY     10016
(City)          (State)     (ZIP)

**⑥ Fee and Correspondence**

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant      ☒ duly authorized agent of: Marvel Entertainment Group, Inc.
(Name of renewal claimant)
of the work identified in this application. and that the statements made by me in this application are correct to the best of my knowledge.
Handwritten signature: (X) ............
Typed or printed name ... Carol G. Platt
Date  12/23/91

**⑦ Certification** (Application must be signed)

**MAIL CERTIFICATE TO**

Marvel Entertainment Group, Inc.
(Name)
387 Park Avenue South
(Number, Street and Apartment Number)
New York, NY 10016
(City)          (State)     (ZIP code)

(Certificate will be mailed in window envelope)

**⑧ Address for Return of Certificate**

U.S. GOVERNMENT PRINTING OFFICE 1978—261-022 10

MARVEL0001289

2021MARVEL-0006424

# CERTIFICATE OF RENEWAL REGISTRATION



OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

**FORM RE**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

RE    559 225

EFFECTIVE DATE OF RENEWAL REGISTRATION
DEC 27 1991
(Month)    (Day)    (Year)

---

DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY

---

**(1)**
**Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions)**

1
Name .. Marvel Entertainment Group, Inc.
Address .. 387 Park Avenue South, New York, NY  10016
Claiming as .. Proprietor of copyright in a composite work made for hire
(Use appropriate statement from Instructions)

2
Name ...
Address ...
Claiming as ...
(Use appropriate statement from Instructions)

3
Name ...
Address ...
Claiming as ...
(Use appropriate statement from Instructions)

---

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

   STRANGE TALES

**RENEWABLE MATTER:**

   Entire work as originally copyrighted, including all portions
   thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

   Title of periodical or composite work: ..STRANGE TALES
   If a periodical or other serial give: Vol ...1... No. ..113... Issue Date ..October 1963...

---

**(3)**
**Author(s)**

**AUTHOR(S) OF RENEWABLE MATTER:**

   VISTA PUBLICATIONS, INC.

---

**(4)**
**Facts of Original Registration**

**ORIGINAL REGISTRATION NUMBER:**

.. B 51854

**ORIGINAL COPYRIGHT CLAIMANT:**

   VISTA PUBLICATIONS, INC.

**ORIGINAL DATE OF COPYRIGHT:**
• If the original registration for this work was made in published form,
give.
   July 9, 1963
DATE OF PUBLICATION    (Month)    (Day)    (Year)

OR

• If the original registration for this work was made in unpublished form,
give.
DATE OF REGISTRATION    (Month)    (Day)    (Year)

MARVEL0001292

2021MARVEL-0006425

RE 559 225

| | |
|---|---|
| EXAMINED BY: | RENEWAL APPLICATION RECEIVED: |
| CHECKED BY: | DEC. 27. 1991 |
| DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE: |

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**⑤** Renewal for Group of Works

**1**
Title of Contribution: ...........................................................
Title of Periodical: .................................... Vol....... No....... Issue Date ...............
Date of Publication: ............................................ Registration Number: ...............
(Month)      (Day)      (Year)

**2**
Title of Contribution: ...........................................................
Title of Periodical: .................................... Vol....... No....... Issue Date ...............
Date of Publication: ............................................ Registration Number: ...............
(Month)      (Day)      (Year)

**3**
Title of Contribution: ...........................................................
Title of Periodical: .................................... Vol....... No....... Issue Date ...............
Date of Publication: ............................................ Registration Number: ...............
(Month)      (Day)      (Year)

**4**
Title of Contribution: ...........................................................
Title of Periodical: .................................... Vol....... No....... Issue Date ...............
Date of Publication: ............................................ Registration Number: ...............
(Month)      (Day)      (Year)

**5**
Title of Contribution: ...........................................................
Title of Periodical: .................................... Vol....... No....... Issue Date ...............
Date of Publication: ............................................ Registration Number: ...............
(Month)      (Day)      (Year)

**6**
Title of Contribution: ...........................................................
Title of Periodical: .................................... Vol....... No....... Issue Date ...............
Date of Publication: ............................................ Registration Number: ...............
(Month)      (Day)      (Year)

**7**
Title of Contribution: ...........................................................
Title of Periodical: .................................... Vol....... No....... Issue Date ...............
Date of Publication: ............................................ Registration Number: ...............
(Month)      (Day)      (Year)

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name Marvel Entertainment Group, Inc.
Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: Carol Platt, Marvel Ent. Group
Address: 387 Park Avenue South
New York     NY     10016
(City)         (State)     (ZIP)

**⑥** Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant  ☒ duly authorized agent of: Marvel Entertainment Group, Inc.
(Name of renewal claimant)
of the work identified in this application. and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) Carol G. Platt
Typed or printed name: Carol G. Platt
Date 12/23/91

**⑦** Certification
(Application must be signed)

Marvel Entertainment Group, Inc.
(Name)
387 Park Avenue South
(Number, Street and Apartment Number)
New York, NY 10016
(City)    (State)    (ZIP code)

MAIL
CERTIFICATE
TO
(Certificate will
be mailed in
window envelope)

**⑧** Address for Return of Certificate

U S GOVERNMENT PRINTING OFFICE 1978—761-022-1C

MARVEL0001293

2021MARVEL-0006426

# CERTIFICATE OF RENEWAL REGISTRATION



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

**FORM RE**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER
RE   559 236

EFFECTIVE DATE OF RENEWAL REGISTRATION
DEC 2 7 1991
(Month)    (Day)    (Year)

DO NOT WRITE ABOVE THIS LINE.   FOR COPYRIGHT OFFICE USE ONLY

**(1)**
**Renewal Claimant(s)**

RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions)

**1**
Name: Marvel Entertainment Group, Inc.
Address: 387 Park Avenue South, New York, NY  10016
Claiming as: Proprietor of copyright in a composite work made for hire
(Use appropriate statement from instructions)

**2**
Name ....................
Address ....................
Claiming as ....................
(Use appropriate statement from instructions)

**3**
Name ....................
Address ....................
Claiming as ....................
(Use appropriate statement from instructions)

TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:

STRANGE TALES

RENEWABLE MATTER:

Entire work as originally copyrighted, including all portions thereof.

CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:

Title of periodical or composite work: STRANGE TALES
If a periodical or other serial give: Vol. 1 .... No. 114 .... Issue Date November 1963

**(3)**
**Author(s)**

AUTHOR(S) OF RENEWABLE MATTER:

VISTA PUBLICATIONS, INC.

**(4)**
**Facts of Original Registration**

ORIGINAL REGISTRATION NUMBER:
B 57888

ORIGINAL COPYRIGHT CLAIMANT:
VISTA PUBLICATIONS, INC.

ORIGINAL DATE OF COPYRIGHT:
• If the original registration for this work was made in published form, give: August 8, 1963
DATE OF PUBLICATION   (Month)  (Day)  (Year)

OR

• If the original registration for this work was made in unpublished form, give:
DATE OF REGISTRATION   (Month)  (Day)  (Year)

MARVEL0001296

2021MARVEL-0006427

| RE 559 236 | EXAMINED BY | RENEWAL APPLICATION RECEIVED: | FOR COPYRIGHT OFFICE USE ONLY |
| | CHECKED BY | DEC. 27. 1991 | |
| | DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE: | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**⑤ Renewal for Group of Works**

**1**
Title of Contribution: ........................................
Title of Periodical: .................... Vol. ...... No. ...... Issue Date ...........
Date of Publication: ....................................... Registration Number: ........
(Month)    (Day)    (Year)

**2**
Title of Contribution: ........................................
Title of Periodical: .................... Vol. ...... No. ...... Issue Date ...........
Date of Publication: ....................................... Registration Number: ........
(Month)    (Day)    (Year)

**3**
Title of Contribution: ........................................
Title of Periodical: .................... Vol. ...... No. ...... Issue Date ...........
Date of Publication: ....................................... Registration Number: ........
(Month)    (Day)    (Year)

**4**
Title of Contribution: ........................................
Title of Periodical: .................... Vol. ...... No. ...... Issue Date ...........
Date of Publication: ....................................... Registration Number: ........
(Month)    (Day)    (Year)

**5**
Title of Contribution: ........................................
Title of Periodical: .................... Vol. ...... No. ...... Issue Date ...........
Date of Publication: ....................................... Registration Number: ........
(Month)    (Day)    (Year)

**6**
Title of Contribution: ........................................
Title of Periodical: .................... Vol. ...... No. ...... Issue Date ...........
Date of Publication: ....................................... Registration Number: ........
(Month)    (Day)    (Year)

**7**
Title of Contribution: ........................................
Title of Periodical: .................... Vol. ...... No. ...... Issue Date ...........
Date of Publication: ....................................... Registration Number: ........
(Month)    (Day)    (Year)

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: Marvel Entertainment Group, Inc.
Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: Carol Platt, Marvel Ent. Group
Address: 387 Park Avenue South
New York        NY      10016
(City)        (State)      (ZIP)

**⑥ Fee and Correspondence**

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant    ☒ duly authorized agent of: Marvel Entertainment Group, Inc.
(Name of renewal claimant)
of the work identified in this application. and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) .................
Typed or printed name: ... Carol G. Platt
Date    12/23/91

**⑦ Certification (Application must be signed)**

**MAIL CERTIFICATE TO**

Marvel Entertainment Group, Inc.
(Name)
387 Park Avenue South
(Number Street and Apartment Number)
New York, NY  10016
(City)    (State)    (ZIP CODE)

(Certificate will be mailed in window envelope)

**⑧ Address for Return of Certificate**

U.S. GOVERNMENT PRINTING OFFICE 1978-261-022 1C

MARVEL0001297

2021MARVEL-0006428

# CERTIFICATE OF RENEWAL REGISTRATION



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

**FORM RE**

UNITED STATES COPYRIGHT OFFICE

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

| REGISTRATION NUMBER |
| --- |
| RE    559 249 |

| EFFECTIVE DATE OF RENEWAL REGISTRATION |
| --- |
| DEC 2 7 1991 |
| (Month)    (Day)    (Year) |

---

DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY

**(1) Renewal Claimant(s)**

RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions)

1
Name. **Marvel Entertainment Group, Inc.**
Address **387 Park Avenue South, New York, NY  10016**
Claiming as **Proprietor of copyright in a composite work made for hire**
(Use appropriate statement from Instructions)

2
Name...........
Address...........
Claiming as...........
(Use appropriate statement from Instructions)

3
Name...........
Address...........
Claiming as...........
(Use appropriate statement from Instructions)

---

TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:

**STRANGE TALES**

RENEWABLE MATTER:

**Entire work as originally copyrighted, including all portions thereof.**

CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:

Title of periodical or composite work. **STRANGE TALES**...........

If a periodical or other serial, give: Vol. **1**........... No. **115**........... Issue Date **December 1963**...........

**(3) Author(s)**

AUTHOR(S) OF RENEWABLE MATTER:

**VISTA PUBLICATIONS, INC.**

**(4) Facts of Original Registration**

ORIGINAL REGISTRATION NUMBER:

**B 66036**...........

ORIGINAL COPYRIGHT CLAIMANT:

**VISTA PUBLICATIONS, INC.**

ORIGINAL DATE OF COPYRIGHT:

• If the original registration for this work was made in published form.
give **September 10, 1963**
DATE OF PUBLICATION    Month    Day    Year

OR

• If the original registration for this work was made in unpublished form.
give
DATE OF REGISTRATION    Month    Day    Year

MARVEL0001300

2021MARVEL-0006429

| RE    559 249 | EXAMINED BY ... CHECKED BY: ...... | RENEWAL APPLICATION RECEIVED: DEC. 27. 1991 | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|
| | DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE: | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**⑤** Renewal for Group of Works

**1**
Title of Contribution: ............................................................
Title of Periodical: ................................... Vol. ....... No. ....... Issue Date .......
Date of Publication: ...................................... Registration Number: .......
(Month)        (Day)        (Year)

**2**
Title of Contribution: ............................................................
Title of Periodical: ................................... Vol. ....... No. ....... Issue Date .......
Date of Publication: ...................................... Registration Number: .......
(Month)        (Day)        (Year)

**3**
Title of Contribution: ............................................................
Title of Periodical: ................................... Vol. ....... No. : ....... Issue Date .......
Date of Publication: ...................................... Registration Number: .......
(Month)        (Day)        (Year)

**4**
Title of Contribution: ............................................................
Title of Periodical: ................................... Vol. ....... No. ....... Issue Date .......
Date of Publication: ...................................... Registration Number: .......
(Month)        (Day)        (Year)

**5**
Title of Contribution: ............................................................
Title of Periodical: ................................... Vol. ....... No. ....... Issue Date .......
Date of Publication: ...................................... Registration Number: .......
(Month)        (Day)        (Year)

**6**
Title of Contribution: ............................................................
Title of Periodical: ................................... Vol. ....... No. ....... Issue Date .......
Date of Publication: ...................................... Registration Number: .......
(Month)        (Day)        (Year)

**7**
Title of Contribution: ............................................................
Title of Periodical: ................................... Vol. ....... No. ....... Issue Date .......
Date of Publication: ...................................... Registration Number: .......
(Month)        (Day)        (Year)

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: Marvel Entertainment Group, Inc.
Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: Carol Platt, Marvel Ent. Group
Address: 387 Park Avenue South
New York          NY          10016
(City)        (State)        (ZIP)

**⑥** Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant  ☒ duly authorized agent of: Marvel Entertainment Group, Inc.
(Name of renewal claimant)
of the work identified in this application. and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X): _Carol G. Platt_
Typed or printed name: Carol G. Platt
Date: 12/23/91

**⑦** Certification (Application must be signed)

**MAIL CERTIFICATE TO**

Marvel Entertainment Group, Inc.
(Name)
387 Park Avenue South
(Number, Street and Apartment Number)
New York, NY 10016
(City)        (State)        (ZIP code)

(Certificate will be mailed in window envelope)

**⑧** Address for Return of Certificate

U.S. GOVERNMENT PRINTING OFFICE 1978 - 261-022 1C

MARVEL0001301

2021MARVEL-0006430

# CERTIFICATE OF RENEWAL REGISTRATION



UNITED STATES COPYRIGHT OFFICE · THE LIBRARY OF CONGRESS

**OFFICIAL SEAL**

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records

**REGISTER OF COPYRIGHTS**
*United States of America*

## FORM RE

UNITED STATES COPYRIGHT OFFICE

**REGISTRATION NUMBER**

RE    559 250

**EFFECTIVE DATE OF RENEWAL REGISTRATION**
DEC 27 1991
(Month)    (Day)    (Year)

---

**DO NOT WRITE ABOVE THIS LINE.  FOR COPYRIGHT OFFICE USE ONLY**

| ① Renewal Claimant(s) | | |
|---|---|---|
| | 1 | Name **Marvel Entertainment Group, Inc.** <br> Address **387 Park Avenue South, New York, NY  10016** <br> Claiming as **Proprietor of copyright in a composite work made for hire** <br> (Use appropriate statement from instructions) |
| | 2 | Name <br> Address <br> Claiming as <br> (Use appropriate statement from instructions) |
| | 3 | Name <br> Address <br> Claiming as <br> (Use appropriate statement from instructions) |

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

STRANGE TALES

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

04721518

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work STRANGE TALES

If a periodical or other serial give Vol **1**    No **116**    Issue Date **January 1964**

| ③ Author(s) | **AUTHOR(S) OF RENEWABLE MATTER:** <br><br> VISTA PUBLICATIONS, INC. |
|---|---|

| ④ Facts of Original Registration | **ORIGINAL REGISTRATION NUMBER:** <br><br> B 66782 | **ORIGINAL COPYRIGHT CLAIMANT:** <br><br> VISTA PUBLICATIONS, INC. |
|---|---|---|

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form.
give **October 8, 1963**
DATE OF PUBLICATION

OR

• If the original registration for this work was made in unpublished form.
give
DATE OF REGISTRATION

2021MARVEL-0006431

| RE 559 250 | EXAMINED BY: CHECKED BY: | RENEWAL APPLICATION RECEIVED: DEC. 27, 1991 | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|
| | DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE: | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**5** Renewal for Group of Works

**1**
Title of Contribution: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Title of Periodical: . . . . . . . . . . . . . . . . . . . . . . . . . . . Vol . . . . . . . No . . . . . . . . Issue Date . . . . . .
Date of Publication: . . . . . . . . . . . . . . . . . . . . . . . . . . Registration Number . . . . . .
(Month)         (Day)         (Year)

**2**
Title of Contribution: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Title of Periodical: . . . . . . . . . . . . . . . . . . . . . . . . . . . Vol . . . . . . . No . . . . . . . . Issue Date . . . . . .
Date of Publication: . . . . . . . . . . . . . . . . . . . . . . . . . . Registration Number . . . . . .
(Month)         (Day)         (Year)

**3**
Title of Contribution: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Title of Periodical: . . . . . . . . . . . . . . . . . . . . . . . . . . . Vol . . . . . . . No . . . . . . . . Issue Date . . . . . .
Date of Publication: . . . . . . . . . . . . . . . . . . . . . . . . . . Registration Number . . . . . .
(Month)         (Day)         (Year)

**4**
Title of Contribution: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Title of Periodical: . . . . . . . . . . . . . . . . . . . . . . . . . . . Vol . . . . . . . No . . . . . . . . Issue Date . . . . . .
Date of Publication: . . . . . . . . . . . . . . . . . . . . . . . . . . Registration Number . . . . . .
(Month)         (Day)         (Year)

**5**
Title of Contribution: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Title of Periodical: . . . . . . . . . . . . . . . . . . . . . . . . . . . Vol . . . . . . . No . . . . . . . . Issue Date . . . . . .
Date of Publication: . . . . . . . . . . . . . . . . . . . . . . . . . . Registration Number . . . . . .
(Month)         (Day)         (Year)

**6**
Title of Contribution: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Title of Periodical: . . . . . . . . . . . . . . . . . . . . . . . . . . . Vol . . . . . . . No . . . . . . . . Issue Date . . . . . .
Date of Publication: . . . . . . . . . . . . . . . . . . . . . . . . . . Registration Number . . . . . .
(Month)         (Day)         (Year)

