# EXHIBIT 25

Steve Ditko

The
# STEVE DITKO
*Company-By-Company (Marvel A-L)*
## Checklist

## MARVEL

**Amazing Adult Fantasy : (MARV) - [1961, 62]**
#7 : Dec '61 - "Why Won't They Believe Me?" (5 pages). [Reprinted in X-MEN #90, 10/74]
  "The Last Man On Earth" (5 pages). [Reprinted in UNCANNY TALES #7, 12/74]
  "Witch Hunt" (3 pages). [Reprinted in FRANKENSTEIN #12, 9/74]
  "Journey's End" (5 pages). [Reprinted in X-MEN #91, 12/74]
  "The Icy Fingers Of Fear" (5 pages). [Cover, Title Page and Preview Page]
  [Entirety reprinted in same issue of Marvel Vintage Pack, 10/94]
#8 : Jan '62 - "The Coming Of The Krills" (5 pages).
  "Everyone Likes A Ghost Story" (5 pages).
  "The Eyes Of Edward Morgo" (3 pages).
  "The Yo-Yo" (5 pages).
  "A Monster Among Us" (5 pages) : Reprinted in MARVEL TALES #2, 1965. [Cover, Title Page and Preview Page]
#9 : Feb '62 - "The Terror Of Tim Boo Ba" (5 pages). [Reprinted as "The Threat Of Tim Boo Ba" in
  JOURNEY INTO MYSTERY v2 #10, 4/74; MARVEL MONSTER MASTRWORKS, ?/89]
  "The Man Who Captured Death" (5 pages). [Reprinted in ASTONISHING TALES #21, 12/73]
  "I Come From The Black Void" (3 pages). [Reprinted in CREATURES ON THE LOOSE #27, 1/74]
  "The Spirit Of Swami River" (5 pages). [Reprinted in X-MEN #86, 2/74]
  "The Genie Lives" (5 pages) [Reprinted in JOURNEY INTO MYSTERY v2 #12, 8/74]
  Cover : Reprinted in ROCKET'S BLAST COMCOLLECTOR #143, 6/78. [Title and Preview Page]
#10 : Mar '62 -"Those Who Change" (5 pages). [Reprinted in FANTASY MASTERPIECES #1, 2/66]
  "The Mark Of The Toad" (5 pages).
  "No Sign Of Life" (3 pages). [Reprinted in CREATURES ON THE LOOSE #28, 3/74; CURSE OF THE WEIRD
#2, 1/94]
  "Man On A Tightrope" (5 pages).
  "Mister Universe" (5 pages) : Reprinted in X-MEN #87, 4/74. [Cover, Title and Preview Page]
#11 : Apr '62 - "In Human Form" (5 pages).
  "For The Rest Of Your Life" (5 pages). [Reprinted in X-MEN #89, 8/74]
  "The Secret Of The Universe" (3 pages). [Reprinted in SUPERNATURAL THRILLERS #9, 10/74]
  "The Ice Monster Cometh" (5 pages). [Reprinted in GIANT-SIZE MAN-THING #1, 8/74]
  "Where Walks The Ghost?" (5 pages). [Reprinted in MONSTERS ON THE PROWL #16, 4/72]
  [Cover and Title Page]
#12 : May '62 - "Melvin And The Martian" (5 pages).
  "I, The Gargoyle" (5 pages).
  "Something Fantastic?" (3 pages). [Misprinted in T.O.C. as "Something Fantastig"]
  "The Plague" (5 pages).
  "The Living Statues" (5 pages). [Cover, Title Page]
#13 : Jun '62 - "The Unsuspecting" (5 pages).
  "Great Zeus" (5 pages).
  "The Little Gypsy Tea Room" (3 pages). [Reprinted in SUPERNATURAL THRILLERS #8, 8/74]
  "The Ultimate Weapon" (5 pages).

2021MARVEL-0033460

Steve Ditko

"At The Stroke Of Midnight" (5 pages). [Cover, Title Page]
**#14** : Jul '62 - "Beware Of The Giants" (5 pages). [Reprinted in WEIRD WONDER TALES #21, 3/77]
"The Man In The Sky" (5 pages). [Reprinted MARVEL AGE #104, 9/91; X-MEN RARITIES #1, 7/95]
"What Happened In The Wax Museum?" (3 pages). [Reprinted in WEIRD WONDER TALES #20, 1/77]
"Footsteps At Midnight" (5 pages).
"Ozar The Mighty" (5 pages). [Cover and Title Page]

### Amazing Adult Fantasy : (MARV) - [1994]
**#13** : Oct '94 - *Reprints entirety of AMAZ. ADULT FANTASY #13, 6/62.* [Marvel Vintage Pack]

### Amazing Adventures : (MARV) - [1961]
**#1 : Jun '61** - "Midnight In the Wax Museum" (5 pages). [Reprinted in STRANGE TALES #175, 8/74]

"I Am The Fantastic Dr. Droom" (5 pages) : Ditko-i, Kirby-p. [Reprinted in WEIRD WONDER TALES #19, 12/76]
**#2** : Jul '61 - "Rocky's Last Ride" (5 pages).
**#3** : Aug '61 - "The Teddy Bear" (5 pages).
**#4** : Sep '61 - "Who Or What Was...The Bootblack?" (5 pages).
**#5** : Oct '61 - "The Joker" (5 pages) : Reprinted in MONSTERS ON THE PROWL #29, 8/74.
[Ditko inks and partially pencils cover]
**#6** : Nov '61 - "The Fourth Man" (5 pages).

### Amazing Adventures : (MARV) - [1974]
**#24** : May '74 - *Reprints "The Painting" (4 pages) : JOURNEY INTO MYSTERY #71, 8/61. [Pg. 2 cut from 5 pg. original]*

### Amazing Fantasy : (MARV) - [1962]
**#15** : Aug '62 - "Spider-Man!" (11 pages) : Reprinted in MARVEL TALES #1, 1965; MARVEL TALES #137, 3/82; SPIDER-MAN

CLASSICS #1, 4/93. [Page 1 reprinted in OFFICIAL MARVEL INDEX TO THE AMAZING SPIDER-MAN #1, 4/85;
AMAZ. SPIDER-MAN, Pocket Books, 9/77; ORIGINS OF MARVEL COMICS, '74 and '97; MARVEL MASTERWORKS #1, ?/87]
"The Bell-Ringer" (3 pages).
"Man In The Mummy Case" (5 pages).
"There Are Martians Among Us" (5 pages).
[Entirety reprinted in MARVEL MILESTONE EDITION: AMAZING FANTASY #15, 3/92]
Cover : Ditko-i, Kirby-p. [Reprinted in MARVEL TREASURY EDITION #1, ?/74, MARVEL TALES #137, 3/82;
OFFICIAL MARVEL INDEX TO THE AMAZ. SPIDER-MAN #1, 4/85; THE COMIC BOOK IN AMERICA : AN ILLUSTRATED
HISTORY, 1989; PURE IMAGES #1, 8/90; WIZARD : 100 MOST COLLECTIBLE COMICS, 1/93]

### Amazing Spider-Man : (MARV) - [1963-66, 86]
**#1** : Mar '63 - "Spider-Man" (14 pages).

[Reprinted in AMAZ. SPIDER-MAN ANN. #2, 1965; MARVEL TALES #138, 4/82; SPIDER-MAN CLASSICS #2, 5/93
AMAZING SPIDER-MAN COLLECTOR'S ALBUM, ??/66 with several panels cut]
"Spider-Man Vs. The Chameleon" (10 pages) :
Reprinted in AMAZ. SPIDER-MAN ANN. #7, 1970; MARVEL TALES #138, 4/82; MARVEL COMICS PRESENTS
SPIDER-MAN, 1988; SPIDER-MAN CLASSICS #2, 5/93; entirety reprinted in MARVEL MILESTONE EDITION: AMAZ.
SPIDER-MAN #1, 1/93; ESSENTIAL SPIDERMAN #1, ?/97 reprints #1-20 and Ann. #1 in B&W;

2021MARVEL-0033461

Steve Ditko

MARVEL MASTERWORKS #1, ?/87 reprints #1-10 with covers;
AMAZ. SPIDER-MAN, Pocket Books, 9/77 reprints #1-6.
Cover : Ditko-i, Kirby-p. [Reprinted in MARVEL TREASURY EDITION #1, ?/74; MARVEL TALES #138, 4/82; OFFICIAL MARVEL
INDEX TO THE AMAZ. SPIDER-MAN #1, 4/85; PURE IMAGES #2, 1/91; WIZARD: 100 MOST COLLECTIBLE COMICS, 1/93]

**#2 :** May '63 - "Duel To The Death With The Vulture" (14 pages) :
Reprinted in AMAZ. SPIDER-MAN ANN. #7, 1970; MARVEL TALES #139, 5/82; SPIDER-MAN CLASSICS #3, 6/93.

"The Uncanny Threat Of The Terrible Tinkerer" (10 pages) :
Reprinted in AMAZ. SPIDER-MAN ANN. #2, 1965; MARVEL TALES #139, 5/82; SPIDER-MAN CLASSICS #3, 6/93.

Vulture illo. (1 page) : Reprinted in MARVEL TALES #139, 5/82.
[Cover : Reprinted in MARVEL TALES #139, 5/82; OFFICIAL MARVEL INDEX TO THE AMAZ. SPIDER-MAN #1, 4/85]

**#3 :** Jul '63 - "Spider-Man Versus Doctor Octopus" (21 pages). :
Reprinted in MARVEL COLLECTOR ITEM CLASSICS #1, 1965; MARVEL TALES #140, 6/82; SPIDER-MAN CLASSICS #4, 7/93.

Spider-Man pin-up page : Reprinted in MARVEL TALES #140, 6/82; SPIDER-MAN CLASSICS #4, 7/93.
[Cover : Reprinted in MARVEL TREASURY EDITION #1, ?/74; MARVEL TALES #140, 6/82; OFFICIAL MARVEL INDEX TO THE
AMAZ. SPIDER-MAN #1, 4/85; SPIDER-MAN CLASSICS #4, 7/93]

**#4 :** Sep '63 - "Nothing Can Stop The Sandman" (21 pages) :
Reprinted in MARVEL COLLECTOR ITEM CLASSICS #2, 4/66; MARVEL TALES #141, 7/82; SPIDER-MAN CLASSICS #5, 8/93.
[Cover : Reprinted in MARVEL TALES #141, 7/82; OFFICIAL MARVEL INDEX TO THE AMAZ. SPIDER-MAN #1, 4/85
SPIDER-MAN CLASSICS #5, 8/93]

**#5 :** Oct '63 - "Marked For Destruction By Doctor Doom" (21 pages) :
Reprinted in AMAZ. SPIDER-MAN ANN. #2, 1965; MARVEL TALES #142, 8/82; SPIDER-MAN CLASSICS #6, 9/93.
[Cover : Reprinted in MARVEL TALES #142, 8/82; OFFICIAL MARVEL INDEX TO THE AMAZ. SPIDER-MAN #1, 4/85]

**#6 :** Nov '63 - "Face-To-Face With The Lizard" (21 pages) :
Reprinted in MARVEL TALES #3, 7/66 and #143, 9/82; MARVEL SPEC. EDITION #1, 1975; SPIDER-MAN CLASSICS #7, 10/93.
[Cover : Reprinted in ROCKET'S BLAST COMICOLLECTOR #143, 6/78; MARVEL TALES #143, 9/82; OFFICIAL MARVEL INDEX
TO THE AMAZ. SPIDER-MAN #1, 4/85; SPIDER-MAN CLASSICS #7, 10/93]

**#7 :** Dec '63 - "The Return Of The Vulture" (21 pages) : Reprinted in MARVEL TALES #4, 9/66; MARVEL TALES #144, 10/82;
SPIDER-MAN CLASSICS #8, 11/93; AMAZ. SPIDER-MAN, Pocket Books, 9/77 reprints #7-13.
[Cover : Reprinted in MARVEL TALES #144, 10/82; OFFICIAL MARVEL INDEX TO THE AMAZ. SPIDER-MAN #1, 4/85;
THE COMIC BOOK IN AMERICA: AN ILLUSTRATED HISTORY, 1989; SPIDER-MAN CLASSICS #8, 11/93]

**#8 :** Jan '64 - "The Terrible Threat Of The Living Brain" (17 pages) : Ditko plot assist.
[Reprinted in MARVEL TALES #5, 11/66; GIANT-SIZE SUPER-VILLIAN TEAM-UP #2, 6/75; MARVEL TALES #145, 11/82;
SPIDER-MAN CLASSICS #9, 12/93]

"Spider-Man Tackles The Torch" (6 pages) : Ditko inks, Kirby pencils.
[Reprinted in AMAZ. SPIDER-MAN ANN. #6, 1969; MARVEL TREASURY EDITION #1, ?/74; MARVEL TALES #145, 11/82;
SENSATIONAL SPIDER-MAN #1, 4/89; SPIDER-MAN CLASSICS #9, 12/93]

Cover. [Reprinted in MARVEL TALES #145, 11/82; THE OFFICIAL MARVEL INDEX TO THE AMAZ. SPIDER-MAN #1, 4/85;
MARVEL SUPER-HEROES 1992 CALENDER]

**#9 :** Feb '64 - "The Man Called Electro" (22 pages) : Ditko plot assist.
[Reprinted in MARVEL TALES #6, 1/67; MARVEL TALES #146, 12/82; SPIDER-MAN CLASSICS #10, 1/94]
Cover. [Reprinted in MARVEL TALES #146, 12/82; THE OFFICIAL MARVEL INDEX TO THE AMAZ. SPIDER-MAN #1, 4/85;

2021MARVEL-0033462

Steve Ditko

MARVEL SUPER-HEROES 1992 CALENDER; SPIDER-MAN CLASSICS #10, 1/94]

**#10 :** Mar '64 - "The Enforcers" (22 pages) : Ditko plot assist.

[Reprinted in MARVEL TALES #7, 3/67; MARVEL TALES #147, 1/83; SPIDER-MAN CLASSICS #11, 2/94]

Cover : Ditko inks, Kirby pencils. [Reprinted in MARVEL TALES #147, 1/83; THE OFFICIAL MARVEL INDEX TO THE

AMAZ. SPIDER-MAN #1, 4/85; MARVEL SUPER-HEROES 1992 CALENDER]

**#11 :** Apr '64 - "Turning Point" (21 pages) : Ditko plot assist.

[Reprinted AMAZ. SPIDER-MAN ANN. #3, 1966; MARVEL TALES #148, 2/83; SPIDER-MAN CLASSICS #12, 3/94;

MARVEL MASTERWORKS #5, ?/88, reprints #11-20 with covers]

Cover : Ditko art but Dr. Octopus's face and Spider-Man's legs are redrawn by Kirby pencils.

[Reprinted in MARVEL TALES #148, 2/83; OFFICIAL MARVEL INDEX TO THE AMAZ. SPIDER-MAN #1, 4/85;

MARVEL SUPER-HEROES 1992 CALENDER; SPIDER-MAN CLASSICS #12, 3/94]

**#12 :** May '64 - "Unmasked By Dr. Octopus" (22 pages) : Ditko plot assist.

[Reprinted in AMAZ. SPIDER-MAN ANN. #3, 1966; MARVEL TALES #149, 3/83; SPIDER-MAN CLASSICS #13, 4/94]

Cover. [Reprinted in MARVEL TALES #149, 3/83; THE OFFICIAL MARVEL INDEX TO THE AMAZ. SPIDER-MAN #1, 4/85;

MARVEL SUPER-HEROES 1992 CALENDER; SPIDER-MAN CLASSICS #13, 4/94]

**#13 :** Jun '64 - "The Menace Of Mysterio" (22 pages) : Ditko plot assist.

[Reprinted in MARVEL TALES #8, 5/67; MARVEL TALES #151, 5/83; SPIDER-MAN CLASSICS #14, 5/94; AMAZING SPIDER-MAN COLLECTOR'S ALBUM, ??/66 with several panels cut]

Cover. [Reprinted in MARVEL TALES #151, 5/83; THE OFFICIAL MARVEL INDEX TO THE AMAZ. SPIDER-MAN #1, 4/85;

MARVEL SUPER-HEROES 1992 CALENDER; SPIDER-MAN CLASSICS #14, 5/94]

**#14 :** Jul '64 - "The Grotesque Adventure Of The Green Goblin" (22 pages) : Ditko plot assist.

[Reprinted in MARVEL TALES #9, 7/67 and #152, 6/83; MARVEL TREASURY EDITION #1, ?/74; SPIDER-MAN CLASSICS #15, 6/94;

AMAZ. SPIDER-MAN, Pocket Books, 9/77 reprints #14-20]

Cover. [Reprinted in MARVEL TREASURY EDITION #1, ?/74; MARVEL TALES #152, 6/83; OFFICIAL MARVEL INDEX TO THE

AMAZ. SPIDER-MAN #1, 4/85; MARVEL SAGA #14, 1/87; MARVEL SUPER-HEROES 1992 CALENDER; WIZARD: 100 MOST

COLLECTIBLE COMICS, 1/93; SPIDER-MAN CLASSICS #15, 6/94]

**#15 :** Aug '64 - "Kraven The Hunter" (22 pages) : Ditko plot assist.

[Reprinted in MARVEL TALES #10, 9/67; MARVEL TALES #153, 7/83; SPIDER-MAN CLASSICS #16, 7/94]

Cover. [Reprinted in MARVEL TALES #153, 7/83; THE OFFICIAL MARVEL INDEX TO THE AMAZ. SPIDER-MAN #1, 4/85

MARVEL SAGA #14, 1/87; MARVEL SUPER-HEROES 1992 CALENDER; SPIDER-MAN CLASSICS #15, 6/94]

**#16 :** Sep '64 - "Duel With Daredevil" (22 pages) : Ditko plot assist.

[Reprinted in MARVEL TALES #11, 11/67; GIANT-SIZE SPIDER-MAN #3, 1/75 minus 3pgs; MARVEL TALES #154, 8/83;

SPIDER-MAN MEGAZINE #1, 10/94]

Cover. [Reprinted in MAREVL TALES #154, 8/83; THE OFFICIAL MARVEL INDEX TO THE AMAZ. SPIDER-MAN #1, 4/85;

MARVEL SAGA #15, 2/87; MARVEL SUPER-HEROES 1992 CALENDER; AMAZING SPIDER-MAN COLLECTOR'S

ALBUM, ??/66 with several panels cut]

**#17 :** Oct '64 - "The Return Of The Goblin" (22 pages) : Ditko plot assist.

[Reprinted in MARVEL TALES #12, 1/68; MARVEL TALES #155, 9/83; SPIDER-MAN MEGAZINE #2, 11/94]

Cover. [Reprinted in MARVEL #155, 9/83; THE OFFICIAL MARVEL INDEX TO THE AMAZ. SPIDER-MAN #1, 4/85; MARVEL SUPER-HEROES 1992 CALENDER]

**#18 :** Nov '64 - "The End Of Spider-Man" (22 pages) : Ditko plot assist.

[Reprinted in MARVEL TALES #13, 3/68; MARVEL TALES #156, 10/83; SPIDER-MAN MEGAZINE #3, 12/94]

Cover. [Reprinted in MARVEL TALES #156, 10/83; THE OFFICIAL MARVEL INDEX TO THE AMAZ. SPIDER-MAN #1, 4/85; MARVEL SUPER-HEROES 1992 CALENDER]

