# EXHIBIT 26



2021MARVEL-0126023













2021MARVEL-0126045









33









2021MARVEL-0126047








35

2021MARVEL-0126048