# EXHIBIT 28



2021MARVEL-0127112











An Amazing Invention—"Magic Art Reproducer"

**DRAW THE FIRST DAY**

**NO LESSONS! NO TALENT!**

*Anyone can Draw With This Amazing New Invention — Instantly!*

# Even if You CAN'T DRAW A STRAIGHT LINE

You Can Draw Your Family, Friends, Anything From REAL LIFE— Like An Artist... Even if You CAN'T DRAW A Straight Line!

De Luxe Model Complete for only $1.98 —With extra high power, extra clear and sharp "reproducer" unit.

**A New Hobby Gives You A Brand New Interest!**

Yes, anyone from 5 to 80 can draw or sketch or paint anything now... the very first time you use the "Magic Art Reproducer" like a professional artist—no matter how "hopeless" you think you are! An unlimited variety and amount of drawings can be made! Art is admired and respected by everyone. Most hobbies are expensive, but drawing costs very little, just some inexpensive paper, pencils, crayons, or paint. No costly upkeep, nothing to wear out, no parts to replace. It automatically reproduces anything you want to draw on any sheet of paper. Then easily and quickly follow the lines of the "picture image" with your pencil ... and you have an accurate original drawing that anyone would think an artist had done. No guesswork, no judging sizes and shapes! Reproduces black and white and actual colors for paintings.

**Also makes drawing larger or smaller as you wish.**

Anyone can use it on any desk, table, board, etc.—indoors or outdoors! Light and compact to be taken wherever you wish. No other lessons or practice or talent needed! You'll be proud to frame your original drawings for a more distinctive touch to your home. Give them to friends as gifts that are "different," appreciated.

**Have fun! Be popular!** Everyone will ask you to draw them. You'll be in demand! After a short time, you may find you can draw well without the "Magic Art Reproducer" because you have developed a "knack" and feeling artists have—which may lead to a good paying art career.

**ALSO EXCELLENT FOR EVERY OTHER TYPE OF DRAWING AND HOBBY!**

**FREE!**

"How to Easily Draw Artists' Models"

This valuable illustrated guide is yours free with order of "Magic Art Reproducer." Packed with pictures showing all the basic poses of artists' models with simple instruction for beginners of art. Includes guidance on anatomy, techniques and figure action.

**SEND NO MONEY!**

**Free 10-Day Trial!**

Just send name and address. Pay postman on delivery $1.98 plus postage. Or send only $1.98 with order and we pay postage. You must be convinced that you can draw anything like an artist, or return merchandise after 10-day trial and your money will be refunded.

**NORTON PRODUCTS** Dept. 709 296 Broadway New York 7, N. Y.

**FREE 10-DAY TRIAL COUPON**

**NORTON PRODUCTS, Dept. 709**
**296 Broadway, New York 7, N. Y.**

Rush my "Magic Art Reproducer" plus FREE illustrated guide "*How to Easily Draw Artists' Models.*" I will pay postman on delivery only $1.98 plus postage. I must be convinced that I can draw anything like an artist, or I can return merchandise after 10-day trial and get my money back.

Name ____________________

Address ____________________

City & Zone ____________________ State ________

☐ Check here if you wish to save postage by sending only $1.98 with coupon. Same Money Back Guarantee!

AMAZING FANTASY is published by ATLAS MAGAZINES, INC. OFFICE OF PUBLICATION. 655 MADISON AVENUE, NEW YORK, N. Y. SECOND-CLASS MAIL PRIVILEGES AUTHORIZED AT NEW YORK, N.Y. Additional entry at Meriden, Conn. Published bimonthly. Copyright 1962 by ATLAS MAGAZINES, INC., 655 Madison Avenue, New York, N.Y. Vol. 1 No. 15, SEPT., 1962 issue. Price 12¢ per copy. Subscription rate $1.75 for 12 issues including postage. Foreign subscription $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions appearing in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn.

