# EXHIBIT 30

*Amazing Fantasy* #15 unused cover art
by Steve Ditko



2021MARVEL-0074816