# EXHIBIT 31C



TM & © 2006 MARVEL





TM & © 2006 MARVEL

TM & © 2006 MARVEL





TM & © 2006 MARVEL

# EXCLUSIVE FUN PRODUCTS BY MAIL



**CYCLE PUTTER**
Really dress up your BIKE. Sounds just like a Motor Bike. Made of heavy plastic and steel. No. 8023 ...Only 39c



**SQUIRT FLOWER**
When your friend tries to smell it all he'll get is a face full of water. Comes complete with long rubber hose and bulb. No. 3013 ...Only 25c



**TRICK BASEBALL**
It bounces cockeyed, it curves, it dips, it's impossible to catch. It's sure to set all the kids on the block chasing after it. There's a barrel of fun in every bounce of this amazing baseball. No. 4020 .....50c



**PRANKSTER WHISTLE**
Greatest gag in years. Just place inside any tail-pipe and watch the fun. As soon as he starts the car it will sound as if the whole motor fell out. It's a panic, but completely harmless. No. 7021 ......75c

**SPIDER RING**
This jumbo Rubber Spider with moving eyes comes attached to an adjustable metal ring and is sure to scare everybody. Large size 4½" x 4½". Made of flexible rubber. No. 4006 .. Only 45c

**WHOOPS**
Looks like someone lost their lunch. Place it on the floor and wait for most unsuspecting victim to walk in—ugh. Better catch him before he faints. No. 9016 ................... Only .75



**LOUD NOSE BLOWER**
Blow your nose and it will sound like the roof caved in. Fits right in your handkerchief out of sight. No. 6018 only 20c

**PEPPER GUM**
Hi Pal, have a piece of gum. Once he starts chewing you better have a glass of water ready. Completely harmless but a million laughs. No. 5008... .15



**JIU-JITSU**
This is one of the most popular books on the art of self defense. Now you needn't back away from anyone. Many illustrations show you how to defend yourself from bullies. We also include "FREE" a book on strong man stunts. No. 4003...... Only $1.00

**JOY BUZZER**
Shake hands and watch your friend jump 6 feet high. Completely harmless. No. 7005....... .50



**MAGIC ROCKS**
MAGIC ROCKS — Colourful large pellets. "Plant" them with the magic solution using the planting tweezers. They will grow within a short time. Terrific for underwater effects. No. 1022.........Only $1.00



**WHOOPEE CUSHION**
Place this under any cushion. Gives out a loud Bronx Cheer. Very embarrising but loads of laughs. No. 8010 ....... Only .50

**SURPRISE PACKAGE**
If you are willing to take a chance, we guarantee you more than your moneys worth, filled with surprises. No. 8002... .50



**GROW LIVE MONSTERS!**




**GROW LIVE MONSTERS**
SCARIEST LIVING Sensation of the century. 2 Monsters in full colour. Comes complete with space astronomarm and full accessory kit. Will grow green monster hair right before your eyes. Complete kit. No. 8001 ...... Only $1.00



ONLY $1.00



**SILVER SKULL RING**
Heavy Mexican silver ring with the raised face of skull and inlayed red ruby eyes. Feels good and looks real impressive. Adds heft to your hands. No. 3019 ................ $1.00



**X-RAY-SPEX**
A wonderful illusion to fool your buddies. Put them on, now is that really his skull you see inside his head? Prove to him you can see through anything. No. 7014 ......... $1.00

**BIKE SPEEDOMETER**
Now you can tell how fast you are going. Registers speeds up to 50 miles per hour. New built-in compass also shows in what direction you are travelling. Fits any bicycle. Attaches in seconds. No. 3017 only 75c





**SILENT DOG WHISTLE**
This whistle can not be heard by any human, but your pet will hear it blocks away. Everyone will be amazed when he comes running as soon as he hears his own private whistle. No. 1009 Only $1.00



**FLY IN ICE**
A plastic ice cube that looks like the real thing, only with a fly inside. Just place this in someones drink when he isn't looking—ugh. No. 3011 Only .45

**ELLBARR DIST. DEPT. G.K. 20 Weston, Ont.**
RUSH ME THE ITEMS LISTED BELOW. If I am not 100% delighted, I may return any part of my purchase after the 10 day free trial for full refund.

| ITEM No. | NAME OF ITEM | HOW MANY | TOTAL PRICE |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

☐ I enclose ...... plus 15c postage and shipping in cash, cheque or money order.
NAME ................................
ADDRESS .............................

