# EXHIBIT 31D



2021MARVEL-0130241



2021MARVEL-0130231



2021MARVEL-0130232



2021MARVEL-0130235



2021MARVEL-0130226

# SHOP BY MAIL

## STAMPS



### .177 CAL. FAMOUS ROSCO
# AIR RIFLE
### BREAK ACTION
## $6.95
SHOOTS PELLETS

This high powered sportman's air rifle is terrific for target practice, shooting rodents, small game, etc. Shoots .177 pellets accurately, powerfully. To load and activate mechanism, simple break barrel, steel barrel with front & rear sights, beautiful walnut stock. Regularly $14.95! NOW ONLY $6.95 including FREE can of 200 pellets. Additional can of 200 pellets ... 50c Genuine U.S. Surplus Fibre-point tipped pellets. Poller double lock handcuff ... $2.95. Send cash, check or M.O. Satisfaction guaranteed.

**MERCHANDISE, INC.**
1221 S. Grand, Dept.MC10,Los Angeles 15, Calif.

### Personal Photo Charm
ORDER YOURS NOW! $1 Plus 25c handling and postage

HIS PICTURE! Permanently sealed under crystal plastic dome in this glamorous pendant or bracelet charm. Just send any size photo (returned unharmed) with $1.25!

**PHOTOGEM**
Box 553, Cooper Sta., Dept.P-14 , New York 3, N.Y.

### POEMS WANTED
For musical setting. Send your Poems today for Free Examination. Any subject. Immediate consideration.
CROWN MUSIC CO., 49-MC W. 32 St., New York 1, N.Y.

# POEMS WANTED
for musical setting and recording. Send poems. Free Examination.
**AMERICA'S LARGEST SONG STUDIO**
FIVE STAR MUSIC MASTERS: 57 BEACON BLDG., BOSTON MASS.

### 1000 TRICKS $1
AMAZE! ENTERTAIN! HAVE FUN! START NOW!
BIG EXCITING MAGIC & FUN CATALOG! 100 PAGES!
Tricks, Jokes, Magic, Illusions (Secrets) Puzzles, Stunts, etc. World famous! Rush name, address & only 25c.
**FREE CARD TRICK GUIDE**
HOUSE OF 1,000 MYSTERIES
Dept. MC12 467Trumbull Conn.

### INSIGNIA 40¢ $1
ARMY • NAVY • MARINE
Includes 40 Different Shoulder Emblems, Ratings, Chevrons, Q-Bars, Medals, Ribbons, Collar Insignia, etc. ORDER NOW! Send $1.00 for 40 or $5.00 for 350. NO DUPLICATES
—ALL DIFFERENT—
**EMBLEM SALES CO.** Dept. 1000
P.O. Box 167, Madison Sq. Sta., N.Y. 10

### NEW—POCKET SIZE INVENTION HELPS
# HYPNOTIZE
## YOURSELF or OTHERS
### IN MINUTES!
MUST WORK OR MONEY BACK!



**HYPNOTIC-AID** • Dept. AB5 1133 Broadway, N.Y.C. 10
$1.00

### POEMS WANTED
1847, First USA Rariety!! Goliath foreign beauty shows Ben Franklin in this outstanding issue! Plus Congo Freedom stamp, unused ½ inch midget stamp freak, real Cigar issue, Icy Greenland, Free China Bomer, airmail giant, etc., only 10c with approvals. Capital Stamp Co., Ferrysburg 19D-Mich.

### 1001 THINGS YOU CAN GET FREE
COMPLETE LIST For Only 50¢
Available free by writing to different manufacturers, associations, etc. List tells you where to get hundreds of $$$ worth of Free Samples, Information, Ideas, Maps, Pictures, Posters, Stamps, Gifts, Foreign Coins, etc. Send 50c for THINGS FREE P.O. BOX 1225-MC NEWARK 1, N.J.

### SONG IDEAS WANTED
Songwriters, with publisher contacts, want song ideas. SHARE ROYALTIES. NO FEES. Send poems.
**SONGWRITERS' ASSOCIATES**
Studio 19, 1650 Broadway, New York 19, N.Y.

# DRESSES 24¢
Shoes 39c • Men's Suits $4.95
Trousers $1.20. Better used clothing.
Write For FREE Catalog
**TRANSWORLD**, Dept. 143-C
162 Christopher Ave., Brooklyn 12, N.Y.



### STAMP COLLECTING OUTFIT
A packet of stamps from all parts of world. A package of stamp hinges; perforation gauge and millimeter scale; watermark detector. Everything ONLY 10c to approval buyers.
LORRAINE W. BROWN, Dept. 10, Marion, Mich.

