# EXHIBIT 31F



Dr. STRANGE
MASTER OF THE MYSTIC ARTS!
"THE WORLD BEYOND"
featuring: "NIGHTMARE!"
ONCE AGAIN, THE MIGHTY MARVEL GROUP PROUDLY PRESENTS DR. STRANGE, THE WIDELY-ACCLAIMED SMASH SENSATION WHO HAS MADE BLACK MAGIC THE MOST FASCINATING NEW SUBJECT IN COMICDOM!
WRITTEN, WITH A TOUCH OF SORCERY BY....... STAN LEE
DRAWN, WITH A DASH OF NECROMANCY BY....... STEVE DITKO
LETTERED, WITH A NUMBER 6 PEN POINT BY....... ART SIMEK
X-696
1

2021MARVEL-0130146



# Earn BIG MONEY

## Learn ELECTRIC APPLIANCE REPAIRING At Home In Your Spare Time!

WE FURNISH YOU THIS AMAZING ELECTRONIC KIT

WE GIVE YOU ALSO THE CERAMIC HEATER KIT

"All CTS graduates are entitled to CTS lifetime advisory service."

B. S. Frazer, President

SEND FOR OUR NEW 32 PAGE CATALOGUE!

UNLIMITED PROSPECTS for trained ELECTRICAL APPLIANCE TECHNICIANS

### START YOUR OWN BUSINESS

There are millions of electrical equipment units in daily use in factories, homes, office buildings and on farms. Skilled electrical technicians are needed to keep this equipment in good running condition. Learn at home in your spare time.

### $5.00-$6.00 PER HOUR

is often charged for making ordinary repairs. We show you how to repair refrigerators, vacuum cleaners, washing machines, motors, factory equipment, electrical farm equipment, do house wiring, etc.

**BEGIN IN YOUR OWN KITCHEN, BASEMENT OR GARAGE.** You don't need elaborate fixtures or expensive equipment to be a successful repairman. Work as many hours as you wish. The Electrical Appliance Technician is his own boss!

**IF YOU ARE MECHANICALLY INCLINED,** can hold and use tools, we will give you the training and time saving kits—a multi-purpose CHRISTY ELECTRONIC KIT whose dials show you exactly where the trouble lies with electrical equipment that does not work properly—a CERAMIC HEATER KIT that enables you to wire your own heating elements and pocket all of the profits for yourself—LESSON MANUALS written in simple, easy-to-understand language profusely illustrated showing step-by-step repair shortcuts—all of which give you the Know-how for making more money and how to get financial security.

**YOU ALSO LEARN** how to build power tools from spare parts, how to solicit business and keep business coming in, what to charge your customers, etc. Thousands of CHRISTY graduates in all parts of the world prove the value of CTS Training. WRITE FOR SPECIAL PAY LATER FORM.

CHRISTY TRADES SCHOOL, 3214-16 W. Lawrence, Dept. A-471, Chicago 25

## MAIL THIS COUPON TODAY!

CHRISTY TRADES SCHOOL, Dept. A-471,
3214-16 W. Lawrence, Chicago 25, Ill.

Gentlemen:
Please rush me your FREE ILLUSTRATED BOOK about Electrical Appliance Servicing, facts on your Electronic Kit and Special form for paying later from earnings while learning.

Name _____ Age _____

Address _____

City _____ Zone _____ State _____

STRANGE TALES is published by VISTA PUBLICATIONS INC. OFFICE OF PUBLICATION: 655 MADISON AVENUE, NEW YORK, N.Y. SECOND-CLASS POSTAGE PAID AT NEW YORK, N.Y. and at MERIDEN, CONN. Published monthly. Copyright 1964 by VISTA PUBLICATIONS, INC. 655 Madison Avenue, New York, N.Y. Vol. 1, No. 123, AUGUST 1964 issue. Price 12c per copy. Subscription rate $1.75 for 12 issues including postage. Foreign subscription $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions appearing in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher.

