# EXHIBIT 31G



2021MARVEL-0130113



2021MARVEL-0130106

# EXCLUSIVE FUN PRODUCTS BY MAIL



**Krazy Krax**

**KRAZY KRAX**

Just place this over the T.V. screen or the front window. Watch the fun begin. It looks like the glass is broken.
No. 1004 . . . . . . . . . . . . .60



**JUMPING CANDY BOX**
Looks like a box of candy. When your friend goes to help himself he'll get the surprise of his life.
No. 2015. . . . Only .75



**WHOOPS**
Looks like someone lost their lunch. Place it on the floor and wait for your first unsuspecting victim to walk in—ugh. Better catch him before he faints. No. 9016 . . . . . . . . . . . . . . . . . . . Only .75



**TRICK BASEBALL**
It bounces cockeyed, it curves, it dips, it's impossible to catch. It's sure to set all the kids on the block chasing after it. There's a barrel of fun in every bounce of this amazing baseball.
No. 4020 . . . . . . . . . . 50¢



**PRANKSTER WHISTLE**
Greatest gag in years. Just place inside any tail-pipe and watch the fun. As soon as he starts the car it will sound as if the whole motor fell out. It's a panic, but completely harmless.
No. 7021 . . . . . . . . . . . 75¢

**Loud Nose Blower**
Blow your nose and it will sound like the roof caved in. Fits right in your handkerchief out of sight.
No. 9018 only 20¢

**PEPPER GUM**
Hi Pal, have a piece of gum. Once he starts chewing you better have a glass of water ready. Completely harmless but a million laughs. No. 5008. . .25



**JIU-JITSU**
This is one of the most popular books on the art of self defense. Now you needn't back away from anyone. Many illustrations show you how to defend yourself from bullies. We also include "FREE" a book on strong man stunts.   No. 4003 . . . . . . .Only $1.00

**JOY BUZZER**
Shake hands and watch your friend jump 6 feet high. Completely harmless. No. 7005 . . . . . . .50



**SQUIRT SEAT**
Its all wet. Place it under the toilet seat. Can't you picture the expression on your victims face when he sits down? No. 6012 . . . . . . . . . . . . . . . .75

**SEAT CUSHION**
It's a riot!

**WHOOPEE CUSHION**
Place this under any cushion. Gives out a loud Bronx Cheer. Very embarrising but loads of laughs. No. 8010
Only .50

**SURPRISE PACKAGE**
If you are willing to take a chance, we guarantee you more than your moneys worth, filled with surprises. No. 8002. . .50



**SCREWY FEET**
These magnetic feet will stick to anything. Paste them to the walls and ceiling. 12 to a set. Looks like the invisible man just walked through the wall. No. 2007. $1.00



**SILVER SKULL RING**
Heavy Mexican silver ring with the raised face of skull and inlayed red ruby eyes. Feels good and looks real impressive. Adds heft to your hands.
No. 3019 . . . . . . . . . . $1.00



**X-RAY-SPEX**
A wonderful illusion to fool your buddies. Put them on, now is that really his skull you see inside his head? Prove to him you can see through anything. No. 7014 . . . . . . . . . . $1.00



**BIKE SPEEDOMETER**
Now you can tell how fast you are going. Registers speeds up to 50 miles per hour. New built-in compass also shows in what direction you are travelling. Fits any bicycle. Attaches in seconds.
No. 3017       only 75¢



**SILENT DOG WHISTLE**
This whistle can not be heard by any human, but your pet will hear it blocks away. Everyone will be amazed when he comes running as soon as he hears his own private whistle. No. 1009 Only $1.00



**FLY IN ICE**
A plastic ice cube that looks like the real thing, only with a fly inside. Just place this in someones drink when he isn't looking—ugh. No. 3011
Only .45

**ELLBARR DIST.  DEPT. G.K.12, NIAGARA FALLS, N.Y.**
RUSH ME THE ITEMS LISTED BELOW. If I am not 100% delighted, I may return any part of my purchase after the 10 day free trial for full refund.

| ITEM No. | NAME OF ITEM | HOW MANY | TOTAL PRICE |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

☐ I enclose . . . . . . plus 15c postage and shipping in cash, cheque or money order.

NAME . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
ADDRESS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

STRANGE TALES is published by VISTA PUBLICATIONS INC. OFFICE OF PUBLICATION: 625 MADISON AVENUE, NEW YORK, N. Y. 10022. SECOND-CLASS POSTAGE PAID AT NEW YORK, N.Y. and at MERIDEN, CONN. Published monthly. Copyright 1965 by VISTA PUBLICATIONS, INC., 625 Madison Avenue, New York, N.Y. 10022. Vol. 1, No. 133, JUNE 1965 issue. Price 12¢ per copy. Subscription rate $1.75 for 12 issues including postage. Foreign subscription $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions appearing in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher.






