# EXHIBIT 31H





2021MARVEL-0130101





STRANGE TALES is published by VISTA PUBLICATIONS, INC. OFFICE OF PUBLICATION: 625 MADISON AVENUE, NEW YORK, N. Y. 10022. SECOND-CLASS POSTAGE PAID AT NEW YORK, N. Y. and at MERIDEN, CONN. Published monthly. Copyright 1966 by VISTA PUBLICATIONS, INC. 625 Madison Avenue, New York, N. Y. 10022. Vol. 1, No. 143, APRIL 1966 issue. Price 12¢ per copy. Subscription rate $1.75 and $2.25 Canada for 12 issues, including postage. Foreign subscription $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions appearing in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher.





# EXCLUSIVE FUN PRODUCTS BY MAIL

## THRILLS & CHILLS AWAIT YOU WHEN YOU SEE 7 AMAZING PLANT CREATURES COME TO LIFE!

## GROW 7 MONSTERS



7 Giant Monsters in full, glowing color, grow fantastic plant "hair" alive before your eyes! Each grows up to several months! Makes an incredible live "Science Project" for home or school. Fun to watch. Order now and get deluxe accessory kit with planting wand, observation lens, extra large supply of Guaranteed Live "Monster Hair" seeds, Complete with 7 Monsters and Full Instructions. No. 3127 .......... $1.00
plus 25¢ postage

**ALL 7 FOR ONLY $1.00**



**MINIATURE SPY CAMERA**
Precision built camera that is so amazingly small it is less than ½ the size of a regular back of cigarettes. Weighs only 2½ ounces with eyelevel view finder and time exposure shutter. Takes 10 pictures per roll. Compact, it can be hidden anywhere. With FREE roll of film. No. 5024 .... $1.00
6 Rolls Film ........ 79¢



**JOY BUZZER**
Shake hands and watch your friend jump 6 feet high. Completely harmless. No. 7005 ..... 50¢



**LOUD NOSE BLOWER**
Blow your nose and it will sound like the roof caved in. Fits right in your handkerchief out of sight.
No. 6018 .... only 20¢



**SURPRISE PACKAGE**
If you are willing to take a chance, we guarantee you more than your moneys worth, filled with surprises.
No. 8002 ............ 50¢



**TRICK BASEBALL**
It bounces cockeyed, it curves, it dips, it's impossible to catch. It's sure to set all the kids on the block chasing after it. There's a barrel of fun in every bounce of this amazing baseball.
No. 4020 ............ 50¢

**X-RAY-SPEX**
A wonderful illusion to fool your buddies. Put them on, now is that really his skull you see inside his head? Prove to him you can see through anything.
No. 7014 ....................... $1.00

**WHOOPEE CUSHION**
Place this under any cushion. Gives out a load Bronx Cheer. Very embarrassing but loads of laughs.
No. 8010 .. Only 50¢

**THROW YOUR VOICE**
Throw your voice into trunks, behind doors, everywhere. Instrument fits in your mouth and out of sight. Fool teacher, friends and family. Free book on "How to Become a Ventriloquist."
No. 9025 ...... 25¢





**DEVILS RING**
Heavy silver ring with the raised face of the Devil. Inlaid bright red ruby eyes. Looks real impressive.
No. 1026 ......... 50¢



ELLBARR DIST. Dept. G.K. 23 Box 47, Northridge, Calif.
RUSH ME THE ITEMS LISTED BELOW. If I am not 100% delighted, I may return any part of my purchase after the 10 day free trial for full refund.

| ITEM No. | NAME OF ITEM | HOW MANY | TOTAL PRICE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

☐ I enclose ....... plus 15¢ postage and shipping in cash, cheque or money order.

NAME ..................................................
ADDRESS .............................................

STRANGE TALES is published by VISTA PUBLICATIONS, INC. OFFICE OF PUBLICATION: 625 MADISON AVENUE, NEW YORK, N. Y. 10022. SECOND-CLASS POSTAGE PAID AT NEW YORK, N. Y. and at MERIDEN, CONN. Published monthly. Copyright 1966 by VISTA PUBLICATIONS, INC. 625 Madison Avenue, New York, N. Y. 10022. Vol. 1, No. 144, MAY 1966 issue. Price 12¢ per copy. Subscription rate $1.75 and $2.25 Canada for 12 issues, including postage. Foreign subscription $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions appearing in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher.

