# EXHIBIT 32



Steve Ditko

STRANGE TALES
APPROVED BY THE COMICS CODE AUTHORITY
IND.
123 AUG.
MARVEL COMICS GROUP 12¢
HE FLIES! HE FIGHTS! HE'S OUR NEWEST VILLAIN...
The BEETLE!
WAIT TILL YOU SEE HIM, IN ACTION AGAINST the HUMAN TORCH!
HEY! LOOK WHO'S MENACING Dr. STRANGE!
THAT'S RIGHT! IT'S NONE OTHER THAN THOR'S MOST DANGEROUS ENEMY, THE EVER-LOVIN' LOKI!
GUEST STARRING: the one and only THING
in LIVING COLOR
AND, WITH LOKI NEARBY, CAN THOR BE FAR BEHIND?

2021MARVEL-0003617

Dr. STRANGE MASTER OF THE MYSTIC ARTS
"THE CHALLENGE OF LOKI!"
WRITTEN BY: STAN (MIRACLE MAN) LEE
ILLUSTRATED BY: STEVE (MARVEL MAN) DITKO
INKED BY: GEORGE (MYSTICAL MAN) BELL
LETTERED BY: ART (MAGICAL MAN) SIMEK
EXTRA BONUS ATTRACTION! THE GUEST STAR OF THIS TALE IS...
THE MIGHTY THOR
DRAWN IN THE SOMEWHAT DIFFERENT DITKO-STYLE!
(IN FACT, IT'S SO BLAMED DIFFERENT, WE'RE TRYING TO HIDE IT FROM JOLLY JACK KIRBY!)
X-715
1

Steve Ditko

EVEN WHEN HE RESTS, THE MYSTERIOUS DR. STRANGE PRACTICES HIS MYSTIC ARTS... AS HE IS DOING NOW, IN THE SILENT PRIVACY OF HIS GREENWICH VILLAGE RETREAT...
THE ART OF LEVITATION IS BUT ONE OF MANY I MUST MASTER IN ORDER TO BE WORTHY OF MY CALLING!

BUT, LITTLE DOES DR. STRANGE SUSPECT THAT SINISTER EYES ARE WATCHING HIM FROM AN UNIMAGIN-ABLE DISTANCE AWAY... FROM THE LEGENDARY LAND OF ASGARD, HOME OF THE FABLED NORSE GODS!
HAH! I HAVE FOUND HIM! HE IS THE ONE MAN WHO CAN HELP ME TO DEFEAT MY DESPISED ARCH-ENEMY, THOR, THE THUNDER GOD!

THOUGH I AM COMPELLED TO REMAIN A PRISONER HERE IN ASGARD, BY DIRECT COMMAND OF ODIN HIMSELF, I SHALL STILL FIND A WAY TO ACHIEVE MY AIM!

"I SHALL DECEIVE DR. STRANGE! AFTER ALL, HE IS MERELY A HUMAN, WHILE I AM LOKI, GOD OF MISCHIEF, PRINCE OF EVIL! I SHALL TRICK DR. STRANGE INTO STEALING THOR'S ACCURSED HAMMER-- THUS, ODIN WILL NEVER KNOW THAT I AM THE REAL CULPRIT!"

IT IS A SIMPLE MATTER FOR ME TO SEND A SPIRIT TYPE BODY TO EARTH, IN ORDER TO COMMUNICATE WITH THE UNWITTING MORTAL WHO SHALL SOON SERVE ME!

AND SO IT COMES TO PASS THAT A STARTLING FIGURE SUDDENLY APPEARS BEFORE THE MASTER OF THE MYSTIC ARTS...
I AM LOKI!! THE EVIL THOR HAS PUT ME IN CHAINS AS YOU CAN SEE! I NEED YOUR HELP, MORTAL ONE!
2

95

2021MARVEL-0003619




Steve Ditko

THOR? BUT--I THOUGHT THAT HE FOUGHT ONLY FOR RIGHT AND JUSTICE!
NO! HE HAS DECEIVED THE HUMAN RACE, EVEN AS HE NOW DECEIVES HIS FATHER, ODIN! HE PLANS TO CONQUER MANKIND--AND HE CHAINED ME THUS WHEN I TRIED TO COME TO EARTH TO WARN HUMANITY!

