# EXHIBIT 33



2021MARVEL-0003514













THE NEXT MORNING, ON A QUIET SIDE STREET IN NEW YORK'S COLORFUL GREENWICH VILLAGE...
I'M HERE TO SEE DR. STRANGE! HE DOESN'T KNOW ME, BUT---
DOCTOR STRANGE KNOWS ALL! ENTER!
SUDDENLY, A TALL, BROODING FIGURE APPEARS, WEARING A STRIKING AMULET AT HIS THROAT! THE COLD GREY EYES OF DR. STRANGE SEEM TO PIERCE THE MIST OF THE ROOM LIKE A KNIFE!
I-I HAD TO COME! I'M IN TROUBLE!
NATURALLY! ALL WHO COME TO ME ARE! SPEAK...
IT'S MY DREAMS! EVERY NIGHT I HAVE THE SAME DREAM---OVER AND OVER!! IT'S TERRIBLE! I CAN'T STAND IT!
CONTINUE...
IT'S ALWAYS THE SAME! A HAUNTING FIGURE, BOUND IN CHAINS APPEARS... IT STARES AT ME! IT NEVER STOPS! NEVER!
ENOUGH!
TONIGHT I SHALL VISIT YOU! I SHALL FIND THE ANSWER TO YOUR DREAM! NOW GO!
BUT HOW?? HOW WILL YOU DO IT?
...BY ENTERING YOUR DREAM!!!
!?!
LATER, ALONE IN HIS ROOM, DR. STRANGE SITS SILENTLY IN FRONT OF AN ANCIENT INCENSE BURNER, AS HIS PHYSICAL BODY GOES INTO AN EERIE TRANCE...
IT IS TIME FOR ME TO VISIT THE MASTER, FROM WHOM ALL MY POWERS STEM...
LIKE A FLEETING GHOST, HIS METAPHYSICAL SPIRIT LEAVES HIS MOTIONLESS BODY AND DRIFTS AWAY...
...BEING WITHOUT FORM OR SUBSTANCE, NOTHING CAN IMPEDE ITS FLIGHT! IT DRIFTS EFFORTLESSLY THRU THE BUILDING WALL..
...HIGH INTO THE SKY... ACROSS THE VAST OCEAN ...ACROSS THE CONTINENTS... CONQUERING ALL OF TIME AND SPACE IN ITS SILENT FLIGHT...
2.











2021MARVEL-0003517











I AM THE SYMBOL OF EVIL! THE EVIL HE HAS DONE! THAT IS WHY I AM CHAINED SO! IF YOU DO NOT BELIEVE---ASK MR. CRANG!
SUDDENLY, ANOTHER FORM APPEARS---FAR MORE MENACING THAN THE FIRST!
SO! IT IS DR. STRANGE! YOU HAVE ENTERED THE DIMENSION OF DREAMS FOR THE LAST TIME! NEVER AGAIN SHALL YOU THWART ME!
NIGHTMARE---MY ANCIENT FOE!
YOU KNOW THE RULES OF SORCERY, DR. STRANGE! THOSE WHO ENTER A HOSTILE DIMENSION MUST BE PREPARED TO PAY FOR IT---WITH THEIR LIVES!
MEANWHILE, IN THE SEMI-DARK BEDROOM, THE SLEEPER AWAKES!
HE MENTIONED MR. CRANG! SO THAT'S WHAT IT'S ALL ABOUT! THERE'S DR. STRANGE! HE MUST HAVE HEARD IT ALL!
HE IS IN A TRANCE---HELPLESS! IT'S JUST AS WELL! HE MUSTN'T BE ALLOWED TO LIVE WITH WHAT HE HAS LEARNED!
BEHOLD, DR. STRANGE---YOU MAY WITNESS YOUR OWN DESTRUCTION! YOUR MORTAL BODY IS UNPROTECTED---ITS LIFE IS ABOUT TO BE SNUFFED OUT!
NOTHING CAN SAVE YOU NOW!
THERE IS YET ONE WHO CAN! MASTER! HEAR ME! I NEED THEE, MASTER!!
AND, ACROSS THE LIMITLESS VOID OF TIME AND SPACE, TWO ANCIENT EARS HEAR THE DESPERATE CRY OF DR. STRANGE!
HE CALLS!
THERE IS ONLY ONE WAY TO HELP HIM---THRU THE ENCHANTED AMULET! I MUST CONCENTRATE----CONCENTRATE---
4.

AND, HALFWAY ACROSS THE WORLD, THE MYSTERIOUS GOLD AMULET ON DR. STRANGE'S CHEST BEGINS TO GLOW----- BRIGHTER, EVER BRIGHTER...
...UNTIL IT SLOWLY OPENS, REVEALING A FANTASTIC METAL EYE WITHIN...
AN EYE SUCH AS NO MORTAL HAS EVER BEHELD ...SUCH AS NO MORTAL WOULD EVER WANT TO BEHOLD AGAIN!
AND SUDDENLY, FROM THAT UNBLINKING ORB, A BLINDING HYPNOTIC RAY SHOOTS OUT, FREEZING THE AMAZED HUMAN TO THE SPOT, AS HIS LIMBS GROW STRANGELY RIGID!
AND, IN THAT SPLIT-SECOND, TAKING ADVANTAGE OF THE SUDDEN INTERRUPTION, DR. STRANGE DARTS PAST HIS ENEMY IN THE DREAM DIMENSION...
I MADE IT! I'M SAFE IN MY OWN DIMENSION!
YOU'VE ELUDED ME THIS TIME, BUT I'LL GET YOU YET!
AND, AS THE AWESOME AMULET LOSES ITS BLINDING RADIANCE, THE METAPHYSICAL SPIRIT OF DR. STRANGE ONCE AGAIN ENTERS HIS EARTHLY BODY!
I SHALL RELIEVE YOU OF BOTH YOUR WEAPON, AND YOUR HYPNOTIC SPELL! NOW SPEAK-- AND SPEAK ONLY THE TRUTH, I COMMAND YOU!
IT'S OVER! YOU'RE STILL ALIVE! THAT MEANS I'VE LOST!
I WAS A FOOL TO COME TO YOU - I DIDN'T SUSPECT MY DREAMS WERE CAUSED BY THE MANY MEN I'D RUINED IN BUSINESS! CRANG WAS THE LAST OF THEM! I ROBBED HIM--- BUT HE COULDN'T PROVE IT! NOW---NOW I'LL CONFESS...
IT WILL BE THE ONLY WAY YOU CAN EVER SLEEP AGAIN!
NEXT ISSUE:
EXPLORE THE MYSTIC WORLD OF BLACK MAGIC ONCE AGAIN WITH DOCTOR STRANGE AS YOUR GUIDE!
-THE END-















