# EXHIBIT 34

Case 1:21-cv-07955-LAK    Document 76-49    Filed 05/19/23    Page 2 of 10



2021MARVEL-0003542



2021MARVEL-0003543

COME WITH US TO INDIA, LAND OF MYSTIC ENCHANTMENT, WHERE WE FIND A HAGGARD FIGURE ENTERING A STRANGELY SILENT CHAMBER...
I'VE SEARCHED FOR MONTHS, BUT NOW AT LAST MY QUEST IS ENDED!
YOU! OLD MAN! ARE YOU THE ONE I SEEK? ARE YOU CALLED "THE ANCIENT ONE"?
I AM THE ANCIENT ONE!
THEN YOU'RE THE ONE WITH THE MAGIC HEALING POWER! I NEED YOU! YOU HAVE TO HELP ME!
BE PATIENT, MAN OF THE WESTERN WORLD!
I HEAL NONE SAVE THOSE WHO DESERVE IT! THE POWER OF MY MAGIC MUST NEVER BE WASTED ON THE UNDESERVING! FIRST, YOU MUST PROVE YOU ARE WORTHY!
YOU CAN'T REFUSE ME! I WON'T LET YOU! I'VE TRAVELLED TOO FAR...WAITED TOO LONG...
STOP! I WILL PERMIT NO ACT OF VIOLENCE HERE! NONE MAY LIFT A HAND AGAINST THE ANCIENT ONE!
OH!! WHA--?
HE...HE IS HOLDING ME MOTIONLESS ABOVE THE GROUND... JUST BY A GESTURE! IT'S UNCANNY!
AND NOW I SHALL PEER INTO YOUR BRAIN ...INTO YOUR MEMORY... AND LEARN THE TRUTH ABOUT YOU!
I SEE YOU IN THE PAST...IN AMERICA...YOU ARE WEARING THE FROCK OF A DOCTOR! AHH, YOU WERE A FAMOUS SURGEON NAMED STEPHEN STRANGE!
"YOU WERE PROUD, HAUGHTY, SUCCESSFUL! BUT, YOU CARED LITTLE FOR YOUR FELLOW MEN..."
THE OPERATION WAS A SUCCESS, DOCTOR! YOUR PATIENT WANTS TO THANK YOU!
I CAN'T BE BOTHERED! JUST BE SURE HE PAYS HIS BILL!
"MONEY...THAT WAS ALL THAT INTERESTED YOU... ALL YOU CARED ABOUT..."
SORRY, IF YOU WON'T PAY MY PRICE, I CAN'T HELP YOU! FIND ANOTHER DOCTOR!
2.










**21**

2021MARVEL-0003545

THE ANCIENT ONE!! MANY TIMES IN THE PAST I, TOO, HAVE HEARD THIS NAME MENTIONED IN LOW WHISPERS! CAN IT BE THAT THERE IS SOME TRUTH TO THE LEGENDS? HISTORY TELLS US THERE HAVE BEEN MEN WITH CERTAIN POWERS... WHAT IF HE IS SUCH A MAN?
THE REST IS EASY TO DEDUCE! YOU SOUGHT ME, FOR MY HEALING POWER! BUT I CANNOT HELP YOU... FOR YOUR MOTIVES ARE STILL SELFISH!
AND YET, I SEEM TO SEE A SPARK WITHIN YOU... A SPARK OF DECENCY... OF GOODNESS.. WHICH I MIGHT BE ABLE TO FAN INTO A FLAME!
IF YOU WILL STAY HERE... STUDY WITH ME... PERHAPS YOU WILL FIND WITHIN YOURSELF THE CURE YOU SEEK!
I SHOULD HAVE KNOWN! IT WAS JUST A WASTE OF TIME! YOU'RE NOTHING BUT AN OLD FRAUD!
YOUR LITTLE PARLOR TRICKS DON'T IMPRESS ME! I'M LEAVING! SAY... WHERE DID THAT SNOW COME FROM? IT WASN'T THERE BEFORE!! I COULD NEVER MAKE IT DOWN THE PASS NOW!
NO!...YOU WILL HAVE TO REMAIN UNTIL IT THAWS!
THAT SNOW ISN'T YOUR DOING, IS IT?? AW, WHAT AM I SAYING? PRETTY SOON, I'LL CONVINCE MYSELF YOU DO HAVE MAGIC POWERS!
NATURALLY, MAN OF THE WESTERN WORLD, YOU MUST NOT ALLOW YOURSELF TO BELIEVE IN MAGIC! IT WOULD BE... UNSEEMLY!
AND, NOW, INASMUCH AS YOU MUST REMAIN HERE UNTIL THE SNOW THAWS, MY PUPIL, MORDO, WILL SHOW YOU TO YOUR CHAMBER!
MORDO! WHAT A CREEPY-LOOKING CHARACTER!
ALL HE DOES IS STUDY THOSE MEANINGLESS SCROLLS AND RECITE HIS EMPTY DIRGES! WHAT A WASTE OF TIME!
I NEVER SHOULD HAVE COME HERE IN THE FIRST PLACE!
I'LL ASK THE OLD MAN IF HE KNOWS HOW LONG IT TAKES THE SNOW TO MELT AROUND HERE! HMM... LOOKS LIKE HE'S ASLEEP! SAY, WHAT'S THAT VAPOR SWIRLING AROUND HIM?
THE VAPORS OF VALTORR!! I AM BEING ATTACKED BY AN UNSEEN ENEMY!
THE VAPORS WERE SPAWNED BY BLACK MAGIC, AND ONLY BY BLACK MAGIC CAN THEY BE DISPELLED!
4

















