# EXHIBIT 37

Steve Ditko, Larry Lieber, Don Rico, Gene Colan



2021MARVEL-0075642

Steve Ditko, Larry Lieber, Don Rico, Gene Colan




Roy Thomas

75 YEARS of MARVEL from the GOLDEN AGE to the SILVER SCREEN

Edited and designed by Josh Baker



2021MARVEL-0075644

Steve Ditko, Larry Lieber, Don Rico, Gene Colan

**BOMBASTIC BULLPEN BULLETIN** Stamps, stains, and other signs of wear and tear mark many of the original comics and artworks reproduced in these pages. Great effort was made to present these historic artifacts as they now appear, giving readers a glimpse at what it might be like to hold one of these imperfect treasures in their hands. Also: Due to decades of oblique and ever-changing methods of crediting the artists and writers who brought the comics to life, it is in many cases impossible to be certain precisely who did what on each issue or story. Our panel of experts and editors used their collective years of knowledge to identify the major contributors behind each finished work, and to use a consistent methodology for identifying works across the decades. Readers wishing to know more about the practices employed in reproducing and identifying the works reproduced herein may peruse the editorial note on page 711 of this volume.



**FANTASTIC FOUR No. 10**
*(Above) Interior, "The Return of Dr. Doom!"; script, Stan Lee; pencils, Jack Kirby; inks, Dick Ayers; January 1963.* In tried-and-true comic book fashion, Lee and Kirby playfully inject themselves into their own stories, something each of them had been doing since the 1940s.

**JOURNEY INTO MYSTERY No. 94**
*(Below left) Cover; pencils, Jack Kirby; inks, Dick Ayers; July 1963.* This is the first cover — though certainly not the last — to include the phrase "The Marvel Age of Comics."



**MAKE MINE MARVEL**
*(Above) Promotional button, 1967.* Stan Lee first used this phrase in Marvel's "Bullpen Bulletins" page in June/July 1965. It became so popular that it was used on a button for Marvel's first fan club, the Merry Marvel Marching Society (M.M.M.S.).

**THE SAME INIMITABLE STYLE...**
*(Right) Sgt. Fury house ad; cover; pencils, Jack Kirby; inks, Dick Ayers lettering, Artie Simek; 1963.* Stan Lee put his promotional skills to work with bombastic slogans to encourage brand — and creative team — recognition.





**FABULOUS FLO!**
*(Below) Photograph, Flo Steinberg with Charlton Comics writer Dave Kaler, 1965.* The exuberant Steinberg was hired as Lee's secretary and "girl Friday," but her primary role was to respond to the ever-increasing piles of fan mail. She quickly became one of the company's more public faces, seen here representing Marvel at the second NY Comic-Con.



On the comics' letters pages (still more writing that he handled himself), Lee began referring to the artists, writers, letterers, and colorists as "the Bullpen," reviving the old 1940s–50s term. This, added to his and Kirby's fleeting cameos in the story in *Fantastic Four* No. 10 and his chatty prose style in text pages (leavened with such catchphrases as "'Nuff said!," "Face front!," and "Excelsior!") made it seem to fans as if Lee and his cohorts all sat around some Manhattan loft, having enormous fun as they turned out the comics. Readers came to feel they actually *knew* Lee and Kirby and Ditko and the rest. By now, the splash page credits had expanded to include inkers, even letterers, though not colorists.

By spring of 1963, Lee hired a full-time "corresponding secretary" — Flo Steinberg, a young and attractive one-time art history major, recently arrived from Boston. Sharing a small office with Brodsky, she handled the mail, interfaced with readers, and made certain that over-eager fans didn't storm the offices in search of Lee and the Bullpen gang. When Lee christened her "Fabulous Flo" in Marvel's text pages, she soon became nearly as well known as the super heroes.

### THE MARVEL AGE OF COMICS

His company was on a roll, and Martin Goodman knew it. Abruptly, the upper-left corners of some covers dated April 1963 and all with later dates sported the phrase "Marvel Comics." Though the name came (literally) out of left field to anyone who'd started reading comics after 1949, it gave the line an instant identity.

The word *Marvel* lent itself to alliterative epithets like "Make Mine Marvel!" *Journey into Mystery* No. 91 was the first adventure title whose cover carried the "Marvel Comics" imprimatur; three months later, a cover blurb on No. 94 proclaimed: "The Marvel Comics Group ushers in the Marvel Age of Comics!" Lee was making an audacious effort to differentiate the company's output from that of DC and Archie — not just in the more realistic, character-driven stories and in the more dynamic art, but in the way those stories, that art, were presented — and ballyhooed!

