# EXHIBIT 49

1650 Broadway #715
New York, NY 10019-6833
APRIL 12, 2014

Dear David,

All backgrounds have some kind of mood, emotional qualities that one will react to.

In art, certainly, settings, backgrounds play an important role in attracting, supporting attention, interest, etc, some kind of reality, a believability.

A background may be the first thing a mind notices, "sees" and convinces.

==Most important with Wally Woods Witzend was that one could copyright, own one's creative ideas, work.==

I didn't know, or forgot, the conditions of sales from Wood to Pearson.

But Witzend's policy changed.

Bill Pearson once asked me to contribute, do something.

I worked up an "In Principle"

Pearson rejected it, violating Woody's/Witzends original policy.

Even worse, Pearson and an artist did an anti-MR.A. story/art.

Comics is an industry of fiction and fantasy.

As usual, some people in authority, having power will abuse it.

CURRIE-0064

2/

The anti-Ditko started when I did the first Question story/art for Charlton Press.

A comic fan magazine publisher attacked me, the Question violating their THE standard of fiction and fantasy.

The attacks just spread.

My first work for DC Comics had editors split on my doing any work for them/DC's fiction/fantasy and I heard of editors who wanted me and pressured by others not to use me.

So a comic book industry that started out doing fictional, fantasy characters became restrictive, not open to someone's fiction/fantasy or hero.

The superhero comic industry editors confessing such fear of a different fiction/fantasy story ideas, art — what a humiliating confession.

Charlton Press editors wisely let the artist develop his own style, styles, even story ideas, etc.

DC editors were more like kings.

==Marvel's Lee, personal picky, not intrusive but still, his Marvel had a pile of rejected art pages, a couple of my covers, rejected stories in their "vault", etc.==

Why should any comic book fiction/fantasy story/art become so anti, not fit to be published?

It can be because comic book editors, fans, fan publications can't stand the comparison

CURRIE-0065

3/ their own mind, beliefs, etc, being compared, questioned, even judged by implications?

But the world population, history has always had the full range of human potential from the worst to the best for the time.

Comic book editors, readers, fans could stand fictional/fantasy heroes not explicitly identified, defined.

Superman's "Truth... American way..." etc, vague, etc.

But comic book editors, readers, fans, fan publications could not tolerate any clearly defined hero and anti-hero, etc.

It meant their having to face their actual beliefs about good/bad, hero/villain, etc.

It's like in economics, capitalism, free market, all are free to put their product on the market place, the buyers will choose what they want to buy, support.

In a mixed economy the government, bureacries, government power-force decide what, how any product can be made, sold, price, etc.

In an ever expanding universe, so many still are determined no to shrink but to stop movement.

Regards
Steve Ditko
Steve Ditko

CURRIE-0066