# EXHIBIT 52

1/

2/21/16

Dear David,

There's no deadline for letter writing.

It's best to write when one is in the mood, not because of some "duty", etc.

New York City is a BIG business city so officials act fast to deal with snow, easy to get around, shop, etc.

NYC has had worse winters.

Yes, David Bowie did get a lot of newspaper space.

I did read that he wanted to be cremated, his ashes to be spread over the ocean, he didn't want any burial plot for people visiting, some kind of shrine.

It's news to me he was attracted to my S-M material.

I recall that Broadway S-M production ran into all kinds of problems, trouble.

A big money loser.

I've seen some comic books from different countries — originals and Marvel reprints — one, A Daredevil — HER KOMMER DAEMONEN — Daredevil.

It's interesting to compare the look with Marvel/DC, even Charlton's press look.

Always old ideas, claims being overturned.

Yes, "New discoveries in an ever changing, expanding universe.

CURRIE-0075

2/ It's what is being discovered, dug up, odd creatures, etc. and new discoveries of asteroids, etc., evidence of crashes into earth, and human life, man travells from Africa, the extinct Neanderthralls, etc.

A Thunder Agent movie.

Wally Wood's comics had distribution problems. They actually sold well.

There's a BIG graveyard of failed comic book titles.

Michael Uslan.

A corporate approach so seem to have the experience with his ambitious plans—"gaming, theme park," etc.

I've seen some photographs of B. Comberbatan as Dr. Strange.

I have mixed feelings with the additions and eliminations.

But whoever has the rights can add and subtract from the original any way he chooses.

Movies can't translate a frozen panel action, effect into a comparable moving effect.

Squirrel Girl.

She wasn't my idea, creation.

It's the writer—Will Murray's creation.

I just did the visuals.

It's too far back to remember, but, I did a

CURRIE-0076

3

lot of penciling that other artists inked.

Yes. Marv Wolfman called me after Charlton shut down to work with him on Marvel material. My condition: No Spider-Man or Dr. Strange.

I really enjoyed working on Joe Gill's stories. Little enjoyment with most DC script writers.

I don't remember too much about what I just pencilled and what I pencilled and inked.

A lot depends on who was the editor of the characters.

Stan's "humor" dialogue undercut Peter Parker, S-M as a teen-ager growing up to become a professional hero like Captain America.

Yes, I had an issue/monthly sheet. Example. When is it the worst time for Aunt May to get sick — iP, Parker's first day in college, etc.

Mother nature is always surprising us, but no one does us, the "human" race as much damage as the irrational man.

Regards,

Steve Ditko
Steve Ditko