# EXHIBIT 54

1/

1650 Broadway #715
New York, NY 10019-6833
July 12, 2015

Dear David,

It's normal that today's comic book people have little interest with the devastating effects the Comic Book CODE had on the Industry, especially with the professional people, talent who worked in comics.

The comic book fan "talent" that later came into comics as editors, writers, artists lacked the maturity, professionalism needed, with their dominating, immature anti-hero beliefs, with no standards above these fans emotional likes and dislikes.

Too many people just want some kind of gratification, the unearned of having their own way.

They have little interest in the why's, how's, etc., with the consequences of their own behavior like protesters, rioters (Greek example, like with the global unrest, problems, terrorism and wars.

Yes, Marvel and DC keep flooding the market with too many titles.

It makes it harder for other comic companies to get carried, have space in comic book stores.

Today, DC, Marvel, the comic book Industry is more of a <u>manufacturing</u> business, they are heavily into spin offs: Reprints, toys, costumes, commercial gimmicks, movies for a GLOBAL MARKET. Their standards are pragmatic, flexible for greater profit.

CURRIE-0089

2/ A company, for its own survival has to claim ownership of whatever "created idea" a worker discovers, etc.

Everyone starting up a business is risking a lot, even everything.

No one was ever forced to work for any company or to "create" beyond his job.

Every company to stay in business has to compete, has to produce, sell, make enough profit to remain in business, to continue to produce with no guarantees.

How many comic book titles failed, continue to fail?

All top personnel in companies (politics, etc.) aren't honest? the same with workers.

Prisons are filled with all kinds of people committing all kinds of crimes and a far greater number not, never caught.

It can be difficult to know, establish the actual honest, dishonest.

Individuals in all areas of life have earned/unearned, deserved, undeserved good/bad reputations.

The United Nations is made up with all kinds of dictatorships to secure some kind of WORLD "PEACE" among nations, etc.

Today, is it the rational or the irrational that is accepted, acted on as best for man, human life?

A historical fact, the U.S.A. NEVER was a capitalist system yet capitalism is regularly blamed - almost daily - for economic problems.

CURRIE-0090

Since I was a freelancer, Stan Lee could have taken me off S-M anytime he wanted — he did it for a S-M story pencilled by Jack Kirby, I inked it.

Stan had others ink some of my Dr. Strange stories.

Stan's writing style was completly wrong for SM. He treated teen-age P. Parker as a seasoned veteran with his nonsensical comic dialogue exchanges between a "Hero" and villains.

Creative ideas are no good if not used in a proper way.

Too many comic book artists weren't interested in creating or even improving their abilities.

The lack of response to Wally Wood's invitation to create, copyright their idea(s) met with silence.

They may have believed their steady company assignments, work would continue forever.

Charlton comics low paying, but I got more out of working for them in developing my own art style, etc. that I got at Marvel, DC with their picky editors "corrections", etc.

An actual editor: "the editor is always right." Case closed.

Whoever has the most power can set the terms.

"Many philosophers say...", but what valid philosopher, philosophy accepted by the leading intellectuals?

For ages, schools of philosophy have risen, been rejected, replaced by different philosphers, philosophies.

CURRIE-0091

4/ today, it's more a rejection of philosophy as having any real validity, knowledge, truths. It's Pragmatism: truth is what works now, the short term.

    The early, primitive beginnings of philosophy was with religion, mysticism and it continues to dominate with continuing negative consequences.

    We're not going to find "peace in our time" or even <u>common sense</u>, but continuing emotionalism: <u>faith and force</u>.

    Comic books could have been a place to seriously examine ideas in fiction and fantasy. Like so many things it self destructed in the extreme anti-hero, etc.

    I can believe some long buried human village, structures but not an "ancient city."

    There are continuing new discoveries about earth, it formation, forms of early life, etc. It's fascinating.

    Thanks for the book on BATH. It's a fascinating collection of man made functional ideas, structures, of mind that imagined, designed, built. Men's mind, creative in some areas, destructive in other areas.

    It seems some lessons can never be learned.

    Regards

    *Steve Ditko*
    STEVE DITKO

CURRIE-0002