# EXHIBIT 56

1650 Broadway #715
New York, NY 10019-6833
June 14, 2014

Dear David,

I gave Bill Pearson permission to reprint my Mr. A's, other original material to fully honor ==Wally Wood's Witzend that gave writers, artists the opportunity to copyright their original ideas, created material when published.==

A publication by Pearson without my material would have undercut Wally's achievement of the range of writer/artist's ideas — Fiction/Fantasy Wally first published.

Pearson confessed his contradictory editorial policies when he bought Witzend from Wally.

He exposed his being scared, even hostile to others fictions, etc.

Pearson once asked me to submit something. I did the 4 pager: "In Principle" and he rejected it, again afraid, even hostile to others ideas.

He and an artist did a negative job on Mr. A which he published.

But that's his problem, not mine.

It's unfortunate but the undeserving do get undeserved benefits, etc.

Still, it's the positive and not the negatives that need to be considered first. The negatives, the unearned and undeserved don't know how

CURRIE-0098

3) to enjoy the wrongly gotten.

With the early Spider-man, superhero comics, fans wanted more - full s-m, hero comic books.

It cut off the opportunities for exploring, creating new ideas like Dr. Strange - an original 5 page story/art - for a one idea comic books.

One can't let other people's foolishness dominate, restrict one.

There's the old "In adversity, there's opportunity."

The companies foolishness gave me the opportunity, incentive to work more on my own ideas, which resulted in over 25 years of exploring whatever ideas I came up with, published by Robin Snyder.

Too many fans are copy cat thinkers and responders.

It's the old: "one neighborhood dog barks at something and the rest of neighborhood dogs bark with the bark."

Few fans make claims based on their actual first-hand experience, abilities, or are qualified to judge a writer's or artist's work.

Too many vocal fans want to feel, be seen, as publicly important with their opinions, complaints, etc.

Human nature, being what it is, the different will always be seen as threatening to many.

I enjoyed doing the antics of the creeper.

CURRIE-0099

3/
Shade, the changing man, certainly didn't fit in DC comics universe.

A DC editor at the time I brought the Shade idea, story in, told me "Comic book fan's won't accept an alien hero." That very week, in D.C. editorial offices, they were going over a <u>movie</u> script about SUPERMAN, an "alien hero."

There's an editorial fear of ideas that they are not familiar with instead of seeking, wanting creative ideas to explore, etc.

They want safety, a "Don't rock the boat."

Fiction and fantasy need to be continually rocked.

I just saw the first Superman and Spiderman movies.

NO.

I'm not bothered by newspapers etc. about any S-M movie or anything else.

It's probably too well known I don't comment on the past or on anything I'm not really involved in.

Regards,
Steve Ditko
Steve Ditko