# EXHIBIT 57

1/

1650 Broadway #715
New York, NY 10019-6833
March 29, 2015

Dear David,

The Comic Book Code killed many comic book companies, It drove editors, writers, artists out of the business.

Yet, it had No effect on all the other publications publishing "worse" material.

The driven out were eventually replaced with comic book fans without the needed professional qualities, understanding.

The fan editors wanted their own kind of ideas, material, the not demanding actual high standards.

I had a wide experience with the Pre-Code, with comic book publishers, editors, writers and artist, the incredible variety of titles, features, characters, story ideas in comic books of 64-54-48 pages.

So many different art styles, story ideas, etc.

The comics Code material in comparison were bland beyond belief.

I wanted to do comics so I stuck with it.

I knew artists who could draw far better than I could, who, for some reason lost interest in comics.

It's not always the best, but the ones willing to put up with negative conditions.

CURRIE-0101

2/
The comic book publishers had no choice.
No comic book could be printed <u>without</u> the Codes Seal of approval — It had the law behind them.
1953/4 — 2011 code abandoned or became irrelevant.
The damage was done.
I don't know what the technicalities of a copyrighted character (Kane's Batman) and a work for hire agreement. I doubt either party cared to make it public.
Who kept records of what he did in comics?
Claims of creator/creation like with the JOKER will always be without proof.
There was no strict division of labor.
I never claimed creating Spider-man. That was between Kirby and Lee's claims. The costume, gimmicks, spider like poses, etc. are mine.
And there were never any written scripts

moral creator                        legal creator
what I did with                      marvel comics. They
Spider-man, I was                    own the art pages,
paid for.                            the published material
         marvel's property

Once I turned in the inked pages, I never knew who edited them or what, how anything was changed, added — sound effects, etc. who, why changes, different cover, etc.

3

==Once I did the job, turned it in, got paid, my involvement ended. It was all ancient History.==

==It's a mystery to me why no Dr. Strange covers.==

But the 5 page story idea, even with early poor Stan plots, poor Inkers didn't kill it from growing.

It's how fans killing 5 pagers, back-up stories prevented the purpose, goal of comic books of exploring the range of fiction/fantasy ideas.

Marvel and DC became closed in stagnant like tribal societies.

To the degree that an editor is independent, he will take risks with new ideas, even seek them.

To the degree an editor is fan oriented, pandering to fan mail, he will have to stagnate, accept fan criticism as valid, etc.

A fan complaint — I shouldn't show S-m split face, spider senses, etc. Readers, viewers could see them so the people in the panel would also see them.

==Publishing comic titles is a risky, competitive business and with monthly titles and with no guarantees.==

Many new comic companies attempt to enter the business were short lived like with Wally Wood.

I don't know the problems with Marvel/Goodman's son Chip's company.

It's where Archie Goodwin, Wood and I did the Destructor.

CURRIE-0103

4/ From fiction/fantasy to the real world.

The history of South America with its Gods, Architecture, temples, customs, beliefs, etc. were all unknown at the time of the Bible, Islam, Koran, etc.

That the earth at one time had only ONE continent and with shifting unsea plates causing breakaways in time to create North/South America, Hawaiian Islands, Australia, etc.

All ignored, denied, rejected by religions) with their history of the hundreds of years of the Inquistion, religious wars, their holy books of fiction and fantasy.

Rejected: Aristotle's (4 BC) man is a rational animal.

Yes, mars, etc. show signs of once a living, breathing with some kind of life.

But one can't reach minds that refuse to be reached even with national, social issues, problems, etc.

The irrational dominates the world, the cause, sustainers of Global unrest. The ever fragmented U.N., a world body of contradictions will continue to help make things get worse.

There's little signs of any force existing to turn things around for the better.

Environmental scientist have been caught cheating, lying — "scientist" too politically motivated.

The ever expanding universe will go on ever shrinking with man/mind unwilling to deal with facts as they are and not what some authority

CURRIE-0104

5 backed by force says they are
"the human race needs to rid itself of aggression."
"aggression", the irrational is a choice. So is the rational, individualism vs collectivism, Reason vs faith, mutual consent vs initiation of force/fraud — criminal acts.

Again, Aristotle's "man is a rational animal" or can choose to be, act irrational.

Religion is a primitive, early attempts at a philosophy of life.

Religions stagnate demands of obedience — by force as the early history of religious wars, Protestans vs Catholics; inquisitions, etc.

It's too early to see a start of a better world, life.

A Globe of the world at the time of the U.S. Revolution showing who ruled the other countries — Rajah, Emperors, Kings, pharoah, etc., Force — might is right.

The U.S. Constitution — Individual freedom, right to life, property was slowly being undercut from the start.

We are now more like a 3rd world country than a Constitutional Republic.

Science could take a better lead. But "could" can't be made in any "Should" or make any guarantees.

Art — Fiction/fantasy can also show, demonstrate opposing ideas, but again, one can't teach minds that refuse to be teached.

CURRIE-0105

6/ It's been said the issue is still between Plato (the mystic) and Aristotle (man, rational animal).

We in NY city had a colder, longer winter, but little snow.

I'm in an area of cold wintry blasting winds.

Every area has it's problems like with flooding, earthquakes, etc.

Weather predictions continue to be more a guessing game.

But we continue to survive.

And we have some latest news — A HUGE crater in Australia, A fossil of some LARGEST mammal on earth.

If so, the earth continues to reveal it's incredible history.

Regards,
Steve Ditko
Steve Ditko

CURRIE-0106