# EXHIBIT 58

Nov. 3, 2015

Dear David,

Archaeolgist continue to find, discover new, startling facts about man's life.

The Stonehenge is an incredible example of hidden early life, customs, etc.

"More than 4,500 years ago" UNBELIEVABLE!

New findings in outer space — mars, pluto, etc., in our ever, continually changing universe, is challenging those professional theories to explain, understand, etc.

No final word.

I don't go to any of those comic book hero movies. They are made for WORLD-WIDE appeal, the comic book stories characters have to be changed, made for WIDER - WORLD appeal.

Yes, I saw some of the material about the changes in Dr. Strange — female Ancient One, etc.

The movie might have a problem with trying to match a panel's frozen magic effect with the movies continual, ever changing of what is seen.

First time I heard that Wally Wood's Thunder Agents might be made into a movie.

Watchmen — a TV series, Allen's Moore's "version" of the Question, Blue Beetle, Question, etc. I might have, probably did see, read something about it but no memory about it.

CURRIE-0115

2/ No, no approach about MR. A. It would never go over as a movie.

The UK comics you sent — I don't know who did the cover — not Kirby.

I inked that HULK story.

Real odd — green coloring.

In a way, more visual clarity than usual with comic book coloring of Kirby's crowded panels.

The grey on the HULK diminishes his menace.

A Green HULK works best.

I don't know who inked "The Fantastic Four Fight Back."

A No HULK coloring — no impact, he fades into the background.

S-M chamelon — mixed color effect.

No color on S-M works best.

Back cover — Vulture — grey tones fit him.

Spotty colored background, odd choices made by colorist.

==I believe Stan loved writing those corny captions, etc, it added to reading appeal, but undercut a more serious growth of a teenagers in a heroic role.==

Regards,

Steve Ditko
Steve Ditko

CURRIE-0116