# EXHIBIT 59

1650 Broadway #415  
New York, NY 10019-6833  
Nov. 8, 2014

Dear David,

Yes, it seems the comic book professionals were not interested in creating, copyrighting characters material on their own.

So they didn't want to do anything for Wally Wood's Witzend.

All kinds of foolish things have been done with Superman, other comic book characters and their original origin, premise.

In, or with comics, nothing should be a surprise. Too many want to be "creators" with others created property, like our "idea" — Spiderman as an ALIEN.

So editors, writers want to also recreate a creation, that's usually not understood. Peter Parker, a teenager becoming a hero had to learn to be a hero.

He wasn't even like a rookie policeman or soldier with some experienced Sgt to train him, set him straight.

Parker (s-m) could make mistakes a hero like Captain America, Superman could never make, like from grade school to college, etc.

Also, Stan's dialogue was too much his personal writing style with heroes/villains. He had his formula to handle all the hero/villians material.

That time magazine article was probably written by some staff writer who had no real interest in comics.

CURRIE-0117

2    As a kind of elitist news magazine, the growth of superhero movies, etc. called for some kind of time, coverage, judgment.

Stan claims he rejected Kirby doing S-m because Kirby made S-m "too heroic."

Yet, my original first S-m cover a subjective viewpoint showed everyone up there in space with S-m and a kind of inexperienced S-m action. Stan rejected it for a more heroic S-m action an objective viewpoint, the viewer not up there with S-m.

Stan may have had too many characters, titles to handle, write for so he needed some formula approach for everything.

It's seen with Dr. Strange's early Stan plots, stories — about ghosts, haunted houses, etc. and losing a consistent look having someone else ink Dr. Strange.

The ideas could be mine but I had no real right to them when published.

And it didn't matter. I was getting the experience freelancers don't usually get.

I had a lot more freedom with Charlton press. It's too bad comic book fans didn't care to support them more. They have a weak excuse — poor coloring.

And comic companies not wanting to use me because of my Charlton Question and Witzend's, Mr. A. gave me more opportunities to get into self-publishing with Robin Snyder.

CURRIE-0118

3. I should thank those editors for not wanting to use me.

It's only natural, young people coming in and want to take-over, get rid of all those above them.

A DC editor once said DC won't hire any artist over 30. When it was pointed out to him, he was over 30, he said he's "the exception" and in time the over 30 disappeared.

Whoever has the power sets the terms.

Fiction, fantasy has to have the proper integrity, once a starting premise, there's a proper logic in ongoing fiction/fantasy that allows a lot of creative explorations but not contradiction like an alien S-m, etc.

And public claims by comic book fans are seeking some kind of public importance, some kind of celebrity status — "look at me," "I know this about some professional" etc.

Fools talking, fools believing.

That BATH and other architectural structures are a delightful treat for the eye, the result of the then inventive, imaginative man's mind.

The integration of so many inventive ideas, so much visual delight from every angle, that man made can overshadow nature, or a proper background for what man's mind can create and achieve, and all life serving.     Regards

Steve Ditko
Steve Ditko