# EXHIBIT 67

File No. _____3115_____, 2018_____

At the Surrogate's Court of the County of New York, held at the Surrogate's Court of the County of New York, on the 22nd day of August, 2018

**NORA S. ANDERSON**

Present:

    Honorable

           Surrogate.

| |
|---|
| Proceeding for Letters of Administration, Estate of<br><br>Stephen J. Ditko a/k/a<br>Stephen John Ditko<br><br><br>Deceased. |

**Decree Granting Letters of Administration**

Upon reading and filing the petition of Patrick S. Ditko verified the 23rd day of July, 2018, it is

ORDERED AND DECREED that letters of administration of the goods, chattels and credits which were of the above-named decedent be and the same are hereby awarded to Patrick S. Ditko who appears to be entitled thereto, upon his ~~executing a bond according to law, with sufficient sureties, in the sum of _____ dollars and other~~wise qualifying according to law.

NSA
Surrogate

SK

2021MARVEL-0070650