# EXHIBIT 68B

1956

| Date | Account | Type of Work | Amount | Total |
|---|---|---|---|---|
| July 21 | Mag. Management | Cliff Mason Sept 4 pgs. Juan | 96 00 | 2467 11 |
| July 28 | Mag. Management | BATTLE ACT. SEPT 5 PGS HIDDEN ENEMY K-714 | 120 00 | 2587 11 |
| Aug 4 | Mag. Management | Navy Combat L-53 5 PGS Torp. Taylor, THE LONE WOLF STRIKES | 120 00 | 2707 11 |
| Aug 17 | Mag. Management | TORPEDO TAYLOR SEPT 5 PGS L-9 ENEMY BLOCKADE | 120 00 | 2827 11 |
| Sept 1 | Mag. Management | CAUGHT NOV 5 PGS THE MAN WHO FOLLOWED L-186 | 120 00 | 2949 11 |
| Sept 19 | Mag. Management | WEST GUNFIGHTERS NOV 4 PGS L-279 | 96 00 | 3045 11 |
| Sept 4 | Mag. Management | HUMANOIDS NOV 4 PGS L-233 | 96 00 | 3141 11 |
| Sept 28 | Mag. Management | MARINES IN BATTLE DEC 5 PGS MINE FIELD L-356 | 120 00 | 3261 11 |
| Oct 12 | Mag. Management | NAVY COMBAT DEC 5 PGS (TT) FIRE ONE L-398 Navy Combat Dec. 5 pp | } 336 00 | 3597 11 |
| Oct 12 | Mag. Management | (TT) Destroy the Enemy L-397 NAVY ACTION DEC 4 5 PGS | | |
| Oct 12 | Mag. Management | "LANDING PARTY" L-369 BATTLE ACTION JAN. 4 PGS | | |
| Oct 29 | Mag. Management | REDS (AMBUSH) FFF VANN - JAN 4 PGS (CM) | } 312 00 | 3909 11 |
| Oct 29 | Mag. Management | "MIDNIGHT MARAUDER" L-650 Caught Jan 5 pg. | | |
| Oct 29 | Mag. Management | The Spider Strikes L-656 Battle Jan 5 PGS | } 240 00 | # |
| Nov 10 | Mag. Management | Occupation Force 5 pg. Just Down Western | | 4149 11 |
| Nov 10 | Mag. Management | A Gun at His Back L-748 Battle Action Jan 4 pg. | | |
| Nov 25 | Mag. Management | Spy WATCH YOUR SUB DIE. 5 PGS - FEB | } 216 00 | 4365 11 |
| Nov 25 | Mag. Management | NAVY COMBAT (TT) L-878 Undersea Killer 5 pg 200 | | |
| | Mag. Management | Navy Combat (TT) L-876 Tabby of the Undead | } 240 00 | 4605 11 |
| Dec 10 | Mag. Management | Hunnicks Western M-41 VANN - APR. 4 PGS (CM) | 96 00 | 4701 11 |
| | Mag. Management | TEN TOED BEAST | | |

DETTWILER-0027

1957

| DATE | ACCOUNT | TYPE OF WORK | AM'T PD | TOTAL |
|---|---|---|---|---|
| May 24 | Don McGovern | LINE DRAWINGS + PASTE-UPS #2 | 105 00 | 2146 00 |
| May 31 | Don McGovern | Line Drawings & Plans | 90 00 | 2,236 00 |
| June 8 | Don McGovern | Artwork   See Bills | 100 00 | 2336 00 |
| June 15 | Don McGovern | " " | 125 00 | 2461 00 |
| June 22 | Don McGovern | " " | 100 00 | 2561 00 |
| June 29 | Don McGovern | " " | 65 00 | 2626 00 |
| July 7 | Don McGovern | " " | 130 00 | 2756 00 |
| July 13 | Don McGovern | " " | 120 00 | 2876 00 |
| July 20 | Don McGovern | " " | 100 00 | 2976 00 |
| July 27 | Don McGovern | " " | 90 00 | 3066 00 |
| Aug 3 | Don McGovern | " " | 115 00 | 3181 00 |
| Aug 10 | Don McGovern | " " | 90 00 | 3271 00 |
| Aug 17 | Don McGovern | " " | 115 00 | 3386 00 |
| Aug 26 | Don McGovern | " " | 75 00 | 3461 00 |
| Sept 6 | Don McGovern | " " | 80 00 | 3541 00 |
| Sept 13 | Don McGovern | " " | 120 00 | 3661 00 |
| Sept 23 | Don McGovern | " " | 80 00 | 3741 00 |
| Sept 20 | Don McGovern | " " | 115 00 | 3856 00 |
| October 4 | Don McGovern | " " | 115 00 | 3971 00 |
| October 10 | Don McGovern | " " | 60 00 | 4031 00 |
| October 17 | Don McGovern | " " | 20 00 | 4051 00 |

