# EXHIBIT 68D

1964

| Date | Account | Type of Work | Amm't | | TOTAL | |
|---|---|---|---|---|---|---|
| 1/14/64 | Mag. Managment | 5 PGS IRON MAN - Q+A PP+HH- | 110.00 | | 110.00 | |
| 1/21/64 | Mag. Managment | 18 PG - IRON MAN X-716 VS - UNICORN | 396 | 00 | 506 | 00 |
| 2/18/64 | Mag. Managment | 18 PG. IRON MAN X742 VS - HAWKEYE | 396 | 00 | 902 | 00 |
| 3/14/64 | Mag. Managment | 18 PS. IRON MAN VS CAPT AMERICA. PENCILS | 234 | 00 | 1136 | 00 |
| 3/29/64 | Mag. Managment | 13 PGS + IRON MAN - BLACK KNIGHT PENCILS | 231 | 00 | 1367 | 00 |
| 4/1/64 | Mag Managment | 13 PGS - IRON MAN - WANTED FOR MURDER PENCILS. X-782 | 195 | 00 | 1562 | 00 |
| 4/14/64 | Mike Peppe | INKS - LOVE STORY - | 70 | 00 | 1632 | 00 |
| 4/21/64 | Mag Managment | 8 PGS. PENCIL - AVENGERS ZEMO - ENCH - EXEC. | 120 | 00 | 1752 | 00 |
| 5/1/64 | Mag Managment | MILLIE THE MODEL 18 PGS INK X-788 13 PGS PENCIL - AVNGRS - ZEMO. | 393 | 00 | 2145 | 00 |
| 5/5/64 | Mag. Managment | MILLIE - 9 PGS INK | 76 | 00 | 2235 | 00 |
| 5/25/64 | Joe Gulla | RELIGIOUS PAGES 6 - | 72 | 00 | 2307 | 00 |
| 5/28/64 | Mag. Managment | 20 PGS - PENCIL AVENGERS - IMMORTALS - | 300 | 00 | 2607 | 00 |
| 6/7/64 | Joe Gulla | Religious Pages 2 | 24 | 00 | 2631 | 00 |
| 6/12/64 | Mag. Managment | 12 PGS - IRON MAN - DEATH OF TONY STARK - | 180 | 00 | 2811 | 00 |
| 6/13/64 | ROMITA | 6 PGS - BREAKDOWN - LOVE STORY - | 54 | 00 | 2865 | 00 |
| 6/20/64 | Mike Peppe. | Heads - | 45 | 00 | 2910 | 00 |
| 7/1/64 | Mag Managment | 20 PGS - PENCILS - AVENGERS KANG - SP M. # 11 | 300 | 00 | 3210 | 00 |
| 7/3/64 | John Romita | 14 PGS - BREAKDOWN BONNIE TAYLOR | 126 | 00 | 3336 | 00 |
| 7/27/64 | Mag. Managment. | 12 PGS - PENCILS - IRON MAN. ORIGIN OF. MAND. - 2 PG PIN-UP - | 228 | 00 | 3564 | 00 |
| 8/6/64 | John Romita | 14 PGS - BREAKDOWN NURSE - | 126 | 00 | 3690 | 00 |
| 8/5/64 | Mag. Managment | 20 PGS - AV - #12 - MOLE MAN - | 300 | 00 | 3990 | 00 |

PAID OUT FOR HELP ON JOBS.

5/1/64 $60.00 MIKE PEPPE - MILLIE THE MODEL X-788

| DATE | ACCOUNT | JOB | AMM'T | TOTAL |
|---|---|---|---|---|
| 12/14/64 | JOE GIELLA | 4 PGS RELIGIOUS | 48 00 | 7080 00 |
| 12/24/64 | Mike Peppe | 4 STATS & FIGURE CORRECTING, SEAVIEW - STORY | 30 00 | 7110 00 |
| 12/28/64 | Mag. Managmt. | 12 PG - PENCIL - I'M AND THE ALIEN SHIP | 240 00 | 7350 00 |
| 12/28/64 | Joe Giella | 2 PG - RELIGIOUS. | 24 00 | 7374 00 |
| 12/31/64 | Joe Giella | 2 PG - RELIGIOUS - | 24 00 | 7398 00 |
| | | TOTAL | | 7398 00 |

