# EXHIBIT 68F

1975

| DATE | ACCN'T | JOB | | AMMT | TOTAL |
|------|--------|-----|---|------|-------|
| AUG 25 | MILTON CANIFF | 12 PANELS | | 160 00 | 7140 00 |
| SEP 3 | MILTON CANIFF | 6 PANELS | | 80 00 | 7220 00 |
| 9/8 | MILTON CANIFF | 24 PANELS | | 320 00 | 7540 00 |
| 9/9 | MILTON CANIFF | 6 PANELS | | 80 00 | 7620 00 |
| 9/10 | MAG. MNGT. | 1 Page | Spiderman Cakes | 40 00 | 7660 00 |
| 9/12 | West Prtng. | 5 PGS | TRIANGLE | 112 50 | 7772 50 |
| 10/1 | West Pub | 14 PGS | SAMSON | 315 00 | 8087 50 |
| 10/8 | MARVEL | 5 PGS | CHAMPIONS # 5 | 200 00 | 8287 50 |
| 10/19 | WEST PRTING | 9 Pencil 5 INK | TRIANGLE - SAMSON | 332 50 | 8620 00 |
| 10/25 | MARVEL | 5 PGS | CHAMPIONS # 5 | 200 00 | 8820 00 |
| 11/7 | MARVEL | 7 PGS | CHAMPIONS # 5 | 280 00 | 9100 00 |
| 11/20 | MARVEL | 7 PGS | MARVEL PREMIERE #30 | 280 00 | 9430 00 |
| 12/2 | MARVEL | 7 PGS | MARVEL PREMIERE #30 | 280 00 | 9710 00 |
| 12/2 | WEST PRINTING | 6 PG | SERPENT - COVER PENCIL | 135 00 | 9845 00 |
| 12/7 | WEST PRTNG | 6 PG | " " INK | 135 00 | 9980 00 |
| 12/24 | MARVEL | 3 PGS | MARVEL PREMIERE #30 | 120 00 | 10100 00 |

DETTWILER-0079

# 1976

| DATE | ACCOUNT | JOB | AMM'T | TOTAL |
|---|---|---|---|---|
| 11/3 | CHARLTON PUB | 7 PGS - MAFFIA - PART PMT | 220 00 | 220 00 |
| 11/15 | CHARLTON PUB | 7 PGS - MAFIA - PMNT | 200 00 | 420 00 |
| 1/23 | MILTON CANIFF | 6 DAILIES - 1 SUN DAY STEVE CANYON - 5/8 5/14 | 360 00 | 780 00 |
| 2/18 | MILTON CANIFF | 6 PG DLY - 1 SUNDAY STEVE CANYON - 5/15 5/21 | 360 00 | 1140 00 |
| 2/23 | WEST. PUB CO. | 18 PGS - PENCIL - BORN OF THE SUN | 495 00 | 1635 00 |
| 3/5 | MARVEL | WESTERN PUB PUZZLES (2) - 5 AT - FT | 180 00 | 1815 00 |
| 3/18 | WEST PUB CO | 18 PGS - INK BORN OF THE SUN | 495 00 | 2310 00 |
| 3/23 | MILTON CANIFF | 6 DAILIES - 1 SUNDAY STEVE CANYON 5/23 - 30 | 360 00 | 2670 00 |
| 4/1 | MARVEL | 10 PGS - BLACK GOLIATH #4 PART PENCIL - INK | 450 00 | 3120 00 |
| 4/7 | MARVEL | 7 PGS - BLACK GOLIATH #4 PART PENCIL - INK | 315 00 | 3435 00 |
| 4/13 | MARVEL | 10 PGS - TORA + THING PART PENCIL - INK | 440 00 | 3875 00 |
| /22 | MILTON CANIFF | 5 SUNDAYS - 6.6 6.13 6.20 | 360 00 | 4235 00 |
| 4/30 | MARVEL | 7 PGS - TORA + THING PART PENCIL - INK | 308 00 | 4543 00 |
| 5/5 | PHCL ? | ? | ? | ? |
| 5/21 | MARVEL | 7 PGS AVENGERS - INV - BREAKNT PENCIL | 280 00 | 6823 00 |
| 6/2 | MARVEL | 10 PGS AVENGERS #XXV - BREAKNT - PENCILS | 400 00 | 6223 00 |
| 6/4 | DICK GIORDANO | 4 PGS - INK - GIRL PIECE FOR PUB. | 160 00 | 6383 00 |
| ? | MARVEL | ? | 650 00 | 7033 00 |
| 7/21 | MARVEL | 7 PGS GHOST RIDER #22 | 280 00 | 7393 00 |
| /28 | MARVEL | 5 PGS GR #23 PENCIL | 200 00 | 7645 00 |
| 5/4 | WEST PUB CO | 13 PGS PENCIL LONE RANGER | 357 50 | 7906 50 |
| 8/9 | MARVEL | 5 PGS GR #22 PENCIL (COW AND) | 200 00 | 8100 00 |
| 8/25 | WEST PUB CO | 10 PGS PENCIL LONE RANGER | 275 00 | 8375 00 |
| 9/4 | JOHN BUSCEMA | 1ST WEEK TEACHING | 100 00 | 8475 00 |
| 9/13 | JOHN BUSCEMA | 2ND WEEK TEACHING | 100 00 | 8575 00 |

