# EXHIBIT 68G

| 6-3 | Marvel - Freelance reimbursement | - | 210.00 |
| 8-24 | D. C. | Who's Who # 1 royalty | 116.81 |
| 12-20 | D.C. | Whos Who # 5 " | 71.93 |

DETTWILER-0103

1985

| DATE | ACCOUNT | JOB | PAYMENT | TOTAL |
|------|---------|-----|---------|-------|
| 1-10-85 | DC | 7 PGS· WW 326 — PENCIL | 511 — | 511 — |
| 1-17 | D.C. | 8 PGS WW 326 — PENCIL | 584 — | 1095 — |
| 1-26 | D.C | 9 PGS· WW 326 — PENCIL | 584 — | 1679 — |
| 2-12 | D.C. | 11 PGS WW 326 — INK | 583 — | 2262 — |
| 2-12 | D.C. | 1 PGS P+1 WHO'S WHO C/RCI | 128 — | 2390 — |
| 2-25 | D.C. | 12 PGS WW 326 — INK | 636 — | 3026 — |
| 2-25 | D.C. | 8 PG WW 327 — PENCIL | 600 — | 3626 — |
| 3-21 | D.C. | 8 PG WW 327 — PENCIL | 600 — | 4226 — |
| 3-21 | D.C | 7 PG WW 327 — PENCIL | 525 — | 4751 — |
| 3-26 | D.C. | 1 PGS· WHO'S WHO — DR. CYBER P+1 | 128 — | 4879 — |
| 3-30 | D.C. | 11 PGS — WW327 — INK | 583 — | 5462 — |
| 4-12 | D.C. | 12 PGS — WW327 — INK '6X CRISIS | 636 — | 6098 — |
| 4-12 | D.C. | CONTRACT PERFORMANCE | 696 — | 6794 — |
| 4-21 | D.C. | 7 PGS — PENCIL — WW 328 | 525 — | 7319 — |
| 4-29 | D.C. | 8 PGS PENCIL WW 328 | 600 — | 7919 — |
| 5-6 | D.C. | 8 PGS PENCIL WW 328 | 600 — | 8519 — |
| 5-23 | D.C. | 11 PGS INK WW 328 | 583 — | 9102 — |
| 6-5 | D.C. | 12 PGS INK WW 328 | 636 — | 9738 — |
| 6-26 | D.C. | 17 PGS PENCIL — ROBOTS — McDONNALD'S — | 1912 50 | 11650 50 |
| 7-18 | D.C. | 9 PGS· PENCIL — WW 328 (— REDO —) | 675 — | 12325 50 |
| 7-18 | D.C. | 8 PGS PENCIL WW 328 (REDO·) | 600 — | 12925 50 |
| 8-2 | D.C. | 1 pg PENCIL 4 pgs ink WW 328 (REDO) | 287 — | 13212 50 |
| 8-16 | D.C | 12 PGS — PENCIL WW 329 — | 900 — | 14112 50 |
| 8-28 | D.C. | 14 PGS — PENCIL WW 329 ½ PG PENCIL · INK WHO'S WHO # 11 | 1114 — | 15226 50 |
| 9-9 | D.C. | 12 pgs. PENCIL WW 329 | 900 — | 16126 50 |
| 10-2 | D.C. | 19 PGS INK WW 329 | 1007 — | 17133 50 |

1985

| DATE | ACCOUNT | JOB | PAYMENT | TOTAL |
|------|---------|-----|---------|-------|
| 10-10 | D.C. | 19 PGS WW329 - INK | 1007 - | 18140 50 |
| 11-12 | D.C. | 8 PGS DC CHALLENGE - PENCIL #9 | 600 | 18740 50 |
| 11-12 | D.C. | 7 PG. D.C. CHALLENGE PENCIL #9 | 525 | 19265 50 |
| 11-28 | D.C. | 8 PG- D.C. CHALLENGE #9 PENCIL | 600 | 19865 50 |
| 12-4 | D.C. | CHALLENGE # 9 EXTENDED ART 1 PG PENCIL + INK. WHO'S WHO | 250 - | 20115 50 |
| 12-26 | D.C. | D.C. PRESENTS #94 11 PGS. INK. | 583 | 20698 50 |
| 12-31 | D. C. | D.C. PRESENTS #94 11 PGS. INK | 583 | 21281 50 |

DETTWILER-0105

86

| | | |
|---|---|---|
| 1·23 | Who's Who! #6 Royalty · | $67.52 |
| 6·2 | MARVEL TALES 181· | 83.— |
| 6·26 | Who's Who #11 Royalty · | 17.56 |

