# EXHIBIT 71

**2021MARVEL-0126136**
**(Audiovisual materials provided to chambers)**