**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARVEL CHARACTERS, INC.,<br><br>          Plaintiff,<br><br>   v.<br><br>LAWRENCE D. LIEBER,<br><br>          Defendant. | Case No.: 1:21-cv-07955-LAK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Hon. Lewis A. Kaplan |
| LAWRENCE D. LIEBER,<br><br>          Counterclaimant,<br><br>   v.<br><br>MARVEL CHARACTERS, INC., and DOES 1-10, inclusive,<br><br>          Counterclaim-Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Counterclaim-Defendant Marvel Characters, Inc., on the one hand, and Defendant and Counterclaimant Lawrence D. Lieber, on the other, by and through their undersigned counsel, hereby stipulate that this action and all claims, including all counterclaims, and defenses asserted therein, be dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses.

Dated:        May 18 , 2023              **O'MELVENY & MYERS LLP**

                                         By: _____
                                                   Daniel M. Petrocelli

                                         Daniel M. Petrocelli*
                                         dpetrocelli@omm.com
                                         Molly M. Lens
                                         mlens@omm.com
                                         Matthew Kaiser*
                                         mkaiser@omm.com
                                         1999 Avenue of the Stars, 8th Floor
                                         Los Angeles, California  90067
                                         Telephone: (310) 553-6700
                                         Facsimile: (310) 246-6779

                                         Allen Burton
                                         aburton@omm.com
                                         Danielle Feuer
                                         dfeuer@omm.com
                                         Times Square Tower
                                         7 Times Square
                                         New York, NY 10036
                                         Telephone:  (212) 326-2000
                                         Facsimile:  (212) 326-2061

                                         * Admitted pro hac vice

                                         *Attorneys for Marvel Characters, Inc.*

Dated:        May 19, 2023               **TOBEROFF & ASSOCIATES, P.C.**

                                         By: _____
                                                   Marc Toberoff

                                         Marc Toberoff
                                         mtoberoff@toberoffandassociates.com
                                         23823 Malibu Road, Suite 50-363
                                         Malibu, CA 90265
                                         Telephone: (310) 246-3333
                                         Facsimile: (310) 246-3101

                                         *Attorneys for Lawrence D. Lieber*

**SO ORDERED**:

DATED: _____, 2023      BY: _____
                                                Hon. Lewis A. Kaplan
                                                United States District Judge