# EXHIBIT 80





2021MARVEL-0003404



SOMETIME IN THE FUTURE, THE COLD WAR IS STILL WITH US, AND MEN WORK NIGHT AND DAY TO MAN THE FREE WORLD'S MASSIVE DEFENSE SYSTEM!

ALL RIGHT, MEN, YOUR SHIFT IS OVER! IT'S TIME TO REPLACE YOU WITH A FRESH CREW!



THEN, AS NOW, THERE IS ONE HAUNTING PROBLEM WHICH PLAGUES MANKIND...

GENERAL, YOU ARE ONLY HUMAN! WE CANNOT TAKE THE CHANCE THAT YOU MIGHT ACCIDENTALLY PRESS THE WRONG BUTTON AND CAUSE A WAR WITHOUT MEANING TO!

WHAT DO YOU PROPOSE, SIR?



THIS! WE HAVE CREATED THE MOST ADVANCED, SOPHISTICATED ROBOT OF ALL TIME! FROM NOW ON HE WILL BE IN CHARGE OF OUR DEFENSE SYSTEM! FOR ROBOT R-63 CANNOT MAKE A MISTAKE!



BUT, MR. SECRETARY, THERE ARE SOME DECISIONS A MAN CAN MAKE BETTER THAN A ROBOT!

OUR DECISION IS FINAL, GENERAL! YOU ARE HEREBY RELIEVED OF COMMAND! HENCEFORTH, YOU WILL ASSIST R-63! THAT IS ALL!



AND SO, COLDLY, UNEMOTIONALLY, THE COMPLETE THINKING MACHINE WHICH IS ROBOT R-63, ASSUMES COMMAND OF THE FREE WORLD'S DEFENSE ESTABLISHMENT!

I HOPE THEY HAVE MADE THE RIGHT DECISION! FOR THE SAKE OF ALL OF US, I HOPE THE ROBOT IS AS PERFECT AS THEY CLAIM!



AND THEN, ONE DAY--A CRISIS!

CONDITION RED! UNIDENTIFIED OBJECT ON SCREEN!

467

2021MARVEL-0003405











2021MARVEL-0003406













2021MARVEL-0003407















THE BIG "STRANGE TALES ANNUAL" NOW ON SALE! ONLY 25¢! GET IT!

2021MARVEL-0003408

Don Heck, Steve Ditko, Larry Lieber



2021MARVEL-0003409



2021MARVEL-0003423

Don Heck, Steve Ditko, Larry Lieber













487

2021MARVEL-0003424













488

2021MARVEL-0003425

Don Heck, Steve Ditko, Larry Lieber













489

2021MARVEL-0003426

Don Heck, Steve Ditko, Larry Lieber



2021MARVEL-0003427

Steve Ditko, Larry Lieber



2021MARVEL-0003428



2021MARVEL-0003442

Steve Ditko, Larry Lieber













2021MARVEL-0003443

Steve Ditko, Larry Lieber















521

2021MARVEL-0003444



MY SUBJECTS HAVE BEEN SET FREE! THEY WILL SEEK REVENGE! THEY WILL HUNT ME DOWN! I MUST ESCAPE!



HERE, HIDDEN IN THE UNDERBRUSH, I SHALL BE SAFE-- UNTIL I CAN FIND A WAY TO REGAIN MY NATURAL FORM!



THEN, AFTER DAYS OF DEEP THINKING...

THERE IS ONLY ONE WAY OUT! I MUST SLEEP-- SLEEP FOR A THOUSAND YEARS!



THEN, WHEN I AWAKE, A THOUSAND YEARS HENCE, MEN WILL HAVE LEARNED SO MUCH SCIENCE THAT THEY WILL KNOW HOW TO BREAK THE SPELL I AM UNDER! THEY WILL BE ABLE TO HELP ME!



I HAVE LEARNED THE MYSTIC SECRET OF PUTTING MYSELF INTO A TRANCE! IT IS ESPECIALLY EASY FOR A FROG! I WILL DEFEAT THE MAGICIAN YET!



AND SO, THE FROG-MAN, USING ALL HIS ILL-GOTTEN KNOWLEDGE OF BLACK MAGIC, CAUSED HIMSELF TO FALL INTO A TRANCE, AND TO HIBERNATE FOR A FULL THOUSAND YEARS!

