# EXHIBIT 33



2021MARVEL-0003514

















2021MARVEL-0003516













4

2021MARVEL-0003518












