# EXHIBIT 34



2021MARVEL-0003542



2021MARVEL-0003543



20

2021MARVEL-0003544

















23

2021MARVEL-0003547










24

2021MARVEL-0003548



















