# EXHIBIT 32

Steve Ditko



2021MARVEL-0003617



2021MARVEL-0003618

















95

2021MARVEL-0003619

Steve Ditko













96













2021MARVEL-0003621













98

2021MARVEL-0003622













99

Steve Ditko









**100**

2021MARVEL-0003624











**101**











102

2021MARVEL-0003626