**7**
Title of Contribution: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Title of Periodical: . . . . . . . . . . . . . . . . . . . . . . . . . . . Vol . . . . . . . No . . . . . . . . Issue Date . . . . . .
Date of Publication: . . . . . . . . . . . . . . . . . . . . . . . . . . Registration Number . . . . . .
(Month)         (Day)         (Year)

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name **Marvel Entertainment Group, Inc.**
Account Number: **DA-059633**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name **Carol Platt, Marvel Ent. Group**
Address **387 Park Avenue South**
**New York          NY          10016**
(City)          (State)          (ZIP)

**6** Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant   ☒ duly authorized agent of **Marvel Entertainment Group, Inc.**
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) *Carol G. Platt*
Typed or printed name   **Carol G. Platt**
Date **12/23/91**

**7** Certification (Application must be signed)

**MAIL CERTIFICATE TO**

(Certificate will be mailed in window envelope)

Marvel Entertainment Group, Inc.
(Name)
387 Park Avenue South
(Number Street and Apartment Number)
New York, NY 10016
(City)          (State)          (ZIP code)

**8** Address for Return of Certificate

134757
2021MARVEL-0006432

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America



FORM B

| CLASS | REGISTRATION NO. |
|-------|------------------|
| **B** | B   66782 |
| | DO NOT WRITE HERE |

**This is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



ABRAHAM L. KAMINSTEIN

*Register of Copyrights*
*United States of America*

**1. Copyright Claimant(s) and Address(es):**

Name ....**VISTA PUBLICATIONS, INC.**

Address ..**555 Madison Ave., N.Y.C. 21**

Name

Address

**2. Title: STRANGE TALES**

(Title of periodical)

Vol. ....**1**.... No. ....**116**.. Date on copies ....**Jan. 1964**

**3. Citizenship of Author:**

Citizenship ....**USA** ................................ Domiciled in U. S. A.   Yes ☐   No ☐

(Name of country)

**4. Publication:**

(a) Date of Publication of This Issue:

**10/8/63**

(b) Place of Publication of This Issue:

**USA**

(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad:

(b) Process Used:

(c) Country of Manufacture:

*Complete all applicable spaces on next page*



2021MARVEL-0006433

Steve Ditko

**6. Deposit account:**

**7. Send correspondence to:**

Name _____    Address _____

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

**8. Send certificate to:**

(Type or print
name and address)

Name _____

Address _____

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

(City)          (Zone)          (State)

## Information concerning copyright in **periodicals**

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or

format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1958. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

> **NOTE:** It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received<br>OCT 11 1963 | |
| Two copies received<br>OCT 11 1963 | |
| Fee received | |

2021MARVEL-0006434

# CERTIFICATE OF RENEWAL REGISTRATION



**OFFICIAL SEAL**

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

**REGISTER OF COPYRIGHTS**
*United States of America*

## FORM RE
UNITED STATES COPYRIGHT OFFICE

**REGISTRATION NUMBER**

RE   559 311

**EFFECTIVE DATE OF RENEWAL REGISTRATION**
(Month) DEC 2 7 1991 (Day)   (Year)

---

**DO NOT WRITE ABOVE THIS LINE.   FOR COPYRIGHT OFFICE USE ONLY**

**(1) Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

1
Name  **Marvel Entertainment Group, Inc.**
Address  **387 Park Avenue South, New York, NY  10016**
Claiming as  **Proprietor of copyright in a composite work made for hire**
(Use appropriate statement from instructions)

2
Name
Address
Claiming as
(Use appropriate statement from instructions)

3
Name
Address
Claiming as
(Use appropriate statement from instructions)

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

**STRANGE TALES**

**RENEWABLE MATTER:**

**Entire work as originally copyrighted, including all portions thereof.**

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**
Title of periodical or composite work  **STRANGE TALES**
If a periodical or other serial, give  Vol  **1**   No  **117**   Issue Date  **february 1964**

**(3) Author(s)**

**AUTHOR(S) OF RENEWABLE MATTER:**

**VISTA PUBLICATIONS, INC.**

**(4) Facts of Original Registration**

**ORIGINAL REGISTRATION NUMBER:**
**B 72341**

**ORIGINAL COPYRIGHT CLAIMANT:**
**VISTA PUBLICATIONS, INC.**

**ORIGINAL DATE OF COPYRIGHT:**
• If the original registration for this work was made in published form, give  **November 12, 1963**
DATE OF PUBLICATION    Month   Day   Year

OR

• If the original registration for this work was made in unpublished form, give
DATE OF REGISTRATION    Month   Day   Year

2021MARVEL-0006435

| EXAMINED BY | RENEWAL APPLICATION RECEIVED: | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|
| CHECKED BY | DEC. 27. 1991 | |
| DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE | |

RE 559 311

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**⑤ Renewal for Group of Works**

**1**
Title of Contribution: ............................................................
Title of Periodical: .................................... Vol. ........ No. ........ Issue Date ........
Date of Publication: ............................... Registration Number .................
(Month) (Day) (Year)

**2**
Title of Contribution: ............................................................
Title of Periodical: .................................... Vol. ........ No. ........ Issue Date ........
Date of Publication: ............................... Registration Number .................
(Month) (Day) (Year)

**3**
Title of Contribution: ............................................................
Title of Periodical: .................................... Vol. ........ No. ........ Issue Date ........
Date of Publication: ............................... Registration Number .................
(Month) (Day) (Year)

**4**
Title of Contribution: ............................................................
Title of Periodical: .................................... Vol. ........ No. ........ Issue Date ........
Date of Publication: ............................... Registration Number: .................
(Month) (Day) (Year)

**5**
Title of Contribution: ............................................................
Title of Periodical: .................................... Vol. ........ No. ........ Issue Date ........
Date of Publication: ............................... Registration Number .................
(Month) (Day) (Year)

**6**
Title of Contribution: ............................................................
Title of Periodical: .................................... Vol. ........ No. ........ Issue Date ........
Date of Publication: ............................... Registration Number .................
(Month) (Day) (Year)

**7**
Title of Contribution: ............................................................
Title of Periodical: .................................... Vol. ........ No. ........ Issue Date ........
Date of Publication: ............................... Registration Number: .................
(Month) (Day) (Year)

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name **Marvel Entertainment Group, Inc.**
Account Number: **DA-059633**

**CORRESPONDENCE: (Give name and address to which correspondence about this application should be sent.)**
Name **Carol Platt, Marvel Ent. Group**
Address **387 Park Avenue South**
**New York        NY        10016**
(City)        (State)        (ZIP)

**⑥ Fee and Correspondence**

**CERTIFICATION:** I, the undersigned, hereby certify that I am the (Check one)
☐ renewal claimant   ☒ duly authorized agent of **Marvel Entertainment Group, Inc.**
                                                        (Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature (X) _____

Typed or printed name    **Carol G. Platt**
                                        Date    **12/23/91**

**⑦ Certification (Application must be signed)**

**MAIL CERTIFICATE TO**

Marvel Entertainment Group, Inc.
(Name)
387 Park Avenue South
(Number, Street and Apartment Number)
New York, NY   10016
(City)        (State)        (ZIP code)

(Certificate will be mailed in window envelope)

**⑧ Address for Return of Certificate**

U S GOVERNMENT PRINTING OFFICE 1978-261-022 10

134758
2021MARVEL-0006436

Steve Ditko

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

| CLASS | REGISTRATION NO. |
|---|---|
| **B** B | 72341 |
| | DO NOT WRITE HERE |

**FORM B**

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



ABRAHAM L. KAMINSTEIN
*Register of Copyrights*
*United States of America*

NOT VALID WITHOUT
COPYRIGHT OFFICE
IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name ____ **VISTA PUBLICATIONS, INC.** ____

Address ____ **655 Madison Ave., N.Y.C. 21** ____

Name ____

Address ____

**2. Title:** __ **STRANGE TALES** __

(Title of periodical)

Vol. ____ **1** ____ No. ____ **117** __ Date on copies ____ **Feb. 1964** ____

**3. Citizenship of Author:**

Citizenship **USA** ____ Domiciled in U. S. A.   Yes ☐  No ☐

(Name of country)

**4. Publication:**

  **(a) Date of Publication of This Issue:**

____ **11/12/63** ____

  **(b) Place of Publication of This Issue:**

____ **USA** ____

(Name of country)

**5. Manufacture Outside United States:**

  **(a) Portion of the Manufacturing Done Abroad:** ____

  **(b) Process Used:** ____

  **(c) Country of Manufacture:** ____

*Complete all applicable spaces on next page*

2021MARVEL-0006437

Steve Ditko

**6. Deposit account:**

**7. Send correspondence to:**

Name _____    Address _____

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

**8. Send certificate to:**

(Type or print
name and address)

Name _____

MAGAZINE MANAGEMENT CO.

Address _____

655 MADISON AVENUE

NEW YORK 21, N. Y.

(City)        (Zone)        (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or

format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the date of publication. For example: © John Doe 1958. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received NOV 12 1963 | |
| Two copies received NOV 12 1963 | |
| Fee received | |

134758

2021MARVEL-0006438

# CERTIFICATE OF RENEWAL REGISTRATION



OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

## FORM RE
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

RE 559 323

EFFECTIVE DATE OF RENEWAL REGISTRATION
DEC 2 7 1991
(Month)  (Day)  (Year)

---

**DO NOT WRITE ABOVE THIS LINE.  FOR COPYRIGHT OFFICE USE ONLY**

| | | |
|---|---|---|
| **①** Renewal Claimant(s) | **RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See instructions) | |
| | **1** | Name **Marvel Entertainment Group, Inc.** <br> Address **387 Park Avenue South, New York, NY 10016** <br> Claiming as **Proprietor of copyright in a composite work made for hire** <br> (Use appropriate statement from instructions) |
| | **2** | Name ............... <br> Address ............... <br> Claiming as ............... <br> (Use appropriate statement from instructions) |
| | **3** | Name ............... <br> Address ............... <br> Claiming as ............... <br> (Use appropriate statement from instructions) |

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

STRANGE TALES

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

0472155320

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work  **STRANGE TALES**

If a periodical or other serial, give  Vol **1**  No **118**  Issue Date **March 1964**

| | |
|---|---|
| **③** Author(s) | **AUTHOR(S) OF RENEWABLE MATTER:** <br><br> VISTA PUBLICATIONS, INC. |

| | | |
|---|---|---|
| **④** Facts of Original Registration | **ORIGINAL REGISTRATION NUMBER:** <br><br> B 79628 | **ORIGINAL COPYRIGHT CLAIMANT:** <br><br> VISTA PUBLICATIONS, INC. |
| | **ORIGINAL DATE OF COPYRIGHT:** | |
| | • If the original registration for this work was made in published form, give <br> DATE OF PUBLICATION **Dec** 9 **1963** <br> (Month) (Day) (Year) | OR • If the original registration for this work was made in unpublished form, give <br> DATE OF REGISTRATION <br> (Month) (Day) (Year) |

2021MARVEL-0006439

| RE    559 323 | EXAMINED BY | RENEWAL APPLICATION RECEIVED | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|
| | CHECKED BY | DEC. 27. 1991 | |
| | DEPOSIT ACCOUNT FUNDS USED ☐ | REMITTANCE NUMBER AND DATE | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON)

**5** Renewal for Group of Works

**1**
Title of Contribution: ........................................
Title of Periodical: .................... Vol........No.......... Issue Date
Date of Publication: .................... Registration Number: ..............
(Month)        (Day)        (Year)

**2**
Title of Contribution: ........................................
Title of Periodical: .................... Vol........No.......... Issue Date
Date of Publication: .................... Registration Number
(Month)        (Day)        (Year)

**3**
Title of Contribution: ........................................
Title of Periodical: .................... Vol........No.......... Issue Date
Date of Publication: .................... Registration Number
(Month)        (Day)        (Year)

**4**
Title of Contribution: ........................................
Title of Periodical: .................... Vol........No.......... Issue Date
Date of Publication: .................... Registration Number
(Month)        (Day)        (Year)

**5**
Title of Contribution: ........................................
Title of Periodical: .................... Vol........No.......... Issue Date
Date of Publication: .................... Registration Number
(Month)        (Day)        (Year)

**6**
Title of Contribution: ........................................
Title of Periodical: .................... Vol........No.......... Issue Date
Date of Publication: .................... Registration Number: ....
(Month)        (Day)        (Year)

**7**
Title of Contribution: ........................................
Title of Periodical: .................... Vol........No.......... Issue Date
Date of Publication: .................... Registration Number
(Month)        (Day)        (Year)

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name Marvel Entertainment Group, Inc.
Account Number    DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: Carol Platt, Marvel Ent. Group
Address: 387 Park Avenue South
New York          NY          10016
(City)        (State)        (ZIP)

**6** Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the (Check one)
☐ renewal claimant    ☒ duly authorized agent of Marvel Entertainment Group, Inc.
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature (X) _Carol G. Platt_

Typed or printed name    Carol G. Platt

Date    12/23/91

**7** Certification (Application must be signed)

MARVEL ENTERTAINMENT GROUP, Inc.
(Name)
387 Park Avenue South
(Number  Street and Apartment Number)
New York, NY  10016
(City)        (State)        (ZIP code)

**MAIL CERTIFICATE TO**

(Certificate will be mailed in window envelope)

**8** Address for Return of Certificate

134759
2021MARVEL-0006440

Steve Ditko

Page 3

# Certificate
## Registration of a Claim to Copyright
### in a periodical manufactured in the United States of America



**FORM B**

| CLASS | REGISTRATION NO. |
|---|---|
| **B** | B    79628 |
| | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



ABRAHAM L. KAMINSTEIN

*Register of Copyrights*
*United States of America*

**1. Copyright Claimant(s) and Address(es):**

Name ---- **VISTA PUBLICATIONS, INC.** ------------------------------------

Address --- **655 Madison Ave., N.Y.C. 21** ----------------------------

Name ---------------------------------------------------------------

Address -------------------------------------------------------------

**2. Title:** **STRANGE TALES** -----------------------------------------------
                                                (Title of periodical)

---------------------------------------------------------------------

Vol. ------ **1** ------ No. ------ **118** --- Date on copies --- **Mar. 1222 1964** -----------

**3. Citizenship of Author:**

Citizenship **USA** ------------------------------------------------------  Domiciled in U. S. A.   Yes ☐   No ☐
                              (Name of country)

**4. Publication:**

   **(a) Date of Publication of This Issue:**

--------- **12/9/63** -----------------------------------------------------

   **(b) Place of Publication of This Issue:**

--------- **USA** -----------------------------------------------------------
                                          (Name of country)

**5. Manufacture Outside United States:**

   **(a) Portion of the Manufacturing Done Abroad:** ------------------------------------------

   **(b) Process Used:** -------------------------------------------------------------

   **(c) Country of Manufacture:** ---------------------------------------------------

*Complete all applicable spaces on next page*

2021MARVEL-0006441

Steve Ditko

**6. Deposit account:**

**7. Send correspondence to:**

Name ................................................    Address ................

**8. Send certificate to:**

MAGAZINE MANAGEMENT CO.

655 MADISON AVENUE

NEW YORK 21, N. Y.

(Type or print name and address)

Name ................................................

MAGAZINE MANAGEMENT CO.

Address ................................................

655 MADISON AVENUE

NEW YORK 21, N. Y.

(City)        (Zone)        (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or

format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1958. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

> NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received<br>DEC 23 1963 | |
| Two copies received<br>DEC 23 1963 | |
| Fee received | |

134759
2021MARVEL-0006442

# CERTIFICATE OF RENEWAL REGISTRATION



UNITED STATES COPYRIGHT OFFICE · THE LIBRARY OF CONGRESS

OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

*REGISTER OF COPYRIGHTS*
*United States of America*

## FORM RE
### UNITED STATES COPYRIGHT OFFICE

**REGISTRATION NUMBER**

RE   559 327

**EFFECTIVE DATE OF RENEWAL REGISTRATION**
DEC 2 7 1991
(Month) (Day) (Year)

---

**DO NOT WRITE ABOVE THIS LINE.   FOR COPYRIGHT OFFICE USE ONLY**

| | | |
|---|---|---|
| **① Renewal Claimant(s)** | **RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions) | |
| | **1** | Name **Marvel Entertainment Group, Inc.** <br> Address **387 Park Avenue South, New York, NY  10016** <br> Claiming as **Proprietor of copyright in a composite work made for hire** <br> (Use appropriate statement from instructions) |
| | **2** | Name ............. <br> Address ............. <br> Claiming as ............. (Use appropriate statement from instructions) |
| | **3** | Name ............. <br> Address ............. <br> Claiming as ............. (Use appropriate statement from instructions) |

---

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

STRANGE TALES

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work   STRANGE TALES

If a periodical or other serial, give   Vol **1**   No. **119**   Issue Date **April 1964**

---

| | |
|---|---|
| **③ Author(s)** | **AUTHOR(S) OF RENEWABLE MATTER:** <br><br> VISTA PUBLICATIONS, INC. |

---

| | | |
|---|---|---|
| **④ Facts of Original Registration** | **ORIGINAL REGISTRATION NUMBER:** <br><br> B 86103 | **ORIGINAL COPYRIGHT CLAIMANT:** <br><br> VISTA PUBLICATIONS, INC. |

**ORIGINAL DATE OF COPYRIGHT:**

| • If the original registration for this work was made in published form. give **January 10, 1964** <br> DATE OF PUBLICATION **(in notice: 1963)** (Month) (Da.) (Year) | OR | • If the original registration for this work was made in unpublished form. give <br> DATE OF REGISTRATION (Month) (Da.) (Year) |
|---|---|---|

04721531 7

2021MARVEL-0006443

RE    559 327

| EXAMINED BY | RENEWAL APPLICATION RECEIVED | |
|---|---|---|
| CHECKED BY | DEC. 27. 1991 | FOR COPYRIGHT OFFICE USE ONLY |
| DEPOSIT ACCOUNT FUNDS USED ☐ | REMITTANCE NUMBER AND DATE | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**⑤ Renewal for Group of Works**

**1**
Title of Contribution: .................
Title of Periodical: ................. Vol. ..... No. ..... Issue Date .............
Date of Publication: ................. (Month) (Day) (Year)    Registration Number .............