2021MARVEL-0033463

Steve Ditko

**#19** : Dec '64 - "Spidey Strikes Back" (22 pages) : Ditko plot assist.
[Reprinted in MARVEL TALES #14, 5/68; MARVEL TALES #157, 11/83; SPIDER-MAN MEGAZINE #4, 1/95]
Cover. [Reprinted in MARVEL TALES #157, 11/83; THE OFFICIAL MARVEL INDEX TO
THE AMAZ. SPIDER-MAN #1, 4/85; MARVEL SUPER-HEROES 1992 CALENDER]
**#20** : Jan '65 - "The Coming Of The Scorpion" (20 pages) : Ditko plot assist.
[Reprinted in MARVEL TALES #15, 7/68; MARVEL TALES #158, 12/83; SPIDER-MAN MEGAZINE #5, 2/95]
Pin-up page (1 page). [Reprinted in MARVEL TALES #158, 12/83]
Cover. [Reprinted in MARVEL TALES #158, 12/83; THE OFFICIAL MARVEL INDEX TO
THE AMAZ. SPIDER-MAN #1, 4/85; MARVEL SAGA #15, 2/87; MARVEL SUPER-HEROES 1992
CALENDER]
**#21** : Feb '65 - "Where Flies The Beetle" (20 pages) : Ditko plot assist.
[Reprinted in MARVEL TALES #16, 9/68; MARVEL TALES #159, 1/84; SPIDER-MAN MEGAZINE #6, 3/95;
GIANT-SIZE SPIDER-MAN #5, 6/75, w/ pg. 3 omitted and panels from pgs. 16, 17 omitted;
ESSENTIAL SPIDERMAN #2 '97, reprints #21-38 plus Ann. #2; MARVEL MASTERWORKS #10, ?/89,
reprints #21-30 with covers]
Pin-up page (1 page). [Reprinted in MARVEL TALES #159, 1/84]
Cover. [Reprinted in MARVEL TALES #159, 1/84; THE OFFICIAL INDEX TO THE
AMAZ. SPIDER-MAN #1, 4/85; MARVEL SUPER-HEROES 1992 CALENDER]
**#22** : Mar '65 - "The Clown And His Masters Of Menace" (20 pages) : Ditko plot assist.
[Reprinted in MARVEL TALES #17, 11/68; MARVEL TALES #160, 2/84]
Cover. [Reprinted in MARVEL TALES #160, 2/84; THE OFFICIAL MARVEL INDEX TO
THE AMAZ. SPIDER-MAN #1, 4/85; MARVEL SUPER-HEROES 1992 CALENDER]
**#23** : Apr '65 - "The Goblin And The Gangsters" (20 pages) : Ditko plot assist.
[Reprinted in MARVEL TALES #18, 1/69; MARVEL TALES #161, 3/84]
Pin-Up (1 page). [Cover : Reprinted in MARVEL TALES #161, 3/84; THE OFFICIAL MARVEL INDEX TO
THE AMAZ. SPIDER-MAN #1, 4/85; MARVEL SUPER-HEROES 1992 CALENDER]
**#24** : May '65 - "Spider-man Goes Mad" (20 pages) : Ditko plot assist.
[Reprinted in MARVEL TALES #19, 3/69; MARVEL TREASURY EDITION #8, 1975; MARVEL TALES
#162, 4/84]
Cover. [Reprinted in MARVEL TALES #162, 4/84; THE OFFICIAL MARVEL INDEX TO
THE AMAZ. SPIDER-MAN #1, 4/85; MARVEL SUPER-HEROES 1992 CALENDER]
**#25** : Jun '65 - "Captured By J. Jonah Jameson" (20 pages) : Ditko plot.
[Reprinted in MARVEL TALES #20, 5/69; MARVEL TALES #163, 5/84]
Cover. [Reprinted in MARVEL TALES #163, 5/83; THE OFFICIAL MARVEL INDEX TO
THE AMAZ. SPIDER-MAN #1, 4/85; MARVEL SAGA #18, 5/87 and MARVEL SUPER-HEROES 1992
CALENDER]
**#26** : Jul '65 - "The Man In The Crime-Master's Mask" (20 pages) : Ditko plot.
[Reprinted in MARVEL TALES #21, 7/69; MARVEL TALES #164, 6/84]
Cover. [Reprinted in MARVEL TALES #164, 6/84; THE OFFICIAL MARVEL INDEX TO
THE AMAZ. SPIDER-MAN #1, 4/85; MARVEL SAGA #19, 6/87; MARVEL SUPER-HEROES 1992
CALENDER]
**#27** : Aug '65 - "Bring Back My Goblin To Me" (20 pages) : Ditko plot.
[Reprinted in MARVEL TALES #22, 9/69; MARVEL TALES #165, 7/84]
Cover. [Reprinted in MARVEL TALES #165, 7/84; THE OFFICIAL INDEX TO THE AMAZ. SPIDER-MAN
#1, 4/85;
MARVEL SUPER-HEROES 1992 CALENDER]
**#28** : Sep '65 - "The Molten Man" (20 pages) : Ditko plot. [Reprinted in MARVEL TALES #166, 8/84]
Cover. [Reprinted in MARVEL TREASURY EDITION #1, ?/74; MARVEL TALES #166, 8/84; THE
OFFICIAL INDEX
TO THE AMAZ. SPIDER-MAN #1, 4/85; MARVEL SAGA #19, 6/87; MARVEL SUPER-HEROES 1992
CALENDER]
**#29** : Oct '65 - "Never Step On A Scorpion" (20 pages) : Ditko plot. [Reprinted in MARVEL TALES #168, 10/84]
Cover. [Reprinted in MARVEL TALES #168, 10/84; THE OFFFICIAL INDEX TO THE
AMAZ. SPIDER-MAN #1, 4/85; MAREVL SUPER-HEROES 1992 CALENDER]
**#30** : Nov '65 - "The Claws Of The Cat" (20 pages) : Ditko plot. [Reprinted in MARVEL TALES #23, 11/69 and #169,
11/84]
Cover. [Reprinted in MARVEL TALES #169, 11/84; THE OFFICIAL MARVEL INDEX TO
THE AMAZ. SPIDER-MAN #2, 5/85; MARVEL SUPER-HEROES 1992 CALENDER]

2021MARVEL-0033464

Steve Ditko

DITKO LOOKED UP - Checklist : Company-By-Company Marvel : A-L          Page 6 of 14

**#31** : Dec '65 - "If This Be My Destiny" (20 pages) : Ditko plot. [Reprinted in MARVEL TALES #24, 1/70 and #170, 12/84;

    MARVEL MASTERWORKS #16, ?/91, reprints #31-38 with covers]
    Cover. [Reprinted in MARVEL TREASURY EDITION #1, ?/74; MARVEL TALES #170, 12/84; OFFICIAL MARVEL INDEX TO THE
    AMAZ. SPIDER-MAN #2, 5/85; MARVEL SUPER-HEROES 1992 CALENDER]

**#32** : Jan '66 - "Man On A Rampage" (20 pages) : Ditko plot. [Reprinted in MARVEL TALES #171, 1/85]
    Cover. [Reprinted in MARVEL TALES #25, 3/70 & #171, 1/85; THE OFFICIAL MARVEL INDEX
    TO THE AMAZ. SPIDER-MAN #2, 5/85]

**#33** : Feb '66 - "The Final Chapter" (20 pages) : Ditko plot. [Reprinted in MARVEL TALES #26, 5/70 and #172, 2/85]
    Cover. [Reprinted in MARVEL TREASURY EDITION #1, ?/74; ROCKET'S BLAST COMCOLLECTOR #143, 6/78;
    MARVEL TALES #172, 2/85; THE OFFICIAL MARVEL INDEX TO THE AMAZ. SPIDER-MAN #2, 5/85]

**#34** : Mar '66 - "The Thrill Of The Hunt" (20 pages) : Ditko plot. [Reprinted in MARVEL TALES #27, 7/70 & #173, 3/85]
    Cover. [Reprinted in MARVEL TALES #27, 7/70 & #173, 3/85; THE OFFICIAL MARVEL INDEX
    TO THE AMAZ. SPIDER-MAN #2, 5/85]

**#35** : Apr '66 - "The Molten Man Regrets" (20 pages) : Ditko plot.
    [Reprinted in MARVEL SPECIAL EDITION #1, 1975; MARVEL TALES #28, 10/70 & #174, 4/85]
    Cover. [Reprinted in MARVEL TALES #174, 4/85; THE OFFICIAL MARVEL INDEX TO THE AMAZ.
SPIDER-MAN #2, 5/85]

**#36** : May '66 - "When Falls The Meteor" (20 pages) : Ditko plot. [Reprinted in MARVEL TALES #28, 10/70 & #175, 5/85]
    Cover. [Reprinted in MARVEL TALES #28, 10/70 & #174, 5/85; THE OFFICIAL
    MARVEL INDEX TO THE AMAZ. SPIDER-MAN #2, 5/85]

**#37** : Jun '66 - "Once Upon A Time, There Was A Robot" (20 pages) : Ditko plot. [Reprinted in MARVEL TALES #176, 6/85]
    Cover. [Reprinted in THE OFFICIAL MARVEL INDEX TO THE AMAZ. SPIDER-MAN #2, 5/85; MARVEL
TALES #176, 6/85]

**#38** : Jul '66 - "Just A Guy Named Joe" (20 pages) : Ditko plot.
    [Reprinted in AMAZ. SPIDER-MAN ANN. #7, 1970; MARVEL TALES #177, 7/85]
    Cover - montage of interior panels. [Reprinted in THE OFFICIAL MARVEL INDEX TO THE AMAZ. SPIDER-
MAN #2, 5/85;
    MARVEL TALES #177, 7/85; SUPERHERO COMICS OF THE SILVER AGE]

**#275** : Apr '86 - *Reprint : origin.*

**Amazing Spiderman Annual** : **(MARV)** - [1964-6, 69, 70, 88, 90, 91]

**#1** : ??? '64 - "The Sinister Six" (41 pages) : Ditko plot assist. [Reprinted in AMAZ. SPIDER-MAN ANNUAL #6, 1969;

    MARVEL SPECIAL EDITION #1, ?/75 [abridged]; MARVEL TALES #150, 4/83; ESSENTIAL SPIDER-MAN
#1, ?/97 [B&W];
    AMAZING SPIDER-MAN COLLECTOR'S ALBUM, ??/66 with several panels cut]
    "The Secrets Of Spider-Man" (9 pages) : [Reprinted in MARVEL TREASURY EDITION #1, ?/74 (only 4 pgs);
    MARVEL TALES #100, 2/79]
    "A Gallery of Spider-Man's Most Famous Foes" (14 pages). [Kraven age reprinted in MARVEL TALES #170, 12/84;
    7 of 14 pgs reprinted in GIANT-SIZE SUPER-HEROES #1, 6/74; MARVEL MASTERWORKS #10, ?/89, w/ only 4 pgs
    from gallery (Sandman, Dr. Doom, Lizard, Living Brain)]
    "How Stan Lee And Steve Ditko Create Spider-Man" (3 pages) : Ditko plot assist. [Reprinted in GIANT-SIZE
SUPER-HEROES #1, 6/74]

**#2** : ??? '65 - "The Wondrous World Of Dr. Strange" (20 pages) : Ditko plot.
    [Reprinted in DR. STRANGE #179, 4/69; GIANT-SIZE SPIDER-MAN #4, 4/75; SPIDER-MAN : HIS GREATEST TEAM-UP BATTLES,
    11/81; MARVEL TALES #167, 9/84; SPIDER-MAN'S GREATEST TEAM-UPS #nn, 6/96; ESSENTIAL
SPIDER-MAN #2 ?/97 in B&W]
    "A Gallery Of Spider-Man's Most Famous Foes" (5 pages). [Lizard pg. reprinted MARVEL TALES #167, 9/84;
    Scorpion pg. reprinted in MARVEL TALES #168, 10/84; Jonah's Robot pgs. reprinted MARVEL TALES #169, 11/84]

2021MARVEL-0033465

Steve Ditko

Reprints "Spider-Man" (14 pages) : AMAZ. SPIDERMAN #1, 3/63; "The Threat Of The Terrible Tinkerer" (10 pages) : AMAZ. SPIDER-MAN #2, 5/63; and entirety of AMAZ. SPIDERMAN #5, 10/63.
Cover. [Reprinted in MARVEL TALES #167, 9/84; THE OFFICIAL MARVEL INDEX TO THE AMAZ. SPIDER-MAN #1, 4/85;
SPIDER-MAN'S GREATEST TEAM-UPS #nn, 6/96]
[Reprinted in MARVEL MASTERWORKS #16, ?/91, w/ only 3 pgs. from gallery (Scorpion, Beetle, Circus Of Crime)]
**#3 :** ??? '66 - Reprints "Turning Point" (21 pages) : AMAZ. SPIDERMAN #11, 4/64.
"Unmasked By Dr. Octopus" (22 pages) : AMAZ. SPIDERMAN #12, 5/64.
**#6 :** ??? '69 - Reprints "The Sinister Six" (41 pages) : AMAZ. SPIDERMAN ANN. #1, ?/64.
"Spider-man Tackles The Torch" (6 pages) : AMAZ. SPIDERMAN #8, 1/64.
**#7 :** ??? '70 - Reprints "Spider-Man Vs. The Chameleon" (10 pages) : AMAZ. SPIDERMAN #1, 3/63.
"Duel To The Death With The Vulture" (14 pages) : AMAZ. SPIDERMAN #2, 5/63.
"Just A Guy Named Joe" (20 pages) : AMAZ. SPIDERMAN #38, 7/66.
**#22 :** ??? '88 - "He Who Laughs" (10 pages) : Ditko plots, Guice inks - Speedball story.
**#24 :** ??? '90 - "The Mercy Bomb" (10 pages) : Solo.
"Amazing Fantasy" (5 pages) : Ant-man.
**#25 :** ??? '91 - "Second Chance" (6 pages) : Chance.

### Amazing Spider-Man Collector's Album : (MARV) - [1966]
**#1 :** ??? '66 - Reprints Ditko stories with various pages and panels cut from A.S. #1 ("Spider-Man"), #13, #16, Annual #1.

[176 pgs. - 50 cents; published by Lancer]

### Amazing Spider-Man : (MARV) - [1977-79]
**#1 :** Sep '77 - Reprints "Spider-Man!" : AMAZING FANTASY #15, 9/62 plus entirety of AMAZ. SPIDERMAN #1-6;

also 3 pgs. from "The Secrets Of Spider-Man" feature in Annual #1, ?/64.
**#2 :** Feb '78 - Reprints entirety of AMAZ. SPIDERMAN #7-13.
**#3 :** Mar '79 - Reprints entirety of AMAZ. SPIDERMAN #14-20.
[Covers not reprinted in #2 and #3 - published by Pocket Books]

### Astonishing : (ATLA) - [1956]
**#53 :** Sep '56 - "Build Me A Machine" (4 pages).

### Astonishing Tales : (MARV) - [1973]
**#21 :** Dec '73 - Reprints "The Man Who Captured Death" (5 pages) : AMAZING ADULT FANTASY #9, 2/62.

### Avengers Annual : (MARV) - [1986]
**#13 :** ??? '84 - "In Memory Yet Green" (40 pages) : Byrne inks. [Cover : Byrne inks]
**#15 :** ??? '86 - "Betrayal" (40 pages) : Ditko breakdowns - Janson finishes.

### Battle : (ATLA) - [1959, 60]
**#63 :** Apr '59 - "The Hidden Doom" (4 pages).
**#68 :** Feb '60 - "Guard Duty" (5 pages) : Ditko inks, Kirby pencils.
**#70 :** Jun '60 - "A Tank Knows No Mercy" (5 pages) : Ditko inks, Kirby pencils.

### Bring On The Bad Guys : (MARV) - [1976]
**#1 :** ??? '76 - Reprints "The Domain Of The Dread Dormammu" (10 pages) : STRANGE TALES #126, 11/64.

"Duel With The Dread Dormammu" (10 pages) : STRANGE TALES #127, 12/64. [Published by Simon and Shuster]

2021MARVEL-0033466

Steve Ditko

### Chamber Of Chills : (MARV) - [1975, 76]
**#14** : Jan '75 - *Reprints "I Come From The Shadow World" (5 pages) : TALES OF SUSPENSE #7, 1/60.*
**#16** : May '75 - *Reprints "Masquerade" (5 pages) : STRANGE TALES #83, 4/61.*
**#19** : Nov '75 - *Reprints "Dream World" (5 pages) : TALES TO ASTONISH #26, 12/61.*
**#23** : ??? '76 - *Reprints ???.*
**#24** : Sep '76 - *Reprints "A Monster Waits Outside" (5 pages) : TALES TO ASTONISH #12, 10/60.*

### Chamber Of Darkness : (MARV) - [1970]
**#6** : Aug '70 - *Reprints "I Dared To Defy Merlin's...Black Magic" (5 pages) : STRANGE TALES #71, 10/59.*
**#7** : Oct '70 - *Reprints "I Wore The Mask Of Drothar" (5 pages) : TALES TO ASTONISH #11, 9/60.*
**#8** : Dec '70 - *Reprints "I Am The Invisible" (5 pages) : TALES TO ASTONISH #15, 1/61.*

   *"A Thousand Years Later" (6 pages) : STRANGE TALES #90, 11/61.*

### Cheyenne Kid : (ATLA) - [1957]
**#10** : Dec '57 - Cover.

### Chuck Norris : (MARV) - [1987]
**#1** : Jan '87 - "The Super Cruiser" (22 pages) : Art Nichols inks.
**#2** : Mar '87 - "Margie" (22 pages) : Esposito inks.
**#3** : May '87 - "Tabe's Story" (22 pages) : Jon D'Agostino inks.

### Conan : (MARV) - [1974]
**#40** : Jul '74 - *Reprints "The Changeling" (4 pages) : JOURNEY INTO MYSTERY #86, 11/62 (5 pgs in the original).*

### Coyote : (MARV) - [1984, 85]
**#7** : Jul '84 - The Djinn (1 page pin-up), plus write-up on series by Englehart.

   *Reprints "The Djinn" (15 pages) : Leialoha inks.*
**#8** : Oct '84 - "Claustrophobia" (12 pages) : Leialoha, Wiacek inks - 2nd chapter of The Djinn.
**#9** : Dec '84 - "Terror!" (12 pages) : Nichols inks - 3rd chapter of The Djinn.
**#10** : Jan '85 - "Riddle, Mystery, Enigma" (12 pages) : Nichols inks - The Djinn.

### Crazy : (MARV) - [1981, 82]
**#79** : Oct '81 - *Reprints "???" (5 pages) : ???, ??/?? and re-titles it "Mistake On Mercury".*

   *[This is an old Atlas story, rescripted to be 'funny']*
**#82** : Jan '82 - *Reprints "Spider-Man Tackles The Torch" (6 pages) : AMAZING SPIDER-MAN #8, 1/64 - Ditko-i, Kirby-p.*

   *[The story is re-scripted to be 'funny']*

### Creatures On The Loose : (MARV) - [1972-4]
**#15** : Jan '72 - *Reprints "Where Lurks The Ghost" (5 pages) : TALES TO ASTONISH #25, 11/61.*
**#17** : May '72 - *Reprints "What? What? Was Gargantus?" (7 pages) : STRANGE TALES #80, 1/61. [Ditko-i, Kirby-p]*
**#18** : Jul '72 - *Reprints "What Lurks In The Mountain?" (5 pages) : TALES OF SUSPENSE #17, 5/61.*
**#20** : Nov '72 - *Reprints "For Whom The Drum Beats" (5 pages) : TALES TO ASTONISH #22, 8/61.*
**#22** : Mar '73 - *Reprints "Gundar" (5 pages) : TALES OF SUSPENSE #39, 3/63.*
**#24** : Jul '73 - *Reprints "The Lighthouse From Nowhere" (5 pages) : STRANGLE TALES #87, 8/61.*
**#27** : Jan '74 - *Reprints "I Come From The Black Void" (3 pages) : AMAZ. ADULT FANTASY #9, 2/62.*
**#28** : Mar '74 - *Reprints "No Signs Of Life" (3 pages) : AMAZ. ADULT FANTASY #10, 3/62.*

### Crypt Of Shadows : (MARV) - [1974, 75]

2021MARVEL-0033467

Steve Ditko

DITKO LOOKED UP - Checklist : Company-By-Company Marvel : A-L          Page 9 of 14

**#13 :** Oct '74 - *Reprints "Man Of Iron" (5 pages) : TALES TO ASTONISH #31, 5/62.*
**#18 :** Jul '75 - *Reprints "I Dared To Look Into The Beyond" (5 pages) :*

    *TALES TO ASTONISH #6, 9/60. [Kirby pencils, Ditko inks]*
**#19 :** Sep '75 - *Reprints "Earth Will Be Destroyed" (5 pages) : TALES OF SUSPENSE #9, 5/60.*
**#20 :** Oct '75 - *Reprints "The Absent-Minded Professor" (5 pages) : TALES TO ASTONISH #33, 7/62.*

### Curse Of The Weird : (MARV) - [1993]
**#1 :** Dec '93 - *Reprints "Do Not Panic" (4 pages) : STRANGE TALES #95, 4/62.* [Cover : new Ditko art, color]
**#2 :** Jan '94 - *Reprints "The Ghost Of Grismore Castle" (6 pages) : STRANGE TALES #79, 12/60.*

    *"No Sign Of Life" (3 pages) : AMAZING ADULT FANTASY #10, 3/62.*
**#4 :** Mar '94 - *Reprints "There'll Be Some Changes Made" (4 pages) : JOURNEY INTO MYSTERY #33, 12/56.*

### Daredevil : (MARV) - [1964, 80, 86, 89]
**#1 :** Apr '64 - "The Origin Of Daredevil" (23 pages) : partial background inks. [Reprinted in MARVEL SUPER-HEROES #1, 10/66;

    SONS OF ORIGINS OF MARVEL COMICS, ?/75; MARVEL MASTERWORKS #17, ?/91]
**#162 :** Jan '80 - "Requiem For A Pug" (18 pages). [Cover]
**#234 :** Sep '86 - "Madcasting" (22 pages) : Janson inks.
**#235 :** Oct '86 - "A Safe Place" (23 pages) : Bulanadi inks.
**#264 :** Mar '89 - "Baby Boom" (22 pages) : Manley and Williamson inks.