TM & © 2006 MARVEL

TM & © 2006 MARVEL


















TM & © 2006 MARVEL   TM & © 2006 MARVEL

2021MARVEL-0127114

















TM & © 2006 MARVEL

2021MARVEL-0127115














TM & © 2006 MARVEL

2021MARVEL-0127116











TM & © 2006 MARVEL    TM & © 2006 MARVEL

2021MARVEL-0127117

TM & © 2006 MARVEL

TM & © 2006 MARVEL

2021MARVEL-0127119
















TM & © 2006 MARVEL

2021MARVEL-0127120












TM & © 2006 MARVEL

TM & © 2006 MARVEL

2021MARVEL-0127121








2021MARVEL-0127122











ALSO, I VOWED TO OPEN THE MUMMY CASE AS SOON AS IT WAS SAFE, AND THIS I DO NOW!
INDEED, MORTAL, YOU WILL BE SAFE FROM YOUR PURSUERS... FOREVER!
BUT SOMEHOW, ROCKO RANK DOES NOT SEEMED PLEASED AT HIS NARROW ESCAPE!
CAN IT BE BECAUSE HE REALIZES THAT THERE IS NO TURNING BACK??
FOR HE NOW REALIZES WHAT HIS ESCAPE REALLY MEANS!
HE'LL NEVER REALLY UNDERSTAND HOW IT HAPPENED, BUT AT LAST HE KNOWS WHERE THE CREAKY MUMMY CASE LED TO... AND WHY THE LIVING MUMMY WAS SO ANXIOUS TO HELP A FRIGHTENED STRANGER!
5
THE END

IN JUST 30 days
BE A POWERHOUSE OF MUSCLES!
FEAR NO ONE
FAMOUS HIP POCKET GYM
build a BODY of STEEL
THIS SYSTEM IS SO EFFECTIVE IT IS USED BY U.S. VETERANS HOSPITALS TO HELP REBUILD HEALTH AND VIGOR IN WOUNDED!
Even if you don't want to be a professional STRONG MAN — You owe it to yourself to keep FIT, HEALTHY and to FEAR NO ONE! Right Now — in the privacy of your own home you can EASILY develop your muscles and have a much better-looking body that everyone will admire. No expensive Systems — No drawn-out correspondence courses — Everything you need comes to you in one compact package. HIP POCKET GYM will develop your chest, biceps, triceps, neck, back, shoulders, stomach and legs.
FREE Illustrated Book with Hip Pocket Gym SHOWS YOU HOW! Start Now — in just a few days you actually feel your muscles getting stronger and stronger ... and as you toughen-up you can increase the tension of Hip Pocket Gym to keep building muscles. IT'S EASY — IT'S FUN! Fat Men LOSE FAT! Skinny Men ADD MUSCLES!
REGULARLY $5.95 NOW ONLY 2.95
For Your HEALTH'S SAKE
GET IN SHAPE — STAY IN SHAPE!
ORDER NOW
Major League Suppliers, Dept. MB2
32 W. 22 St., New York, N.Y.
Please rush my HIP POCKET GYM and FREE, Illustrated Book that shows how to add muscles.
NAME
ADDRESS
CITY STATE
MR. AMERICA SAYS..."ORDER A HIP POCKET GYM TO DEVELOP A MUSCULAR PHYSIQUE"

LOOK!
Boys Wanted TO SELL GRIT
SPENDING MONEY! PRIZES!
5 CENTS PROFIT YOURS ON EVERY COPY SOLD.
30,000 Boys Selling Each Week Know
It's Fun
It's Easy
You Can Make $1 to $5 Every Week in a Few Hours
Fellows!
Earn all the spending money you want. GRIT is popular in 900,000 homes. It is easy to sell. You get FREE PRIZES in addition to the money you make. You also gain valuable business experience to help you become a successful man. I'll be glad to help you get started in this business of your own.
Pay only for copies sold until you know how many to order. Papers will be sent immediately.
START NOW EARNING BIG CASH PROFITS AND FREE PRIZES
Print Name and Address Below
If You Are a Boy 12 Years Old or Older
MAIL THIS TODAY
In an Envelope or Pasted on a Post Card
GRIT PUBLISHING CO., Williamsport, Pa.
Send my first bundle of papers, selling helps and prize offers. MC8-2
Name
Are You a Boy? .... Age .... Date Born ......... Year ....
In Care of
Street and No. .................. R. F. D. ..........
Post Office .................. State ..........
Print Your Last Name Plainly Here

# FAN PAGE

## IMPORTANT ANNOUNCEMENT FROM THE EDITOR!

You will notice that the format of AMAZING has been changed. There are a number of reasons for this, and we want to take you, our valued readers, into our confidence.