AMAZING SPIDER-MAN is published by NON-PAREIL PUBLISHING CORP. OFFICE OF PUBLICATION: 625 MADISON AVENUE, NEW YORK, N.Y. 10022. Published monthly. Copyright 1965 by NON-PAREIL PUBLISHING CORP., 625 Madison Avenue, New York, N.Y. 10022. Vol. 1, No. 32 JANUARY 1966 issue. Price 12c per copy. Subscription rate $1.75 and $2.25 Canada for 12 issues including postage. Foreign subscriptions $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Inc. Martin Goodman, Publisher.

TM & © 2006 MARVEL



TM & © 2006 MARVEL

2021MARVEL-0127398



TM & © 2006 MARVEL

TM & © 2006 MARVEL

# EXCLUSIVE FUN PRODUCTS BY MAIL



**CYCLE PUTTER** Really dress up your BIKE. Sounds just like a Motor Bike. Made of heavy plastic and steel. No. 8023...Only 39¢



**SQUIRT FLOWER** When your friend tries to smell it all he'll get is a face full of water. Comes complete with long rubber hose and bulb. No. 3013...Only 25¢



**TRICK BASEBALL** It bounces cockeyed, it curves, if dips, it's impossible to catch. It's sure to set all the kids on the block chasing after it. There's a barrel of fun in every bounce of this amazing baseball. No. 4020 ............50¢

**PRANKSTER WHISTLE** Greatest gag in years. Just place inside any tail-pipe and watch the fun. As soon as he starts the car it will sound as if the whole motor fell out. It's a panic, but completely harmless. No. 7021 ............75¢

**SPIDER RING** This jumbo Rubber Spider with moving eyes comes attached to an adjustable metal ring and is sure to scare everybody. Large size 4½ " x 4½ ". Made of flexible rubber. No. 4006 . . Only 45¢



**WHOOPS** Looks like someone lost their lunch. Place it on the floor and watch for your first unsuspecting victim to walk in—ugh. Better catch him before he faints. No. 5016 .................... Only .75

**LOUD NOSE BLOWER** Blow your nose and it will sound like the roof caved in. Fits right in your handkerchief out of sight. No. 6018 only 20¢

**PEPPER GUM** Hi Pal, have a piece of gum. Once he starts chewing you better have a glass of water ready. Completely harmless but a million laughs. No. 5008 ....15

**JIU-JITSU** This is one of the most popular books on the art of self defense. Now you needn't back away from anyone. Many illustrations show you how to defend yourself from bullies. We also include "FREE" a book on strong man stunts. No. 4003.......Only $1.00



**JOY BUZZER** Shake hands and watch your friend jump 6 feet high. Completely harmless. No. 7005....... .50



**MAGIC ROCKS** MAGIC ROCKS — Colourful large pellets. "Plant" them with the magic solution using the planting tweezers. They will grow within a short time. Terrific for underwater effects. No. 1022...............Only $1.00



**SEAT CUSHION WHOOPEE CUSHION** Place this under any cushion. Gives out a loud Bronx cheer. Very embarrising but loads of laughs. No. 8010 .......... Only .50





**GROW LIVE MONSTERS!**

**SURPRISE PACKAGE** If you are willing to take a chance, we guarantee you more than your moneys worth, filled with surprises. No. 8002. . .5$





**GROW LIVE MONSTERS** SCARIEST LIVING Sensation of the century. 2 Monsters in full colour. Comes complete with space astronaum and full accessory kit. Will grow green monster hair right before your eyes. Complete kit. No. 8001 . . . . Only $1.00

**SILVER SKULL RING** Heavy Mexican silver ring with the raised face of skull and inlayed red ruby eyes. Feels good and looks real impressive. Adds heft to your hands. No. 3019............$1.00





**X-RAY-SPEX** A wonderful illusion to fool your buddies. Put them on, now is that really his skull you see inside his head? Prove to him you can see through anything. No. 7014 .......... $1.00

**BIKE SPEEDOMETER** Now you can tell how fast you are going. Registers speeds up to 50 miles per hour. New built-in compass also shows in what direction you are travelling. Fits any bicycle. Attaches in seconds. No. 3017 ...... only 75¢



**FLY IN ICE** A plastic ice cube that looks like the real thing, only with a fly inside. Just place this in someones drink when he isn't looking—ugh. No. 3012 ............ Only .45

**ELLBARR DIST. DEPT. G.K. 20 Weston, Ont.** RUSH ME THE ITEMS LISTED BELOW. If I am not 100% delighted, I may return any part of my purchase after the 10 day free trial for full refund.

| ITEM No. | NAME OF ITEM | HOW MANY | TOTAL PRICE |

☐ I enclose ...... plus 15¢ postage and shipping in cash, cheque or money order.