### BETTER U.S. APPROVALS
To introduce our BETTER U.S. APPROVALS we offer 15 of the most wanted U.S. stamps, including a Columbian, Bi-Cents, Army-Navy, Famous-American, Airs and other Commems. for only 10c. OCEAN STAMPS, BOX 64-D, BROOKLYN 29, N.Y.

Thousands of beautiful stamps at only 1c each—why pay more when you can get the best for less. Write today for approvals.
**PENNY STAMP SERVICE**
Orange        California

### 111 DIF. BONANZA 10¢
Includes Complete Red Cross Set, Triangle, Scout, Fr. So. Antartica, Singapore, Hungary Street Scenes, etc. Only 10c with approvals.
FAIRWAY — Box 65-C — Garden Grove, Calif.

### 25 DIFF. CHINA 10¢
BIG Value ONLY 10c to Approval Buyers. EXTRA! We give our regular customers a $6,000 Space Album after certain purchases.
WEST COAST STAMPS, Box 2187-X, Santa Ana, Calif.

### SPECIAL STAMP OFFER!
$5 Amazing offer to introduce our better U.S. approvals 10¢ Get 2 different $5.00 U.S. stamps PLUS 20 more fabulous, or rush, commemoratives, etc. Send only 10c for the splendid value. Send your dime TODAY to
IRWIN STAMP CO. — Box 11 — BROOKLYN 30, N.Y.

### 103 DIFF. BRITISH EMPIRE 10¢
From Britain's farflung Colonies. Genuine Catalog value over $2.86, 100% Satisfaction Guaranteed approvals.
LINCOLN STAMP CO., St. Catharines 416, Ont.

### LOOK — GIANT PHILIPPINE
stamp, plus New Zealand, Cuba and others. Only 5c with U.S. or foreign approvals.
Earl Thompson, 5448 Odell St., St. Louis 9, Mo.

WILL ROGERS AIR! HELICOPTER TRIANGLE! Plus Monte Carlo Dove Triangle! Stamp printed in Solid Gold! New York Empire State Bldg. airmail, lovely Congo Orchids in full colors, etc. 10c with approvals. Sunny Stamps Service, Apopka 19A, Florida

### BIG STAMP JUNGLE 10¢
With Approvals. Zabu, kookaburra, lion, kombbear, rhinoceros and many others. Waterman Detector FREE.
CROWN STAMP CO., VIRGIL 316, ONT.

### SMASHING COLLECTION FREE!
Includes Triangles, Early United States, Rockets, Sports, British Colonies, High-Value Pictorials, etc. Complete Collection plus big, illustrated Magazine, all free. Send 10c for postage.
GRAY STAMP CO., Dept. MC, Toronto, Canada

American Historical collection Enormous George Washington beauty, F. D. Roosevelt diamond, giant Abe Lincoln U.S.A. flag commemorative, plus midget soldier, Latin orchid issue, old St. Pierre Fisherman, etc. 10c with approvals.
ROSELAND STAMPS, Spring Lake 19A, Mich.

### 100 YEAR OLD U.S.STAMPS
OURS is really the only firm capable of sending "On Approval" ALL U. S. Stamps including ALL U. S. Commemoratives, besides All Foreign Sets and Singles, All Roosevelts, Coronations etc. Try our SUPERIOR Approvals. Send 10c for Special Bargain of 50 diff. U. S. and Stamp Literature
GLOBUS STAMP CO., NEW YORK 10, N. Y., Dept. 323

### MAYFLOWER STAMP ALBUM 10c
487 Illustrations, 64 pages
To introduce our approvals
NIAGARA STAMP CO., St. Catharines 718, Ont.

### 225 STAMPS FOR ONLY 10¢
THIS MAMMOTH VALUE INCLUDES STAMPS WORTH UP TO 75c! ALSO APPROVALS. WRITE TODAY!
MYSTIC STAMP CO., Camden 3, New Jersey



# I CAN PARALYZE A 200-LB. ATTACKER WITH JUST ONE FINGER! Yet I weigh only 93 lbs.!
## YOU TOO can protect yourself with my SECRET Oriental System of Yubiwaza

Yoshio Imanami

Girls, these days it isn't safe to be alone even during daylight—let alone coming home at night on dark streets. Mugging and other kinds of attacks can do more harm than the loss of mere money. Yet—although I'm under 5 feet and weigh only 93 lbs.—I don't have a bit of fear—day or night! That's because my fantastic knowledge of Yubiwaza—the amazing system of self-defense I teach in my book. With Yubiwaza, I've subdued huge bullies almost twice my size and weight. ... I've made rough characters cry out for help themselves. And I've let tougher fellows suffering in pain on the ground! And I've done all this just by placing a single finger on the right spot of my attacker's body! Simply press your finger on one of the vital spots shown in this Yubiwaza System and your attacker may lose consciousness ... or become paralyzed—completely unable to move. He releases his grip on you instantly—become helpless himself! I've revealed every secret of the ONE-FINGER SELF-DEFENSE SYSTEM in my book, Yubiwaza. I guarantee you can protect yourself as easily and surely as I have done —or your money back! Now you can walk home at night unafraid, with the knowledge no harm can come to you as long as you know YUBIWAZA. My system is profusely illustrated with LIVE ACTION photos of me demonstrating each secret. My system can be used by anyone—old or young—why not order an extra copy for your favorite man! For my complete instructions, send only 99c plus 30c postage! TODAY! $1.29! YUBIWAZA, c/o Precise, Dept. Y-5, Box 322, Lenox Hill Sta., New York, N.Y.