2021MARVEL-0130147



2021MARVEL-0130149



2021MARVEL-0130142



**3 COMPLETE FISHING OUTFITS**
NATIONALLY ADVERTISED 1964 MODELS
2 LOADED TACKLE BOXES • 41 DEADLY LURES
**411** Pcs.

**FREE!** if you order NOW!
2 LEAKPROOF FLOATING TACKLE BOXES

3 EXPERTLY BALANCED RODS AND REELS
ARGOSY DIRECT DRIVE TROLLING REEL
SMOOTH POWERFUL

EVERYTHING YOU NEED FOR FISHING AT ONCE

28 pc. POPPING LURE SET

**GET ACQUAINTED OFFER**
**$12.95**
3 SETS FOR THE PRICE OF A REEL ALONE

POWER ACTION BLACK MAGIC FIBRE-GLASS RODS
STRONGER THAN STEEL OR BAMBOO

**MARK IV**
LEVELWIND CASTING REEL

FISH KNIFE WITH SHEATH

5 pc. DROPLINE FISHING OUTFIT

**NEW! SUPER "88"**
AUTOMATIC DUAL DRAG SPINCAST REEL
MADE BY FAMOUS BRONSON REEL CO.

DIP NET

PUSH BUTTON CASTING ANTI REVERSE NO BACKLASH

**NEW!**
25 NATURAL BAIT LURES
SURE SHOT ACTION WITH SHRIMP, MINNOWS, GRASSHOPPERS, MAYFLIES, BUMBLEBEES, CRICKETS, LEECHES

4 FAMOUS TROUT FLIES

EACH ROD BALANCED TO PERFECTION

FIELD TESTED LURES
Proven the Deadliest Devised Yet

**FAMOUS CRAFTY LURES**
SELECTED FROM WORLDS MOST POPULAR ALL TIME FAVORITES

**COMPLETE! NOTHING ELSE TO BUY!**

SELECTED FOR YOU BY EXPERTS. This choice fish-getting tackle, used by experts, contains nationally famous brands. Each item carefully chosen—everything you need for all types of fishing. Deadly lures that are all time favorites. A veteran angler or an occasional fisherman can be proud of this precision-built kit. You can go fishing at once. Compare! You will not find a bargain like this anywhere.
LOOK! YOU GET EVERYTHING SHOWN. Super "88" Spincast Reel • Comet X3C Bait Cast Reel • Argosy Direct Drive Trolling Reel • 5 ft. 2 pc. Fiber Glass Spin Cast Rod • 4 ft. Fiber Glass Bait Cast Rod • 3½ ft. Fiber Glass Trolling Rod • 9 ft. 3 section Bamboo Pole and 25 ft. Bank Line • 41 proven Deadly Lures • 5 pc. Furnished Line • 2 Floating Tackle Boxes with removable trays • Fish Knife and Sheath • 28 pc. Popping Lure Kit • Dip Net, Stringer, Split Shot, Clincher Sinkers, Snap Swivels, Assorted Hooks, Snelled Hooks, Cork Bobbers, Popper Corks, and complete instructions. 411 pieces in all.

**MONEY BACK GUARANTEE!**

NIRESK DISCOUNT SALES • Chicago 11, Ill. • Dept. FM-29
ORDER TODAY! If you're not 100% pleased we'll refund your full purchase price promptly.
YOU KEEP 2 FREE TACKLE BOXES REGARDLESS!
Please rush____411 pcs. 3 Complete Fishing Sets
NAME____
ADDRESS____
CITY____ZONE____STATE____
☐ I enclose $12.95 plus $1.00 for postage & handling.
☐ Ship C.O.D. I will pay C.O.D. charges and postage.
In Canada: Ship $16.95 postpaid
NIRESK, 210 KING ST. W., TORONTO 1, ONT.

**NIRESK DISCOUNT SALES** A DIVISION OF NIRESK IND. **CHICAGO 11**

STRANGE TALES is published by VISTA PUBLICATIONS INC. OFFICE OF PUBLICATION: 655 MADISON AVENUE, NEW YORK, N.Y. SECOND-CLASS POSTAGE PAID AT NEW YORK, N.Y. and at MERIDEN, CONN. Published monthly. Copyright 1964 by VISTA PUBLICATIONS, INC. 655 Madison Avenue, New York, N.Y. Vol. 1, No. 124, SEPT. 1964 issue. Price 12¢ per copy. Subscription rate $1.75 for 12 issues including postage. Foreign subscription $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions appearing in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher.