2021MARVEL-0130109



2021MARVEL-0130102



# MEN! Join My "$100-a-Week" Club!

## Let Me Put You in a PROFITABLE BUSINESS You Can Run from Home
### SPARE TIME—FULL TIME!

If you've always dreamed of getting into the $100-a-week bracket, here's your chance to join the "club". Men all over the country are doing it with my simple, proven plan. The 60-year-old Mason Shoe Mfg. Co. will set you up in a profitable "shoe store business". In your spare time, this business can add enough to your present pay-check so your weekly income is at least $100. Or run this business full-time and earn as much as $960 a month. But you should *never* make less than $100 a week again if you take advantage of this opportunity.

### No Wonder You'll Make So Much Money!

Actually $100 a week need only be the start. Build your Mason customer list to the point where you take 8 orders a day and you'll rake in over $960 *a month* CLEAR PROFIT. It's easy because you show nationally advertised footwear that EVERYBODY needs and wants. You make BIG profits because we carry all the stock and ship the shoes for you. Our huge warehouse stock of 300,000 pairs of dress, work, sport shoes for men and women give you a bigger selection than any other store in town. You can fit everybody because sizes run all the way from 2½ to 16, and widths AAAA to EEEE. You have no store-keeper's expenses or "overhead." You never invest a cent!

### Sales Equipment Absolutely FREE

You show famous Mason Air-Cushion shoes—Ripple Sole shoes, Oil-Resistant Work Shoes, amazing Mystery Shoes, guaranteed Waterproof Shoes, insulated boots, colorful styles for women—a line that's far beyond the reach of competition. That's why *everybody* is your prospect. Start with friends, relatives, folks where you work. Make money very first hour. Soon you'll be making enough extra cash to let you join the envied "$100-a-Week Club," earning far more than at any ordinary job. Fill out and mail the coupon below. We'll rush you our free "Starting Business Outfit". Features 275 fast-selling shoe styles . . . plus foolproof measuring equipment, "How To Make More Money" booklet. Send no money now or later. You get everything you need to start, absolutely FREE. Rush the coupon now.

**Rush Coupon For Your FREE OUTFIT**

**RUSH THIS COUPON NOW!**

**MASON SHOE MFG. CO.**
Dept. P-709
Chippewa Falls, Wisc.

---

**YOUR TICKET TO A PROFITABLE BUSINESS!**

THE MASON Shoe Mfg. Co., Dept. P-709,
Chippewa Falls, Wisconsin

Sure I want to join the "$100-a-Week Club" by making good money in a fine "Shoe Store Business" that I can run from home. Rush me, FREE and Prepaid, everything I need to start making money my very first spare hour.

Name_____
(PLEASE PRINT)

Address_____

Town_____ Zone___ State___

STRANGE TALES is published by VISTA PUBLICATIONS INC. OFFICE OF PUBLICATION: 625 MADISON AVENUE, NEW YORK, N. Y. 10022. SECOND-CLASS POSTAGE PAID AT NEW YORK, N.Y. and at MERIDEN, CONN. Published monthly. Copyright 1965 by VISTA PUBLICATIONS, INC., 625 Madison Avenue, New York, N.Y. 10022. Vol. 1, No. 134, JULY 1965 issue. Price 12¢ per copy. Subscription rate $1.75 for 12 issues including postage. Foreign subscription $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions appearing in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher.

Case 1:21-cv-07955-LAK    Document 76-45    Filed 05/19/23    Page 8 of 30



2021MARVEL-0130105



2021MARVEL-0129830

# MEN! Join My "$100-a-Week" Club!

## Let Me Put You in a PROFITABLE BUSINESS You Can Run from Home
### SPARE TIME—FULL TIME!

If you've always dreamed of getting into the $100-a-week bracket, here's your chance to join the "club". Men all over the country are doing it with my simple, proven plan. So can you. The 60-year-old Mason Shoe Mfg. Co. will set you up in a profitable "shoe store business". In your spare time, this business can add enough to your present pay-check so your weekly income is at least $100. Or run this business full-time and earn as much as $960 a month. But you should *never* make less than $100 a week again if you take advantage of this opportunity.