# Dr. STRANGE, MASTER OF THE MYSTIC ARTS!

## "WHERE MAN HATH NEVER TROD!"

"Observe and *tremble*, insolent mortal! See the fate of the female who rescued you once before -- and know that *you* are responsible for what awaits her!"

"Dormammu speaks the *truth*... for it was by aiding *me* that the girl incurred his anger! Now it is *I* who must rescue *her*!"

"And yet, I am *helpless* -- for I could not reach her side in time to save her from the fury of my malevolent foe!*"

*In case this scene looks a bit *familiar* to you, be it known that, thru the generosity of *magnanimous marvel*, you are reliving that dramatic moment when an enraged *Dormammu*, thwarted in his attempt to destroy Dr. Strange, turns his rampaging wrath on the mysterious silver-haired girl, who has befriended the master of the mystic arts, as related in *Strange Tales* #141 -- or was it #142?
...Forgetful Stan

| EDITED WITH PERSPICACITY BY: STAN LEE | WRITTEN WITH PRECOCITY BY: ROY THOMAS | PLOTTED AND ILLUSTRATED WITH PROFUNDITY BY: STEVE DITKO | LETTERED WITH THE WINDOWS CLOSED BY: ARTIE SIMEK |

2021MARVEL-0129865



# EXCLUSIVE FUN PRODUCTS BY MAIL

## GROW 7 MONSTERS

**THRILLS & CHILLS AWAIT YOU WHEN YOU SEE 7 AMAZING PLANT CREATURES COME TO LIFE!**



7 Giant Monsters in full, glowing color, grow fantastic plant "hair" alive before your eyes! Each grows up to several months! Makes an incredible live "Science Project" for home or school. Fun to watch. Order now and get deluxe accessory kit with planting wand, observation lens, extra large supply of Guaranteed Live "Monster Hair" seeds, Complete with 7 Monsters and Full Instructions. **No. 3127** .............. **$1.00** plus 25¢ postage

**ALL 7 FOR ONLY $1.00**



**MINIATURE SPY CAMERA**
Precision built camera that is so amazingly small it is less than ½ the size of a regular back of cigarettes. Weighs only 2½ ounces with eyelevel view finder and time exposure shutter. Takes 10 pictures per roll. Compact, it can be hidden anywhere. With FREE roll of film. **No. 5024** ..... **$1.00**
6 Rolls Film ........ 79¢



**JOY BUZZER**
Shake hands and watch your friend jump 6 feet high. Completely harmless. **No. 7005** ..... 50¢



**LOUD NOSE BLOWER**
Blow your nose and it will sound like the roof caved in. Fits right in your handkerchief out of sight. **No. 6018** .... only 20¢

**SURPRISE PACKAGE**
If you are willing to take a chance, we guarantee you more than your moneys worth, filled with surprises. **No. 8002** ........... 50¢



**TRICK BASEBALL**
It bounces cockeyed, it curves, it dips, it's impossible to catch. It's sure to set all the kids on the block chasing after it. There's a barrel of fun in every bounce of this amazing baseball. **No. 4020** .......... 50¢



**X-RAY-SPEX**
A wonderful illusion to fool your buddies. Put them on, now is that really his skull you see inside his head? Prove to him you can see through anything. **No. 7014** ............................ $1.00

**WHOOPEE CUSHION**
Place this under any cushion. Gives out a load Bronx Cheer. Very embarrassing but loads of laughs. **No. 8010** .. Only 50¢



**THROW YOUR VOICE**
Throw your voice into trunks, behind doors, everywhere. Instrument fits in your mouth and out of sight. Fool teacher, friends and family. Free book on "How to Become a Ventriloquist." **No. 9025** ..... 25¢





**DEVILS RING**
Heavy silver ring with the raised face of the Devil. Inlaid bright red ruby eyes. Looks real impressive. **No. 1026** ......... 50¢

**ELLBARR DIST. Dept. G.K. 23 Box 47, Northridge, Calif.**
RUSH ME THE ITEMS LISTED BELOW. If I am not 100% delighted, I may return any part of my purchase after the 10 day free trial for full refund.

| ITEM No. | NAME OF ITEM | HOW MANY | TOTAL PRICE |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

☐ I enclose ....... plus 15c postage and shipping in cash, cheque or money order.