BUT I ESCAPED, AND I CAME TO YOU--THE ONE HUMAN WHO MIGHT BELIEVE--WHO MIGHT HELP!
LET ME SEE WHAT MY MAGIC AMULET REVEALS! AHH--I CAN FEEL THE EVIL FORCE OF THOSE CHAINS! THEY WILL NOT BREAK!
GOOD! HE DOESN'T SUSPECT THAT THE EVIL HE SENSES IS IN MY HEART!
HERE! I HAVE CARRIED THIS FOR AGES! IT IS A SLIVER FROM THE LEATHER THONG WHICH DANGLES FROM HIS HAMMER!
GOOD! THAT IS ALL I NEED IN ORDER TO CAST A SPELL!
IN THE NAME OF THE DREAD DORMAMMU... BY THE POWER OF THE DEATHLESS VISHANTI... I CALL UPON THE HOSTS OF HOGGOTH! HEED THE WORDS OF THY MORTAL SERVANT!
3

ONLY THOR'S ENCHANTED HAMMER CAN SET ME FREE! YOU ARE MY LAST HOPE! CAN YOU GET HIS HAMMER FOR ME?
MY SPELLS WILL NOT WORK AGAINST SO ALIEN AN OBJECT! IF ONLY I HAD SOMETHING MADE OF THE SAME MATERIAL...

I KNEW IT! I KNEW IT WOULD BE EASY TO DECEIVE HIM! MORTALS ARE ALL ALIKE--SO TRUSTING--SO UNUSED TO DEALING WITH ONE WHO IS THOROUGHLY EVIL!
I CAN SENSE THAT THERE IS MORE TO LOKI'S STORY THAN HE HAS TOLD! BUT, I SHALL SEE WHAT HAPPENS NEXT...

96

2021MARVEL-0003620

SECONDS LATER, AN ETHEREAL HAND APPEARS FROM A SHADOWY DIMENSION WHOSE LOCATION WE CAN'T EVEN BEGIN TO IMAGINE!

SLOWLY, MYSTICALLY, THE HAND TURNS INTO A DIAMOND-HARD METALLIC SUBSTANCE, MOVING UNDER THE MENTAL CONTROL OF THE UNCANNY DR. STRANGE...
HE'S DONE IT! THAT HAND WILL GET THE HAMMER FOR ME!

WHILE MILES AWAY, THE MIGHTY THUNDER GOD RETURNS FROM A MISSION ON BEHALF OF THE WORLD-FAMOUS AVENGERS!

THEN, SUDDENLY...
WHAT EVIL WIZARDRY IS THIS??!
A HAND FROM NOWHERE-- SEIZING MY ENCHANTED MALLET!!

WHILE LOKI VIEWS THE SCENE BY SUPERNATURAL MEANS OF HIS OWN...
I CANNOT FLY WITHOUT MY HAMMER!
A DOUBLE VICTORY FOR ME! THE HAMMER WILL BE MINE-- AND THOR IS DOOMED!

ARMED WITH THE HAMMER OF THOR, AND WITH MY OWN POWERS, EARTH WILL BE MINE TO RULE!! AND THEN, SOME DAY, PERHAPS ASGARD, TOO!
4

MEANTIME, DR. STRANGE MAKES A VITAL DISCOVERY...
THE SLIVER FROM THOR'S HAMMER REGISTERS NO EVIL IN THE LIGHT OF MY AMULET! THAT MEANS THE EVIL CAME FROM LOKI-- NOT FROM THOR!