23

2021MARVEL-0003547

Steve Ditko



















24

2021MARVEL-0003548

LATER, AFTER MORDO HAS LEFT...
IT'S PROBABLY NOTHING MORE THAN SIMPLE HYPNOTISM!
I WON'T LET HIM STOP ME!
I'LL GO TO THE ANCIENT ONE AND... OWWW!! THOSE BOLTS OF PURE FORCE! THEY'RE TRAPPING ME!
IT WAS NO BLUFF! MORDO DOES POSSESS THE POWER OF BLACK MAGIC! BUT WHAT CAN I DO? I'VE GOT TO WARN THE ANCIENT ONE... GOT TO SAVE HIM... BUT HOW?
MORDO IS SPEAKING TO HIM NOW... AND THE ANCIENT ONE DOESN'T SUSPECT A THING!!
YOU HAVE SHOWN MUCH PROGRESS IN YOUR STUDIES, MY PUPIL! YOU HAVE MASTERED MANY OF THE MYSTIC ARTS!
THAT IS GOOD! FOR I AM EAGER TO FOLLOW IN YOUR HONORED FOOTSTEPS!
NO!! I'VE GOT TO WARN HIM!
LISTEN TO ME! I... UHH... OWW!
WHO DARES INTRUDE?
IT IS YOU! THE WITLESS BLUNDERER FROM THE FAR WESTERN CONTINENT! IF YOU HAVE WORDS TO UTTER, SPEAK!
HE KNOWS I CANNOT! HIS SPELL IS STOPPING ME!
SEND HIM BACK TO THE NEW WORLD, ANCIENT ONE! THERE IS NO PLACE FOR HIM HERE!
HOW SMUG HE IS! HE KNOWS I CANNOT EXPOSE HIM! NEVER HAVE I HATED ANYONE SO MUCH!
AND SO, ALONE AND HELPLESS, DR. STEPHEN STRANGE STANDS ...AND BROODS...
NOW AT LAST I SEE THE POWER OF SORCERY! I CANNOT GIVE UP! THE EVIL MORDO MUST NEVER BE ALLOWED TO DEFEAT THE ANCIENT ONE! FOR IF HE SHOULD, WHAT WOULD HAPPEN TO THE WORLD AS WE KNOW IT?
7



I AM ONLY SUBJECT TO MORDO'S SPELL IF I TRY TO *WARN* THE ANCIENT ONE! YET, I AM ABLE TO SPEAK OF *OTHER* MATTERS... SO THERE IS STILL ONE HOPE!

IF *I, TOO,* CAN LEARN THE SECRETS OF BLACK MAGIC, THEN *I* CAN BATTLE MORDO WITH HIS OWN WEAPONS!

ANCIENT ONE, I CRAVE A BOON! I WISH TO ACCEPT THE TERMS YOU OFFERED ME SOME DAYS AGO! I WISH TO STUDY AT YOUR FEET... TO BE TAUGHT YOUR KNOWLEDGE... TO PROVE MYSELF WORTHY OF THE MYSTIC ARTS!

AHH! AT LAST I HAVE REACHED THE *REAL* DR. STRANGE!



I KNEW THAT THERE WAS *GOOD* WITHIN YOU... IF I COULD BUT BRING IT TO THE SURFACE! I *ACCEPT* YOU, MY SON! YOU SHALL BE MY DISCIPLE!



FIRST, I RELEASE YOU FROM MORDO'S SPELL... *SO!* NOW YOU ARE FREE TO SPEAK, TO ACT, EVEN AS BEFORE!

YOU... YOU *KNEW* OF MORDO'S SPELL?!!



OF COURSE! THE PUPIL CAN HAVE NO SECRETS FROM HIS MASTER! BUT, ALTHOUGH HE IS EVIL, I PREFER TO KEEP MORDO *HERE* WHERE I CAN CONTROL HIM! ONE DAY, MY SON, WHEN I AM GONE, IT WILL BE *YOUR* TASK TO BATTLE MORDO... TO THE FINISH!



YOU HAVE BEEN TESTED, AND YOU HAVE PASSED YOUR BAPTISM OF FIRE! BUT THE PATH AHEAD OF YOU WILL BE DIFFICULT, AND FRAUGHT WITH DANGER! DO YOU STILL WISH TO CONTINUE?

I DO, ANCIENT ONE!





AND SO IT BEGAN! THE DAYS TURNED TO WEEKS, TO MONTHS, TO YEARS, AS DR. STRANGE STUDIED THE LONG-DEAD MYSTIC ARTS! SLOWLY HE CHANGED... SLOWLY HIS LIFE TOOK ON A NEW DEEPER MEANING... SLOWLY HE PREPARED HIMSELF FOR THE EPIC BATTLES AHEAD, THE BATTLES WHICH COULD ONLY BE WON BY DR. STRANGE, MASTER OF BLACK MAGIC!

AND THERE YOU HAVE IT! IT HAS TAKEN FOUR ISSUES FOR US TO REACH THIS POINT, BUT, LIKE DR. STRANGE, WE ARE READY AT LAST... READY TO BEGIN THE MOST MYSTIC ADVENTURES OF ALL TIME! SO BE SURE YOU ARE WITH US NEXT ISSUE AND SEE FOR YOURSELF THAT OUR TALES-TO-COME WERE WELL WORTH WAITING FOR!

The End

8

2021MARVEL-0003550