The first series to premiere under the new Marvel banner was, incongruously, a war mag. Lee, confident it was the new approach to characterization and action that was making the comics sell, made his publisher a wager that it would even sell a war comic, a genre whose last Timely specimen had been canceled in 1960. The result was *Sgt. Fury* — a series by Lee and Kirby set in World War II, usually called by its longer cover title, *Sgt. Fury and His Howling Commandos*. The seven Howlers battled the Nazis in escapist episodes seasoned with verbal sparring — with each other *and* with the enemy. Hoping to attract super hero fans, the cover proclaimed: "Another Big One from the Talented Team That Brings You the Famous 'Fantastic Four'!"

One intended and long-overdue milestone in the new series: one of the Commandos, Gabriel Jones, was an African American. Blacks had been all but invisible in American comics, except in menial roles, usually voicing primitive speech patterns. Actually, it turned out they were *still* invisible in 1963 to the firm that engraved the four-color plates from which *Sgt. Fury* No. 1 was printed. Even though Marvel colorist Stan Goldberg indicated gray skin tones for "Gabe," the plate-preparers decided that must be a mistake — so he wound up in print with the same pinkish flesh tones as the other Howlers. It took until issue No. 2, and a pointed written reminder to the engravers, before he was rendered correctly.

For *Strange Tales* No. 110 (July 1963), Steve Ditko conceived the five-page tale that introduced Dr. Strange, a costumed mystic; Lee provided dialogue and captions. A man is haunted in his dreams by a sinister, steed-riding entity whose very *name* is Nightmare, in a story much in the vein of the pair's *Amazing Adult Fantasy* shorts, but with a hero to bring everything to a resolution. Oddly, though, when Lee and Ditko gave Dr. Strange an origin in *Strange Tales* No. 115, it bore a distinct similarity to that of Lee and Kirby's Dr. Droom in *Amazing Adventures* No. 1, two years earlier. The once-haughty American surgeon Stephen Strange, his hands badly damaged in an auto accident, travels to the inscrutable East, hoping their skill can be restored by the mysterious Ancient One. Erelong, Strange becomes that aged mystic's new pupil and takes up a far nobler calling than high-society surgery: battling evil sorcery, including that of his mentor's treacherous earlier disciple, Baron Mordo.





**STRANGE TALES No. 110**
*(Above) Interior, "Dr. Strange, Master of Black Magic!"; script, Stan Lee; pencils and inks, Steve Ditko; July 1963.* Debuting as a filler, Dr. Strange was a most unusual hero. While earlier characters like Mandrake and Zatara — and even Marvel's Dr. Droom — were typical magicians, Ditko brought a palpable sense of menace to this strip, creating a world tinged with unseen forces.

**SGT. FURY No. 1**
*(Left) Interior, "Sgt. Fury and His Howling Commandos"; script, Stan Lee; pencils, Jack Kirby; inks, Dick Ayers; May 1963.* This issue introduces the Howling Commandos, a group of World War II soldiers led by Nick Fury and including Rebel Ralston, a southerner; Izzy Cohen, a Jew from Brooklyn; Dum Dum Dugan, an Irishman; Dino Manelli, an Italian; Junior Juniper, the youngest member; and Gabe Jones, the first African American to get a costarring role in a mainstream comic. The *Sgt. Fury* timeline begins about a year before D-Day (June 6, 1944).





**FANTASTIC FOUR No. 13**
*(Above) Interior, "...Versus the Red Ghost and His Indescribable Super Apes!"; script, Stan Lee; pencils, Jack Kirby; inks, Steve Ditko; February 1963. The Watcher—an incredibly powerful alien who lives on the moon and tracks all Earthly events—has pledged not to interfere. Give him time....*

**FANTASTIC FOUR No. 11**
*(Right) Interior, "A Visit with the Fantastic Four!"; script, Stan Lee; pencils, Jack Kirby; inks, Dick Ayers; February 1963. This story acknowledges the growing fan support for the comic while giving new readers a chance to catch up.*



*Fantastic Four* continued to innovate and to set the tone for the company. Lee and Kirby devoted half of one issue (No. 11) to "A Visit with the Fantastic Four": "the type of story most requested by your letters and postcards." On the dark side of the moon, in No. 13, the heroes encountered the Watcher, a toga-wearing giant whose cosmic duty was to observe the Earth without ever interfering. The summer of '63 saw the extra-size *Fantastic Four Annual* No. 1, in which the Sub-Mariner's undersea race invaded the surface world. It set a high mark for future specials and regular issues alike.