# 1957

| DATE | ACCOUNT | TYPE OF WORK | AMM'T | | TOTAL | |
|---|---|---|---|---|---|---|
| Nov. 11 | Mag. Manag. | KID-DODGE CITY 6 PGS MAR<br>"RENO GANG RIDES" M-173 | 144 | 00 | | |
| " | " | KID-DODGE CITY 7 PGS MAR<br>"STRAP ON YOUR GUNS" M-121 | 168 | 00 | 312 | 00 |
| Jan 13 | Don McGovern | 1 Spot DRAWING | 10 | 00 | 322 | 00 |
| Jan 25 | Mag Manag. | WESTERN GUNFIGHTERS 5 PGS<br>APRIL | 120 | 00 | 442 | 00 |
| Jan 25 | Mag. Manag. | TORPEDO TAYLOR APRIL 5 PGS<br>NAVY COMBAT | 120 | 00 | 562 | 00 |
| Feb 2 | Don McGovern | 4 Chassis Drawings | 55 | 00 | 617 | 00 |
| Feb 25 | Mag. Manag | KID-DODGE CITY<br>ALWAYS A FASTER GUN — 4 PGS | 96 | 00 | 713 | 00 |
| Feb 25 | Mag. Manag | KID-DODGE CITY<br>LAWLESS TOWN 5 PGS | 120 | 00 | 833 | 00 |
| March 9 | Mag. Manag | CLIFF MASON 4 PGS M-715<br>JUNGLE MANHUNT | 96 | 00 | 929 | 00 |
| March 9 | Mag. Manag. | Kid-Dodge City M-545<br>Shoot or Shut Up 5 pgs. | 120 | 00 | 1049 | 00 |
| March 9 | Mag. Manag. | Kid-Dodge City M-516<br>Hounded 5 pgs | 120 | 00 | 1169 | 00 |
| March 22 | Mag. Manag. | TORPEDO TAYLOR JUNE 5 PGS<br>NAVY COMBAT | 120 | 00 | 1289 | 00 |
| April 9 | Mag. Manag | NAVY TALES JUNE 4 PGS<br>"MIGS" M-920 | 96 | 00 | 1385 | 00 |
| March 31 | Don McGovern | 1 SPOT DRAWING<br>BOY ASSEMBLING PLANE | 20 | 00 | 1405 | 00 |
| April 15 | Mag. Manag. | KID-DODGE CITY 5 PGS<br>SHOOT OR SHUT UP? | 120 | 00 | 1525 | 00 |
| May 1 | Mag. Manag. | KID-DODGE CITY 4 PGS<br>TRIGGER-PRONTO O-21 | 96 | 00 | 1621 | 00 |
| May 16 | Mag. Manag | KID-DODGE CITY 5 PGS<br>TRAPPED IN A TEXAS TOWN M-999 | 120 | 00 | 1741 | 00 |
| May 16 | Mag. Manag | KID-DODGE CITY 5 PGS<br>GO FOR YOUR GUNS M-997 | 120 | 00 | 1861 | 00 |
| May 1 | Mag. Manag. | CLIFF MASON 4 PGS.<br>Intruder in the Jungle O-22 | 96 | 00 | 1957 | 00 |
| May 16 | Mag. Manag. | TORPEDO TAYLOR ACG- 1 PAGE<br>NAVY COMBAT O-367 | 24 | 00 | 1981 | 00 |
| May 20 | Don McGovern | SEE BILL #1<br>ART WORK | 60 | 00 | 2041 | 00 |