1964

| Date | Name | Description | Amount | | Total | |
|---|---|---|---|---|---|---|
| [illegible]7/64 | Mag. Managment | 12 PG - IRON MAN - PHANTOM | 180 | 00 | 4170 | 00 |
| [illegible]24/64 | Joe Giella | 2 PGS - NICODEMOUS - RELIGIOUS | 24 | 00 | 4194 | 00 |
| [illegible]2/64 | Joe Giella | 2 PGS - APOSLES - RELIGIOUS - | 24 | 00 | 4218 | 00 |
| [illegible]4/64 | Mag. Managment | 20 PS. AVENGERS - CASTLE PERON OF | 300 | 00 | 4518 | 00 |
| [illegible]/64 | John Romita | 11 PGS - BREAKDOWN. BEANIE Masquerade Ball. | 126 | 00 | 4644 | 00 |
| [illegible]25/64 | Mag Managment. | 12 PGS - IM. Swo HAWKEYE | 204 | 00 | 4848 | 00 |
| 9/28/64 | Joe. Giella | 4 PGS - RELIGIOUS - apollos Sea - Roman Capt. | 48 | 00 | 4896 | 00 |
| [illegible]/4/64 | Mag Managment | 12 PGS GM. INK - | 156 | 00 | 5052 | 00 |
| 10/13/64 | Joe Giella - | 2 PGS - RELIGIOUS - DEC-6 * | 26 | 00 | 5078 | 00 |
| 10/16/64 | Mag. Managment | 20 PGS - AVENGERS - WASP ART - ~~OCT~~ | 280 | 00 | 5358 | 00 |
| [illegible]/19/64 | Joe Giella | 2 PGS - RELIGIOUS - DEC-13 SHIP - SHORE - WILDMAN - * | 22 | 00 | 5380 | 00 |
| [illegible]/23/64 | Joe Giella | 2 PGS - RELIGIOUS - WILDMAN - ETC - DEC-20 | 24 | 00 | 5404 | 00 |
| [illegible]/24/64 | Mag. Managment | 12 PGS - IM VS OLD IM PENCIL | 216 | 00 | 5620 | 00 |
| [illegible]/29/64 | Joe Giella | 2 PG - RELIGIOUS FEEDING 5000 - | 24 | 00 | 5644 | 00 |
| [illegible]/11/64 | Western Printing | 32 PGS THE MAN FROM UNCLE | 560 | 00 | 6204 | 00 |
| [illegible]/13/64 | Joe Giella | 2 PGS - RELIGIOUS - SHIPS - WALKING WATER | 24 | 00 | 6228 | 00 |
| [illegible]19/64 | Joe Giella | 2 PGS - MOUNTAIN TOP - RELIGIOUS | 24 | 00 | 6252 | 00 |
| [illegible]/23/64 | Mag. Managment | 20 PGS. AVENGERS - DEATH - ZEMO | 300 | 00 | 6552 | 00 |
| [illegible]28/64 | Mag. Managment | 12 PGS - IM - VS PENCIL | 216 | 00 | 6768 | 00 |
| [illegible]/28/64 | Joe Giella | 2 PGS - RELIGIOUS - FIG. ON MONT. TOP | 24 | 00 | 6792 | 00 |
| [illegible]/4/64 | Mag. Managment | 12 PGS IM VS [illegible] PENCIL MCAREG | 240 | 00 | 7032 | 00 |

| DATE | ACCOUNT | JOB | AMM'T | TOTAL |
|---|---|---|---|---|
| 7/13/65 | MAGAZINE MANAGEMENT | 20 PAGES - AVENGERS #23 VS - KANG - | 400 00 | 5460 00 |
| 7/21/65 | Magazine Management | PART PAYMENT - 20 PAGES AVENGERS. #24 | 160 00 | 5620 00 |
| 8/1/65 | Mag. Management. | REST - AVENGERS - KANG - PART II | 240 00 | 5860 00 |
| 8/8/65 | Mike Peppe | 3 PGS - ADVERTISING JOB | 54 00 | 5914 00 |
| 8/16/65 | Mag. Management | AVENGERS - DR. DOOM #25 | 400 00 | 6314 00 |
| 9/10/65 | Mag, Management | AVENGERS #26 DEC. - VS ATTUMA PART I | 400 00 | 6714 00 |
| 10/1/65 | WESTERN PRINTING | MAN FROM UNCLE - #5 JAN - 32 PGS - | 560 00 | 7274 00 |
| 10/4/65 | Mag. Management. | Avengers #27 - JAN - Attuma Part II | 400 00 | 7674 00 |
| 10/17/65 | Mag. Management | COVER - AVENGERS #26 DEC - | 20 00 | 7694 00 |
| 10/27/65 | Mag. Management. | Avengers #28 - Feb. THE COLLECTOR - | 400 00 | 8094 00 |
| 11/13/65 | Mag. Management. | Avengers #29 - Mar. SWDMN4 POW MAN - 20 PGS - | 450 00 | 8544 00 |
| 11/20/65 | Mag. Management | COVER - INK - AVENGERS - #27 | 15 00 | 8559 00 |
| 11/27/65 | WESTERN PRINTING | PERCENTAGE CHECK | 11 66 | 8570 66 |
| 12/6/65 | Mag. Management | Avengers #30 - APRIL | 450 00 | 9020 66 |
| 12/10/65 | Mag Management | 5 PGS - WESTERN - FINK - | 112 50 | 9133 16 |
| 12/13/65 | Mag. Management. | PRODUCTION AV + T of SUSP | 75 00 | 9218 16 |
| 12/27/65 | Mag. Management | 12 PGS PENCIL SHIELD - "DRUID" | 240 00 | 9458 16 |