DETTWILER-0080

1976

| DATE | ACCOUNT | JOB | AMOUNT | | TOTAL | |
|------|---------|-----|--------|---|-------|---|
| 9/17 | WESTERN | 23 PGS - INK - EDWARD ETC LONE RANGER | 632 | 50 | 9207 | 50 |
| 9/30 | MARVEL | 5 PGS - GHOST RIDER - #23 | 200 | 00 | 9407 | 50 |
| 10/4 | JOHN BUSCEMA | 3 & 4 TH WEEK TEACHING | 200 | 00 | 9607 | 50 |
| 10/6 | MARVEL | 5 PGS - GHOST RIDER #23 | 200 | 00 | 9807 | 50 |
| 10/13 | JOHN BUSCEMA | 5TH WEEK TEACHING | 100 | 00 | 9907 | 50 |
| 10/16 | MARVEL | 7 PGS GHOST RIDER #23 PENCIL | 280 | 00 | 10187 | 50 |
| 10/19 | JOHN BUSCEMA | 6TH WEEK TEACHING | 100 | 00 | 10287 | 50 |
| 10/27 | JOHN BUSCEMA | 7TH WEEK TEACHING | 100 | 00 | 10387 | 50 |
| 10/27 | MARVEL | 5 PGS. GR #24 #25 PENCIL INVENTORY | 200 | 00 | 10587 | 50 |
| 10/29 | JOHN B. | 8TH WEEK TEACHING | 100 | 00 | 10687 | 50 |
| 11/1 | MARVEL | 4 PGS - GR - INVENTORY PENCIL #25 | 160 | 00 | 10847 | 50 |
| 11/6 | JOHN B - | 9TH WEEK TEACHING | 100 | 00 | 10947 | 50 |
| 11/10 | MARVEL | 5 PGS - GR # 24 PENCIL | 200 | 00 | 11147 | 50 |
| 11/13 | JOHN B | 10 TH WEEK TEACHING | 100 | 00 | 11207 | 50 |
| 11/17 | MARVEL | 4 PGS - GR # 24 PENCIL | 160 | 00 | 11367 | 50 |
| 11/20 | JOHN B | 11 TH WEEK TEACHING | 100 | 00 | 11467 | 50 |
| 11/24 | JOHN B | AD JOB - GIRL & BOY. STARS - FLASH BKG - SLIPPERS | 250 | 00 | 11717 | 50 |
| 12/1 | MARVEL | 4 PGS - GR # 24 PENCIL | 160 | 00 | 11877 | 50 |
| 11/24 | MARVEL | 5 PGS - GR # 24 PENCIL | 200 | 00 | 12077 | 50 |
| 12/4 | JOHN B. | 12 WEEK — 1ST WEEK TEACHING - | 200 | 00 | 12277 | 50 |
| 12/11 | JOHN B | 2 ND WEEK TEACHING | 100 | 00 | 12377 | 50 |
| 12/18 | JOHN B | 3 rd WEEK TEACHING | 100 | 00 | 12477 | 50 |
| 12/28 | D.C. | 17 PGS - WONDER WOMAN 1st Part - STONE + CO | 680 | 00 | 13157 | 50 |
|  | D.C. | ROYALTIES — PAGES PREVIOUSLY DONE | 152 | 00 | 13309 | 50 |

DETTWILER-0081

1977

| DATE | ACCOUNT | JOB | AMMOUNT | | TOTAL | |
|------|---------|-----|---------|---|-------|---|
| 1/8 | JOHN B. | 4TH WEEK TEACHING | 100 | 00 | 100 | 00 |
| 1/15 | JOHN B. | 5TH WEEK TEACHING | 100 | 00 | 200 | 00 |
| 1/17 | MARVEL | 5 PG. GR #25 PENCIL 10-14 | 200 | 00 | 400 | 00 |
| 1/28 | JOHN B | 6 & 7 TH WEEK TEACHING | 200 | 00 | 600 | 00 |
| 2/5 | JOHN B | 8TH WEEK TEACHING | 100 | 00 | 700 | 00 |
| 2/8 | D.C. | 15 PGS WONDER WOMAN | 600 | 00 | 1300 | 00 |
| 2/19 | JOHN B | 9TH WEEK TEACHING. | 100 | 00 | 1400 | 00 |
| 2/26 | JOHN B | 10TH WEEK TEACHING | 100 | 00 | 1500 | 00 |
| 3/3 | MARVEL | 3 PGS - GR# 25 15-17 | 126 | 00 | 1626 | 00 |
| 3/5 | JOHN B | 1 WEEK TEACHING | 100 | 00 | 1726 | 00 |
| 3/8 | D.C. | WONDER WOMAN PENCIL 17 PGS - #234 | 680 | 00 | 2406 | 00 |
| 3/12 | JOHN B | 1 WEEK 1ST WEEK NEW COURSE | 200 | 00 | 2606 | 00 |
| 3/19 | JOHN B | 2ND WEEK 3rd COURSE | 100 | 00 | 2706 | 00 |
| 3/26 | JOHN B | 3rd WEEK 3rd Course | 100 | 00 | 2806 | 00 |
| 3/28 | JOHN B | 4-5-6 WEEK FOR APRIL COURSE | 300 | 00 | 3106 | 00 |
| 4/1 | D.C. | 17 PGS - TEEN TITANS | 680 | 00 | 3786 | 00 |
| 4/17 | D.C. | 10 PGS - BG + R. | 400 | 00 | 4186 | 00 |
| 4/28 | D.C. | 14 PGS - BG + R | 560 | 00 | 4746 | 00 |
| 5/8 | JOHN B. | 7TH WEEK 3rd Course | 100 | 00 | 4846 | 00 |
| 5/9 | JOHN B | 8TH WEEK 3rd. Course | 100 | 00 | 4946 | 00 |
| 5/15 | D.C. | 8 PG. TEEN TITANS # 51 | 320 | 00 | 5266 | 00 |
| 5/22 | JOHN B | 9TH WEEK 3rd Course | 100 | 00 | 5366 | 00 |
| 6/1 | Reprint Marvel | | 81 | 00 | 5447 | 00 |
| 5/26 | D.C. | 9 PGS - TEEN TITANS # 51 | 360 | 00 | 5807 | 00 |
| 6/3 | JOHN B | 10 TH WEEK - 3rd COURSE | 100 | 00 | 5907 | 00 |