DETTWILER-0106

1986

| DATE | ACCOUNT | JOB | PAYMENT | | TOTAL | |
|---|---|---|---|---|---|---|
| 1-23 | D.C. CHALLENG#9 12 PG INK | → D C | 699 | 60 | 699 | 60 |
| 1-23 | D C | D.C. CHALLENGE # 9 11 PGS INK. | 641 | 30 | 1340 | 90 |
| 2-27 | D.C. | HAWKMAN #1 12 PGS INK | 636 | – | 1976 | 90 |
| 2-27 | D.C. | HAWKMAN #1 11 PGS·INK | 583 | – | 2559 | 90 |
| 3-22 | D.C. | HAWKMAN #2 11 PGS INK – | 641 | 30 | 3201 | 20 |
| 3-22 | D.C. | HAWKMAN #2 11 PGS INK. WHO's WHO #19 · 1 PG P+I | 769 | 30 | 3970 | 50 |
| 3-31 | CONTRACT-PERFORM. | D C — | 640 | – | 4610 | 50 |
| 4-23 | D.C. | HAWKMAN #3 11PGS COVER INK | 643 | – | 5253 | 50 |
| 4-23 | D.C. | HAWKMAN #3 11 PGS INK | 583 | · | 5836 | 50 |
| 5-9 | D.C. | ADV. OF OUTSIDERS 11 PGS PENCIL | 825 | – | 6661 | 50 |
| 5-15 | D.C. | ADV. of outsiders 11 pgs ink. "WELCOME TO LA" | 583 | – | 7244 | 5 |
| 5-31 | D.C. | 7 PGS PENCIL · ALL STAR SQUADRON· JOHNNY QUICK #65 | 525 | – | 7769 | 50 |
| 5-31 | D.C. | 7 PGS PENCIL · ALL STAR SQUADRON JOHNNY QUICK 65 | 525 | – | 8294 | 50 |
| 6-6 | D.C. | 7 PGS - LAYOUTS - ALL · STAR · SQUAD. JOHNNY QUICK | 420 | – | 8714 | 50 |
| 6-18 | D.C. | 11 PGS INK - HAWKMAN # 4 | 583 | – | 9297 | 50 |
| 6-18 | D.C. | 11 PGS INK HAWKMAN # 4  5·20 | 583 | – | 9880 | 50 |
| 7-17 | D.C. | 11 PGS INK HAWKMAN #5 | 583 | – | 10463 | 50 |
| 7/17 | D.C. | 11 PGS INK HAWKMAN #5 | 583 | – | 11046 | 50 |
| 8/18 | D.C. | 11 PGS INK HAWKMAN #6 1 PG INK- WHO's WHO #27 | 660 | · | 11706 | 50 |
| 8/18 | D.C. | 11 PGS INK HAWKMAN #6 | 605 | – | 12311 | 50 |
| 9/10 | D.C. | 11 PGS - PENCIL - CENTURIONS #1 | 880 | – | 13191 | 50 |
| 10/7 | D.C. | 11 PGS- PENCIL CENTURION'S | 880 | – | 14071 | 50 |
| 10/24 | D.C | MINATURE FIGURES - KENNER - 9 ILLOS - PENCIL-INK - COLOR | 1000 | – | 15071 | 50 |
| 12/5 | D.C. | 11 PGS PENCIL CENTURIONS #2 | 880 | · | 15951 | 50 |
| 12/5 | D.C. | 11 PGS PENCIL CENTURIONS #2 | 880 | | 16831 | 50 |

DETTWILER-0107

1986

| DATE | ACCOUNT | JOB | PAYMENT | TOTAL |
|------|---------|-----|---------|-------|
| 12/23 | D.C. | 11 PGS - CENTURIONS # 3 | 880 - | 17711 50 |
| 12/29 | D C | No. 11 PGS - CENTURIONS # 3 DELIVERED - 2-21-87 | 880 - | 18591 50 |

DETTWILER-0108

6-16    ROYALTY CHECK                    3.33

DETTWILER-0109

'87

| DATE | ACCOUNT | | JOB | PAYMENT | TOTAL |
|------|---------|---|-----|---------|-------|
| 1-5 | D.C. | Jo | COVER SKETCH | 75 | 75 |
| 1-5 | D.C. | Jo | WARNER PRESENTATION PROTECTOR SKETCH-PENCIL INKS INK ART COVER | 800 | 875 |
| 1-5 | D.C. | Jo | WARNER PRESENTATION PROTECTOR INK SKETCH- PENCIL ART INK | 270 | 1145 |
| 2-24 | D.C. COVER-CENTUR. 3 | → | PENCIL · CENTURIONS 3 | 90 | 1235 |
| 3-18 | D.C. | | CENTURIONS # 4  7 PGS | 560 | 1795 |
| 4-2 | D.C. | | WHO'S WHO UPDATE - 1 PG- INK | 55 | 1850 |
| 4-2 | D.C. | | CENTURIONS #4  8 PGS PENCILS | 640 | 2490 |
| 4-2 | D.C. | | CENTURIONS #4  7 PGS PENCILS | 560 | 3050 |
| 4-15 | D.C. | | BATMAN #411 INKS 11 PGS - | 605 | 3655 |
| 4-20 | D.C. | | CENTURIONS # 4 COVER | 90 | 3745 |
| 4-21 | D.C. | | BATMAN #411 INKS - | 605 | 4350 |
| 5-18 | D.C. | | BATMAN # 412  INKS | 605 | 4955 |
| 5-18 | D.C. | | BATMAN # 412  INKS | 605 | 5560 |
| 5-29 | D.C. | | SUPERMAN IV PENCILS MOVIE - | 560 | 6120 |
| 6-9 | D.C. | | SUPERMAN IV MOVIE  PENCILS 8 | 640 | 6760 |
| 6-30 | D.C. | | TT SPOTLIGHT-17  7 PGS PENCIL | 560 | 7320 |
| 6-30 | D.C. | | TT SPOTLIGHT-17  7 PGS PENCIL | 560 | 7880 |
| 7-1 | D.C. | | TT SPOTLIGHT-17 7 PGS PENCIL | 560 | 8440 |
| 7-17 | D.C. | | HAWKMAN # 17  11 PGS INK | 605 | 9045 |
| 7-17 | D.C. | | HAWKMAN 17  11 PGS INK | 605 | 9650 |
| 8-25 | D.C. | | SPIRAL ZONE #2  22 PGS FINISHES | 1100 | 10750 |
| 8-25 | D.C. | | SPIRAL ZONE # 3  11 PGS FINISHES | 550 | 11300 |
| 9-1 | D.C. | | SPIRAL ZONE # 3  11 PGS FINISHES | 550 | 11850 |
| 9-20 | D.C. | | SPIRAL ZONE #2 COVER | 57 50 | 11907 50 |
| 9-20 | D.C. | | SPIRAL ZONE #3 COVER | 50 | 11957 50 |