THE TIME HAS PASSED! I AM AWAKE AGAIN--ONE THOUSAND YEARS LATER!



ALL I NEED DO NOW IS FIND A WAY TO COMMUNICATE WITH SOMEONE! PERHAPS I CAN WRITE A MESSAGE BY SCRATCHING WORDS IN THE SAND...

SURELY, MANKIND WILL HAVE LEARNED HOW TO BREAK ANY MAGIC SPELL BY NOW, AND I WILL BE KING ZAKKIM AGAIN!

4

2021MARVEL-0003445















523

Don Heck, Steve Ditko, Larry Lieber







2021MARVEL-0003461

Don Heck, Steve Ditko, Larry Lieber



THIS MAY LOOK LIKE AN ORDINARY, AVERAGE AMERICAN HOME! AND YET, SLOWLY A LIGHT WISP OF SMOKE FLOATS TOWARDS THE SILENT HOUSE...



AND, MOMENTS LATER, WITH NO WARNING, THE ROOF BEGINS TO RISE GENTLY INTO THE AIR!



UNTIL, BEFORE OUR VERY EYES -- IT HAS VANISHED!

2021MARVEL-0003462

Don Heck, Steve Ditko, Larry Lieber











2021MARVEL-0003463

Don Heck, Steve Ditko, Larry Lieber











532

Don Heck, Steve Ditko, Larry Lieber











2021MARVEL-0003465

Steve Ditko, Larry Lieber





2021MARVEL-0003480

Steve Ditko, Larry Lieber



2021MARVEL-0003481

Steve Ditko, Larry Lieber











2021MARVEL-0003482













2021MARVEL-0003483







2021MARVEL-0003484

Steve Ditko, Larry Lieber





2021MARVEL-0003499











2021MARVEL-0003500













571

2021MARVEL-0003501

Steve Ditko, Larry Lieber













2021MARVEL-0003502

Steve Ditko, Larry Lieber











573

2021MARVEL-0003503



2021MARVEL-0130206



Steve Ditko, Larry Lieber











585

2021MARVEL-0003505

Steve Ditko, Larry Lieber











586

2021MARVEL-0003506











587

2021MARVEL-0003507











2021MARVEL-0003508



2021MARVEL-0130201



2021MARVEL-0003509



THIS IS ONE OF THE GREATEST MOMENTS IN THE HISTORY OF MANKIND! THE FINAL BRIEFING FOR MAN'S FIRST FLIGHT TO -- THE STARS!!

WE ALL *KNOW* THAT THE UNIVERSE CONTAINS NO LIFE! BUT IT WILL BE YOUR JOB TO DISCOVER WHAT TYPE MINERALS AND GASSES ARE TO BE FOUND OUT IN SPACE!



AND SO, THE FATEFUL TRIP BEGINS! A JOURNEY WHICH IS TO HAVE AN ENDING THE LIKES OF WHICH NO HUMAN HAS EVER DREAMED!



WE'VE BEEN FLYING AT MANY TIMES THE SPEED OF LIGHT FOR WEEKS -- AND NOW, THERE IS OUR FIRST PLANET FROM OUT- SIDE THE SOLAR SYSTEM!

PREPARE TO LAND AND TAKE FINDINGS!



MINUTES LATER...

WHAT HAVE YOU FOUND ??

LOOK! OVER THERE-- IT- IT'S *INCREDIBLE!*



THEN, BACK ON THE HOME PLANET EARTH...

SPACE EXPLORATION GROUP ONE IS CON- TACTING US! IT'S THEIR FIRST REPORT FROM AN ALIEN PLANET!

CALLING EARTH! CALLING EARTH!



PREPARE YOURSELVES FOR A *SHOCK*... WE HAVE DISCOVERED A FORM OF-- LIFE!!

LIFE ?? OUT IN SPACE!!

OH *NO!* IT CAN'T BE! IT *MUSTN'T* BE!

THIS IS *TERRIBLE!*

605

2021MARVEL-0003510

Steve Ditko, Larry Lieber











2021MARVEL-0003511

Steve Ditko, Larry Lieber













607

2021MARVEL-0003512

Steve Ditko, Larry Lieber









2021MARVEL-0003513