**2**
Title of Contribution: .................
Title of Periodical: ................. Vol. ..... No. ..... Issue Date .............
Date of Publication: ................. (Month) (Day) (Year)    Registration Number .............

**3**
Title of Contribution: .................
Title of Periodical: ................. Vol. ..... No. ..... Issue Date .............
Date of Publication: ................. (Month) (Day) (Year)    Registration Number .............

**4**
Title of Contribution: .................
Title of Periodical: ................. Vol. ..... No. ..... Issue Date .............
Date of Publication: ................. (Month) (Day) (Year)    Registration Number .............

**5**
Title of Contribution: .................
Title of Periodical: ................. Vol. ..... No. ..... Issue Date .............
Date of Publication: ................. (Month) (Day) (Year)    Registration Number .............

**6**
Title of Contribution: .................
Title of Periodical: ................. Vol. ..... No. ..... Issue Date .............
Date of Publication: ................. (Month) (Day) (Year)    Registration Number .............

**7**
Title of Contribution: .................
Title of Periodical: ................. Vol. ..... No. ..... Issue Date .............
Date of Publication: ................. (Month) (Day) (Year)    Registration Number .............

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name Marvel Entertainment Group, Inc.
Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name Carol Platt, Marvel Ent. Group
Address 387 Park Avenue South
New York    NY    10016
(City)    (State)    (ZIP)

**⑥ Fee and Correspondence**

**CERTIFICATION:** I, the undersigned, hereby certify that I am the (Check one)
☐ renewal claimant    ☒ duly authorized agent of Marvel Entertainment Group, Inc.
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature (X) _Carol G. Platt_

Typed or printed name    Carol G. Platt

Date    12/23/91

**⑦ Certification (Application must be signed)**

**MAIL CERTIFICATE TO**

Marvel Entertainment Group, Inc.
(Name)
387 Park Avenue South
(Number, Street and Apartment Number)
New York, NY    10016
(City)    (State)    (ZIP code)

(Certificate will be mailed in window envelope)

**⑧ Address for Return of Certificate**

U.S. GOVERNMENT PRINTING OFFICE 1978–761-072 1C

134760
2021MARVEL-0006444

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

**FORM B**

| CLASS | REGISTRATION NO. |
|---|---|
| **B** | B 86103 |
| | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



*Register of Copyrights*
*United States of America*



NOT VALID WITHOUT COPYRIGHT OFFICE IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name __N VISTA PUBLICATIONS, INC.__

Address __655 Madison Ave., N.Y.C. 10021__

Name ____

Address ____

**2. Title:** __STRANGE TALES__

(Title of periodical)

Vol. __1__    No. __119__    Date on copies __Apr. 1964__

**3. Citizenship of Author:**

Citizenship __USA__

(Name of country)

Domiciled in U. S. A.    Yes ☐    No ☐

**4. Publication:**

(a) Date of Publication of This Issue:

__1/10/64__ *

(b) Place of Publication of This Issue:

__USA__

(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: ____

(b) Process Used: ____

(c) Country of Manufacture: ____

*Complete all applicable spaces on next page*

2021MARVEL-0006445

Steve Ditko

**6. Deposit account:**

**7. Send correspondence to:**

Name _____

**8. Send certificate to:**

(Type or print
name and address)

Address

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

Name

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

Address

(Number and street)

(City)    (Zone)    (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1958. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received | * in notice: 1963 |
| JAN 20 1964 | |
| Two copies received | |
| JAN 20 1964 | |
| Fee received | |

U. S. GOVERNMENT PRINTING OFFICE : 1957—O—430703    (Feb. 1958—250,000)    *Page 4*

1347760
2021MARVEL-0006446

# CERTIFICATE OF RENEWAL REGISTRATION

## FORM RE
UNITED STATES COPYRIGHT OFFICE



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

**REGISTRATION NUMBER**

RE    599 630

**EFFECTIVE DATE OF RENEWAL REGISTRATION**

DEC 1 5 1992
(Month)    (Day)    (Year)

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

---

**DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY**

**① Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

1  Name  **Marvel Entertainment Group, Inc.**
   Address  **387 Park Avenue South, New York, NY  10016**
   Claiming as  **Proprietor of copyright in a composite work made for hire**
   (Use appropriate statement from instructions)

2  Name
   Address
   Claiming as
   (Use appropriate statement from instructions)

3  Name
   Address
   Claiming as
   (Use appropriate statement from instructions)

---

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

**STRANGE TALES**

**RENEWABLE MATTER:**

**Entire work as originally copyrighted, including all portions thereof.**



05458 2307

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work    **STRANGE TALES**

If a periodical or other serial, give  Vol  **1**    No.  **120**    Issue Date  **MAY 1964**

**③ Author(s)**

**AUTHOR(S) OF RENEWABLE MATTER:**

**VISTA PUBLICATIONS, INC.**

**④ Facts of Original Registration**

**ORIGINAL REGISTRATION NUMBER:**    **ORIGINAL COPYRIGHT CLAIMANT:**

   **B 93261**    **VISTA PUBLICATIONS, INC.**

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form, give    • If the original registration for this work was made in unpublished form, give

DATE OF PUBLICATION    **FEBRUARY 11 1964**  } OR {  DATE OF REGISTRATION
                    (Month)    (Day)    (Year)                    (Month)    (Day)    (Year)

2021MARVEL-0006447

| RE  599 630 | EXAMINED BY  _XWS_ |  |
|---|---|---|
|  | CHECKED BY  _XWS_ | RENEWAL APPLICATION RECEIVED  DEC. 15. 1992 |
|  | DEPOSIT ACCOUNT FUNDS USED  ☐ | REMITTANCE NUMBER AND DATE |

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON)

**⑤ Renewal for Group of Works**

1
Title of Contribution:
Title of Periodical:                                    Vol.        No.            Issue Date
Date of Publication:          (Month)        (Day)        (Year)        Registration Number

2
Title of Contribution:
Title of Periodical:                                    Vol.        No            Issue Date
Date of Publication:          (Month)        (Day)        (Year)        Registration Number

3
Title of Contribution:
Title of Periodical:                                    Vol.        No.          Issue Date
Date of Publication:          (Month)        (Day)        (Year)        Registration Number

4
Title of Contribution:
Title of Periodical:                                    Vol.        No.          Issue Date
Date of Publication:          (Month)        (Day)        (Year)        Registration Number

5
Title of Contribution:
Title of Periodical:                                    Vol.        No.          Issue Date
Date of Publication:          (Month)        (Day)        (Year)        Registration Number

6
Title of Contribution:
Title of Periodical:                                    Vol.        No          Issue Date
Date of Publication:          (Month)        (Day)        (Year)        Registration Number

7
Title of Contribution:
Title of Periodical:                                    Vol.        No.          Issue Date
Date of Publication:          (Month)        (Day)        (Year)        Registration Number

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account)

Name: **Marvel Entertainment Group, Inc.**

Account Number    **DA-059633**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: **Carol Platt, Marvel Ent. Group**
Address: **387 Park Avenue South**
**New York          NY        10016**
(City)        (State)        (ZIP)

**⑥ Fee and Correspondence**

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant    ☒ duly authorized agent of **Marvel Entertainment Group, Inc.**
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature: (X) _Carol Platt_

Typed or printed name.    **Carol G. Platt**        Date

**⑦ Certification (Application must be signed)**

**Marvel Entertainment Group, Inc.**
(Name)
**387 Park Avenue South**
(Number Street and Apartment Number)
**New York, NY  10016**
(City)        (State)        (ZIP code)

**MAIL CERTIFICATE TO**

(Certificate will be mailed in window envelope)

**⑧ Address for Return of Certificate**

U S GOVERNMENT PRINTING OFFICE 1978—261-022-10

134761
2021MARVEL-0006448

Page 3

# Certificate
## Registration of a Claim to Copyright
### in a periodical manufactured in the United States of America

**FORM B**

| CLASS | REGISTRATION NO. |
|---|---|
| **B** | **B** NOT WRITE HERE **93261** |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



*Register of Copyrights*
*United States of America*



**1. Copyright Claimant(s) and Address(es):**

Name ...... VISTA PUBLICATIONS, INC.

Address ...... 855 Madison Ave., N.Y.C. 10021

Name ......

Address ......

**2. Title:** STRANGE TALES

(Title of periodical)

Vol. ...... 1 ...... No. ...... 120 ...... Date on copies ...... May 1964

**3. Citizenship of Author:**

Citizenship ...... USA

(Name of country)     Domiciled in U. S. A     Yes ☒ No ☐

**4. Publication:**

(a) Date of Publication of This Issue:

Today 2/11/64

(b) Place of Publication of This Issue:

USA

(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: ......

(b) Process Used: ......

(c) Country of Manufacture: ......

*Complete all applicable spaces on next page*



Steve Ditko

**6. Deposit account:**

**7. Send correspondence to:**

Name _____  Address ____

**MAGAZINE MANAGEMENT CO.**
**655 MADISON AVENUE**
**NEW YORK 21, N. Y.**

**8. Send certificate to:**

(Type or print name and address)

Name _____

**MAGAZINE MANAGEMENT CO.**

Address _____

**655 MADISON AVENUE**

**NEW YORK 21 N. Y.**
(Number and Street)

(City)          (Zone)          (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

**FOR COPYRIGHT OFFICE USE ONLY**

Application received
FEB 13 1964

Two copies received
FEB 13 1964

Fee received

134761
2021MARVEL-0006450

**FORM RE**
UNITED STATES COPYRIGHT OFFICE

# CERTIFICATE OF RENEWAL REGISTRATION



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

| REGISTRATION NUMBER |
| --- |
| RE     599 650 |

EFFECTIVE DATE OF RENEWAL REGISTRATION
DEC 1 5 1992
(Month)        (Day)        (Year)

---

**DO NOT WRITE ABOVE THIS LINE.   FOR COPYRIGHT OFFICE USE ONLY**

**① Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

**1**
Name   Marvel Entertainment Group, Inc.
Address   387 Park Avenue South, New York, NY   10016
Claiming as   Proprietor of copyright in a composite work made for hire
(Use appropriate statement from instructions)

**2**
Name
Address
Claiming as
(Use appropriate statement from instructions)

**3**
Name
Address
Claiming as
(Use appropriate statement from instructions)

---

**②**

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

STRANGE TALES

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**
Title of periodical or composite work   STRANGE TALES
If a periodical or other serial, give   Vol   1   No   121   Issue Date   JUNE 1964

---

**③ Author(s)**

**AUTHOR(S) OF RENEWABLE MATTER:**

VISTA PUBLICATIONS, INC.

---

**④ Facts of Original Registration**

**ORIGINAL REGISTRATION NUMBER:**
B 96828

**ORIGINAL COPYRIGHT CLAIMANT:**
VISTA PUBLICATIONS, INC.

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form.
give
DATE OF PUBLICATION   MARCH 10 1964
(Month)   (Day)   (Year)

OR

• If the original registration for this work was made in unpublished form.
give
DATE OF REGISTRATION
(Month)   (Day)   (Year)

2021MARVEL-0006451

| RE | 599 650 | EXAMINED BY | | RENEWAL APPLICATION RECEIVED | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|---|---|
| | | CHECKED BY | | DEC. 15. 1992 | |
| | | DEPOSIT ACCOUNT FUNDS USED ☐ | | REMITTANCE NUMBER AND DATE. | |

## DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**⑤ Renewal for Group of Works**

**1**
Title of Contribution:
Title of Periodical: Vol. No. Issue Date
Date of Publication: (Month) (Day) (Year) Registration Number:

**2**
Title of Contribution:
Title of Periodical: Vol. No Issue Date
Date of Publication: (Month) (Day) (Year) Registration Number:

**3**
Title of Contribution:
Title of Periodical: Vol. No. Issue Date
Date of Publication: (Month) (Day) (Year) Registration Number:

**4**
Title of Contribution:
Title of Periodical: Vol. No. Issue Date
Date of Publication: (Month) (Day) (Year) Registration Number:

**5**
Title of Contribution:
Title of Periodical: Vol. No. Issue Date
Date of Publication: (Month) (Day) (Year) Registration Number:

**6**
Title of Contribution:
Title of Periodical: Vol. No. Issue Date
Date of Publication: (Month) (Day) (Year) Registration Number:

**7**
Title of Contribution:
Title of Periodical: Vol. No Issue Date
Date of Publication: (Month) (Day) (Year) Registration Number:

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)
Name Marvel Entertainment Group, Inc.
Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name Carol Platt, Marvel Ent. Group
Address 387 Park Avenue South (Apt)
New York NY 10016
(City) (State) (ZIP)

**⑥ Fee and Correspondence**

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant  ☒ duly authorized agent of Marvel Entertainment Group, Inc.
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.
Handwritten signature (X)    Carol Platt
Typed or printed name    Carol G. Platt
Date

**⑦ Certification** (Application must be signed)

**MAIL CERTIFICATE TO**

Marvel Entertainment Group, Inc.
(Name)
387 Park Avenue South
(Number Street and Apartment Number)
New York, NY 10016
(City) (State) (ZIP code)

(Certificate will be mailed in window envelope)

**⑧ Address for Return of Certificate**

U S GOVERNMENT PRINTING OFFICE 1978–261-022-10

Apr. 1978 — 5.000.000

134762
2021MARVEL-0006452

Steve Ditko

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

**FORM B**

| CLASS | REGISTRATION NO. |
|-------|------------------|
| **B** | B    96828 |
|       | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



*Register of Copyrights*
*United States of America*

**1. Copyright Claimant(s) and Address(es):**

Name ___VISTA PUBLICATIONS, INC.___

Address ___655 Madison Ave., N.Y.C. 10021___

Name _____

Address _____

**2. Title:** ___STRANGE TALES___

*(Title of periodical)*

Vol. ___1___ No. ___121___ Date on copies ___June 1964___

**3. Citizenship of Author:**

Citizenship ___USA___    Domiciled in U. S. A.    Yes ☐    No ☐
*(Name of country)*

**4. Publication:**

(a) Date of Publication of This Issue:

___3/10/64___

(b) Place of Publication of This Issue:

___USA___
*(Name of country)*

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: _____

(b) Process Used: _____

(c) Country of Manufacture: _____

*Complete all applicable spaces on next page*

2021MARVEL-0006453

6. **Deposit account:**

7. **Send correspondence to:**

Name _____    Address _____

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

8. **Send certificate to:**

(Type or print name and address)

Name

MAGAZINE MANAGEMENT CO.

Address

655 MADISON AVENUE
(Number and street)

NEW YORK 21, N. Y.

(City)          (Zone)          (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

> **NOTE:** It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|
| Application received<br>MAR 16 1964 | |
| Two copies received<br>MAR 16 1964 | |
| Fee received | |

134762

2021MARVEL-0006454

# CERTIFICATE OF RENEWAL REGISTRATION

**FORM RE**

UNITED STATES COPYRIGHT OFFICE



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

**REGISTER OF COPYRIGHTS**
*United States of America*

| REGISTRATION NUMBER |
| --- |
| RE 599 652 |

EFFECTIVE DATE OF RENEWAL REGISTRATION
DEC 1 5 1992
(Month)     (Day)     (Year)

OFFICIAL SEAL.

**DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY**

---

**① Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions)**

1
Name Marvel Entertainment Group, Inc.
Address 387 Park Avenue South, New York, NY 10016
Claiming as Proprietor of copyright in a composite work made for hire
(Use appropriate statement from instructions)

2
Name
Address
Claiming as
(Use appropriate statement from instructions)

3
Name
Address
Claiming as
(Use appropriate statement from instructions)

---

**②**

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

STRANGE TALES

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**
Title of periodical or composite work  STRANGE TALES
If a periodical or other serial, give Vol. 1   No. 122   Issue Date  JULY 1964

**③ Author(s)**

**AUTHOR(S) OF RENEWABLE MATTER:**

VISTA PUBLICATIONS, INC.

---

**④ Facts of Original Registration**

| ORIGINAL REGISTRATION NUMBER: | ORIGINAL COPYRIGHT CLAIMANT: |
| --- | --- |
| B 102931 | VISTA PUBLICATIONS, INC. |

**ORIGINAL DATE OF COPYRIGHT:**

- If the original registration for this work was made in published form, give
  DATE OF PUBLICATION  APRIL 9 1964
  (Month)  (Day)  (Year)

OR

- If the original registration for this work was made in unpublished form, give
  DATE OF REGISTRATION
  (Month)  (Day)  (Year)

2021MARVEL-0006455

| RE 599 652 | EXAMINED BY ___ KKS<br>CHECKED BY ✓ | RENEWAL APPLICATION RECEIVED<br>DEC 15 1992 | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |
|---|---|---|---|
| | DEPOSIT ACCOUNT<br>FUNDS USED ☐ | REMITTANCE NUMBER AND DATE | |

---

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON)

**⑤ Renewal for Group of Works**

**1**
- Title of Contribution:
- Title of Periodical: .......... Vol. ... No. ... Issue Date
- Date of Publication: (Month) (Day) (Year)  Registration Number:

**2**
- Title of Contribution:
- Title of Periodical: .......... Vol. ... No. ... Issue Date
- Date of Publication: (Month) (Day) (Year)  Registration Number:

**3**
- Title of Contribution:
- Title of Periodical: .......... Vol. ... No. ... Issue Date
- Date of Publication: (Month) (Day) (Year)  Registration Number:

**4**
- Title of Contribution:
- Title of Periodical: .......... Vol. ... No. ... Issue Date
- Date of Publication: (Month) (Day) (Year)  Registration Number:

**5**
- Title of Contribution:
- Title of Periodical: .......... Vol. ... No. ... Issue Date
- Date of Publication: (Month) (Day) (Year)  Registration Number:

**6**
- Title of Contribution:
- Title of Periodical: .......... Vol. ... No. ... Issue Date
- Date of Publication: (Month) (Day) (Year)  Registration Number:

**7**
- Title of Contribution:
- Title of Periodical: .......... Vol. ... No. ... Issue Date
- Date of Publication: (Month) (Day) (Year)  Registration Number:

---

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name **Marvel Entertainment Group, Inc.**

Account Number: **DA-059633**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: **Carol Platt, Marvel Ent. Group**
Address: **387 Park Avenue South**
**New York**　(City)　**NY**　(State)　**10016**　(ZIP)　Apt.