### Dead Of Night : (MARV) - [1975]
**#10 :** Jun '75 - *Reprints "I Wore The Mask Of Drothar" (5 pages) : TALES TO ASTONISH #11, 9/60.*

### Destroyer : (MARV) - [1990]
**#4 :** Jan '90 - "How The Thieving Ninja Came To Be" (6 pages) : Tales Of Sinanju.

### Destroyer : (MARV) - [v2, 1991]
**#1 :** Mar '91 - "Terminal Velocity" (18 pages).

### Doctor Strange : (MARV) - [1969]
**#179 :** Apr '69 - *Reprints "The Wondrous World Of Dr. Strange" (20 pages) : AMAZ. SPIDERMAN ANN. #2, ?/65.*

### Doctor Strange : (MARV) - [v2, 1974]
**#3 :** Sep '74 - *Reprints "Amidst The Madness" (19 pages) : Abridged from STRANGE TALES #126, 127.*

### Doctor Strange Classics : (MARV) - [1984]
**#1 :** Mar '84 - *Reprints "The Defeat Of Dr. Strange" (10 pages) : STRANGE TALES #130, 3/65.*

    *"The Hunter And The Hunted" (10 pages) : STRANGE TALES #131, 4/65.*
    *"Face-To-Face At Last With Baron Mordo" (10 pages) : STRANGE TALES #132, 5/65.*
**#2 :** Apr '84 - *Reprints "A Nameless Land, A Timeless Land" (10 pages) : STRANGE TALES #133, 6/65.*
    *"Earth Be My Battleground" (10 pages) : STRANGE TALES #134, 7/65.*
    *"Eternity Beckons" (10 pages) : STRANGE TALES #135, 8/65.*
**#3 :** May '84 - *Reprints "What Lurks Beneath The Mask" (10 pages) : STRANGE TALES #136, 9/65.*
    *"When Meet The Mystic Minds" (10 pages) : STRANGE TALES #137, 10/65.*
    *"If Eternity Should Fall" (10 pages) : STRANGE TALES #138, 11/65.*
**#4 :** Jun '84 - *Reprints "Beware, Dormammu Is Watching" (10 pages) : STRANGE TALES #139, 12/65.*
    *"The Pincers Of Power" (10 pages) : STRANGE TALES #140, 1/66.*
    *"Let There Be Victory" (10 pages) : STRANGE TALES #141, 2/66.*

2021MARVEL-0033468

Steve Ditko

**Doctor Strange : (MARV) - [1978, 79]**
**#1 :** ??? '78 - *Reprints STRANGE TALES #110, 111, 115-129.*
**#2 :** ??? '79 - *Reprints STRANGE TALES #130-144.* [Published by Pocket Books]

**Essential Fantastic Four : (MARV) - [1998]**
**#1 :** Oct '98 - *Reprints FANTASTIC FOUR #13, 4/63 and Cover to #14, 5/63 with Ditko inks over Kirby pencils.*

**Essential Spiderman : (MARV) - [1997]**
**#1 :** Feb '97 - *Reprints from AMAZ. SPIDERMAN #1-20, Ann. #1 in black and white.*
**#2 :** ??? '97 - *Reprints from AMAZ. SPIDERMAN #21-40, Ann. #2, 3 in black and white. [#39, 40 and Ann. #3 not Ditko]*

**Fantastic Four : (MARV) - [1963]**
**#13 :** Apr '63 - "The Fantastic Four Versus The Red Ghost And His Indescribable Super-Apes" (22 pages) : Ditko inks, Kirby pencils.

   [Reprinted in MARVEL COLLECTORS' ITEM CLASSICS #7, 2/67; GIANT-SIZE FANTASTIC FOUR #2, 8/74
      & MARVEL MASTERWORKS #6, ?/88; ESSENTIAL FANTASTIC FOUR #1, 10/98]
**#14 :** May '63 - Cover : Ditko inks, Kirby pencils. [Reprinted in ESSENTIAL FANTASTIC FOUR #1, 10/98]

**Fantastic Four Annual : (MARV) - [1963, 81]**
**#1 :** ??? '63 - "The Fabulous Fantastic Four Meet Spider-Man" (6 pages) : Ditko inks, Kirby pencils.

   [Reprinted in MARVEL TALES #193, 11/86; MARVEL MASTERWORKS #13, ?/90]
**#16 :** ??? '81 - "The Coming Of...Dragon Lord" (38 pages). [Cover]

**Fantasy Masterpieces : (MARV) - [1966, 67]**
**#1 :** Feb '66 - *Reprints "Those Who Change" (5 pages) : AMAZING ADULT FANTASY #10, 3/62.*

   *"I Found The Things From Nowhere" (5 pages) : JOURNEY INTO MYSTERY #60, 9/60.*
**#2 :** Apr '66 - *Reprints "Those Who Lurk Below" (6 pages) : TALES OF SUSPENSE #12, 11/60.*
**#3 :** Jun '66 - *Reprints "I Saw The End Of The World" (5 pages) : STRANGE TALES #73, 2/60.*
**#7 :** Feb '67 - *Reprints "Monsters On Mercury" (5 pages) : JOURNEY INTO MYSTERY #78, 3/62.*
**#9 :** Jun '67 - *Reprints "Monsteroso" (5 pages) : TALES TO ASTONISH #18, 4/61.*

**Fear : (MARV) - [1970-72]**
**#1 :** Nov '70 - *Reprints "Something Lurks Inside" (5 pages) : TALES TO ASTONISH #10, 7/60.*

   *"I Am The Genie" (6 pages) : TALES TO ASTONISH #8, 3/60. [Kirby-p, Ditko-i]*
**#2 :** Mar '71 - *Reprints "One-Way Journey" (5 pages) : TALES TO ASTONISH #20, 6/61.*
**#3 :** May '71 - *Reprints "I Must Find Korumbu" (5 pages) : JOURNEY INTO MYSTERY #64, 1/61.*
   *"The Gentle Old Man" (5 pages) : JOURNEY INTO MYSTERY #94, 7/63.*
   *"A Monster Waits Outside" (5 pages) : TALES TO ASTONISH #12, 10/60.*
   *"The Lifeless Man" (5 pages) : STRANGE TALES #88, 9/61.*
   *"Zzutak" (13 pages) : STRANGE TALES #88, 9/61 - Ditko-i, Kirby-p.*
**#4 :** Jul '71 - *Reprints "I Turned Into A Martian" (5 pages) : JOURNEY INTO MYSTERY #60, 9/60.*
**#5 :** Nov '71 - *Reprints "One Look Means Doom" (5 pages) : JOURNEY INTO MYSTERY #73, 10/61.*
**#6 :** Feb '72 - *Reprints "I Took A Journey Into Fear" (5 pages) : JOURNEY INTO MYSTERY #63, 12/60.*
   *"The Last Laugh" (5 pages) : TALES TO ASTONISH #29, 3/62.*
**#7 :** May '72 - *Reprints "The Thing Behind The Wall" (5 pages) : JOURNEY INTO MYSTERY #66, 3/61.*
**#8 :** Jun '72 - *Reprints "I Can't Escape From The Creeping Things" (5 pages) : JOURNEY INTO MYSTERY #62, 11/60.*
   *"The Face" (5 pages) : TALES OF SUSPENSE #26, 2/62.*

2021MARVEL-0033469

Steve Ditko

**Frankenstein : (MARV) - [1974]**
**#12 :** Sep '74 - Reprints "Witch Hunt" (3 pages) : AMAZING ADULT FANTASY #7, 12/61.

**Further Adventures Of Indiana Jones : (MARV) - [1984-86]**
**#21 :** Sep '84 - "Beyond The Lucifer Chamber" (22 pages).
**#25 :** Jan '85 - "Good As Gold" (22 pages) : Bulanadi inks.
**#26 :** Feb '85 - "Trail Of The Golden Guns" Chapter 1 (22 pages) : Bulanadi inks.
**#27 :** Mar '85 - "Trail Of The Golden Guns" Chapter 2 (22 pages) : Bulanadi inks.
**#28 :** Apr '85 - "Tower Of Tears" (22 pages) : Bulanadi inks.
**#32 :** Nov '85 - "Double Play" (22 pages) : Bulanadi inks.
**#33 :** Jan '86 - "Magic, Murder And The Weather" (23 pages) : Bulanadi inks.
**#34 :** Mar '86 - "Something's Gone Wrong Again" (23 pages) : Bulanadi inks.

**Giant-Size Defenders : (MARV) - [1974, 75]**
**#1 :** Jul '74 - Reprints "To Catch A Magician" (10 pages) : STRANGE TALES #145, 6/66.
**#2 :** Oct '74 - Reprints "Beyond The Purple Veil" (8 pages) : STRANGE TALES #119, 4/64.
**#3 :** Jan '75 - Reprints "The House Of Shadows" (9 pages) : STRANGE TALES #120, 5/64.
**#4 :** Apr '75 - Reprints "Witchcraft In The Wax Museum" (9 pages) : STRANGE TALES #121, 6/64.

**Giant-Size Dracula : (MARV) - [1975]**
**#4 :** Mar '75 - Reprints "The Gargoyles" (5 pages) : TALES Of SUSPENSE #46, 10/63.

     "I Am The Living Ghost" (5 pages) : TALES OF SUSPENSE #15, 3/61.

**Giant-Size Fantastic Four : (MARV) - [1974]**
**#2 :** Aug '74 - Reprints "The Fantastic Four Versus The Red Ghost And His Indescribable Super-Apes" (22 pages) :

     FANTASTIC FOUR #13, 4/63 - Ditko inks, Kirby pencils.

**Giant-Size Iron Man : (MARV) - [1975]**
**#1 :** ??? '75 - Reprints "The New Iron Man Meets The Angel" (15 pages) : TALES OF SUSPENSE #49, 1/64. [Adds "The New"].

**Giant-Size Man-Thing : (MARV) - [1974, 75]**
**#1 :** Aug '74 - Reprints "The Ice-Monster Cometh" (5 pages) : AMAZING ADULT FANTASY #11, 4/62.
**#4 :** May '75 - Reprints "I Entered The Doorway To Doom" (5 pages) : STRANGE TALES #72, 12/59.

**Giant-Size Marvel Triple Action : (MARV) - [1975]**
**#1 :** May '75 - Reprints "The World Beyond" (9 pages) : STRANGE TALES #122, 7/64.
**#2 :** Jul '75 - Reprints "The Challenge Of Loki" (9 pages) : STRANGE TALES #123, 8/64.

**Giant-Size Spider-Man : (MARV) - [1974, 75]**
**#1 :** Jul '74 - Reprints "On The Trail Of The Amazing Spider-Man" (18 pages) : STRANGE TALES ANN. #2, ?/63.
**#3 :** Jan '75 - Reprints "Duel With Daredevil" (19 pages) : AMAZ. SPIDER-MAN #16, 9/64 (minus 3pgs; Daredevil's costume coloured red).
**#4 :** Apr '75 - Reprints "The Wonderous World Of Dr. Strange" (20 pages) : AMAZ. SPIDERMAN ANN. #2, ?/65.
**#5 :** Jun '75 - Reprints "Where Flies The Beetle" (20 pages) : AMAZ. SPIDERMAN #21, 2/65 w/ pg. 3, panels from pgs. 16, 17 omitted.

**Giant-Size Super-Heroes : (MARV) - [1974]**
**#1 :** Jun '74 - Reprints 7 of the 14 pgs. of "A Gallery Of Spider-Man's Most Famous Foes" : AMAZ. SPIDER-MAN ANN. #1, ?/64.

2021MARVEL-0033470

Steve Ditko

*"How Stan Lee And Steve Ditko Create Spider-Man" (3 pages) : AMAZ. SPIDER-MAN ANN. #1, ?/64.*

### Giant-Size Super-Villian Team-Up : (MARV) - [1975]
**#2** : Jun '75 - *Reprints "The Living Brain" (17 pages) : AMAZ. SPIDER-MAN #8, 1/64.* ["The Terrible Threat Of" left off title]

### Giant-Size Werewolf : (MARV) - [1974]
**#2** : Oct '74 - *Reprints "The Ape Man" (5 pages) : STRANGE TALES #85, 6/61.*

### Gunsmoke Western : (ATLA) - [1960, 61]
**#56** : Jan '60 - Half Cover. [Ditko inks, Kirby pencils]
**#66** : Sep '61 - "The Escape Of Yancy Younger" (5 pages).

### Incredible Hulk : (MARV) - [1962, 63, 79, 80, 92]
**#2** : Jul '62 - "The Terror Of The Toad Men" (24 pages) : Ditko inks, Kirby pencils.

[Reprinted in INCREDIBLE HULK, Pocket Books, 4/78; MARVEL MASTERWORKS #8, ?/89; pgs. 1-6 in MARVEL COLLECTOR'S ITEM CLASSICS #8, 4/67; pgs. 7-14 in #9, 6/67; pgs. 15-24 in #10, 8/67]
**#6** : Mar '63 - "The Incredible Hulk Versus The Metal Master" (24 pages). [Reprinted in INCREDIBLE HULK, Pocket Books, 4/78;
MARVEL MASTERWORKS #8, ?/89; 3 parts in MARVEL COLLECTOR'S ITEM CLASSICS #11-13 : 10/67, 12/67, 2/68]
Cover : Reprinted in INCREDIBLE HULK, Pocket Books, 4/78.
**#235** : May '79 - Cover.
**#249** : Jul '80 - "Jack Frost Nipping At Your Soul" (17 pages). [Cover]
**#400** : Dec '92 - *Reprints "A Titan Rides The Train" (10 pages) : TALES TO ASTONISH #63, 1/65.*

### Incredible Hulk Annual : (MARV) - [1969, 80]
**#2** : Oct '69 - *Reprints "Enter...The Chameleon" (10 pages) : TALES TO ASTONISH #62, 12/64.*

*"A Titan Rides The Train" (10 pages) : TALES TO ASTONISH #63, 1/65.*
*"The Horde Of Humanoids" (10 pages) : TALES TO ASTONISH #64, 2/65. [Pg. 8 omitted]*
*"On The Rampage Against The Reds" (10 pages) : TALES TO ASTONISH #65, 3/65.*
*"The Power Of Dr. Banner" (10 pages) : TALES TO ASTONISH #66, 4/65.*
**#9** : ??? '80 - "A Game Of Monsters And Kings" (33 pages) : Milgrom inks.

### Incredible Hulk : (MARV) - [1978]
**#1** : Apr '78 - *Reprints INCREDIBLE HULK #1-6.*

*Ditko inks #2, 7/62; pencils #6, 3/63. [Published by Pocket Books]*

### Incredible Hulk : (MARV) - [1977]
**#1** : ??? '77 - *Reprints ???. [Published by Simon and Shuster]*

### Incredible Hulk Collector's Album : (MARV) - [1966]
**#1** : ??? '66 - *Reprints partial pages (#11, 12) from INCREDIBLE HULK #6, 3/63 and all but certain panels*

*from each pg. 10 of TALES TO ASTONISH #60-63 (10-12/64, 1/65). [Published by Lancer]*

### Incredible Hulk Special : (MARV) - [1969]
**#2** : Oct '69 - *Reprints ??? : TALES TO ASTONISH #6?, ?/?? - Roussos inks.*

2021MARVEL-0033471

Steve Ditko

**#9 :** ??? '?? - ???.

## Iron Man : (MARV) - [1982]
**#160 :** Jul '82 - "A Cry Of Beasts" (21 pages) : Green inks.

## Iron Man Annual : (MARV) - [1990]
**#11 :** ??? '90 - "The Awesome Origin Of Mrs. Arbogast" (5 pages).

## Journey Into Mystery : (ATLA) - [1956, 59-63]
**#33 :** Apr '56 - "They'll Be Some Changes Made" (4 pages). [Reprinted in CURSE OF THE WEIRD #4, 3/94]
**#38 :** Sep '56 - "Those Who Vanish" (4 pages).
**#50 :** Jan '59 - "Three Who Vanished" (5 pages).
**#51 :** Mar '59 - "Robot On The Rampage" (5 pages). [Reprinted in MARVEL SUPER-HEROES #31, 11/71]
**#52 :** May '59 - "Man With The Atomic Brain" (5 pages).
**#53 :** Jul '59 - "Beware Of Tomorrow" (5 pages).
**#54 :** Sep '59 - "I Unleashed Monstro On The World" (5 pages).
**#55 :** Nov '59 - "I Found The Giant In The Sky" (5 pages). [Reprinted in STRANGE TALES ANNUAL, #1, 1962]
**#56 :** Jan '60 - "I Shrank Away To Nothing" (5 pages). [Reprinted in WHERE CREATURES ROAM #6, 5/71]
**#57 :** Mar '60 - "The Earth-Crawlers" (5 pages). [Reprinted in WHERE MONSTERS DWELL #12, 11/71]
**#58 :** May '60 - "Beware Of The Little Toy Men" (5 pages) : Reprinted in MARVEL SUPER-HEROES #29, 1/71. [Cover]
**#59 :** Jul '60 - "The Revenge Of The Wooden Woman" (5 pages). [Cover : Ditko inks, Kirby pencils]
**#60 :** Sep '60 - "I Turned Into A Martian" (5 pages). [Reprinted in FEAR #4, 7/71]

   "I Found The Things From Nowhere" (5 pages) : Reprinted in FANTASY MASTERPIECES #1, 2/66; WHERE MONSTERS DWELL #9, 5/71. [Cover : Ditko inks, Kirby pencils]
**#61 :** Oct '60 - "I Opened The Doorway To...Nowhere" (5 pages). [Reprinted in TOWER OF SHADOWS SPEC. #1, 12/71
   & WHERE MONSTERS DWELL #17, 9/72]
**#62 :** Nov '60 - "I Can't Escape From The Creeping Things" (5 pages) :
   Reprinted in FEAR #8, 6/72; MONSTER MENACE #2, 1/94. [Cover : Ditko inks, Kirby pencils]
**#63 :** Dec '60 - "Goliath, The Monster That Walked Like A Man" (7 pages) : Ditko inks, Kirby pencils.
   [Reprinted in WHERE MONSTERS DWELL #10, 7/71; MARVEL MONSTER MASTERWORKS #1, ??/89 - both retitled "Gigantus!..."]
   "I Took A Journey Into Fear" (5 pages) : Reprinted in FEAR #6, 2/72. [Cover : Ditko inks, Kirby pencils]
**#64 :** Jan '61 - "I Must Find Korumbu" (5 pages). [Reprinted in FEAR #3, 3/71]
**#65 :** Feb '61 - "Fear In The Night" (5 pages).
   [Reprinted WHERE CREATURES ROAM #1, 7/70; MARVEL MONSTERS MASTERWORKS, '70]
**#66 :** Mar '61 - "The Thing Behind The Wall" (5 pages). [Reprinted in FEAR #7, 5/72]
**#67 :** Apr '61 - "The Last Voyage Of Captain Kragg" (5 pages) : Reprinted in WHERE MONSTERS DWELL #12, 11/71. [Cover]
**#68 :** May '61 - "Where Walks The Ghost" (5 pages).
**#69 :** Jun '61 - "When Darkness Falls" (5 pages). [Reprinted in WHERE MONSTERS DWELL #13, 1/72]
**#70 :** Jul '61 - "The Stone Man" (5 pages). [Reprinted in KULL THE DESTROYER #12, 2/74 minus 1 pg.]
**#71 :** Aug '61 - "The Painting" (5 pages) : Reprinted in WHERE CREATURES ROAM #6, 5/71;
   AMAZING ADVENTURES v2 #24, 5/74. [Cover]
**#72 :** Sep '61 - "Will This Be The End Of The World?" (5 pages). [Reprinted in WHERE CREATURES ROAM #7, 7/71]
**#73 :** Oct '61 - "One Look Means Doom" (5 pages). [Reprinted in FEAR #5, 11/71]
**#74 :** Nov '61 - "The Mechanical Men" (5 pages). [Reprinted in X-MEN #93, 4/75]
**#75 :** Dec '61 - "The Man Who Lost The World" (5 pages). [Reprinted in WHERE MONSTERS DWELL #9, 5/71]
**#76 :** Jan '62 - "Escape To...Nowhere" (5 pages).
**#77 :** Feb '62 - "They Were Only Scarecrows" (5 pages).
**#78 :** Mar '62 - "Monsters On Mercury" (5 pages). [Reprinted in FANTASY MASTERPIECES #7, 2/67]
   "Kraggoom" (7 pages) : Reprinted in MONSTERS ON THE PROWL #9, 2/71. [Ditko inks, Kirby pencils.]
**#79 :** Apr '62 - "The Speed Demon" (5 pages). [Reprinted in MONSTERS ON THE PROWL #14, 12/71]
**#80 :** May '62 - "For The Birds" (5 pages).