We hate to throw in the towel, but we find that it is simply impossible to produce a magazine like AMAZING each and every month, containing five highly original and carefully plotted stories, without the quality eventually beginning to suffer. Rather than risk losing your confidence, we have decided to change AMAZING in such a way that it will STILL present the finest in fantasy — but in a different way!

As you can see, we are introducing one of the most unusual new fantasy characters of all time — The SPIDERMAN, who will appear every month in AMAZING. Perhaps, if your letters request it, we will make his stories even longer, or have TWO Spiderman stories per issue.

Also, we are discontinuing our contents page, as many of you have requested. We feel your point is well taken — you would prefer us to make one of the stories a page longer instead.

Finally, we are omitting the word ADULT from our masthead. A number of our teen-age readers have written to say that it makes them feel a bit awkward to buy a magazine which seems to be written exclusively for older readers. We never expected such a reaction, but we certainly don't want to embarrass ANY of our loyal readers.

And there you have it — our new editorial policy, and the reason we have undertaken it. Naturally, we are most anxious to have your opinions, and will be waiting eagerly for your letters. Rest assured that, although it is impossible for us to answer your letters personally, we carefully read each and every one, and are guided by your desires when we edit our magazine!

*Unfortunately, we have no room in this issue for many of your interesting letters, but we want to specially thank the following fans for their helpful suggestions and comments: Michael Snell, Milford, Mass.; Jeff Allen, S. Miami, Fla.; Patrick Geary, APO 12, N.Y.; C. W. Parsons, Detroit, Mich.; Michael Geller, Paterson, N.J.; Daniel Cole, Alberta, Canada; Margaret Ingalls, Arlington, Va.; Gregory Christiano, Bronx, N.Y.; Peter Panagiotis, Cranston, R.I.; Chris Ussler, Milwaukee, Wisc.; Paul Walker, McConnelsville, Ohio; Robert Zeck, Minneapolis, Minn.; Michael Siegel, Bronx, N.Y.; Dmytro Zupnyk, Chisholm, Minn.; Eugene Chan, San Francisco, Cal.; G. B. Love, Miami, Fla.; Tom Joyce, Bklyn., N.Y.; Mark Lamberti, Wichita, Kan.; Dullum and Walter, Portland, Ore.; Britt W. Barrett, Norfolk, Va. — and the many, many other loyal fans whose names we shall try to print in future issues.*

And now, here is our AMAZING SCOREBOARD, which will give you a chance to compare your favorite stories with those of our other readers:

**FAVORITE STORY:** (By more than 300 votes) "SOMETHING FANTASTIC" (The first time a 3-pager has ever scored so heavily)

**RUNNER UP:** "THE LIVING STATUES"

**OTHERS, IN ORDER OF VOTES CAST:** "Melvin and the Martian"; "The Plague"; "I, the Gargoyle"

More fantasy and surprises next issue — don't miss it! And, until then, send YOUR letter to:

THE EDITOR
AMAZING FANTASY
THIRD FLOOR
655 MADISON AVE.
NEW YORK 21, N.Y.

## SHOP BY MAIL

**STAMPS**

STAMP COLLECTING OUTFIT — LORRAINE W. BROWN, Dept. 10, Marion, Mich.

1¢ — PENNY STAMP SERVICE, Orange, California

BETTER U.S. APPROVALS — OCEAN STAMPS, BOX 64-D, BROOKLYN 29, N.Y.