NAME .......................................
ADDRESS .......................................



**SILENT DOG WHISTLE** This whistle can not be heard by any human, but your pet will hear it blocks away. Everyone will be amazed when he comes running as soon as he hears his own private whistle. No. 1009 Only $1.50

AMAZING SPIDER-MAN is published by NON-PAREIL PUBLISHING CORP. OFFICE OF PUBLICATION: 625 MADISON AVENUE, NEW YORK, N.Y. 10022. Published monthly. Copyright 1965 by NON-PAREIL PUBLISHING CORP., 625 Madison Avenue, New York, N.Y. 10022. Vol. 1, No. 33, FEBRUARY 1966 issue. Price 12¢ per copy. Subscription rate $1.75 and $2.25 Canada for 12 issues including postage. Foreign subscriptions $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Sunrise Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher. Application to mail at second class postage rates is pending at New York, N. Y., and Meriden, Conn.

TM & © 2006 MARVEL



TM & © 2006 MARVEL





TM & © 2006 MARVEL

TM & © 2006 MARVEL





2021MARVEL-0127436



TM & © 2006 MARVEL

2021MARVEL-0127454



AMAZING SPIDER-MAN is published by NON-PAREIL PUBLISHING CORP. OFFICE OF PUBLICATION: 625 MADISON AVENUE, NEW YORK, N.Y. 10022. Published monthly. Copyright 1966 by NON-PAREIL PUBLISHING CORP. 625 Madison Avenue, New York, N.Y. 10022. Vol. 1, No. 35, APRIL 1966 issue. Price 12¢ per copy. Subscription rate $1.75 and $2.75 Canada for 12 issues including postage, Foreign subscriptions $3.25 In American funds. No similarity between any of the names, characters, persons, and/or institutions in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co. Waterbury 20, Conn. Martin Goodman, Publisher. Application to mail at second class postage rates is pending at New York, N. Y., and Meriden, Conn.

TM & © 2006 MARVEL

2021MARVEL-0127455





TM & © 2006 MARVEL

TM & © 2006 MARVEL

# EXCLUSIVE FUN PRODUCTS BY MAIL

## GROW 7 MONSTERS

**THRILLS & CHILLS AWAIT YOU WHEN YOU SEE 7 AMAZING PLANT CREATURES COME TO LIFE!**

7 Giant Monsters in full, glowing color, grow fantastic plant "hair" alive before your eyes! Each grows up to several months! Makes an incredible live "Science Project" for home or school. Fun to watch. Order now and get deluxe accessory kit with planting wand, observation lens, extra large supply of Guaranteed Live "Monster Hair" seeds, Complete with 7 Monsters and Full Instructions. No. 3127 ....... $1.00
plus 25¢ postage

**ALL 7 FOR ONLY $1.00**





**MINIATURE SPY CAMERA** Precision built camera that is so amazingly small it is less than ½ the size of a regular pack of cigarettes. Weighs only 2½ ounces with eyelevel view finder and time exposure shutter. Takes 10 pictures per roll. Compact, it can be hidden anywhere. With FREE roll of film. No. 5024 .... $1.00
6 Rolls Film .... 79¢



**JOY BUZZER** Shake hands and watch your friend jump 6 feet high. Completely harmless. No. 7005 .... 50¢



**LOUD NOSE BLOWER** Blow your nose and it will sound like the roof caved in. Fits right in your handkerchief out of sight. No. 6018 .... only 20¢

**SURPRISE PACKAGE** If you are willing to take a chance, we guarantee you more than your moneys worth, filled with surprises. No. 8002 .... 50¢



**TRICK BASEBALL** It bounces cockeyed, it curves, it dops, it's impossible to catch, it's sure to set all the kids on the block chasing after it. There's a barrel of fun in every bounce of this amazing baseball. No. 4020 .... 50¢

**X-RAY-SPEX** A wonderful illusion to fool your buddies. Put them on, now is that really his skull you see inside his head? Prove to him you can see through anything. No. 7014 .... $1.00