ONE-FINGER DEFENSE. With Yubiwaza, I've subdued huge bullies almost twice my size and weight.

ONLY 99¢

### STRANGE TALES is published by VISTA PUBLICATIONS INC. OFFICE OF PUBLICATION: 655 MADISON AVENUE, NEW YORK, N.Y. SECOND-CLASS POSTAGE PAID AT NEW YORK, N.Y. and at MERIDEN, CONN. Published monthly. Copyright 1962 by VISTA PUBLICATIONS, INC., 655 Madison Avenue, New York, N.Y. Vol. 1, No. 104, JANUARY 1963 issue. Price 12¢ per copy. Subscription rate $1.75 for 12 issues including postage. Foreign subscription $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions appearing in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn.



2021MARVEL-0130230



2021MARVEL-0130221





2021MARVEL-0130225

Case 1:21-cv-07955-LAK    Document 76-42    Filed 05/19/23    Page 12 of 32



2021MARVEL-0130216



# Fill the Gaps in your Family's Education
## with the amazing MADE SIMPLE
### Self-Teaching Encyclopedia

*Now only a few pennies a day! Equal to hundreds of dollars worth of School courses*

**SEND NO MONEY!** Get Your Reservation In Now While the Supply Lasts!

STRANGE TALES is published by VISTA PUBLICATIONS INC. OFFICE OF PUBLICATION: 655 MADISON AVENUE, NEW YORK, N.Y. SECOND-CLASS POSTAGE PAID AT NEW YORK, N.Y. and at MERIDEN, CONN. Published monthly. Copyright 1962 by VISTA PUBLICATIONS, INC., 655 Madison Avenue, New York, N.Y. Vol. 1, No. 106 MARCH 1963 issue. Price 12¢ per copy. Subscription rate $1.75 for 12 issues including postage. Foreign subscription $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions appearing in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn.



2021MARVEL-0130219



2021MARVEL-0130211

# Fill the Gaps in your Family's Education

## with the amazing MADE SIMPLE
## Self-Teaching Encyclopedia

*Now only a few pennies a day! Equal to hundreds of dollars worth of School courses*

**Your First Volume of the MADE SIMPLE SELF-TEACHING ENCYCLOPEDIA—Now Ready!**

## MATHEMATICS MADE SIMPLE!

Simple everyday mistakes in arithmetic, algebra, geometry and trigonometry can cost you time, money, job promotions and good school grades.

This handsome, expertly-prepared book covers short cuts to add, subtract, multiply, divide whole numbers, fractions, decimals, algebraic expressions, signed numbers; read and interchange fractions, decimals, percentages; find the area of a plot of land, room, etc.; ratio, proportion, algebraic equations; definitions of mathematical expressions; how logarithms simplify multiplication, division; how slide rule makes figuring fast, easy, accurate; axioms, theorems; constructing geometric figures for everyday problems; solid geometry, trigonometry to measure large or distant objects, angle functions for practical problems; representing quantities and sizes on graphs and scales, combinations and permutations, probability—and much more.

It clearly and quickly teaches you everything about this subject. There is no confusing language. You'll also use this book often as a handy reference. Send ON APPROVAL as soon as we receive your reservation form.