2021MARVEL-0130143



2021MARVEL-0130145



2021MARVEL-0130138



2021MARVEL-0130139



# Dr. STRANGE — MASTER OF THE MYSTIC ARTS!

## "MORDO MUST NOT CATCH ME!"

YOU ARE ABOUT TO WITNESS ONE OF THE MOST INCREDIBLE BATTLES EVER FOUGHT! THE WORLD'S TWO GREATEST PRACTITIONERS OF THE NEARLY LOST ART OF BLACK MAGIC MEET IN MORTAL COMBAT...AS YOU BEHOLD MAGIC RITES NEVER BEFORE SEEN BY THE EYES OF A MORTAL!

HOW PROUD WE ARE THAT **STAN LEE** WROTE THIS SENSATIONAL THRILLER!

HOW FORTUNATE WE ARE THAT **STEVE DITKO** DREW THESE MAGICAL MASTERPIECES!

HOW TRIUMPHANT WE ARE THAT **GEO. BELL** INKED THESE PRICELESS PANELS!

HOW ECSTATIC WE ARE THAT **ART SIMEK** LETTERED THESE DEATHLESS PHRASES!

X-773    1

2021MARVEL-0130141



2021MARVEL-0130134



STRANGE TALES is published by VISTA PUBLICATIONS INC. OFFICE OF PUBLICATION: 655 MADISON AVENUE, NEW YORK, N.Y. SECOND-CLASS POSTAGE PAID AT NEW YORK, N.Y. and at MERIDEN, CONN. Published monthly. Copyright 1964 by VISTA PUBLICATIONS, INC. 655 Madison Avenue, New York, N.Y. Vol. 1, No. 126, NOV. 1964 issue. Price 12¢ per copy. Subscription rate $1.75 for 12 issues including postage. Foreign subscription $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions appearing in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher.



2021MARVEL-0130137



2021MARVEL-0130130



2021MARVEL-0130131



2021MARVEL-0130133



2021MARVEL-0130126



Powerful 2-Band AM Shortwave Radio licensed by... RCA

WORLD-WIDE RECEPTION

GETS HUNDREDS
OF SHORT-WAVE STATIONS!

ULTRA-SENSITIVE
FOR FRINGE AREA LISTENING!

AT AN AMAZING
LOW PRICE
Your Cost Only:

$19.95

COMPLETE
WITH EVERY
FEATURE OF
MUCH MORE
EXPENSIVE
RADIOS

Two bands—twice the listening pleasure! A mighty mite with a BIG voice—weighs slightly over one pound yet boasts a big 2½ by 3½ inch permanent dynamic oval speaker. 10 to 1 slide-rule tuning—this means you get better reception and more stations no matter where you live. 8 powerful transistors in RCA licensed

Superhet circuit. Three antennas—ferrite bar for broadcast band, 7-section telescope whip plus long distance cord for shortwave. (4 to 12 mc). Civil Defense frequencies indicated on dial for national emergency use. Operates hundreds of hours on 4 low cost penlite batteries (included).

Brings the world wherever you are!

Listen in on happenings in these far-away cities:
ROME
LONDON
MOSCOW
PARIS
QUITO
COLOGNE
HAVANA
MEXICO CITY
and many, many others.

Hear from

LONDON

GAY PARIS

THE FAR EAST

ROMANTIC ITALY

REALTONE
EIGHT TRANSISTOR

YOU GET ALL THIS

4 PENLITE BATTERIES AND EARPHONE

GENUINE LEATHER CASE

2 BAND RADIO WITH DISTANCE ANTENNA

MONEY-BACK GUARANTEE

NIRESK INDUSTRIES, INC.
Chicago, Illinois 60606        Dept. RD-1
Kindly rush on MONEY-BACK GUARANTEE
☐ 2 Band AM-Shortwave REALTONE Radios including Leather Case, Batteries and Private Earphone at $19.95 each.

Name
Address
City                           State
☐ I enclose                  plus $1.00 postage.
☐ Ship C.O.D. plus Postage & C.O.D. charges.
Canada:
210 King St., W., Toronto. $29.95 Postpaid.