### No Wonder You'll Make So Much Money!

Actually $100 a week need only be the start. Build your Mason customer list to the point where you take 8 orders a day and you'll rake in over $960 *a month* CLEAR PROFIT. It's easy because you show nationally advertised footwear that EVERYBODY needs and wants. You make BIG profits because we carry all the stock and ship the shoes for you. Our huge warehouse stock of 300,000 pairs of dress, work, sport shoes for men and women give you a bigger selection than any other store in town. You can fit everybody because sizes run all the way from 2½ to 16, and widths AAAA to EEEE. You have no store-keeper's expenses or "overhead." You never invest a cent!

### Sales Equipment Absolutely FREE

You show famous Mason Air-Cushion shoes—Ripple Sole shoes, Oil-Resistant Work Shoes, amazing Mystery Shoes, guaranteed Waterproof Shoes, insulated boots, colorful styles for women—a line that's far beyond the reach of competition. That's why *everybody* is your prospect. Start with friends, relatives, folks where you work. Make money very first hour. Soon you'll be making enough extra cash to let you join the envied "$100-a-Week Club," earning far more than at any ordinary job. Fill out and mail the coupon below. We'll rush you our free "Starting Business Outfit." Features 275 fast-selling shoe styles . . . plus foolproof measuring equipment, "How To Make More Money" booklet. Send no money now or later. You get everything you need to start, absolutely FREE. Rush the coupon now.

### Rush Coupon For Your FREE OUTFIT

### RUSH THIS COUPON NOW!

## MASON SHOE MFG. CO.
### Dept. F-709
### Chippewa Falls, Wisc.

---

### YOUR TICKET TO A PROFITABLE BUSINESS !

THE MASON Shoe Mfg. Co., Dept. F-709,
Chippewa Falls, Wisconsin

Sure I want to join the "$100-a-Week Club" by making good money in a fine "Shoe Store Business" that I can run from home. Rush me, FREE and Prepaid, everything I need to start making money my very first spare hour.

Name_____
(PLEASE PRINT)

Address_____

Town_____ Zone____ State____

STRANGE TALES is published by VISTA PUBLICATIONS INC. OFFICE OF PUBLICATION: 625 MADISON AVENUE, NEW YORK, N. Y. 10022. SECOND-CLASS POSTAGE PAID AT NEW YORK, N.Y. and at MERIDEN, CONN. Published monthly. Copyright 1965 by VISTA PUBLICATIONS, INC. 625 Madison Avenue, New York, N.Y. 10022. Vol. 1, No. 135, AUGUST 1965 issue. Price 12¢ per copy. Subscription rate $1.75 for 12 issues including postage. Foreign subscription $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions appearing in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher.



2021MARVEL-0129833



2021MARVEL-0129834

# 4 COMPLETE FISHING OUTFITS

**NEW 1965 MODELS**

NATIONALLY ADVERTISED IN U.S. & CANADA

## 2 LOADED TACKLE BOXES · 73 DEADLY LURES

**463 PIECES**

*Enjoy the THRILL of* SPINNING, SPIN CASTING, BAIT CASTING, & STILL FISHING

**EVERYTHING SHOWN**

## $12.95

4 SETS FOR THE PRICE OF REELS ALONE

**3 RODS & REELS**

*Plus* 9' BAMBOO POLE and LINE

MARK IV ANTI-BACKLASH SPINNING REEL

SAFETY STAR DRAG found only on bait reels

**SUPER "88"** AUTOMATIC STAR DRAG SPINCAST REEL

PUSH BUTTON CASTING ANTI REVERSE NO BACKLASH

**ARGOSY DIRECT DRIVE TROLLING REEL**

POWER ACTION BLACK MAGIC FIBRE-GLASS RODS STRONGER THAN STEEL OR BAMBOO

**FREE!** If you order NOW! 2 LEAKPROOF FLOATING TACKLE BOXES

28 pc POPPING LURE SET

FIELD TESTED LURES Proven the Deadliest Known

4 FAMOUS TROUT FLIES

SELECT QUALITY MONOFILAMENT LINE

DIP NET

3 pc DROPLINE FISHING OUTFIT

**NEW!**

**50 NATURAL BAIT LURES**

**FAMOUS CRAFTY LURES**

## COMPLETE! NOTHING ELSE TO BUY!

**SELECTED FOR YOU BY EXPERTS.** This choice fish-getting tackle contains nationally famous brands. Each item carefully chosen—everything you need for all types of fishing. All time favorite lures. A veteran angler or an occasional fisherman can be proud of this precision-built kit. No other bargain like this anywhere.