NAME ........................................
ADDRESS ....................................

STRANGE TALES is published by VISTA PUBLICATIONS, INC. OFFICE OF PUBLICATION: 625 MADISON AVENUE, NEW YORK, N. Y. 10022. SECOND CLASS MAIL PRIVILEGES AUTHORIZED AT NEW YORK, N.Y. ADDITIONAL ENTRY AT MERIDEN, CONN. Published monthly. Copyright 1966 by VISTA PUBLICATIONS, INC. 625 Madison Avenue, New York, N. Y. 10022. Vol. 1, No. 145, JUNE 1966 issue. Price 12¢ per copy. Subscription rate $1.75 and $2.25 Canada for 12 issues, including postage. Foreign subscription $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions appearing in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher.

2021MARVEL-0129867



2021MARVEL-0129869



















Full-page advertisement: "TREASURE CHEST OF FUN" — Honor House Prod. Corp., Lynbrook, N.Y. Items include Throw Your Voice (No. 137, 25¢), Silent Dog Whistle (No. 701, $1.00), Jack Pot Bank (No. 2060, $1.98), Magic Cards (No. 183, $1.98), Surprise Package (No. 678, 50¢), Amazing Miniature Radio (No. 044, $2.98), You, Too, Can Be Tough — Jiu Jitsu (No. 224, $1.00), See Behind Glasses (No. 30, 75¢), Monster Size Monsters (No. F17, $1.00), Worms (No. 612, 15¢), Whoopee Cushion (No. 247, 50¢), Joy Buzzer (No. 239, 50¢), X-Ray Specs (No. FL7, $1.00), Miniature Secret Camera (No. 788, $1.00; 6 Rolls Film 79¢), Onion Gum (No. 281, 20¢), Trick Baseball (No. 158, 50¢), Secret Spy Scope (Item No. F59, $2.98), Trick Black Soap (No. 575, 25¢).

STRANGE TALES is published by VISTA PUBLICATIONS, INC. OFFICE OF PUBLICATION: 625 MADISON AVENUE, NEW YORK, N. Y. 10022. SECOND CLASS MAIL PRIVILEGES AUTHORIZED AT NEW YORK, N.Y. ADDITIONAL ENTRY AT MERIDEN, CONN. Published monthly. Copyright 1966 by VISTA PUBLICATIONS, INC. 625 Madison Avenue, New York, N. Y. 10022. Vol. 1, No. 146, JULY 1966 issue. Price 12¢ per copy. Subscription rate $1.75 and $2.25 Canada for 12 issues, including postage. Foreign subscription $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions appearing in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher.



2021MARVEL-0129873


2021MARVEL-0129874















Full-page advertisement: "Treasure Chest of Fun" from Honor House Prod. Corp., Lynbrook, N.Y. — novelty items including Throw Your Voice, Silent Dog Whistle, Jack Pot Bank, Magic Cards, Surprise Package, Amazing Miniature Radio, Jiu Jitsu book, See Behind Glasses, Monster Size Monsters, Worms, Whoopee Cushion, Joy Buzzer, X-Ray Specs, Miniature Secret Camera, Onion Gum, Trick Baseball, Secret Spy Scope, Trick Black Soap.

STRANGE TALES is published by VISTA PUBLICATIONS, INC. OFFICE OF PUBLICATION: 625 MADISON AVENUE, NEW YORK, N.Y. 10022. SECOND CLASS MAIL PRIVILEGES AUTHORIZED AT NEW YORK, N.Y. ADDITIONAL ENTRY AT MERIDEN, CONN. Published monthly. Copyright 1966 by VISTA PUBLICATIONS, INC. 625 Madison Avenue, New York, N.Y. 10022. Vol. 1, No. 147, AUGUST 1966 issue. Price 12¢ per copy. Subscription rate $1.75 and $2.25 Canada for 12 issues, including postage. Foreign subscription $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions appearing in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher.