BEHOLD, DOOMED MORTAL! SEE HOW I CREATE A FORCE OF UNEARTHLY ENERGY BY USING THE VIBRATING IONS AT THE END OF MY HORNS!!

ALL I NEED DO IS DIRECT THE NEWLY-FORMED ENERGY BANDS TO SURROUND YOU-- TO TRAP YOU WITHIN THEIR SHIMMERING SURFACE!!
HE'S CREATED A FANTASTIC CAGE-- ALMOST OUT OF THIN AIR!

IT GROWS TIGHTER AND TIGHTER! BUT, THE LIGHT OF MY AMULET SHALL BATHE IT WITH THE BURNING BEAM OF RIGHTEOUSNESS!

NOW--LET MY AMULET'S BEAM GLOW EVEN BRIGHTER-- LET IT GO FORTH TO THE LIMIT OF ITS POWER--AT THE COMMAND OF DR. STRANGE!!!

LOKI'S CAGE IS SHATTERED!! I KNEW THAT NO CREATION OF EVIL COULD WITHSTAND THE LIGHT OF MY CHARMED AMULET!!
BLAST YOU, MORTAL! I'LL GET YOU YET!

YOU ARE WELCOME TO TRY, EVIL ONE! PROVIDED YOU CAN TELL WHICH OF US IS THE LIVING DR. STRANGE!
BAH! YOU THINK TO FOIL LOKI WITH SO SIMPLE AN ILLUSION??

I NEED NOT FIND THE REAL FIGURE OF YOU! I'VE POWER ENOUGH TO DESTROY ALL AT ONCE!
THERE! WHAT DOES IT MATTER WHICH OF YOU IS GENUINE?? I'VE JUST DEFEATED ALL OF YOU!
6

Steve Ditko

LOKI IS SO SURE OF HIMSELF--SO OVERCONFIDENT, THAT IT NEVER OCCURRED TO HIM NONE OF THOSE FIGURES WERE REALLY ME! HE DOESN'T SUSPECT THAT I'M NEXT DOOR--REVERTING TO MY ECTOPLASMIC FORM...

NOW I MUST MOVE QUICKLY! ONLY WITH UNEXPECTED SPEED CAN I HOPE TO DEFEAT SO AWESOME A FOE!

ALL THE FIGURES HAVE FADED AWAY!! BUT--BUT HOW CAN THAT BE? WHICH WAS THE REAL DR. STRANGE??
LOOK BEHIND YOU, EVIL ONE! THE BATTLE HAS BEEN LOST!

YOU! BUT--HOW--??
NOW--WHILE I CAN SEE HIS EYES!
HAMMER OF THOR, RETURN TO YOUR MASTER! THOUGH HE WAS FALLING, YOU TRAVEL FASTER!

NO SOONER ARE THE DRAMATIC WORDS UTTERED, THAN THE IRON GLOVE FADES INTO THE NOTHINGNESS FROM WHENCE IT HAD COME...

...AND TIME SPINS BACK, BACK, BACK... UNTIL, BEFORE THOR'S FALL IS FINISHED...
MY HAMMER HAS RETURNED!!

ONLY A FORM OF ENCHANTMENT COULD HAVE WRESTED IT FROM ME! BUT NOW, BY THE MAGIC URU POWER IT CONTAINS, IT WILL LEAD ME TO THE SOURCE OF THAT ENCHANTMENT!
7

100

2021MARVEL-0003624
















Steve Ditko

THOR HAS REGAINED HIS HAMMER!! HE IS COMING THIS WAY!!

AT THAT MOMENT, DR. STRANGE, IN HIS PHYSICAL FORM ONCE MORE, PICKS UP A MYSTERIOUS MANY-FACETED GEM, AND...
EVEN AN IMMORTAL CANNOT ESCAPE FROM THE LURE OF THE PURPLE DIMENSION!* SURRENDER, LOKI, OR REMAIN TRAPPED FOREVER!
* SEE "BEYOND THE PURPLE VEIL" STRANGE TALES #119--EDITOR.