### IN UNION THERE IS STRENGTH

That same summer witnessed the launching of not one but two additional super hero groups. Goodman wanted, in essence, "another *Fantastic Four* and another *Spider-Man*," so Lee worked with Kirby on a series about a group of teenage mutants...and with newly returned Sub-Mariner creator Bill Everett.

The mutants concept brought together five teens whose parents had been affected by radiation while working on the Manhattan Project during World War II: Cyclops, whose eyes shoot laser beams...the winged, flying Angel...the Beast, super-agile of hands and feet...Iceman, a frozen echo of the Human Torch...and Marvel Girl, with telekinetic powers. At a private school in New York's Westchester County, older mutant Professor X (short for "Xavier") trains them for protection both of and *from* normal humans, and to combat vicious specimens of their own *homo superior* species. The sinister Magneto, introduced in the first issue, would soon assemble a Brotherhood of Evil Mutants, including the super-fast Quicksilver and his sister, the Scarlet Witch, who wields a "hex power." Lee wanted to call this comic *The Mutants*, but Goodman feared younger readers wouldn't know what mutants were. He did approve his editor's second suggestion—*X-Men*, for their "extra" powers—so Lee tactfully neglected to point out that *nobody* would know what "X-Men" meant.

Meanwhile, Lee and Everett created Matt Murdock, a youth rendered blind in an accident (radiation, again!) that heightens his four remaining senses—and gives him a "radar sense" that functions as a substitute for sight. These abilities, plus years of gym workouts, turn him into a lithe acrobat who, in adulthood, dons a costume to avenge the murder of his prizefighter father. Kirby, called in for advice on developing the character, seemed to have devised the gimmick-laden billy club that became the equivalent of Spider-Man's web-shooters.

Everett, however, fell behind in drawing the debut issue because he was moonlighting from his day job in the greeting card industry. To buy time, the new title was replaced on the schedule by a last-minute substitute, a series for which Lee and Kirby (surprise, surprise) threw together a *third* hero group, composed of all the Marvel stalwarts not already in teams except for loner Spider-Man and the brand-new Dr. Strange. *The Avengers* consisted of Thor, Iron Man, the (recently canceled) Hulk, and Ant-Man...plus the



**X-MEN No. 1**
*(Opposite) Cover; pencils, Jack Kirby; inks, Sol Brodsky; September 1963. Lee recounts telling Goodman, in an interview from the Archives of American Television: "'They're mutants. They were born that way. I don't have to explain anything.' [Goodman] said. 'Nobody is gonna know what a mutant is.'... So I said to him, 'Okay. Instead of* The Mutants *we're gonna call it* The X-Men.' *And he said, 'Yeah, that's a good name.' I thought to myself, 'If nobody is gonna know what a mutant is, how is anybody gonna know what an X-Man is?'"*

**DAREDEVIL No. 1**
*(Above) Cover; pencils, Jack Kirby; inks, Bill Everett. (Below) Interior; script, Stan Lee; pencils, Everett; inks, Everett, Steve Ditko, Sol Brodsky. April 1964. Matt Murdock joins the Marvel ranks of super heroes overcoming disabilities. After losing his vision, Murdock's other senses become super sensitive, allowing full awareness of the world around him.*







**TALES TO ASTONISH No. 49**
*(Left) Cover; pencils and inks, Don Heck; November 1963.* In response to disappointing sales, two letters were added to Ant-Man's name. Kirby, relieving Heck, made the change, which meant more work for the Living Eraser, who was tasked with transporting the new Giant-Man to Dimension Z.

**TALES TO ASTONISH No. 44**
*(Above) Interior, "The Creature from Kosmos!"; script, Stan Lee and Ernie Hart; pencils, Jack Kirby; inks, Don Heck; June 1963.* When her father is killed by an alien, Janet Van Dyne accepts Henry Pym's offer of partnership. Exposure to Pym particles gave her powers similar to his, and the ability to sprout wings. The Wasp added romantic interest and a dose of humor to the strip.



**THE AVENGERS No. 4**
*(Above and below) Interiors, "Captain America Joins the Avengers!"; script, Stan Lee; pencils, Jack Kirby; inks, George Roussos; March 1964.* Ignoring his brief resurgence in 1953, Stan and Jack revived Captain America, who had now been frozen in ice since the tail end of World War II.