1958

| DATE | ACCOUNT | TYPE OF WORK | AMM'T PD. | TOTAL |
|---|---|---|---|---|
| 1/5  | Don McGovern | Art Work | 95 00  | 95 00   |
| 1/12 | "            | "        | 110 00 | 205 00  |
| 1/19 | "            | "        | 135 00 | 340 00  |
| 1/26 | "            | "        | 110 00 | 450 00  |
| 2/2  | "            | "        | 107 00 | 557 00  |
| 2/9  | "            | "        | 107 00 | 664 00  |
| 2/16 | "            | "        | 107 00 | 771 00  |
| 2/23 | "            | "        | 110 00 | 881 00  |
| 2/28 | "            | "        | 90 00  | 971 00  |
| 3/7  | "            | "        | 120 00 | 1091 00 |
| 3/14 | "            | "        | 90 00  | 1181 00 |
| 3/21 | "            | "        | 110 00 | 1291 00 |
| 3/30 | "            | "        | 115 00 | 1406 00 |
| 4/6  | "            | "        | 110 00 | 1516 00 |
| 4/13 | "            | "        | 150 00 | 1666 00 |
| 4/20 | "            | "        | 110 00 | 1776 00 |
| 4/27 | "            | "        | 110 00 | 1886 00 |
| 5/4  | "            | "        | 110 00 | 1996 00 |
| 5/11 | "            | "        | 110 00 | 2106 00 |
| 5/18 | "            | "        | 103 00 | 2209 00 |
| 5/25 | "            | "        | 117 00 | 2326 00 |

1957

| DATE | ACCOUNT | TYPE OF WORK | AMM'T PD. | TOTAL |
|---|---|---|---|---|
| | Don McGovern | Art Work - See Bills | 75 00 | 4126 00 |
| | Don McGovern | " " | 100 00 | 4226 00 |
| | " " | " " | 90 00 | 4316 00 |
| 15 | Don McGovern | " " | 100 00 | 4416 00 |
| 22 | Don McGovern | Art Work - See Bills | 85 00 | 4501 00 |
| 29 | Don McGovern | " " | 100 00 | 4601 00 |
| 2/5 | Don McGovern | " " | 100 00 | 4701 00 |
| 15 | Don McGovern | " " | 110 00 | 4811 00 |
| 22 | Don McGovern | " " | 108 00 | 4919 00 |
| 29 | Don McGovern | " " | 90 00 | 5009 00 |

DETTWILER-0031

1958

| DATE | ACCOUNT | TYPE OF WORK | AMM'T PD | TOTAL |
|---|---|---|---|---|
| 9/17 | DON McGOVERN | ART WORK | 90 00 | 4503 00 |
| 9/19 | MAG. MANAGE. | T-138 5PGS WHEN ALIENS MEET | 125 00 | 4628 00 |
| 9/24 | DON McGOVERN | ART WORK | 90 00 | 4718 00 |
| 10/1 | DON McGOVERN | ART WORK | 84 00 | 4802 00 |
| 10/6 | MAG MANAGE | O-335 KAMIKAZE 5 PGS | 100 00 | 4902 00 |
| 10/8 | DON McGOVERN | ART WORK | 94 00 | 4996 00 |
| 10/17 | MAG. MANAGE | T-181 4PGS | 80 00 | 5076 00 |
| 10/20 | DON McGOVERN | ART WORK | 110 00 | 5186 00 |
| 10/21 | DON McGOVERN | ART WORK | 105 00 | 5294 00 |
| 11/5 | DON McGOVERN | ART WORK | 108 00 | 5402 00 |
| 11/10 | MAG. MANAGE. | T-203 4PGS. HAUNTED HOUSE | 80 00 | 5482 00 |
| 11/12 | DON McGOVERN | ART WORK | 105 00 | 5587 00 |
| 11/19 | DON McGOVERN | ART WORK | 100 00 | 5687 00 |
| 11/26 | DON McGOVERN | ART WORK | 92 00 | 5779 00 |
| 12/3 | DON McGOVERN | ART WORK | 90 00 | 5869 00 |
| 12/6 | MAG MANAG. | T-227 5PGS X-200 | 100 00 | 5969 00 |
| 12/12 | DON McGOVERN | ART WORK | 65 00 | 6034 00 |
| 12/17 | DON McGOVERN | ART WORK | 78 00 | 6112 00 |
| 12/22 | MAG MANAG | 5PGS | 100 00 | 6212 00 |
| 12/24 | DON McGOVERN | ART WORK | 100 00 | 6312 00 |
| 12/31 | DON McGOVERN | ART WORK | 95 00 | 6407 00 |
| | | TOTAL FOR YEAR | | 6407 00 |