1965

| DATE | ACCOUNT | JOB | AMM'T | TOTAL |
|---|---|---|---|---|
| 1/5/65 | JOE GIELLA | 2 PGS - RELIGIOUS - 3/7/65 | 24 00 | 24 00 |
| 1/8/65 | JOHN ROMITA | 12 PGS - BREAKDOWN - BONNIE TAYLOR - SCOTCH | 108 00 | 132 00 |
| 1/[illegible]/65 | Mag. Managment | 20 pgs Avengers March - Mole man - new Avengers | 400 00 | 532 00 |
| 1/18/65 | Joe Giella | 4 PGS - RELIGIOUS - 3/14 - 3/21 - | 48 00 | 580 00 |
| 1/29/65 | Joe Giella | 2 PGS - RELIGIOUS - 3 - 28 - | 24 00 | 604 00 |
| 2/[illegible]/65 | Mag. Managment | 20 PG - CHALLENGE OF COMMISSAR AVENGERS, APRIL | 400 00 | 1004 00 |
| 2/10/65 | MIKE PEPPE | 9 PG - WITCHES - TALE - FOR TWILIGHT ZONE | 157 50 | 1161 50 |
| 2/17/65 | JOE GIELLA | 6 PGS - RELIGIOUS - CRUSIFIXION - | 72 00 | 1233 50 |
| 2/24/65 | Mag. Managment. | 12 PGS - IRONMAN - VS TITANIUM MAN - | 240 00 | 1473 50 |
| 3/3/65 | Joe Giella | 2 PGS END OF CHRIST'S STORY | 24 00 | 1497 50 |
| 3/11/65 | Mag. Management | 20 PGS AVENGERS #19 SWORDSMAN - MAY - | 400 00 | 1897 50 |
| 4/1/65 | Western Printings | 32 PG - PENCIL - JONAH VOYAGE OF THE SEAVIEW | 560 00 | 2457 50 |
| 4/4/65 | Mag. Managment | 12 PGS - IRON MAN - VS TITAN MAN + IN + IM LOVER PART 2 | 300 00 | 2757 50 |
| 4/11/65 | Mag. Management. | 20 PGS - SWMNY MANDRIN - AVENGERS - JUNE | 400 00 | 3157 50 |
| 5/1/65 | Mag. Management | 12 PGS - IRON MAN - TITANIAM PART III | 240 00 | 3397 50 |
| 5/3/65 | Western Printing | 9 PGS - LOST BATTALION PENCIL | 157 50 | 3555 00 |
| 5/14/65 | Mag. Managemnt | 20 PGS - DEFENDER VS - AV. AVENGERS - JULY | 400 00 | 3955 00 |
| 5/28/65 | Mag. Managemnt | 12 PGS IRON MAN - THINKER | 240 00 | 4195 00 |
| 5/12/65 | Mag. Managemt. | 20 PGS. AV - VS. POWER MAN + | 400 00 | 4595 00 |
| [illegible] | Mike Peppe | 5 3/4 Pages. Man from "Uncle" | 200 00 | 4795 00 |
| 6/26/65 | Mag. Managment | 12 - MAN FROM SHIELD + PROD END OF HYDRA | 265 00 | 5060 00 |

Paid out for help on Jobs

| Date | Name | | Job | Amount |
|---|---|---|---|---|
| 4/15/66 | Werner Roth | - | Menace of City Jungle<br>Midnight with Mandrake<br>Mandrake - pencils 12 pgs. - | 228.00 |
| 4/15/66 | Mike Peppe | - | Ink.<br>cover - Mandrake #1 | 23.00 |

1966

| DATE | ACCOUNT | JOB | AMOUNT | | TOTAL | |
|---|---|---|---|---|---|---|
| 1/7/66 | Mag. Mangmnt | SHIELD - 12 PGS - | 240 | 00 | 240 | 00 |
| 1/15/66 | Mag. Management | Avengers #29 Cover | 22 | 50 | 262 | 50 |
| 1/21/66 | Mag Managment | AVENGERS #31, MAY | 450 | 00 | 712 | 50 |
| 2/11/66 | Mag Management | St. Tales #147 | 240 | 00 | 952 | 50 |
| 2/25/66 | Mag. Management | Susp #80 - Apr. Ink - Cover; Susp #80 - Apr. Ink 160 | 165 | 00 | 1117 | 50 |
| 3/4/66 | Mag. Management | Avengers #32 | 450 | 00 | 1567 | 50 |
| 3/4/66 | Mike Peppe | | 40 | 00 | 1607 | 50 |
| 3/18/66 | Mag. Mangmnt | St Tales #148 May Pencils; Avengers #31 May P.I. | 240; 37 | 00; 50 | 1847 | 50 |
| 3/25/66 | Mag Mangmnt | St Tales 148 May Ink | 180 | 00 | 2065 | 00 |
| 4/13/66 | King Features | Mandrake the Magician #1 50 - cover; Menace of City Jungle Midnight 581 - @ Mandrake | 639 | 00 | 2704 | 00 |
| 4/15/66 | Mag. Mangmn't | Avengers #32 INK | 300 | — | 3004 | 00 |
| 4/22/66 | Mag. Mangmn't | Avengers #32 Cover INK Pencil | 37 | 50 | 3041 | 50 |
| 4/29/66 | Mag. Mangmnt | Avengers #33 PENCILS | 450 | — | 3491 | 50 |
| 5/13/66 | Mag. Management | Avengers #33 PRODUCTION | 50 | 00 | 3541 | 50 |
| 5/23/66 | Mag. Manage. | Spider Man Annual FINISH PENCILS 21 PGS. | 315 | 00 | 3856 | 50 |
| 6/10/66 | Mag. Manage | Avengers #33 July Ink Cover; Avengers #34 July Pencil | 540 | — | 4396 | 50 |
| 6/23/66 | Mike Peppe. | | 76 | — | 4472 | 50 |
| 6/24/66 | Mag Manage. | Avengers #34 Ink. | 300 | — | 4772 | 50 |
| 7/1/66 | Mag Manage. | Avengers #34 - Cover | 40 | — | 4812 | 50 |
| 7/15/66 | Mag Manage. | Avengers #35 Pencil | 500 | — | 5312 | 50 |
| 7/25/66 | Mag Manage. | Avengers #35 | 300 | | 5612 | 50 |