DETTWILER-0082

1977

| DATE | ACCNT | JOB | AMM'T | | TOTAL | |
|------|-------|-----|-------|---|-------|---|
| 6/8 | D.C. | 8 PGS – TT # 52 DEC. TITANS CLASH PENCIL | 320 | 00 | 6227 | 00 |
| 6/11 | JOHN B | 11 TH WEEK - TEACHING - 3RD COURSE | 100 | 00 | 6327 | 00 |
| 6/18 | JOAN B. | 12 TH WEEK - TEACHING 3RD COURSE | 100 | 00 | 6427 | 00 |
| 6/26 | D.C. | 9 PGS - TT # 52 DEC. TITANS CLASH PENCIL | 360 | 00 | 6787 | 00 |
| 7/15 | D.C. | 6 PGS - SUPERGIRL - 187 | 240 | 00 | 7027 | 00 |
| 7/26 | BOB BURRAN | STUDIO WORK | 50 | 00 | 7077 | 00 |
| 7/29 | D.C. | 6 PGS - SUPERGIRL - 187 | 520 | 00 | 7599 | 00 |
| | | 8 PGS - BATGIRL - ROBIN #16 | | | | |
| 8/8 | BOB BURRAN | STUDIO WORK | 200 | 00 | 7799 | 00 |
| 8/19 | D.C. | 14 PGS (BATGIRL + ROBIN) | 560 | 00 | 8359 | 00 |
| 8/25 | D.C. | BAL OF PYMT - 10 PGS - SG + ROB TO SUPERGIRL 187 | 120 | 00 | 8479 | 00 |
| 9/9 | D.C. | 8 PGS STEEL # 1 | 320 | 00 | 8799 | 00 |
| 9/9 | BOB BURRAN | STUDIO WORK | 200 | 00 | 8999 | 00 |
| 9/23 | D C | 9 PGS STEEL # 1 | 360 | 00 | 9359 | 00 |
| 9/30 | D.C. | 1 PG STEEL # 1 PENCIL 2 PGS P + I MODEL SHEET STEEL | 174 | 00 | 9533 | 00 |
| 10/5 | MARVEL | REPRINT - WOMAN VILLIANS | 28 | 00 | 9561 | 00 |
| 10/5 | JOAN BURRAN | CLASSES 1 + 2    9/27 - 9/30 | 200 | 00 | 9761 | 00 |
| 10/12 | JOAN B | CLASSES 3 + 4    10/4 - 10/7 | 200 | 00 | 9961 | 00 |
| 10/12 | D.C. | STEEL COVER + REPRO | 131 | 00 | 10092 | 00 |
| 10/17 | JOAN B | CLASSES 5 + 6   10/11 - 10/14 | 200 | 00 | 10292 | 00 |
| 10/20 | DC | BATGIRL # 17   8 PGS - INK | 336 | 00 | 10628 | 00 |
| 10/25 | JOAN B | CLASSES 7 - 8 - 10/18 - 10/21 | 200 | 00 | 10828 | 00 |
| 10/27 | D.C. | BATGIRL # 17   8 PGS. INK | 336 | 00 | 11164 | 00 |
| 10/30 | D.C. | BATGIRL # 17   5 PGS INK | 210 | 00 | 11374 | 00 |
| 11/1 | JOAN B | CLASSES 9 - 10   10/25 - 10/28 | 200 | 00 | 11574 | 00 |
| 11/9 | JOAN B | CLASSES 11 - 12 11/, - 11/4 | 200 | 00 | 11774 | 00 |

DETTWILER-0083

'977

| DATE | ACCOUNT | JOB | AMM'T | TOTAL |
|------|---------|-----|-------|-------|
| 11-10 | D.C | COVER - STEEL # 2 | 7800 | 11852 00 |
| 11-19 | D.C | 8PG PENCIL - STEEL # 2 | 336 00 | 12188 00 |
| 11-14 | JOHN B | CUSTODY - 13-14  11/6 - 11-8 | 200 00 | 12388 00 |
| 11-21 | JOHN B | CLASSES - 15-16  11/15 - 11 19 | 200 00 | 12588 00 |
| 11-28 | JOHN B | CLASS - 17 - 11/22 | 100 00 | 12688 00 |
| 12-2 | D.C | 9 PG PENCIL - STEEL # 2 | 373 00 | 13066 00 |
| 12-5 | JOHN B | CLASS 18-19  11/30 - 12/3 | 200 00 | 13266 00 |
| 12-12 | WARREN | SAMPSON DOLES INK | 600 00 | 13866 00 |
| 12-12 | JOHN B | CLASS 20-21  12/6 - 12-9 | 200 00 | 14066 00 |
| 12-12 | D.C | 10 PG PENCIL  STEEL # 3 | 920 00 | 14986 00 |
| 12/13 | JOHN B | CLASS 22-23  12-13  2/16 | 200 00 | 14686 00 |
| 12/21 | D.C | COVER - STEEL # 3 | 78 00 | 14764 00 |
| 12/27 | BOB LEVINE | STUDIO WORK | 200 00 | 14964 00 |
| 12/30 | JOHN B | CLASS # 24 - 12/20 | 100 00 | 15064 00 |
|  | medium | barn of shes | 70 00 | 15134 00 |

1978

| DATE | ACCOUNT | JOB | AMOUNT | TOTAL |
|------|---------|-----|--------|-------|
| 1/9 | JOHN B | CLASS # 25 1/6 | 100 00 | 100 00 |
| 1/10 | D.C. | 10 PGS PENCIL SHIELD # 4 | 420 00 | 520 00 |
| 1/15 | JOHN B | CLASSES #26 26 - 27 1/10 - 1/13 | 200 00 | 720 00 |
| 1/9 | JOHN B. | CLASS 28 - 1/17 | 100 00 | 820 00 |
| 1/19 | John B - | CLASSES 29 - 30 1/24 - 1/27 | 200 00 | 1020 00 |
| 2/12 | D.C. | 10 PGS BATMAN FAM #20 BATGIRL + ROBIN 1 - 10 | 420 00 | 1440 00 |
| 2/19 | D.C. | 10 PGS BAT FAM #60 BATGIRL + ROBIN 11 - 20 | 420 00 | 1860 00 |
| 2/24 | D.C. | COVER STEEL # 4 | 78 00 | 1938 00 |
| 2/24 | D.C. | REPRINTS SRA B2 B3 | 37 50 | 1975 50 |
| 3/3 | D.C. | REPRINT SRA - REPRINT (SUPER A) | 20 00 | 1995 50 |
| 3/3 | D.C. | STEEL # 5   10 PG PENCIL | 420 00 | 2415 50 |
| 3/10 | D.C. | STEEL # 6 COVER PENCIL + SKETCH | 78 00 | 2493 50 |
| 3/11 | D.C. | STEEL # 6 10 PGS PENCIL | 630 00 | 3123 50 |
| 4/6 | D.C. | 10 PGS BF BATGIRL # 21 PENCIL - SHG SUPERMAN - CHINAM | 420 00 | 3543 50 |
| 4/20 | D.C. | 8 PGS - STEEL # 6 | 378 00 | 3921 50 |
| 4/24 | J. ROMITA (Armco | DESIGNS SHIRTS - CIGARET @ @ 20 | 60 00 | 3981 50 |
| 5/1 | Armco | 1 - HAIR | 20 00 | 4001 50 |
| 5/5 | ARMCO | 3 PEANUTS - BOAT - GIRL (MM) | 60 00 | 4061 50 |
| 5/15 | ARMCO | 2 - DRAWINGS - | 31 00 | 4062 50 |
| 5/19 | D.C. | 16 PGS - STEEL # 6 DUCK | 672 00 | 4734 50 |
| 5/19 | ARMCO. | 2 DRAWINGS - LIQUOR RED ELDER | 30 50 | 4765 00 |
| 5/24 | ARMCO | 5 DRAWINGS - BUG-TONGUE - HEAD - LOLLYPOP RAMROD - MR. CAB - SOUND CITY | 76 05 | 4841 05 |
| 5/26 | D.C. | STEEL # 6 COVER | 78 00 | 4939 05 |
| 6/1 | D.C. | BF BATGIRL # 22 10 PGS | 462 00 | 5401 05 |
| 6/4 | B. SCRAN | 50 STUDIO WORK | 50 00 | 5451 05 |