DETTWILER-0110

1987

| DATE | ACCOUNT | JOB | PAYMENT | TOTAL |
|---|---|---|---|---|
| 10-2 | ROLERMAN ENTERPRISES INC. | SPECIAL- RAILROADER + FAMILY JOB | 50 - | 12007 50 |
| 10-2 | D.C. | SPIRAL ZONE # 4 - COVER FINISHES | 50 - | 12057 50 |
| 10-2 | D.C. | SPIRAL ZONE # 4 11 PGS FINISHES | 550 - | 12607 50 |
| 10-2 | D.C. | SPIRAL ZONE # 4 11 PGS FINISHES | 550 - | 13157 50 |
| 10-23 | D.C. | BLUE BEETLE # 23  7 PGS PENCIL | 595 - | 13752 50 |
| 1-2 | D.C. | SUPERMAN - 1 PG ADVERTISING KIDS - DRUNK DRIVING AD - 2 PGS | 150 - | 13902 50 |
| 11-5 | D.C. | BLUE BEETLE # 23 7 PG PENCIL | 595 - | 14,497 50 |
| 1-5 | D.C. | BLUE BEETLE # 23 - 8 PG PNCL | 680 - | 15177 50 |
| 11-22 | D.C. | BLUE BEETLE # 24 - 7 PGS PENCIL | 595 - | 15772 50 |
| 11-25 | D.C. | BLUE BEETLE # 24 - 7 PGS PENCIL | 595 - | 16367 50 |
| 12-4 | D.C. | BLUE BEETLE # 24  8 PGS PNCL | 680 | 17047 50 |
| 12-31 | D.C. | CHECKMATE # 4  8 PGS - | 680 | 17727 50 |

DETTWILER-0111

ROYALTY CHECKS -                                     ROYALTY EARNED      TOTAL

2-12-88   BATMAN 411 - INKS -                          139.77            134.77
3-25      BATMAN   412/179.75 WHO'S WHO UPDATE- .74
          SUPERMAN IV MOVIE 31.64 BLUE BEETLE #2: 8.13   220.26           355.03
4-8       BLUE BEETLE                                                     374.87
6-27      CHECKMATE #4
                                                        97.03            471.90
11-5   MARVEL - REPRINT PENCILING