**⑥ Fee and Correspondence**

---

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant　☒ duly authorized agent of **Marvel Entertainment Group, Inc.**
(Name of renewal claimant)

of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) *Carol Platt*

Typed or printed name: **Carol G. Platt**

Date: _____

**⑦ Certification (Application must be signed)**

---

**Marvel Entertainment Group, Inc.**
(Name)

**387 Park Avenue South**
(Number Street and Apartment Number)

**New York, NY  10016**
(City)　(State)　(ZIP code)

**MAIL CERTIFICATE TO**

(Certificate will be mailed in window envelope)

**⑧ Address for Return of Certificate**

---

U S GOVERNMENT PRINTING OFFICE 1978—261-022-10

Steve Ditko

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America



| CLASS | REGISTRATION NO. |
|---|---|
| **B** | B   102931 |
|  | DO NOT WRITE HERE |

**FORM B**

This Is To Certify that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

_William L. Kraustein_
Register of Copyrights
United States of America



NOT VALID WITHOUT
COPYRIGHT OFFICE
IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name  VISTA PUBLICATIONS, INC.

Address  655 Madison Ave., N.Y.C. 10021

Name  .................................................................................

Address  ...............................................................................

**2. Title:** STRANGE TALES

(Title of periodical)

Vol. ____1____   No. ___122___   Date on copies ____July 1964____

**3. Citizenship of Author:**

Citizenship ___USA___                (Name of country)          Domiciled in U. S. A.    Yes ☐   No ☐

**4. Publication:**

(a) Date of Publication of This Issue:

4/3/64

(b) Place of Publication of This Issue:

USA

(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: ....................................

(b) Process Used: ............................................................

(c) Country of Manufacture: ....................................................

*Complete all applicable spaces on next page*

2021MARVEL-0006457

Steve Ditko

**6. Deposit account:**

**7. Send correspondence to:**

Name

Address

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

**8. Send certificate to:**

(Type or print name and address)

Name

Address

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
(Number and street)
NEW YORK 21, N. Y.

(City)          (Zone)          (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as pub-lished with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

> **NOTE:** It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| Application received |  |
| APR 13 1964 | **FOR COPYRIGHT OFFICE USE ONLY** |
| Two copies received APR 13 1964 | |
| Fee received | |

134763
2021MARVEL-0006458

# CERTIFICATE OF RENEWAL REGISTRATION

**FORM RE**

UNITED STATES COPYRIGHT OFFICE



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

| REGISTRATION NUMBER |
|---|
| RE    599 664 |

| EFFECTIVE DATE OF RENEWAL REGISTRATION |
|---|
| DEC 1 5 1992 |
| (Month)    (Day)    (Year) |

---

**DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY**

**①**
**Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

1
Name **Marvel Entertainment Group, Inc.**
Address **387 Park Avenue South, New York, NY  10016**
Claiming as **Proprietor of copyright in a composite work made for hire**
(Use appropriate statement from instructions)

2
Name
Address
Claiming as
(Use appropriate statement from instructions)

3
Name
Address
Claiming as
(Use appropriate statement from instructions)

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

**STRANGE TALES**



**RENEWABLE MATTER:**

**Entire work as originally copyrighted, including all portions thereof.**

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work **STRANGE TALES**

If a periodical or other serial, give  Vol. **1**    No. **123**    Issue Date **AUGUST 1964**

**③**
**Author(s)**

**AUTHOR(S) OF RENEWABLE MATTER:**

**VISTA PUBLICATIONS, INC.**

**④**
**Facts of Original Registration**

| ORIGINAL REGISTRATION NUMBER: | ORIGINAL COPYRIGHT CLAIMANT: |
|---|---|
| B 112132 | VISTA PUBLICATIONS, INC. |

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form.
give  DATE OF PUBLICATION **MAY 12 1964**
(Month) (Day) (Year)

OR

• If the original registration for this work was made in unpublished form.
give  DATE OF REGISTRATION
(Month) (Day) (Year)

2021MARVEL-0006459

RE    599 664

| EXAMINED BY | *KMF* | RENEWAL APPLICATION RECEIVED | | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|---|
| CHECKED BY | | DEC. 15. 1992 | | |
| DEPOSIT ACCOUNT FUNDS USED □ | | REMITTANCE NUMBER AND DATE | | |

## DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON)

**5** Renewal for Group of Works

**1**
Title of Contribution:
Title of Periodical:                                    Vol.         No.           Issue Date
Date of Publication:                                    Registration Number
(Month)    (Day)    (Year)

**2**
Title of Contribution:
Title of Periodical:                                    Vol.         No.           Issue Date
Date of Publication:                                    Registration Number
(Month)    (Day)    (Year)

**3**
Title of Contribution:
Title of Periodical:                                    Vol.         No.           Issue Date
Date of Publication:                                    Registration Number
(Month)    (Day)    (Year)

**4**
Title of Contribution:
Title of Periodical:                                    Vol.         No.           Issue Date
Date of Publication:                                    Registration Number
(Month)    (Day)    (Year)

**5**
Title of Contribution:
Title of Periodical:                                    Vol.         No.           Issue Date
Date of Publication:                                    Registration Number
(Month)    (Day)    (Year)

**6**
Title of Contribution:
Title of Periodical:                                    Vol.         No.           Issue Date
Date of Publication:                                    Registration Number
(Month)    (Day)    (Year)

**7**
Title of Contribution:
Title of Periodical:                                    Vol.         No.           Issue Date
Date of Publication:                                    Registration Number
(Month)    (Day)    (Year)

---

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name **Marvel Entertainment Group, Inc.**

Account Number:   **DA-059633**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name **Carol Platt, Marvel Ent. Group**

Address **387 Park Avenue South**

**New York**          **NY**          **10016**
(City)          (State)          (Apt.)          (ZIP)

**6** Fee and Correspondence

---

**CERTIFICATION:** I, the undersigned, hereby certify that I am the (Check one)

□ renewal claimant    ☒ duly authorized agent of **Marvel Entertainment Group, Inc.**
(Name of renewal claimant)

of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)    *Carol Platt*

Typed or printed name    **Carol G. Platt**

Date    *DEC 1 1992*

**7** Certification (Application must be signed)

---

**Marvel Entertainment Group, Inc.**
(Name)

**387 Park Avenue South**
(Number Street and Apartment Number)

**New York, NY  10016**
(City)          (State)          (ZIP code)

**MAIL CERTIFICATE TO**

(Certificate will be mailed in window envelope)

**8** Address for Return of Certificate

U S GOVERNMENT PRINTING OFFICE 1978—261-022-10

134764
2021MARVEL-0006460

Page 3

# Certificate
## Registration of a Claim to Copyright
### in a periodical manufactured in the United States of America



**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*

*Register of Copyrights*
*United States of America*

| CLASS | REGISTRATION NO. |
|-------|-----------------|
| **B** | B 112132 |
|       | DO NOT WRITE HERE |



NOT VALID WITHOUT
COPYRIGHT OFFICE
IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name ___ Vista Publications, Inc.

Address ___ 655 Madison Ave., N.Y.C. 10021

Name ___

Address ___

**2. Title:** ___ STRANGE TALES

(Title of periodical)

Vol. ___ 1 ___ No. 123 ___ Date on copies ___ August 1964

**3. Citizenship of Author:**

Citizenship ___ U.S.A. ___ Domiciled in U. S. A.   Yes ☐  No ☐

(Name of country)

**4. Publication:**

(a) Date of Publication of This Issue:

___ 5/12/64

(b) Place of Publication of This Issue:

___ U.S.A.

(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: ___

(b) Process Used: ___

(c) Country of Manufacture: ___

*Complete all applicable spaces on next page*

2021MARVEL-0006461

Steve Ditko

**6. Deposit account:**

**7. Send correspondence to:**

Name _____   Address _____

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

**8. Send certificate to:**

(Type or print name and address)

Name _____

MAGAZINE MANAGEMENT CO.

Address _____

655 MADISON AVENUE
(Number and street)

NEW YORK 21, N. Y.

(City)          (Zone)          (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|
| Application received MAY 19 1964 | |
| Two copies received MAY 19 1964 | |
| Fee received | |

134764

2021MARVEL-0006462

**FORM RE**
UNITED STATES COPYRIGHT OFFICE

# CERTIFICATE OF RENEWAL REGISTRATION



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

| REGISTRATION NUMBER |
|---|
| RE  599 689 |

EFFECTIVE DATE OF RENEWAL REGISTRATION
DEC 1 5 1992
(Month)    (Day)    (Year)

**DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY**

---

**(1)** **Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

1  Name  Marvel Entertainment Group, Inc.
Address  387 Park Avenue South, New York, NY  10016
Claiming as  Proprietor of copyright in a composite work made for hire
(Use appropriate statement from instructions)

2  Name
Address
Claiming as
(Use appropriate statement from instructions)

3  Name
Address
Claiming as
(Use appropriate statement from instructions)

---

**(2)**

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

STRANGE TALES

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**
Title of periodical or composite work  STRANGE TALES
If a periodical or other serial, give  Vol.  1    No.  124    Issue Date  SEPTEMBER 1964

**AUTHOR(S) OF RENEWABLE MATTER:**

**Author(s)**

VISTA PUBLICATIONS, INC.

---

**(4)** **Facts of Original Registration**

**ORIGINAL REGISTRATION NUMBER:**
B 127512

**ORIGINAL COPYRIGHT CLAIMANT:**
VISTA PUBLICATIONS, INC.

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form, give
DATE OF PUBLICATION  JUNE 9 1964
(Month)  (Day)  (Year)

OR

• If the original registration for this work was made in unpublished form, give
DATE OF REGISTRATION
(Month)  (Day)  (Year)

RE    599 689

| EXAMINED BY | | RENEWAL APPLICATION RECEIVED | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|
| CHECKED BY | | DEC. 15. 1992 | |
| DEPOSIT ACCOUNT FUNDS USED: ☐ | | REMITTANCE NUMBER AND DATE | |

## DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON)

5 Renewal for Group of Works

**1**
Title of Contribution:
Title of Periodical:                    Vol.      No.        Issue Date
Date of Publication:                    Registration Number
(Month)    (Day)    (Year)

**2**
Title of Contribution:
Title of Periodical:                    Vol.      No.        Issue Date
Date of Publication:                    Registration Number
(Month)    (Day)    (Year)

**3**
Title of Contribution:
Title of Periodical:                    Vol.      No.        Issue Date
Date of Publication:                    Registration Number
(Month)    (Day)    (Year)

**4**
Title of Contribution:
Title of Periodical:                    Vol.      No.        Issue Date
Date of Publication:                    Registration Number
(Month)    (Day)    (Year)

**5**
Title of Contribution:
Title of Periodical:                    Vol.      No.        Issue Date
Date of Publication:                    Registration Number
(Month)    (Day)    (Year)

**6**
Title of Contribution:
Title of Periodical:                    Vol.      No.        Issue Date
Date of Publication:                    Registration Number
(Month)    (Day)    (Year)

**7**
Title of Contribution:
Title of Periodical:                    Vol.      No.        Issue Date
Date of Publication:                    Registration Number
(Month)    (Day)    (Year)

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name Marvel Entertainment Group, Inc.
Account Number:   DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name Carol Platt, Marvel Ent. Group
Address 387 Park Avenue South
New York         NY        10016
(City)    (State)    (ZIP)

6 Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant     ☒ duly authorized agent of Marvel Entertainment Group, Inc.
                                                    (Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)    Carol Platt

Typed or printed name    Carol G. Platt

Date    DEC 14 1992

7 Certification (Application must be signed)

Marvel Entertainment Group, Inc.
(Name)
387 Park Avenue South
(Number Street and Apartment Number)
New York, NY 10016
(City)    (State)    (ZIP code)

**MAIL CERTIFICATE TO**
(Certificate will be mailed in window envelope)

8 Address for Return of Certificate

134766
2021MARVEL-0006464

Steve Ditko

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*

Register of Copyrights
United States of America



FORM B

| CLASS | REGISTRATION NO. |
|-------|------------------|
| **B** | B  127512 |
|       | DO NOT WRITE HERE |



NOT VALID WITHOUT
COPYRIGHT OFFICE
IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name ..... Vista Publications, Inc.

Address ..... 655 Madison Ave., N.Y. 10021

Name .....

Address .....

**2. Title:** ..... STRANGE TALES .....

(Title of periodical)

Vol. ..... 1 ..... No. ..... 124 ..... Date on copies ..... Sept., 1964 .....

**3. Citizenship of Author:**

Citizenship ..... U.S.A. ..... Domiciled in U. S. A.    Yes ☐   No ☐

(Name of country)

**4. Publication:**

**(a) Date of Publication of This Issue:**

6/9/64

**(b) Place of Publication of This Issue:**

..... U.S.A. .....

(Name of country)

**5. Manufacture Outside United States:**

**(a) Portion of the Manufacturing Done Abroad:** .....

**(b) Process Used:** .....

**(c) Country of Manufacture:** .....

*Complete all applicable spaces on next page*



2021MARVEL-0006465

6. Deposit account:

7. Send correspondence to:

Name _____    Address _____

8. Send certificate to:

(Type or
print         Name
name and
address)      Address

MAGAZINE MANAGEMENT CO.

655 MADISON AVENUE

NEW YORK 21, N. Y.

(Number and street)

(City)          (Zone)          (State)

## Information concerning copyright in periodicals

*When To Use Form B.*  Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?*  Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title.  The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office.  The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.*  There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole.  Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.*  The title of a periodical cannot be copyrighted.  Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published.  Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.*  Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.*  Produce the issue in copies by printing or other means of reproduction.  To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.*  The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.*  Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $4.  (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice.*  The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading.  It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication.  For example: © John Doe 1962.  Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection.  If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

FOR COPYRIGHT OFFICE USE ONLY

Application received
JUN 15 1964   JUL -9 1964

Two copies received
JUN 15 1964

Fee received

U. S. GOVERNMENT PRINTING OFFICE : 1962 O—636850          (July 1962—40,000)          Page 4

134766

2021MARVEL-0006466

Steve Ditko

# CERTIFICATE OF RENEWAL REGISTRATION

**FORM RE**

UNITED STATES COPYRIGHT OFFICE



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

| REGISTRATION NUMBER |
| --- |
| RE 599 680 |

| EFFECTIVE DATE OF RENEWAL REGISTRATION |
| --- |
| DEC 1 5 1992 |
| (Month)     (Day)     (Year) |

---

**DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY**

**(1) Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

1  Name  Marvel Entertainment Group, Inc.
   Address  387 Park Avenue South, New York, NY  10016
   Claiming as  Proprietor of copyright in a composite work made for hire
   (Use appropriate statement from instructions)

2  Name
   Address
   Claiming as
   (Use appropriate statement from instructions)

3  Name
   Address
   Claiming as
   (Use appropriate statement from instructions)

**(2) Work Renewed**

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

STRANGE TALES

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work:  STRANGE TALES

If a periodical or other serial, give  Vol  1   No.  125   Issue Date  OCTOBER 1964

**AUTHOR(S) OF RENEWABLE MATTER:**

VISTA PUBLICATIONS, INC.

**(4) Facts of Original Registration**

**ORIGINAL REGISTRATION NUMBER:**

B 121798

**ORIGINAL COPYRIGHT CLAIMANT:**

VISTA PUBLICATIONS, INC.

**ORIGINAL DATE OF COPYRIGHT:**

* If the original registration for this work was made in published form, give
  DATE OF PUBLICATION  JULY 9 1964
  (Month)   (Day)   (Year)

OR

* If the original registration for this work was made in unpublished form, give
  DATE OF REGISTRATION
  (Month)   (Day)   (Year)

2021MARVEL-0006467

| EXAMINED BY | *(signature)* | RENEWAL APPLICATION RECEIVED | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|
| CHECKED BY | | DEC 15 1992 | |
| DEPOSIT ACCOUNT FUNDS USED | ☐ | REMITTANCE NUMBER AND DATE | |

RE    599 680

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON)

**5** Renewal for Group of Works

**1**
Title of Contribution:
Title of Periodical: ................ Vol. ... No. ... Issue Date
Date of Publication: (Month) (Day) (Year) Registration Number: .....

**2**
Title of Contribution:
Title of Periodical: ................ Vol. ... No. ... Issue Date
Date of Publication: (Month) (Day) (Year) Registration Number: .....

**3**
Title of Contribution:
Title of Periodical: ................ Vol. No. Issue Date
Date of Publication: (Month) (Day) (Year) Registration Number:

**4**
Title of Contribution:
Title of Periodical: ................ Vol. No. Issue Date
Date of Publication: (Month) (Day) (Year) Registration Number:

**5**
Title of Contribution:
Title of Periodical: ................ Vol. ... No. Issue Date
Date of Publication: (Month) (Day) (Year) Registration Number:

**6**
Title of Contribution:
Title of Periodical: ................ Vol. ... No. Issue Date
Date of Publication: (Month) (Day) (Year) Registration Number:

**7**
Title of Contribution:
Title of Periodical: ................ Vol. No. Issue Date
Date of Publication: (Month) (Day) (Year) Registration Number:

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: Marvel Entertainment Group, Inc.
Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: Carol Platt, Marvel Ent. Group
Address: 387 Park Avenue South
New York     NY     10016
(City)     (State)     (ZIP)

**6** Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant     ☒ duly authorized agent of Marvel Entertainment Group, Inc.
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature (X) *Carol Platt*
Typed or printed name     Carol G. Platt
Date     DEC 14 1992

**7** Certification (Application must be signed)

Marvel Entertainment Group, Inc.
(Name)
387 Park Avenue South
(Number, Street and Apartment Number)
New York, NY  10016
(City)     (State)     (ZIP code)

**MAIL CERTIFICATE TO**
(Certificate will be mailed in window envelope)

**8** Address for Return of Certificate

U S GOVERNMENT PRINTING OFFICE 1978-261-022-10

134765
2021MARVEL-0006468

Steve Ditko

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America



| FORM B | |
|---|---|
| CLASS **B** | REGISTRATION NO. |
| | 121798 |
| | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*

Register of Copyrights
United States of America



NOT VALID WITHOUT
COPYRIGHT OFFICE
IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name ___ Vista Publications, Inc.