2021MARVEL-0033472

Steve Ditko

DITKO LOOKED UP - Checklist : Company-By-Company Marvel : A-L                    Page 14 of 14

**#81** : Jun '62 - "The Comic Strip" (5 pages).
**#82** : Jul '62 - "Take A Chair" (5 pages). [Reprinted in JOURNEY INTO MYSTERY v2 #7, 10/73]
**#83** : Aug '62 - "When The Jungle Sleeps". (5 pages).
**#84** : Sep '62 - "Somewhere Hides A...Thing" (5 pages).
**#85** : Oct '62 - "Off Limits" (5 pages).
**#86** : Nov '62 - "The Changeling" (5 pages). [Reprinted in CONAN #40, 7/74 - w/ 1 pg. cut]
**#87** : Dec '62 - "The Man On The Endless Stairway" (5 pages).
**#88** : Jan '63 - "Behind Locked Doors" (5 pages).
**#89** : Feb '63 - "When The Switch Is Pulled" (5 pages).
**#90** : Mar '63 - "The Midnight Caller" (5 pages).
**#91** : Apr '63 - "The Manikins" (5 pages).
**#92** : May '63 - "I Used To Be Human" (5 pages).
**#93** : Jun '63 - "I Saw A Martian" (5 pages).
**#94** : Jul '63 - "The Gentle Old Man" (5 pages). [Reprinted in FEAR #3, 3/71]
**#95** : Aug '63 - "The Tomb Of Tut-Amm-Tut" (5 pages).
**#96** : Sep '63 - "Frederick Fenton's Future" (5 pages).

### Journey Into Mystery : (MARV) - [v2, 1973-75]
**#7** : Oct '73 - *Reprints "Take A Chair" (5 pages) : JOURNEY INTO MYSTERY #82, 7/62.*
**#10** : Apr '74 - *Reprints "The Terror Of Tim Boo Ba" (5 pages) : AMAZING ADULT FANTASY #9, 2/62.*

     *[Note : changes title to "The Threat Of Tim Boo Ba"]*
**#12** : Aug '74 - *Reprints "The Genie Lives" (5 pages) : AMAZING ADULT FANTASY #9, 2/62.*
**#13** : Oct '74 - *Reprints "I Captured The Abominable Snowman" (6 pages) : STRANGE WORLDS #1, 12/58.*
**#14** : Dec '74 - *Reprints "When Wakes The Sphinx" (5 pages) : STRANGE TALES #70, 8/59.*
**#15** : Feb '75 - *Reprints ???.*
**#19** : Oct '75 - *Reprints "Dead Planet" (5 pages) : TALES TO ASTONISH #27, 1/62.*

### Journey Into Unknown Worlds : (ATLA) - [1956]
**#45** : May '56 - "The Night Vistor" (4 pages).
**#51** : Nov '56 - "The Faceless Man" (4 pages).

### Kid Colt Outlaw : (MARV) - [1960]
**#89** : Mar '60 - Cover. [Ditko inks, Kirby pencils]

### Kull The Destroyer : (MARV) - [1974]
**#12** : Feb '74 - *Reprints "The Stone Man" (4 pages) : JOURNEY INTO MYSTERY #70, 7/61. [5pgs. in the original]*
**#15** : Aug '74 - *Reprints "Help!" : STRANGE TALES #94, 3/62.*

---

**Click HERE for *Marvel : M-Z***

---

2021MARVEL-0033473

Steve Ditko

The
# STEVE DITKO
*Company-By-Company (Marvel : M-Z)*
## Checklist

## MARVEL

**Machine Man :** (MARV) - [1979-81]
#10 : Aug '79 - "Renewal" (17 pages). [Cover]
#11 : Oct '79 - "Byte Of The Binary Bug" (17 pages). [Cover]
#12 : Dec '79 - "Where Walk The Gods" (17 pages). [Cover]
#13 : Feb '80 - "Xanadu" (17 pages). [Cover]
#14 : Apr '80 - "The Man Who Could Walk Through Walls" (18 pages). [Cover : Byrne inks]
#15 : Jun '80 - "Kill Me Or Cure Me" (17 pages). [Cover]
#16 : Aug '80 - "Baron Brimstone And His Sinister Satan Squad" (17 pages). [Cover]
#17 : Oct '80 - "Arms And The Robot" (17 pages).
#18 : Dec '80 - "Alone Against Alpha Flight" (22 pages).
#19 : Feb '81 - "Jolted By Jack O'Lantern" (22 pages).

**Marvel Age :** (MARV) - [1991, 92, 94]
#104 : Sep '91 - *Reprints "The Man In The Sky" (5 pages) : AMAZING ADULT FANTASY #14, 7/62.*
#118 : Nov '92 - *Reprints cover of AMAZ. SPIDER-MAN #1; 8 panels : AMAZ. ADULT FANTASY #15; Dr. Strange panel.*

**Marvel Age Annual :** (MARV) - [1988]
#4 : ??? '88 - "The Mystery Of Crooked Face!" (5 pages) : Ditko plots, Guice inks.

**Marvel Collectors' Item Classics :** (MARV) - [1965-69]
#1 : ??? '65 - *Reprints entirety of AMAZ. SPIDERMAN #3, 7/63.*
#2 : Apr '66 - *Reprints entirety of AMAZ. SPIDERMAN #4, 9/63.*
#3 : Jun '66 - *Reprints "Dr. Strange, Master Of Black Magic" (5 pages) : STRANGE TALES #110, 7/63.*
#4 : Aug '66 - *Reprints "Face-To-Face With The Magic Of Baron Mordo" (5 pages) : STRANGE TALES #111, 8/63.*
#5 : Oct '66 - *Reprints "The Return Of The Omnipotent Baron Mordo" (5 pages) : STRANGE TALES #114, 11/63.*
#6 : Dec '66 - *Reprints "Return To The Nightmare World" (8 pages) : STRANGE TALES #116, 1/64.*
#7 : Feb '67 - *Reprints entirety of FANTASTIC FOUR #13 : Ditko inks, Kirby pencils.*
    *"The Many Traps Of Baron Mordo" (8 pages) : STRANGE TALES #117, 2/64.*
#8 : Apr '67 - *Reprints "The Possessed" (8 pages) : STRANGE TALES #118, 3/64.*
    *"The Terror Of The Toad Men" : pgs. 1-6 of INCREDIBLE HULK #2, 7/62 - Ditko inks, Kirby pencils.*
#9 : Jun '67 - *Reprints "Beyond The Purple Veil" (8 pages) : STRANGE TALES #119, 4/64.*
    *"The Terror Of The Toad Men" : pgs. 7-14 of INCREDIBLE HULK #2, 7/62 - Ditko inks, Kirby pencils.*
#10 : Aug '67 - *Reprints "Iron Man Battles The Melter" (18 pages) : TALES OF SUSPENSE #47, 11/63.*
    *"The Terror Of The Toad Men" : pgs. 15-24 of INCREDIBLE HULK #2, 7/62 - Ditko inks, Kirby pencils.*
    *Dr. Strange pin-up (1 page) : ???.*
#11 : Oct '67 - *Reprints pg. 1-10 of INCREDIBLE HULK #6, 3/63.*
    *"The House Of Shadows" (9 pages) : STRANGE TALES #120, 5/64.*
#12 : Dec '67 - *Reprints pg. 10-18 (2 panels cut from pg. 10) of INCREDIBLE HULK #6, 3/63.*

2021MARVEL-0033474

Steve Ditko

"Witchcraft In The Wax Museum" (9 pages) : STRANGE TALES #121, 6/64.
**#13 :** Feb '68 - Reprints pg. 18-24 (2 panels cut from pg. 18) of INCREDIBLE HULK #6, 3/63.
"The World Beyond" (9 pages) : STRANGE TALES #122, 7/64.
**#14 :** Apr '68 - Reprints "The Challenge Of Loki" (9 pages) : STRANGE TALES #123, 8/64.
**#15 :** Jun '68 - Reprints "The Lady From Nowhere" (9 pages) : STRANGE TALES #124, 9/64.
**#16 :** Aug '68 - Reprints "Mordo Must Not Catch Me" (10 pages) : STRANGE TALES #125, 10/64.
**#17 :** Oct '68 - Reprints "The Domain Of The Dread Dormammu" (10 pages) : STRANGE TALES #126, 11/64.
**#18 :** Dec '68 - Reprints "Duel With The Dread Dormammu" (10 pages) : STRANGE TALES #127, 12/64.
**#19 :** Feb '69 - Reprints "The Demon's Disciple" (10 pages) : STRANGE TALES #128, 1/65.
**#20 :** Apr '69 - Reprints "Beware Tiboro, The Tyrant Of The Sixth Dimension" (10 pages) : STRANGE TALES #129, 2/65.
**#21 :** Jun '69 - Reprints "The Defeat Of Dr. Strange" (10 pages) : STRANGE TALES #130, 3/65.
**#22 :** Aug '69 - Reprints "The Hunter And The Hunted" (10 pages) : STRANGE TALES #131, 4/65.

## Marvel Comics Index : (G&T) - [1976]
**#1 :** ???/76 - Reprints the Ditko covers to Amazing Adventures #1-6, Amazing Adult Fantasy #7-14, Amazing Fantasy #15 and

Amazing Spider-Man #1-38, plus Annuals #1 and #2.

## Marvel Comics Presents : (MARV) - [1988-91]
**#7 :** Nov '88 - "From Sea To Deadly Sea" (8 pages) : Ditko plot, Adkins inks - Sub-Mariner.
**#10 :** Jan '89 - "Machine Man Meets The F.F. ...Failure Five" (8 pages) : Ditko plot, Cockrum inks.
**#14 :** Mar '89 - "The Feathered Felon" (8 pages) : Ditko plots, Duffy scripts - Speedball.
**#54 :** ??? '90 - "The Dark Light Of Kali" (8 pages) : Ditko plot, Wiacek inks - Shroud.
**#56 :** ??? '90 - "Any Number Can Play" (8 pages) : Ditko plot, Grainger inks - Speedball.
**#58 :** ??? '90 - "Neutralizing Effects" (8 pages) : Ditko plot, Ivy inks - Iron Man.
**#80 :** ??? '91 - "Wargod" (8 pages) : Ditko story, Austin inks - Captain America.
**#81 :** ??? '91 - "Wargod And The Final Blow" (8 pages) : Ditko story, Austin inks - Captain America.
**#83 :** ??? '91 - "The Matchstick And The Moth" (8 pages) : Ditko plot, Larsen inks.

## Marvel : Heroes And Legends (MARV) - [1996, 97]
**#1 :** Oct '96 - "For Better Or For Worse!" (6 pages) : Revision of FANTASTIC FOUR ANN. #3.
**#2 :** Nov '97 - "Avengers Assemble" (9 pages) : Revision of AVENGERS #16.

## Marvel Main : (Fanz.) - [1968]
**#4 :** Oct '68 - "An Interview With The Man Of Mystery - Steve Ditko". [produced by Mike Howell]

## Marvelmania : (Fanz.) - [1970]
**#2 :** ??? '70 - Unused cover to AMAZING FANTASY #15, 1962.

## Marvel Masterworks : (MARV) - [1987-92]
**#1 :** ??? '87 - Reprints "Spiderman!" (11 pages) : AMAZ. FANTASY #15, 9/62 and AMAZ. SPIDER-MAN #1-10 (covers inc.).
**#5 :** ??? '88 - Reprints AMAZ. SPIDER-MAN #11-20 (covers inc.).
**#6 :** ??? '88 - Reprints "The Fantastic Four Versus The Red Ghost And His Indescribable Super-Apes" (22 pages) :

FANTASTIC FOUR #13, 4/63. [Kirby-p, Ditko-i]
(F.F. #20 also has a panel redrawn by Ditko on Page #17 [Panel 3])
**#8 :** ??? '89 - Reprints "The Terror Of The Toad Men" (24 pages) : INCREDIBLE HULK #2, 7/62. [Kirby-p, Ditko-i]
"The Incredible Hulk Versus The Metal Master" (24 pages) : INCREDIBLE HULK #6, 3/63.
**#10 :** ??? '89 - Reprints AMAZ. SPIDER-MAN #21-30 and ANNUAL #1 (covers inc.)
**#13 :** ??? '90 - Reprints "The Fabulous Fantastic Four Meet Spider-Man" (6 pages) :
FANTASTIC FOUR ANNUAL #1, ?/63. [Kirby-p, Ditko-i]
**#16 :** ??? '91 - Reprints AMAZ. SPIDER-MAN #31-38 and ANNUAL #2 (covers inc.)

2021MARVEL-0033475

**#17 :** ??? '91 - *Reprints "The Origin Of Daredevil" (23 pages) : DAREDEVIL #1, 4/64. [partial background inks]*
**#20 :** ??? '92 - *Reprints "Iron Man Battles The Melter" (18 pages) : TALES OF SUSPENSE #47, 11/63. [Heck-i]*
"The Mysterious Mr. Doll" (18 pages) : TALES OF SUSPENSE #48, 12/63.
"Iron Man Meets The Angel" (18 pages) : TALES OF SUSPENSE #49, 1/64. [Reinman-i]
**#23 :** ??? '92 - *Reprints Dr. Strange stories from STRANGE TALES #110, 111, 114-141.*

**Marvel Masterpiece Cards : (SKYB) - [1992]**
**card #23 :** *Reprints Cover : AMAZ. SPIDER-MAN #9, 2/64. - Electro.*
**card #25 :** *Reprints Cover : AMAZ. SPIDER-MAN #3, 7/63 - Dr. Octopus.*
**card #36 :** *Reprints Cover : AMAZ. SPIDER-MAN #14, 7/64 - Green Goblin.*
**card #41 :** *Reprints Cover : AMAZ. SPIDER-MAN #6, 11/63 - The Lizard.*
**card #77 :** *Reprints Cover : AMAZ. SPIDER-MAN #4, 9/63 - Sandman.*
**card #87 :** *Reprints Cover : AMAZ. SPIDER-MAN #15, 8/62 - Spider-Man.*

**Marvel Milestone Edition: Amazing Fantasy : (MARV) - [1992]**
**#15 :** Mar '92 - *Reprints all of AMAZING FANTASY #15, 9/62.*

**Marvel Milestone Edition: Amazing Spider-Man : (MARV) - [1993]**
**#1 :** Jan '93 - *Reprints entirety of AMAZ. SPIDER-MAN #1, 3/63.*

**Marvel Milestone Edition: Doctor Strange : (MARV) - [199?]**
**#1 :** ??? '9? - *Reprints "Dr. Strange, Master of Black Magic" (5 pages) : STRANGE TALES #110, 7/63; "Face-To-Face With The Magic Of*

*Baron Mordo" (5 pages) : STRANGE TALES #111, 8/63; "The Return Of The Omnipotent Baron Mordo" (5 pages) STRANGE TALES #114, 11/63 & "Origin of Dr. Strange" (5 pages) : STRANGE TALES #115, 12/63. [Cover is from page 1 of "Origin of Dr. Strange"]*

**Marvel Milestone Edition: Tales Of Suspense : (MARV) - [1993]**
**#39 :** Mar '93 - *Reprints "Gundar" (5 pages) : TALES OF SUSPENSE #39, 3/63.*

**Marvel Mirror :** (Fanz.) - [1968]
**#6 :** ??? '68 - Letter To The Editor. [Produced by Greg Kishel]

**Marvel Monster Masterworks : (MARV) - [1989]**
**#nn :** ??? '89 - *Reprints "The Threat Of Tim Boo Ba" (5 pages) : AMAZING ADULT FANTASY #9, 2/62.*

*"Zzutak! The Thing That Shouldn't Exist" (13 pages) : STRANGE TALES #88, 9/61. [Ditko inks, Kirby pencils] "Gigantus! The Monster That Walked Like A Man!" (7 pages) : JOURNEY INTO MYSTERY #63, 12/60. [Ditko-i, Kirby-p : originally titled 'Golaith!...'] "Fear In The Night" (5 pages) : JOURNEY INTO MYSTERY #65, 2/61.*

**Marvel Premiere : (MARV) - [1973]**
**#11 :** Oct '73 - *Reprints "Origin Of Dr. Strange" (8 pages) : STRANGE TALES #115, 12/63.*

*"The Many Traps Of Baron Mordo" (8 pages) : STRANGE TALES #117, 2/64.*

**Marvel Preview : (MARV) - [1980]**
**#21 :** Spr '80 - "Walk A Crooked Mile" (15 pages).

**Marvel's Greatest Comics : (MARV) - [1969, 70]**
**#23 :** Oct '69 - *Reprints "Face-To-Face At Last With Baron Mordo" (10 pages) : STRANGE TALES #132, 5/65.*
**#24 :** Dec '69 - *Reprints "A Nameless Land, A Timeless Land" (10 pages) : STRANGE TALES #133, 6/65 &*

2021MARVEL-0033476

*1 Page Pin-Up : STRANGE TALES #127, 12/64 (from "Duel With The Dread Dormammu"; pg.1).*
**#25** : Feb '70 - *Reprints "What Lurks Beneath The Mask" (10 pages) : STRANGE TALES #136, 9/65.*
**#26** : Apr '70 - *Reprints "When Meet The Mystic Minds" (10 pages) : STRANGE TALES #137, 10/65.*
**#27** : Jun '70 - *Reprints "If Eternity Should Fail" (10 pages) : STRANGE TALES #138, 11/65.*
**#28** : Aug '70 - *Reprints "Beware...! Dormammu Is Watching" (10 pages) : STRANGE TALES #139, 12/65.*

### Marvel Special Edition : (MARV) - [1975]
**#1** : ??? '75 - *Reprints "The Sinister Six" : AMAZ. SPIDER-MAN ANN. #1, ?/64. [abridged]*

"Face-To-Face With...The Lizard" (21 pages) : AMAZ. SPIDER-MAN #6, 11/63.
"The Molten Man Regrets" (20 pages) : AMAZ. SPIDER-MAN #35, 4/66.
Covers from AMAZ. SPIDER-MAN #6, 35 and ANNUAL #1.