½ OFF — CATALINA STAMPS, Dept. C, Orange, California

25 DIFF. CHINA 10¢ — WEST COAST STAMPS, Box 2107-X, Santa Ana, Calif.

WEIRD DIAMOND SHAPE COFFEE STAMPS — Capital Stamp Co., Ferrysburg 19 Mich.

BIG STAMP JUNGLE 10¢ — CROWN STAMP CO., VIRGIL 318, ONT.

WORLD-WIDE STAMPS!! — SPRUCELAND C2, 115 State St., Spgfld 3, Mass.

$5 SPECIAL STAMP OFFER! — IRWIN STAMP CO., Box 11, BROOKLYN 30, N.Y.

GIGANTIC COLLECTION FREE! — POTOMAC STAMP COMPANY, Dept. 7, Washington 15, D.C.

MAYFLOWER STAMP ALBUM 10¢ — NIAGARA STAMP CO., St. Catharines 718, Ont.

American Historical Collection!! — Roseland Stamps, Spring Lake 19A, Mich.

5 "FDR" & POPE TRIANGLE!! — LONGHORN STAMP CO., Box 3068, Ellwood Sta., Lubbock, Tex.

FABULOUS AMERICAN SET — MAXIM STAMP CO., Dept. MC, 145 Nassau St., New York 38, N.Y.

DRESSES 24¢ — Shoes 39¢ • Men's Suits $4.95 • Trousers $1.20. TRANSWORLD, Dept. 143-A, 162 Christopher Ave., Brooklyn 12, N.Y.

POEMS WANTED — FIVE STAR MUSIC MASTERS, 92 BEACON BLDG., BOSTON, MASS.

250 WAYS to MAKE LOTS of MONEY — "SPARE CASH" • P.O. BOX 1225 • NEWARK 1, N.J.

103 DIFF. BRITISH EMPIRE 10¢ — LINCOLN STAMP CO., St. Catharines 416, Ont.

LOOK — GIANT PHILIPPINE — Earl Thompson, 5448 Odell St., St. Louis 9, Mo.

GHANA — VIKING, GREAT NECK 13, N.Y.

WILL ROGERS AIR! HELICOPTER TRIANGLE!! — Sunny Stamps Service, Apopka 19A, Florida

POEMS WANTED — CROWN MUSIC CO., 49-MC W. 32 St., New York 1

1000 TRICKS 25¢ — HOUSE OF 1000 MYSTERIES, Dept. MCB-82, Trumbull Conn.

225 STAMPS FOR ONLY 10¢ — MYSTIC STAMP CO, Camden 3, New Jersey



PHOTO BARGAINS — ONLY $1.00 — 2 East Avenue, Studio 669A, Larchmont, N.Y.

SONG IDEAS WANTED — SONGWRITERS' ASSOCIATES, Studio 19, 1650 Broadway, New York 19, N.Y.

1001 THINGS YOU CAN GET FREE 50¢ — THINGS FREE • P.O. BOX 1225 • NEWARK 1, N.J.

INSIGNIA — ARMY • NAVY • MARINE — 40 $1.00 — EMBLEM SALES CO. Dept. 1000, P.O. Box 187, Madison Sq. Sta., N.Y. 10



AUTOMATIC REPEATING MAGIC WATER PISTOL 95¢ — Narenjo & Company, P.O. Box 134, Kew Gardens, N.Y.



NEW — POCKET SIZE INVENTION HELPS HYPNOTIZE YOURSELF or OTHERS — HYPNOTIC-AIDS • Dept. A83, 1133 Broadway, N.Y.C. 10



TM & © 2006 MARVEL


2021MARVEL-0127125








TM & © 2006 MARVEL
TM & © 2006 MARVEL
2021MARVEL-0127126





TM & © 2006 MARVEL

2021MARVEL-0127127











TM & © 2006 MARVEL

# NOW! EVERYTHING YOU NEED TO START YOUR VALUABLE STAMP COLLECTION!

## FREE U.S. STAMP IF YOU ACT NOW!

Imagine getting this terrific kit complete—and at a price so low it's amazing. You get the U.S. Album pictured here. You get 10 U.S. Stamps...all different... that go into the Album. You get the magnifying glass, perforation gauge, stamp tongs, and a packet of hinges.