**WHOOPEE CUSHION** Place this under any cushion. Gives out a load Bronx Cheer. Very embarrassing but loads of laughs. No. 8010 . Only 50¢



**THROW YOUR VOICE** Throw your voice into trunks, behind doors, everywhere. Instrument fits in your mouth out of sight. Fool teacher, friends and family. Free book on "How to Become a Ventriloquist." No. 9025 .... 25¢



**DEVILS RING** Heavy silver ring with the raised face of the Devil. Inlaid bright red ruby eyes. Looks real impressive. No. 1026 .... 50¢

**ELLBARR DIST, Dept. G.K, 23 Box 47, Northridge, Calif.** RUSH ME THE ITEMS LISTED BELOW. If I am not 100% delighted, I may return any part of my purchase after the 10 day free trial for full refund.

| ITEM No. | NAME OF ITEM | HOW MANY | TOTAL PRICE |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

☐ I enclose ....., plus 15¢ postage and shipping in cash, cheque or money order.

NAME ................................................
ADDRESS ................................................

AMAZING SPIDER-MAN is published by NON-PAREIL PUBLISHING CORP. OFFICE OF PUBLICATION: 625 MADISON AVENUE, NEW YORK, N.Y. 10022. Published monthly. Copyright 1966 by NON-PAREIL PUBLISHING CORP., 625 Madison Avenue, New York, N.Y. 10022. Vol. 1, No. 36, MAY 1966 issue. Price 12¢ per copy. Subscription rate $1.75 and $2.25 Canada for 12 issues including postage, Foreign subscriptions $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher. Application to mail at second class postage rates is pending at New York, N. Y., and Meriden, Conn.

TM & © 2006 MARVEL






TM & © 2006 MARVEL

TM & © 2006 MARVEL















TM & © 2006 MARVEL

TM & © 2006 MARVEL

2021MARVEL-0127493





















TM & © 2006 MARVEL

TM & © 2006 MARVEL

2021MARVEL-0127512



Case 1:21-cv-07955-LAK    Document 76-41    Filed 02/15/24    Page 18 of 33

TM & © 2006 MARVEL

TM & © 2006 MARVEL

2021MARVEL-0127530

# TREASURE CHEST OF FUN




## WONDERFUL CRYSTAL WRIST RADIO

RECEIVES BROADCASTS UP TO 50 MILES WITH ATTACHED ANTENNA. WEAR IT LIKE A WATCH. LISTEN IN LIKE A RADIO

No. 86 ............ 2.98



**WORMS** — Drop these seemingly innocent pellets into a glass of water and magically a worm will appear. It's harmless. No. 612 .... 15c



**TRICK BLACK SOAP** — Ordinary looking piece of soap. Victim washes face and gets blacker and blacker. No. 575 .... Only 25c

**JOY BUZZER** — The most popular joke novelty in years! No. 239 .... Only 50c

**JOKE BOOK** — Over 500 hilarious jokes. No. 221 .... Only 45c



**KRAZY KRAX** — Apply this to the television screen and it appears that the glass is cracked. No. 3333 .... 60c

**SURPRISE PACKAGE** No. 678 .... 50c



**WHOOPS!** No. 702 .... 75c

**ONION GUM** No. 281 .... 15c

**TRICK LOADED CIGAR** No. 681 .... 30c

## HOW TO HYPNOTIZE AND CONTROL OTHERS
No. 7712 .... Only 45c



**X-RAY SPECS** No. FL7 .... $1.00



**MONEY CHANGER** No. 70



**HONOR HOUSE PRODUCTS CORP.**, Lynbrook, N.Y.    Dept. KG-39



**BOOMERANG** No. 141 .... 60c

**MIDGET ADDING MACHINE** No. 91 .... 1.98




**HAWK RING** No. 209 .... 39c




AMAZING SPIDER-MAN ANNUAL is published by NON-PAREIL PUBLISHING CORP. OFFICE OF PUBLICATION: 655 MADISON AVENUE, NEW YORK, N.Y. No. 1, 1964 Issue. Price 25c per copy. Martin Goodman, Publisher.

TM & © 2006 MARVEL



TM & © 2006 MARVEL

2021MARVEL-0127531



2021MARVEL-0130382



**Albert Dorne** — probably the greatest money-maker in the history of commercial art. At the height of his career, he began a full-time search for people who like to draw.