### Here is a brief description of set:

1. MATHEMATICS MADE SIMPLE. Described above. 2. ENGLISH MADE SIMPLE. Short-cuts to learn grammar, spelling, punctuation, paragraphing, diction, usage, style, etc. 3. CHEMISTRY MADE SIMPLE. Learn about gases, liquids, solids, solutions, metals, alloys, organic and nuclear chemistry, electrolytes, etc.—even if you never finished high school. 4. PHYSICS MADE SIMPLE. How principles of mechanics, heat, sound, atomic energy, etc., help toward fuller enjoyment of life. 5. BIOLOGY MADE SIMPLE. Gain useful knowledge about nature, plant and animal breeding, gardening and farming, dieting, etc. 6. AMERICAN HISTORY MADE SIMPLE. History, traditions, triumphs and glories of the U.S. are brought vividly to life. 7. EVERYDAY LAW MADE SIMPLE. Explains contracts, wills, partnerships and corporations, marriage and divorce laws, civil rights, court procedure, etc.—in simple language. 8. SPANISH MADE SIMPLE. 9. FRENCH MADE SIMPLE. An original, natural, enjoyable way to learn to speak, read and write the two most popular and valuable foreign languages. 10. PSYCHOLOGY MADE SIMPLE. Knowing about the ego, conscious and sub-conscious minds, personality patterns, shows you how to get along better with people and live better yourself. 11. BUSINESS LETTER WRITING MADE SIMPLE. Learn to write effective sales, acknowledgement, complaint, collection, mail order letters, how to apply for jobs, make payments by mail, etc. 12. BOOKKEEPING MADE SIMPLE. New method for rapid mastery of ledgers, journals, statements, trial balance, work sheet, petty cash, posting, etc. 13. WORLD HISTORY MADE SIMPLE. 14. THE ART OF SPEAKING MADE SIMPLE. 15. THE ART OF WRITING MADE SIMPLE. 16. WORLD LITERATURE MADE SIMPLE. 17. WORLD HISTORY MADE SIMPLE. 18. ASTRONOMY MADE SIMPLE. 19. PHILOSOPHY MADE SIMPLE. 20. TYPING MADE SIMPLE. 21. THE RELIGIONS OF THE WORLD MADE SIMPLE. 22. ELECTRICITY MADE SIMPLE. 23. ELECTRONICS MADE SIMPLE. 24. RAPID READING MADE SIMPLE. 25. SPELLING MADE SIMPLE.

### New, Richly-Bound, Matched Library Volumes Use Everyday Situations to Teach Science, Business, Cultural and School Subjects; Assure Complete Mastery for Faster Job Advancement; Better School Grades, Richer, Fuller Living—In Just 15 Minutes a Day!

Now—the famous, proven MADE SIMPLE method offers you an education worth hundreds of dollars for pennies a day! Complete practical instruction in science, business and cultural subjects that you use every day for the children in school, mother at home, dad in his work and everybody in all their social contacts.

You can master these subjects in as little as 15 minutes a day, in weeks instead of years, with these books that are recommended by parents and noted educators for all age groups.

### Learn Whenever You Want—Like Having Private Instructors in Your Own Home

This MADE SIMPLE SELF-TEACHING set is the only encyclopedia that makes important subjects part of your general knowledge instead of having to look in books to solve every problem. It covers practical, useful subjects in everyday language. It's like having private instructors in your own home. Learn at your own pace. No outside work, nothing else to buy. The books start from the beginning, assume no previous knowledge and lead you quickly and carefully through the entire subject. Prepared by experts for adults working without supervision, they also perfectly supplement classroom texts, which contain confusing technical language.

### Beautiful Library Volumes Perfect for Learning, Brush-Up, Permanent Reference

Whether you want to learn for the first time, review subjects you forgot or use for ever-ready reference, you could find no better set or price. These handsome 7¼ x 10½ inch, 24-carat gold imprinted, matched library volumes are not di-

gests or outlines. Every point is made absolutely clear by illustrations and simple step-by-step explanations, using everyday situations. No half-answers to confuse you, no cross-references to make you use several books to get information. All the books teach you naturally, without memorizing long lists of rules.

### Complete Explanations, Simple Illustrations Make Every Point Clear—No Previous Knowledge of the Subject Required

Here's how complicated subjects are MADE SIMPLE. In PHYSICS MADE SIMPLE, you are shown this simple home experiment, which costs nothing. Hold one edge of a letter paper against your chin, just below lower lip, with the paper hanging over and down. Blow above the paper and it will rise as if pulled up in the air stream. This simple principle makes airplanes fly and teaches us to make moving objects move quickly and easily. Other books give you Bernoulli's Law, molecular action and other confusing terms. By the time you got to the experiment, if there was one, you wouldn't understand it. Here you read a simple explanation, do the experiment and then learn the technical terms, so you learn naturally, by doing, without memorizing anything. This has worked for many people who thought they were more hopeless than you may think you are.

You would pay many times the price for much less beautiful and useful encyclopedias. But these books, with sample military and civil service tests, hundreds of illustrations, hundreds of safe, easy home experiments, thousands of pages of clear, concise, valuable instruction and self-tests with answers in the back, will be USED, ENJOYED and ADMIRED by all your family and friends.

## SEND NO MONEY! Get Your Reservation In Now While the Supply Lasts!

### FREE 10-DAY TRIAL RESERVATION CERTIFICATE

Cadillac Publishing Co., Inc., Dept. A-266   *Made Simple Self-Teaching Encyclopedia Div.*
220 Fifth Ave., New York 1, N. Y.