SATISFACTION GUARANTEED
This fine quality Realtone radio has been engineered for superior performance under all conditions. It is made of the finest materials and components. NO CHARGE will be made for replacement of parts or service within 90 days of date of purchase.

STRANGE TALES is published by VISTA PUBLICATIONS INC. OFFICE of PUBLICATION: 625 MADISON AVENUE, NEW YORK, N.Y. 10022. SECOND-CLASS MAIL PRIVILEGES AUTHORIZED AT NEW YORK, N.Y. ADDITIONAL ENTRY at MERIDEN, CONN. Published monthly. Copyright 1964 by VISTA PUBLICATIONS, INC. 625 Madison Avenue, New York, N.Y. 10022. Vol. 1, No. 128, JANUARY 1965 issue. Price 12¢ per copy. Subscription rate $1.75 for 12 issues including postage. Foreign subscription $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions appearing in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher.



2021MARVEL-0130129



2021MARVEL-0130122



Powerful 2-Band AM Shortwave Radio licensed by... **RCA**

WORLD-WIDE RECEPTION

GETS HUNDREDS OF SHORT-WAVE STATIONS!

ULTRA-SENSITIVE FOR FRINGE AREA LISTENING!

AT AN AMAZING LOW PRICE

*Your Cost Only:*

$19.95

COMPLETE WITH EVERY FEATURE OF MUCH MORE EXPENSIVE RADIOS

Two bands—twice the listening pleasure! A mighty mite with a BIG voice—weighs slightly over one pound yet boasts a big 2½ by 3½ inch permanent dynamic oval speaker. 10 to 1 slide-rule tuning—this means you get better reception and more stations no matter where you live. 8 powerful transistors in RCA licensed

Superhet circuit. Three antennas—ferrite bar for broadcast band. 7-section telescope whip plus long distance cord for shortwave. (4 to 12 mc). Civil Defense frequencies indicated on dial for national emergency use. Operates hundreds of hours on 4 low cost penlite batteries (included).

**Brings the world wherever you are!**

Listen in on happenings in these far-away cities:
ROME
LONDON
MOSCOW
PARIS
QUITO
COLOGNE
HAVANA
MEXICO CITY
and many, many others.

*Hear from*

LONDON

GAY PARIS

THE FAR EAST

ROMANTIC ITALY

**YOU GET ALL THIS**

4 PENLITE BATTERIES AND EARPHONE

GENUINE LEATHER CASE

2 BAND RADIO WITH DISTANCE ANTENNA

**MONEY-BACK GUARANTEE**

NIRESK INDUSTRIES, INC.
Chicago, Illinois 60606          Dept. RD-1
Kindly rush on MONEY-BACK GUARANTEE
□ 2 Band AM-Shortwave REALTONE Radios including Leather Case, Batteries and Private Earphone at $19.95 each.

Name

Address

City                                State

□ I enclose_____plus $1.00 postage.
□ Ship C.O.D. plus Postage & C.O.D. charges.
Canada:
210 King St., W., Toronto. $29.95 Postpaid.

**SATISFACTION GUARANTEED**

This fine quality Realtone radio has been engineered for superior performance under all conditions. It is made of the finest materials and components. NO CHARGE will be made for replacement of parts or service within 90 days of date of purchase.

STRANGE TALES is published by VISTA PUBLICATIONS INC. OFFICE OF PUBLICATION: 625 MADISON AVENUE, NEW YORK, N. Y. 10022. SECOND-CLASS POSTAGE PAID AT NEW YORK, N.Y. and at MERIDEN, CONN. Published monthly. Copyright 1964 by VISTA PUBLICATIONS, INC., 625 Madison Avenue, New York, N.Y. 10022. Vol. 1, No. 129, FEB. 1965 issue. Price 12c per copy. Subscription rate $1.75 for 12 issues including postage. Foreign subscription $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions appearing in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher.