**LOOK! YOU GET EVERYTHING SHOWN.** Super "88" Spincast Reel · MARK IV Spinning Reel with LINE · Argosy Direct Drive Trolling Reel · 5½ ft. 2 pc. Fiber Glass Spinning Rod · 4 ft. Fiber Glass Bait Cast Rod · 3½ ft. Fiber Glass Trolling Rod · 9 ft. 3 section Bamboo Pole · 73 proven Deadly Lures including the famous "OLD PAL" Lure · 5 pc. Furnished Line · 2 Floating Tackle Boxes with 2 removable trays · 28 pc. Popping Lure Kit · Dip Net, Stringer, Split Shot, Clincher Sinkers, Snap Swivels, Assorted Hooks, Snelled Hooks, Cork Bobbers, Popper Corks, and complete instructions. 463 pieces in all.

**NIRESK DISCOUNT SALES** A DIVISION OF NIRESK IND. **CHICAGO 60606**

## MONEY BACK GUARANTEE!

**NIRESK DISCOUNT SALES** · Chicago 6 · Dept. FP-7
**ORDER TODAY!** If you're not 100% pleased we'll refund your full purchase price promptly. **YOU KEEP 2 FREE TACKLE BOXES REGARDLESS!**

*Please rush* ____ 463 pcs. 3 Complete Fishing Sets

NAME ____

ADDRESS ____

CITY ____ ZONE ____ STATE ____

☐ I enclose $12.95 plus $1.00 for postage & handling.
☐ Ship C.O.D. I will pay C.O.D. charges and postage.
In Canada: Price $16.95 postpaid
NIRESK, 210 KING St. W. TORONTO 28, ONT.

STRANGE TALES is published by VISTA PUBLICATIONS INC. OFFICE OF PUBLICATION: 625 MADISON AVENUE, NEW YORK, N.Y. 10022. SECOND-CLASS POSTAGE PAID AT NEW YORK, N.Y. and at MERIDEN, CONN. Published monthly. Copyright 1965 by VISTA PUBLICATIONS, INC. 625 Madison Avenue, New York, N.Y. 10022. Vol. 1, No. 136, SEPTEMBER 1965 issue. Price 12¢ per copy. Subscription rate $1.75 and $2.25 Canada for 12 issues including postage. Foreign subscription $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions appearing in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher.



2021MARVEL-0129837



2021MARVEL-0129838

2021MARVEL-0129839



2021MARVEL-0129841



2021MARVEL-0129842

# Friend, dare YOU risk A DIME 10¢?

FOR A NEW MILLION DOLLAR HE-MAN BODY STRENGTH-POWERED with 520 MIGHTY MUSCLES! To Become a STAR in ANY SPORT! A SUCCESS in EVERYTHING!

**BEFORE**

This can be soon the handsome NEW Jet Power YOU



Rush to me your LAST CHANCE coupon below, — I'LL RUSH to you FREE My Professional Secrets

## HOW TO GAIN UP TO 50 LBS OF MIGHTY MUSCLES!
HOW TO LOSE up to 50 lbs. of UGLY DANGEROUS FAT

**FREE** ALL FIVE $5 WORLD-FAMOUS PICTURE-PACKED ABC COURSES
1. How to Develop 16 to 18½ INCH BIG ARMS Powerful to land a knock-out blow fast.
2. How to Build a 45 to 52 INCH HEROIC CHEST Housing TIRELESS LUNGS for ENDURANCE in Work, Sports, for ATTRACTING GIRLS!
3. How to Mold A BROAD MUSCLE-PACKED BACK and WONDER-WIDE SUPER-MAN SHOULDERS tapering to A SLIM PUNCH-PROOF WAIST.
4. How to Develop LEGS with MARATHON ENDURANCE.
5. How to Mold BIG MUSCULAR FOREARMS, A STEEL GRIP.
How to Become a FEARLESS SELF-DEFENSE FIGHTER, OVERPOWERING ANY BULLY TWICE YOUR SIZE!

"I highly recommend Ben Rebhuhn as a top bodybuilding authority." says Health Director Y.M.C.A. Emil Colameco.

### How to IMPROVE YOUR HE-MAN LOOKS 1000%
One of my 181,000 pupils, John Sill, says

**"I gained 60 LBS. of MIGHTY MUSCLES.** Just mail NOW the FREE book coupon below as I did. YOU can add 3½ inches to EACH ARM—7 inches to your CHEST. YOU Can Win $100. and this Trophy—as I just did—a $1,000,000 Body—HANDSOME, HARD-HITTING."

This AMAZING NEW BOOK in colors YOURS FREE if you mail coupon NOW.

BEFORE Mailing Coupon I was 125 lb., 6 ft. skinny weakling. Which of these 2 me's is YOU?

Jam-full with 120 PHOTOS of STRONG MEN and CHAMPIONS once WEAKER than you. See in their pitiful BEFORE Photos and Stories. Scores of How-to-do-it Pictures show you how YOU can quickly and easily become an OLYMPIC CHAMPION in STRENGTH, SPEED and ENDURANCE, Mr. AMERICA in Build. Yes! in just THRILLING MINUTES a day, in YOUR OWN ROOM, RAPID-FIRE, EASY as ABC FAMOUS PICTURE METHODS show you how to Mold 16 inch ARMS of MIGHT, a big, deep 45 INCH CHEST housing TIRELESS LUNGS; WIDE MANLY SHOULDERS—a BROAD BRAWNY BACK, tapering to a SLENDER WAIST with punch-proof STOMACH MUSCLES, LEGS of RUNNING POWER. You, too, can WIN FAME and FORTUNE on TV or in the Movies, as a Physical Director or Professional Athlete.

**MAIL COUPON before it is too late!**

How in minutes of FUN a day **YOU** WILL BE MADE into A NEW ATHLETIC **HE MAN**

"I'm PROUD to be seen with Jim NOW! Everybody admires his build," says Nellie. "Jim can lift the front of a 2700 lb. car. He amazes his friends!"

Jim Norman BEFORE mailing coupon

---
AMERICAN BODY BUILDING CLUB, Dept. MA-510, GREAT NECK, NEW YORK
Mail me FREE all 5 WORLD FAMOUS STRENGTH TEST COURSES including PHOTO BOOK of FAMOUS STRONG MEN, once weaklings. How to Become one of Them.
☐ I enclose 10c for mailing and handling, I am under no other obligation. I'm checking everything I need to give me the kind of body I want.
☐ I want to gain ___ lbs. (fill in).  ☐ Triple my strength.
☐ I want to streamline my body, get rid of flabby fat.
☐ I want to add inches of muscle to my ☐ ARMS ☐ CHEST  ☐ SHOULDERS ☐ POWERFUL LEGS ☐ SLIM WAIST
☐ I want to become a winning athlete. ☐ I want new pep.
NAME ___ AGE ___
DO NOT MAIL COUPON IF UNDER 14 YEARS OF AGE.  PLEASE PRINT OR WRITE CLEARLY
ADDRESS ___
CITY ___ ZONE ___ STATE ___

Let me know how to get FREE $100 worth of Sports, Self-defense, Strong-man Stunts, Courses, Apparatus

STRANGE TALES is published by VISTA PUBLICATIONS INC. OFFICE OF PUBLICATION: 625 MADISON AVENUE, NEW YORK, N.Y. 10022. SECOND-CLASS POSTAGE PAID AT NEW YORK, N.Y. and at MERIDEN, CONN. Published monthly. Copyright 1965 by VISTA PUBLICATIONS, INC., 625 Madison Avenue, New York, N.Y. 10022. Vol. 1, No. 138, NOVEMBER 1965 issue. Price 12c per copy. Subscription rate $1.75 and $2.25 Canada for 12 issues including postage. Foreign subscription $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions appearing in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher.



2021MARVEL-0129845



Case 1:21-cv-07955-LAK    Document 76-45    Filed 05/19/23    Page 21 of 30

2021MARVEL-0129846



## Friend, dare YOU risk A DIME 10¢?

FOR A NEW MILLION DOLLAR HE-MAN BODY STRENGTH-POWERED with 520 MIGHTY MUSCLES! To Become A STAR in ANY SPORT! A SUCCESS in EVERYTHING!

**BEFORE**

This can be soon the handsome NEW Jet Power YOU

Rush to me your LAST CHANCE coupon below, — I'LL RUSH to you FREE My Professional Secrets

**HOW TO GAIN UP TO 50 LBS MIGHTY MUSCLES!**

HOW to LOSE up to 50 lbs. of UGLY DANGEROUS FAT

**FREE** ALL FIVE $5 WORLD-FAMOUS PICTURE-PACKED ABC COURSES

1. How to Develop 16 to 18½ INCH BIG ARMS Powerful to land a knock-out blow fast.
2. How to Build a 45 to 52 INCH HEROIC CHEST Housing TIRELESS LUNGS for ENDURANCE in Work, Sports, for ATTRACTING GIRLS!
3. How to Mold a BROAD MUSCLE-PACKED BACK and WONDER-WIDE SUPER-MAN SHOULDERS tapering to a SLIM PUNCH-PROOF WAIST.
4. How to Develop LEGS with MARATHON ENDURANCE.
5. How to Mold BIG MUSCULAR FOREARMS, A STEEL GRIP.
How to Become a FEARLESS SELF-DEFENSE FIGHTER. OVERPOWERING ANY BULLY TWICE YOUR SIZE!

"I highly recommend Ben Rebhuhn as a top bodybuilding authority." says Health Director Y.M.C.A. Emil Colameco.

**How to IMPROVE YOUR HE-MAN LOOKS 1000%**

One of my 181,000 pupils, John Sill, says

**"I gained 60 LBS. of MIGHTY MUSCLES.**

Just mail NOW the FREE book coupon below as I did. YOU can add 3½ inches to EACH ARM—7 inches to your CHEST. YOU Can Win $100. and this Trophy—as I just did—a $1,000,000 Body—HANDSOME, HARD-HITTING."

This AMAZING NEW BOOK in colors YOURS FREE if you mail coupon NOW.

BEFORE Mailing Coupon I was a 125 lb., 6 ft. skinny weakling. Which of these 2 me's is YOU?

Jam-full with 120 PHOTOS of STRONG MEN and CHAMPIONS once WEAKER than you. See in their pitiful BEFORE Photos and Stories. Scores of How-to-do-it Pictures show you how YOU can quickly and easily become an OLYMPIC CHAMPION in STRENGTH, SPEED and ENDURANCE, Mr. AMERICA in Build. Yes! in just THRILLING MINUTES a day, in YOUR OWN ROOM, RAPID-FIRE, EASY as ABC FAMOUS PICTURE METHODS show you how to Mold 16 inch ARMS of MIGHT, a big, deep 45 INCH CHEST housing TIRELESS LUNGS; WIDE MANLY SHOULDERS—a BROAD BRAWNY BACK, tapering to a SLENDER WAIST with punch-proof STOMACH MUSCLES, LEGS of RUNNING POWER. You, too, can WIN FAME and FORTUNE on TV or in the Movies, as a Physical Director or Professional Athlete.

**MAIL COUPON before it is too late!**



AMERICAN BODY BUILDING CLUB, Dept. MA-510, GREAT NECK, NEW YORK
Mail me FREE all 5 WORLD FAMOUS STRENGTH TEST COURSES including PHOTO BOOK of FAMOUS STRONG MEN, once weaklings How to Become one of Them.
☐ I enclose 10c for mailing and handling. I am under no other obligation I'm checking everything I need to give me the kind of body I want.
☐ I want to gain _____ lbs. (fill in). ☐ Triple my strength.
☐ I want to streamline my body, get rid of flabby fat.
☐ I want to add inches of muscle to my ☐ ARMS ☐ CHEST ☐ SHOULDERS ☐ POWERFUL LEGS ☐ SLIM WAIST
☐ I want to become a winning athlete. ☐ I want new pep.
NAME _____ AGE _____
DO NOT MAIL COUPON IF UNDER 14 YEARS OF AGE. PLEASE PRINT OR WRITE CLEARLY
ADDRESS _____
CITY _____ ZONE _____ STATE _____

Let me know how to get FREE $100 worth of Sports, Self-defense, Strong-man Stunts, Courses, Apparatus



**How** in minutes of FUN a day **YOU** WILL BE MADE into A NEW ATHLETIC **HE MAN**

Jim Norman BEFORE mailing coupon

"I'm PROUD to be seen with Jim NOW! Everybody admires his build," says Nellie. "Jim can lift the front of a 2700 lb. car. He amazes his friends!"

STRANGE TALES is published by VISTA PUBLICATIONS INC. OFFICE OF PUBLICATION: 625 MADISON AVENUE, NEW YORK, N. Y. 10022. SECOND-CLASS POSTAGE PAID AT NEW YORK, N.Y. and at MERIDEN, CONN. Published monthly. Copyright 1965 by VISTA PUBLICATIONS, INC. 625 Madison Avenue, New York, N.Y. 10022. Vol. 1, No. 139, DECEMBER 1965 issue. Price 12¢ per copy. Subscription rate $1.75 and $2.25 Canada for 12 issues including postage. Foreign subscription $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions appearing in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher.



2021MARVEL-0129849



2021MARVEL-0129850

# EXCLUSIVE FUN PRODUCTS BY MAIL



### CYCLE PUTTER
Really dress up your BIKE. Sounds just like a Motor Bike. Made of heavy plastic and steel. No. 8023 .Only 39c



### SQUIRT FLOWER
When your friend tries to smell it all he'll get is a face full of water. Comes complete with long rubber hose and bulb. No. 3013... Only 25c



### TRICK BASEBALL
It bounces cockeyed, it curves, it dips, it's impossible to catch. It's sure to set all the kids on the block chasing after it. There's a barrel of fun in every bounce of this amazing baseball. No. 4020 .......... 50c



### PRANKSTER WHISTLE
Greatest gag in years. Just place inside any tail-pipe and watch the fun. As soon as he starts the car it will sound as if the whole motor fell out. It's a panic, but completely harmless. No. 7021 .......... 75c



### SPIDER RING
This jumbo Rubber Spider with moving eyes comes attached to an adjustable metal ring and is sure to scare everybody. Large size 4½" x 4½". Made of flexible rubber. No. 4006 ... Only 45c

### WHOOPS
Looks like someone lost their lunch. Place it on the floor and wait for your first unsuspecting victim to walk in—ugh. Better catch him before he faints. No. 9016 .................. Only .75

### LOUD NOSE BLOWER
Blow your nose and it will sound like the roof caved in. Fits right in your handkerchief out of sight. No. 6018 only 20c



### PEPPER GUM
Hi Pal, have a piece of gum. Once he starts chewing you better have a glass of water ready. Completely harmless but a million laughs. No. 5008... .15



### JIU-JITSU
This is one of the most popular books on the art of self defense. Now you needn't back away from anyone. Many illustrations show you how to defend yourself from bullies. We also include "FREE" a book on strong man stunts. No. 4003..... Only $1.00



### JOY BUZZER
Shake hands and watch your friend jump 6 feet high. Completely harmless. No. 7005 ....... .50

### MAGIC ROCKS
MAGIC ROCKS — Colourful large pellets. "Plant" them with the magic solution using the planting tweezers. They will grow within a short time. Terrific for underwater effects. No. 1022 ...........Only $1.00

### WHOOPEE CUSHION
Place this under any cushion. Gives out a loud Bronx Cheer. Very embarrising but loads of laughs. No. 8010
Only .50



### SURPRISE PACKAGE
If you are willing to take a chance, we guarantee you more than your moneys worth, filled with surprises. No. 8002 .. .50



### GROW LIVE MONSTERS
SCARIEST LIVING Sensation of the century. 2 Monsters in full colour. Comes complete with space astronorium and full accessory kit. Will grow green monster hair right before your eyes. Complete kit. No. 8001....... Only $1.00



### SILVER SKULL RING
Heavy Mexican silver ring with the raised face of skull and inlayed red ruby eyes. Feels good and looks real impressive. Adds heft to your hands. No. 3019 .................. $1.00

### X-RAY-SPEX
A wonderful illusion to fool your buddies. Put them on, now is that really his skull you see inside his head? Prove to him you can see through anything. No. 7014 .......... $1.00



### BIKE SPEEDOMETER
Now you can tell how fast you are going. Registers speeds up to 50 miles per hour. New built-in compass also shows in what direction you are travelling. Fits any bicycle. Attaches in seconds. No. 3017
only 75¢



### SILENT DOG WHISTLE
This whistle can not be heard by any human, but your pet will hear it blasts away. Everyone will be amazed when he comes running as soon as he hears his own private whistle. No. 1009 Only $1.00



### FLY IN ICE
A plastic ice cube that looks like the real thing, only with a fly inside. Just place this in someones drink when he isn't looking—ugh. Only .45



ELLBARR DIST.  DEPT. G.K.20 Weston, Ont.
RUSH ME THE ITEMS LISTED BELOW. If I am not 100% delighted, I may return any part of my purchase after the 10 day free trial for full refund.

| ITEM No. | NAME OF ITEM | HOW MANY | TOTAL PRICE |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

☐ I enclose ...... plus 15c postage and shipping in cash, cheque or money order.
NAME .........................................................
ADDRESS ....................................................

STRANGE TALES is published by VISTA PUBLICATIONS INC. OFFICE OF PUBLICATION: 625 MADISON AVENUE, NEW YORK, N. Y. 10022. SECOND-CLASS POSTAGE PAID AT NEW YORK, N.Y. and at MERIDEN, CONN. Published monthly. Copyright 1965 by VISTA PUBLICATIONS, INC. 625 Madison Avenue, New York, N.Y. 10022. Vol. 1, No. 140, JANUARY 1966 issue. Price 12c per copy. Subscription rate $1.75 and $2.25 Canada for 12 issues including postage. Foreign subscription $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions appearing in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher.

2021MARVEL-0129851



2021MARVEL-0129853



2021MARVEL-0129854

   

# EXCLUSIVE FUN PRODUCTS BY MAIL

**CYCLE PUTTER**
Really dress up your BIKE. Sounds just like a Motor Bike. Made of heavy plastic and steel. No. 8023 . . Only 39c

**SQUIRT FLOWER**
When your friend tries to smell it all he'll get is a face full of water. Comes complete with long rubber hose and bulb. No. 3013 . . . Only 25c

**TRICK BASEBALL**
It bounces cockeyed, it curves, it dips, it's impossible to catch. It's sure to set all the kids on the block chasing after it. There's a barrel of fun in every bounce of this amazing baseball.
No. 4020 . . . . . . . . . . . . .50c

**PRANKSTER WHISTLE**
Greatest gag in years. Just place inside any tail-pipe and watch the fun. As soon as he starts the car it will sound as if the whole motor fell out. It's a panic, but completely harmless. No. 7021 . . . . . . . .75c

 

**SPIDER RING**
This jumbo Rubber Spider with moving eyes comes attached to an adjustable metal ring and is sure to scare everybody. Large size 4½" x 4½". Made of flexible rubber. No. 4006. . Only 45c

**WHOOPS**
Looks like someone lost their lunch. Place it on the floor and wait for your first unsuspecting victim to walk in—ugh. Better catch him before he faints. No. 9016 . . . . . . . . . . . Only .75



**JIU-JITSU**
This is one of the most popular books on the art of self defense. Now you needn't back away from anyone. Many illustrations show you how to defend yourself from bullies. We also include "FREE" a book on strong man stunts. No. 4003 . . . . . . . Only $1.00



**LOUD NOSE BLOWER**
Blow your nose and it will sound like the roof caved in. Fits right in your handkerchief out of sight. No. 6018 only 20c

**PEPPER GUM**
Hi Pal, have a piece of gum. Once he starts chewing you better have a glass of water ready. Completely harmless but a million laughs. No. 5008. . .15



**JOY BUZZER**
Shake hands and watch your friend jump 6 feet high. Completely harmless. No. 7005 . . . . . . . .50



**MAGIC ROCKS**
MAGIC ROCKS — Colourful large pellets. "Plant" them with the magic solution using the planting tweezers. They will grow within a short time. Terrific for underwater effects. No. 1022 . . . . . . . . . Only $1.00



**WHOOPEE CUSHION**
Place this under any cushion. Gives out a loud Bronx Cheer. Very embarrising but loads of laughs. No. 8010
Only .50



**SILVER SKULL RING**
Heavy Mexican silver ring with the raised face of skull and inlayed red ruby eyes. Feels good and looks real impressive. Adds heft to your hands.
No. 3019 . . . . . . . . . . . . $1.00



**GROW LIVE MONSTERS**
SCARIEST LIVING Sensation of the century. 2 Monsters in full colour. Comes complete with space astronomium and full accessory kit. Will grow green monster hair right before your eyes. Complete kit.
No. 8001 . . . . . . . . , Only $1.00

**SURPRISE PACKAGE**
If you are willing to take a chance, we guarantee you more than your moneys worth, filled with surprises. No. 8002. . .50



**BIKE SPEEDOMETER**
Now you can tell how fast you are going. Registers speeds up to 50 miles per hour. New built-in compass also shows in what direction you are travelling. Fits any bicycle. Attaches in seconds. No. 3017 . . . . . only 75c

**X-RAY-SPEX**
A wonderful illusion to fool your buddies. Put them on, now is that it really his skull you see inside his head? Prove to him you can see through anything. No. 7014 . . . . . . . . . . $1.00



**SILENT DOG WHISTLE**
This whistle can not be heard by any human, but your pet will hear it blocks away. Everyone will be amazed when he comes running as soon as he hears his own private whistle. No. 1009 Only $1.00



**FLY IN ICE**
A plastic ice cube that looks like the real thing, only with a fly inside. Just place this in someones drink when he isn't looking—ugh.
Only .45

**ELLBARR DIST. DEPT. G.K.20 Weston, Ont.**
RUSH ME THE ITEMS LISTED BELOW. If I am not 100% delighted, I may return any part of my purchase after the 10 day free trial for full refund.

| ITEM No. | NAME OF ITEM | HOW MANY | TOTAL PRICE |
|---|---|---|---|
| | | | |

☐ I enclose . . . . . . plus 15c postage and shipping in cash, cheque or money order.

NAME . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

ADDRESS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

STRANGE TALES is published by VISTA PUBLICATIONS, INC. OFFICE OF PUBLICATION: 625 MADISON AVENUE, NEW YORK, N. Y. 10022. SECOND-CLASS POSTAGE PAID AT NEW YORK, N. Y. and at MERIDEN, CONN. Published monthly. Copyright 1965 by VISTA PUBLICATIONS, INC. 625 Madison Avenue, New York, N. Y. 10022. Vol. 1, No. 141, FEBRUARY 1966 issue. Price 12c per copy. Subscription rate $1.75 and $2.25 Canada for 12 issues, including postage. Foreign subscription $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions appearing in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher.



2021MARVEL-0129857



2021MARVEL-0130098