STILL YOU UNDERESTIMATE ME! I AM NO ORDINARY NON-HUMAN!! I AM LOKI, SON OF ODIN!! HALF-BROTHER TO THOR!! MY POWER IS THE POWER OF THE UNIVERSE!

HE'S RIGHT! I WAS A FOOL! DESPITE MY MASTERY OF THE MYSTIC ARTS, I'M STILL A MORTAL-- WHILE HE-- HE IS FAR, FAR MORE!!
ONLY THE POWER OF MY AMULET CAN SHIELD ME NOW! BUT--FOR HOW LONG??

EVEN THE SUPERNATURAL POWER OF MY ENCHANTED AMULET IS NOT LIMITLESS!!
HIS ATTACK IS GROWING STRONGER!! HIS POWER IS BEYOND HUMAN COMPREHENSION!!
HERE ON EARTH, IN MY SPIRIT FORM, I CAN USE ONLY A FRACTION OF MY TRUE STRENGTH! BUT IT WILL STILL BE ENOUGH TO EASILY DESTROY A MERE HUMAN!

CAN'T HOLD OUT MUCH LONGER! THE EDGES OF MY PROTECTIVE SHIELD ARE BEGINNING TO CRACK! ONCE IT CRUMBLES, I'M FINISHED!
8

101

2021MARVEL-0003625







Steve Ditko

AND NOW, A MIND-SHATTERING FINAL BLAST WILL END THIS ONE-SIDED LITTLE ENCOUNTER FOREVER!
OH, ANCIENT ONE-- I REGRET THAT I HAVE FAILED YOU! ALL YOUR YEARS OF TEACHING ARE TO BE WASTED! FORGIVE ME, VENERABLE MASTER!
THAT STREAK IN THE SKY-- IT'S THOR!! HE MUST NOT FIND ME HERE!

MUST RETURN TO ASGARD!!-- MADE IT!! WITH MICRO-SECONDS TO SPARE!! BUT, SOME DAY DR. STRANGE WILL PAY FOR FRUSTRATING MY PLAN! LOKI NEVER FORGETS!

SUDDENLY, MY URU HAMMER TINGLES NO MORE! WHAT-EVER DANGER HAS BEEN HERE IS NOW GONE!
PERHAPS I SHALL NEVER KNOW WHAT REALLY TRANSPIRED-- BUT I FEEL THAT SOME DAY I WILL LEARN THE TRUTH!

AND, ALONE ONCE MORE INSIDE HIS SHADOWY DWELLING, DR. STRANGE SLOWLY WAITS FOR THE STRENGTH TO RETURN TO HIS EXHAUSTED BODY...
IT IS OVER! BUT NEVER HAVE I BEEN SO CLOSE TO DEFEAT-- NEVER HAVE I FACED AN ENEMY WHO WAS SO THOROUGHLY RUTHLESS-- SO INCREDIBLY POWERFUL!

AND YET, SOME OMNIPOTENT POWER HAS SO ARRANGED THE UNIVERSE THAT GOOD MUST ALWAYS PREVAIL! FOR EVERY MIGHTY VILLAIN, THERE IS A MIGHTIER HERO! FOR EVERY MENACING ENEMY OF MANKIND, THERE IS A FIGHTING AVENGER!
NATURALLY, THOR APPEARS IN HIS OWN MAGAZINE, AS WELL AS BEING FEATURED IN THE AVENGERS! AS FOR LOKI, HE'LL POP UP AGAIN, BUT YOU KNOW US-- IT'LL BE WHEN YOU LEAST EXPECT IT! AND OF COURSE, DR. STRANGE WILL BE BACK IN NEXT MONTH'S STRANGE TALES JUST AS SURE AS EVERY LITTLE HOGGOTH GROWS UP TO BE A DEATHLESS VISHANTI!
9
The END

102

2021MARVEL-0003626