**THE AVENGERS No. 1**
*(Opposite) Cover; pencils, Jack Kirby; inks, George Roussos; September 1963.* It took nearly two years for Marvel to introduce enough heroes to create a real counterpart to DC's Justice League.



Wasp, the latter's minute but winged female partner, who'd just debuted in his *Tales to Astonish* feature. The first issues of *Avengers* and *X-Men* went on sale the very same day. (Because Ant-Man was so obviously lacking in power alongside Thor, Iron Man, and the Hulk, by issue No. 2 he had added 10 feet of stature and two letters to the front of his name to become the far more substantial Giant-Man, though the Wasp was left at insect size.)

The delayed *Daredevil* No. 1 by Lee and Everett — with 11th-hour art assists from Ditko and Brodsky, and a cover/splash page penciled by Kirby — finally appeared with a cover date of April 1964. Matt Murdock becomes a brand-new lawyer in Manhattan, with a slightly buffoonish legal partner and a secretary who secretly loves Murdock. Daredevil's costume of red, yellow, and black was not one of Marvel's most visually impressive, but not to worry: It wouldn't be around long.

Neither *X-Men* nor *Daredevil* would, in the 1960s, become sales rivals to *FF* or *Spider-Man*, but they were solid titles. It would take them until the '70s and '80s, respectively, to reach their full potential under a new generation of Marvel creators.

Only weeks before *Daredevil* finally premiered, another super athlete erupted out of the past — when *The Avengers* No. 4 (March 1964) brought back Captain America, once the company's top-selling character. Ignoring all Cap stories published between 1945 and 1954, it was "revealed" that, somewhere in the "European Theater of Operations" near the end of World War II, he and his kid partner Bucky had boldly leaped onto an "explosive-filled drone plane" launched by a saboteur. Seconds later, it had exploded, apparently killing Bucky outright and somehow plunging Cap into icy waters "off the coast of Newfoundland" — although attempts to reconcile the logistics of the sequence would short-circuit anybody's GPS.

By happy coincidence, nearly two decades later, the Avengers are cruising Arctic waters looking for the Hulk and/or Sub-Mariner, both of whom have recently gone rogue, when they spot Captain America floating in a cake of ice. He awakens with his athletic abilities and World War II gung-ho mentality intact, just in time to encounter the accelerating societal changes of the post–John F. Kennedy assassination 1960s. Despite being played as "a man out of his time" and tormented by guilt over Bucky's death, he quickly becomes a key Avenger.

With the premiere of *Daredevil* and the return of Captain America, the elements of Marvel's "first wave" of creation — a virtual tsunami, really — were finally all in place.





"[It was] like watching *The Odyssey* being written."
— GEOFFREY O'BRIEN



**TALES OF SUSPENSE No. 31**
*(Above) Cover; pencils, Jack Kirby; inks, Dick Ayers; July 1962.* It was no doubt coincidence (or fatigue) that made Jack Kirby adorn the Monster in the Iron Mask with the same faceplate as Dr. Doom, who debuted the same month in *The Fantastic Four* No. 5. A Photostat of the unaltered cover reveals that the frightened citizens' mouths were crudely redrawn, emblematic of the power held by the Comics Code Authority.

**AMAZING ADVENTURES No. 1**
*(Right) Interior, "I Am the Fantastic Dr. Droom!"; script, attributed Stan Lee and Larry Lieber; pencils, Jack Kirby; inks, Steve Ditko; June 1961.* Dr. Droom passes the tests of his aged Asian mystic master and pledges to fight sinister mystic forces on Earth. Dr. Strange's path to mystic power will also include an elderly Asian in his origin. Since the 1930s American movies, radio, comics, and the pulps had casted the Orient as the center of mysticism, and Marvel was no exception, with its first two sorcerers, Strange and Doom.

**STRANGE TALES No. 89**
*(Opposite) Interior, "Fin Fang Foom!"; script, attributed Stan Lee and Larry Lieber; pencils, Jack Kirby; inks, Dick Ayers; October 1961.* "You know where it came from? When I was a little kid, one of the first movies I saw—and I remember nothing about it except it took place in China, and the name of it was *Chu Chin Chow*…that name always stayed in my mind, and when I wanted to get the name of a monster for some book or other. I wanted something with the same rhythm, so to speak, and I thought Fin Fang Foom was as close as I could get to *Chu Chin Chow.*"—Stan Lee