DETTWILER-0032

1958

| Date | Account | Type of Work | Amm't Pd | Total |
|---|---|---|---|---|
| 6/1 | Don McGovern | Art Work | 110.00 | 2436.00 |
| 6/8 | " " | " " | 145.00 | 2581.00 |
| 6/14 | " " | " " | 105.00 | 2686.00 |
| 6/23 | " " | " " | 90.00 | 2776.00 |
| 6/30 | " " | " " | 130.00 | 2906.00 |
| 7/6 | Mag. Manag. | 5 pgs - Space Story | 125.00 | 3031.00 ~~2965~~ |
| 7/6 | Don McGovern | Art Work | 79.00 | 3110.00 |
| 7/16 | Don McGovern | " " | 100.00 | 3210.00 |
| 7/18 | Mag. Manag. | #T-94 I DARED EXPLORE THE UNKNOWN WORLD SEPT TALES OF SUSPENSE | 125.00 | 3335.00 |
| 7/23 | Don McGovern | Art Work | 88.00 | 3423.00 |
| 7/25 | Mag. Manag. | Tales of Suspense Cover #1 | 25.00 | 3448.00 |
| 7/30 | Don McGovern | Art Work | 75.00 | 3523.00 |
| 8/7 | Don McGovern | " " | 110.00 | 3633.00 |
| 8/11 | Mag. Manag. | Journey into Mystery 4 pgs. "Adrift in Space" T-108 | 100.00 | 3733.00 |
| 8/15 | Don McGovern | Art Work | 84.00 | 3816.00 |
| 8/20 | Don McGovern | Art Work | 70.00 | 3887.00 |
| 8/25 | Mag. Manag. | 5 pgs, T-116 | 125.00 | 4012.00 |
| 8/27 | Don McGovern | Art Work | 106.00 | 4118.00 |
| 9/4 | Don McGovern | Art Work | 70.00 | 4188.00 |
| 9/6 | Mag. Manag. | 5 pgs STRANGE WORLDS T-134 PRISONER - PLANET OF PLUNDER | 125.00 | 4313.00 |
| 9/11 | Don McGovern | Art Work | 100.00 | 4413.00 |

DETTWILER-0033

1959

| DATE | ACCOUNT | TYPE OF WORK | AMM'T PD | BALANCE |
|---|---|---|---|---|
| APRIL 8 | DON McGOVERN | ART WORK | 91 00 | 1757 65 |
| APRIL 15 | DON McGOVERN | ART WORK | 82 50 | 1840 15 |
| APRIL 17 | MAG. MANAGE | T-393 4-PAGES | 80 00 | 1920 15 |
| APRIL 22 | DON McGOVERN | ART WORK | 95 00 | 2015 15 |
| APRIL 29 | DON McGOVERN | ART WORK | 68 75 | 2083 90 |
| MAY 1 | MAG. MANAGE | T-410 "I WAS AN UGLY DUCKLING" 5 PGS. LOVE ROMANCE | 100 00 | 2183 90 |
| MAY 7 | DON McGOVERN | ART WORK | 104 50 | 2288 40 |
| MAY 13 | DON McGOVERN | ART WORK | 68 75 | 2357 15 |
| MAY 15 | MAG. MANAGE | TALES OF SUSPENSE - 5 PGS - T-391  I WAS CAPTURED BY THE CYCLOPES | 100 00 | 2457 15 |
| MAY 22 | MAG. MANAGE | 5 PGS - T-436 "SNAKE THAT SAVED WORLD" | 100 00 | 2557 15 |
| June 5 | DON McGOVERN | ART WORK | 10 00 | 2567 15 |
| JUNE 5 | MAG. MANAGE | T-445 "I FOUND THE FLYING DUTCHMAN" 5 PGS STRANGE TALES No 6 | 100 00 | 2667 15 |
| JUNE 12 | MAG. MANAGE | T-472 "HE WAITS FOR US IN THE GLACIER" 5 PGS SEPT | 100 00 | 2767 15 |
| JUNE 19 | MAG. MANAGE | T-488 - SEPT - TALES OF SUSPENSE 5 PGS "I SAW THE GENIE STRIKE" | 100 00 | 2867 15 |
| JUNE 22 | DON McGOVERN | ART WORK | 100 00 | 2967 15 |
| July 2 | MAG. MANAGE | 6 PGS JOURNEY INTO MYSTERY T-497 "I BROUGHT ZOO BACK TO LIFE" | 120 00 | 3087 15 |
| July 10 | MAG. MANAGE | 5 PGS BATTLE - T-528 | 100 00 | 3187 15 |
| July 14 | DON McGOVERN | ART WORK | 30 00 | 3217 15 |
| July 17 | Mag Manage | 4 PGS LOVE ROMANCE - T-525 | 80 00 | 3297 15 |
| Aug 3 | Mag. Manage | 5 PGS LOVE T-533 "IS THERE NO MAN FOR ME" | 100 00 | 3397 15 |
| Aug 8 | Mag. Manage | 6 PGS STRANGE TALES T-553 MOLE MEN - | 120 00 | 3517 15 |

DETTWILER-0034

1959

| DATE | ACCOUNT | TYPE OF WORK | AMT. PD. | TOTAL |
|---|---|---|---|---|
| January 7 | DON McGOVERN | ART WORK | 35 00 | 35 00 |
| JAN 12 | MAG. MANAGE | COMICS 5 PGS. T-249 | 100 00 | 135 00 |
| JAN 15 | DON McGOVERN | ART WORK | 101 75 | 236 75 |
| JAN 17 | MAG. MANAGE | 5 PGS T-290 THE DAY THE MACHINES WENT MAD | 100 00 | 336 75 |
| JAN 24 | DON McGOVERN | ART WORK | 74 50 | 411 25 |
| JAN 29 | DON McGOVERN | ART WORK | 40 00 | 451 25 |
| FEB 2 | DON McGOVERN | ART WORK | 20 00 | 471 25 |
| FEB 4 | DON McGOVERN | ART WORK | 98 75 | 570 00 |
| FEB 9 | MAG. MANAGE | GARGOYLE 5 PGS. T-306 | 100 00 | 670 00 |
| FEB 12 | DON McGOVERN | ART WORK | 101 75 | 771 75 |
| FEB 17 | DON McGOVERN | ART WORK | 86 00 | 857 75 |
| FEB 20 | MAG. MANAGE | 5 PGS T-323 | 100 00 | 957 75 |
| FEB 24 | DON McGOVERN | ART WORK | 85 00 | 1042 75 |
| MARCH 5 | DON McGOVERN | ART WORK | 88 00 | 1130 75 |
| MARCH 11 | DON McGOVERN | ART WORK | 60 00 | 1190 00 |
| MARCH 16 | DON McGOVERN | ART WORK | 21 00 | 1211 00 |
| MARCH 16 | MAG. MANAGE | T-330 4 PGS. | 80 00 | 1291 00 |
| MARCH 19 | DON McGOVERN | ART WORK | 120 65 | 1410 65 |
| MARCH 27 | DON McGOVERN | ART WORK | 65 00 | 1475 65 |
| MARCH 31 | MAG. MANAGE | T-372 CONQUER THE WORLD AT MIDNIGHT 5 PGS. | 100 00 | 1575 65 |
| APRIL 1 | DON McGOVERN | ART WORK | 91 00 | 1666 65 |

1959

| ACCOUNT | TYPE OF WORK | | BAL FOWARD | TOTAL 5035|15 |
|---|---|---|---|---|
| Dec 24 Mag. Manage. | Kid Colt Outlaw "THE GUN" | T-757 4 PGS. | 80|00 | 5115|15 |

Total for year

DETTWILER-0036

| DATE | ACCOUNT | TYPE OF WORK | | AMM'T P.D. | TOTAL |
|---|---|---|---|---|---|
| August 11 | Don McGovern | ART WORK | | 10 00 | 3527 15 |
| August 14 | Mag. Manage. | TALES TO ASTONISH | 6 PGS | 120 00 | 3647 15 |
| | | MUMMEX - KING OF MUMMIES | T-563 | | |
| August 30 | Mag. Manage. | TALES OF SUSPENSE | 6 PGS | 120 00 | 3767 15 |
| | | IT WALKS BY NIGHT | T-573 | | |
| Sept 4 | Don McGovern | ART WORK | | 10 00 | 3777 15 |
| Sept 4 | Mag. Manage | JOURNEY INTO MYSTERY | 6 PGS | 120 00 | 3897 15 |
| | | OROGO - THE MENACE FROM OUTER SPACE | T-593 | | |
| Sept 11 | Mag Manage | Strange Tales | T-621 | 120 00 | 4017 15 |
| | | BEWARE THE HANDS OF HUNDU | 6 PGS | | |
| Sept 18 | Mag Manage | Journey into Myst. | T-625 | 7 00 | 4024 15 |
| | | INKING | 1 PG. | | |
| Sept 26 | Mag Manage | RETURN OF ROBOT | T-627 | 100 00 | 4124 15 |
| | | TALES OF SUSPENSE | 5 PGS | | |
| October 3 | Don McGovern | Art Work | | 12 00 | 4136 15 |
| Oct 12 | Mag Manage | GREGOR THE LIVING LIZARD | T-634 | 140 00 | 4276 15 |
| | | TALES TO ASTONISH | 7 PGS | | |
| Oct 19 | Mag Manage | Journey into mystery | | 140 00 | 4316 15 |
| | | T-648 | 7 PGS | | |
| | | T-665 | 5 PGS | | |
| Nov 2 | Mag Manage | I MADE THE HULK LIVE | | 100 00 | 4416 15 |
| | | T-685 | 6 PGS | | |
| Nov 13 | Mag Manage | BATTLE | 5 PGS | 120 00 | 4536 15 |
| Nov 20 | Mag Manage | T-691 | | 100 00 | 4636 15 |
| | | GUNSMOKE WESTERN | 4 PGS | | |
| Nov 27 | Mag Manage | T-698  "SHOOT-OUT" | | 80 00 | 4716 15 |
| Nov 27 | Don McGovern | Art Work | | 14 00 | 4730 15 |
| Nov 1 | " " | Art Work | | 10 00 | 4740 15 |
| Dec 6 | Mag Manag. | Tales of Suspense | 5 PGS | 100 00 | 4840 15 |
| | | T-690 | | | |
| Dec 14 | Mag Manage | THE SAVAGE STALLION | 4 PGS | 80 00 | 4920 15 |
| | | WYATT EARP | T-737 | | |
| Dec 19 | Don McGovern | Art Work | | 15 00 | 4935 15 |
| | | JOURNEY INTO MYSTERY | T-733 | | |
| Dec 19 | Mag Manage. | I AM THE MAN-BEAST | 5 PGS | 100 00 | 5035 15 |

DETTWILER-0037

*MISTAKE PREVIOUS PAGE

1960

| Date | Account | Type of Work | Amnt Pd. | Total |
|---|---|---|---|---|
| 6/10/60 | Magazine Management | 6 PGS Strange Tales T-960-2 TENSION X | 120 00 | 2265 00 |
| 6/18/60 | Magazine Management | 6 PGS TALES OF SUSPENSE T-964 | 120 00 | 2385 00 |
| 7/8/60 | Magazine Management | 6 PGS Journey into myst. T-1000 Lizards | 120 00 | 2505 00 |
| 7/15/60 | Magazine Management | 6 PGS Strange Tales V-9 | 120 00 | 2625 00 |
| 7/22/60 | Magazine Management | 6 PGS Tales to Astonish V-27 Hands of Doom | 120 00 | 2745 00 |
| 7/29/60 | Magazine Management | 5 PGS Tales to Astonish V-33 Nov. | 100 00 | 2845 00 |
| 8/5/60 | Magazine Management | 5 PGS RAWHIDE KID OCT V-34 | 100 00 | 2945 00 |
| 8/12/60 | Magazine Management | 5 PGS TWO-GUN KID Nov V-43 | 100 00 | 3045 00 |
| 8/19/60 | Magazine Management | 5 PGS Tales of Sus. V-56 Moon to Nov. | 100 00 | 3145 00 |
| 8/26/60 | Magazine Management | 5 PGS Strange Tales V-59 Nov | 100 00 | 3245 00 |
| 8/29/60 | Don. McGovern | Art Work | 10 00 | 3255 00 |
| 9/2/60 | Magazine Management | 5 PGS JOURNEY INTO MYSTRY V-84 DRAGOO NOV | 100 00 | 3355 00 |
| 9/7/60 | Magazine Management | 5 PGS GUNSMOKE WESTERN V-91 FASTEST GUN ALIVE | 100 00 | 3455 00 |
| 9/16/60 | Magazine Management | 5 PGS WESTERN V-90 | 100 00 | 3555 00 |
| 9/24/60 | Magazine Management | 5 PGS STRANGE TALES V-108 | 100 00 | 3655 00 |
| 10/3/60 | Magazine Management | 5 PGS RAWHIDE KID V-103 "GUNSLINGER" | 100 00 | 3855 00 * |
| 10/10/60 | Magazine Management | 5 PGS TALES OF SUS. P8-1109 | 100 00 | 3955 00 |
| 10/18/60 | Magazine Management | 5 PGS BLACK CLOCK | 100 00 | 4055 00 |
| 10/22/60 | Magazine Management | 7 PGS Love Romance V-153 | 140 00 | 4195 00 |
| 11/7/60 | Magazine Management | 5 PGS. TALES TO ASTRO | 100 00 | 4295 00 |
| 11/14/60 | Magazine Management | 5 PGS Teen Age Romance Man of my Dreams | 100 00 | 4395 00 |

DETTWILER-0038