1966

| Date | Account | Job | Amount | | Total | |
|---|---|---|---|---|---|---|
| 8-5-66 | Mag. Mange. | #35 Sept P+O Cover 40<br>Avengers #36 Oct Pencil | 500 | — | 6152 | 50 |
| 8-19-66 | Mag Mange | Vacation 2 Wks | 290 | — | 6442 | 50 |
| 8-26-66 | Mag Mange. | Avengers #36 Ink | 300. | — | 6742 | 50 |
| 9-1-66 | Mag Mange | #36 Oct P+O Cover 40.—<br>Avengers #37 Nov. Penc. | 500. - | | 7282 | 50 |
| 9-23 66 | Mag Mang | Avengers #37. Ink | 300 - | | 7582 | 50 |
| 9-30 66 | Mag Mang? | Avengers #37 P+O cover | 40. - | | 7622 | 50 |
| 10-7-66 | Mag. Mang. | Avengers #38 Dec. Pencil | 500.— | | 8122 | 50 |
| 10-21-66 | Mag Mang. | Avengers #39 Partial paym't Pencil | 300.— | | 8422 | 50 |
| 11-11-66 | Mag Mang | Avengers #39 Pencil paym't | 200 - | | 8622 | 50 |
| 11-25-66. | Mag Mang | Avengers #40 Pencil | 500. — | | 9122 | 50 |
| 12-2-66 | Mag Mang. | Avengers Cover 39 Pencil | 25.— | | 9147 | 50 |
| 12-16-66 | Mag Mang | Avenger Annual #1 Pencil | 500. — | | 9647 | 50 |
| 12-20-66 | " | " | Bonus | 150. — | | 9797 | 50 |
| 12-23-66 | " | " | Avengers #41 Feb '67 Pencil 20 pgs 100 -<br>Avengers Ann. Fall '67 Pencil Cover 30 -<br>Tales to Astonish #92 Feb. Pencil Cover 30 - | 160. — | | 9957 | 50 |

NAME DONALD LOUIS H[illegible]K

ADDRESS 135-18-244 STREET ROSEDALE 10, N.Y.

SCHOOL ________ TELEPHONE LAURELTON 5-0100

# SCHEDULE

| PERIOD OR TIME | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| MON. COURSE . . . . . . . . | | | | | | | | |
| INSTRUCTOR . . . . . | | | | | | | | |
| TUES. COURSE . . . . . . . . | | | | | | | | |
| INSTRUCTOR . . . . . | | | | | | | | |
| WED. COURSE . . . . . . . . | | | | | | | | |
| INSTRUCTOR . . . . . | | | | | | | | |
| THUR. COURSE . . . . . . . . | | | | | | | | |
| INSTRUCTOR . . . . . | | | | | | | | |
| FRI. COURSE . . . . . . . . | | | | | | | | |
| INSTRUCTOR . . . . . | | | | | | | | |
| SAT. COURSE . . . . . . . . | | | | | | | | |
| INSTRUCTOR . . . . . | | | | | | | | |

1967

| DATE | ACCOUNT | JOB | AMOUNT | TOTAL |
|---|---|---|---|---|
| [illegible] | MAG MANAGEMENT | AVENGERS #40 COVER INK | 15.– | 15.– |
| 1-3-67 | MAG MANAGEMENT | AVENGERS ANNUAL #1 PENCIL | 500 – | 515 – |
| 2-3-67 | MAG MANAGEMENT | AVENGERS ANNUAL #1 PENCIL [illegible] 100.– [illegible] | 350. – | 865.– |
| [illegible] | MAG MANAGEMENT | AVENGERS ANNUAL #1 ANNUAL #1 PRODUCTION 115.– | 225 – | 1090 – |
| [illegible] | MAG MANAGEMENT | AVENGERS #44 JUNE PENCIL 20 PGS 500.– | 515.— | 1605.— |
| 3-10-67 | MAG MANAGEMENT | BRAND ECHH #2 PENCIL AVENGERS ANNUAL #1 PENCIL 1PG 30.– | 175.– | 1780.– |
| [illegible] | MAG MANAGEMENT | BRAND ECHH #2 MAY PENCIL 1 PG 35.– | 65 – | 1845.– |
| [illegible] | MAG MANAGEMENT | AVENGERS #45 JULY PENCIL 20 PGS 100.– AVENGERS ANNUAL #1 PRODUCTION 5.– XMEN #2 PENCIL 15 PGS 375.– FURY TOURS THE [illegible] | 480. – | 2325.– |
| [illegible] | MAG MANAGEMENT | SHIELD #68 12 PGS. PENCIL | 300 – | 2625.– |
| [illegible] | MAG MANAGEMENT | X MEN #2 PRODUCTION | 75.– | 2700.– |
| [illegible] | MAG MANAGEMENT | XMEN #37 JULY ~~PENCIL~~ INK | 400.– | 3100.— |
| [illegible] | MAG MANAGEMENT | SHIELD PRODUCTION | 60.– | 3160.— |
| [illegible] | MAG MANAGEMENT | XMEN 38 AUG PENCIL | 375.– | 3535.– |
| 6-2-67 | MAG MANAGEMENT | XMEN #37 COVER PENCIL | 30.– | 3565.– |
| 6-9-67 | MAG MANAGEMENT | X-MEN #39 SEPT. PENCIL | 375.– | 3940.– |
| 6-23-67 | MAG MANAGEMENT | XMEN #38 AUG PRODUCTION | 75.– | 4015.– |
| [illegible] | MAG MANAGEMENT | #41 NOV PENCIL 375.– XMEN #38 AUG PENCIL SCHED 30.– | 405.– | 4420.– |
| 7-14-67 | MAG MANAGEMENT | XMEN #39 SEPT. PENCIL [illegible] X MEN #39 SEPT [illegible] 45.– | 75.– | 4495.— |
| [illegible]-67 | MAG MANAGEMENT | SPIDERMAN #57 OCT. PENCIL 440.– | 485.– | 4980.— |
| [illegible] | MAG MANAGEMENT | X-MEN #39 SEPT. [illegible] | 30 – | 5010 – |
| [illegible] | MAG MANAGEMENT | X-MEN #39 PEN + SCH 75.– AVENGERS #47 SEPT PENCIL 30.– X-MEN #39 SEPT PENCIL 30.– | 135 – | 5145.— |
| 8-[illegible]-67 | MAG MANAGEMENT | SPIDERMAN #58 | 440 – | 5585.– |
| | | | 366 – | 5951.– |
| [illegible] | MAG MANAGEMENT | KID COLT #139 PENCIL | 150 – | 6101.— |

| DATE | ACCOUNT | JOB | AMOUNT | TOTAL |
|---|---|---|---|---|
| 9-8-67 | MAG. MANAGEMENT | X-MEN #43 PENCIL | 375.— | 6476.— |
| 9-22-67 | MAG MANAGEMENT | SPIDERMAN #59 PENCIL | 440. | 6916.— |
| 9-29-67 | MAG. MANAGEMENT | X-MEN #43 PENCIL | 75.— | 6991.— |
| 10-13-67 | MAG MANAGEMENT | SPIDERMAN #60 PENCIL | 440.— | 7431.— |
| 10-20-67 | MAG MANAGEMENT. | X-MEN #44 PENCIL BRKDN | 180. | 7611.— |
| 10-27-67 | MAG MANAGEMENT | X-MEN #45 PENCIL BRKDN | 180 | 7791.— |
| 11-[illegible]-67 | MAG MANAGEMENT | SPIDERMAN #61 PENCIL | 440. | 8231.— |
| 11-[illegible]-67 | MAG MANAGEMENT | X MEN #46 PENCIL BRKDN | 180.— | 8411.— |
| 12-1-67 | MAG MANAGEMENT. | MIGHTY SUPER HEROES #N. | 500.— | 8911.— |
| 12-8-67 | MAG MANAGEMENT | SPIDERMAN #61 COVER<br>X-MEN #47 COVER. | 40.— | 8951.— |
| 12-[illegible]-67 | MAG MANAGEMENT | SPIDERMAN #62 PENCIL | 470.— | 9421.— |
| 12-19-67 | MAG MANAGEMENT | BONUS | 200.— | 9621.— |
| 12-19-67 | MAG MANAGEMENT | BONUS | 400.— | 10,021.— |

1968

| DATE | ACCOUNT | JOB | AMOUNT | TOTAL |
| --- | --- | --- | --- | --- |
| 1-12-68 | MAGAZINE MANAGEMENT | X-MEN #47 PENCIL BRKDN | 180 – | 180 – |
| 1-24-68 | MAGAZINE MANAGEMENT | 15 PGS PENCIL AVENGERS ANNUAL #2 | 375 00 | 555 – |
| 2-5-68 | MAGAZINE MANAGEMENT | 15 PGS PENCIL AVENGERS ANNUAL #2 | 375 00 | 930 – |
| 2-[illegible]-68 | MAGAZINE MANAGEMENT | SPIDERMAN #63 TIGHT PENCIL | 440 00 | 1370 – |
| 3-7-68 | MAGAZINE MANAGEMENT | X-MEN COVER PENCIL X-MEN #48 PENCIL BRKDN | 255 00 | 1625 – |
| 3-12-68 | MAGAZINE MANAGEMENT | CM #5 20 PGS DR. STRANGE - PENCIL | 600 00 | 2225 – |
| 3-24-68 | MAGAZINE MANAGEMENT | CM #5 COVER PENCIL | 30 00 | 2255 00 |
| 4-1-68 | MAGAZINE MANAGEMENT | SPIDERMAN #64 TIGHT PENCIL | 440 00 | 2695 00 |
| 4-7-68 | MAGAZINE MANAGEMENT | X-MEN #47 COVER PENCIL | 30 00 | 2725 00 |
| 4-16-68 | MAGAZINE MANAGEMENT | DR STRANGE 175 AUG – CAPT MARVEL # 8 - AUG – | 600 00 | 3325 00 |
| [illegible] | MAGAZINE MANAGEMENT | X-MEN # 48 COVER PENCIL | 30 00 | 3355 00 |
| 5-13-68 | MAGAZINE MANAGEMENT | X-MEN PG 1 COVER SPIDERMAN PENCIL 20 PGS #66 | 480 00 | 3835 00 |
| 5-29-68 | MAGAZINE MANAGEMENT | X-MEN – BREAKDOWN – 49 – | 225 00 | 4060 00 |
| 6-[illegible]-68 | MAGAZINE MANAGEMENT | CAPT MARVEL # 9 PENCILS 20 PGS | 600 00 | 4660 00 |
| 6-24-68 | MAGAZINE MANAGEMENT | CAPT MARVEL # 10 PENCILS 20 PGS – | 600 00 | 5260 00 |
| 7-[illegible]-68 | MAGAZINE MANAGEMENT | CAPT MARVEL # 11 PENCILS 20 PGS | 600 00 | 5860 00 |
| 8-5-68 | MAGAZINE MANAGEMENT | X-MEN # 52 PENCIL BREAKDOWN | 225 00 | 6085 00 |
| 8-[illegible]-68 | MAGAZINE MANAGEMENT | CAPT MARVEL # 12 PENCILS 20 PGS | 600 00 | 6685 00 |
| 9-13-68 | MAG MANAGEMENT | X MEN # 53 PENCIL BREAKDOWN | 225 00 | 6910 00 |
| [illegible] | MAGAZINE MANAGEMENT | CAPT SAVAGE DECEMBER PENCILS | 600 00 | [illegible] |
| 10-[illegible]-68 | MAGAZINE MANAGEMENT | 2 WEEKS VACATION | 366 00 | 7876 00 * |
| 10-25-68 | MAGAZINE MANAGEMENT | 15 PGS BREAKDOWN X-MEN # 55 | 225 00 | 8001 00 |
| [illegible] | MAGAZINE MANAGEMENT | COVER - CAPTAIN SAVAGE (PG 1) | 50 00 | 8051 00 |
| [illegible] | MAGAZINE MANAGEMENT | JAN – 20 PGS – PENCIL CAPTAIN SAVAGE (FEB)? | 600 00 | 8651 00 |
| [illegible]-3-68 | MAGAZINE MANAGEMENT | SAV - FIRST MISSION + INK COVER CAPTAIN SAVAGE #15 MARCH | 620 00 | 9271 00 |

968

| DATE | ACCOUNT | JOB | AMMOUNT | TOTAL |
|---|---|---|---|---|
| 12-2-68 | MAGAZINE MANAGEMENT | CAPTAIN SAVAGE # 14 COVER PENCIL + INK | 50 00 | 9521 00 |
| 10-10-68 | MAGAZINE MANAGEM | BONUS | 200 00 | 9521 00 |
| 12-20 | MAGAZINE MANAGEMENT | BONUS | 200 00 | 9721 00 |
| • | MISTAKE ADDING - | | 100 00 | 9821 00 |
| | AVENGER # 2 ANNUAL + PRODUCTION - | | 205 00 | 10026 00 |
| | | TOTAL | | 10026 00 |

1969

| # | ACCOUNT | JOB | AMOUNT | TOTAL |
|---|---|---|---|---|
| 1-?-69 | MAGAZINE MANAGEMENT | PENCIL 20 PGS CAPTAIN SAVAGE #15 | 600 00 | 600 00 |
| [illegible] | MAGAZINE MANAGEMENT | PENCIL 20 PGS CAPTAIN SAVAGE #17 | 600 00 | [illegible] |
| 2/19 | MAGAZINE MANAGEMENT | 5 PGS – CAPTAIN SAVAGE #18 | 150 00 | 1350 00 |
| 3-4 | MAGAZINE MANAGEMENT | 20 PGS – CAP. MARVEL #16 – JUDGEMENT DAY | 600 00 | 1950 00 |
| [illegible] | MAGAZINE MANAGEMENT | 7 PGS – CHAMBER OF DARKNESS CAPTAIN MARVEL COVER #16 | 240 00 | 2190 00 |
| [illegible] | MAGAZINE MANAGEMENT | PRODUCTION – CAPTAIN MARVEL ROUGHS | 60 00 | 2250 00 |
| [illegible] | MAGAZINE MANAGEMENT | ROMANCE "WHY DIDN'T HE ASK ME?" | 210 00 | 2460 00 |
| [illegible] | MAGAZINE MANAGEMENT | TOWER OF SHADOWS – MAY A TIME TO DIE — | 140 00 | 2600 00 |
| ?-21 | MAGAZINE MANAGEMENT | WITCH HUNT – INVENTORY MYSTERY | 210 00 | 2810 00 |
| ?-21 | MIKE PEPPE – | 6 PGS MYSTERY BREAKDOWN — | 72 00 | 2882 00 |
| 5-5 | MAGAZINE MANAGEMENT | 7 PGS – ROMANCE BREAK-UP – INV | 210 00 | 3092 00 |
| 5-5 | MAGAZINE MANAGEMENT | 7 PGS – MYSTERY RED DEATH – INV. | 210 00 * | 3302 00 |
| ?-21 | MAGAZINE MANAGAGENT | 7 PGS – MYSTERY – MONKEY'S PAW | 210 00 * | 3312 00 |
| [illegible] | MAGAZINE MANAGEMENT | 20 PGS – X-MEN – SUNSTROKE | 600 00 | 3912 00 |
| ?-26 | (D.C.) NATIONAL COMICS | 7 PGS PENCIL PEOPLE IN GLASS HOUSES | 210 00 | 4122 00 |
| 7-7 | MAGAZINE MANAGEMENT | 7 PGS – MASQUE OF RED DEATH – INKS | 140 00 | 4262 00 |
| 7-15 | MAGAZINE MANAGEMENT | VACATION | 175 00 | 4437 00 |
| 7-21 | MIKE PEPPE – | LOVE STORY – ROTH INK 8 PGS – | 160 00 | 4597 00 |
| 7-24 | DC) NATIONAL – | 7 PGS – INK – PEOPLE IN GLASS HOUSES | 175 00 * | 4672 00 |
| ?-29 | MAGAZINE MANAGEMENT | EVIL IS A BAD SCENE – 7 PGS – PENCIL | 210 00 | 4882 00 |
| 8-? | MAGAZINE MANAGEMENT | HURT + HEARTBREAK 7 PG. OUR LOVE OUT – | 210 00 | 5092 00 |
| 8-20 | MAGAZINE MANAGEMENT | ONLY ONE CAN WIN – 7 PGS – INK – | 140 00 | 5232 00 |
| 9-15 | MAGAZINE MANAGEMENT | MY LOVE #4 NOV – 7 PGS – IN SISTERS SHADOW | 210 00 * | 5342 00 |
| 9-17 | DC NATIONAL | 6 PGS – PENCIL HOUSE OF SECRETS – THE INVASION | 180 00 | 5522 00 |

*

1969

| DATE | ACCOUNT | JOB | AMM'T | | TOTAL | |
|---|---|---|---|---|---|---|
| 10/10 | MAG. MANAGEMENT | EVIL IS A BAD SCENE 7PGS INK | 140 | 00 | 5662 | 00 |
| 10/20 | " " | OUR LOVE #4 DEC. 7PGS | 210 | 00 | 5872 | 00 |
| 10/28 | RPI | R-168 - SHIELD PRESENTATION DRAWING | 100 | 00 | 5972 | 00 |
| 11/1 | MAG. MANAGEMENT | COULD I LOVE A MEMBER OF ESTABLISHMENT MY LOVE #5 | 210 | 00 | 6182 | 00 |
| (9/25) | D.C. | 6 PGS - INKS - THE INVASION # OF S | 150 | 00 | 6332 | 00 |
| 11/16 | D.C | 8 PGS - ROMANCE - PENCIL J-592 | 240 | 00 | 6572 | 00 |
| 12/1 | MAG. MANAGEMENT | 8 PGS - IRON MAN FEB 26 | 240 | 00 | 6812 | 00 |
| 12/5 | DC | DARK DIMENSION - 8PGS - MYS. G 615 | 240 | 00 | 7052 | 00 |
| 12/20 | D.C | WHO AM I WHOM SHALL I BE. 8 PG - ROMANCE - HATE LETTERS B-535 | 240 | 00 | 7292 | 00 |
| 12/20 | MAG. MANAGEMENT | 11 PGS IM FEB #26 10 PGS - ROUGH - DR. STRANGE 223 | 460 | 00 | 7752 | 00 |
| 12/27 | " " | COVER IM #26 | 30 | 00 | 7782 | 00 |
| 12/27 | D.C. | 8 PGS - ROMANCE - LOVE ME LOVE ME NOT INK - J-592 | 200 | 00 | 7982 | 00 |
| * | ERRORS | | 400 | 00 | 8382 | 00 |

TOTAL FOR YEAR 8382.00

1970

| DATE | ACCOUNT | JOB | AMM'T | | TOTAL | |
|---|---|---|---|---|---|---|
| 1/7 | MAG. MANAGEMENT | DR. STRANGE INV - 10 PGS FINISH PENCIL - WHO ARE YOU | 170 | 00 | 170 | 00 |
| 1/18 | D.C. | FLASH - 10 PGS - PENCIL S-329 | 330 | 00 | 500 | 00 |
| 1/20 | MAG MANAGEMENT | IM - # 27 MAR. FIREBRAND 8 PGS - PENCIL | 240 | 00 | 740 | 00 |
| 1/23 | " | " " 11 PGS | 330 | 00 | 1070 | 00 |
| 2/20 | " | 19 PGS IM # 28 APRIL PENCIL CONTROLLER LIVES | 570 | 00 | 1640 | 00 |
| 2/25 | D.C. | G-615 - WHOM SHALL I BE INKS B-535 HATE LETTERS | 400 | 00 | 2040 | 00 |
| 3/14 | D.C | 6 PG - ROMANCE ENGAGE RING V-794 - V-795 MADE EACH OTHER | 180 | 00 | 2220 | 00 |
| 3/14 | MAG. MANAGEMENT | 13 PGS - IM # 29 MAY COMPUTO - | 390 | 00 | 2610 | 00 |
| 3/27 | " | 6 PG - IM # 29 MAY COMPUTO | 180 | 00 | 2790 | 00 |
| 3/28 | D.C. | 6 PG ROMANCE INK J-794 - J 795 - | 150 | 00 | 2940 | 00 |
| 4/1 | MAG. MANAGEMENT | 3 PGS - IM # 29 REDO. | 90 | 00 | 3030 | 00 |
| 4/4 | DC. | COVERS SECRET HEARTS YOUNG LOVE GIRL ROMANCES | 99 | 00 | 3129 | 00 |
| 4/[illegible] | MAG - M | 10 PGS - IRON MAN # 30 JUNE "ZOGA" | 300 | 00 | 3429 | 00 |
| 4/21 | MAG - MAN - | 9 PGS - IRON MAN # 30 JUNE ZOGA | 270 | 00 | 3699 | 00 |
| 5/10 | MAG MANAGEMENT | 10 PGS - IRON MAN # 31 PROTESTORS - | 300 | 00 | 3999 | 00 |
| 5/21 | MAG - MANAGEMENT | 9 PGS - IRON MAN # 31 PROTESTORS - | 270 | 00 | 4269 | 00 |
| 6/7 | DC. | HOUSE OF SECRETS - G911 DARK - FIRE | 330 | 00 | 4599 | 00 |
| 6/15 | MAG - MANAGEMENT | 10 PGS - IRON MAN - 33 SEPT - E - ELITE | 300 | 00 | 4899 | 00 |
| 6/19 | " | 9 PGS - IRON MAN 33 SEPT - E ELITE | 270 | 00 | 5169 | 00 |
| 7/4 | D.C. | HOUSE OF SECRETS G 911 INK + FINISH DARK FIRE | 224 | 00 | 5383 | 00 |
| 7/15 | MAG. MANAGEMENT | 10 PGS IRON MAN 34 OCT. E. ELITE PART 2 | 300 | 00 | 5683 | 00 |
| 7/25 | MAG. M. | 9 PG - IRON MAN # 34 OCT E. ELITE PART 2 | 270 | 00 | 5953 | 00 |
| 7/27 | D.C. | NOBODY LOVES A WIZARD G1039 PENCIL | 132 | 00 | 6085 | 00 |
| 8/15 | MAG. MANAGEMENT | 9 PGS - IRON MAN - 35 NOV. | 270 | 00 | 6355 | 00 |
| 8/15 | SKYWALD - | 10 PGS - POLUTION MONSTERS, 1 ROMANCE COVER | 253 | | 6608 | 00 |

1970

| | | JOB | AMM'T | TOTAL |
|---|---|---|---|---|
| 8/25 | MAG - MAN - | 10 PGS - IRON MAN #35 NOV. PENCIL | 300 00 | 6908 00 |
| 8/29 | D.C. | FINISH G 1039 NOBODY LOVES A LIZARD | 88 00 | 6996 00 |
| 9/21 | D.C. | DO UNTO OTHERS G 1035 10 PGS - PENCIL | 330 00 | 7326 00 |
| 9/21 | D.C. | BATGIRL S-643 7PGS - PHANTOM BULLFIGHTER | 231 00 | 7557 00 |
| 10/13 | D.C. | BATGIRL - S 644 7PGS - NIGHT OF THE SHARP HORNS | 231 00 | 7788 00 |
| 10/13 | MAG - MAN - | 8 PGS - IRON MAN #36 - | 240 00 | 8028 00 |
| 10/13 | SKYWALD | 1 PG. COVER ROMANCE | 23 00 | 8051 00 |
| 11/11 | D.C. | COVER GIRLS LOVE D-116 | 33 00 | 8084 00 |
| 11/12 | D.C. | BATGIRL - MINI-MIDI-MAXI S-708 - COVERS ROMANCE 2 - | 297 00 | 8381 00 |
| 11/15 | Mag. Man. | 19 PGS - IM #37 JAN - 10 PGS - BW-6 - AMAZ. ADV. | 870 00 | 9251 00 |
| 12/1 | D.C. | COVER ROMANCE D-129 | 33 00 | 9284 00 |
| 12/2 | MAG. MAN - | 6 PGS - MY LOVE, JAN - WIVES OF A MODEL | 180 00 | 9464 00 |
| 12/3 | D.C. | 7 PGS - BATGIRL - CUT & RUN S-709 | 231 00 | 9695 00 |
| 12/15 | ~~Mag. Management~~ D.C. | BONUS - | 50 00 | 9745 00 |
| 12/26 | D.C. | ROMANCE COVERS (2) | 66 00 | 9811 00 |
| 12/29 | D.C. | MYSTERY - B 939 - THIS LITTLE WITCH WENT TO COLLEGE | 297 00 | 10108 00 |

TOTAL 10108 00