DETTWILER-0085

1978

| DATE | ACCOUNT | JOB | AMOUNT | TOTAL |
|---|---|---|---|---|
| 8/18 | D.C. | 10 PGS  STEEL # 7 | 420 00 | 5871 05 |
| 8/21 | BOB BERRAN | STUDIO WORK | 50 00 | 5921 05 |
| 8/30 | D.C. | 2 PGS  STEEL # 7 | 84 00 | 6005 05 |
| 9/3 | DON. | 15 PGS- SCHEBERG SF-<br>NIGHTMARE IN NEW ATHENS | 630 00 | 6635 05 |
| 9/10 | D.C. | 8 PGS- ADV 462 - FLASH | 336 00 | 6971 05 |
| 9/20 | D.C. | 4 PGS ADV 462 - FLASH | 168 00 | 7139 05 |
| 8/5 | DC | 5 PGS  WEIRD WAR- PLOT THE<br>PENCILS  BY MORGAN | 210 00 | 7349 05 |
| 8/17 | ANDRE LA BLANC -<br>P | DAILY - 8/28 - 9/30  10% SUNDAY<br>PENCILS - R.M - SCHOMBURG | 250 00 | 7599 05 |
| 8/24 | A. PRECIADO | 10/8<br>PENCILS - R.M  SCHOMBURG | 100 00 | 7699 05 |
| 8/26 | P. LA BLANC | PENCILS - R.M  DAILY<br>10/2 - 10/7 | 150 00 | 7849 05 |
| 8/28 | A LA BLANC | ROUGH TRACE - SUN  10/15<br>FINISH | 60 00 | 7909 05 |
| 9/29 | D.C | 462 - ADVENTURE - AQUAMAN<br>SHOOTING SCRIPT | 500 00 | 8508 05 |
| 9/9 | A LA BLANC | CLOSE TRACINGS - DAILIES | 0 00 | 8408 05 |
| 9/14 | ANDRE LA BLANC | TRACINGS - 2 WEEKS DAILIES<br>1 SUNDAY - 10/23 — 11/4 | 240 00 | 8643 05 |
| 9/15 | BOB BERRAN | STUDIO WORK | 25 00 | 8668 05 |
| 9/18 | D.C. | 12 PGS - BF - SUPERGIRL<br>MAY - JUNE | 504 00 | 9172 05 |
| 10/2 | D.C. | 12 PGS - AQUAMAN - ADVENTURE<br>463 | 504 00 | 9676 05 |
| 10/11 | D.C | 6 PGS - FLASH- ADVENTURE<br>463 | 252 00 | 9928 05 |
| 10/20 | D.C. | 6 PGS FLASH AD 463 | 252 00 | 10180 05 |
| 10/26 | D.C. | 6 PGS FLASH AD 464 | 252 — | 10432 05 |
| 11/6 | D.C. | 5 PGS FLASH AD 464 | 210 — | 10642 05 |
| 11/22 | D.C. | 12 PG SUPERGIRL DOUBLE ID.<br>SMF 396 | 504 — | 11146 05 |
| 11/26 | BOB BERRAN | STUDIO WORK | 90 — | 11236 05 |
| 12/4 | D.C. | 11 PGS BATGIRL- | 462 — | 11698 05 |
| 12/20 | D.C. | 12 PGS SUPERGIRL - SMF<br>WIN THE PAST - 1979 ISM | 504 — | 12202 05 |
| 12/20 | CARSON GRAVILLE | 1 PAGE- SHD WONDER WOMAN COLOR | 25 — | 12227 05 |

DETTWILER-0086

1979

| Date | Account | Job | Ammount | | Total | |
|------|---------|-----|---------|---|-------|---|
| /5 | a - D.C. Comics | Adventure 465 - Flash 6 Pgs | 252 | - | 252 | - |
| /9 | D.C. | ADVENTURE 465 FLASH - 6 PG | 252 | - | 504 | - |
| /23 | D.C. | JIMMY OLSEN - 11 PGS - | 462 | - | 966 | - |
| /26 | D.C. | 4 PGS - BATGIRL - DET COM. 486 | 180 | - | 1146 | - |
| 2/20 | D.C. | 4 PGS BATGIRL - DET. COMICS KILLER MOTH - 486 | 180 | - | 1326 | - |
| 2/3 | D.C. | 3 PGS - WEIRD WAR - #61,625 | 405 | - | 1731 | - |
| 2/25 | D.C. | 6 PGS - GHOSTS - CAROUSEL (Pencil) | 360 | - | 2091 | - |
| 3/2 | D.C. | 8 PGS - GREEN LANTERN 120 | 405 | - | 2496 | - |
| 3/9 | SI BARRY | 9 PGS GL 120 - CONQUISTADOR | 200 | - | 2696 | - |
| 3/10 | SI BARRY | 6 DAILIES # 97 - 102 BREAK-DOWN PENCILS | 200 | - | 2896 | - |
| 3/18 | D.C. | 6 DAILIES #S 103 -108 BD - PENCILS | 495 | - | 3391 | - |
| 3/25 | D.C. | 11 PGS - SG SMF 198 - | 360 | - | 3751 | - |
| 4/5 | MARVEL | 8 PGS - GL - GA 121 | 67 | 50 | 3818 | 50 |
| 4/3 | D.C | REPRINTS # 45 | 507 | - | 4325 | 50 |
| 4/3 | D.C | W WAR - 3 PGS WN - 102 C - 121 9 PG PENCIL - 405 | 115 | - | 4440 | 50 |
| 4/20 | D.C. | HOUSE M ART - # 17 | 360 | - | 4800 | 50 |
| 4/27 | D.C. | GL - GA - 122 - 8 PGS - | 405 | 50 | 5205 | 50 |
| 5/7 | D.C. | GL-GA - 122 9 PGS PENCIL WITH DISC RINGS | 360 | - | 5565 | 50 |
| 5/11 | D.C. | FLASH 280 - 8 PGS PNL WRONG MAN | 405 | - | 5970 | 50 |
| 5/21 | D.C. | FLASH 280 - 9 PGS - PENCIL WRONG MAN | 360 | - | 6330 | 50 |
| /6 | D.C. | FLASH 281 - 8 PGS - PENCIL | 405 | - | 6737 | 50 |
| /15 | D.C. | FLASH 281 - 9 PGS PENCIL - | 360 | - | 7097 | 50 |
| 6/27 | D.C. | FLASH 282 - 8 PGS - PENCIL "MIGMASH" | 405 | - | 7502 | 50 |
| 7/12 | D.C. | FLASH 282 - 9 PG - PENCIL | 360 | - | 7862 | 50 |
| 7/20 | D.C. | FLASH 283 - 8 PGS PENCIL | 405 | - | 8267 | 50 |
| | | FLASH 283 - 9 PGS - PENCIL | | | | |

DETTWILER-0087

*1979*

| | | | | |
|---|---|---|---|---|
| 8/2 | D.C. | 8PGS - FLASH 284 RUN FLASH RUN - | 360 | — 8627 5 |
| 8/2 | D.C. | 9PGS - FLASH 284 | 405 | 9032 50 |
| 8/27 | D.C. | 8PG - DET-481 - BG+R | 360 | 9392 50 |
| 9/5 | D.C. | 7PGS - DET 489 BG+R | 315 | 9707 50 |
| 9/5 | D.C. | 8 PGS FLASH 285 SKETCH PENCIL - IF AT FIRST YOU DON'T | 360 | 10067 50 |
| 9/27 | D.C. | 9PGS FLASH 285 - | 405 | 10472 50 |
| 0-2 | MARVEL | REPRINT | 10 | 10482 50 |
| 10/3 | MARVEL | REPRINT - MARVEL SUPER ACTION #16 | 40 50 | 10523 — |
| 10/5 | D.C. | 8PGS FLASH 286 - RAINBOW RAIDER PENCIL | 360 | 10883 |
| 10/5 | D.C. | COVER FLASH. 285 - SKETCH PENCIL | 81 | 10964 |
| 10/25 | D.C. | 9PGS FLASH 286 - RAINBOW PENCIL RAIDER - | 405 | 11369 |
| 10/30 | D.C. | FL- 286 - SKETCH PENCIL COVER FL- 287 - 8PGS - PENCIL DR. ALCHEMY | 441 | 11810 |
| 10/3 | CARTOON ER VILLE | LECTURE - | 50 | 11860 |
| 11/12 | D.C. | 9PG - FL-287 - US 240 COVER | 485 | 12345 |
| 11/24 | D.C. | 8PG - FL 288 + 287 COVER | 360 85 | 12710 |
| 12/3 | MARVEL | REPRINT - | 40 50 | 12830 50 |
| 12/7 | D.C. | 9PGS - F 289 — DR. ALCHEMY + MR ELEMENT | 405 — | 13235 50 |
| 12/13 | D.C. | F# 288 COVER | 85 | 13320 50 |
| 12/13 | D.C. | CHRISTMAS - BONUS. | 300 — | 13620 50 |
| 12/24 | D.C. | 8 PG - F- 289 - 50HH MYSTERY COVER | 360 85 | 14065 50 |
| 12/31 | D.C. | 9PGS - F. 289 - | 405 | 14470 50 |
| 12/31 | D.C. | 90 HH - COVER INK - | 35 — | 14505 50 |

DETTWILER-0088

— 1980 —

| DATE | ACCOUNT | JOB | AMM'T | TOTAL |
|---|---|---|---|---|
| 1/4/80 | D.C. | SUB-AD-ART- REPRINT | 22 50 | 22 50 |
| 1/4 | D.C. | FLASH 290 - 8PGS — WILL YOU BELIEVE | 445 — | 467 50 |
| | | F-289 COVER + S     ME WHEN I'M SEND | | |
| 1/25 | D.C. | FLASH 290 9PGS - | 405 | 872 50 |
| 1/30 | D.C. | GHOSTS 92 — COVER | 240 | 1112 50 |
| | | SOM. 18    COVER | | |
| 3/11 | D.C. | FLASH 291 - 9 PGS PENCIL | 405 — | 1517 50 |
| 2/22 | D.C. | FLASH 291 - 8 PGS PENCIL | 360 — | 1877 50 |
| 3/5 | D.C. | F-290 - COVER | 391 — | 2268 50 |
| | | F-291 - 9PGS — INK | | |
| 3/5 | D.C. | F-291 - 8 PGS — INK | 272 — | 2540 50 |
| | | CONTRACT PERFORMANCE | 450 — | 2990 50 |
| 3/12 | D.C. | F-292 - 9PGS — PENCIL | 405 — | 3395 50 |
| 3/17 | D.C. | MIRROR MIRROR | | |
| | | F-292 8PGS - | 360 — | 3755 50 |
| 3/26 | D.C. | F-292 - RAISE ADS. | 85 — | 3840 50 |
| 3/26 | D.C. | | | |
| 4/16 | D.C. | F-292 8PGS — INK | 272 — | 4112 50 |
| | | MIRROR-MIRROR | | |
| 4/16 | D.C. | F-292 9PGS - INK - M-M | 306 — | 4418 50 |
| 5/1 | D.C. | F-293 6PGS - PENCIL | 300 — | 4718 50 |
| 5/1 | D.C. | F-293 6PGS - PENCIL | 300 — | 5018 50 |
| 5/1 | D.C. | F-292 COVER - SKETCH | 85 — | 5103 50 |
| 5/13 | D.C. | F-294 - 9PGS - PENCIL - APGS | 450 | 5553 50 |
| 5/30 | D.C. | F-293 12 PGS INK - | 408 — | 5961 50 |
| | | FINGR - HERDS | | |
| 5/9 | D.C. | F-294 - 8 PGS - PENCIL APGS | 400 — | 6361 50 |
| 6/17 | D.C. | GHOSTS 96 COVER PENCIL+INK | 120 — | 6481 50 |
| 6/17 | D.C. | F-294 - 8PGS - INK - | 272 00 | 6753 50 |
| 6/27 | D.C. | F-294 - 9PGS - INK - | 306 — | 7059 50 |
| 6/27 | D.C. | F-294 - COVER - SKETCH - PENCIL | 85 | 7144 50 |
| 7/18 | D.C. | VLA - 187 - 13 PGS - PENCIL — | 650 | 7794 50 |

DETTWILER-0089

— 1980 —

| DATE | ACCOUNT | JOB | PRICE | TOTAL |
|---|---|---|---|---|
| 7/30 | D.C. | 12 PAGES - JLA - 187 - PENCIL | 600 00 | 8394 50 |
| 8/14 | D.C. | 9 PGS - FL-295- COVER- FL 295 | 535 - | 8929 50 |
| 8/21 | D.C. | 11 PAGES - JLA - 188 | 550 - | 9479 50 |
| 8/25 | D.C. | 8 PAGES - F-295 PENCIL | 400 00 | 9879 50 |
| 9/8 | D.C. | 17 PGS- F-295 INK | 578 00 | 10457 50 |
| 9/16 | D.O. | 8 PGS - AQM-517 ACTION | 400 - | 10857 50 |
| 1/24 | D.C. | 8 PGS - AQM- ACTION - 518 | 400 - | 11257 50 |
| 1/5 | D.C. | 8 PGS - ACTION - 517 INK AQUAMAN | 272 - | 11529 50 |
| 10/15 | D.C | 5 PGS - ACTION -AQM INK 518 | 272 - | 11801. 50 |
| 1/27 | D.C | 8 PGS- ACTION AQM- FAMILY PLOT    517 | 400 - | 12201 50 |
| 11/1 | D.C. | 8 PGS ACTION AQM THE END    520 | 400 - | 12601 50 |
| 1/20 | D.C. | 8 PGS - ACTION 519 AQM FAMILY PLOT - INK - | 272 - | 12873. 50 |
| 1/27 | D.C. | AQUAMAN - MINI-COMIC - 15 PGS LEAK CONFECTIONARY | 375 - | 13248 50 |
| 12/5 | D.C | LEAF CONFECTIONARY - 5 PGS 9 +1 FLASH ORIGIN | 630 - | 13878 50 |
| 12/11 | D.C. | DIAL H FOR HERO 482 AC PENCIL | 350 | 14228 50 |
| 12/11 | D.C. | AQUAMAN - ACTION 520 - THE INK     END | 272 - | 14500 50 |
| 12/16 | D.C. | BONUS - CHRISTMAS | 300 - | 14800 50 |
| 12/22 | P.C. | DIAL H - INK 482 C | 238 - | 15038 50 |
| 12/29 | D.C. | DIAL H - PENCIL 483 A - 12 PGS - | 600 - | 15638 50 |

DETTWILER-0090

*1981*

| DATE | ACCOUNT | JOB | PRICE | TOTAL |
|---|---|---|---|---|
| 4/17 | D.C. | ADVENTURE 484 - DIAL H 9 PGS PENCIL | 450 - | 450 - |
| 2/6 | D.C. | ADVENTURE 483A - DIM H - INKS | 12-85 408 - | 858 - |
| 2-14 | D.C. | ADVENTURE 484A - 5 PGS - BOUNTY HUNTER | 400 - | 1258 - |
| 2 2/26 | D.C. | DCCP- S-3550 9 PGS - PENCIL | 450 - | 1708 - |
| 2 3/10 | D.C. | DCP- S-3550 SUP + FL 8 PGS PENCIL | 400 - | 2108 - |
| * 3/25 | D.C. | DCP- S-3550 - SUMAN + F 17 PGS INK | 680 - | 2788 - |
| * 3/10 | D.C. | INCENTIVE BONUS CONTRACT PERFORMANCE - | 500 - | 3288 - |
| 4/3 | D.C. | DIAL H ADV 486 - 9 PGS - PENCIL | 495 - | 3783 - |
| 4/10 | D.C. | DIAL H ADV-486 - 8 PGS - HELL ON EARTH | 440 - | 4223 - |
| 4/27 | D.C. | DIAL H-ADV. 2187 - 9 PGS, CHARM A SERPENT PENCIL | 495 - | 4718 - |
| 5/5 | D.C. | DIAL H - ADV-486 - 17 PGS INK - HELL ON EARTH | 680 - | 5398 - |
| 5/15 | D.C | DIAL H. AV. 487 9 PGS CHARM A SERPENT INK | 360 - | 5758 - |
| 6/5 | D.C | WW- 287- WW + FT - 16 PGS PENCIL | 880 - | 6638 - |
| 6/17 | D.C. | VLA 198 - WILD WILD WEST - 14 PGS - PENCIL | 770 - | 7408 - |
| 7-1 | D.C. | VLA -199 WILD WILD WEST 13 PGS PENCIL | 715 - | 8123 - |
| 7-14 | D.C. | VLA-199 - GRAND CANYON SHOWDOWN 10 PGS - PENCIL | 550 - | 8673 - |
| 7-28 | D.C. | VLA-199 - GRAND CANYON SHOWDOWN 10 PGS - PENCIL | 550 - | 9223 - |
| 8-5 | D.C. | VLA -199 - GRAND CANYON SWDN 7 PGS - PENCIL | 585 - | 9608 - |
| 5-19 | D.C. | WC-277 7 PGS PENCIL RUINS OF PRAGUE | 385 - | 9993 - |
| 8-26 | D.C. | PUZZLES WW + BTMN - | 330 - | 10323 - |
| 8-28 | D.C | WC-277 - 7 PGS-PENCIL BURST OF PRAGUE | 385 - | 10708 - |
| 9-17 | D.C. | VLA-201 - 12 PGS - PENCIL HERO - WATLHA - | 660 - | 11368 - |
| 9-30 | D.C. | VLA-201 13 PGS PENCIL HERO - ULTRAA - | 715 - | 12083 - |
| 10-16 | D.C. | VLA-202 - 12 PGS PENCIL SPACE JOB - | 660 - | 12733 - |
| 10-16 | NEW MEDIA | THE VIRGINIAN - 3 SPOTS | 152 - | 12885 - |

DETTWILER-0091

1 SHARE - 67.94.

DETTWILER-0092

'981

| DATE | ACCOUNT | JOB | | PRICE | TOTAL |
|------|---------|-----|-----|-------|-------|
| | VLA-DC | VLA 202 | 13 PGS PENCIL & SPACE JOBS | 715 - | 13958 - |
| -18 | VLA-DC | VLA-203 | 12 PGS PENCIL PART ONE TOTAL PROGRAMS | 600 - | 14258 - |
| 12-8 | VLA-DC | VLA-205 | 13 PGS PENCIL PART ONE RFG - | 715 - | 14973 - |
| 1-23 | VLA-DC | VLA-204 | 8 PGS PENCIL PART 2 RFG. | 440 - | 15413 - |
| 12-30 | DC. | VLA-204 | 17 PGS - RFG PENCIL PART II | 935 - | 16348 |

DETTWILER-0093

ROYALTY CHECKS -

| | | | |
|---|---|---|---|
| ✳ 3-26 | 200.00 | — DC REWORK SUP | 200.00 |
| 6-3 | 135.87 | — VCA 198 - WW | 331.83 |
| 6-28 | 106.83 | — VCA - 199 | 438.46 |
| 9-3 | 130.44 | — VCA - 201 | 618.90 |
| 10-4 | 129.50 | — VCA - 202 | 748.40 |
| 11-9 | 72.00 | VCA - 203 | 820.40 |
| 11-30 | 24.55 | VCA - 204 | 844.95 |
| 12-29 | 123.68 | VCA - 205 | 968.63 |

DETTWILER-0094

1982

| DATE | ACCOUNT | JOB | PAYMENT | | TOTAL | |
|------|---------|-----|---------|--|-------|--|
| 1-27-82 | D.C. | VLA-205 9 PGS. REG. PENCIL PART III | 495 | — | 495 | — |
| 2-9 | D.C. | VLA-205 8 PGS. REG. PENCIL PART III | 440 | | 935 | — |
| 2-18 | D.C. | VLA-205 8 PGS. REG. PENCIL PART III | 440 | | 1375 | — |
| 2-22 | D.C. | CONTRACT BONUS— | 550 | | 1925 | — |
| 2-26* | D.C. | ROYALTIES D.C. COMICS PRESENTS # 38 P-1 LEAD | 206 | 06 | 2131 | 06 |
| 3-9 | D.C. | VLA-207—10 PGS—USA-JLA— | 600 | 00 | 2731 | 06 |
| 3-26 | D.C. | JLA-207·13 pgs VLA-USA-ETC | 780 | 00 | 3511 | 06 |
| 4-13 | D.C. | VLA-208 7 PGS—VLA-USA 2ND PART— | 420 | — | 3931 | 06 |
| 4-26 | D.C. | VLA-208·8 PGS— VLA 2ND PART | 480 | — | 4411 | 06 |
| 5-10 | D.C. | VLA-209·8 PGS— 2ND PART OF STORY— | 480 | — | 4891 | 06 |
| 5-21 | D.C. | VLA-209—8 PGS VCA-USA 3rd part. | 480 | — | 5371 | 06 |
| 6-3* | D.C. | ROYALTY CHECK— W.W.-T.T.— JAN | 175 | 57 | 5546 | 93 |
| 6-9 | D.C. | JLA-209 8 PGS 480 7 PGS 420 | 700 | — | 6246 | 93 |
| 6-26 | D.C. | VLA-209 10 PGS—USA-JLA—PENCILS DON PER PAGE | 400 | — | 6836 | 93 |
| 7-10 | D.C. | VLA-209·WNO·12 PGS—SPITFIRE | 450 | — | 7366 | 93 |
| 7-10 | D.C. | JLA-209 7PGS ADVERTISMENT— | 115 | — | 7481 | 93 |
| 8-6 | D.C. | VLA-213·16 PGS—PENCIL· MICROVERSE— | 960 | — | 8441 | 93 |
| 8-23 | D.C. | VLA-213 7 PGS—PENCIL MICROVERSE— | 420 | — | 8861 | 93 |
| 9-9 | D.C. | VLA-214 7 PGS—PENCIL MICRO-COSMOS PART II | 420 | — | 9281 | 93 |
| 9-9 | D.C. | HUNTRESS·301  7 PGS—PENCIL | 420 | — | 9701 | 93 |
| 10-3 | D.C. | VCA 214  8 PGS PENCIL | 480 | — | 10181 | 93 |
| 10-21 | D.C. | JLA 214  8 PGS PENCIL | 480 | — | 10661 | 93 |
| 11-24 | D.C. | PROJECT·ARMY PROJECT 3 PGS PENCIL | 180 | — | 10841 | 93 |
| 11-8 | D.C. | PROJECT— ARMY PROJECT 3 PGS INKWASH PENCIL RATE | 90 | — | 10931 | 93 |
| 11-8 | D.C. | PROJECT— ARMY PROJECT 3 PGS INK | 202 | 56 | 11134 | 93 |

DETTWILER-0095

1982

| DATE | ACCOUNT | JOB | PAYMENT | TOTAL |
|---|---|---|---|---|
| 12-8 | VLA-215-DC | VLA-215 - 7 PGS - PENCIL | 420 - | 11554 43 |
| 12-13 | VLA-215-DC | 8 PGS PENCIL | 480 - | 12034 43 |
| 12-13 | D.C. | GREEN LANTERN CORPS - 6 PGS PENCIL | 360 - | 12394 43 |
| 12-23 | DC | VLA-215 - 8 PGS - PENCIL | 480 - | 12874 43 |

DETTWILER-0096

ROYALTY CHECKS - 1983

| | | | | TOTAL |
|---|---|---|---|---|
| 3-18 | JCA-207 - | 337.78 | | |
| 4-20 | JCA-208 | 184.45 + 73.77 | | |
| 5-28 | JCA-309 | 167.59 | | |
| 10-24 | JCA-314 | 45.14 | — | 809.03 |
| 11-30 | JCA-315 - | 38.44 | — | 847.47 |
| 12-27 | JCA-316 | 56.63 | — | 904.10 |

DETTWILER-0097

# 1983

| DATE | ACCOUNT | JOB | PAYMENT | TOTAL |
|---|---|---|---|---|
| 1-21 | D.C. | WW 306 - 8 PG PENCIL | 480 - | 480 - |
| 2-7 | D.C. | VLA 216 - 8 PG. PENCIL (WW 306 CHECK) | 480 - | 960 - |
| 2-7 | D.C. | GL CORPS 6 PGS - PENCIL | 360 - | 1320 - |
| 2-17 | D.C. | VLA-216 8 PGS. PENCIL | 480 - | 1800 - |
| 2-22 | D.C. | VLA-216 7 PGS - PENCIL (VLA216 check) | 420 - | 2220 - |
| 3-4 | D.C. | WW 306 - 8 PGS PENCIL | 480 - | 2700 - |
| 3-4 | D.C. | CONTRACT PERFORMANCE CHECK | 600 - | 3300 - |
| 4-4 | D.C. | WW 307 - 8 PGS PENCIL | 560 - | 3860 - |
| 4-4 | D.C. | WW-307 - 8 PGS - PENCIL | 560 - | 4420 - |
| 4-11 | D.C. | WW-308 - 8 PGS PENCIL | 560 - | 4980 - |
| 4-22 | D.C. | WW-308 - 8 PGS PENCIL | 560 - | 5540 - |
| 5-3 | D.C. | WW 308 - 8 PGS INKS | 376 - | 5916 - |
| 5-3 | D.C. | WW 308 - 8 PGS INKS | 376 - | 6292 - |
| 5-13 | D.C. | WW 309 - 8 PGS PENCIL | 560 - | 6853 x 4 |
| 5-13 | D.C. | WW SAMPLER 2 PGS PT I | 234 - | 7086 |
| 6-6 | D.C. | WW 309 - 8 pgs PENCIL | 560 - | 7646 |
| 6-6 | D.C. | WW 309 - 8 PGS - INK | 376 - | 8022 |
| 6-6 | D.C. | WW 309 - 8 PGS - INK | 376 - | 8398 |
| 6-17 | D.C. | WW 311 - 8 PGS - PENCIL | 560 - | 8958 |
| 6-28 | D.C. | WW 311 - 8 PGS - PENCIL (GREMLIN PART I) | 560 - | 9518 |
| 7-20 | D.C. | WW 311 - 8 PGS - INK | 376 - | 9894 |
| 7-20 | D.C. | WW 311 - 8 PGS - INK - | 376 - | 10270 |
| 8-5 | D.C. | WW 312 8 PGS PENCIL (GREMLINS PART I) | 560 - | 10830 |
| 8-5 | D.C. | WW 312 8 PGS PENCIL | 560 - | 11390 |
| 8-20 | D.C. | WW 312 8 PGS INK | 376 - | 11766 |

DETTWILER-0098

1983

| DATE | ACCOUNT | JOB | PAYMENT | TOTAL |
|---|---|---|---|---|
| 8-29 | D.C. | WW 312 - 8 PGS - INK - 2ND PART OF GREMLIN STORY - | 376 - | 12142 - |
| 9-13 | D.C | WW 313 8 PGS PENCIL - BONNY | 560 - | 12702 - |
| 9-13 | D.C. | WW 313 8 PGS PENCIL - BONNY | 560 | 13262 - |
| 9-26 | D.C | WW 313 8 PGS - INK - | 376 | 13638 - |
| 10-3 | D.C. | WW 313 8 PGS INK | 376 - | 14014 |
| 10-24 | D.C | WW 314 8 PGS PENCIL - BONNY - MAHAN | 560 | 14574 |
| 10-25 | D.C | WW 314 8 PGS PENCIL | 560 | 15139 - |
| 11-7 | D.C. | WW 314 8 PGS PENCIL G-1001 INK | 376 | 15510 |
| 11-7 | D.C. | WW 314 8 PGS PENCIL INK | 376 | 15886 - |
| 11-23 | D.P. | WW 315 8 PGS PENCIL | 560 | 16446 - |
| 12-6 | D.C. | WW 315 8 PGS - PENCIL | 560 | 17006 - |
| 12-19 | D.C. | WW 315 8 PG - INK | 376 | 17382 - |
| 12-19 | D.C. | WW 315 8 PGS - INK | 376 | 17758 - |
| 12-29 | D.C. | WW 316 8 PGS - PENCIL | 560 | 18318 - |
| 12-29 | D.C. | WW 316 8 PGS - PENCIL | 560 | 18878 - |
| 2-7 | D.C. | GL CORPS 6 PGS PENCIL | - 360 | 18518 00 |
| | | TOTAL | | 18518 00 |

DETTWILER-0099

MARVEL - 135 - FREELANCE REINBURSEMENT.

DETTWILER-0100

*1984*

| | ACCOUNT | JOB | PAYMENT | TOTAL |
|---|---|---|---|---|
| 1-19 | D.C | WW 316 - 8 PGS. INKS - | 400 | 400 |
| 1-19 | D.C. | WW 316 - 8 PGS INKS - | 400 | 800 |
| 2-? | D.C. | WW 317 - 8 PG - PENCIL | 584 | 1384 |
| 2-3 | D.C. | WW 317 - 8 PGS - PENCIL | 584 | 1968 |
| 2-16 | D.C. | WW 319 - 8 PGS - PENCIL - | 584 | 2552 |
| 3-3 | D.C. | WW 319 - 8 PGS - PENCIL | 584 | 3136 |
| 3-23 | D.C | WW 320 - 8 PGS PENCIL | 584 | 3720 |
| 3-23 | D.C. | CONTRACT PERFORMANCE | 702 | 4422 |
| 4-5 | D.C. | WW 320 8 PGS PENCIL | 584 | 5006 |
| 4-22 | TRIAD STUDIOS | AD FOR FABRICS 1 PG. | 900 | 5906 |
| 4-27 | D.C. | WW 321 8 PGS PENCIL | 584 | 6490 |
| 5-5 | D.C. | WW 321 8 PGS PENCIL | 584 | 7074 |
| 5-24 | D.C. | WW 322 8 PGS PENCIL | 584 | 7658 |
| 6-6 | D.C. | WW 322 8 PGS PENCIL | 584 | 8242 |
| 6-20 | D.C. | WW 322 7 PGS PENCIL | 511 | 8753 |
| 7-10 | D.C. | WW 323 8 PGS PENCIL | 584 | 9337 |
| 7-19 | D.C | WW 323 8 PGS PENCIL | 584 | 9921 |
| 7-20 | D.C. | WW 323 7 PGS PENCIL | 511 | 10432 |
| 8-8 | D.C. | WW 323 7 PGS P - INK | 350 | 10782 |
| 8-18 | D.C. | WW 323 8 PGS - INK | 400 | 11182 |
| 8-18 | D.C. | WW 323 8 PGS - INK | 400 | 11582 |
| 9-1 | D.C. | GL BOARD - BORDENS - 6 PGS PENCIL | 561 | 12143 |
| | | WHOS WHO - ABIGS - 1 PG. - M+I | | 12143 |
| 9-12 | D.C. | GL BOARD - INK - BORDENS, 6 PGS | 350 | 12493 |
| 9-20 | D.C. | WW 324 8 PGS - PENCIL | 584 | 13077 |
| 9-27 | D.C. | WW 324 7 PGS PENCIL | 511 | 13588 |

DETTWILER-0101

1984

| | ACCOUNT | JOB | PAYMENT | TOTAL |
|---|---|---|---|---|
| 10 - 3 | D.C. | WW 324 - 8 PGS PENCIL | 584 — | 14172 — |
| 10 - 19 | D.C. | WW 324 - 12 PGS INK | 600 — | 14772 — |
| 11-26 | O.P | WW 324 — 11 PGS - INK - | 550 — | 15322 — |
| 11- 7 | O.C | WW 325 - 7 PGS - PENCIL GREMLIN PENCIL MROMLIN | 511 — | 15833 — |
| 12 - 4 | O.O | WW 325 - 8 PGS - PENCIL GREMLIN | 584 — | 16417 — |
| 12 - 11 | O.O | WW 325 8 PGS - PENCIL GREMLIN | 584 — | 17001 — |
| 12 · 12 | D.C. | WW 325 11 pages Ink — Gremlin - Kremlin | 550 — | 17551 — |
| 12 - 30 | O.C. | WW 325 12 PGS INK - GREMLIN | 600 — | 18151 — |
| 1/ | | MISTAKE - ADDITON | — 50 | 18101 — |

DETTWILER-0102