GREENBUR- 10.75 - 1300  7/21
   4 (M) 48.00

DETTWILER-0112

# 1988

| DATE | ACCNT | JOB | PAYMENT | TOTAL |
|---|---|---|---|---|
| 1-28 | JOHN BUSCEMA | GALACTICUS- 21 PGS BACKGROUNDS - INK | 850 - | 850 - |
| 1-29 | D.C JOE O. | 2 PGS - INK - HIGH P 925 D. | 120 - | 970 - |
| 2-18 | D.C. JOE O. | NEWS POSTER - | 500 - | 1470 - |
| 2-25 | DC - JOE O. | CBS COVER - P-959 - 2-4-88 | 660 - | 2130 - |
| 3-5 | MARVEL | 6 PGS - PSI FORCE - #2 PENCIL- 570 - INK - 420 | 990 - | 3120 - |
| 3-11 | D.C. JOE O. | 2 PGS PENCIL - SHADOWS END CLOVERDALE PRESS | 170 - | 3290 - |
| 3-22 | D.C. JOE O. | 2 PGS INK - HIGH - | 120 - | 3410 - |
| 3-22 | D.C. JOE O | 3 PGS - CLOVER - INK - | 90 - | 3500 - |
| 4-8 | MARVEL - | SOLO AVENGERS- #100 - 11 PGS-PNL 520433    SWOSMN- | 1045 - | 4545 - |
| 5-6 | MARVEL - | MARVEL PRESENTS #100 - SUNFIRE #520434- | 760 - | 5305 - |
| 5-13 | D.C. | SECRET ORIGINS - MR. MIRACLE #33 - 7 PG PENCIL | 595 - | 5900 - |
| 5-13 | D.C. | SECRET ORIGINS - MR. MIRACLE #33 · 8 PG PENCIL - | 680 - | 6580 - |
| 6-20 | MARVEL - | THOR 396 - 22 PGS INK - FINISH - 520436- | 1980 - | 8560 - |
| 7-7 | MARVEL | THOR · 397 · 10 PGS - INK · FINISH | 900 - | 9460 - |
| 7-12 | D.C. JOE O. | V · HOOK 3 PGS INK - | 180 - | 9640 - |
| 7-12 | D.C. JOE O | V HOOK 2PGS INK - | 120 - | 9760 - |
| 7-12 | D.C. JOE O | V-HOOK 2 PGS - PEN-INK | 200 - | 9960 - |
| 7-24 | D.C JOE O. | LEND - P 970-C 3RD FIGURE COMING AT XIV - | 300 - | 10260 - |
| 8-16 | MARVEL | 22 PGS - THOR 398 - INKS ETC. | 1960 - | 12220 - |
| 8-20 | MARVEL | 8 PGS PENCIL - MARVEL COMICS HERCULES    PRESENTS - | 760 - | 12980 - |
| 9-14 | MARVEL | 5 PGS INK  THOR 400 UNLETTERED PGS · | 375 - | 13355 - |
| 10-8 | MARVEL | 8 PGS PENCIL- MARVEL COMICS LE - PEREBINE -    PRESENTS | 760 - | 14115 - |
| 11-5 | MARVEL | AVENGERS #301 - FINISHES - UNLETTERED PAGES | 2200 - | 16315 - |
| 11-5 | MARVEL | REPRINT PENCILING #528959 | 615 - | 16930 - |
| 11-18 | MARVEL | SOLO AVENGERS # 18 INK ON UNLETTERED. 11 PGS | 825 - | 17755 - |

DETTWILER-0113

1988

| DATE | ACCOUNT | JOB | PAYMENT | TOTAL |
|------|---------|-----|---------|-------|
| 12-9 | MARVEL | MCP - OVERMIND — 8 PGS PENCIL | 760 — | 18515 — |
| 12-19 | MARVEL | SOLO AVENGERS -18- INK -11 PGS — | 715 — | 19230 — |

DETTWILER-0114

ROYALTY CHECKS.

| Date | | Description | AMNT | TOTAL |
|---|---|---|---|---|
| 4-21-89 | M- | THOR # 396 o/s 7-88 | 554.— | 554 |
| 5-31-89 | D.C. | SECRET ORIGINS # 33 - MR. MIRACLE | 24.07 | 578.07 |
| 6-30-89 | M- | THOR # 398 - o/s 9-88 | 532.— | 1110.07 |
| 8-26-89 | M. | COMICS # 12 - 11-88 | 248 - | 1358.07 |
| 9-24-89 | M- | AVENGERS # 301 - o/s 12/88 | 937 - | 2294.07 |
| 10-25-89 | M | SOLO AVENGERS 17 | 3.50 | 2297.57 |
| 12-19. | D.C. | BATMAN 412 | 145.60 | 2443.17 |
| 11-20 | M. | SOLO AV. 18 | 3.50 | 2446.67 |

DETTWILER-0115

1989

| DATE | ACCOUNT | JOB | PAYMENT | TOTAL |
|---|---|---|---|---|
| 1/27 | MARVEL | SOLO AVENGER # 19 INK PGS #* | 715 00 | 715 00 |
| 2/14 | MARVEL | SOLO AVENGERS # 20 11 PGS FINISHES | 990 - | 1705 00 |
| 4-28 | MARVEL | SOLO AVENGERS # 22, 21, 22 MAR UNIV SP ED.3 P-2- 11-6 INK 2+ | 1811 50 | 3516 50 |
| 5-18 | MARVEL | SOLO AVENGERS #23 - 11 pgs INK | 990 - | 4506 50 |
| 6-17 | MARVEL | SOLO AV #24 - 11 PGS - 7 UNLET. MARVEL PRESENTS - 1 | 1155 - | 5661 80 |
| 6-30 | MARVEL - | THOR ANNUAL # 14 - 25 PAGES FINISH- | 2250 - | 7911 50 |
| 7-29 | MARVEL | MARVEL COMIC PRESENT 49 GLADIATOR | 760 - | 8671 50 |
| 5-23 | MARVEL | MCP - 1000 — THOR - VAMPIRES | 760 - | 9431 50 |
| 8-14 | MARVEL | MARV UNIV SP ED #6   SOLO AVENGERS UNLETTERED- 11 PGS      11 PGS.27 | 1195 - | 10626 50 |
| 9-23 | MARVEL | SPOTLIGHT #29   PENCIL COVER + SKETCH | 164 - | 10790 50 |
| 10-6 | MARVEL | SPOTLIGHT AV # 28   UNLETTERED 11 PGS | 1100 - | 11890 50 |
| 10-16 | D.O.   100 c. | COLOR 390 - 3 PGS INSIDE - 180 SPLASH THOR AUTOG 90 | 360 - | 12250 50 |
| 10-21 | MARVEL | MARVEL PRESENTS - 8 PG INK    520 - UNLETTERED PG SPLGT- 30 - 22 PGS 220 - SOLO AVENGERS: 30 - REP MASTERWORK 9 1980 - REPRINT MW 9 - REP MW.9  300-2/00-7.50   300 - REP MW - 9   TOTAL $ 51/35.00   7.50  2100 50 / 7 50 | 1735 50 | 1735 50 |
| 12-19 | DYKEMAN ART STUDIO | 5 PGS. UP THE DOWN SLOPE. | 450 - | 17835 50 |
| 2-29 | MARVEL - | 11 PGS - AVENGERS SPOTLIGHT 31 INK OVER BREAKDOWNS | 990 - | 18825 50 |

DETTWILER-0116

ROYALTY CHECKS -

| | | | AMMT | TOTAL |
|---|---|---|---|---|
| 3-2 | BATMAN 411 | 112.50 | 276. | 276. |
| | " 412 | 163.50 | | |
| 5-20 | Marvel Comics #32 | 88. | 1076. | 1352- |
| | THOR ANNUAL - 14 | 988. | | |
| 8-20 | BATMAN 411 = | 200.49 | 209.64 | 1561.69 |
| | 412 | 9.15 | | |
| 8-23 | Avengers Spotlight 27 | 55 - } | 223 - | 1784.09 |
| | Marvel Comics 40 | 168 - } | | |
| 9-21 | Marvel. AV SPTLGHT - 28 12/89-55 | | | |
| 1-2-21 | Marvel. Reprint | | | |

1990

| DATE | ACCOUNT | JOB | INKG BKDN | PAYMNT | TOTAL |
|------|---------|-----|-----------|--------|-------|
| 1-22 | MARVEL | SOLO AVENGERS #31 | 3 PGS | 270 — | 270 — |
| 2-22 | DYKEMAN | 5 PGS - INK - EVIL KENEVIL - ON A BIKE | | 450 — | 720 — |
| 3-22 | D.C. SPEC PROJ. | 13 PGS - INK - FORD FAIRLANE#/ | | 1170 — | 1890 — |
| 3-24 | MARVEL | SOLO - AVENGERS #33 14 PG - INK ON UNLETTERED PGS | | 1400 — | 3240 — |
| 4-5 | DC SPEC PROJS. | 16 PGS - FORD FAIRLANE # 2 @ ⁹⁰ 20 PGS - " " # 3 | | 3240 — | 6530 — |
| 4-30 | MARVEL - | 14 PGS SOLO AVENGERS - # 34 " " ON UNLETTERED. | | 1400 — | 7930 — |
| 5-4 | DC. SPEC PROJECTS | 16 PGS FORD FAIRLANE # 4 @ ⁹⁰ | | 1440 — | 9370 — |
| 6-30 | MARVEL - | 22 PGS - SOLO AVENGERS # 36 " " ON UNLETTERED. | | 2530 — | 11900 — |
| 8/23 | Garco Systems | CAT 1460S. | | 225 — | 12125 — |
| 9/21 | Marvel | SPOTLIGHT 280 /5/2/99 | | 55 — | 12180 — |
| 10/22 | Marvel | FANFARE # 56 - P10 PGS - " TOYS WILL THOR # 427 - 1 - 3 PGS | BE TOYS" | 1815 | 13995 — |
| 12/21 | D.C. | WW STICKER - BOOK FOR WESTERN | | 1500 — | 15495 — |
| 12/21 | Marvel | REPRINT MASTERWORK # 14 | | 165 — | 15660 — |

DETTWILER-0118

1991

| DATE | ACCOUNT | JOB | PYMT | TOTAL |
|---|---|---|---|---|
| 1-7 | MARVEL | FANFARE # 56 16PGS COVER | 1970 — | 1970 — |
| | | DESTROYER 5 PGS. 1200-270-500 | | |
| 1-28 | MARVEL | MC - #49 - INCENTIVE | 163 — | 2133 — |
| 2-22 | MARVEL | AV SPTLGT $140  #33 | 304 — | 2437 — |
| | | M COMICS #164  #57  INC | | |
| 3-2 | MARVEL | DESTROYER 5 PGS INK - $400 - | 1455 — | 3892 — |
| | | CAP AMERICAN # 10  7PGS PENCILS/INC | | |
| 3-22 | MARVEL | AV SPLT # 34  INC | 134 — | 4021 — |
| 4-4 | D.C. | SPELLJAMMERS # 11  1-12 | 2280 — | 6301 — |
| | | 12 PGS P+I  (170 + 20) | | |
| 4-12 | MARVEL | CAPT AMERICA ANNUAL #10 | 840 — | 7141 — |
| | | (SNAKE) BROTHERS  7 PGS INK | | |
| 4-24 | D.C. | SPELLJAMMERS # 11 13-24 | 2280 — | 9421 — |
| | | 12 PGS P+I | | |
| 5-24 | MARVEL | SPOTLIGHT # 36 (5-8-90)  INC | 180 — | 9601 — |
| 6-03 | MARVEL | IRON MAN ANNUAL # 12  1 PG | 270 — | 9871 — |
| | | ORIG OF IM  P+I | | |
| 6/8 | MARVEL | FANFARE # 59 -10 PGS. | 1500 — | 11371 — |
| | | HAMMER OF THOR. | | |
| 6/15 | MARVEL | IRON MAN ANNUAL #12  11 PGS INK | 880 — | 12251 — |
| | | "TRAP" | | |
| 7/22 | VORTEX | MARVEL COMICS # 63  (INC) | 42 — | 12293 — |
| 8/22 | VORTEX | FRED LORENZEN 28 PGS PENCIL | 3360 — | 15653 — |
| | | @ 120 | | |
| 9/25 | VORTEX | FRED LORENZEN 28 PGS INK | 2240 — | 17893 — |
| | | @ $80 | | |
| 10/28 | MARVEL | REPRINTS FOR MASTERWORKS # 18 | 1455 — | 19348 — |
| 11/19 | VORTEX | EL + BP COVERS  @ $500 EACH. | 1000 — | 20348 — |
| 11/25 | MARVEL | MOON KNIGHT SPECIAL  P  1 PG. | 100 — | 20448 — |
| 12/7 | VORTEX | BP PENCILS (PART PYMT) | 1000 — | 21448 — |
| 12/10 | MARVEL | MARVEL UNIVERSE MASTER # 16 | 200 — | 21648 — |

DETTWILER-0119

1992

| DATE | ACCOUNT | JOB | PMT | TOTAL |
|---|---|---|---|---|
| 1-6 | VORTEX | BP PENCILS (P/B) | 1000 — | 1000 — |
| 1-20 | MULLENNIUM | 13 PGS PENCIL CATHULHU #2 DREAMER | 1040 — | 2040 — |
| 1-24 | VORTEX | BP PENCILS + POSTAGE — REST OF PAYMENT | 1455 | 3495 — |
| 1-31 | MARVEL | RMFATO MOONKNIGHT SP. PENL | 50 — | 3545 |
| 2-18 | Marvel | Moonknight Spec. 11 1 PG INKS | 120 — | 3665 — |
| 2-21 | DC | General Glory - 12 Pgs Pencil. JLQ. | 1320 — | 4985 — |
| 3-2 | Marvel | Masterwork # 20 1M Inkea. | 1040 — | 6025 — |
| 3-13 | Mullennium | 11 PGS PENCIL CTHULHU# 2 DREAMER | 880 — | 6905 — |
| 3-21 | JOE GIELLA | MARY WORTH BREAKDOWNS WK. 48 + 50 | 250 — | 7155 — |
| 3-20 | VORTEX | BENNY PARSONS INKS - PARTL. PYMENT | 1500 — | 8655 — |
| 3-27 | Mullennium | 8 pgs Cthulhu #3 3 " #5 | 880 — | 9535 — |
| 4-24 | JOE GIELLA | MARY WORTH - BREAKDOWNS WKS 51 + 52 | 250 — | 9785 — |
| 5-22 | Mullennium | Cthulha # 3   10 PGS DREAMER | 800 — | 10585 — |
| 5-26 | Marvel | IRON MAN ANNUAL #12  INCENTIVE | 214 — | 10799 — |
| 6-1 | Mullennium | Cthulhu # 3  8 PGS - DREAMER IN THE DARK | 640 — | 11439 — |
| 7-3 | Vortex | Benny Parsons Inks final payment. | 893 50 | 12332 50 |
| 7-13 | HOWARD BENDER | MR. FIX-IT - COVER | 200 — | 12532 50 |
| 7/13 | JOE GIELLA | 2 SUNDAYS (61 + 62) 3 DAILIES (61) | 203 — | 12735 50 |
| 6/29 | JOE GIELLA. | 3 SUNDAYS - | 210 — | 12945 50 |
| 8/2 | JOE GIELLA | 3 Sundies (63-65) MAILINGS (8.50) | 218 50 | 13164 — |
| 8/24 | Vortex | BRET BODINE COVER P + I 12 PGS PENCIL + MAILINGS | 2060 — | 15224 — |
| 8/26 | JOE GIELLA | 6 SUNDAY'S #65 - 71 # 65 DAILIES - 9/7-12 | 545 — | 15769 — |
| 8/12 | PUBLICATIONS INTERNATIONAL | 1ST PAYMENT OF SPIDERMAN-LOOK AND FIND | 1200 — | 16969 — |
| 9/24 | JOE GIELLA | # 69, 71, 73 DAILIES  NOV #72  FAY #74     1 SUN- | 449 — | 17418 — |
| 10/12 | MARVEL | DESTROYER TPB | 55 — | 17473 — |

DETTWILER-0120

1992

| DATE | ACCOUNT | JOB | PYMT | TOTAL |
|------|---------|-----|------|-------|
| 10/19 | JOE GIELLA | MARY WORTH DAILIES #s 75 77 | 250 — | 17723 — |
| 11/7 | PUBLICATIONS INTERPAK | FINAL PYMT SPIDERMAN- LOOK & FIND | 1500 — | 19223 — |
| 12/1 | JOE GIELLA | MARY WORTH DAILIES # 79, 81, 83 | 375 — | 19598 — |
| 12/1 | VORTEX | BRET BODING PART PYMT. | 500 — | 20098 — |
| 12/14 | MARVEL | RPT TALES OF SUSPENSE #39 | 810 — | 20908 — |
| 12/17 | JOE SINNOTT | BROOKS ROBINSON — | 1115 — | 22023 — |
| 12/28 | JOE GIELLA | MW-D- # 85 #88 + XMAS PRESNT | 350 — | 22373 — |

DETTWILER-0121

*ROYALTIES*

7/26/93   Batman # 412 (ADDED)          23.51
8/2/93    NIGHTGLIDER - #1            15882.44

DETTWILER-0122

1993

| DATE | ACCOUNT | JOB | PAYMT | TOTAL |
|---|---|---|---|---|
| 1/22 | TOPPS. | NIGHT GLIDER #1 14 PGS PENCIL (104 PGS) 1-14 | 1470 — | 1470 — |
| 1/28 | JOE GIELLA | MW #8 90,92 DAILIES | 250 — | 1720 — |
| 2/1 | Marvel | IRON MAN - PIN-UP PAGE COVER M SUPERHEROES 13 | 180 | 1900 — |
| 2/8 | Topps. | NIGHT GLIDER #1 14 PGS PNCL 15-28    105/PG | 1470 | 3370 — |
| 2/11 | Vortex | BRETT BODINE PART PAYMENT | 500 | 3870 — |
| 2/28 | MARVEL | MARVEL SUPER HEROES # 15 1 (W) THEFT OF THOR'S HAMMER 10PGS(1) | 900 | 4770 — |
| 3/11 | TOPPS. | NIGHT GLIDER - 28 PGS INK | 2240 | 7010 |
| 3/15 | Vortex | BRETT BODINE PARTIAL PAYMT | 640 | 7650 — |
| 3/25 | JOE GIELLA | MW # 98, 100 DAILIES | 250 | 7900 — |
| 2/28 | JOE GIELLA | MW # 94, 96 DAILIES | 250 | 8150 — |
| 4/23 | MARVEL | NIGHTSTALKERS # 9    23 PGS | 2163 50 | 10313 50 |
| 4/25 | JOE GIELLA | MW # 102 #104 DAILIES | 250 | 10563 50 |
| 5/25 | JOE GIELLA | MW # 106 #108 DAILIES | 250 | 10813 50 |
| 6/23 | JOE GIELLA | MW # 110 + # 112 DAILIES | 250 | 11063 50 |
| 6/29 | MARVEL | INCENTIVE MASTERWORKS #20 MW # 22  171.    $ 3306. | 3977 | 14540 50 |
| 7/22 | JOE GIELLA | MW #114 + 116 DAILIES | 250 | 14790 50 |
| | MARVEL | NORBERG AL (YELLOW) # REPRINT | 500 | 15290 50 |
| 8/21 | JOHN MAC GOWN | SUPERFORM COLOR AD - 2 PGS | 750 | 15990 50 |
| 8/30 | JOE GIELLA | MW # 118 + 120 DAILIES | 250 | 16240 50 |
| 9/1 | MARVEL | REPRINT MU 4 - CARS - 90 CARDS - 80 | 170 | 16410 50 |
| 9/28 | JOE GIELLA | MW # 122, 124, 126 DAILIES POSTAGE | 382 | 16792 50 |
| 10/4 | JOHN MAC GOWN | SUPERFORM  4 PG COMIC FIGURE-HEAD AD  FULL COLOR | 1575 | 18367 50 |
| 10/9 | KLUTZ PRESS | HOW TO DRAW A SUPER HERO 4 PGS COLOR 4 PGS B+W | 2100 | 20467 50 |
| 10/12 | MARVEL | SPIDERMAN-DRACULA RPRNT #1 #765094 | 900 | 21367 50 |
| 10/21 | VORTEX - | TOWARD BILL OF BRETT BODINE | 200 | 21567 50 |

DETTWILER-0123

TOPPS   ROYALTIES —      5180

DETTWILER-0124

1992

| DATE | ACCOUNT | JOB | PAYMT | TOTAL |
|---|---|---|---|---|
| 10/23 | JOE GIELLA | MW DAILIES # 128-130 | 250 — | 21817.50 |
| 11/8 | Marvel | SPIDEY MAG # 2 6PGS PENCIL MAGNETO- | 660 — | 22477.50 |
| 11/24 | JOE GIELLA | MW DAILIES #132 +134 SUNDAYS- 134+ 136 | 390 — | 22867.50 |
| 11/26 | Marvel | SPIDEY MAG #13 6 PGS PENCIL ROGUE STORY - | 660 — | 23527.50 |
| 11/30 | JOHN MAC GOWN | 14 LINE DRAWINGS @ 75/PER | 1050 — | 24577.50 |
| 12/24 | JOE GIELLA | MW DAILIES #S 136, 139 BK+BALL PICS- SUN # 137 | 520 — | 25097.50 |
| 12/24 | JOE GIELLA | XMAS PRESENT- | 100 — | 25197.50 |
| 12/27 | MARVEL | SPIDEY MAG # 5 JUBILEE + WOLVERINE | 660 — | 25857.50 |
| | ADJUSTMENT- | TOPPS ROYALTIES— | - 5100 | 20677.50 |
| | SHOWS | SELLING of SKETCHES | 889 | 21566.50 |

DETTWILER-0125

1894

| DATE | ACCOUNT | JOB | PAYMENT | TOTAL |
|---|---|---|---|---|
| 1/6 | AMERICAN ECONOMIST | DOUBLE PAGE SPREAD - CLINTON + KANTER ( BAT + ROD) | 500 - | 500 - |
| 1/15 | JOHN MAC GOWN | BLACK + WHITE AD - SUPERFORM FIG + LETTERING | 125 - | 625 - |
| 1/24 | MARVEL | SPIDEY #8  6 PGS - ALIGATORS | 660 - | 1285 - |
| 1/27 | JOE GIELLA | MW DAILIES - 140, 141, 143 SUNDAYS 142 + 144 | 515 - | 1800 - |
| 2/28 | JOE GIELLA | MW DAILIES - 145 - 147 SUNDAYS - 149 - 151 | 390 - | 2190 - |
| 3/13 | MARVEL | HOBGOBLIN - SPIDEY MAG - 6 PGS | 660 - | 2850 - |
| 3/30 | JOE GIELLA - | MW DAILIES - #149, 151 SUNDAYS #152, 153, 154 | 440 - | 3310 - |
| 4/11 | MARVEL | IM - SPIDEY #13 BOOK | 660 - | 3970 - |
| 4/25 | JIMMY - DEFIANT | 9 PGS - BREAKDOWNS - | 540 - | 4510 - |
| 5/1 | MARVEL | INTRO FANTASTIC FIRST | 150 - | 4660 - |
| 5/2 | JOE GIELLA | MW DAILIES 153, 155 SUNDAYS 155, 156, 157, 158, 159 | 600 - | 5260 - |
| 5/6 | MARVEL | MASTERWORKS # 26 +PB | 43 - | 5303 - |
| 5/25 | BILL MARKS | 5 PGS PENCIL   NASCAR 94 FEB - | 375 - | 5678 - |
| 6/1 | JOE GIELLA | MW DAILIES - 157, 159 MW SUNDAYS - 160, 161, 162 | 460 - | 6138 - |
| 6/24 | JOE GIELLA | MW DAILIES 161, 163 MW SUNDAYS 163 - 167 | 600 - | 6738 - |
| 6/25 | MARVEL | IRON MAN - ANTARTICA - 6 PG. PENCIL 1CR HULK # 1000 | 660 - | 7398 - |
| 7/5 | Paul Mac Gown | 2 PGS COLOR AD FOR SUPERFORM | 750 - | 8148 - |
| 7/9 | MARVEL | IRON MAN - ANTARTICA  14 PGS PENCIL IRON MAN #300 | 1540 - | 9688 - |
| 8/2 | JOE GIELLA | MW DAILIES - 165, 167 MW SUNDIES - 168 - 172 | 600 - | 10288 - |
| 8/6 | MARVEL | IM - INK  11 PGS - ANTARTICA | 990 - | 11278 - |
| 8/27 | MARVEL | SPIDEY MAG. #20 6 PGS - AVALANCE + FIRE ? | 660 - | 11938 - |
| 8/27 | JOE GIELLA | MW DAILIES 169, 171, 173 MW SUNDAYS 173, 174, 175, 176 | 655 - | 12593 - |
| 9/9 | MARVEL | IM - INK 9 PGS - ANTARTICA | 810 - | 13403 - |
| 9/29 | JOE GIELLA | MW DAILIES 175, 177 11 SUNDAYS 177 - 178 - 179 - 180 - 181 | 600 - | 14003 - |
| 10/16 | BILL MARKS | 6 PGS INKS NASCAR 94 + 1 | 525 - | 14528 - |

DETTWILER-0126

1994

| | ACCNT | JOB | PYMT | TOTAL |
|---|---|---|---|---|
| 10/31 | JOE GIELLA | MW SUNDAYS 182, 183, 184, 185<br>MW DAILIES 179, 181 | 530 | 15058 |
| 11/14 | BILL MARKS | NASCAR - 10 PENCILS - 1 | 725- | 15783- |
| 12/3 | JOE GIELLA | MW SUNDAYS - 186 187, 188, 189<br>MW DAILIES - 183, 185 | 530 | 16313- |

DETTWILER-0127