Address ___ 655 Madison Ave., N.Y. 10021

Name ___

Address ___

**2. Title:** STRANGE TALES

(Title of periodical)

Vol. ___ 1 ___ No. ___ 125 ___ Date on copies ___ Oct., 1964

**3. Citizenship of Author:**

Citizenship ___ USA ___ Domiciled in U. S. A.  Yes ☐  No ☐

(Name of country)

**4. Publication:**

(a) Date of Publication of This Issue:

7/9/64

(b) Place of Publication of This Issue:

USA

(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: ___

(b) Process Used: ___

(c) Country of Manufacture: ___

*Complete all applicable spaces on next page*

2021MARVEL-0006469

**6. Deposit account:**

----------------------------------------------------------------------------

**7. Send correspondence to:**

Name ---------------------------------------------------    **Address** ------------------------------------------------

**8. Send certificate to:**

(Type or print name and address)

Name -------------------------------------------------------------

**MAGAZINE MANAGEMENT CO.**
**655 MADISON AVENUE**
(Number and street)
**NEW YORK 21, N. Y.**

Address

(City)                (Zone)                **(State)**

## Information concerning copyright in periodicals

*When To Use Form B.*  Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?*  Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title.  The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office.  The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.*  There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole.  Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.*  The title of a periodical cannot be copyrighted.  Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published.  Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.*  Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.*  Produce the issue in copies by printing or other means of reproduction.  To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.*  The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.*  Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4.  (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice.*  The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading.  It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication.  For example: © John Doe 1962.  Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection.  If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received | |
| JUL 10 1964 | |
| Two copies received | |
| JUL 10 1964 | |
| Fee received | |

134765
2021MARVEL-0006470

**FORM RE**

# CERTIFICATE OF RENEWAL REGISTRATION

UNITED STATES COPYRIGHT OFFICE



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

*[signature]*

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

| REGISTRATION NUMBER |
| --- |
| RE    599 705 |

| EFFECTIVE DATE OF RENEWAL REGISTRATION |
| --- |
| DEC 1 5 1992 |
| (Month)    (Day)    (Year) |

---

**DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY**

**① Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

**1**
Name    Marvel Entertainment Group, Inc.
Address    387 Park Avenue South, New York, NY   10016
Claiming as    Proprietor of copyright in a composite work made for hire
(Use appropriate statement from instructions)

**2**
Name
Address
Claiming as
(Use appropriate statement from instructions)

**3**
Name
Address
Claiming as
(Use appropriate statement from instructions)

**② Work Renewed**

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

STRANGE TALES

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**
Title of periodical or composite work    STRANGE TALES
If a periodical or other serial give  Vol.  1    No.  126    Issue Date    NOVEMBER 1964

**AUTHOR(S) OF RENEWABLE MATTER:**

VISTA PUBLICATIONS, INC.

**④ Facts of Original Registration**

| ORIGINAL REGISTRATION NUMBER: | ORIGINAL COPYRIGHT CLAIMANT: |
| --- | --- |
| B 129014 | VISTA PUBLICATIONS, INC. |

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form. give    } OR {    • If the original registration for this work was made in unpublished form. give

DATE OF PUBLICATION    AUGUST 11 1964        DATE OF REGISTRATION
(Month)  (Day)  (Year)                (Month)  (Day)  (Year)

2021MARVEL-0006471

RE    599 705

| EXAMINED BY | RENEWAL APPLICATION RECEIVED |
| CHECKED BY | DEC. 15. 1992 |
| DEPOSIT ACCOUNT FUNDS USED ☐ | REMITTANCE NUMBER AND DATE |

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions). give full information about each contribution. If more space is needed. request continuation sheet (Form RE/CON)

**5**

**Renewal for Group of Works**

| | Title of Contribution: | |
| | Title of Periodical: | Vol. No. Issue Date |
| | Date of Publication: (Month) (Day) (Year) | Registration Number |

| 2 | Title of Contribution: | |
| | Title of Periodical: | Vol. No. Issue Date |
| | Date of Publication: (Month) (Day) (Year) | Registration Number |

| 3 | Title of Contribution: | |
| | Title of Periodical: | Vol. No. Issue Date |
| | Date of Publication: (Month) (Day) (Year) | Registration Number |

| 4 | Title of Contribution: | |
| | Title of Periodical: | Vol. No. Issue Date |
| | Date of Publication: (Month) (Day) (Year) | Registration Number |

| 5 | Title of Contribution: | |
| | Title of Periodical: | Vol. No. Issue Date |
| | Date of Publication: (Month) (Day) (Year) | Registration Number |

| 6 | Title of Contribution: | |
| | Title of Periodical: | Vol. No. Issue Date |
| | Date of Publication: (Month) (Day) (Year) | Registration Number |

| 7 | Title of Contribution: | |
| | Title of Periodical: | Vol. No. Issue Date |
| | Date of Publication: (Month) (Day) (Year) | Registration Number |

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name **Marvel Entertainment Group, Inc.**

Account Number: **DA-059633**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name **Carol Platt, Marvel Ent. Group**
Address **387 Park Avenue South**
**New York**     **NY**     **10016**
(City)     (State)     (Zip)

**6**

**Fee and Correspondence**

**CERTIFICATION:** I. the undersigned. hereby certify that I am the: (Check one)
☐ renewal claimant    ☒ duly authorized agent of **Marvel Entertainment Group, Inc.**
(Name of renewal claimant)
of the work identified in this application. and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)    _Carol Platt_

Typed or printed name    **Carol G. Platt**

Date    JUL 1992

**7**

**Certification (Application must be signed)**

**Marvel Entertainment Group, Inc.**
(Name)
**387 Park Avenue South**
(Number Street and Apartment Number)
**New York, NY 10016**
(City)    (State)    (ZIP code)

**MAIL CERTIFICATE TO**

(Certificate will be mailed in window envelope)

**8**

**Address for Return of Certificate**

U.S. GOVERNMENT PRINTING OFFICE 1978—261-022 10

Steve Ditko

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*

*Register of Copyrights*
*United States of America*

**FORM B**

| CLASS | REGISTRATION NO. |
|-------|------------------|
| **B** | B  129014 |
|       | DO NOT WRITE HERE |



NOT VALID WITHOUT
COPYRIGHT OFFICE
IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name ..... Vista Publications, Inc.

Address ..... 655 Madison Ave., New York, N.Y. 10021

Name .....

Address .....

**2. Title:** STRANGE TALES
(Title of periodical)

Vol. .....**1**..... No. .....**126**..... Date on copies ..... **November 1964**

**3. Citizenship of Author:**

Citizenship ..... **USA**
(Name of country)

Domiciled in U. S. A.    Yes ☐    No ☐

**4. Publication:**

(a) Date of Publication of This Issue:

..... **8/11/64**

(b) Place of Publication of This Issue:

..... **USA**
(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: .....

(b) Process Used: .....

(c) Country of Manufacture: .....

*Complete all applicable spaces on next page*

2021MARVEL-0006473

Steve Ditko

**6. Deposit account:**

---

**7. Send correspondence to:**

Name _____     Address _____

**8. Send certificate to:**

(Type or print name and address)

Name

~~MAGAZINE MANAGEMENT CO.~~

655 MADISON AVENUE

Address

~~NEW YORK 21, N. Y.~~

(Number and street)

| (City) | (Zone) | (State) |

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

**NOTE:** It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

**FOR COPYRIGHT OFFICE USE ONLY**

Application received

AUG 11 1964

Two copies received

AUG 11 1964

Fee received

134767

2021MARVEL-0006474

# CERTIFICATE OF RENEWAL REGISTRATION

**FORM RE**

UNITED STATES COPYRIGHT OFFICE



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

| REGISTRATION NUMBER |
| --- |
| RE 599 720 |

| EFFECTIVE DATE OF RENEWAL REGISTRATION |
| --- |
| DEC 15 1992 |
| (Month) (Day) (Year) |

---

**DO NOT WRITE ABOVE THIS LINE.   FOR COPYRIGHT OFFICE USE ONLY**

---

**①**
**Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

**1**
Name **Marvel Entertainment Group, Inc.**
Address **387 Park Avenue South, New York, NY  10016**
Claiming as **Proprietor of copyright in a composite work made for hire**
(Use appropriate statement from instructions)

**2**
Name
Address
Claiming as
(Use appropriate statement from instructions)

**3**
Name
Address
Claiming as
(Use appropriate statement from instructions)

---

**②**

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

**STRANGE TALES**

**RENEWABLE MATTER:**

**Entire work as originally copyrighted, including all portions thereof.**

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work. **STRANGE TALES**

If a periodical or other serial, give  Vol. **1**    No. **127**    Issue Date   **DECEMBER 1964**

**AUTHOR(S) OF RENEWABLE MATTER:**

**Author(s)**

**VISTA PUBLICATIONS, INC.**

*(vertical barcode)* 054582373   *054582373*

---

**④**
**Facts of Original Registration**

| ORIGINAL REGISTRATION NUMBER: | ORIGINAL COPYRIGHT CLAIMANT: |
| --- | --- |
| B 136445 | VISTA PUBLICATIONS, INC. |

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form, give

DATE OF PUBLICATION **SEPTEMBER 8 1964**
(Month) (Day) (Year)

OR

• If the original registration for this work was made in unpublished form, give

DATE OF REGISTRATION
(Month) (Day) (Year)

2021MARVEL-0006475

RE    599 720

<table>
<tr><td>EXAMINED BY</td><td colspan="2">RENEWAL APPLICATION RECEIVED</td><td rowspan="3">FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY</td></tr>
<tr><td>CHECKED BY</td><td colspan="2">DEC 15. 1992</td></tr>
<tr><td>DEPOSIT ACCOUNT<br>FUNDS USED ☐</td><td colspan="2">REMITTANCE NUMBER AND DATE</td></tr>
</table>

## DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON)

**5** Renewal for Group of Works

**1**
Title of Contribution:
Title of Periodical: ............................ Vol. ..... No. ..... Issue Date ..........
Date of Publication: ..................... Registration Number:
(Month) (Day) (Year)

**2**
Title of Contribution: .....................
Title of Periodical: ............................ Vol. ..... No. ..... Issue Date
Date of Publication: ................. Registration Number:
(Month) (Day) (Year)

**3**
Title of Contribution: ........................
Title of Periodical: ........................ Vol. ..... No. ..... Issue Date .....
Date of Publication: ...................... Registration Number: ...........
(Month) (Day) (Year)

**4**
Title of Contribution: ........................
Title of Periodical: ....................... Vol. ..... No. ..... Issue Date
Date of Publication: ...................... Registration Number: .....
(Month) (Day) (Year)

**5**
Title of Contribution: ........................
Title of Periodical: ........................ Vol. ..... No. ..... Issue Date .
Date of Publication: ...................... Registration Number:
(Month) (Day) (Year)

**6**
Title of Contribution: ......... . .....
Title of Periodical: ................ Vol. ..... No. ..... Issue Date .....
Date of Publication: ................... Registration Number .....
(Month) (Day) (Year)

**7**
Title of Contribution: ........................
Title of Periodical: ....................... Vol. ..... No. ..... Issue Date .....
Date of Publication: ...................... Registration Number: .....
(Month) (Day) (Year)

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: **Marvel Entertainment Group, Inc.**

Account Number: **DA-059633**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: **Carol Platt, Marvel Ent. Group**
(Name of renewal claimant)
Address: **387 Park Avenue South**
**New York        NY        10016**
(City)        (State)        (ZIP)

**6** Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant  ☒ duly authorized agent of **Marvel Entertainment Group, Inc.**
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) _Carol Platt_

Typed or printed name: **Carol G. Platt**

Date  DEC 14 _____

**7** Certification (Application must be signed)

**Marvel Entertainment Group, Inc.**
(Name)

**387 Park Avenue South**
(Number, Street and Apartment Number)

**New York, NY  10016**
(City)        (State)        (ZIP code)

**MAIL CERTIFICATE TO**

(Certificate will be mailed in window envelope)

**8** Address for Return of Certificate

U.S GOVERNMENT PRINTING OFFICE: 1978—261-022-10

Apr 1978—500.000

131768
2021MARVEL-0006476

Steve Ditko

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

**FORM B**

| CLASS | REGISTRATION NO. |
|-------|------------------|
| **B** | B   136445 |
|       | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*

*Register of Copyrights*
*United States of America*

**1. Copyright Claimant(s) and Address(es):**

Name ...... **Vista Publications, Inc.**

Address ...... **655 Madison Ave., New York, N.Y. 10021**

Name ......

Address ......

**2. Title:** **STRANGE TALES**
(Title of periodical)

Vol. ...... **1** ...... No. **127** ...... Date on copies ...... **Dec., 1964**

**3. Citizenship of Author:**

Citizenship ...... **USA** ...... Domiciled in U. S. A.   Yes ☐   No ☐
(Name of country)

**4. Publication:**

(a) Date of Publication of This Issue:

...... **9/8/64**

(b) Place of Publication of This Issue:

**USA**
(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: ......

(b) Process Used: ......

(c) Country of Manufacture: ......

*Complete all applicable spaces on next page*

Steve Ditko

**6. Deposit account:**

---

**7. Send correspondence to:**

Name _____ Address _____

**8. Send certificate to:**

(Type or
print
name and
address)

Name _____

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

Address _____
(Number and street)

(City)          (Zone)          (State)

## Information concerning copyright in periodicals

*When To Use Form B.*  Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?*  Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title.  The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office.  The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.*  There is no such thing as a "blanket" copyright which would protect the general idea or

format of a periodical, or a series of issues as a whole.  Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.*  The title of a periodical cannot be copyrighted.  Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published.  Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.*  Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.*  Produce the issue in copies by printing or other means of reproduction.  To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.*  The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.*  Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $4.  (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:*  The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading.  It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication.  For example: © John Doe 1962.  Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection.  If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|
| **Application received** <br> SEP 17 1964 | |
| **Two copies received** <br> SEP 17 1964 | |
| **Fee received** | |

134762
2021MARVEL-0006478

Steve Ditko



# CERTIFICATE OF RENEWAL REGISTRATION

**FORM RE**

UNITED STATES COPYRIGHT OFFICE



UNITED STATES COPYRIGHT OFFICE · THE LIBRARY OF CONGRESS

OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

**REGISTER OF COPYRIGHTS**
*United States of America*

| REGISTRATION NUMBER |
|---|
| RE  599 733 |

| EFFECTIVE DATE OF RENEWAL REGISTRATION |
|---|
| DEC 1 5 1992 |
| (Month)   (Day)   (Year) |

---

**DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY**

---

**① Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

1  Name   Marvel Entertainment Group, Inc.
Address  387 Park Avenue South, New York, NY  10016
Claiming as  Proprietor of copyright in a composite work made for hire
(Use appropriate statement from instructions)

2  Name
Address
Claiming as
(Use appropriate statement from instructions)

3  Name
Address
Claiming as
(Use appropriate statement from instructions)

---

**② TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

STRANGE TALES

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work:  STRANGE TALES
If a periodical or other serial, give  Vol  1   No  128   Issue Date   JANUARY 1965

**AUTHOR(S) OF RENEWABLE MATTER:**

Author(s)

VISTA PUBLICATIONS, INC.

---

**④ Facts of Original Registration**

| ORIGINAL REGISTRATION NUMBER: | ORIGINAL COPYRIGHT CLAIMANT: |
|---|---|
| B 140634 | VISTA PUBLICATIONS, INC. |

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form, give

DATE OF PUBLICATION  OCTOBER 8 1964
(Month)   (Day)   (Year)

OR

• If the original registration for this work was made in unpublished form, give

DATE OF REGISTRATION
(Month)   (Day)   (Year)

2021MARVEL-0006479

| | | EXAMINED BY | RENEWAL APPLICATION RECEIVED | | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|---|---|
| RE | 599 733 | CHECKED BY | DEC 15 1992 | | |
| | | DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE | | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**5**
Renewal for Group of Works

**1**
Title of Contribution:
Title of Periodical: Vol. No. Issue Date
Date of Publication: (Month) (Day) (Year) Registration Number:

**2**
Title of Contribution:
Title of Periodical: Vol. No. Issue Date
Date of Publication: (Month) (Day) (Year) Registration Number:

**3**
Title of Contribution:
Title of Periodical: Vol. No. Issue Date
Date of Publication: (Month) (Day) (Year) Registration Number:

**4**
Title of Contribution:
Title of Periodical: Vol. No. Issue Date
Date of Publication: (Month) (Day) (Year) Registration Number:

**5**
Title of Contribution:
Title of Periodical: Vol. No. Issue Date
Date of Publication: (Month) (Day) (Year) Registration Number

**6**
Title of Contribution:
Title of Periodical: Vol. No. Issue Date
Date of Publication (Month) (Day) (Year) Registration Number:

**7**
Title of Contribution:
Title of Periodical: Vol. No. Issue Date
Date of Publication: (Month) (Day) (Year) Registration Number:

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: **Marvel** Entertainment Group, Inc.
Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: Carol Platt, Marvel Ent. Group
Address: 387 Park Avenue South
New York NY 10016
(City) (State) (ZIP)

**6**
Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the (Check one)
☐ renewal claimant ☒ duly authorized agent of **Marvel Entertainment Group, Inc.**
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature (X) *Carol Platt*
Typed or printed name Carol G. Platt
Date DEC 1 4 1992

**7**
Certification
(Application must be signed)

Marvel Entertainment Group, Inc.
(Name)
387 Park Avenue South
(Number, Street and Apartment Number)
New York, NY 10016
(City) (State) (ZIP code)

**MAIL CERTIFICATE TO**

(Certificate will be mailed in window envelope)

**8**
Address for Return of Certificate

134769
2021MARVEL-0006480

Steve Ditko

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

**FORM B**

CLASS **B**

REGISTRATION NO.

B **140664**

*140.634*

DO NOT WRITE HERE

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



*Abraham L. Kaminstein*

Register of Copyrights
United States of America



NOT VALID WITHOUT
COPYRIGHT OFFICE
IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name _____ **Vista Publications, Inc.** _____

Address _____ **625 Madison Ave.** _____

Name _____ **New York, N.Y. 10022** _____

Address _____

**2. Title:** _____ **STRANGE TALES** _____

(Title of periodical)

Vol. _____ **1** _____ No. _____ **128** _____ Date on copies _____ **Jan. 1965** _____

**3. Citizenship of Author:**

Citizenship _____ **USA** _____ Domiciled in U. S. A.    Yes ☐    No ☐

(Name of country)

**4. Publication:**

(a) Date of Publication of This Issue:

_____ **10/8/84** _____

(b) Place of Publication of This Issue:

_____ **USA** _____

(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: _____

(b) Process Used: _____

(c) Country of Manufacture: _____

*Complete all applicable spaces on next page*

Steve Ditko

**6. Deposit account:**

**7. Send correspondence to:**

Name _____    Address _____

**8. Send certificate to:**

(Type or
print        Name
name and
address)    Address

MAGAZINE MANAGEMENT CO.
625 MADISON AVENUE
NEW YORK, N. Y. 10022

(City)                (Zone)            (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

**FOR COPYRIGHT OFFICE USE ONLY**

Application received
OCT 12 1964

Two copies received
OCT 12 1964

Fee received

134769
2021MARVEL-0006482

# CERTIFICATE OF RENEWAL REGISTRATION

**FORM RE**

UNITED STATES COPYRIGHT OFFICE



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

| REGISTRATION NUMBER | |
|---|---|
| RE | 599 745 |

EFFECTIVE DATE OF RENEWAL REGISTRATION

DEC 1 5 1992

(Month)  (Day)  (Year)

---

**DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY**

**① Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

1  Name **Marvel Entertainment Group, Inc.**
   Address **387 Park Avenue South, New York, NY  10016**
   Claiming as **Proprietor of copyright in a composite work made for hire**
   (Use appropriate statement from instructions)

2  Name
   Address
   Claiming as
   (Use appropriate statement from instructions)

3  Name
   Address
   Claiming as
   (Use appropriate statement from instructions)

**②**

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

**STRANGE TALES**

**RENEWABLE MATTER:**

**Entire work as originally copyrighted, including all portions thereof.**

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work: **STRANGE TALES**
If a periodical or other serial, give  Vol. **1**  No. **129**  Issue Date **FEBRUARY 1965**

**AUTHOR(S) OF RENEWABLE MATTER:**

**Author(s)**  **VISTA PUBLICATIONS, INC.**

**④ Facts of Original Registration**

| ORIGINAL REGISTRATION NUMBER: | ORIGINAL COPYRIGHT CLAIMANT: |
|---|---|
| B 147181 | VISTA PUBLICATIONS, INC. |

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form, give

DATE OF PUBLICATION **NOVEMBER 10 1964**
(Month) (Day) (Year)

OR

• If the original registration for this work was made in unpublished form, give

DATE OF REGISTRATION
(Month) (Day) (Year)

2021MARVEL-0006483

Steve Ditko

| RE 599 745 | EXAMINED BY | RENEWAL APPLICATION RECEIVED | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|
| | CHECKED BY | DEC. 15.1992 | |
| | DEPOSIT ACCOUNT FUNDS USED ☐ | REMITTANCE NUMBER AND DATE | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**5** Renewal for Group of Works

**1**
Title of Contribution: ....................
Title of Periodical: ............ Vol. ... No. ... Issue Date
Date of Publication: ....................
(Month) (Day) (Year) Registration Number: ...

**2**
Title of Contribution: ....................
Title of Periodical: ............ Vol. ... No. ... Issue Date
Date of Publication: ....................
(Month) (Day) (Year) Registration Number: ...

**3**
Title of Contribution: ....................
Title of Periodical: ............ Vol. ... No. ... Issue Date
Date of Publication: ....................
(Month) (Day) (Year) Registration Number: ...

**4**
Title of Contribution: ....................
Title of Periodical: ............ Vol. ... No. ... Issue Date
Date of Publication: ....................
(Month) (Day) (Year) Registration Number: ...

**5**
Title of Contribution: ....................
Title of Periodical: ............ Vol. ... No. ... Issue Date
Date of Publication: ....................
(Month) (Day) (Year) Registration Number: ...

**6**
Title of Contribution: ....................
Title of Periodical: ............ Vol. ... No. ... Issue Date
Date of Publication: ....................
(Month) (Day) (Year) Registration Number: ...

**7**
Title of Contribution: ....................
Title of Periodical: ............ Vol. ... No. ... Issue Date
Date of Publication: ....................
(Month) (Day) (Year) Registration Number: ...

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: Marvel Entertainment Group, Inc.
Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: Carol Platt, Marvel Ent. Group
Address: 387 Park Avenue South
New York (City) NY (State) 10016 (ZIP)

**6** Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the (Check one)

☐ renewal claimant   ☒ duly authorized agent of: Marvel Entertainment Group, Inc.
(Name of renewal claimant)

of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature: (X)  *Carol Platt*

Typed or printed name: Carol G. Platt

Date: DEC 1 4 1992

**7** Certification (Application must be signed)

Marvel Entertainment Group, Inc.
(Name)

387 Park Avenue South
(Number Street and Apartment Number)

New York, NY 10016
(City) (State) (ZIP code)

**MAIL CERTIFICATE TO**

(Certificate will be mailed in window envelope)

**8** Address for Return of Certificate

U S GOVERNMENT PRINTING OFFICE 1978—261-022-10

134770
2021MARVEL-0006484

Steve Ditko

Page 3

# Certificate
## Registration of a Claim to Copyright
### in a periodical manufactured in the United States of America



| | FORM B |
|---|---|
| CLASS **B** | REGISTRATION NO. |
| | B   147181 |
| | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*~~~~ L. Kaminstein*



NOT VALID WITHOUT COPYRIGHT OFFICE IMPRESSION SEAL

Register of Copyrights
United States of America

**1. Copyright Claimant(s) and Address(es):**

Name ~~Vista Publications, Inc.~~

Address   625 Madison Ave., New York, N.Y. 10022

Name

Address

**2. Title:** STRANGE TALES

(Title of periodical)

Vol. **1**  No. **129**  Date on copies   **Feb., 1965**

**3. Citizenship of Author:**

Citizenship **USA**

(Name of country)     Domiciled in U. S. A.   Yes ☐  No ☐

**4. Publication:**

(a) Date of Publication of This Issue:

**11/10/64**

(b) Place of Publication of This Issue:

**USA**

(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad:

(b) Process Used:

(c) Country of Manufacture:

*Complete all applicable spaces on next page*

2021MARVEL-0006485

Steve Ditko

**6. Deposit account:**

----

**7. Send correspondence to:**

Name _____    **Address** _____

**8. Send certificate to:**

(Type or
print        Name
name and
address)    Address

MAGAZINE MANAGEMENT CO.
625 MADISON AVENUE
NEW YORK, N. Y. 10022

(Number and street)

(City)                (Zone)              (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

**NOTE:** It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|
| Application received  NOV 16 1964 | |
| Two copies received  NOV 16 1964 | |
| Fee received | |

134770
2021MARVEL-0006486

# CERTIFICATE OF RENEWAL REGISTRATION

**FORM RE**
UNITED STATES COPYRIGHT OFFICE



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

| REGISTRATION NUMBER |
|---|
| RE   599 763 |

| EFFECTIVE DATE OF RENEWAL REGISTRATION |
|---|
| DEC 15 1992 |
| (Month)   (Day)   (Year) |

---

**DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY**

**(1) Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

1
Name   Marvel Entertainment Group, Inc.
Address   387 Park Avenue South, New York, NY  10016
Claiming as   Proprietor of copyright in a composite work made for hire
(Use appropriate statement from instructions)

2
Name
Address
Claiming as
(Use appropriate statement from instructions)

3
Name
Address
Claiming as
(Use appropriate statement from instructions)

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

STRANGE TALES

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work.   STRANGE TALES
If a periodical or other serial, give  Vol   1    No.   130    Issue Date   MARCH 1965

**(3) Author(s)**

**AUTHOR(S) OF RENEWABLE MATTER:**

VISTA PUBLICATIONS, INC.

**(4) Facts of Original Registration**

| ORIGINAL REGISTRATION NUMBER: | ORIGINAL COPYRIGHT CLAIMANT: |
|---|---|
| B 157772 | VISTA PUBLICATIONS, INC. |

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form, give

DATE OF PUBLICATION   DECEMBER 10 1964
(Month)   (Day)   (Year)

OR

• If the original registration for this work was made in unpublished form, give

DATE OF REGISTRATION
(Month)   (Day)   (Year)

2021MARVEL-0006487

| | EXAMINED BY | RENEWAL APPLICATION RECEIVED | FOR |
|---|---|---|---|
| | CHECKED BY: | DEC. 15. 1992 | COPYRIGHT |
| RE 599 763 | DEPOSIT ACCOUNT FUNDS USED ☐ | REMITTANCE NUMBER AND DATE | OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions). give full information about each contribution. If more space is needed. request continuation sheet (Form RE/CON)

**5**
**Renewal for Group of Works**

**1**
Title of Contribution: . . . . . . . . . . . .
Title of Periodical: . . . . . . . . . . . . . . . . . . . . . . Vol . . . . No . . . . . Issue Date . . . . .
Date of Publication: . . . . . . . . . . . . . . . . . . Registration Number: . . . . . . . . . . .
(Month)        (Day)        (Year)

**2**
Title of Contribution: . . . . . . . . . . . .
Title of Periodical: . . . . . . . . . . . . . . . . . . . . . . Vol . . . . No . . . . . Issue Date . . . . .
Date of Publication: . . . . . . . . . . . . . . . . . . Registration Number: . . . . . . . . . . .
(Month)        (Day)        (Year)

**3**
Title of Contribution: . . . . . . . . . . . .
Title of Periodical: . . . . . . . . . . . . . . . . . . . . . . Vol . . . . No . . . . . Issue Date . . . . .
Date of Publication: . . . . . . . . . . . . . . . . . . Registration Number: . . . . . . . . . . .
(Month)        (Day)        (Year)

**4**
Title of Contribution: . . . . . . . . . . . .
Title of Periodical: . . . . . . . . . . . . . . . . . . . . . . Vol . . . . No . . . . . Issue Date . . . . .
Date of Publication: . . . . . . . . . . . . . . . . . . Registration Number: . . . . . . . . . . .
(Month)        (Day)        (Year)

**5**
Title of Contribution: . . . . . . . . . . . .
Title of Periodical: . . . . . . . . . . . . . . . . . . . . . . Vol . . . . No . . . . . Issue Date . . . . .
Date of Publication: . . . . . . . . . . . . . . . . . . Registration Number: . . . . . . . . . . .
(Month)        (Day)        (Year)

**6**
Title of Contribution: . . . . . . . . . . . .
Title of Periodical: . . . . . . . . . . . . . . . . . . . . . . Vol . . . . No . . . . . Issue Date . . . . .
Date of Publication: . . . . . . . . . . . . . . . . . . Registration Number: . . . . . . . . . . .
(Month)        (Day)        (Year)

**7**
Title of Contribution: . . . . . . . . . . . .
Title of Periodical: . . . . . . . . . . . . . . . . . . . . . . Vol . . . . No . . . . . Issue Date . . . . .
Date of Publication: . . . . . . . . . . . . . . . . . . Registration Number: . . . . . . . . . . .
(Month)        (Day)        (Year)

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office. give name and number of Account.)

Name: **Marvel Entertainment Group, Inc.**

Account Number: **DA-059633**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: **Carol Platt, Marvel Ent. Group**
Address: **387 Park Avenue South**
**New York          NY          10016**
(City)        (State)        (ZIP)

**6**
**Fee and Correspondence**

**CERTIFICATION:** I. the undersigned. hereby certify that I am the: (Check one)
☐ renewal claimant        ☒ duly authorized agent of **Marvel Entertainment Group, Inc.**
(Name of renewal claimant)
of the work identified in this application. and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) Carol Platt

Typed or printed name        Carol G. Platt

Date

**7**
**Certification (Application must be signed)**

**MAIL CERTIFICATE TO**

Marvel Entertainment Group, Inc.
(Name)
387 Park Avenue South
(Number Street and Apartment Number)
New York, NY 10016
(City)        (State)        (ZIP code)

(Certificate will be mailed in window envelope)

**8**
**Address for Return of Certificate**

U S GOVERNMENT PRINTING OFFICE 1978—261-022 10

134771

2021MARVEL-0006488

Steve Ditko

Page 3

# Certificate
## Registration of a Claim to Copyright
### in a periodical manufactured in the United States of America

**FORM B**

| CLASS | REGISTRATION NO. |
|-------|------------------|
| **B** | Ḃ  **157772** |
| | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



ABRAHAM L. KAMINSTEIN

*Register of Copyrights*
*United States of America*



NOT VALID WITHOUT
COPYRIGHT OFFICE
IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name ...... **Vista Publications, Inc.** ......

Address ...... **625 Madison Ave., New York, N.Y. 10022** ......

Name ......

Address ......

**2. Title:** ...... **STRANGE TALES** ......
(Title of periodical)

Vol. ...... **1** ...... No. ...... **130** ...... Date on copies ...... **March 1965** ......

**3. Citizenship of Author:**

Citizenship ...... **USA** ...... Domiciled in U. S. A.    Yes ☐   No ☐
(Name of country)

**4. Publication:**

(a) Date of Publication of This Issue:

...... **12/10/64** ......

(b) Place of Publication of This Issue:

...... **USA** ......
(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: ......

(b) Process Used: ......

(c) Country of Manufacture: ......

*Complete all applicable spaces on next page*

**6. Deposit account:**

---

**7. Send correspondence to:**

Name _____ Address _____

**8. Send certificate to:**

(Type or print name and address)

Name

MAGAZINE MANAGEMENT CO.

625 MADISON AVENUE

NEW YORK, N. Y. 10022

Address

(City)          (Zone)          (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received | |
| DEC 1 4 1964 | |
| Two copies received | |
| DEC 1 4 1964 | |
| Fee received | |

U.S. GOVERNMENT PRINTING OFFICE : 1962 O—636680          (July 1962—40,000)          *Page 4*

134771
2021MARVEL-0006490

Steve Ditko

# CERTIFICATE OF REGISTRATION

**FORM RE**

UNITED STATES COPYRIGHT OFFICE



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Barbara Ringer*

ACTING REGISTER OF COPYRIGHTS

~~United States of America~~

OFFICIAL SEAL



RE 645-187

EFFECTIVE DATE OF RENEWAL REGISTRATION

NOV 1 7 1993

(Month)        (Day)        (Year)

---

DO NOT WRITE ABOVE THIS LINE.   FOR COPYRIGHT OFFICE USE ONLY

**① RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

**1**
Name MARVEL ENTERTAINMENT GROUP, INC.
Address 387 Park Avenue South, New York, NY   10016
Claiming as Proprietor of copyright in a composite work made for hire
(Use appropriate statement from instructions)

**2**
Name ......................................
Address ......................................
Claiming as ......................................
(Use appropriate statement from instructions)

**3**
Name ......................................
Address ......................................
Claiming as ......................................
(Use appropriate statement from instructions)

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

STRANGE TALES

**RENEWABLE MATTER:**
Entire work as originally copyrighted, including all portions thereof

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**
Title of periodical or composite work: .......... 1 .......... 131 ....... Issue Date ....... APRIL 1965
If a periodical or other serial, give: Vol .............. No. .......... Issue Date ..........

**② AUTHOR(S) OF RENEWABLE MATTER:**

VISTA PUBLICATIONS, INC.

**③ ORIGINAL REGISTRATION NUMBER:**
B 162016

**ORIGINAL COPYRIGHT CLAIMANT:**

VISTA PUBLICATIONS, INC.

**ORIGINAL DATE OF COPYRIGHT:**
• If the original registration for this work was made in published form, give:
DATE OF PUBLICATION: JANUARY 12 1965
(Month)   (Day)   (Year)

OR

• If the original registration for this work was made in unpublished form, give:
DATE OF REGISTRATION: ..........
(Month)   (Day)   (Year)

2021MARVEL-0006491

| | | EXAMINED BY | RENEWAL APPLICATION RECEIVED | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|---|
| | | CHECKED BY | NOV 17 1993 | |
| | | CORRESPONDENCE ☐ Yes | REMITTANCE NUMBER AND DATE | |
| | | DEPOSIT ACCOUNT FUNDS USED ☐ | | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE_CON)

⑤ Renewal for Group of Works

**1**
Title of Contribution:
Title of Periodical: Vol. No. Issue Date
Date of Publication: (Month) (Day) (Year) Registration Number

**2**
Title of Contribution:
Title of Periodical: Vol. No. Issue Date
Date of Publication: (Month) (Day) (Year) Registration Number

**3**
Title of Contribution:
Title of Periodical: Vol No Issue Date
Date of Publication: (Month) (Day) (Year) Registration Number

**4**
Title of Contribution:
Title of Periodical: Vol. No. Issue Date
Date of Publication: (Month) (Day) (Year) Registration Number

**5**
Title of Contribution:
Title of Periodical: Vol No. Issue Date
Date of Publication: (Month) (Day) (Year) Registration Number

**6**
Title of Contribution:
Title of Periodical: Vol. No. Issue Date
Date of Publication: (Month) (Day) (Year) Registration Number

**7**
Title of Contribution:
Title of Periodical: Vol. No. Issue Date
Date of Publication: (Month) (Day) (Year) Registration Number

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name Marvel Entertainment Group, INC.
Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name CAROL PLATT, Marvel ent.Group
Address 387 Park Avenue South (Apt)
New York NY 10016
(City) (State) (ZIP)

⑥ Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant ■ duly authorized agent of: Marvel Entertainment Group, INC.
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) Carol Platt
Typed or printed name: Carol G. Platt
Date:

⑦ Certification (Application must be signed)

MARVEL ENTERTAINMENT GROUP, INC.
(Name)
387 Park Avenue South
(Number, Street and Apartment Number)
NEW YORK NY 10016
(City) (State) (ZIP code)

**MAIL CERTIFICATE TO**
(Certificate will be mailed in window envelope)

⑧ Address for Return of Certificate

134772

☆U.S. GOVERNMENT PRINTING OFFICE: 1989—262-308.8

Steve Ditko

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

**FORM B**

| CLASS | REGISTRATION NO. |
|-------|------------------|
| **B** | B   162016 |
|       | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



*Register of Copyrights*
*United States of America*

**NOT VALID WITHOUT COPYRIGHT OFFICE IMPRESSION SEAL**

**1. Copyright Claimant(s) and Address(es):**

Name ........ Vista Publications, Inc.

Address ........ 625 Madison Ave., New York, N.Y. 10022

Name ........

Address ........

**2. Title:** ........ STRANGE TALES

(Title of periodical)

Vol. ........ 1 ... No. ........ 131 ... Date on copies ........ April 1965

**3. Citizenship of Author:**

Citizenship ........ USA

(Name of country)

Domiciled in U. S. A.   Yes ☐   No ☐

**4. Publication:**

(a) Date of Publication of This Issue:

........ 1/12/65

(b) Place of Publication of This Issue:

........ USA

(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: ........

(b) Process Used: ........

(c) Country of Manufacture: ........

*Complete all applicable spaces on next page*

E

2021MARVEL-0006493

**6. Deposit account:**

--------------------------------------------------------------------------------

**7. Send correspondence to:**

Name _____    Address _____

**8. Send certificate to:**

(Type or print name and address)

Name
--------------------------------------------------------------------------------
MAGAZINE MANAGEMENT CO.
--------------------------------------------------------------------------------
Address
625 MADISON AVENUE
--------------------------------------------------------------------------------
NEW YORK, N. Y. 10022
-----------(City)--------------------(Zone)----------------(State)--------

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received | |
| JAN 13 1965 | |
| Two copies received | |
| JAN 13 1965 | |
| Fee received | |

# CERTIFICATE OF REGISTRATION

**FORM RE**

UNITED STATES COPYRIGHT OFFICE



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Barbara Ringer*

ACTING REGISTER OF COPYRIGHTS

*United States of America*

OFFICIAL SEAL



RE 645-208

**EFFECTIVE DATE OF RENEWAL REGISTRATION**

NOV 1 7 1993
(Month)        (Day)        (Year)

---

**DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY**

---

**(1)** Renewal Claimant(s)

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions)**

**1**
Name MARVEL ENTERTAINMENT GROUP, INC.
Address 387 Park Avenue South, New York, NY    10016
Claiming as Proprietor of copyright in a composite work made for hire
*(Use appropriate statement from instructions)*

**2**
Name
Address
Claiming as
*(Use appropriate statement from instructions)*

**3**
Name
Address
Claiming as
*(Use appropriate statement from instructions)*

---

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

STRANGE TALES

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work: 1        132        MAY 1965

If a periodical or other serial, give: Vol.                No.                Issue Date

---

**(3)** Author(s)

**AUTHOR(S) OF RENEWABLE MATTER:**

VISTA PUBLICATIONS, INC.

---

**(4)** Facts of Original Registration

**ORIGINAL REGISTRATION NUMBER:**

B 167564

**ORIGINAL COPYRIGHT CLAIMANT:**

VISTA PUBLICATIONS, INC.

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form, give:

FEBRUARY 11 1965    OR

DATE OF PUBLICATION:
(Month)    (Day)    (Year)

• If the original registration for this work was made in unpublished form, give:

DATE OF REGISTRATION:
(Month)    (Day)    (Year)

2021MARVEL-0006495

| EXAMINED BY | | | |
|---|---|---|---|
| CHECKED BY | | RENEWAL APPLICATION RECEIVED | |
| CORRESPONDENCE | | NOV 17 1993 | FOR COPYRIGHT OFFICE USE ONLY |
| ☐ Yes | | REMITTANCE NUMBER AND DATE: | |
| DEPOSIT ACCOUNT FUNDS USED ☐ | | | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE CON).

**⑤ Renewal for Group of Works**

| 1 | Title of Contribution: | | |
| | Title of Periodical: | Vol | No | Issue Date |
| | Date of Publication: (Month) (Day) (Year) | Registration Number | |

| 2 | Title of Contribution: | | |
| | Title of Periodical: | Vol | No | Issue Date |
| | Date of Publication: (Month) (Day) (Year) | Registration Number | |

| 3 | Title of Contribution: | | |
| | Title of Periodical: | Vol | No | Issue Date |
| | Date of Publication: (Month) (Day) (Year) | Registration Number | |

| 4 | Title of Contribution: | | |
| | Title of Periodical: | Vol | No | Issue Date |
| | Date of Publication: (Month) (Day) (Year) | Registration Number | |

| 5 | Title of Contribution: | | |
| | Title of Periodical: | Vol | No | Issue Date |
| | Date of Publication: (Month) (Day) (Year) | Registration Number | |

| 6 | Title of Contribution: | | |
| | Title of Periodical: | Vol | No | Issue Date |
| | Date of Publication: (Month) (Day) (Year) | Registration Number | |

| 7 | Title of Contribution: | | |
| | Title of Periodical: | Vol | No | Issue Date |
| | Date of Publication: (Month) (Day) (Year) | Registration Number | |

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: Marvel Entertainment Group, INC
Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: CAROL PLATT, Marvel ent.Group
Address: 387 Park Avenue South
New York   NY   10016
(City) (State) (ZIP)

**⑥ Fee and Correspondence**

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant   ■ duly authorized agent of: Marvel Entertainment Group, INC.
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) _Carol Platt_

Typed or printed name: Carol G. Platt

Date:

**⑦ Certification (Application must be signed)**

MARVEL ENTERTAINMENT GROUP, INC,
(Name)
387 Park Avenue South
(Number, Street and Apartment Number)
NEW YORK   NY   10016
(City) (State) (ZIP code)

**MAIL CERTIFICATE TO**

(Certificate will be mailed in window envelope)

**⑧ Address for Return of Certificate**

October 1989—80,000     ☆U.S. GOVERNMENT PRINTING OFFICE: 1989—262-308/8

134773

2021MARVEL-0006496

Steve Ditko

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

**FORM B**

| CLASS | REGISTRATION NO. |
|---|---|
| **B** | B 167564 |
| | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*

Register of Copyrights
United States of America



NOT VALID WITHOUT
COPYRIGHT OFFICE
IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name ............ Vista Publications, Inc.

Address ............ 625 Madison Ave., New York, N.Y. 10022

Name ..............

Address ..............

**2. Title:** ............ STRANGE TALES 

(Title of periodical)

Vol. ......1.... No. ........132.. Date on copies ............ May 1965

**3. Citizenship of Author:**

Citizenship ............ USA ............ Domiciled in U. S. A.   Yes ☐   No ☐

(Name of country)

**4. Publication:**

(a) Date of Publication of This Issue:

............ 2/11/65

(b) Place of Publication of This Issue:

............ USA

(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: ............

(b) Process Used: ............

(c) Country of Manufacture: ............

*Complete all applicable spaces on next page*

2021MARVEL-0006497

Steve Ditko

**6. Deposit account:**

_____

**7. Send correspondence to:**

Name _____    Address _____

**8. Send certificate to:**

(Type or print name and address)

Name _____

MAGAZINE MANAGEMENT CO.

625 MADISON AVENUE

Address _____

(Number and street)

NEW YORK, N. Y. 10022

(City)            (Zone)            (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|
| Application received **FEB 18 1965** | |
| Two copies received **FEB 18 1965** Fee received | |

U. S. GOVERNMENT PRINTING OFFICE : 1962 O—636680

(July 1962—40,000)

*Page 4*

134773

2021MARVEL-0006498

Steve Ditko

# CERTIFICATE OF REGISTRATION

**FORM RE**

UNITED STATES COPYRIGHT OFFICE



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Barbara Ringer*

ACTING REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL



RE 645-214

EFFECTIVE DATE OF RENEWAL REGISTRATION
NOV 1 7 1993
(Month)        (Day)        (Year)

**DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY**

---

**① Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions)**

**1**
Name MARVEL ENTERTAINMENT GROUP, INC.
Address 387 Park Avenue South, New York, NY   10016
Claiming as Proprietor of copyright in a composite work made for hire
*(Use appropriate statement from instructions)*

**2**
Name
Address
Claiming as
*(Use appropriate statement from instructions)*

**3**
Name
Address
Claiming as
*(Use appropriate statement from instructions)*

---

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

STRANGE TALES

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work:   I      133      JUNE 1965

If a periodical or other serial, give: Vol.          No.          Issue Date

---

**③ Author(s)**

**AUTHOR(S) OF RENEWABLE MATTER:**

VISTA PUBLICATIONS, INC.

---

**④ Facts of Original Registration**

**ORIGINAL REGISTRATION NUMBER:**

B 173315

**ORIGINAL COPYRIGHT CLAIMANT:**

VISTA PUBLICATIONS, INC.

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form, give:
DATE OF PUBLICATION:   MARCH   11   1965   **OR**

• If the original registration for this work was made in unpublished form, give:
DATE OF REGISTRATION:          (Month)   (Day)   (Year)

2021MARVEL-0006499

| EXAMINED BY | RENEWAL APPLICATION RECEIVED | FOR |
|---|---|---|
| CHECKED BY | NOV 17 1993 | COPYRIGHT |
| CORRESPONDENCE ☐ Yes | REMITTANCE NUMBER AND DATE: | OFFICE |
| DEPOSIT ACCOUNT FUNDS USED ☐ | | USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE CON)

**5**

Renewal for Group of Works

| | | |
|---|---|---|
| **1** | Title of Contribution | |
| | Title of Periodical | Vol. No. Issue Date |
| | Date of Publication (Month) (Day) (Year) | Registration Number |
| **2** | Title of Contribution | |
| | Title of Periodical | Vol. No. Issue Date |
| | Date of Publication (Month) (Day) (Year) | Registration Number |
| **3** | Title of Contribution | |
| | Title of Periodical | Vol. No. Issue Date |
| | Date of Publication (Month) (Day) (Year) | Registration Number |
| **4** | Title of Contribution | |
| | Title of Periodical | Vol. No. Issue Date |
| | Date of Publication (Month) (Day) (Year) | Registration Number |
| **5** | Title of Contribution | |
| | Title of Periodical | Vol. No. Issue Date |
| | Date of Publication (Month) (Day) (Year) | Registration Number |
| **6** | Title of Contribution | |
| | Title of Periodical | Vol. No. Issue Date |
| | Date of Publication (Month) (Day) (Year) | Registration Number |
| **7** | Title of Contribution | |
| | Title of Periodical | Vol. No. Issue Date |
| | Date of Publication (Month) (Day) (Year) | Registration Number |

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name Marvel Entertainment Group, INC.

Account Number DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name CAROL PLATT, Marvel ent.Group

Address 387 Park Avenue South

New York     NY     10016
(City)  (State)  (ZIP)

**6**

Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)

☐ renewal claimant  ■ duly authorized agent of: Marvel Entertainment Group, INC.

of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _Carol Platt_

Typed or printed name Carol G. Platt

Date:

**7**

Certification (Application must be signed)

MARVEL ENTERTAINMENT GROUP, INC.
(Name)

387 Park Avenue South
(Number, Street and Apartment Number)

NEW YORK     NY     10016
(City)  (State)  (ZIP code)

**MAIL CERTIFICATE TO**

(Certificate will be mailed in window envelope)

**8**

Address for Return of Certificate

☆ October 1989—50,000       ☆U.S. GOVERNMENT PRINTING OFFICE: 1989—262-306.8

134774

2021MARVEL-0006500

Page 3

# Certificate

## Registration of a Claim to Copyright
### in a periodical manufactured in the United States of America

This Is To Certify that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*

Register of Copyrights
United States of America

**FORM B**

| CLASS | REGISTRATION NO. |
|-------|------------------|
| **B** | **B  173315** |
|       | DO NOT WRITE HERE |

NOT VALID WITHOUT COPYRIGHT OFFICE IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name ____ Vista Publications, Inc. ____

Address ____ 625 Madison Ave., New York, N.Y. 10022 ____

Name ____

Address ____

**2. Title:** STRANGE TALES

(Title of periodical)

Vol. ____ 1 ____ No. ____ 133 ____ Date on copies ____ June 1965 ____

**3. Citizenship of Author:**

Citizenship ____ USA ____          Domiciled in U. S. A.   Yes ☐   No ☐
(Name of country)

**4. Publication:**

(a) **Date of Publication of This Issue:**

____ 3/11/65 ____

(b) **Place of Publication of This Issue:**

____ USA ____
(Name of country)

**5. Manufacture Outside United States:**

(a) **Portion of the Manufacturing Done Abroad:** ____

(b) **Process Used:** ____

(c) **Country of Manufacture:** ____

*Complete all applicable spaces on next page*

2021MARVEL-0006501

Steve Ditko

**6. Deposit account:**

**7. Send correspondence to:**

Name _____    **Address** _____

**8. Send certificate to:**

(Type or print name and address)

Name

**MAGAZINE MANAGEMENT CO.**

**625 MADISON AVENUE**

**NEW YORK, N. Y. 10022**

Address

| (City) | (Zone) | (State) |

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or

format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received<br>MAR 17 1965 | |
| Two copies received<br>MAR 17 1965 | |
| Fee received | |

134714
2021MARVEL-0006502

Steve Ditko

# CERTIFICATE OF REGISTRATION

**FORM RE**

UNITED STATES COPYRIGHT OFFICE



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Barbara Ringer*

ACTING REGISTER OF COPYRIGHTS

*United States of America*



RE 645-228

**EFFECTIVE DATE OF RENEWAL REGISTRATION**

NOV 17 1993

(Month)     (Day)     (Year)

---

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

---

**① Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

1
Name MARVEL ENTERTAINMENT GROUP, INC.
Address 387 Park Avenue South, New York, NY    10016
Claiming as Proprietor of copyright in a composite work made for hire
(Use appropriate statement from instructions)

2
Name
Address
Claiming as
(Use appropriate statement from instructions)

3
Name
Address
Claiming as
(Use appropriate statement from instructions)

---

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

STRANGE TALES

**RENEWABLE MATTER:**
Entire work as originally copyrighted, including all portions thereof

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**
Title of periodical or composite work:     1          134          JULY 1965
If a periodical or other serial, give: Vol.          No.          Issue Date

---

**③ Author(s)**

**AUTHOR(S) OF RENEWABLE MATTER:**

VISTA PUBLICATIONS, INC.

---

**④ Facts of Original Registration**

**ORIGINAL REGISTRATION NUMBER:**
B 179809

**ORIGINAL COPYRIGHT CLAIMANT:**
VISTA PUBLICATIONS, INC.

**ORIGINAL DATE OF COPYRIGHT:**
• If the original registration for this work was made in published form, give:
DATE OF PUBLICATION: APRIL 8 1965     OR     • If the original registration for this work was made in unpublished form, give:
(Month) (Day) (Year)     DATE OF REGISTRATION:
(Month) (Day) (Year)

2021MARVEL-0006503

| EXAMINED BY | RENEWAL APPLICATION RECEIVED | FOR |
| CHECKED BY | | COPYRIGHT |
| CORRESPONDENCE | NOV 17 1993 | OFFICE |
| ☐ Yes | REMITTANCE NUMBER AND DATE | USE |
| DEPOSIT ACCOUNT FUNDS USED ☐ | | ONLY |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE CON).

**⑤ Renewal for Group of Works**

**1**
Title of Contribution:
Title of Periodical: Vol. No. Issue Date
Date of Publication: (Month) (Day) (Year) Registration Number:

**2**
Title of Contribution:
Title of Periodical: Vol No Issue Date
Date of Publication: (Month) (Day) (Year) Registration Number:

**3**
Title of Contribution:
Title of Periodical: Vol No Issue Date
Date of Publication: (Month) (Day) (Year) Registration Number:

**4**
Title of Contribution:
Title of Periodical: Vol. No. Issue Date
Date of Publication: (Month) (Day) (Year) Registration Number:

**5**
Title of Contribution:
Title of Periodical: Vol. No. Issue Date
Date of Publication: (Month) (Day) (Year) Registration Number:

**6**
Title of Contribution:
Title of Periodical: Vol. No. Issue Date
Date of Publication: (Month) (Day) (Year) Registration Number:

**7**
Title of Contribution:
Title of Periodical: Vol. No. Issue Date
Date of Publication: (Month) (Day) (Year) Registration Number:

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: Marvel Entertainment Group, INC.

Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: CAROL PLATT, Marvel ent.Group

Address: 387 Park Avenue South

New York NY 10016
(City) (State) (ZIP)

**⑥ Fee and Correspondence**

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant ■ duly authorized agent of: Marvel Entertainment Group, INC.
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) _Carol Platt_

Typed or printed name: Carol G. Platt

Date:

**⑦ Certification (Application must be signed)**

MARVEL ENTERTAINMENT GROUP, INC.
(Name)

387 Park Avenue South
(Number, Street and Apartment Number)

NEW YORK NY 10016
(City) (State) (ZIP code)

**MAIL CERTIFICATE TO**

(Certificate will be mailed in window envelope)

**⑧ Address for Return of Certificate**

☆ October 1989—50,000    ☆U.S. GOVERNMENT PRINTING OFFICE: 1989—262-306.8

134775

2021MARVEL-0006504

Steve Ditko

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America



FORM B

CLASS **B**

REGISTRATION NO.

B  179809

DO NOT WRITE HERE

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



*Abraham L. Kaminstein*
ABRAHAM L. KAMINSTEIN
*Register of Copyrights*
*United States of America*

**1. Copyright Claimant(s) and Address(es):**

Name ..... Vista Publications, Inc.

Address ..... 625 Madison Ave., New York, N.Y. 10022

Name .....

Address .....

**2. Title:** STRANGE TALES

(Title of periodical)

Vol. ..... **1** ..... No. ..... **134** ..... Date on copies ..... July 1965

**3. Citizenship of Author:**

Citizenship ..... **USA**

(Name of country)    Domiciled in U. S. A.    Yes ☐    No ☐

**4. Publication:**

(a) Date of Publication of This Issue:

4/8/65

(b) Place of Publication of This Issue:

USA

(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: .....

(b) Process Used: .....

(c) Country of Manufacture: .....

*Complete all applicable spaces on next page*

Steve Ditko

**6. Deposit account:**

**7. Send correspondence to:**

Name _____   Address _____

MAGAZINE MANA_____ ____J
C_ _ _A_ _O_ AV___E
NEW YO__, _. Y. 100_2

**8. Send certificate to:**

(Type or print name and address)

Name

MAGAZINE MANAGEMENT CO.

Address

625 MADISON AVENUE

NEW YORK, N. Y. 10022

(City)          (Zone)          (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

> NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received | |
| APR 13 1965 | |
| Two copies received | |
| APR 13 1965 | |
| Fee received | |

134775

2021MARVEL-0006506

# FORM RE
UNITED STATES COPYRIGHT OFFICE



RE 645-244

EFFECTIVE DATE OF RENEWAL REGISTRATION
NOV 1 7 1993
(Month)        (Day)        (Year)

**DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY**

**①** Renewal Claimant(s)

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

**1**
Name MARVEL ENTERTAINMENT GROUP, INC.
Address 387 Park Avenue South, New York, NY    10016
Claiming as Proprietor of copyright in a composite work made for hire
(Use appropriate statement from Instructions)

**2**
Name
Address
Claiming as
(Use appropriate statement from Instructions)

**3**
Name
Address
Claiming as
(Use appropriate statement from Instructions)

**②** ...

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

STRANGE TALES

**RENEWABLE MATTER:**
Entire work as originally copyrighted, including all portions thereof

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**
Title of periodical or composite work:    I    135    AUGUST 1965
If a periodical or other serial, give: Vol.        No.        Issue Date

**③** Author(s)

**AUTHOR(S) OF RENEWABLE MATTER:**

VISTA PUBLICATIONS, INC.

**④** Facts of Original Registration

**ORIGINAL REGISTRATION NUMBER:**
B 190436

**ORIGINAL COPYRIGHT CLAIMANT:**
VISTA PUBLICATIONS, INC.

**ORIGINAL DATE OF COPYRIGHT:**
• If the original registration for this work was made in published form, give:
DATE OF PUBLICATION: MAY    4    1965
(Month)    (Day)    (Year)
OR
• If the original registration for this work was made in unpublished form, give:
DATE OF REGISTRATION:
(Month)    (Day)    (Year)

2021MARVEL-0006507

| EXAMINED BY | RENEWAL APPLICATION RECEIVED | |
|---|---|---|
| CHECKED BY | NOV 17 1993 | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ☐ Yes | REMITTANCE NUMBER AND DATE | |
| DEPOSIT ACCOUNT FUNDS USED ☐ | | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE, CON).

| | | | | |
|---|---|---|---|---|
| 1 | Title of Contribution: | | | **5** Renewal for Group of Works |
| | Title of Periodical: | Vol. No. Issue Date | | |
| | Date of Publication (Month) (Day) (Year) | Registration Number | | |
| 2 | Title of Contribution: | | | |
| | Title of Periodical: | Vol. No. Issue Date | | |
| | Date of Publication (Month) (Day) (Year) | Registration Number | | |
| 3 | Title of Contribution: | | | |
| | Title of Periodical: | Vol. No. Issue Date | | |
| | Date of Publication (Month) (Day) (Year) | Registration Number | | |
| 4 | Title of Contribution: | | | |
| | Title of Periodical: | Vol. No. Issue Date | | |
| | Date of Publication (Month) (Day) (Year) | Registration Number | | |
| 5 | Title of Contribution: | | | |
| | Title of Periodical: | Vol. No. Issue Date | | |
| | Date of Publication (Month) (Day) (Year) | Registration Number | | |
| 6 | Title of Contribution: | | | |
| | Title of Periodical: | Vol. No. Issue Date | | |
| | Date of Publication (Month) (Day) (Year) | Registration Number | | |
| 7 | Title of Contribution: | | | |
| | Title of Periodical: | Vol. No. Issue Date | | |
| | Date of Publication (Month) (Day) (Year) | Registration Number | | |

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name **Marvel Entertainment Group, INC.**

Account Number: **DA-059633**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: **CAROL PLATT, Marvel ent.Group.**

Address: **387 Park Avenue South**

**New York          NY          10016**
(City)                (State)          (ZIP)

**6** Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)

☐ renewal claimant   ☒ duly authorized agent of **Marvel Entertainment Group, INC.**
(Name of renewal claimant)

of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) _Carol Platt_

Typed or printed name: **Carol G. Platt**

Date:

**7** Certification (Application must be signed)

| MARVEL ENTERTAINMENT GROUP, INC. | MAIL CERTIFICATE TO | **8** Address for Return of Certificate |
|---|---|---|
| (Name) | | |
| 387 Park Avenue South | | |
| (Number, Street and Apartment Number) | (Certificate will be mailed in window envelope) | |
| NEW YORK          NY          10016 | | |
| (City)          (State)          (ZIP code) | | |

☆ October 1989—80,000                    ☆U.S. GOVERNMENT PRINTING OFFICE: 1989—262-306/8

2021MARVEL-0006508

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America



| CLASS | REGISTRATION NO. |
|---|---|
| **B** B | **190436** |
| | DO NOT WRITE HERE |

FORM B

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*

*Register of Copyrights*
*United States of America*



**1. Copyright Claimant(s) and Address(es):**

Name ...Vista Publications, Inc.

Address ...625 Madison Ave., New York, N.Y. 10022

Name ......

Address ......

**2. Title:** STRANGE TALES

(Title of periodical)

Vol. ...1... No. ...135... Date on copies ...Aug. 1965

**3. Citizenship of Author:**

Citizenship ......USA...... Domiciled in U. S. A. Yes ☐ No ☐
(Name of country)

**4. Publication:**

(a) Date of Publication of This Issue:

......5/4/65

(b) Place of Publication of This Issue:

USA
(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: ......

(b) Process Used: ......

(c) Country of Manufacture: ......

*Complete all applicable spaces on next page*



2021MARVEL-0006509

Steve Ditko

**6. Deposit account:**

**7. Send correspondence to:**

*Name* _____ **Address** _____

**8. Send certificate to:**

(Type or print name and address)

**Name**

**Address**

MAGAZINE MANAGEMENT CO.
625 MADISON AVENUE
(Number and street)
NEW YORK, N. Y. 10022

(City)    (Zone)    (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as pub-lished with notice, an application on Form B, properly com-pleted and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registra-tion fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, ac-companied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

FOR COPYRIGHT OFFICE USE ONLY

Application received

MAY 28 1965

Two copies received

MAY 28 1965

Fee received

U. S. GOVERNMENT PRINTING OFFICE : 1962 O—636850

(July 1962—40,000)

**Page 4**

134776

Steve Ditko

# CERTIFICATE OF REGISTRATION

**FORM RE**
UNITED STATES COPYRIGHT OFFICE



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Barbara Ringer*

ACTING REGISTER OF COPYRIGHTS
United States of America



RE 644-311

EFFECTIVE DATE OF RENEWAL REGISTRATION
NOV 17 1993
(Month)      (Day)      (Year)

---

DO NOT WRITE ABOVE THIS LINE.   FOR COPYRIGHT OFFICE USE ONLY

---

**(1) Renewal Claimant(s)**

RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions)

**1**
Name MARVEL ENTERTAINMENT GROUP, INC.
Address 387 Park Avenue South, New York, NY    10016
Claiming as Proprietor of copyright in a composite work made for hire
(Use appropriate statement from instructions)

**2**
Name
Address
Claiming as
(Use appropriate statement from instructions)

**3**
Name
Address
Claiming as
(Use appropriate statement from instructions)

---

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

STRANGE TALES

**RENEWABLE MATTER:**
Entire work as originally copyrighted, including all portions thereof

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**
Title of periodical or composite work:    1      136      SEPT 1965
If a periodical or other serial, give: Vol            No.            Issue Date

---

**(3) Author(s)**

**AUTHOR(S) OF RENEWABLE MATTER:**

VISTA PUBLICATIONS, INC.

---

**(4) Facts of Original Registration**

ORIGINAL REGISTRATION NUMBER:
B 196229

ORIGINAL COPYRIGHT CLAIMANT:
VISTA PUBLICATIONS, INC.

**ORIGINAL DATE OF COPYRIGHT:**
• If the original registration for this work was made in published form, give:
JUNE  .  8  .  1965  OR
DATE OF PUBLICATION:
(Month)   (Day)   (Year)

• If the original registration for this work was made in unpublished form, give:
DATE OF REGISTRATION:
(Month)   (Day)   (Year)

2021MARVEL-0006511

| EXAMINED BY | RENEWAL APPLICATION RECEIVED: | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|
| CHECKED BY | NOV 17, 1993 | |
| CORRESPONDENCE ☐ Yes | REMITTANCE NUMBER AND DATE | |
| DEPOSIT ACCOUNT FUNDS USED ☐ | | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE CON).

**5** Renewal for Group of Works

**1**
Title of Contribution
Title of Periodical .......... Vol ...... No ...... Issue Date
Date of Publication (Month) (Day) (Year) Registration Number

**2**
Title of Contribution
Title of Periodical .......... Vol ...... No ...... Issue Date
Date of Publication (Month) (Day) (Year) Registration Number

**3**
Title of Contribution
Title of Periodical .......... Vol ...... No ...... Issue Date
Date of Publication (Month) (Day) (Year) Registration Number

**4**
Title of Contribution
Title of Periodical .......... Vol ...... No ...... Issue Date
Date of Publication (Month) (Day) (Year) Registration Number

**5**
Title of Contribution
Title of Periodical .......... Vol ...... No ...... Issue Date
Date of Publication (Month) (Day) (Year) Registration Number

**6**
Title of Contribution
Title of Periodical .......... Vol ...... No ...... Issue Date
Date of Publication (Month) (Day) (Year) Registration Number

**7**
Title of Contribution
Title of Periodical .......... Vol ...... No ...... Issue Date
Date of Publication (Month) (Day) (Year) Registration Number

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: Marvel Entertainment Group, INC
Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: CAROL PLATT, Marvel ent.Group
Address: 387 Park Avenue South
(City) New York (State) NY (ZIP) 10016

**6** Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant   ☑ duly authorized agent of Marvel Entertainment Group, INC.
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) Carol Platt

Typed or printed name: Carol G. Platt

Date:

**7** Certification (Application must be signed)

MARVEL ENTERTAINMENT GROUP, INC,
(Name)
387 Park Avenue South
(Number, Street and Apartment Number)
NEW YORK (City) NY (State) 10016 (ZIP code)

**MAIL CERTIFICATE TO**

(Certificate will be mailed in window envelope)

**8** Address for Return of Certificate

* October 1989—50,000
☆U.S. GOVERNMENT PRINTING OFFICE: 1989—262-308 8

Steve Ditko

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

**FORM B**

| CLASS | REGISTRATION NO. |
|-------|------------------|
| **B** | B  196229 |
|  | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



*Register of Copyrights*
*United States of America*

NOT VALID WITHOUT COPYRIGHT OFFICE IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name .... Vista Publications, Inc.

Address .... 625 Madison Ave., New York, N.Y.  0022

Name ....

Address ....

**2. Title:** STRANGE TALES

*(Title of periodical)*

Vol. ....1.... No. ....136.... Date on copies ....Sept. 1965

**3. Citizenship of Author:**

Citizenship ....USA

*(Name of country)*

Domiciled in U. S. A    Yes ☐    No ☐

**4. Publication:**

(a) Date of Publication of This Issue:

....6/8/65

(b) Place of Publication of This Issue:

....USA

*(Name of country)*

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: ....

(b) Process Used: ....

(c) Country of Manufacture: ....

*Complete all applicable spaces on next page*



**6. Deposit account:**

**7. Send correspondence to:**

Name _____    Address _____

**8. Send certificate to:**

(Type or print name and address)

Name _____

Address

MAGAZINE MANAGEMENT CO.

625 MADISON AVENUE
(Number and street)

NEW YORK, N. Y. 10022

(City)        (Zone)        (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

**FOR COPYRIGHT OFFICE USE ONLY**

Application received    JUN 11 1965

Two copies received    JUN 11 1965

Fee received

Steve Ditko

# CERTIFICATE OF REGISTRATION

**FORM RE**

UNITED STATES COPYRIGHT OFFICE



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Barbara Ringer*

ACTING REGISTER OF COPYRIGHTS

OFFICIAL SEAL

RE 644-320

EFFECTIVE DATE OF RENEWAL REGISTRATION
NOV 17 1993
(Month)     (Day)     (Year)

DO NOT WRITE ABOVE THIS LINE. **FOR COPYRIGHT OFFICE USE ONLY**

---

**①** Renewal Claimant(s)

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

1  Name MARVEL ENTERTAINMENT GROUP, INC.
Address 387 Park Avenue South, New York, NY     10016
Claiming as Proprietor of copyright in a composite work made for hire
(Use appropriate statement from Instructions)

2  Name
Address
Claiming as     (Use appropriate statement from Instructions)

3  Name
Address
Claiming as     (Use appropriate statement from Instructions)

---

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

STRANGE TALES

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work:     1          137          OCTOBER 1965

If a periodical or other serial, give: Vol.          No.          Issue Date

---

**③** Author(s)

**AUTHOR(S) OF RENEWABLE MATTER:**

VISTA PUBLICATIONS, INC.

---

**④** Facts of Original Registration

**ORIGINAL REGISTRATION NUMBER:**

B 200686

**ORIGINAL COPYRIGHT CLAIMANT:**

VISTA PUBLICATIONS, INC.

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form, give:
JULY     8     1965 OR

DATE OF PUBLICATION:     (Month)  (Day)  (Year)

• If the original registration for this work was made in unpublished form, give:

DATE OF REGISTRATION:     (Month)  (Day)  (Year)

2021MARVEL-0006515

| EXAMINED BY | RENEWAL APPLICATION RECEIVED | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|
| CHECKED BY | **NOV 17 1993** | |
| CORRESPONDENCE ☐ Yes | REMITTANCE NUMBER AND DATE | |
| DEPOSIT ACCOUNT FUNDS USED ☐ | | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions) give full information about each contribution. If more space is needed, request continuation sheet (Form RE CON)

**5** Renewal for Group of Works

**1**
Title of Contribution:
Title of Periodical: .......... Vol .......... No .......... Issue Date ..........
Date of Publication: .......... (Month) .......... (Day) .......... (Year) .......... Registration Number: ..........

**2**
Title of Contribution:
Title of Periodical: .......... Vol .......... No .......... Issue Date ..........
Date of Publication: .......... (Month) .......... (Day) .......... (Year) .......... Registration Number: ..........

**3**
Title of Contribution:
Title of Periodical: .......... Vol .......... No .......... Issue Date ..........
Date of Publication: .......... (Month) .......... (Day) .......... (Year) .......... Registration Number: ..........

**4**
Title of Contribution:
Title of Periodical: .......... Vol .......... No .......... Issue Date ..........
Date of Publication: .......... (Month) .......... (Day) .......... (Year) .......... Registration Number: ..........

**5**
Title of Contribution:
Title of Periodical: .......... Vol .......... No .......... Issue Date ..........
Date of Publication: .......... (Month) .......... (Day) .......... (Year) .......... Registration Number: ..........

**6**
Title of Contribution:
Title of Periodical: .......... Vol .......... No .......... Issue Date ..........
Date of Publication: .......... (Month) .......... (Day) .......... (Year) .......... Registration Number: ..........

**7**
Title of Contribution:
Title of Periodical: .......... Vol .......... No .......... Issue Date ..........
Date of Publication: .......... (Month) .......... (Day) .......... (Year) .......... Registration Number: ..........

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: **Marvel Entertainment Group, INC.**
Account Number: **DA-059633**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: **CAROL PLATT, Marvel ent. Group**
Address: **387 Park Avenue South**
**New York** (City) **NY** (State) **10016** (ZIP)

**6** Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant  ■ duly authorized agent of **Marvel Entertainment Group, INC.** (Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) _Carol Platt_

Typed or printed name: **Carol G. Platt**

Date: ..........

**7** Certification (Application must be signed)

MAIL CERTIFICATE TO

**MARVEL ENTERTAINMENT GROUP, INC.** (Name)
**387 Park Avenue South** (Number, Street and Apartment Number)
**NEW YORK** (City) **NY** (State) **10016** (ZIP code)

(Certificate will be mailed in window envelope)

**8** Address for Return of Certificate

☆ October 1989—50,000                    ☆U.S. GOVERNMENT PRINTING OFFICE: 1989—262-308 8

1347-78

2021MARVEL-0006516

Steve Ditko

Page 3

# Certificate

## Registration of a Claim to Copyright
### in a periodical manufactured in the United States of America

**FORM B**

| CLASS | REGISTRATION NO. |
|-------|------------------|
| B | B 200686 |
| | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



*Abraham L. Kaminstein*
Register of Copyrights
United States of America



**1. Copyright Claimant(s) and Address(es):**

Name ...... Vista Publications, Inc.

Address ...... 625 Madison Ave., New York, N.Y. 10022

Name ......

Address ......

**2. Title:** STRANGE TALES
(Title of periodical)

Vol. ...... 1 ...... No. .... 137 ...... Date on copies ...... Oct. 1965

**3. Citizenship of Author:**

Citizenship .............. USA
(Name of country)          Domiciled in U.S.A.  Yes ☐  No ☐

**4. Publication:**

(a) Date of Publication of This Issue:

7/8/65
(Month)        (Day)        (Year)

(b) Place of Publication of This Issue:

USA
(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: ......

(b) Process Used: ......

(c) Country of Manufacture: ......

*Complete all applicable spaces on next page*

| EXAMINER |
|----------|
| E |

2021MARVEL-0006517