### Marvel Spotlight : (MARV) - [v2 1980, 81]
**#4** : Jan '80 - "Shadow Of Doom" (17 pages) - Captain Marvel story. [Cover]
**#5** : Mar '80 - "A Hero Is Also A Man" (17 pages).
**#9** : Nov '80 - "The Mystery Of Mr. E" (22 pages). [Cover]
**#10** : Jan '81 - "Double Jeopardy" (22 pages) : Captain Universe story. [Cover]
**#11** : Mar '81 - "The Big Time" (22 pages) : Captain Universe story. [Pin-up : 1 page].

### Marvel Super-Heroes : (MARV) - [1966, 70, 71]
**#1** : Oct '66 - *Reprints "The Origin Of Daredevil" (23 pages) : DAREDEVIL #1, 4/64 - partial bkgd. inks.*
**#25** : Mar '70 - *Reprints "The Incredible Hulk" (10 pages) : TALES TO ASTONISH #60, 10/64.*
**#29** : Jan '71 - *Reprints "Beware Of The Little Toy Men" (5 pages) : JOURNEY INTO MYSTERY #58, 5/60.* **#31** : Nov
'71 - *Reprints "Robot On The Rampage" (5 pages) : JOURNEY INTO MYSTERY #51, 3/59.*

### Marvel Super-Heroes : (MARV) - [1990-92]
**#1** : May '90 - "Pulitzer Patty" (11 pages) - Ivy inks - Speedball.
**#2** : Jul '90 - "The Price Of Their Toys" (8 pages) : Ditko plot, DeCarlo inks - Speedball.
**#3** : Sep '90 - "The Power Of Rage" (8 pages) : Ditko plot, Rogers inks - Hulk.
**#5** : Apr '91 - "Jolly Roger" (11 pages) : Ditko plot, Badger inks - Speedball.
**#6** : Jul '91 - "The Bouncer" (8 pages) : Ditko plot, Adkins inks - Speedball.
**#7** : Oct '91 - "The Shroud Vs. The Deacon" (18 pages) : Leialoha inks - Shroud.
**#8** : Jan '92 - "The Coming Of Squirrel Girl" (22 pages) : Murray script - Iron Man, S.G. battle Dr. Doom.

### Marvel Tales : (ATLA) - [1956]
**#147** : Jun '56 - "The Vanishing Martians" (4 pages).

### Marvel Tales : (MARV) - [1964-87]
**#1** : ??? '64 - *Reprints "Spider-Man" : AMAZ. ADULT FANTASY #15, 7/62.*
**#2** : ??? '65 - *Reprints entirety of "The Origin Of Dr. Strange" (8 pages) : STRANGE TALES #115, 12/63.*

"A Monster Among Us" (5 pages) : AMAZ. ADULT FANTASY #8, 1/62.
**#3** : Jul '66 - *Reprints entirety of AMAZ. SPIDERMAN #6, 11/63.*
**#4** : Sep '66 - *Reprints entirety of AMAZ. SPIDERMAN #7, 12/63.*
**#5** : Nov '66 - *Reprints "The Terrible Threat Of The Living Brain" (17 pages) : AMAZ. SPIDERMAN #8, 1/64.*
**#6** : Jan '67 - *Reprints entirety of AMAZ. SPIDER-MAN #9, 2/64.*
**#7** : Mar '67 - *Reprints entirety of AMAZ. SPIDER-MAN #10, 3/64.*
**#8** : May '67 - *Reprints entirety of AMAZ. SPIDER-MAN #13, 6/64.*
**#9** : Jul '67 - *Reprints entirety of AMAZ. SPIDER-MAN #14, 7/64.*
**#10** : Sep '67 - *Reprints entirety of AMAZ. SPIDER-MAN #15, 8/64.*
**#11** : Nov '67 - *Reprints entirety of AMAZ. SPIDER-MAN #16, 9/64.*
**#12** : Jan '68 - *Reprints entirety of AMAZ. SPIDER-MAN #17, 10/64.*
**#13** : Mar '68 - *Reprints entirety of AMAZ. SPIDER-MAN #18, 11/64.*

2021MARVEL-0033477

Steve Ditko

**#14 :** May '68 - *Reprints entirety of AMAZ. SPIDER-MAN #19, 12/64.*
**#15 :** Jul '68 - *Reprints entirety of AMAZ. SPIDER-MAN #20, 1/65 minus pin-up page.*
**#16 :** Sep '68 - *Reprints entirety of AMAZ. SPIDER-MAN #21, 2/65 minus pin-up page.*
**#17 :** Nov '68 - *Reprints entirety of AMAZ. SPIDER-MAN #22, 3/65.*
**#18 :** Jan '69 - *Reprints entirety of AMAZ. SPIDER-MAN #23, 4/65.*
**#19 :** Mar '69 - *Reprints entirety of AMAZ. SPIDER-MAN #24, 5/65.*
**#20 :** May '69 - *Reprints entirety of AMAZ. SPIDER-MAN #25, 6/65.*
**#21 :** Jul '69 - *Reprints entirety of AMAZ. SPIDER-MAN #26, 7/65.*
**#22 :** Sep '69 - *Reprints entirety of AMAZ. SPIDER-MAN #27, 8/65.*
**#23 :** Nov '69 - *Reprints entirety of AMAZ. SPIDER-MAN #30, 11/65.*
**#24 :** Jan '70 - *Reprints entirety of AMAZ. SPIDER-MAN #31, 12/65.*
**#25 :** Mar '70 - *Reprints entirety of AMAZ. SPIDER-MAN #32, 1/66.*
**#26 :** May '70 - *Reprints entirety of AMAZ. SPIDER-MAN #33, 2/66.*
**#27 :** Jul '70 - *Reprints entirety of AMAZ. SPIDER-MAN #34, 3/66.*
**#28 :** Oct '70 - *Reprints entirety of AMAZ. SPIDER-MAN #35, 4/66 & #6, 5/66 &*
        *"The Pincers Of Power" (10 pages) : STRANGE TALES #140, 1/66.*
**#29 :** Jan '71 - *Reprints "Let There Be Victory" (10 pages) : STRANGE TALES #141, 2/66.*
**#31 :** Jul '71 - *Reprints "Those Who Would Destroy Me" (10 pages) : STRANGE TALES #142, 3/66.*
**#83 :** Sep '77 - *Reprints "Goodbye To Linda Brown" (5 pages) : STRANGE TALES #97, 6/62.*
**#100 :** Feb '79 - *Reprints "The Secrets Of Spider-Man" (9 pages) : AMAZ. SPIDERMAN ANN. #1, ?/64.*
**#134 :** Dec '81 - *Reprints "Dr. Strange, Master Of Black Magic" (5 pages) : STRANGE TALES #110, 7/63.*
**#135 :** Jan '82 - *Reprints "Face-To-Face With The Magic Of Baron Mordo" (5 pages) : STRANGE TALES #111, 8/63.*
**#136 :** Feb '82 - *Reprints "The Return Of The Omnipotent Baron Mordo" (5 pages) : STRANGE TALES #114, 11/63.*
**#137 :** Mar '82 - *Reprints "Spider-Man!" (12 pages) : AMAZING FANTASY #15, 9/62.*
        *"Origin Of Dr. Strange" (8 pages) : STRANGE TALES #115, 12/63.*
**#138 :** Apr '82 - *Reprints entirety of AMAZ. SPIDER-MAN #1, 3/63.*
**#139 :** May '82 - *Reprints entirety of AMAZ. SPIDER-MAN #2, 5/63.*
**#140 :** Jun '82 - *Reprints entirety of AMAZ. SPIDER-MAN #3, 7/63.*
**#141 :** Jul '82 - *Reprints entirety of AMAZ. SPIDER-MAN #4, 9/63.*
**#142 :** Aug '82 - *Reprints entirety of AMAZ. SPIDER-MAN #5, 10/63.*
**#143 :** Sep '82 - *Reprints entirety of AMAZ. SPIDER-MAN #6, 11/63.*
**#144 :** Oct '82 - *Reprints entirety of AMAZ. SPIDER-MAN #7, 12/63.*
**#145 :** Nov '82 - *Reprints entirety of AMAZ. SPIDER-MAN #8, 1/64.*
**#146 :** Dec '82 - *Reprints entirety of AMAZ. SPIDER-MAN #9, 2/64.*
**#147 :** Jan '83 - *Reprints entirety of AMAZ. SPIDER-MAN #10, 3/64 & unused cover for same.*
**#148 :** Feb '83 - *Reprints entirety of AMAZ. SPIDER-MAN #11, 4/64.*
**#149 :** Mar '83 - *Reprints entirety of AMAZ. SPIDER-MAN #12, 5/64.*
**#150 :** Apr '83 - *Reprints "The Sinister Six" (41 pages) : AMAZ. SPIDER-MAN ANN. #1, ?/64.*
**#151 :** May '83 - *Reprints entirety of AMAZ. SPIDER-MAN #13, 6/64.*
**#152 :** Jun '83 - *Reprints entirety of AMAZ. SPIDER-MAN #14, 7/64.*
**#153 :** Jul '83 - *Reprints entirety of AMAZ. SPIDER-MAN #15, 8/64.*
**#154 :** Aug '83 - *Reprints entirety of AMAZ. SPIDER-MAN #16, 9/64.*
**#155 :** Sep '83 - *Reprints entirety of AMAZ. SPIDER-MAN #17, 10/64.*
**#156 :** Oct '83 - *Reprints entirety of AMAZ. SPIDER-MAN #18, 11/64.*
**#157 :** Nov '83 - *Reprints entirety of AMAZ. SPIDER-MAN #19, 12/64.*
**#158 :** Dec '83 - *Reprints entirety of AMAZ. SPIDER-MAN #20, 1/65.*
**#159 :** Jan '84 - *Reprints entirety of AMAZ. SPIDER-MAN #21, 2/65.*
**#160 :** Feb '84 - *Reprints entirety of AMAZ. SPIDER-MAN #22, 3/65.*
**#161 :** Mar '84 - *Reprints entirety of AMAZ. SPIDER-MAN #23, 4/65.*
**#162 :** Apr '84 - *Reprints entirety of AMAZ. SPIDER-MAN #24, 5/65.*
**#163 :** May '84 - *Reprints entirety of AMAZ. SPIDER-MAN #25, 6/65.*
        *Mysterio pin-up (1 page) : AMAZ. SPIDER-MAN ANN. #1, ?/64.*
**#164 :** Jun '84 - *Reprints entirety of AMAZ. SPIDER-MAN #26, 7/65.*
        *Green Goblin pin-up (1 page) : AMAZ. SPIDER-MAN ANN. #1, ?/64.*
**#165 :** Jul '84 - *Reprints entirety of AMAZ. SPIDER-MAN #27, 8/65.*
        *Crime-Master pin-up (1 page) : AMAZ. SPIDER-MAN ANN. #2, ?/65.*
**#166 :** Aug '84 - *Reprints entirety of AMAZ. SPIDER-MAN #28, 9/65.*
        *Doctor Doom pin-up (1 page) : AMAZ. SPIDER-MAN ANN. #1, ?/64.*
**#167 :** Sep '84 - *Reprints entirety of AMAZ. SPIDER-MAN ANN. #2, ?/65.*

2021MARVEL-0033478

Steve Ditko

*Lizard pin-up (1 page) : AMAZ. SPIDER-MAN ANN. #1, ?/64.*
**#168 :** Oct '84 - *Reprints entirety of AMAZ. SPIDER-MAN #29, 10/65.*
*Scorpion pin-up (1 page) : AMAZ. SPIDER-MAN ANN. #2, ?/65.*
**#169 :** Nov '84 - *Reprints entirety of AMAZ. SPIDER-MAN #30, 11/65*
*Jonah's Robot pin-up (1 page) : AMAZ. SPIDER-MAN ANN. #2, ?/65.*
**#170 :** Dec '84 - *Reprints entirety of AMAZ. SPIDER-MAN #31, 12/65.*
*Kraven pin-up (1 page) : AMAZ. SPIDER-MAN ANN. #1, ?/64.*
**#171 :** Jan '85 - *Reprints entirety of AMAZ. SPIDER-MAN #32, 1/66.*
**#172 :** Feb '85 - *Reprints entirety of AMAZ. SPIDER-MAN #33, 2/66.*
**#173 :** Mar '85 - *Reprints entirety of AMAZ. SPIDER-MAN #34, 3/66.*
**#174 :** Apr '85 - *Reprints entirety of AMAZ. SPIDER-MAN #35, 4/66.*
**#175 :** May '85 - *Reprints entirety of AMAZ. SPIDER-MAN #36, 5/66.*
**#176 :** Jun '85 - *Reprints entirety of AMAZ. SPIDER-MAN #37, 6/66.*
**#177 :** Jul '85 - *Reprints entirety of AMAZ. SPIDER-MAN #38, 7/66.*
**#188 :** Jun '86 - *Reprints Vulture pin-up (1 page) : AMAZ. SPIDER-MAN #2, 5/63.*
**#193 :** Nov '86 - *Reprints "The Fabulous Fantastic Four Meet The Amazing Spider-Man" (6 pages) :*
*FANTASTIC FOUR ANN. #1, ?/63 - Ditko inks, Kirby pencils.*
**#194 :** Dec '86 - *Reprints ???.*
**#195 :** Jan '87 - *Reprints ???.*

### Marvel Team-Up : (MARV) - [1981]
**#101 :** Jan '81 - "Don't Let The Sun Come Up On Me" (5 pages) : Nighthawk.

### Marvel Treasury Edition : (MARV) - [1974, 75]
**#1 :** ??? '74 - *Reprints "The Grotesque Adventure Of The Green Goblin" (22 pages) : AMAZING SPIDER-MAN #14,*
*7/64.*

*"The Secrets Of Spider-Man!" (4 pages) : AMAZING SPIDER-MAN ANN. #1, ?/64.*
*"Spider-Man Tackles The Torch" (6 pages) : AMAZING SPIDER-MAN #8, 1/64 - Ditko-i, Kirby-p.*
*Covers to AMAZING SPIDER-MAN #1, 3, 14, 28, 31, 33.*
**#6 :** ??? '75 - *Reprints "The End At Last" (10 pages) : STRANGE TALES #146, 7/66.*
**#8 :** ??? '75 - *Reprints "Spider-man Goes Mad" (20 pages) : AMAZ. SPIDERMAN #24, 5/65.*
*Covers from AMAZ. FANTASY #15; AMAZ. SPIDER-MAN #1, 3, 14, 28, 31, 33. STRANGE TALES ANN. #2.*

### Marvel Triple Action : (MARV) - [1980]
**#47 :** Apr '80 - Cover.

### Micronauts : (MARV) - [1982]
**#39 :** Mar '82 - "Starting Over" (27 pages) : Bulanadi inks.

### Micronauts Annual : (MARV) - [1979, 80]
**#1 :** ??? '79 - Intro. (1 page)

"Timestream" (10 pages).
Bridge (1 page)
"Coup" (10 pages).
Centerspread (2 pages)
Bridge (1 page).
"Arena Of Death" (10 pages). [Cover]
**#2 :** ??? '80 - "The Terrible Toymaster" (30 pages) - Note : first 7 pgs. pencilled by Rich Buckler w/ Ditko inks.
Commander Rann pin-up (1 page).
Marionette pin-up (1 page).
Acroyear pin-up (1 page).
Bug pin-up (1 page)
Friends And Foes Of The Micronauts pin-up (1 page). [Cover]

2021MARVEL-0033479

Steve Ditko

**Mighty Marvel Presents : (MARV) - [1981]**
**#1 :** ??? '81 - *Reprints "The Wondrous World Of Dr. Strange" (20 pages)*

*[Reprinted in AMAZING SPIDER-MAN ANNUAL #2, ?/65]. [Published by Pocket Books]*

**Monster Menace : (MARV) - [1993, 94]**
**#1 :** Dec '93 - *Reprints "I Spent Midnight With The Monster On Bald Mountain" (5 pages) : TALES TO ASTONISH #7, 1/60.*

*[retitled from "The Thing On Bald Mountain"]*
*New 1 page pin-up.*
*Reprints "The Terror Of Tim Boo Ba" (5 pages) : AMAZING ADULT FANTASY #9, 2/62.*
*"I Fought The Molten Man-Thing" (5 pages) : TALES OF SUSPENSE #7, 1/60. [Ditko-i, Kirby-p]*
**#2 :** Jan '94 - *Reprints "When The Totem Walks" (5 pages) : STRANGE TALES #74, 4/60.*
*"I Can't Escape From The Creeping Things" (5 pages) : JOURNEY INTO MYSTERY #62, 11/60.*
*"I Fought The Colossus" (5 pages) : STRANGE TALES #72, 12/59. [Ditko-i, Kirby-p]*
*New Cover.*
**#3 :** Feb '94 - *Reprints "I Live Again" (5 pages) : TALES TO ASTONISH #8, 3/60.*
*"Zzutak" (13 pages) : STRANGE TALES #88, 9/61. [Ditko - i, Kirby-p]*
*Cartoon on letters page, new pin-up page. [New Cover]*
**#4 :** Mar '94 - *Reprints "The Return Of The Totem" (6 pages) : STRANGE TALES #75, 6/60.*

**Monsters On The Prowl : (MARV) - [1971-74]**
**#9 :** Feb '71 - *Reprints "Kraggoom" (7 pages) : JOURNEY INTO MYSTERY #78, 3/62. [Kirby-p, Ditko-i]*
**#16 :** Apr '72 - *Reprints "Where Walks The Ghost" (5 pages) : AMAZING ADULT FANTASY #11, 4/62.*
**#18 :** Aug '72 - *Reprints "The Anatomy Of A Nightmare" (5 pages) : TALES OF SUSPENSE #22, 10/61.*
**#19 :** Oct '72 - *Reprints "The Creature From The Black Bog" (6 pages) : TALES TO SUSPENSE #23, 11/61.*
**#20 :** Dec '72 - *Reprints "Enter The Robot" (5 pages) : TALES OF SUSPENSE #18, 6/61.*
**#22 :** Apr '73 - *Reprints "The Wax People" (5 pages) : STRANGE TALES #93, 2/62.*

*"Trapped In The Room Of Shadows" (5 pages) : STRANGE TALES #80, 1/61.*
**#24 :** Aug '73 - *Reprints "They Met On Mars" (5 pages) : STRANGE TALES #84, 5/61.*
*[In reprint, two monsters turn out to be Hydra and SHIELD agents at end of story]*
**#26 :** Oct '73 - *Reprints "Do Not Panic" (4 pages) : STRANGE TALES #95, 4/62. [Page 4 from original is cut here]*
**#29 :** Aug '74 - *Reprints "The Joker" (5 pages) : AMAZING ADVENTURES #5, 10/61.*

**Mystery Tales : (ATLA) - [1956]**
**#40 :** Apr '56 - "March Has 32 Days" (4 pages).
**#45 :** Sep '56 - "No Bars Could Hold Him" (3 pages).
**#47 :** Nov '56 - "When They Wake Up" (4 pages).

**Official Handbook Of The Marvel Universe : (MARV) - [v2, 1985, 86]**
**#1 :** Dec '85 - Arnim Zola pin-up : Runbinstein inks. *(w/ Baron Mordo panels from Dr. Strange).*
**#2 :** Jan '86 - Captain Universe pin-up : Rubinstein inks.
**#4 :** Mar '86 - The Fixer pin-up : Rubinstein inks.
**#6 :** May '86 - Jack O' Lantern pin-up : Rubenstein inks.
**#7 :** Jun '86 - Machine Man pin-up : Rubenstein inks.
**#11 :** Oct '86 - Rom pin-up : Rubinstein inks.
**#13 :** Dec '86 - The Toad pin-up.

**Official Marvel Index To Amazing Spider-Man : (MARV) - [1985]**
**#1 :** Apr '85 - *Reprints splash pgs of AMAZ. FANTASY #15 and AMAZ. SPIDER-MAN #1;*

*Covers to AMAZ. SPIDER-MAN #1-28 and ANN. #1, #2 plus unused, original cover for AMAZ. FANTASY #15.*

2021MARVEL-0033480

Steve Ditko

**#2** : May '85 - *Reprints covers from AMAZ. SPIDER-MAN #30-38 plus unused, original cover for #10.*
**#3** : Jun '85 - *Reprints pin-up from AMAZ. SPIDER-MAN #3, 7/63.*

### Origins Of Marvel Comics : (MARV) - [1974]
**#nn** : ??? '74 - *Reprints "Spider-Man!" (12 pages) : AMAZ. FANTASY #15, 8/62.*

*"Dr. Strange, Master of Black Magic" (5 pages) : STRANGE TALES #110, 7/63.*
*"Origin Of Dr. Strange" (8 pages) : STRANGE TALES #115, 12/63.*

### Origins Of Marvel Comics : (MARV) - [1997]
**#nn** : ??? '97 - *Reprints "Spider-Man!" (12 pages) : AMAZ. FANTASY #15, 8/62.*

*"Dr. Strange, Master of Black Magic" (5 pages) : STRANGE TALES #110, 7/63.*
*"Origin Of Dr. Strange" (8 pages) : STRANGE TALES #115, 12/63.*

### Phantom 2040 : (MARV) - [1995]
**#1** : May '95 - "Generation Unto Generation" (20 pages) : Reinhold inks. [2 page center-spread : John Romita Sr. inks]
**#2** : Jun '95 - "Fighting Alone" (20 pages) : Reinhold inks. [2 page center-spread : Palmiotti inks]
**#3** : Jul '95 - "Frozen Hatreds" (20 pages) : Reinhold inks.
**#4** : Aug '95 - "Vision Quest" (20 pages) : Reinhold inks. [2 page center-spread : Panosian inks]

### Rom : (MARV) - [1984-86]
**#59** : Oct '84 - "A World Alive" (22 pages) : Layton inks.
**#60** : Nov '84 - "The Eyes Of A Child" (22 pages) : Palmer inks.
**#61** : Dec '84 - "The Beginning Of The End Of The World" (22 pages) : Guice inks.
**#62** : Jan '85 - "Truth Or Consequences" (22 pages) : Aiken and Garvey inks.
**#63** : Feb '85 - "Space Race" (22 pages) : Breeding inks.
**#64** : Mar '85 - "World Merge" (22 pages) : Russel inks.
**#65** : Apr '85 - "Doomsday" (23 pages) : Leialoha inks.
**#66** : May '85 - "The Day After" (22 pages) : Leialoha inks.
**#67** : Jun '85 - "Lifesong" (22 pages) : Russell inks.
**#68** : Jul '85 - "Ad Infinitum" (23 pages) : Breeding inks.
**#69** : Aug '85 - "This World Alive" (22 pages) : Russell inks.
**#70** : Sep '85 - "The Hidden God" (22 pages) : DeMulder inks.
**#71** : Oct '85 - "Shame" (22 pages) : Russell inks.
**#72** : Nov '85 - "When You Wish Upon A Star!" (23 pages) : Layton inks.
**#73** : Dec '85 - "Strangers in Paradise" (23 pages) : Sinnott inks.
**#74** : Jan '86 - "The Bargain" (23 pages) : Byrne inks.
**#75** : Feb '86 - "The End" (23 pages) : Russell inks. [Final issue of series]

### Rom Annual : (MARV) - [1985]
**#4** : ??? '85 - "Blows Against The Empire" (39 pages) : Milgrom inks.

### Saban's Mighty Morphin Power Rangers : (MARV) - [1995]
**#2** : Dec '95 - "A Simple Misunderstanding" (10 pages) : Jim Amash and Pond Scum inks.
**#4** : Jan '96 - "Revenge Of The Nerd" (10 pages) : Tom Palmer inks.

### Saban's Mighty Morphin Power Rangers; Ninja Rangers / VR Troopers : (MARV) - [1996]
**#5** : Apr '96 - "The Boy Trooper" (10 pages) : Tom Christopher inks.

### Sensational Spider-Man : (MARV) - [1989]
**#1** : Apr '89 - *Reprints "Spider-Man Tackles The Torch" (6 pages) : AMAZING SPIDER-MAN #8, 1/64 - Ditko-i, Kirby-p.*

2021MARVEL-0033481

**Sgt. Fury : (MARV) - [1965]**
**#15 :** Feb '65 - "Too Small To Fight, Too Young To Die" (20 pages) : Ditko inks, Ayers pencils.

[Reprinted in SPECIAL MARVEL EDITION #13, 10/73]

**Shadows And Light : (MARV) - [1998]**
**#1 :** Feb '98 - "A Man's Reach...!" (12 pages) : Wein scripts - Iron Man.

**Sons Of Origins Of Marvel Comics : (MARV) - [1975]**
**#nn :** ??? '75 - *Reprints "The Origin Of Daredevil" (23 pages) : partial background inks - DAREDEVIL #1, 4/64.*

**Special Marvel Edition : (MARV) - [1973]**
**#13 :** Oct '73 - *Reprints "Too Small To Fight, Too Young To Die" (20 pages) : SGT. FURY #15, 2/65 - Ditko-i, Ayers-p.*

**Speedball : (MARV) - [1988, 89]**
**#1 :** Sep '88 - "Speedball, The Masked Marvel" (11 pages) : Ditko plots, Guice inks.

"Origin Of A Masked Marvel" (11 pages) : Ditko plots, Guice inks. [Cover : Guice inks]
**#2 :** Oct '88 - "Stuck On You" (11 pages) : Ditko plots, Guice inks.
"Graffiti Guerillas" (11 pages) : Ditko plots, Guice inks. [Cover : Layton inks]
**#3 :** Nov '88 - "The Loony Larcenies Of...Leaper Logan" (11 pages) : Ditko plots, Patterson inks.
"For Kicks" (11 pages) : Patterson inks. [Cover : Adkins inks]
**#4 :** Dec '88 - "The Ghost Of Springdale High" (22 pages) : Adkins inks. [Cover : Adkins inks]
**#5 :** Jan '89 - "Beware The Basher" (6 pages) : Ditko plots, Patterson inks.
"The Two-Legged Rat" (5 pages) : Patterson inks.
"The Freak Of Science" (11 pages) : Patterson inks. [Cover : Patterson inks]
**#6 :** Feb '89 - "The Bug-Eyed Voice" (11 pages) : Ditko plots, Patterson inks.
"Cat's Eye" (11 pages) : Patterson inks. [Cover : Patterson inks]
**#7 :** Mar '89 - "The Case Of The Harlequin Hitman" (11 pages) : Ditko plots, Patterson inks.
"Good Stuff" (11 pages) : Patterson inks. [Cover : Patterson inks]
**#8 :** Apr '89 - "School Of Hard Knocks" (11 pages) : Ditko plots, Patterson inks.
"Cold Comfort" (11 pages) : Patterson inks. [Cover : Patterson inks]
**#9 :** May '89 - "The Hidden Past" (22 pages) : Ditko plot, Sanders III inks. [Cover : Patterson inks]
**#10 :** Jun '89 - "Some Pig" (22 pages) : Ditko plot, Dan Day inks. [Cover : Dan Day inks]

**Spellbound : (ATLA) - [1956]**
**#29 :** Aug '56 - "None Are So Blind" (4 pages).

**Spider-Man Classics : (MARV) - [1993, 94]**
**#1 :** Apr '93 - *Reprints "Spider-Man!" (12 pages) : AMAZING FANTASY #15, 9/62.*

*"Origin Of Dr. Strange" (8 pages) : STRANGE TALES #115, 12/63.*
*Unused cover to AMAZING FANTASY #15 plus Spider-Man pin-up.*
**#2 :** May '93 - *Reprints entirety of AMAZ. SPIDER-MAN #1, 3/63.*
**#3 :** Jun '93 - *Reprints entirety of AMAZ. SPIDER-MAN #2, 5/63.*
**#4 :** Jul '93 - *Reprints entirety, pin-up page and cover of AMAZ. SPIDER-MAN #3, 7/63.*
**#5 :** Aug '93 - *Reprints entirety and cover of AMAZ. SPIDER-MAN #4, 9/63.*
**#6 :** Sep '93 - *Reprints entirety of AMAZ. SPIDER-MAN #5, 10/63.*
**#7 :** Oct '93 - *Reprints entirety and cover of AMAZ. SPIDER-MAN #6, 11/63.*
**#8 :** Nov '93 - *Reprints entirety and cover of AMAZ. SPIDER-MAN #7, 12/63.*
**#9 :** Dec '93 - *Reprints entirety of AMAZ. SPIDER-MAN #8, 1/64.*
**#10 :** Jan '94 - *Reprints entirety and cover of AMAZ. SPIDER-MAN #9, 2/64.*
**#11 :** Feb '94 - *Reprints entirety of AMAZ. SPIDER-MAN #10, 3/64.*
**#12 :** Mar '94 - *Reprints entirety and cover of AMAZ. SPIDER-MAN #11, 4/64.*

**#13 :** Apr '94 - *Reprints entirety and cover of AMAZ. SPIDER-MAN #12, 5/64.*
**#14 :** May '94 - *Reprints entirety and cover of AMAZ. SPIDER-MAN #13, 6/64.*
**#15 :** Jun '94 - *Reprints entirety and cover of AMAZ. SPIDER-MAN #14, 7/64.*
**#16 :** Jul '94 - *Reprints entirety and cover of AMAZ. SPIDER-MAN #15, 8/64.*

### Spider-Man Megazine : (MARV) - [1994, 95]
**#1 :** Oct '94 - *Reprints interior of AMAZING SPIDER-MAN #16, 9/64.*
**#2 :** Nov '94 - *Reprints interior of AMAZING SPIDER-MAN #17, 10/64.*
**#3 :** Dec '94 - *Reprints interior of AMAZING SPIDER-MAN #18, 11/64.*
**#4 :** Jan '95 - *Reprints interior of AMAZING SPIDER-MAN #19, 12/64.*
**#5 :** Feb '95 - *Reprints interior of AMAZING SPIDER-MAN #20, 1/65.*
**#6 :** Mar '95 - *Reprints interior of AMAZING SPIDER-MAN #21, 2/65.*

### Spider-Man : (MARV) - [1981]
**#1 :** ??? '81 - ??? [Published by Children's Press]

### Spider-Man - His Greatest Team-Up Battles : (MARV) - [1981]
**#nn :** Nov '81 - *Reprints "The Wonderous World Of Dr. Strange" (20 pages) : AMAZ. SPIDERMAN ANN. #2, ?/65.*

### Spider-Man's Greatest Team-Ups : (MARV) - [1996]
**#nn :** Jun '96 - *Reprints "The Wondrous World Of Dr. Strange" (20 pages) and cover : AMAZING SPIDER-MAN ANN. #2, ?/65.*

### Strange Tales : (ATL/MAR) - [1956-66, 74-76]
**#46 :** May '56 - "The Great Experiment" (4 pages).
**#50 :** Sep '56 - "The Fog That Couldn't Lift" (4 pages).
**#67 :** Feb '59 - "Trapped Between Two Worlds" (6 pages).
**#68 :** Apr '59 - "The Creatures From The Bottomless Pit" (5 pages).
**#69 :** Jun '59 - "The Threat From The 5th Dimension" (5 pages). [Reprinted in TOWER OF SHADOWS #9, 1/71]
**#70 :** Aug '59 - "When Wakes The Sphinx" (5 pages). [Reprinted in JOURNEY INTO MYSTERY v2 #14, 12/74]
**#71 :** Oct '59 - "I Dare To Defy Merlin's...Black Magic" (5 pages). [Reprinted in CHAMBER OF DARKNESS #6, 8/70]
**#72 :** Dec '59 - "I Entered The Doorway To Doom" (5 pages). [Reprinted in GIANT SIZE MAN-THING #4, 5/75]

"I Fought The Colossus" (5 pages) : Ditko-i, Kirby-p. [Reprinted in WHERE MONSTERS DWELL #3, 5/70 & MONSTER MENACE #2, 1/94]
**#73 :** Feb '60 - "I Saw The End Of The World" (5 pages). [Reprinted in FANTASY MASTERPIECES #3, 6/66]
**#74 :** Apr '60 - "When The Totem Walks" (5 pages). [Reprinted in WEIRD WONDER TALES #10, 6/75 & MONSTER MENACE #2, 1/94]
**#75 :** Jun '60 - "The Return Of The Totem" (6 pages). [Reprinted in WEIRD WONDER TALES #13, 12/75 & MONSTER MENACE #4, 3/94]
**#76 :** Aug '60 - "I Found The Mad Universe" (5 pages). [Reprinted in UNCANNY TALES #11, 8/75]
**#77 :** Oct '60 - "The Strange Magic Of Master Khan" (5 pages).
[Reprinted in WHERE MONSTERS DWELL #5, 9/70; UNCANNY TALES #10, 6/75]
**#78 :** Nov '60 - "Worm Man" (5 pages). [Reprinted in TOWER OF SHADOWS #6 as "Man In A Rat Hole"]
**#79 :** Dec '60 - "The Ghost Of Grismore Castle" (6 pages) : Reprinted in VAULT OF EVIL #14, 10/74 & CURSE OF THE WEIRD #2, 1/94.
[Cover : Ditko-i, Kirby-p]
**#80 :** Jan '61 - "Trapped In The Room Of Shadows" (5 pages). [Reprinted in MONSTERS ON THE PROWL #22, 4/73]
"What? What? Was Gargantus?" (? pages) : Kirby-p, Ditko-i. [Reprinted in CREATURES ON THE LOOSE #17, 5/72]. [Cover : Ditko-i]
**#81 :** Feb '61 - "The Thing In The Cell" (5 pages). [Reprinted, but retitled, in WEIRD WONDER TALES #5, 8/74]
**#82 :** Mar '61 - "The World Beyond" (5 pages). [Reprinted in WHERE MONSTERS DWELL #17, 9/72; WHERE MONSTER DWELL #37, 9/75]
**#83 :** Apr '61 - "Masquerade" (5 pages). [Reprinted in CHAMBER OF CHILLS #16, 5/75]
**#84 :** May '61 - "They Met On Mars" (5 pages). [Reprinted in MONSTERS ON THE PROWL #24, 8/73 w/ slight dialogue changes at end]

2021MARVEL-0033483

Steve Ditko

**#85 :** Jun '61 - "The Ape Man" (5 pages). [Reprinted In WHERE MONSTERS DWELL #24, 10/73; GIANT-SIZE WEREWOLF #2, 10/74]

**#86 :** Jul '61 - "The Secret Of George's Globe" (5 pages).

**#87 :** Aug '61 - "The Lighthouse From Nowhere" (5 pages). [Reprinted in CREATURES ON THE LOOSE #24, 7/73]

**#88 :** Sep '61 - "Zzutak" (13 pages) : Ditko-i, Kirby-p. [Reprinted in FEAR #3, 5/71; MONSTER MENACE #3, 2/94; MARVEL MONSTER MASTERWORKS ?/89]
"The Lifeless Man" (5 pages). [Reprinted in FEAR #3, 3/71]

**#89 :** Oct '61 - "The Green Things" (5 pages).

**#90 :** Nov '61 - "A Thousand Years Later" (6 pages). [Reprinted in CHAMBER OF DARKNESS #8, 12/70]

**#91 :** Dec '61 - "The Warning" (5 pages).

**#92 :** Jan '62 - "Inside The Flying Saucer" (5 pages). [Reprinted in WHERE MONSTERS DWELL #23, 9/73]

**#93 :** Feb '62 - "The Wax People" (5 pages) : Reprinted in MONSTERS ON THE PROWL #22, 4/73. [Cover]

**#94 :** Mar '62 - "Help!" (5 pages). [Reprinted in KULL THE DESTROYER #15, 8/74]

**#95 :** Apr '62 - "Do Not Panic" (4 pages). [Reprinted in MONSTERS ON THE PROWL #26, 10/73 w/ page cut & CURSE OF THE WEIRD #1, 12/93]

**#96 :** May '62 - "The Clock-Maker" (5 pages). [Reprinted in WEIRD WONDER TALES #11, 8/75]

**#97 :** Jun '62 - "Goodbye To Linda Brown" (5 pages). [Reprinted in MARVEL TALES #83, 9/77]

**#98 :** Jul '62 - "A Fortune I'n Beans" (5 pages).

**#99 :** Aug '62 - "A Switch In Time" (5 pages).
[Reprinted in UNCANNY TALES #12, 10/75, citing original incorrectly as Journey Into Mystery #99]

**#100 :** Sep '62 - "The Mighty Oak" (5 pages).

**#101 :** Oct '62 - "What Is X-35?" (5 pages).

**#102 :** Nov '62 - "Who Needs You?" (5 pages).

**#103 :** Dec '62 - "Jasper's Jalopy" (5 pages).

**#104 :** Jan '63 - "The Frog Man" (5 pages). [Reprinted in WHERE MONSTERS DWELL #10, 7/71]

**#105 :** Feb '63 - "The Supernatural" (5 pages).

**#106 :** Mar '63 - "Man On The Scaffold" (5 pages). [Reprinted in VAULT OF EVIL #21, 9/75]

**#107 :** Apr '63 - "The Treasure Of Planetoid 12" (5 pages). [Reprinted in VAULT OF EVIL #22, 10/75]

**#108 :** May '63 - "The Iron Warrior" (5 pages).

**#109 :** Jun '63 - "Earth Is Off-Limits" (5 pages).

**#110 :** Jul '63 - "Dr. Strange, Master of Black Magic" (5 pages) : Reprinted in MARVEL COLLECTORS' ITEM CLASSICS #3, 6/66;
COMIX : A HISTORY OF COMIC BOOKS IN AMERICA #1, ?/71; MARVEL TALES #134, 12/81; ORIGINS OF MARVEL COMICS ?/74
and ?/97; MARVEL MILESTONE EDITION : DOCTOR STRANGE #1, 4/95.
[Issues #110, 111, 114-29 reprinted in DR. STRANGE, MASTER OF THE MYSTIC ARTS, Pocket Books 1978; Issues #110, 111, 114-141
reprinted in MARVEL MASTERWORKS #23, ?/92]

**#111 :** Aug '63 - "Face-To-Face With The Magic Of Baron Mordo" (5 pages) : Reprinted in MARVEL COLLECTOR'S ITEM CLASSICS #4, 8/66;
MARVEL TALES #135, 1/82; MARVEL MILESTONE EDITION : DOCTOR STRANGE #1, 4/95.

**#112 :** Sep '63 - "The Man Who Dared" (5 pages). [#112 and #113 are non-Dr. Strange stories]

**#113 :** Oct '63 - "The Shoemaker's Strange Assistants" (5 pages) : G. Bell inks.
[Cover : Ayers inks - Reprinted in MARVEL COMICS INDEX #6, G & T Enterprises, 12/77]

**#114 :** Nov '63 - "The Return Of The Omnipotent Baron Mordo" (5 pages) : G. Bell inks. [Reprinted in MARVEL COLLECTOR'S
ITEM CLASSICS #5, 10/66; MARVEL TALES #136, 2/82; MARVEL MILESTONE EDITION : DOCTOR STRANGE #1, 4/95]

**#115 :** Dec '63 - "Origin Of Dr. Strange" (8 pages) : Reprinted in MARVEL PREMIERE #11, 10/73; MARVEL TALES #2, ?/65 and 137, 3/82;
SPIDER-MAN CLASSICS #1, 4/93; ORIGINS OF MARVEL COMICS ?/74 and ?/97;
MARVEL MILESTONE EDITION : DOCTOR STRANGE #1, 4/95.
[Cover : Ayers inks - Reprinted in MARVEL COMICS INDEX #6, G & T Enterprises 12/77]

**#116 :** Jan '64 - "Return To The Nightmare World" (8 pages). [Reprinted in MARVEL COLLECTOR'S ITEM CLASSICS #6, 12/66]

**#117 :** Feb '64 - "The Many Traps Of Baron Mordo" (8 pages).
[Reprinted in MARVEL COLLECTOR'S ITEM CLASSICS #7, 2/67; MARVEL PREMIERE #11, 10/73] Cover. [Reprinted in MARVEL COMICS INDEX #6, 12/77]

**#118 :** Mar '64 - "The Possessed" (8 pages). [Reprinted in MARVEL COLLECTOR'S ITEM CLASSICS #8, 4/67] Partial cover. [Reprinted in MARVEL COMICS INDEX #6, 12/77]

2021MARVEL-0033484

**#119 :** Apr '64 - "Beyond The Purple Veil" (8 pages). [Reprinted in MARVEL COLLECTOR'S ITEM CLASSICS #9, 6/67 &
GIANT-SIZE DEFENDERS #2, 10/74]

**#120 :** May '64 - "The House Of Shadows" (9 pages). [Reprinted in MARVEL COLLECTOR'S ITEM CLASSICS #11, 10/67 &
GIANT-SIZE DEFENDERS #3, 1/75]

**#121 :** Jun '64 - "Witchcraft In The Wax Museum" (9 pages) : Reprinted in MARVEL COLLECTOR'S ITEM CLASSICS #12, 12/67 &
GIANT-SIZE DEFENDERS #4, 4/75. [Partial cover inks : Reprinted in MARVEL COMICS INDEX #6, 12/77]

**#122 :** Jul '64 - "The World Beyond" (9 pages) : George Bell inks.
[Reprinted in MARVEL COLLECTOR'S ITEM CLASSICS #13, 2/68; GIANT-SIZE MARVEL TRIPLE ACTION #1, 5/75]
Partial cover. [Reprinted in MARVEL COMICS INDEX #6, 12/77]

**#123 :** Aug '64 - "The Challenge Of Loki" (9 pages) : George Bell inks.
[Reprinted in MARVEL COLLECTOR'S ITEM CLASSICS #14, 4/68;
GIANT-SIZE MARVEL TRIPLE ACTION #2, 7/75; STRANGE TALES #182, 11/75]

**#124 :** Sep '64 - "The Lady From Nowhere" (9 pages) : George Bell inks.
[Reprinted in MARVEL COLLECTOR'S ITEM CLASSICS #15, 6/68; STRANGE TALES #182, 11/75]
Partial cover. [Reprinted in MARVEL COMICS INDEX #6, 12/77]

**#125 :** Oct '64 - "Mordo Must Not Catch Me" (10 pages) : George Bell inks.
[Reprinted in MARVEL COLLECTOR'S ITEM CLASSICS #16, 8/68]

**#126 :** Nov '64 - "The Domain Of The Dread Dormammu" (10 pages).
[Reprinted in MARVEL COLLECTOR'S ITEM CLASSICS #17, 10/68; BRING ON THE BAD GUYS, 1976]

**#127 :** Dec '64 - "Duel With The Dread Dormammu" (10 pages).
[Reprinted in MARVEL COLLECTOR'S ITEM CLASSICS #18, 12/68; BRING ON THE BAD GUYS, 1976]
Partial cover. [Reprinted in MARVEL COMICS INDEX #6, 12/77]

**#128 :** Jan '65 - "The Demon's Disciple" (10 pages). [Reprinted in MARVEL COLLECTOR'S ITEM CLASSICS #19, 2/69]
Pin-up (1 page).

**#129 :** Feb '65 - "Beware Tiboro! The Tyrant Of The Sixth Dimension" (10 pages).
[Reprinted in MARVEL COLLECTOR'S ITEM CLASSICS #20, 4/69]

**#130 :** Mar '65 - "The Defeat Of Dr. Strange" (10 pages).
[Reprinted in MARVEL COLLECTOR'S ITEM CLASSICS #21, 6/69;
STRANGE TALES #183, 1/76; DOCTOR STRANGE CLASSICS #1, 3/84]
Note : *Issues #130-144 reprinted in DOCTOR STRANGE, MASTER OF THE MYSTIC ARTS #2, Pocket Books, 1979]*

**#131 :** Apr '65 - "The Hunter And The Hunted" (10 pages). [Reprinted in MARVEL COLLECTOR'S ITEM CLASSICS #22, 8/69;
DOCTOR STRANGE CLASSICS #1, 3/84; STRANGE TALES #183, 1/76, with pg. 2 omitted]
Partial Cover [Reprinted in MARVEL COMICS INDEX #6, 12/77]

**#132 :** May '65 - "Face-To-Face At Last With Baron Mordo" (10 pages) :
Reprinted in MARVEL'S GREATEST COMICS #23, 10/69; DOCTOR STRANGE CLASSICS #1, 3/84;
STRANGE TALES #184, 3/76 w/ pg. 3 omitted. [Partial Cover : Reprinted in MARVEL COMICS INDEX #6, 12/77]

**#133 :** Jun '65 - "A Nameless Land, A Timeless Land" (10 pages).
[Reprinted in MARVEL'S GREATEST COMICS #24, 12/69; STRANGE TALES #184, 3/76; DOCTOR STRANGE CLASSICS #2, 4/84]

**#134 :** Jul '65 - "Earth Be My Battleground" (10 pages) : Ditko plot. [Reprinted in DOCTOR STRANGE CLASSICS #2, 4/84]
[Reprinted in STRANGE TALES #185, 5/76, with last panel omitted and replaced with a panel from "Eternity Beckons"]

**#135 :** Aug '65 - "Eternity Beckons" (10 pages) : Ditko plot. [Reprinted in DOCTOR STRANGE CLASSICS #2, 4/84]
[Reprinted in STRANGE TALES #185, 5/76, with splash pg. and panels from pg. 2 and 3 omitted]

**#136 :** Sep '65 - "What Lurks Beneath The Mask" (10 pages) : Ditko plot.
[Reprinted in MARVEL'S GREATEST COMICS #25, 2/70; STRANGE TALES #186, 7/76; DOCTOR STRANGE CLASSICS #3, 5/84]
Partial Cover. [Reprinted in MARVEL COMICS INDEX #6, 12/77]

**#137 :** Oct '65 - "When Meet The Mystic Minds" (10 pages) : Ditko plot - Reprinted in MARVEL'S GREATEST COMICS #26, 4/70;
DOCTOR STRANGE CLASSICS #3, 5/84; STRANGE TALES #186, 7/76 with pg. 1 omitted. [Partial Cover]

2021MARVEL-0033485

Steve Ditko

**#138** : Nov '65 - "If Eternity Should Fail" (10 pages) : Ditko plot. [Reprinted in MARVEL'S GREATEST COMICS #27, 6/70;
DOCTOR STRANGE CLASSICS #3, 5/84; STRANGE TALES #187, 9/76, w/ pg. 5 omitted]

**#139** : Dec '65 - "Beware...! Dormammu Is Watching" (10 pages) : Ditko plot.
[Reprinted in MARVEL'S GREATEST COMICS #28, 8/70; DOCTOR STRANGE CLASSICS #4, 6/84;
STRANGE TALES #187, 9/76, with pg. 1 omitted]

**#140** : Jan '66 - "The Pincers Of Power" (10 pages) : Ditko plot. [Reprinted in MARVEL TALES #28, 10/70;
STRANGE TALES #188, 11/76; DOCTOR STRANGE CLASSICS #4, 6/84]

**#141** : Feb '66 - "Let There Be Victory" (10 pages) : Ditko plot. [Reprinted in MARVEL TALES #29, 1/71;
STRANGE TALES #188, 11/76, with pg. 1; 4 panels from pg. 9 and 3 panels from pg. 10 omitted;
DOCTOR STRANGE CLASSICS #4, 6/84]

**#142** : Mar '66 - "Those Who Would Destroy Me" (10 pages) : Ditko plot. [Reprinted in MARVEL TALES #31, 7/71]

**#143** : Apr '66 - "With None Beside Me" (10 pages) : Ditko plot.

**#144** : May '66 - "Where Man Hath Never Trod" (10 pages) : Ditko plot.

**#145** : Jun '66 - "To Catch A Magician" (10 pages). [Reprinted in GIANT-SIZE DEFENDERS #1, 7/74]

**#146** : Jul '66 - The End At Last" (10 pages) : Reprinted in MARVEL TREASURY EDITION #6, 1975.
[Cover : montage of pg. 4, panel 1 and part of pg. 5]

**#147** : Aug '66 - *new artist Bill Everett literally pastes up old Ditko panels on three pages for flashback sequences.*

**#150** : Nov '66 - *again, Bill Everett literally pastes up old Ditko panels on Page 9 for flashback sequences.*

**#175** : Aug '74 - *Reprints "Midnight In The Wax Museum" (5 pages) : AMAZING ADVENTURES v1 #1, 6/61.*

**#182** : Nov '75 - *Reprints "The Challenge Of Loki" (9 pages) : STRANGE TALES #123, 8/64.*
*"The Lady From Nowhere" (9 pages) : STRANGE TALES #124, 9/64.*

**#183** : Jan '76 - *Reprints "The Defeat Of Dr. Strange" (10 pages) : STRANGE TALES #130, 3/65.*
*"The Hunter And The Hunted" (10 pages) w/ pg. 2 omitted : STRANGE TALES #131, 4/65. [Cover redone from #130]*

**#184** : Mar '76 - *Reprints "Face-To-Face At Last With Baron Mordo" (10 pages) with pg. 3 omitted : STRANGE TALES #132, 5/65.*
*"A Nameless Land, A Timeless Land" (10 pages) : STRANGE TALES #133, 6/65.*

**#185** : May '76 - *Reprints "Earth Be My Battleground" (10 pages) with last panel
omitted and replaced with a panel from "Eternity Beckons" : STRANGE TALES #134, 7/65.*
*"Eternity Beckons" (10 pages) with splash page and panels from page 2 and 3 omitted : STRANGE TALES #135, 8/65.*

**#186** : Jul '76 - *Reprints "What Lurks Beneath The Mask" (10 pages) : STRANGE TALES #136, 9/65.*
*"When Meet The Mystic Minds" (10 pages) with page 1 omitted : STRANGE TALES #137, 10/65.*

**#187** : Sep '76 - *Reprints "If Eternity Should Fall" (10 pages) with pg. 5 omitted : STRANGE TALES #138, 11/65.*
*"Beware, Dormammu Is Watching" (10 pages) with pg. 1 omitted : STRANGE TALES #139, 12/65.*

**#188** : Nov '76 - *Reprints "The Pincers Of Power" : STRANGE TALES #140, 1/66.*
*"Let There Be Victory" (10 pages) w/ pg. 1; 4 panels from pg. 9; 3 panels of pg. 10 omitted : STRANGE TALES #141, 2/66.*

## Strange Tales Annual : (MARV) - [1962, 63]

**#1** : ??? '62 - *Reprints "I Come From The Shadow World" (5 pages) : TALES OF SUSPENSE #7, 1/60.*

*"I Know The Secret Of The Poltergeist" (6 pages) : TALES TO ASTONISH #1, 1/59.*
*"I Found The Giant In The Sky" (5 pages) : JOURNEY INTO MYSTERY #55, 11/59.*
*"I Saw The Invasion Of The Stone Men" (5 pages) : TALES TO ASTONISH #6, 11/59.*

**#2** : ??? '63 - "On The Trail Of The Amazing Spider-Man" (18 pages) : Ditko inks, Kirby pencils - Human Torch.
[Reprinted in GIANT-SIZE SPIDER-MAN #1, 7/74]
*Reprints "I Captured The Abominable Snowman" (6 pages) : STRANGE WORLDS #1, 12/58.*

## Strange Tales Of The Unusual : (ATLA) - [1956]

**#5** : Aug '56 - "The Moving Stairs" (4 pages).

## Strange Worlds : (ATLA) - [1958, 59]

**#1** : Dec '58 - "I Captured The Abominable Snowman" (6 pages).

[Reprinted In STRANGE TALES ANN. #2, 1963; JOURNEY INTO MYSTERY v2 #13, 10/74]

2021MARVEL-0033486

Steve Ditko

#2 : Feb '59 - "The Little Lost Planet" (4 pages). [Cover]
#3 : Apr '59 - "I Was A Human Satellite" (5 pages).
#4 : Jun '59 - "A Magician Walks Among Us" (5 pages).
#5 : Aug '59 - "I Couldn't Stop The Runaway Comet" (5 pages).

### Supernatural Thrillers : (MARV) - [1974]
#8 : Aug '74 - *Reprints "The Little Gypsy Tea Room" (3 pages) : AMAZING ADULT FANTASY #13, 6/62.*
#9 : Oct '74 - *Reprints "The Secret Of The Universe" (3 pages) : AMAZING ADULT FANTASY #11, 4/62.*

### Tales Of Suspense : (ATLA/MARV) - [1959-64]
#1 : Jan '59 - "Prisoner Of The Satellites" (5 pages).
#2 : Mar '59 - "The Secret Of Planet X" (5 pages). [Cover]
#3 : May '59 - "The Thing From Planet X" (5 pages).
#4 : Jul '59 - "One Of Us Is A Martian" (5 pages).
#5 : Sep '59 - "I Fought The Tyrannosaurus" (5 pages).
#6 : Nov '59 - "I Heard It Howl In The Swamp" (5 pages).
#7 : Jan '60 - "I Come From The Shadow World" (5 pages). [Reprinted in CHAMBER OF CHILLS #14, 1/75; STRANGE TALES ANN. #1, 1962]

     "I Fought The Molten Man-Thing" (5 pages). [Reprinted in MONSTER MENACE #1, 12/93]
#8 : Mar '60 - "I Was Trapped Inside Of The Martian Maze" (4 pages). [Reprinted in TOMB OF DARKNESS #15, 7/75]
#9 : May '60 - "Earth Will Be Destroyed" (5 pages). [Reprinted in CRYPT OF SHADOWS #19, 9/75]
#10 : Jul '60 - "Behind My Door Waits...Medusa" (5 pages). [Reprinted in WHERE MONSTERS DWELL #4, 7/70]
     Cover : Ditko-i, Kirby-p. [Reprinted in WHERE MONSTERS DWELL #1, 1/70]
#11 : Sep '60 - "I Know The Secret Of The Flying Saucer!" (6 pages).
#12 : Nov '60 - "Those Who Lurk Below" (6 pages). [Reprinted in FANTASY MASTERPIECES #2, 4/66]
#13 : Jan '61 - "When The Earth Vanished" (5 pages) : Reprinted in WHERE MONSTERS DWELL #25, 11/73.
     [Cover : Ditko-i, Kirby-p - Reprinted in WHERE MONSTERS DWELL #22, 7/73]
#14 : Feb '61 - "I Am Gorak" (5 pages). [Reprinted in WHERE MONSTERS DWELL #16, 7/72]
#15 : Mar '61 - "I Am The Living Ghost" (5 pages). [Reprinted in GIANT-SIZE DRACULA #4, 3/75]
#17 : May '61 - "What Lurks In The Mountain?" (5 pages). [Reprinted in CREATURES ON THE LOOSE #18, 7/72]
#18 : Jun '61 - "Enter...The Robot" (5 pages). [Reprinted in MONSTERS ON THE PROWL #20, 12/72]
#19 : Jul '61 - "The Haunted Paper" (5 pages). [Reprinted in WHERE MONSTERS DWELL #14, 3/72]
#20 : Aug '61 - "The Bomb" (5 pages).
#21 : Sep '61 - "Whose Face Is In The Mirror?" (5 pages).
#22 : Oct '61 - "The Anatomy Of A Nightmare" (5 pages). [Reprinted in MONSTERS ON THE PROWL #18, 8/72]
#23 : Nov '61 - "The Creature From The Black Bog" (6 pages) : Reprinted in MONSTERS ON THE PROWL #19, 10/72]

     [Cover : Ditko inks, Kirby pencils]
#24 : Dec '61 - "Long Live The King" (5 pages). [Reprinted in WHERE MONSTERS DWELL #19, 1/73]
#25 : Jan '62 - "The Hidden Face" (5 pages).
#26 : Feb '62 - "The Face" (5 pages). [Reprinted in FEAR #8, 6/72]
#27 : Mar '62 - "His Name Was...Merlin" (5 pages).
#28 : Apr '62 - "The Secret Of The Black Planet" (5 pages) : Reprinted in WEIRD WONDER TALES #4, 6/75.
     [Cover : Ditko inks, Kirby pencils]
#29 : May '62 - "It Was Only A Simple Barber Shop...Or Was It?" (5 pages).
#30 : Jun '62 - "Inside The Fall Out Shelter" (5 pages).
#31 : Jul '62 - "The Missing Link" (5 pages). [Reprinted in WHERE MONSTER DWELL #36, 7/75]
#32 : Aug '62 - "The Thing In The Sky" (5 pages).
#33 : Sep '62 - "Where Is The Wommelly?" (5 pages).
#34 : Oct '62 - "Who Am I?" (5 pages).
#35 : Nov '62 - "Never Threaten A Witchman" (5 pages).
#36 : Dec '62 - "The Gorilla From Outer Space" (5 pages).
#37 : Jan '63 - "Haag! Hunter Of Helpless Humans" (13 pages). [Reprinted in WEIRD WONDER TALES #12, 10/75]
     "Behold - The Monster" (5 pages). [Reprinted in WHERE MONSTERS DWELL #37, 9/75]
#38 : Feb '63 - "The Man In The Mirror" (5 pages).
#39 : Mar '63 - "Gundar" (5 pages).
     [Reprinted in CREATURES ON THE LOOSE #22, 3/73; MARV. MILESTONE EDIT. : TALES OF

2021MARVEL-0033487

Steve Ditko

SUSPENSE #39, 3/93]

**#40 :** Apr '63 - "Prophet Of Doom" (5 pages).

**#41 :** May '63 - "The End Of The Universe" (5 pages).

**#42 :** Jun '63 - "I Speak Of The Haunted House" (5 pages).

**#43 :** Jul '63 - "You Can't Change The Past" (5 pages).

**#44 :** Aug '63 - "I Come From The Sky" (5 pages).

**#46 :** Oct '63 - "The Gargoyles" (5 pages). [Reprinted in GIANT-SIZE DRACULA #4, 3/75]

**#47 :** Nov '63 - "Iron Man Battles The Melter" (18 pages) : Ditko pencils, Heck inks.
[Reprinted in MARVEL COLLECTORS ITEMS CLASSICS #10, 8/67;
MARVEL MASTERWORKS #20, ?/92, reprints the Ditko/Iron Man stories from #47-49]

**#48 :** Dec '63 - "The Mysterious Mr. Doll" (18 pages) : Ditko pencils, Ayers inks - Iron Man story.

**#49 :** Jan '64 - "Iron Man Meets The Angel" (18 pages) : Reinman inks. [Reprinted in GIANT-SIZE IRON MAN #1, ?/75]

### Tales To Astonish : (ATLA/MARV) - [1959-65]

**#1 :** Jan '59 - "I Know The Secret Of The Poltergeist" (6 pages).

[Reprinted in STRANGE TALES ANN. #1, 1962; UNCANNY TALES #6, 10/74]

**#2 :** Mar '59 - Cover.

**#3 :** May '59 - "I Journeyed Back To The 20th Century" (5 pages).

**#4 :** Jul '59 - "The Man Who Floats In Space" (5 pages).

**#5 :** Sep '59 - "I Landed On The Forbidded Planet" (5 pages).

**#6 :** Nov '59 - "I Saw The Invasion Of The Stone Men" (5 pages). [Reprinted in STRANGE TALES ANN. #1, 1962]

**#7 :** Jan '60 - "We Met In The Swamp" (5 pages) : Ditko inks, Kirby pencils. [Cover : Ditko inks, Kirby pencils]
"I Spent Midnight With The Thing On Bald Mountain" (5 pages). [Reprinted in WHERE CREATURES ROAM #2, 2/70
and MONSTER MENACE #1, 12/93 but as "The Monster On Bald Mountain"]

**#8 :** Mar '60 - "I Live Again" (5 pages). [Reprinted in WHERE CREATURES ROAM #3, 11/70 & MONSTER MENACE #3, 2/94]
"I Am The Genie" (6 pages) : Reprinted in FEAR #1, 11/70 - Ditko inks, Kirby pencils. [Cover : Ditko inks, Kirby pencils]

**#9 :** May '60 - "No Way Out" (5 pages). [Reprinted in WHERE MONSTERS DWELL #34, 3/75]

**#10 :** Jul '60 - "Something Lurks Outside" (5 pages) : Reprinted in FEAR #1, 11/70. [Cover : Ditko inks, Kirby pencils]

**#11 :** Sep '60 - "I Wore The Mask Of Drothar" (5 pages).
[Reprinted in CHAMBER OF DARKNESS #7, 10/70; DEAD OF NIGHT #10, 6/75]
"I Dared To Look Into The Beyond" (5 pages) : Ditko inks, Kirby pencils.
[Reprinted in CRYPT OF SHADOWS #18, 7/75; WHERE MONSTERS DWELL #6, 6/70]

**#12 :** Oct '60 - "A Monster Waits Outside" (5 pages). [Reprinted in FEAR #3, 3/71; CHAMBER OF CHILLS #24, 9/76]
"I Discovered Gorgilla" (7 pages) : Ditko inks, Kirby pencils. [Reprinted in WEIRD WONDER TALES #21, 3/77
as Dr. Druid story]

**#13 :** Nov '60 - "My Friend Is Not Quite Human" (5 pages). [Reprinted in WHERE MONSTERS DWELL #6, 11/70]
"I Found The Abominable Snowman" (6 pages) : Reprinted in CHAMBER OF DARKNESS #7, 10/70. [Ditko inks, Kirby pencils]

**#14 :** Dec '60 - "Behold! I Am The Master Of Time" (5 pages) : Reprinted in TOWER OF SHADOWS #8, 11/70.
[Cover : Ditko inks, Kirby pencils]

**#15 :** Jan '61 - "I Am The Invisible" (5 pages). [Reprinted in CHAMBER OF DARKNESS #8, 12/70]

**#16 :** Feb '61 - "I Am The Victim Of The Sorcerer" (5 pages) : Reprinted in WHERE CREATURES ROAM #3, 11/70.
[Cover : Ditko inks, Kirby pencils]

**#17 :** Mar '61 - "Beware Of The Ghastly Glass" (5 pages). [Reprinted in WHERE CREATURES ROAM #4, 1/71]

**#18 :** Apr '61 - "Monsteroso" (5 pages). [Reprinted in FANTASY MASTERPIECES #9, 6/67]
"Robot On The Rampage" (5 pages).

**#19 :** May '61 - "The Terrible Trap" (4 pages). [Reprinted in WHERE MONSTERS DWELL #7,1/71]

**#20 :** Jun '61 - "One-Way Journey" (5 pages). [Reprinted in FEAR #2, 3/71]

**#21 :** Jul '61 - "It Happened On 'The Silent Screen' " (5 pages). [Reprinted in WHERE MONSTERS DWELL #8, 3/71]

**#22 :** Aug '61 - "For Whom The Drum Beats" (5 pages). [Reprinted in CREATURES ON THE LOOSE #20, 11/72]

**#23 :** Sep '61 - "The Voice From Nowhere" (5 pages). [Reprinted in MONSTERS ON THE PROWL #14, 12/71]

**#24 :** Oct '61 - "He Waits In The Dark" (5 pages). [Reprinted in WHERE CREATURES ROAM #5, 3/71]

**#25 :** Nov '61 - "Where Lurks The Ghost" (5 pages). [Reprinted in CREATURES ON THE LOOSE #15, 1/72]

**#26 :** Dec '61 - "Dream World" (5 pages). [Reprinted in CHAMBER OF CHILLS #19, 11/75; WHERE MONSTERS

2021MARVEL-0033488

Steve Ditko

DWELL #8, 3/71]

**#27 :** Jan '62 - "Dead Planet" (5 pages). [Reprinted in JOURNEY INTO MYSTERY v2 #19, 10/75]

**#28 :** Feb '62 - "The Frightening Fog" (5 pages). [Reprinted in WHERE MONSTERS DWELL #13, 1/72]

**#29 :** Mar '62 - "The Last Laugh" (5 pages). [Reprinted in FEAR #6, 2/72]

**#30 :** Apr '62 - "Quogg" (5 pages). [Reprinted in WHERE MONSTERS DWELL #12, 11/71; VAULT OF EVIL #20, 8/75]

**#31 :** May '62 - "Man Of Iron" (5 pages). [Reprinted in CRYPT OF SHADOWS #13, 10/74]

**#32 :** Jun '62 - "I Am A Martian" (5 pages).

**#33 :** Jul '62 - "The Absent-Minded Professor" (5 pages). [Reprinted in CRYPT OF SHADOWS #20, 10/75]

**#34 :** Aug '62 - "The Invaders" (5 pages). [Reprinted in WEIRD WONDERS TALES #5, 8/74]

**#35 :** Sep '62 - "The Doorway To Nowhere" (5 pages).

**#36 :** Oct '62 - "The Search For Pan" (5 pages).

**#37 :** Nov '62 - "The Star Raiders" (5 pages).

**#38 :** Dec '62 - "Secret Of The Statues" (5 pages).

**#39 :** Jan '63 - "The Toy Soldiers" (5 pages).
[Reprinted in UNCANNY TALES #8, 2/75, which incorrectly identifies original as Tales To Astonish #18]

**#40 :** Feb '63 - "The Worst Man On Earth" (5 pages).

**#41 :** Mar '63 - "The Curse" (5 pages).

**#42 :** Apr '63 - "I Am Not Human" (5 pages).

**#43 :** May '63 - "My Fatal Mistake" (5 pages).

**#44 :** Jun '63 - "Hunted" (5 pages).

**#45 :** Jul '63 - "Bronson's Brain" (5 pages).

**#46 :** Aug '63 - "The Most Dangerous Weapon" (5 pages).

**#47 :** Sep '63 - "Target...Earth" (5 pages).

**#48 :** Oct '63 - "The Little Green Man" (5 pages).

**#50 :** Dec '63 - "The Human Top" (13 pages). [Ditko inks, Kirby pencils]

**#60 :** Oct '64 - "The Incredible Hulk" (10 pages) : Roussos inks. [Reprinted in MARVEL SUPER-HEROES #25, 3/70; INCREDIBLE HULK COLLECTOR'S ALBUM, ??/66 with partial panels cut]

**#61 :** Nov '64 - "Now Walks The Android" (14 pages) : Roussos inks.
"Captured At Last" (10 pages). [Reprinted in INCREDIBLE HULK COLLECTOR'S ALBUM, ??/66 with partial panels cut]

**#62 :** Dec '64 - "Enter...The Chameleon" (10 pages) : Roussos inks. [Reprinted in INCREDIBLE HULK ANN. #2, 1969]

**#63 :** Jan '65 - "A Titan Rides The Train" (10 pages) : Roussos inks.
[Reprinted in INCREDIBLE HULK ANN. #2, 10/69; INCREDIBLE HULK #400, 12/92; INCREDIBLE HULK COLLECTOR'S ALBUM, ??/66 with partial panels cut]

**#64 :** Feb '65 - "The Incredible Hulk Battles The Horde Of Humanoids" (10 pages) : Roussos inks.
[Reprinted in INCREDIBLE HULK ANN. #2, 10/69 with pg. 8 omitted]

**#65 :** Mar '65 - "On The Rampage Against The Reds" (10 pages) : Ayers inks.
[Reprinted in INCREDIBLE HULK ANN. #2, 10/69]

**#66 :** Apr '65 - "The Power Of Doctor Banner" (10 pages) : Colletta inks.
[Reprinted in INCREDIBLE HULK ANN. #2, 10/69]

**#67 :** May '65 - "Where Strides The Behemoth" (10 pages) : Stone inks.


**Tomb Of Darkness : (MARV) - [1975, 76]**

**#15 :** Jul '75 - *Reprints "I Was Trapped Inside Of The Martian Maze" (4 pages) : TALES OF SUSPENSE #8, 3/60.*

**#19 :** ??? '76 - *Reprints ???.*


**Tomb Of Dracula : (MARV) - [1979]**

**#2 :** Dec '79 - "The Dimensional Man" (36 pages). [Magazine format].


**Tower Of Shadows : (MARV) - [1970, 71]**

**#6 :** Jul '70 - *Reprints "Man In A Rat-Hole" (5 pages) : STRANGE TALES #78, 11/60 - originally titled "Worm Man".*

**#8 :** Nov '70 - *Reprints "Behold! I Am The Master Of Time" (5 pages) : TALES TO ASTONISH #14, 12/60.*

**#9 :** Jan '71 - *Reprints "The Threat Of The 5th Dimension" (5 pages) : STRANGE TALES #69, 6/59.*


**Tower Of Shadows Special : (MARV) - [1971]**

**#1 :** Dec '71 - *Reprints "I Opened The Door To...Nowhere" (5 pages) : JOURNEY INTO MYSTERY #61, 10/60.*

2021MARVEL-0033489

Steve Ditko

### Transformers Coloring Book : (MARV) - [1985]
**#nn :** ??? '85 - 50-page book : John Tartaglione inks.

### Two-Gun Kid : (MARV) - [1960]
**#52 :** Feb '60 - Cover : Ditko inks, Kirby pencils.

### Two-Gun Western : (ATLA) - [1956]
**#4 :** May '56 - "The Badmen" (5 pages).

### Uncanny Tales : (MARV) - [1974, 75]
**#6 :** Oct '74 - *Reprints "I Know The Secret Of The Poltergeist" (6 pages) : TALES TO ASTONISH #1, 1/59.*
**#7 :** Dec '74 - *Reprints "The Last Man On Earth" (5 pages) : AMAZING ADULT FANTASY #7.*
**#8 :** Feb '75 - *Reprints "The Toy Soldiers" (5 pages) : TALES TO ASTONISH #39, 1/63. [Incorrectly sites original as T.T.A. #18]*
**#10 :** Jun '75 - *Reprints "The Strange Magic Of Master Khan" (5 pages) : STRANGE TALES #77, 10/60.*
**#11 :** Aug '75 - *Reprints "I Found The Mad Universe" (5 pages) : STRANGE TALES #76, 8/60.*
**#12 :** Oct '75 - *Reprints "A Switch In Time" (5 pages) : STRANGE TALES #99, 8/62. [Incorrectly sites original as J.I.M. #99]*

### U.S. 1 : (MARV) - [1984]
**#12 :** Oct '84 - "The Truck Stops Here" (23 pages) : Bulanadi inks.

### Vault Of Evil : (MARV) - [1975]
**#14 :** Oct '74 - *Reprints "The Ghost Of Grismore Castle" (6 pages) : STRANGE TALES #79, 12/60.*
**#15 :** Nov '74 - *Reprints "Arise Oh Geni" (5 pages) : WORLD OF FANTASY #16, 2/59.*
**#20 :** Aug '75 - *Reprints "Quogg" (5 pages) : TALES TO ASTONISH #30, 4/62.*
**#21 :** Sep '75 - *Reprints "Man On The Scaffold" (5 pages) : STRANGE TALES #106, 3/63.*
**#22 :** Oct '75 - *Reprints "The Treasure Of Planetoid 12" (5 pages) : STRANGE TALES #107, 4/63.*

### Web Of Spiderman Annual : (MARV) - [1989, 90]
**#5 :** ??? '89 - "Random Miracle" (8 pages) : Milgrom inks - Captain Universe.
**#6 :** ??? '90 - "Child Star" (7 pages) : Captain Universe.

### Weird Wonder Tales : (MARV) - [1974-77]
**#4 :** Jun '74 - *Reprints "The Secret Of The Black Planet" (5 pages) : TALES OF SUSPENSE #28, 4/62.*
**#5 :** Aug '74 - *Reprints "The Thing In Cell 13" (5 pages) : STRANGE TALES #81, 2/61 (originally titled "The Thing In The Cell").*

   *"The Invaders" (5 pages) : TALES TO ASTONISH #34, 8/62.*
**#10 :** Jun '75 - *Reprints "When The Totem Walks" (5 pages) : STRANGE TALES #74, 4/60.*
**#11 :** Aug '75 - *Reprints "The Clock-Maker" (5 pages) : STRANGE TALES #96, 5/62.*
**#12 :** Oct '75 - *Reprints "Haag! Hunter Of Helpless Humans" (13 pages) : TALES OF SUSPENSE #37, 1/63.*
**#13 :** Dec '75 - *Reprints "The Return Of The Totem" (5 pages) : STRANGE TALES #75, 6/60.*
**#19 :** Dec '76 - *Reprints "I Am The Fantastic Dr. Druid" (5 pages) : Ditko-i, Kirby-p. - AMAZING ADVENTURES #1, 6/61.*
   *[Originally titled "...Dr. Droom"]*
**#20 :** Jan '77 - *Reprints "What Happened In The Wax Museum?" (3 pages) : AMAZING ADULT FANTASY #14, 7/62.*
**#21 :** Mar '77 - *Reprints "Beware Of The Giants" (5 pages) : AMAZING ADULT FANTASY #14, 7/62.*
   *"I Discovered Gorgilla" (7 pages) : TALES TO ASTONISH #12, 10/60 - Ditko inks, Kirby pencils.*

### What If? : (MARV) - [1982]
**#35 :** Oct '82 - "The Cat People" (7 pages).

2021MARVEL-0033490

Steve Ditko

DITKO LOOKED UP - Checklist : Company-By-Company Marvel : M-Z          Page 18 of 19

### What If? Special : (MARV) - [1988]
**#1** : Jun '88 - "What If Iron Man Had Been A Traitor?" (38 pages) : Redding inks.

### What The?! : (MARV) - [1988]
**#1** : Aug '88 - "Secret Wars III" (7 pages) : John Severin inks.

### Where Creatures Roam : (MARV) - [1970, 71]
**#1** : Jul '70 - *Reprints "Fear In The Night" (5 pages) : JOURNEY INTO MYSTERY #65, 2/61.*
**#2** : Sep '70 - *Reprints "The Monster On Bald Mountain" (5 pages) : TALES TO ASTONISH #7, 1/60.*
**#3** : Nov '70 - *Reprints "I Am The Victim Of The Sorceror" (5 pages) : TALES TO ASTONISH #16, 2/61.*

   *"I Live Again" (5 pages) : TALES TO ASTONISH #8, 3/60.*
**#4** : Jan '71 - *Reprints "Beware Of The Ghastly Glass" (5 pages) : TALES TO ASTONISH #17, 3/61.*
**#5** : Mar '71 - *Reprints "He Waits In The Dark" (5 pages) : TALES TO ASTONISH #24, 10/61.*
**#6** : May '71 - *Reprints "I Shrank Away To Nothing" (5 pages) : JOURNEY INTO MYSTERY #56, 1/60.*
   *"The Painting" (5 pages) : JOURNEY INTO MYSTERY #71, 8/61.*
**#7** : Jul '71 - *Reprints "Will This Be The End Of The World?" (5 pages) : JOURNEY INTO MYSTERY #72, 9/61.*

### Where Monsters Dwell : (MARV) - [1970-73, 75]
**#1** : Jan '70 - *Reprints Cover : TALES OF SUSPENSE #10, 7/60 - Ditko inks, Kirby pencils.*
**#3** : May '70 - *Reprints "I Fought The Colossus" (5 pages) : STRANGE TALES #72, 12/59 - Ditko inks, Kirby pencils.*
**#4** : Jul '70 - *Reprints "Behind My Door Waits...Medusa" (5 pages) : TALES OF SUSPENSE #10, 7/60.*
**#5** : Sep '70 - *Reprints "The Strange Magic Of Master Khan" (5 pages) : STRANGE TALES #77, 10/60.*
**#6** : Nov '70 - *Reprints "My Friend Is...Not Quite Human" (5 pages) : TALES TO ASTONISH #13, 11/60.*

   *"I Dared To Look Into The Beyond" (5 pages) : TALES TO ASTONISH #6, 9/60.*
**#7** : Jan '71 - *Reprints "The Terrible Trap" (4 pages) : TALES TO ASTONISH #19, 5/61.*
**#8** : Mar '71 - *Reprints "It Happened On 'The Silent Screen' " (5 pages) : TALES TO ASTONISH #21, 7/61.*
   *"Dream World" (5 pages) : TALES TO ASTONISH #26, 12/61.*
**#9** : May '71 - *Reprints "I Found The Things From Nowhere" (5 pages) : JOURNEY INTO MYSTERY #60, 9/60. [Kir-p, Dit-i]*
   *"The Man Who Lost The World" (5 pages) : JOURNEY INTO MYSTERY #75, 12/61.*
**#10** : Jul '71 - *Reprints "The Frog Man" (5 pages) : STRANGE TALES #104, 1/63.*
   *"Gigantus! The Monster That Walked Like A Man" (7 pages) :*
   *JOURNEY INTO MYSTERY #63, 12/60. [originally titled "Goliath!..."]*
**#12** : Nov '71 - *Reprints "The Earth-Crawlers" (5 pages) : JOURNEY INTO MYSTERY #57, 3/60.*
   *"The Last Voyage Of Captain Kragg" (5 pages) : JOURNEY INTO MYSTERY #67, 4/61.*
   *"Quogg" (5 pages) : TALES TO ASTONISH #30, 4/62.*
**#13** : Jan '72 - *Reprints "When Darkness Falls" (5 pages) : JOURNEY INTO MYSTERY #69, 6/61.*
   *"The Frightened Fog" (5 pages) : TALES TO ASTONISH #28, 2/62.*
**#14** : Mar '72 - *Reprints "The Haunted Paper" (5 pages) : TALES OF SUSPENSE #19, 7/61.*
**#16** : Jul '72 - *Reprints "I Am...Gorak" (5 pages) : TALES OF SUSPENSE #14, 2/61.*
**#17** : Sep '72 - *Reprints "I Opened The Door To...Nowhere" (5 pages) : JOURNEY INTO MYSTERY #61, 10/60.*
   *"The World Beyond" (5 pages) : STRANGE TALES #82, 3/61.*
**#19** : Jan '73 - *Reprints "Long Live The King" (5 pages) : TALES OF SUSPENSE #24, 12/61.*
**#22** : Jul '73 - *Reprints Cover : TALES OF SUSPENSE #13, 1/61 - Ditko pencils.*
**#23** : Sep '73 - *Reprints "Inside The Flying Saucer" (5 pages) : STRANGE TALES #92, 1/62.*
**#24** : Oct '73 - *Reprints "The Ape Man" (5 pages) : STRANGE TALES #85, 6/61.*
**#25** : Nov '73 - *Reprints "When The Earth Vanished" (5 pages) : TALES OF SUSPENSE #13, 1/61.*
**#34** : Mar '75 - *Reprints "No Way Out" (5 pages) : TALES TO ASTONISH #9, 5/60.*
**#36** : Jul '75 - *Reprints "The Missing Link" (5 pages) : TALES OF SUSPENSE #31, 7/62.*
**#37** : Sep '75 - *Reprints "Behold - The Monster" (5 pages) : TALES OF SUSPENSE #37, 1/63.*
   *"The World Beyond" (5 pages) : STRANGE TALES #82, 3/61.*

### World Of Fantasy : (ATLA) - [1959]

2021MARVEL-0033491

Steve Ditko

#16 : Feb '59 - "Arise, Oh Geni" (5 pages). [Reprinted in VAULT OF EVIL #15, 11/74]
#17 : Apr '59 - "Guardian Of The Stars" (5 pages).
#18 : Jun '59 - "The Clock Strikes Never" (5 pages).
#19 : Aug '59 - "Deluge" (5 pages).

## World Of Mystery : (ATLA) - [1956, 57]
#3 : Oct '56 - "The Mystery Man" (4 pages).
#6 : Apr '57 - "The Most Dangerous Man In The World" (4 pages).

## World Of Suspense : (ATLA) - [1956]
#2 : Jun '56 - "Who Lurks Down There?" (5 pages).

## X-men : (MARV) - [1974, 75]
#86 : Feb '74 - *Reprints "The Spirit Of Swami River" (5 pages) : AMAZING ADULT FANTASY #9, 2/62.*
#87 : Apr '74 - *Reprints "Mister Universe" (5 pages) : AMAZING ADULT FANTASY #10, 3/62.*
#89 : Aug '74 - *Reprints "For The Rest Of Life" (5 pages) : AMAZING ADULT FANTASY #11, 4/62.*
#90 : Oct '74 - *Reprints "Why Won't They Believe Me?" (5 pages) : AMAZING ADULT FANTASY #7, 12/61.*
#91 : Dec '74 - *Reprints "Journey's End" (5 pages) : AMAZING ADULT FANTASY #7, 12/61.*
#93 : Apr '75 - *Reprints "The Mechanical Men" (5 pages) : JOURNEY INTO MYSTERY #74, 11/61.*

## X-men Rarities : (MARV) - [1995]
#1 : Jul '95 - *Reprints "The Man In The Sky" (5 pages) : AMAZ. ADULT FANTASY #14, 7/62.*

---

**Click HERE for *Charlton***

---

2021MARVEL-0033492