This offer is made for one reason only—to quickly introduce you to the excitement, fun, and profit of saving postage stamps.

Stamp collecting is perfect for boys and girls because—before you know it—the stamps that cost you pennies may be worth dollars! And what a thrill it can be when you fill up a page—why, you've never known anything like it!

So send in today! Here's all you do. Just mail in the coupon below. SEND NO MONEY— just your name and address. Kit will be sent complete for only $2 plus C.O.D. postage. Or send $2, and we pay postage—a worthwhile saving to you.

When your Scott Stamp Kit arrives, look it over. If you're not more than satisfied, return for your $2 back. But act today! Quick action will get you ABSOLUTELY FREE a U.S. Stamp suitable for mounting in their special album.

Even if you should return the kit, the Stamp is yours to keep! Don't miss out! Order your kit right away. This amazing offer may be withdrawn without notice, so don't delay!

### MAIL COUPON TODAY

Scott Publications, Inc.
488 Madison Avenue
New York 22, New York

☐ Please send me my Scott Stamp Kit for $2 plus C.O.D. postage and my FREE U.S. Stamp.

☐ Please send me my Scott Stamp Kit and my FREE U.S. Stamp. I enclose $2 cash, check, or Money Order.

I understand that if I am not completely delighted, my $2 will be refunded and I can keep my FREE U.S. Stamp.

NAME____
STREET____
CITY____ZONE____STATE____

# LEARN ANY DANCE FAST!

## IN ONE HOUR – GIANT FOOT CHARTS!

Now it's easy to learn any dance AT HOME in 1 HOUR with GIANT FOOT CHARTS. Surprise your friends with NEW steps in CHA-CHA, JITTERBUG, FOX TROT, TWIST ! Place the Giant Foot Charts on floor. Left foot red, right foot black. Turn on radio – and START TO DANCE. You step from one to the other, following easy-to-understand directions. Simple as A-B-C. Anybody "catches on" in minutes – teenagers, husband and wife, or old folks. This NEW MODERN WAY will make a good dancer out of YOU! Gain new self-confidence and friends . . . look professional on the dance floor. Be popular with dates. Avoid the embarrassment of not knowing the "latest steps." Learn over 30 new steps . . . includes 100 pictures. Send $1 plus 50c handling—get 1 complete American-Style Dance Course including Fox Trot, Jitterbug, TWIST and Waltz. SPECIAL Send $2, plus 50c handling ($2.50 total) and get BOTH American-Style and Latin-American Courses including Cha-Cha-Cha, Rhumba, Tango, Mambo and Meringue. (Necessary Giant Foot Charts included.) Satisfaction Guaranteed – or return Courses and Money Refunded. Send cash or check (save c.o.d. fee). ORDER TODAY.

FAMOUS DANCE COURSE, Dept. A , Box 1042, Miami Beach 39, Florida.

ONLY $1

# LIVE SEA HORSES!

Order one mated pair of Dwarf species Living Sea Horses, sent air mail from Florida for $3.50 postage paid. We include food and instructions free. The Sea Horse often swims in an upright position and "bucks" like a stallion. It is not unusual for Mr. and Mrs. Sea Horse to swim along with tails entwined. The Father actually bears the young alive! At times 3 or 4 babies take a ride on the Father's head! Easy for you to keep in a goldfish bowl. Hardy, educational, fun for the entire family. We guarantee Live Delivery. An ideal gift for young or old. Special Offer: Order 2 mated Pair for $6.98 and get 1 PAIR FREE! (Extra food included.) Also available: Send $1 for pair of beautiful artificial Sea Horse Trees —will decorate and beautify any fish bowl. Order today!

FLORIDA SEA HORSE CO., DEPT. M BOX 5095, MIAMI 1, FLORIDA

TM & © 2006 MARVEL

THROW YOUR VOICE
Throw your voice into trunks, behind doors, everywhere. Instrument fits in your mouth and out of sight. Fool teacher, friends and family. Free book on "How to Become a Ventriloquist." No. 2137.....25¢
SILENT DOG WHISTLE
This whistle can't be heard by human ears, but Rover can hear it half a mile away. Your dog will understand that this whistle is for him alone. Be amazed how quickly he responds.
No. 3791 ..... $1.00
MUSICAL JUKE BOX BANK
Drop in a coin and the turntable revolves to a lilting melody ...just like the modern juke box that youngsters adore. Makes saving a pleasure—money mounts up. Made of sturdy metal. 4½"x4".
No. 2005.... $1.50
DRAW OR PAINT ANYTHING IN ONE MINUTE
Amazing new art reproducer actually reflects any indoor or outdoor scene you wish to draw on any paper. Simply follow the line of your picture image, and presto! A beautiful drawing is yours.
No. 3306 ...... $1.98
SEE BEHIND GLASSES
A specially treated pair of sunglasses with secret mirrors that enable you to see behind you, without anyone knowing your watching. Really comes in handy at times.
8030 75¢
JIU-JITSU
YOU, TOO, CAN BE TOUGH
SURPRISE PACKAGE
Are you willing to take a chance? We won't tell you what you get, but because you're willing to gamble, we'll give you more than your money's worth.
Only 50¢
No. 678
AMAZING MINIATURE RADIO
This tiny, feather weight radio operates without batteries, without tubes, but brings you years of listening pleasure. There's nothing to wear out nothing to replace.
No. 3044 $4.98
TREASURE CHEST OF FUN
TRANSISTOR RADIO KIT
This amazing radio kit contains all the components to construct a powerful, highly efficient instrument. It operates 1,000 hours on 2 junior pen light batteries and is simple to construct. Full instructions and all parts are included for you to build your own private transistor radio.
No. 2131 ...... $5.98
KRAZY KRAX
Apply this to the television screen and it appears that the glass is cracked.
No. 3333...60¢
THE PERFECT TV GAG!
BANK VAULT WITH ALARM
Bank vault has combination type lock that gives an alarm when opened. Protects valuables and possessions. Frighten off would be invaders of your privacy. Excellent for storing money, valuables, prizes.
No. 2113 ............ $1.49
BIKE WINDSHIELD
Turn your bike into something really special with this clear, transparent bike windshield, just like the one on Motorcycles. Handy built-in pouch enables you to keep your sunglasses, tools, and personal effects within easy reach. Really makes your bike different.
No. 4268 ............ $1.00
MINIATURE SECRET CAMERA
EXPLODING HAND GRENADE
This menacing hand grenade looks and works just like a real one. All you do is pull the pin, throw the grenade, and watch the fun as the caps explode. It's harmless.
2109 75¢
INSECT COLLECTING KIT
No. 2117 1.00
Sorry, but we cannot ship orders totalling less than $1.00" Kindly add 15¢ for postage and handling to all orders.
BIKE SPEEDOMETER
Now you can see how fast you're riding with this precision engineered speedometer for only 75¢. You can time yourself for racing, sports, distance. Just fasten it to your handlebar and go.
No. 6199 75¢
HONOR HOUSE PROD. CORP., Dept. CK-58 LYNBROOK, N.Y.
Rush me the items listed below. If I am not 100% satisfied, I may return any part of my purchase after 10 days Free Trial for full refund of purchase price.
ITEM # NAME OF ITEM HOW MANY TOTAL PRICE
I enclose ........ in full payment. Same guarantee.
Send C.O.D. I will pay postman on delivery plus postage.
Name
Address
CANADIAN FRIENDS: For quick service, send orders directly to: NEW YORK IMPORTS BOX 121 DOWNSVIEW, TORONTO
AMAZING NEW SPACE PHONE SET — 2 WAY . . . SENDS . . . RECEIVES
You can talk back and forth between houses, from room to room, and from secret hiding places, because it's portable - no electric wires - no batteries.
No. 3194 69¢
ATOMIC SMOKE BOMB
Just light one and watch the column of thick, white smoke rise to the ceiling, mushrooming into a dense cloud, just like an A-Bomb.
No. 971 20¢
TM & © 2006 MARVEL

THE WORLD'S GREATEST MOLDER OF HANDSOME HE-MEN and CHAMPS out of WEAKLINGS says
YOU can now get FREE!
ALL these 5 famous PICTURE-PACKED STRENGTH-TEST COURSES to Make YOU a SUPER-MAN. (formerly $5.00 each) Now FREE to you if you mail coupon AT ONCE! LAST CHANCE!
SKINNY OR FAT, 15, 20, 30 OR 40 YEARS OF AGE
I'LL BUILD YOU INTO A NEW ATHLETIC MIGHTY-MUSCLED ALL-MALE HE-MAN
in 10 THRILLING MINUTES a day, as I have done to MILLIONS in 35 YEARS."
BEN REBHUHN
20 years Directing Head of the most famous and largest home-training body building institute in the world, through which millions of youths and men applied for training, of which countless were changed from skinny and fat weaklings into streamlined heroic he-men.
This now MAGNIFICENT MODERN HERCULES, 26 year old teacher, William Butler,
How would YOU like to have 18½ inch ARMS a 52 inch CHEST like this A.B.C. pupil NOW has?
"NO MATTER WHAT YOUR AGE I'll show you, by my quick, easy SECRETS
How to GAIN OR LOSE UP TO 50 LBS. FAST
like my pupils here did and THOUSANDS do now."
says to YOU, "No matter WHAT your age, I advise you, SEND for the A.B.C. WONDER PICTURE COURSES at once.
Under the World's GREATEST BODY-BUILDER, I now have 18½" ARMS, a 52" CHEST; my STRENGTH has greatly improved. So have my sports. I have won titles like 'Mr. Virginia', 'Mr. State Y.M.C.', etc.
YOU can soon be a HERO of MEN like Butler is and an IDOL of WOMEN in a few weeks!
17 YEAR OLD SILLS
"I GAINED 60 LBS. OF SHAPELY MIGHTY MUSCLES.
BEFORE
says JOHN SILL
"I LOST 30 LBS. OF DANGEROUS UGLY FAT 4 INCHES OFF MY WAIST!
28 year old Felipe Mendoza
"That 220 lb. FAT-BOY at the right was ME a few short weeks ago."
A.B.C. streamlined my body, made me a new man my 47" chest my 32" waist 15" difference attracts admiration at the beach.
YOU can add 7 inches to your CHEST 3½ inches to each ARM and the rest in proportion just as I did.
YOU can WIN the 18" tall SILVER TROPHY with name on it, A GOLD MEDAL, $100, as I did."
45 year old FATHER and 18 year old SON — now Pals — train A.B.C. way together!
"Both gained pounds of powerful muscles. Advise all you fathers and sons to send for the A.B.C. courses without foolish delay."
—LARRY CAMPBELL
YOU became a WINNER in ALL you do like these and MILLIONS of my pupils!
YOU become a STAR in ANY SPORT! YOU fear NO MAN or BULLY!
WOMEN always say, "I just adore A.B.C. ALL-MALE HE-MEN".
BEFORE
Gained 70 lbs. Made football team.
"I'm proud of you now, Tony"
Pascarella
You wouldn't give me a tumble before I gained 28 A.B.C. lbs.
AMERICAN BODY BUILDING CLUB, Dept. MA-28 GREAT NECK, NEW YORK
Mail me FREE all 5 WORLD FAMOUS STRENGTH TEST COURSES, including PHOTO BOOK of FAMOUS STRONG MEN, once weaklings, now famous Strong Men, and How to Become one of Them.
I enclose 10c for mailing and handling.
NAME
AGE
DO NOT MAIL COUPON IF UNDER 14 YEARS OF AGE.
ADDRESS
CITY
ZONE
STATE
FREE Sports, Self-defense, Strong-man Stunts Courses Apparatus. Let me know how to get these FREE!
AMERICAN BODY BUILDING CLUB, Dept. MA-28 GREAT NECK, NEW YORK
TM & © 2006 MARVEL