# He's Looking for People Who Like to Draw

**T**ODAY HUNDREDS of men and women who never thought they could be artists are working happily at easels and drawing boards, making pictures and getting well paid for it. They all can thank Albert Dorne, a famous artist who devotes almost his full time to helping other people become artists.

### Some of the People Dorne Has Helped

Herb Smith was a payroll clerk. Soon after he started studying with us, he landed an art job with a large printing firm. This was four years ago; today he's head artist for the same firm.

Don Golemba of Detroit is another. He stepped up from railroad worker to the styling department of a big automobile company—by showing his work with the School. Now he helps design new-car models.

Pat Browning wanted to escape from her dull typing job to something creative. Soon after studying with us, she was promoted to full-time artist with the same firm—at much more money.

With the right training, Wanda Pickulski gave up her typing job

to become fashion artist for a local department store.

Eric Ericson worked in a garage while he studied art at night. Today he is a successful artist, earns seven times as much, and is building a new home for his family.

Long before Albert Dorne started looking for people who like to draw, they came to him for advice and help. Since he alone could help only a few of these people, he called together America's most successful artists —men like Norman Rockwell, Jon Whitcomb, Stevan Dohanos and Al Parker.

### A Plan to Help Others

He said: "All over America, there are people who like to draw, who could be turned into good artists. Why can't we give these people the training they need—including all the trade secrets and know-how we've learned over the years? I'm suggesting a new kind

---

### America's 12 Most Famous Artists

| | |
|---|---|
| Norman Rockwell | Fred Ludekens |
| Jon Whitcomb | Ben Stahl |
| Al Parker | Robert Fawcett |
| Stevan Dohanos | Austin Briggs |
| George Giusti | Harold Von Schmidt |
| Peter Helck | Albert Dorne |

---

of school—a home-study art school that would give talented people the best professional art training, no matter where they live."

The famous artists agreed. Taking time from their busy careers, they spent several years creating a remarkable series of art lessons covering every aspect of drawing and painting. They illustrated their lessons with over 5,000 "here's-how" illustrations. The lessons start from scratch and cover every skill a top artist needs. Finally, the famous artists developed a wonderful way to give each student personal correction and advice all through his training.

Albert Dorne is not surprised by the success of his students. "The art field is growing. We keep getting calls from all over the country, asking us for practical, well-trained students who can step into full-time or part-time art jobs."

### Famous Artists Talent Test

To find others with art **talent** worth developing, the **Famous Artists** created a 12-page talent test. Thousands paid to take this test, but now the School offers it free and grades it free. Men and women who do well on the test— or can offer other evidence of art talent—may enroll in the School. But there's no obligation. Simply mail the coupon below.

---

**Famous Artists Schools**
**Studio 7662 ,Westport,Conn.**

I would like to find out whether I have art talent worth developing. Please send me, without obligation, your Famous Artists Talent Test and descriptive brochure.

Mr.
Mrs. _____ Age____
Miss ◄ Please circle one and print name

Address_____

City_____ Zone_____

County_____ State_____

AMAZING SPIDER-MAN ANNUAL is published by NON-PAREIL PUBLISHING CORP. OFFICE OF PUBLICATION: 625 MADISON AVENUE, NEW YORK, N.Y. 10022. Published annually. Copyright 1965 by NON-PAREIL PUBLISHING CORP., 625 Madison Avenue, New York, N.Y. 10022. No. 2, 1965 issue. Price 25¢ per copy. No similarity between any of the names, characters, persons and/or institutions in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely co-incidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher. Some stories contained herein, have been reprinted with permission from the publisher.

SPIDER-MAN

"THE WONDROUS WORLD OF Dr. STRANGE!"

WRITTEN and EDITED BY THE TOAST of MARVEL:
**STAN LEE**
PLOTTED and DRAWN BY THE BOAST of MARVEL:
**STEVE DITKO**
LETTERED and BORDERED BY THE GHOST of MARVEL:
**SAM ROSEN**

This COULD BE CALLED OUR "BE NICE TO STEVEY DITKO" ISSUE! WE WANTED TO FEATURE A REALLY OFF-BEAT YARN FOR SPIDEY'S ANNUAL, AND STEVERINO DREAMED THIS ONE UP! (THE FACT THAT HE ALSO DRAWS DOC STRANGE MAY HAVE HAD SOMETHING TO DO WITH IT!) SO, READY OR NOT, HERE WE GO...!

2021MARVEL-0130384



2021MARVEL-0130385

"the UNCANNY THREAT of THE TERRIBLE TINKERER!"

HE LOOKS SO HARMLESS--AND YET THE *TINKERER* IS ONE OF THE GREATEST MENACES I'VE EVER FACED!

*E*VERYBODY LOVES A BARGAIN! BUT SOMETIMES IT CAN BE *DANGEROUS* TO ACCEPT A BARGAIN WHICH IS *TOO GOOD* TO BE TRUE! ESPECIALLY IF THE BARGAIN IS BEING OFFERED BY SOMEONE LIKE THE *TINKERER*, WHO-- BUT WAIT! LET'S SEE HOW IT ALL BEGAN--AND HOW IT· TOOK *SPIDER-MAN* TO FINISH IT!

STORY: **STAN LEE**
ART: **STEVE DITKO**
LETTERING: **ART SIMEK**

ORIGINALLY PRESENTED IN SPIDERMAN NO. 2

2021MARVEL-0130386





2021MARVEL-0130085

**Albert Dorne** – probably the greatest money-maker in the history of commercial art. At the height of his career, he began a full-time search for people who like to draw.

## He's Looking for People Who Like to Draw

TODAY HUNDREDS of men and women who never thought they could be artists are working happily at easels and drawing boards, making pictures, and getting well paid for it. They all can thank Albert Dorne, a famous artist who devotes almost his full time to helping other people become artists.

**Some of the people Dorne has helped**

Herb Smith was a payroll clerk. Soon after he started studying with us, he landed an art job with a large printing firm. This was four years ago; today he's head artist for the same firm.

John Busketta is another. He was a pipefitter's helper in a big gas company. Today he still works for the same company, but as an artist in the advertising department, with a big increase in pay.

Harriet Kuzniewski was bored with an "ordinary" job before she heard of Albert Dorne. Today she does high-style fashion illustration in New York.

With the right training, Wanda Pickulski gave up her typing job to become fashion artist for a local department store.

John Whitaker of Memphis was an airline clerk two years ago. Recently he won a national cartooning contest and was signed to do a newspaper comic strip.

Long before Albert Dorne started looking for people who like to draw, they came to him for advice and help. Since he alone could only help a few of these people he called together America's most successful artists —men like Norman Rockwell, Jon Whitcomb, Stevan Dohanos and Al Parker.

**A Plan to Help Others**

He said: "All over America, there are people who like to draw, who could be turned into good artists. Why can't we give these people the training they need—including all the trade secrets and know-how we've learned over the years? I'm suggesting a new kind of school—a home-study art school

that would give talented people the best professional art training, no matter where they live."

The famous artists agreed. Taking time from their busy careers, they spent several years creating a remarkable series of art lessons covering every aspect of drawing and painting. They illustrated their lessons with over 5,000 "here's-how" illustrations. The lessons start from scratch and cover every skill a top artist needs. Finally, the famous artists developed a wonderful way to give each student personal correction and advice all through his training.

Albert Dorne is not surprised by the success of his students. "The art field is growing. We keep getting calls from all over the country, asking us for practical, well-trained students who can step into full-time or part-time art jobs."

**Famous Artists Talent Test**

To find others with art talent worth developing, the famous artists created a 12-page talent test. Thousands paid $1 for this test, but now the School offers it free and will grade it free. If you show talent on the test, you will be eligible for training by the School. No obligation. Simply mail coupon. It might be your first step to an exciting, well-paid career in art.

### America's 12 Most Famous Artists

Norman Rockwell  Fred Ludekens
Jon Whitcomb     Ben Stahl
Al Parker        Robert Fawcett
Stevan Dohanos   Austin Briggs
George Giusti    Harold Von Schmidt
Peter Helck      Albert Dorne

```
┌─────────────────────────────────────────┐
│ Famous Artists Schools                   │
│ Studio 7009, Westport, Conn.             │
│ I would like to find out whether I       │
│ have art talent worth developing.        │
│ Please send me, without obligation,      │
│ your Famous Artists Talent Test.         │
│                                          │
│ Mr.                                      │
│ Mrs.                              Age____ │
│ Miss     (please print)                  │
│ Address_____ │
│                                          │
│ City_____Zone_____         │
│                                          │
│ County_____State_____         │
│   Accredited by the Accrediting          │
│   Commission of the National Home        │
│   Study Council, Washington, D.C.        │
└─────────────────────────────────────────┘
```

STRANGE TALES ANNUAL is published by VISTA PUBLICATIONS, INC. OFFICE OF PUBLICATION: 655 MADISON AVENUE, NEW YORK, N. Y. Published annually. Copyright 1963 by Vista Publications, Inc., 655 Madison Avenue, New York. N.Y. Vol. 1, No. 2, 1963 issue. Price 25¢ per issue. No similarity between any of the names, characters, persons, and/or institutions appearing in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn.





2021MARVEL-0130087

2021MARVEL-0128914



**Albert Dorne** – probably the greatest money-maker in the history of commercial art. At the height of his career, he began a full-time search for people who like to draw.

## He's Looking for People Who Like to Draw

**T**ODAY HUNDREDS of men and women who never thought they could be artists are working happily at easels and drawing boards, making pictures, and getting well paid for it. They all can thank Albert Dorne, a famous artist who devotes almost his full time to helping other people become artists.

**Some of the people Dorne has helped**

Herb Smith was a payroll clerk. Soon after he started studying with us, he landed an art job with a large printing firm. This was four years ago; today he's head artist for the same firm.

John Busketza is another. He was a pipefitter's helper in a big gas company. Today he still works for the same company, but as an artist in the advertising department, with a big increase in pay.

Harriet Kuzniewski was bored with an "ordinary" job before she heard of Albert Dorne. Today she does high-style fashion illustration in New York.

With the right training, Wanda Pickulski gave up her typing job to become fashion artist for a local department store.

John Whitaker of Memphis was an airline clerk two years ago. Recently he won a national cartooning contest and was signed to do a newspaper comic strip.

Long before Albert Dorne started looking for people who like to draw, they came to him for advice and help. Since he alone could only help a few of these people he called together America's most successful artists —men like Norman Rockwell, Jon Whitcomb, Stevan Dohanos and Al Parker.

**A Plan to Help Others**

He said: "All over America, there are people who like to draw, who could be turned into good artists. Why can't we give these people the training they need—including all the trade secrets and know-how we've learned over the years? I'm suggesting a new kind of school—a home-study art school

that would give talented people the best professional art training, no matter where they live."

The famous artists agreed. Taking time from their busy careers, they spent several years creating a remarkable series of art lessons covering every aspect of drawing and painting. They illustrated their lessons with over 5,000 "here's-how" illustrations. The lessons start from scratch and cover every skill a top artist needs. Finally, the famous artists developed a wonderful way to give each student personal correction and advice all through his training.

Albert Dorne is not surprised by the success of his students. "The art field is growing. We keep getting calls from all over the country, asking us for practical, well-trained students who can step into full-time or part-time art jobs."

**Famous Artists Talent Test**

To find others with art talent worth developing, the famous artists created a 12-page talent test. Thousands paid $1 for this test, but now the School offers it free and will grade it free. If you show talent on the test, you will be eligible for training by the School. No obligation. Simply mail coupon. It might be your first step to an exciting, well-paid career in art.

### America's 12 Most Famous Artists

| | |
|---|---|
| Norman Rockwell | Fred Ludekens |
| Jon Whitcomb | Ben Stahl |
| Al Parker | Robert Fawcett |
| Stevan Dohanos | Austin Briggs |
| George Giusti | Harold Von Schmidt |
| Peter Helck | Albert Dorne |

**Famous Artists Schools**
Studio 7009 , Westport, Conn.

I would like to find out whether I have art talent worth developing. Please send me, without obligation, your Famous Artists Talent Test.

Mr.
Mrs. _____ Age_____
Miss    (please print)
Address_____

City_____ Zone_____

County_____ State_____

Accredited by the Accrediting Commission of the National Home Study Council, Washington, D.C.

THE FANTASTIC FOUR ANNUAL is published by CANAM PUBLISHER SALES CORP. OFFICE OF PUBLICATION: 655 MADISON AVENUE, NEW YORK, N.Y. Published annually. Copyright 1963 by Canam Publisher Sales Corp., 655 Madison Avenue, New York, N.Y. Vol. 1, No. 1, 1963 issue. Price 25¢ per copy. No similarity between any of the names, characters, persons, and/or institutions appearing in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn.

TM & © 2005 MARVEL



TM & © 2005 MARVEL

2021MARVEL-0128915



TM & © 2005 MARVEL

TM & © 2005 MARVEL

Case 1:21-cv-07955-LAK    Document 76-41    Filed 05/19/23    Page 32 of 33



2021MARVEL-0130236



2021MARVEL-0130237