Please reserve in my name the luxuriously-bound MADE SIMPLE 25-volume SELF-TEACHING encyclopedia. Send at once the first book, MATHEMATICS MADE SIMPLE. I enclose NO MONEY IN ADVANCE, but within 10 days, if I decide to keep it, I will send only $1.98 plus a few cents mailing charge and I will be entitled to receive each following handsome, De Luxe volume as it comes from the press, at the same low price, sending no money in advance. If not satisfied, I may return any book within ten days of receiving it. I may cancel my reservation at any time. *(If under 16, parent must sign below)*

Name _____

Address _____   Parent's Signature

City _____ Zone ___ State ___

---

STRANGE TALES is published by VISTA PUBLICATIONS, INC. OFFICE OF PUBLICATION: 655 MADISON AVENUE, NEW YORK, N.Y. SECOND-CLASS POSTAGE PAID AT NEW YORK, N.Y. and at MERIDEN, CONN. Published monthly. Copyright 1962 by VISTA PUBLICATIONS, INC., 655 Madison Avenue, New York, N.Y. Vol. 1, No. 107, APRIL 1963 issue. Price 12¢ per copy. Subscription rate $1.75 for 12 issues including postage. Foreign subscription $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions appearing in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn.

2021MARVEL-0130212





2021MARVEL-0130215



2021MARVEL-0130206



2021MARVEL-0130207



2021MARVEL-0130210



2021MARVEL-0130201



THE WORLD'S GREATEST MOLDER OF HANDSOME HE-MEN and CHAMPS out of WEAKLINGS says

can now get

## YOU FREE!

ALL these 5 famous PICTURE-PACKED STRENGTH-TEST COURSES to Make YOU a SUPER-MAN. (formerly $5.00 each) Now FREE to you if you mail coupon AT ONCE! LAST CHANCE!

# SKINNY or FAT, 15, 20, 30 or 40 YEARS OF AGE I'LL BUILD YOU INTO A NEW ATHLETIC MIGHTY-MUSCLED ALL-MALE HE-MAN

in THRILLING MINUTES a day, as I have done to THOUSANDS in 20 YEARS.

**BEN REBHUHN**
20 years Directing Head of the most famous and largest home-training body building institute in the world, through which millions of youths and men applied for training, of which countless were changed from skinny and fat weaklings into streamlined heroic he-men.

This now MAGNIFICENT MODERN HERCULES, 26 year old teacher, **William Butler,**
says to YOU, "No matter WHAT your age, I advise you, SEND for the A.B.C. WONDER PICTURE COURSES at once.

How would **YOU** like to have 18½ inch ARMS a 52 inch CHEST like this A.B.C. pupil NOW has?

Under the World's GREATEST BODY-BUILDER, I now have 18½ ARMS, a 52" CHEST; my STRENGTH has greatly improved. So have my sports. I have won titles like 'Mr. Virginia', 'Mr. State Y.M.C.', etc.

"NO MATTER WHAT YOUR AGE I'll show you, by my quick, easy SECRETS

## How to GAIN or LOSE UP TO 50 LBS. FAST

like my pupils here did and THOUSANDS do now."

**YOU can soon be a HERO of MEN like Butler is and an IDOL of WOMEN in a few weeks!**

17 YEAR OLD SILLS
"I GAINED 60 LBS. OF SHAPELY MIGHTY MUSCLES.
BEFORE mailing coupon, I was a 12½ lb. 6 ft. skinny weakling."
says JOHN SILL

YOU can add 7 inches to your CHEST 3½ inches to each ARM and the rest in proportion just as I did.

YOU can WIN the 18" tall SILVER TROPHY with name on it, A GOLD MEDAL, $100, as I did."

45 year old FATHER and 18 year old SON — now Pals — train A.B.C. way together!

"Both gained pounds of powerful muscles. Advise all you fathers and sons to send for the A B C courses without foolish delay."
—LARRY CAMPBELL

"I LOST 30 LBS. OF DANGEROUS UGLY FAT 4 INCHES OFF MY WAIST!"
28 year old Felipe Mendoza

"That 220 lb. FAT-BOY at the right was ME a few short weeks ago."

A.B.C. streamlined my body, made me a new man my 47" chest my 32" waist 15" difference attracts admiration at the beach.

YOU become a WINNER in ALL you do like these and MILLIONS of my pupils!

YOU become a STAR in ANY SPORT! YOU fear NO MAN or BULLY!

Yes! In just 10 THRILLING MINUTES a day, in the SECRECY of YOUR OWN ROOM at home, MY RAPID-FIRE, EASY as ABC FAMOUS PICTURE METHODS will start building you THE VERY FIRST NIGHT. I'll show you How to Mold 16 INCH ARMS of MIGHT, a big, deep 45 INCH CHEST housing TIRELESS LUNGS, WIDE MANLY SHOULDERS — a BROAD BRAWNY BACK, tapering to a SLENDER WAIST with punch-proof STOMACH MUSCLES, LEGS of RUNNING POWER.

WOMEN always say, "I just adore A.B.C. ALL-MALE HE-MEN!"

NO! I don't care now skinny or flabby you are now. If you're in your teens, twenties, thirties or forties, I'll show you in just 10 thrilling minutes in your home, how you can make yourself over by the easy, quick method I turned myself from wreck to a tower of strength and endurance, of others into all-male he-men!

YES! You'll ADD INCHES of MIGHTY MUSCLES to your ARMS, deepen your CHEST, broaden your BACK and SHOULDERS. From HEAD to HEELS you'll gain SIZE, POWER, LIGHTNING SPEED, ENDURANCE. You'll become a SUCCESSFUL HE-MAN in LOOKS and ACTS — a WINNER in EVERY-THING — athletics, business, studies.

BEFORE mailing coupon this A.B.C. pupil was this 90 lb. skeleton. Gained 70 lbs. Made football team.

"I'm proud of you now, Tony"

You wouldn't give me a tumble before I gained this

28 A.B.C.
Pascarella

AMERICAN BODY BUILDING CLUB, Dept. MA34, GREAT NECK, NEW YORK

Mail me FREE all 5 WORLD FAMOUS STRENGTH TEST COURSES, including PHOTO BOOK of FAMOUS STRONG MEN, once weaklings, now famous Strong Men, and How to Become one of Them.

☐ I enclose 10c for mailing and handling.
I am under no other obligation.
☐ I'm checking everything I need to give me the kind of body I want.
☐ I want to gain          lbs. (fill in).   ☐ Triple my strength.
☐ I want to streamline my body, get rid of flabby fat.
☐ I want to add inches of muscle to my ☐ ARMS ☐ CHEST ☐ SHOULDERS ☐ POWERFUL LEGS ☐ SLIM WAIST
☐ I want to become a winning athlete.   ☐ I want men and boys

NAME..................................................
DO NOT MAIL COUPON IF UNDER 14 YEARS OF AGE.

ADDRESS..............................................

CITY.....................ZONE.....STATE.....

**FREE**
Sports, Self-defense, Strong-man Stunts Courses Apparatus. Let me know how to get these FREE!

AMERICAN BODY BUILDING CLUB, Dept. MA34, GREAT NECK, NEW YORK

STRANGE TALES is published by VISTA PUBLICATIONS INC. OFFICE OF PUBLICATION: 655 MADISON AVENUE, NEW YORK, N.Y. SECOND-CLASS POSTAGE PAID AT NEW YORK, N.Y. and at MERIDEN, CONN. Published monthly. Copyright 1963 by VISTA PUBLICATIONS, INC. 655 Madison Avenue, New York, N.Y. Vol. 1, No. 109, JUNE 1963 issue. Price 12¢ per copy. Subscription rate $1.75 for 12 issues including postage. Foreign subscription $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions appearing in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn.



2021MARVEL-0130204



2021MARVEL-0130196



# START YOUR OWN BUSINESS!

## ELECTRICAL APPLIANCE REPAIRING

EARN WHILE YOU LEARN!

### SECURITY — INDEPENDENCE
### WORK SHORT HOURS

There are millions of electrical equipment units in daily use . . . in factories, homes, office buildings and on farms. Skilled electrical technicians are needed to keep this equipment in good running condition. Learn at home in spare time.

You can now BE TRAINED to fill this BIG NEED . . . a need that grows day by day because of new electrical inventions for home and factory.

If you are mechanically inclined, can hold and use tools, we can give you the training and time-saving kits that will enable you to . . . Command More Money at Work . . . A Better Paying Job Elsewhere . . . Or A Business Of Your Own!

The ELECTRONIC KIT, a multi-purpose trouble detector, and other valuable Shop Method Training is sent to you! All instruction material is written in simple, easy-to-understand language, chock full of hundreds of detailed photos and drawings. Used by servicemen the country over.

We show you how to quickly locate the trouble, how to fix it and what to charge. ALSO, how to solicit business and keep business coming to you.

Get Full Facts on how you can get this training at home in your spare time and pay for it out of your earnings while learning!

Only had your course a few short weeks and have already made $800.00. Going to quit my job paying $250.00 straight salary to operate my own business.—J. D. S., St. Louis, Mo.

I work day times at the shipyard and after 4:00 P. M. I operate from my cellar and garage. I average $10.00 to $15.00 clear every day.—Walter Hanhy, Brockton, Mass.

### IN YOUR OWN KITCHEN, BASEMENT, OR GARAGE

You don't need elaborate fixtures or expensive equipment to be a successful repairman. Work as many hours as you wish. The Electrical Appliance Technician is his own boss!

### $5.00 - $6.00 HOUR

often charged for making ordinary repairs. We show you how to repair refrigerators, vacuum cleaners, washing machines, motors, etc., etc.

### AGE IS NO BARRIER

Nor is a minor physical handicap. Work is light, pleasant and PROFITABLE.

### FREE BOOK
On America's fastest growing Industry

SEND COUPON TODAY

WORKING KIT FURNISHED

CHRISTY TRADES SCHOOL, Dept. A-271
3214 W. Lawrence Ave., Chicago 25, Ill.

Gentlemen:
Please rush me your FREE ILLUSTRATED BOOK about Electrical Appliance Servicing, facts on your Electronic Kit and Special form for paying later from earnings while learning!

NAME_____ Age____

ADDRESS_____

CITY_____ Zone____ State____

STRANGE TALES is published by VISTA PUBLICATIONS INC. OFFICE OF PUBLICATION: 655 MADISON AVENUE, NEW YORK, N.Y. SECOND-CLASS POSTAGE PAID AT NEW YORK, N.Y. and at MERIDEN, CONN. Published monthly. Copyright 1963 by VISTA PUBLICATIONS, INC. 655 Madison Avenue, New York, N.Y. Vol. 1, No. 110, JULY, 1963 issue. Price 12c per copy. Subscription rate $1.75 for 12 issues including postage. Foreign subscription $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions appearing in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn.

# "Dr. STRANGE
## MASTER OF BLACK MAGIC!"



MEN CALL HIM *DR. STRANGE!* NEVER HAVE YOU KNOWN HIS LIKE! IT IS A GREAT PLEASURE AND PRIVILEGE FOR THE EDITORS OF *STRANGE TALES* TO PRESENT, QUIETLY AND WITHOUT FANFARE, THE FIRST OF A NEW SERIES, BASED UPON A *DIFFERENT* KIND OF SUPER-HERO---

### DR. STRANGE
### MASTER OF
### BLACK MAGIC!

STORY: **STAN LEE**
ART: **STEVE DITKO**
LETTERING: *TERRY SZENICS*



SOMEWHERE IN THE CITY, BETWEEN DARKNESS AND DAWN, A TORTURED MAN TOSSES FITFULLY IN HIS BED, VAINLY SEEKING PEACE THAT WILL NOT COME...

NO! *NO!!* GO AWAY! PLEASE-- *PLEASE GO AWAY!*



IT'S NO USE! I CAN'T SLEEP! I *DARE* NOT SLEEP! IT'S THAT SAME DREAM! EVERY NIGHT THE SAME! BUT *WHY?* WHAT CAN IT *MEAN??*



I CAN'T FIGHT IT ALONE! I NEED HELP! I'VE HEARD A NAME--- SPOKEN IN WHISPERS--- *DR. STRANGE!* HE DABBLES IN BLACK MAGIC! PERHAPS *HE* CAN HELP ME!



2021MARVEL-0129820



# START YOUR OWN BUSINESS!

## ELECTRICAL APPLIANCE REPAIRING

### SECURITY — INDEPENDENCE
### WORK SHORT HOURS

EARN WHILE YOU LEARN!

There are millions of electrical equipment units in daily use . . . in factories, homes, office buildings and on farms. Skilled electrical technicians are needed to keep this equipment in good running condition. Learn at home in spare time.

You can now BE TRAINED to fill this BIG NEED . . . a need that grows day by day because of new electrical inventions for home and factory.

If you are mechanically inclined, can hold and use tools, we can give you the training and time-saving kits that will enable you to . . . Command More Money at Work . . . A Better Paying Job Elsewhere . . . Or A Business Of Your Own!

The ELECTRONIC KIT, a multi-purpose trouble detector, and other valuable Shop Method Training is sent to you! All instruction material is written in simple, easy-to-understand language, chock full of hundreds of detailed photos and drawings. Used by servicemen the country over.

We show you how to quickly locate the trouble, how to fix it and what to charge. ALSO, how to solicit business and keep business coming to you.

Get Full Facts on how you can get this training at home in your spare time and pay for it out of your earnings while learning!

**IN YOUR OWN KITCHEN, BASEMENT, OR GARAGE**

You don't need elaborate fixtures or expensive equipment to be a successful repairman. Work as many hours as you wish. The Electrical Appliance Technician is his own boss!

**$5.00 - $6.00 HOUR**

often charged for making ordinary repairs. We show you how to repair refrigerators, vacuum cleaners, washing machines, motors, etc., etc.

**AGE IS NO BARRIER**

Nor is a minor physical handicap. Work is light, pleasant and PROFITABLE.

Only had your course a few short weeks and have already made $800.00. Going to quit my job paying $250.00 straight salary to operate my own business.—J. D. S., St. Louis, Mo.

I work day times at the shipyard and after 4:00 P. M. I operate from my cellar and garage. I average $10.00 to $15.00 clear every day.—Walter Hanhy, Brockton, Mass.

SEND COUPON TODAY

WORKING KIT FURNISHED

**FREE BOOK**
On America's fastest growing industry

CHRISTY TRADES SCHOOL, Dept. A-271
3214 W. Lawrence Ave., Chicago 25, Ill.
Gentlemen:
Please rush me your FREE ILLUSTRATED BOOK about Electrical Appliance Servicing, facts on your Electronic Kit and Special form for paying later from earnings while learning.

NAME_____ Age____

ADDRESS_____

CITY_____ Zone____ State____

STRANGE TALES is published by VISTA PUBLICATIONS INC. OFFICE OF PUBLICATION: 655 MADISON AVENUE, NEW YORK, N.Y. SECOND-CLASS POSTAGE PAID AT NEW YORK, N.Y. and at MERIDEN, CONN. Published monthly. Copyright 1963 by VISTA PUBLICATIONS, INC. 655 Madison Avenue, New York, N.Y. Vol. 1, No. 111, AUGUST 1963 issue. Price 12c per copy. Subscription rate $1.75 for 12 issues including postage. Foreign subscription $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions appearing in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn.









2021MARVEL-0129824



2021MARVEL-0130191

# BOYS! MEN!

# MY SECRET NEW DYNAFLEX METHOD

## CAN BUILD YOU A MAGNIFICENT NEW HE-MAN-MUSCLED BODY IN JUST TEN MINUTES A DAY--with absolutely NO weights--NO bar-bells--NO EXERCISE AT ALL!

Yes! If the girls LAUGH at you now when you take off your shirt--they'll be breaking down the doors to get dates with you--once they've seen the rugged DYNAFLEX BODY I can give you! I'll build you a tough strong massive body-- shoulders clad with solid inches of he-man BRAWN. I'll give you bulging biceps, trip-hammer fists, power-packed legs, and a chest that will have you popping the buttons of your shirt with pride!

(—says MIKE MARVEL, "Builder of Champion Bodies")

*In my classes this same course of instruction would cost $110.00.*

*Mike Marvel*

### ARE YOU WEAK, ALWAYS TIRED, LACK PEP?

### ARE YOU ASHAMED OF YOUR BODY NOW?

### HOW DYNAFLEX BUILDS BEAUTIFUL BODIES

### STRONG-MAN APPEAL ATTRACTS GIRLS

### GIVE ME TEN MINUTES A DAY —THAT'S ALL!

Your Pal,
MIKE MARVEL
"Builder of Champion Bodies"



YOU PAY ONLY
1 98
COMPLETE
NOTHING ELSE TO BUY



# FREE!

## 'SECRETS OF ATTRACTING GIRLS'!

Fellows! Mail the coupon now, and receive Mike Marvel's FREE GIFT to you, this exciting and informative book. Discover a secret method for developing a new, almost MAGNETIC way of attracting the girls. At parties, dances, at the beach--you will have the girls clustering around you breathlessly, while the guys watch enviously. "What does HE have that WE don't?" they will say. The answer is in this exciting new book, your GIFT from Mike Marvel. Fill out and mail the coupon NOW!

Outside U.S.A. Send International Money Order or cash. Great Britain: $1.98 is about 15 shillings. For air mail delivery, send 1 pound.

### MAIL MONEY-SAVING NO-RISK FREE TRIAL COUPON NOW!

MIKE MARVEL System, Dept. 281
285 MARKET STREET
NEWARK, NEW JERSEY

Check as many of the boxes you want HERE — Complete System $1.98.

☐ Lose fat, be trim and solid
☐ Build deep brawny chest, bulging with vigorous strength
☐ Lose fat, be trim, strong, handsome
☐ Mold mighty back, broad beefy shoulders
☐ Build muscle on skinny wrists and arms
☐ Develop crushing grip, two - fisted punch-power

NAME .......................................... AGE .......

ADDRESS ...........................................................

CITY ................... ZONE ...... STATE ......
(Please Print)

STRANGE TALES is published by VISTA PUBLICATIONS, INC. OFFICE OF PUBLICATION: 655 MADISON AVENUE, NEW YORK, N.Y. SECOND-CLASS POSTAGE PAID AT NEW YORK, N.Y. and at MERIDEN, CONN. Published monthly. Copyright 1963 by VISTA PUBLICATIONS, INC. 655 Madison Avenue, New York, N.Y. Vol. 1, No. 112, SEPTEMBER 1963 issue. Price 12¢ per copy. Subscription rate $1.75 for 12 issues including postage. Foreign subscription $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions appearing in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn.