2021MARVEL-0130121



2021MARVEL-0130114





2021MARVEL-0130117



2021MARVEL-0130110

# EXCLUSIVE FUN PRODUCTS BY MAIL



**KRAZY KRAX**

Just place this over the T.V. screen or the front window. Watch the fun begin. It looks like the glass is broken. No. 1004 ............ .60



**JUMPING CANDY BOX**

Looks like a box of candy. When your friend goes to help himself he'll get the surprise of his life. No. 2015 .... Only .75

**WHOOPS**

Looks like someone lost their lunch. Place it on the floor and wait for your first unsuspecting victim to walk in—ugh. Better catch him before he faints. No. 9016 .......... Only .75



**TRICK BASEBALL**

It bounces cockeyed, it curves, it dips, it's impossible to catch. It's sure to set all the kids on the block chasing after it. There's a barrel of fun in every bounce of this amazing baseball. No. 4020    50¢



**PRANKSTER WHISTLE**

Greatest gag in years. Just place inside any tail-pipe and watch the fun. As soon as he starts the car it will sound as if the whole motor fell out. It's a panic, but completely harmless. No. 7021    75¢

**Loud Nose Blower**

Blow your nose and it will sound like the roof caved in. Fits right in your handkerchief out of sight. No. 6018..only 20¢



**PEPPER GUM**

Hi Pal, have a piece of gum. Once he starts chewing you better have a glass of water ready. Completely harmless but a million laughs. No. 5008 . . .25



**JIU-JITSU**

This is one of the most popular books on the art of self defense. Now you needn't back away from anyone. Many illustrations show you how to defend yourself from bullies. We also include "FREE" a book on strong man stunts. No. 4003.......Only $1.00



**JOY BUZZER**

Shake hands and watch your friend jump 6 feet high. Completely harmless. No. 7005........ .50

**SQUIRT SEAT**

Its all wet. Place it under the toilet seat. Can't you picture the expression on your victims face when he sits down? No. 6012 ............. .75



**WHOOPEE CUSHION**

Place this under any cushion. Gives out a loud Bronx Cheer. Very embarrising but loads of laughs. No. 8010    Only .50



**SURPRISE PACKAGE**

If you are willing to take a chance, we guarantee you more than your moneys worth, filled with surprises. No. 8002.. .58

**SCREWY FEET**

These magnetic feet will stick to anything. Paste them to the walls and ceiling. 12 to a set. Looks like the invisible man just walked through the wall. No. 2007.. $1.00



**SILVER SKULL RING**

Heavy Mexican silver ring with the raised face of skull and inlayed red ruby eyes. Feels good and looks real impressive. Adds heft to your hands. No. 3019    $1.00

**X-RAY-SPEX**

A wonderful illusion to fool your buddies. Put them on, now is that really his skull you see inside his head? Prove to him you can see through anything. No. 7014 ........... $1.00



**BIKE SPEEDOMETER**

Now you can tell how fast you are going. Registers speeds up to 50 miles per hour. New built-in compass also shows in what direction you are travelling. Fits any bicycle. Attaches in seconds. No. 3017    only 75¢



**SILENT DOG WHISTLE**

This whistle can not be heard by any human, but your pet will hear it blocks away. Everyone will be amazed when he comes running as soon as he hears his own private whistle. No. 1009 Only $1.00



**FLY IN ICE**

A plastic ice cube that looks like the real thing, only with a fly inside. Just place this in someones drink when he isn't looking—ugh. Only .45

**ELLBARR DIST. DEPT. G.K. 12, NIAGARA FALLS, N.Y.**
RUSH ME THE ITEMS LISTED BELOW. If I am not 100% delighted, I may return any part of my purchase after the 10 day free trial for full refund.

| ITEM No. | NAME OF ITEM | HOW MANY | TOTAL PRICE |
|---|---|---|---|

☐ I enclose ...... plus 15c postage and shipping in cash, cheque or money order.

NAME .................................

ADDRESS .............................

STRANGE TALES is published by VISTA PUBLICATIONS INC. OFFICE OF PUBLICATION: 625 MADISON AVENUE, NEW YORK, N.Y. 10022. SECOND-CLASS POSTAGE PAID AT NEW YORK, N.Y. and at MERIDEN, CONN. Published monthly. Copyright 1965 by VISTA PUBLICATIONS, INC., 625 Madison Avenue, New York, N.Y. 10022. Vol. 1, No. 132, MAY 1965 issue. Price 12c per copy. Subscription rate $1.75 for 12 issues including postage. Foreign subscription $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions appearing in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by the Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher.